**IN THE UNITED STATES DISTRICT COURT**
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, ET AL.,          Civil Action
                                           No. 20-3010
          Plaintiffs,

     vs.
                                           May 8, 2025
GOOGLE, LLC,                               1:31 p.m.

          Defendant.
_____ /         Washington, D.C.

TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS
DAY 13 - Afternoon Session
**BEFORE THE HONORABLE AMIT P. MEHTA**
UNITED STATES DISTRICT JUDGE

APPEARANCES:

**For DOJ Plaintiffs:**        **David E. Dahlquist**
                                 DOJ - Antitrust Division
                                 209 South LaSalle Street
                                 Chicago, IL 60604
                                 202-805-8563

                               **Sara Trent**
                                 U.S. DEPARTMENT OF JUSTICE
                                 Technology
                                 & Financial Services Section
                                 450 Fifth Street, NW
                                 Washington, D.C. 20001
                                 202-476-0316

**For Plaintiff
State Colorado:**              **Jonathan Bruce Sallet**
                                 COLORADO DEPARTMENT OF LAW
                                 Consumer Protection Section,
                                 Antitrust Unit
                                 Ralph L. Carr
                                 Colorado Judicial Center
                                 1300 Broadway
                                 Suite 7th Floor
                                 Denver, CO 80203
                                 720-508-6000
                                 jon.sallet@coag.gov

APPEARANCES CONTINUED:


**For Defendant Google:**      **John E. Schmidtlein**
                               **Colette Connor**
                                 WILLIAMS & CONNOLLY LLP
                                 725 12th St., NW
                                 Washington, D.C. 20005
                                 202-434-5000


**Court Reporter:**                    **Lorraine T. Herman, RPR, CCP**
                                       Official Court Reporter
                                       E. Barrett Prettyman CH
                                       333 Constitution Avenue, NW
                                       Washington, D.C. 20001
                                       202-354-3249


**\*\*\***   Proceedings recorded by mechanical stenography;
        transcript produced by computer-aided transcription.

**I N D E X**

**WITNESS**                                                  **PAGE**

KEVIN MURPHY

    Continued Direct Examination by Mr. Popofsky    4317
    Cross-Examination by Mr. Severt                 4331
    Cross-Examination by Mr. Sallet                 4385
    Redirect Examination by Mr. Popofsky            4396


OMKAR MURALIDHARAN

    Direct Examinaton by Ms. Connor                 4399
    Cross-Examination by Ms. Trent                  4453




**EXHIBIT**                                                 **PAGE**

Defendant's No. RDXD-33    Admitted into Evidence    4331
Plaintiffs' No. PXR0385    Admitted into Evidence    4473

4317

**P R O C E E D I N G S**

**THE COURT:** All right. Mr. Popofsky, whenever you are ready.

**MR. POPOFSKY:** Thank you, Your Honor.

**THE COURT:** I could send up a white smoke signal, instead, if you want.

**MR. POPOFSKY:** I gather we have some white smoke today.

Michelle, could we go please back to Slide 40.

**CONTINUED DIRECT EXAMINATION OF DR. KEVIN MURPHY**

**BY MR. POPOFSKY:**

**Q.** Professor Murphy, before lunch we were talking about plaintiffs' proposals relating to choice screens and I neglected to ask you something.

Focusing on your second bullet, in the top part of this slide, could you please explain to the Court how in the words of your slide, "The choice screens plaintiff propose would undermine innovation in Google's ability to deliver attractive devices"?

**A.** Yes, I think for the reasons we talked about, I mean, I think they make the devices less attractive than they otherwise would. Which, you know, because they don't allow Google to have devices on which there's a default, which I think is valuable for users, and you force them to have choice screens, particularly on Google devices where I

4318

think people know they are getting a Google device and would be expecting Google's software to be likely present.  I think given -- that's a small part of the market, you would be eliminating a relatively unique feature of those devices.

**Q.**    And do you have an understanding of whether under plaintiffs' proposed remedy, the technical committee would play a role in this area?

**A.**    My understanding is the technical committee would play a role here and in other areas, which, again, you know, I'm sure they are great people who want to be on a technical committee and guide things, but in a rapidly changing marketplace, you know, it's very, I think, tough to rely on a committee to decide where things ought to be or evaluate where they are going.

It is precisely those situations where, kind of, that kind of regulatory oversight, I think, is the biggest burden in a market that is changing quickly.  Because, you know, by their very nature, committees and, you know, people divorced from the on-the-ground competitive process probably are not in the best position to make choices.

So that, you know, in a static world, regulating is tough.  In a dynamic world it's especially tough.

**Q.**    Let's move forward to your opinions concerning Google's proposed remedies on Slides 44 and starting on 45.

Do you have an opinion, Professor Murphy, as to

4319

whether Google's proposed remedies align with the economic principles you articulated throughout your testimony?

A.   I think they do, and I will try to be brief, in really three main areas.

One, I think they focus on the competitive process; that is, unfettering the competitive process from the conduct found anticompetitive.  They are corrective remedies in that regard.  I think they adhere to the conduct found anticompetitive.  So that was the second main principle.

And by really focusing on the competitive process and looking closely to the conduct found anticompetitive, I think they work to use the competitive process to improve consumer welfare.

So I think that -- and as I've said throughout, I think, particularly, in a rapidly changing industry like we have today, trying to keep the competitive process as healthy as possible over that period is important.  And I think they are consistent with doing that.  So I think they are based on the principles that I have been talking about throughout my testimony.

Q.   Now, let's drill down on Google's proposed OEM and carrier remedies.

Do those remedies align with the principles you've articulated for sound remedies?

**A.**   I think they do.

Again, they focus on prohibiting the kind of conduct that was found anticompetitive.  For example, the first bullet talks about the finding of the Court related to Play and the link between having Play and installing, for example, the Google widget.  That type of contracting would be prohibited under Google's remedies.

Exclusivity or explicit exclusivity, as in some of the Android contracts, would also be prohibited.

They also address an issue that I talked about in my remedies reports and to some extent in my liability reports, which they make things kind of a la carte across access points.  So if you wanted to use one search engine on one access point and a different search engine on a different action point, Google's remedies would allow for that.

So the last bullet sort of reflects both.  You can mix and match between Google's and others across devices. So one device looks one way, another device looks another way, but also within a device can mix and match.  So you can have one on one access point, another one on a different access point.  It gives that extra flexibility that avoids the kind of exclusivity that I think would cause concern and was the source of the Court's findings with regard to why Google's contracts were exclusive.

4321

**Q.**    Please tell the Court the significance of the last statement in blue, "The extension of remedies to GenAI apps."

**A.**    Yes.  So that is -- you know, there has been a lot talked about, you know, how do you think about the role GenAI fits in here.  And at least simply as an economist, I would think about it is in some ways -- a lot of ways, most ways, different from Search.  It's its own entity that is going to do a lot of its own stuff.  But there's also in some ways it has some relationship to Search.

And so I think Google's remedies, in keeping with something we haven't talked a lot about today, which is, you know, you want to prohibit conduct of the type that was found anticompetitive.  Right.  You don't want to strike out particular contracts.  You want to say, can we prevent that kind of conduct?  And Google's remedies extend that to AI. So a lot of those remedies that we have on the Search side have been applied to the AI side.

Both, you know, trying to deal with -- there is some relationship between the two.  So let's deal with it that way, but also, you know, AI is an important part here parallel alongside such Search.  So I think it extends the remedies further into AI and that would be the case, even though as I think we've heard throughout the trial, Google has, you know, one of many people competing in AI.  They are

not uniquely positioned in AI, even if you would say they are really much better than most people in search in the past.

In AI they are competitive, very competitive, but one of -- one of many. And we've heard numerous people testify to that effect.

**Q.** Let's move on to Google's browser remedies.

Do those remedies align with the principles you've articulated, Professor Murphy?

**A.** They do. They try to address the exclusivity again, both across devices by allowing different OSs to have different promotion. So you do one thing on Mac and you do one thing on iOS. Right. They also allow for differences within the browser on a given device. That is, you can have one search engine for privacy mode and one for non-privacy mode.

They also expressly permit other promotion within the browser. So they permit, and the contracts must expressly permit, the promotion of third-party search services within the browser. So that would eliminate exclusive promotion within the browser.

Remember, the contracts also allow promotion outside the browser, but this would deal with promotion within the browser. So you could have Google as a default, but still promote other browsers within the given browser on

a given device.

And then, finally, the contractual terms allow partners to reset the terms or change their terms on an annual basis.

Q.    So under Google's proposed browser remedy, is it your understanding that Google could compete to be the standard mode/default for iPhones but Apple could still on those devices within the Safari browser could promote Perplexity search?

A.    They could promote Perplexity search.  They could make DuckDuckGo the default on the privacy mode.  They have that flexibility to do things within the browser.

Q.    Now, on the stand Dr. Chipty claimed that Google's remedy would still permit some exclusives.

Do you agree with that?

A.    I don't think so, because, first off, that -- within the browser itself, there can be promotion of multiple search engines.  So that, to me, breaks exclusivity within the browser on a given device.

Also, because you have the additional flexibility across OSs, for example, that adds additional flexibility. And the first one plus the second one, I think, would mean a contract would not be exclusive.

Q.    Okay.  So is it correct to say that the contracts address breadth and depth?

4324

**A.**    They do.  They address what I would call the depth, which is within the product, both within the browser and within a device.  Right?  Because this is about the browsers, the previous slide was about within a device.  And then across -- that's breadth dimension, which would be handled by like the different configurations by OS.

**Q.**    Now, Dr. Chipty, turning to the next slide, Slide 48, offered critiques of Google's remedies.  We just covered one.

But the first point on this page she offered the critique that, "Google's remedies are likely to preserve the status where it would just take much longer to restore competition because rivals would still have to compete with Google."

Do you agree with that statement, Dr. Murphy?

**A.**    I don't.  The factual part, the rivals would still have to compete with Google, I agree.  But I don't view that as a bad thing.  Having to compete with Google is a key part of the competitive process and that would be both existing rivals and new AI rivals would compete with Google, which is important because Google has a very high-quality product and in a competitive marketplace, you want them competing against the alternatives.

Taking that away in some way, that is by not allowing Google, for example, to compete for distribution

through payments. Really, as I talked about earlier, cuts against that competitive process.

Now, is it going to take a long time? I don't think. Certainly the competitive process will be restored with the elimination of the conduct. The change in the structure will take time because -- but with AI and the other things there, I think that is still the best path. I think the best path is to open the market to competition, let consumers get the benefits of competition and the marketplace will evolve from there. That is using the competitive process.

If we had a causal connection that said, oh, things are way out of whack relative to what they would have been. Then you might say, well, are there restorative remedies that are worth doing? We don't have that.

And not only that, the kind of restorative, really, I think, regulatory intervention remedies the plaintiffs have on the table would greatly reduce competition. I just don't see those as being warranted in today's marketplace.

THE COURT: I have a question, Dr. Murphy.

THE WITNESS: Sure.

THE COURT: I think implicity, if not, explicit in Dr. Chipty's opinion about preserving the status quo is Google's sort of monetary advantage. And Google's ability,

4326

at least in the short term and that could translate into long term or at least prevent a difference in the long term of genuine competition. I mean, Google can still afford to pay Apple more than even Microsoft could as we saw last time around.

How do you think that either Google's remedies would adequately address that or the plaintiffs' remedies would offset that advantage?

**THE WITNESS:** I think you are right.

Google will have an -- over those entrants a monetization advantage. I am not sure they have a willingness to pay advantage over some of the other emerging AI people who are very well-funded and have lots of incentives to expand the scope of what they can do.

Now, part of that reflects something that I think is -- one of the reasons you have a monetization advantage is because you create more value on the advertiser's side of the market. So in a competitive marketplace you would like that reflected in terms of who gets chosen.

But the most important thing is the way many of these rivals are going to succeed is by being differentiated, getting distribution alongside Google or alongside a new AI product who is really good. Whatever.

And that's what getting rid of exclusivity is intended to do. Not to say, oh, I am going to outbid Google

for the main default, but I will now have the ability to get Apple to promote me, to get Apple to promote to their users the things I do good.  And Android OEM is the same way.  And so you don't have to take Google head on either in terms of how you do it or that promotion you are looking for.

So I think Google likely, in the very short run, and probably in the medium-to-longer run is going to outbid because they have better monetization and a better product.  If you allow them to bid, they are probably going to beat Yahoo! and Microsoft for that name.  But the whole goal of eliminating exclusivity is not the end of the game, that I can get that secondary distribution, I can get other valuable things.

And the AI competitors will not only get that secondary distribution, which they are even better positioned for because they are more differentiated.  Adding Perplexity to Google adds a lot more, you know, additional value than adding Bing to Google.

So they are more likely to get it, they are better funded to pay for it, and they -- as I think we've heard -- are more likely to grow to the point where they would actually compete for more and more of that promotional space.

That's how I see it evolving.  You want to open the opportunity for them to compete but competing on the

merits.  We're not going to hold Google back so you can get more.  We're going to open the door so you can get more by providing consumers value.

And if you can provide consumers a little more value, get a little more.  If you can provide them a lot more value, get a lot more.  And that's why you get rid of exclusivity.  Right?

The whole point of getting rid of exclusivity is that somebody who comes along with something doesn't have to take on the whole nut.  They can take on parts of it as they are good at it, and that encourages them to get better.  It encourages them to differentiate.

And ultimately -- I don't know.  I can't tell you when -- there's going to be broader and broader competition, we would, expect to come out of it; that's how I see the future from here.

**THE COURT:**  Thank you.

**BY MR. POPOFSKY:**

**Q.**  So a follow-up to that, Professor Murphy.

Have you analyzed whether Google had those advantages, the quality and monetization advantages in the but-for world that you assessed?

**A.**  Oh, they did.  They would have.  Like I said before, those advantages go -- you know, more so the quality and brand-name advantages -- go way back.

4329

The monetization advantages have been there, but as I think you heard throughout the trial, that's -- 2005 there wasn't much moneti- -- 2008, 2010, there wasn't much monetization.  It was mostly about quality and user familiarity and things like that.

But the fact that Google had substantial advantage is -- probably their advantages in some sense were even bigger back then.  The quality gap was larger, not smaller, back in those early days.  It would have been during the but-for world.

Q.    Do you have an understanding whether Google's better monetization is a consequence of their superior product?

A.    Well, I think it's a consequence of things they've done both on the browser and search engine side of the world that is creating value over there, particularly with their search engine on the user side.  I don't know the ad side as well.  Other people have studied on the ad side.

But as an economist, as a reduced form sense, I would say the fact that they monetize so much better tells us they are doing some better things on the ad side.  But that's a summary outside view, not somebody who studied the ad side in detail.  And I'm sure you've heard from other experts about the ad side.  But, you know, the monetization advantages there, I presume would reflect advantages there

4330

as well as just the fact that they have been able to do so well on the user side.

Q.   Now, Dr. Chipty offered as a potential alternative to either party's proposed remedy having rivals succeed somehow to Google's defaults and then permitting Google some period later to pay for a choice screen.

Did you assess that potential proposal?

A.   You know, I can't say I've assessed it in a firm quantitative sense, like I've talked about using a choice screen from before.  But I have looked at it like through the lens of the Allcott, et al. study, who do things kind of like that.

And what you realize is that there's still a significant cost of making the rivals the default over a period of time, and that a bunch of people are going to end up using a search engine which is worse from their personal point of view.

Now, the choice screen is going to ameliorate some of that, but it doesn't eliminate it.  And contrary to what they assumed in their calculations, the fact that we see that continued attrition means there are still a bunch of people who ultimately have decided that that product is not what they are looking for.

So I think overall that would be harmful, not to mention the fact that a choice screen that shows up later is

4331

somewhat more disruptive than a choice screen that shows up at the beginning, because it's not part of your normal set-up process.

Q.   Let's move forward to your conclusion, Dr. Murphy, to Slide 50.  What is your conclusion?

A.   Well, this is Dr. Chipty said.  She said, "Plaintiffs' proposals may go too far."

I think my only statement would be, I would probably get rid of the "may" and say they do go too far.

MR. POPOFSKY:  Your Honor, nothing further from Mr. Murphy at this time.  Google does seek to move in, as a demonstrative, RDXD33.

THE COURT:  Thank you, Mr. Popofsky.  We will admit RDXD33 as a demonstrative.

Mr. Severt.

MR. POPOFSKY:  Pass the witness.

(Defendant's Exhibit RDXD-33 was admitted.)

MR. SEVERT:  Thank you, Your Honor.  Adam Severt for the United States.

May I proceed?

THE COURT:  You may.

CROSS-EXAMINATION OF KEVIN MURPHY

BY MR. SEVERT:

Q.   Good afternoon.

A.   Good afternoon.

4332

**Q.** My name is Adam Severt. I am an attorney for the United States. And I wanted to talk to you about some of the discussion you had with counsel earlier today.

Let's start by talking about the various categories or remedies that you discussed. One thing you discussed were corrective remedies; is that right?

**A.** Yes.

**Q.** Okay. And corrective remedies prohibit the type of conduct found anticompetitive.

Do I have that right?

**A.** I think that's their basic method of operation. They try to prohibit the conduct found anticompetitive and, therefore, facilitate the competitive process.

**Q.** And you also discussed what you call restorative remedies. Right?

**A.** Yes.

**Q.** Okay. And you have a three-part test for those; is that fair?

**A.** You should talk about it because I don't remember there being three parts.

**Q.** Sure. Why don't we pull up your slide.

**A.** Okay.

**MR. SEVERT:** Ms. Oh, could we pull up part 3 of the demonstrative.

4333

**BY MR. SEVERT:**

Q.   So this is your Slide 7, here, your slide on restorative remedies.  Right?

A.   Yes.

Q.   And this is your three-part test, these three bullets?

A.   Yes.  I never really thought of them as three parts.  It just ended up as three bullets.  So we will just put it that way.

Q.   Sure.

And just so we are on the same page, to be clear, none of these bullets here would be sufficient, in your mind, for a restorative remedy.  You would need to have the presence of all three; is that right?

A.   I think this would be for finding a role for corrective remedies.  We haven't talked about what those remedies are yet at the end of these three.  It's the things you say, Look, if I am going to do restorative remedies, let me evaluate these three things.

And then I will say, Okay, either I don't have the causal connection I need, therefore, I am not going to do corrective remedies; or I have the causal connection, I am going to see if there are corrective remedies that might rectify what I just identified and are worth the cost of doing so.

4334

That's the subsequent step.

Q.   Sure.  And my only question is, Would you endorse consideration at least of restorative remedies if not all three of these bullets were met?

A.   If not all three?

Q.   If you just had one or two?

A.   I don't think so because, you know, you never want to say "never," but this, to me, is where you have to start.

Because, number 1, you have to have the evidence that something has changed and have an idea of what and to what extent things have changed to have an idea what to do.  And it's hard to do what you want to do when you know what you want to do, and it's even harder if you don't.

Second, what we care about is this -- whatever change occurred, is it going to affect negatively competition going forward?  Because the whole point of competitive remedies, things about competition going forward, is to make the future better.

That's the whole idea of remedies.  You go to the hospital; they treat you so you will be better in the future.  Right?

So it's got -- the things you are trying to correct have to affect things going forward.

And, number 3, you want to incur the costs of overriding the competitive process if the corrective

4335

remedies just are not going to get it done.

That's the three.

Q.   And am I right that your sentence at the bottom of the page, that's a fourth requirement.  Correct?  That's a balancing?

A.   It's not a fourth requirement for considering restorative remedies.  It's the cost-benefit test you would apply to any restorative remedy, like you would to any policy decision.  You have got to apply the cost-benefit analysis.

Q.   I see.  So first we would consider the restorative remedies with your three bullets.  Right?  That's the first step?

A.   We would establish the need or the desire to do a restorative remedy using the first three.  So if I have a restorative remedy that's pretty effective, not very costly, I might go ahead if I have the first three.

Q.   Then if we have the first three, we have another step whereby we have a cost benefit as you describe at the bottom of Slide 7; is that fair?

A.   Yes.  We want to increase competition, so you better find remedies that do more to restore competition than they do to destroy it, because otherwise you are digging a hole rather than getting out of one.

Q.   And is it fair to say that you consider virtually

or maybe all of plaintiffs' remedies to be restorative or even regulatory; is that fair?

A.   I would have to go back over them.  The main ones I talked about I would put in that bucket.  I think they are largely regulatory interventions, actually.  Given they don't establish causal connection, it's hard to see why you put them in a restorative remedy category.

Q.   And given the bar that you established for restorative remedies on this page, you think that restorative remedies are rarely, if ever, justified; is that fair?

A.   No.  There are certainly cases where you would say, Boy, this action had happened in the past.  It's going to affect competition going forward in a way for which I have a remedy that would be effective in itself, not overwhelmingly interfere in the competitive process.

Q.   Maybe you've thought of one in the past few weeks, but at least at the time of your deposition, you couldn't think of a single restorative remedy despite your years of experience that you would endorse?

A.   That's not true.  They asked me a restorative remedy.  They gave me an example.  Let's say you had a situation in which competition had been squelched in the past.  People signed long-term deals under that regime where there weren't alternatives.

My people tell people, yeah, you guys are not bound by those. You can sign new agreements. Now that we are going to allow more competition in order to restore the competition that would be eliminated by those long-term contracts, we are going to open those things up to competition.

That was the example I gave.

Another good example is a restorative remedy that would be somebody, like, you had a merger that happened. And that merger reduced competition from what it would have been. You might unwind that merger as a way of restoring competition.

And the key thing in both those cases is you have strong evidence that the world would look different today going forward, absent the conduct, that we would be in a world without the merger. And that merger -- the world without the merger would have been there in a competitive environment.

It's not some alternative that I just made up. It's an alternative that would have existed but-for the conduct. And, therefore, importantly, would have been there in that competitive but-for world I am thinking about.

That's the guidance you get from the causal connection. It's telling you there's something that would have been produced in this competitive environment that I

can get myself back to.

It doesn't mean you necessarily got to get there because it may be too costly to unwind, put the toothpaste back in the tube in some sense.  But still, that's on the table.

I would want to think about that, because I know what would have been there in competition and I have an idea how to get there.  And I evaluate the costs and benefits of doing that and I make my decision.

Q.   Professor, have you ever seen a restorative remedy that you felt was a success?

A.   I think so.  I think we've seen merger unwinds. I'd have to go through them, some of the things that, you know, some licensing-type things.  I was involved in a case once where there was anticompetitive conduct and there were some licensing requirements because people would have had a license in the but-for world.

So, yeah, I've seen these kinds of things.  I don't think it was a formal remedy proceeding because many of the cases I've been involved -- I've only been involved in two remedy proceedings, this one and Microsoft.  Those are the only two.

Q.   Okay.

MR. SEVERT:  Your Honor, may I approach?

THE COURT:   [Nodded]

4339

**BY MR. SEVERT:**

Q.   Professor, you had your deposition taken in this case?

A.   I did.

Q.   Okay.  And I am going to direct you to -- I handed up your deposition binder -- Page 51, Lines 10 through 18.

**THE COURT:**  Which tab?

**THE WITNESS:**  Which tab?

**BY MR. SEVERT:**

Q.   It's the first tab in the binder.

A.   Okay.

Q.   Your remedies deposition.

A.   You would have to make it a mini.  Not good for my eyeballs but, okay, I will do my best.

**THE COURT:**  I have a magnifying glass if you need it, by the way.

**THE WITNESS:**  Thank you.  I think I can read it.

**BY MR. SEVERT:**

Q.   All right, Professor.

A.   Yes.

Q.   "Question:  Have you ever seen a restorative remedy that you felt was a success?

"Answer:  I would have to go back and dig through them.  I would say the consensus I would come to it's hard to find that.  On a whole, they make success.  I can't think

of one specifically I would say, Boy, that was a great idea. I don't think that's too different from what most people would say."

Were you asked that question and did you give that answer?

A.    I did.

Q.    Okay.  You can put that aside, sir.

All right, Professor.  Let's go back to corrective remedies for a couple minutes.  Now, corrective remedies do not disgorge the defendant of the fruits of obtaining competitive conduct?

A.    To some extent they do, but that is not certainly -- there is no independent effort to make that happen.  So they are not directed to do that.  There's an element to which, because they can't do the conduct in the future, that would be dissipated.  But there's no -- they're not designed to make that happen.

Q.    Right.

In fact, you don't believe that it's a proper goal of antitrust remedies to disgorge the fruits of antitrust violation?

A.    Be careful.

What I said and I tried to make clear today, remedies regarding competitive conduct shouldn't be designed to disgorge the gains, that's how I see it because that

4341

sacrifices consumer welfare. My -- conduct -- remedies about how the marketplace will work going forward should be designed with consumers in mind, what's best for consumer. Disgorgement should be handled to the extent you can in other ways that don't involve punishing consumers because that's not your goal.

Q.   Fair enough.

So that's a good clarification.

So for anticompetitive conduct, you don't believe that disgorgement or the fruits of violation should be a goal of a remedy?

A.   No.  I am saying remedies that are designed to affect market conduct going forward should not be designed to disgorge.  They should be designed to promote consumer welfare.  If you want to punish somebody or disgorge it from them, do it in another way that disgorges or punishes but doesn't in the process punish consumers.  That's -- that's how I see it.  That's how I think most economist would see it.

Q.   So under your philosophy of just limiting ourselves to corrective remedies here, it would be economically rational for a monopolist to violate the antitrust laws, wouldn't it?

A.   No.  Not if there are other penalties associated with it, which is where you'd want to go.

4342

Q.   Right.

Maybe at some point a court would order the monopolist to stop their conduct through a corrective remedy.  But the restorative remedies would be mostly out of reach under your test.  Right?

A.   I think in many cases -- if there was substantial harm to competition going forward, you might have restorative remedies.

I think if there's not, you would have limited corrective remedies and any disgorgement and other things would have to be done in other ways.

Q.   Right.

But through antitrust remedies, at least, whatever benefits or fruits the monopolist gained during the period of its unlawful conduct, your view, is those are theirs to keep.  Right?

A.   No.  Look, I'm not a lawyer, but I understand that there are other antitrust avenues that would handle damages and other things that would or could or likely would flow out.  So I'm not a lawyer.  I can't say when those are in play and when they are not.

But what economics tells me is, you would rather use those kinds of methods than interfere in the competitive process because of the collateral damage you do to consumers when you do it the latter way.

4343

**Q.** So someone else should come knocking on Google's door, essentially?

**A.** Or the government should look to knock on Google's door, but don't do it in a way that harms competition and customers. Why would you want to do that?

**Q.** Okay. And changing topics a little bit.

You mentioned a couple of minutes ago that you testified in the remedies phase of the Microsoft case; is that right?

**A.** I did. My first case I ever testified in, by the way.

**Q.** In that case --

**THE COURT:** It's all come full circle.

**THE WITNESS:** I said that this morning. My first and last, they are all the same.

[Laughter]

**BY MR. SEVERT:**

**Q.** In that case, just so we are on the same page, you were hired to testify on behalf of Microsoft; is that right?

**A.** I was.

**Q.** And it was in the remedies phase to provide testimony critiquing the plaintiffs' proposed remedies.

Is that a fair assessment?

**A.** Yeah. I think they talked about Microsoft remedies, but it was mostly about plaintiffs' remedies, as I

4344

recall.  It was 20 years ago.

Q.   Sure.

A.   My memory is a little thin.

THE COURT:  Just to make sure we're on the page when you say "the plaintiffs' remedies," you mean dissenting states that wanted remedies in addition to those that had been agreed upon by Microsoft and the DOJ.  Is that who you are referring to?

MR. SEVERT:  Let me ask the professor.

THE WITNESS:  The thing was, I think, by the time we got to this phase, there were government parties involved on both sides.  The plaintiffs would be the people who were objecting to what Microsoft and some of the other government entities were proposing.  And they had their own set of remedies.

THE COURT:  Okay.

THE WITNESS:  And so the group that would have been the plaintiffs there -- you guys are the lawyers -- but my understanding is the plaintiffs would have been that group who wanted their own remedies and I critiqued those remedies.

BY MR. SEVERT:

Q.   Right.

And you looked at both, just so we are clear on the --

**THE COURT:** Hang on. Look, we don't need him to do a memory test.

You either know or you don't.

I take it he was called to critique -- I can't remember, was it led by Massachusetts, the Massachusetts States, there were like a half a dozen of them or so who wanted additional remedies. Correct?

**MR. SEVERT:** Yeah. In fact, let me do this.

**BY MR. SEVERT:**

**Q.** I have a copy of your direct testimony.

Well, in that case you provided a written direct testimony; is that right?

**A.** Yes. We had written direct and in-court cross, as I recall.

**Q.** Okay. Let me give you a copy of that.

**A.** Okay.

**MR. SEVERT:** May I approach?

**THE COURT:** Uh-huh.

**BY MR. SEVERT:**

**Q.** Okay. Professor Murphy, your written direct testimony is on the last tab we've labeled it PXR0397.

Do you see that?

**A.** I do.

**Q.** And this is indeed the direct testimony that you provided in the Microsoft case?

4346

**A.** It looks like it, although I can't say I have seen it recently. So I would say it looks like it, as I recall.

**Q.** Fair enough.

And if we turn maybe just to get to the Court's question, the sort of the first page there's a table of contents.

**A.** I see that.

**Q.** Okay. And you evaluated both the settlement proposal and the non-settling State proposal; is that fair?

**A.** Oh, yeah. Down at the bottom.

**Q.** Yeah. Sections 8 and 9.

**A.** Yes.

**Q.** Okay.

And one thing you did in the Microsoft case similar to what you did in this case is you laid out some economic principles for evaluating remedies?

**A.** I did.

**Q.** All right. Why don't we turn to those. I think there is a nice summary of them. If we go to Paragraph 159 on Page 79.

**THE COURT:** I'm sorry. You said Paragraph 159?

**MR. SEVERT:** Paragraph 159 on Page 79.

**THE WITNESS:** Yes.

BY MR. SEVERT:

**Q.** And those were the principles that you laid out?

4347

**A.**   I looked -- yes, they are.  I've seen these more recently.  So, yes, those are the ones I laid out, yes.

**Q.**   Okay.

And just to focus on -- if we zoom in a little bit on Paragraph 159 -- you wrote that, "There was a single overarching goal of antitrust remedies which was to promote consumer welfare."

Do you see that?

**A.**   Yes.

**Q.**   And you agree with that today?

**A.**   I do.  Although, you know, I've learned a few things in my last 22 years or 23 years.  I think it's important to stress the intermediary part of the competitive process.  Although, if you read the rest of the opinion, it clearly was in there.  It's just I have now decided that's important enough I would put it into the first part.

**THE COURT:**   I'm sorry, say that again?

**THE WITNESS:**   I'm saying this one read, "The overarching goal of antitrust remedies is to promote consumer welfare."  I would now say "through the competitive process."

And if you read the rest of this, it would be clear I was talking about that, but today I would include that in the overarching goal part.

4348

BY MR. SEVERT:

Q.   And then in the next sentence you identify -- you talk about three principles that you describe as being structured to promote consumer welfare; is that right?

A.   I do.

Q.   Let's take a look at those principles.

The first one says:  "The remedies should prevent future harm to consumers from the types of actions that have been found to be anticompetitive."

Do you see that?

A.   Yes.

Q.   You agree with that today.  Right?

A.   I think it was pretty much the same one I had in my current report so, yes, I still agree with that.  The wording might be slightly different but the message is still the same.

Q.   And Principle 2:  "The remedies themselves should not restrict competition and generate harm to consumer welfare."

You see that?

A.   That was also one of the ones in my current report, so, yes.

Q.   You agree with that?

A.   Yes.

Q.   Okay.  And Principle 3:  "To the extent that past

4349

illegal acts have injured competition, the remedies should work to restore the prospects for consumer welfare to the level that would have existed absent the illegal acts."

Do you see that?

A.    I do.

Q.    You agree with that today?

A.    I do.  I think I refined my thinking somewhat, but I think the general idea is still the same.

Q.    And then if we turn to the next page, there is Paragraph 159 goes on.  So we are on Page 80.

And you have one more sentence.  Do you see that sentence?

MR. SEVERT:  If we could blow that up.

THE WITNESS:  Yeah.

BY MR. SEVERT:

Q.    And you write, "The application of these principles and the resolution of conflicts among them should be guided by the overarching goal of protecting and enhancing consumer welfare."

Do you see that?

A.    I do.

Q.    And is that still your opinion today?

A.    It is.

Q.    Okay.  So, in that case, with the overarching goal of consumer welfare, would you then endorse a remedy,

Professor, that promotes consumer welfare, even if that remedy generates more competition and more consumer welfare than would have existed in the but-for world?

**A.**    I would not -- I would not go there because I think that goes beyond where we can have confidence that we are making that happen.

If you want to propose that, that's a regulatory action and I'm all for, if you think there's regulation that's going to improve consumer welfare, we should consider that.  But it's not a remedy.  At that point you are regulating.  And I think the stuff we have guidance on from the liability phase that can help us craft remedies is of the restorative type and more importantly of the corrective type.

And I think once you go beyond that, by definition, you're doing things -- maybe you're trying to promote consumer welfare, but you're going beyond what we have guidance from getting us back to where we would have been, which is an outcome that would have occurred under competition or correcting the competitive process; that's the summary of why I would say, this pushes me to go not in that other direction.

**Q.**    So -- I'll move on.

So let's take a closer look at the third principle in Microsoft.

4351

**MR. SEVERT:** We can go back. Here we go.

**BY MR. SEVERT:**

**Q.** So you write, "To the extent that past illegal acts have injured competition, the remedies should work to restore the prospects for consumer welfare to the level that would have existed absent the illegal acts."

Right?

**A.** Where are you reading from? I don't see it.

**Q.** Principle 3.

**A.** Okay.

**Q.** Do you see that?

**A.** Yes.

**Q.** Okay.

And here what you are saying is what the plaintiff needed to do to justify restorative remedies was to show that the past illegal acts had injured competition. Correct?

**A.** No, not just the injured competition, but injured competition -- I take that as given that the Court found that they were anticompetitive, so there is some presumably some notion of injury. I'm not a lawyer, but I will take that as given.

The question for causal connection is, Have they changed the competitive landscape in such a way that the prospect for consumer welfare diminished going forward?

4352

I don't know exactly where it is in this document but that is a hundred percent in this Microsoft document.

Q.   And in this case, you've offered, essentially a three-part test here.  Right?

A.   Well, the three-part test is embedded in the Microsoft document.  I just never called it -- I never considered it a three-part test, but I never separated it out.  But it's implicit in the way I operated, if you read through it.

Q.   All right.  Let's look -- let's jump ahead a little bit.

MR. SEVERT:  Let's go to Paragraph 186.  That's on Page 92.

BY MR. SEVERT:

Q.   And you write there in the first sentence, "Finally, it is important to note that my analysis does not require that we determine whether the anticompetitive acts reduced the actual level of competition in the market for Intel-compatible PC operating systems."

Do you see that?

A.   I do.

Q.   And you are talking about the but-for world there. Right?

A.   Yeah, I'm saying -- but read the next sentence and understand the reason why it is written the way it is.

4353

That's the key.

**Q.**   Right.

**A.**   Because we care about going forward.  And so if it hadn't reduced things in the past but there was reduction in the potential competition going forward, then the idea that I've affected the prospects for consumer welfare going forward would be met, which is the causal connection.  Which is why I said that could work here.  And that's the thing. It's always the forward-looking part.

The past is the past.  I said this over and over at my deposition.  It's not about the past.  It's about how the past affects the future.  And in the Microsoft case, the question was, Did it affect the potential competition going forward in a way that would reduce the prospects for consumer welfare?

Just as in this case we emphasize the affect going forward here proxied by Shear, they're proxied by the strength that those potential competitors would offer competing against Microsoft.  So in both cases, we are focused on forward-looking.

It's just the situations are different because those were nascent competitors that weren't there yet.  So even if they didn't do anything in the past, you had to think about, Well, would they have done something in the future but-for the conduct?

4354

Here, because the competitors that we -- well, Microsoft and Yahoo! they are in the past. The past is more tightly linked to the future. There it was more this in ether potential. Right?

I wanted to say, Look, in that world, you have to think about the ether a little bit because the whole story is about the ether. And that's all I am saying here. So it's always forward-looking.

Q. Well, you mentioned in the next sentence. Let's look at the next sentence.

A. Okay.

Q. And you said, "As I stated a substantive reduction in potential competition would qualify as establishing a causal connection under my analysis."

That's what you wrote?

A. That's what I just tried to explain.

Q. Yeah.

And you agree today that restorative remedies do not require proof of a reduction in actual competition; potential competition is enough?

A. And in this case, potential competition is proxied by share because the theory of how past affects the future in this case is through share. In the Microsoft case, the theory of how past affects the future is the potential for nascent competitors to challenge Microsoft going forward.

So it's the same logical connection.

Q.   And whatever nascent competitors might have existed in the search market, we just don't know their names?

A.   We don't but we haven't established -- you know, for example -- well, be careful.  Because even the choice screen -- remember, the choice screen doesn't include just your name brand guys.  The choice screens in Europe had, like, 12 guys on the choice screen.  So there were a lot of small competitors on those choice screens, not just Yahoo! and Bing.

So in some sense, those guys were getting a promotion too.  And the exclusivity provisions, probably putting them on the choice screen is more than they would have gotten in terms of pre-installation.

Again, I think my use of the choice screen as a benchmark for the counter-factual but-for world, I think still works pretty well, even when you think about nascent competitors.

Q.   All right.  Let's change topics.  We can put the slide away.

Another topic you talked about on your direct was something that you called a market test; is that right?

A.   I did.

Q.   And the market test, the way you apply a market

4356

test, is that remedies -- that you want to see -- for a remedy, you want to see that behavior observed in the market in some way; is that right?

A.    Yeah.  That's the nature of the market test is it's easy to theorize things that might work but I've never seen anybody choose it.  I would be skeptical because you don't really know the problems until you try it.

Q.    And am I right that, at least in theory, the market test looks both at what's happening in the relevant market or even markets that are sufficiently similar; is that right?

A.    Yeah.  I mean -- but sufficiently similar, you know, emphasis on the sufficient, yes.

Q.    And who would decide what's sufficiently similar?

A.    You know, I think that's the judgment.  I think here, I'm not sure which other market -- I think I said this in my deposition.  I'm not sure other market looks a lot like the search market.

Because the search market is a market without payment.  There's many markets without payment -- I mean, direct pricing to consumers is what I mean.  There's no --

But it's also a market in which there is a lot of monetization on the other side of the market.  And I'm not sure there are a lot of markets that have those -- that's one of the things that makes search relatively unique.

4357

**Q.**    Bottom line, you haven't found in this case a market that you think is sufficiently similar to the search text ads market.  Right?

**A.**    I haven't.  I haven't seen anybody come up with one.

**Q.**    I think what we're left with, I think in your opinion, is we can really only look to the relative markets themselves to perform your market tests; that's kind of where we are?

**A.**    Yeah.  I think that's probably the first place you'd look anyway.

**Q.**    Uh-huh.

**A.**    But you wouldn't just look at what Google does. You'd look at what other people do.  You'd look at what happened before Google was in a position they are now, before the period of conduct.  You can look at lots of different timings and entities, but looking within the market itself is the best way to hold the characteristics constant.

**Q.**    And, Professor, you understand that the markets -- the relevant markets in this case are monopolized markets.  Right?

**A.**    Which is why you would say, Well, let me look before that.  Are these features that showed up in a world before the challenged conduct?  I have done that.  We don't

4358

see things like a choice screen in that environment.

Q.    Right.  Because you would agree that, in markets that are monopolized by anticompetitive conduct, what market participants do can be different from what we might see in a competitive market?

A.    Yeah, although, if it really is a good idea and that's what customers prefer, presumably many of the non-monopolist people would want to go down that road. Because, hey, I'll give people what they want.  Monopolists won't give them what they want; I will.

You can still look at the other people.  It's not a perfectly sanitized experiment but it's still informative. In fact, one economist will often use -- when you want to ask, Does this contract have a pro-competitive motivation, you often look at, well, Do other people without a dominant position use that same kind of contract?

If they do, you say, It must have some benefits other than excluding competitors or something like that. They do it for a pro-competitive reason, presumably.  So we do look within the market often, even during a period where you have a dominant player.  You would just look at the other players.

Q.    Yeah.  And I think on your direct you testified that choice screens, in particular, fail your market test. Do I have that right?

4359

**A.**   I think that's correct.  I don't see them having been voluntarily involved -- I'm sorry, implemented in market transactions.

**Q.**   And you have that opinion knowing that we see choice screens all the time, especially on our mobile phones.  Right?

**A.**   Yeah.  There are certain things for which a choice screen, you kind of need a choice screen.  You know?  And a default -- you know, many of those choice screens also have defaults too.  They say, Here is the choice screen; one thing is checked already.  Right?

So you can have choice screens with defaults, choice screens without defaults.  But, yeah, it would depend on the nature of the product whether you would want to have a choice screen or not.

**Q.**   Okay.  Let's go to Slide 20 of your demonstrative. We will go to Professor Murphy's demonstrative.

And you didn't talk about this in terms of your market test but let's -- when discussing this slide, you did observe that Google doesn't use price to compete; is that right?

**A.**   It's not just Google.  I mean, if you look at the history of this industry, it's not been one in which users have been charged to use search engines.  There have been a few attempts to have a subscription base but, by and large,

4360

it's been free to users and competition for users has not been on price but on other dimensions that I talk about.

Q.   Right.  And you acknowledge that there have been some search engines that have tried to compete on price.  Right?

A.   Well, the ones who charge I wouldn't say are trying to compete on price so much.  That one, I never quite understood that model so well.  It's like, we have this world where things are free, so I know how to succeed, I'll charge people for it.  It could work.  You have to improve in some other way but, yeah, I understand that one.

But, like, Microsoft Rewards.  They try to reward people for search.  Now, the reward program is much broader than search.  Right?  It's not focused really on search.  There is gaming and other things.  But they have had a reward for searching, but it's been quite modest and the take-up rate has been quite low; that is, most people who search don't collect the rewards.

Q.   Sure.

A.   It kind of illustrates the relative inefficiency of competing on those margins.

Q.   Sure.  So you've talked about Microsoft Rewards and that program gives users things like gift cards, sweepstake entries, makes charitable donations on their behalf for doing searches, among other things.  Right?

4361

**A.** Yeah. You kind of cumulate your points across other activities and you can redeem those points for the kind of things you're talking about.

**Q.** And that's one way to pay consumers. Right?

**A.** It is one.

**Q.** And you're familiar with Brave; that's another search engine?

**A.** Yeah. I don't know as much about their rewards program.

**Q.** Right. Well, you know that Brave has a rewards program that allows users to earn gift cards. Right?

**A.** I don't have direct knowledge of that. I've heard that. I have not investigated the same way I have Microsoft Rewards. I actually went to the Microsoft website and looked at the rewards and seen data on the rewards. I am, at a high level, familiar that Brave has a rewards program.

**Q.** So this was not part of your market test, the payments to consumers?

**A.** In this case, you would say small payments competing on the margin, you might say, meets the market test. Is that a substitute for competing in these other big ways? No.

**Q.** No, I'm just asking if you applied your market test to payments to consumers?

**A.** I did, and I would say payments at a low level

4362

meet the market test.  Is this one of the ancillary ways in which you might compete?  Yes.  Is it a primary way that people could compete that would offset the loss of competing on these other dimensions?  I think the fraud problem would preclude that.

Q.   Professor, if you didn't investigate what Brave is doing, you didn't conduct a test.  Right?

A.   Look, I know enough about Microsoft Rewards and I know enough about the history of the industry that if this was an effective way to compete, we would have seen more competition on price of this type than we see now.

Q.   Okay.  And, Professor, you are familiar with Ecosia?

A.   A little bit.  Not a great deal.

Q.   It's another search engine.  Right?

A.   Yes.

Q.   And Ecosia makes charitable donations on behalf of its users by planting trees.  Right?

A.   That's right.  You're right.  Yes.

Q.   Let's turn to plaintiffs' proposed remedies.  You talked on your direct how you think payment bands will harm distributors and users; is that right?

A.   I did.

Q.   But you would agree that if there was more than one search engine today, of quality roughly similar to

Google, users and distributors would be better off than they are today.  Right?

A.   If you could just snap your fingers like, you know.  Right?  Just like Thanos, I guess, and create search engines using your magic glove, why not.  If you got the glove, I want a Ferrari, by the way.  So don't take it off until you get my Ferrari too.

Q.   But users would be better off in that case. Right?

A.   Come on.  You're just saying if the world was a better place, it would be a better place.  Okay.  I agree.

Q.   And you know that the purpose of the plaintiffs' data and syndication remedies is to help rivals provide higher quality and better monetizing search services. Right?

A.   You can say that's what they're trying to do.  But in the process, they're overriding and really reducing competition, which is the whole point.  Yeah, you could try to do that.

Now, I also pointed out that subsidizing rivals has its own problems, independent of those other things.

As I said, the competitive process is valuable in the way it makes people compete.  Just making them better by giving them things shortcuts the process in a way that reduces novel innovation; that's another aspect that I see

4364

beyond the direct reduction in competition and benefits to consumers.

Q.   You've not studied and analyzed in your reports how much better rivals might get under plaintiffs' data and syndication remedies.  Fair?

A.   That's outside of my area of expertise.  I'm an economist.  I'm not a search engine guru, you know?

Q.   All right.  New topic.  Let's talk for just a moment about Chrome.

A.   Chrome.  Okay.

Q.   Let's go to Slide 35 of your presentation, Professor.

A.   Sure.

Q.   I think in connection with this slide you talked about how Perplexity doesn't want OpenAI to get Chrome; is that something you testified about?

A.   I remember that testimony that Perplexity was -- you know, there have been several things from Perplexity saying that -- you know, kind of reflecting that they felt that Google had done a lot of good things with Chrome.

I believe I remember them saying -- and I apologize if I misremembered it -- them saying that would be preferred to having OpenAI have it.

Q.   Right.  And you know that Perplexity and OpenAI

are competitors.  Right?

A.   That's kind of the whole point.  I was not hiding that at the time.  That was kind of what -- but that was sort of -- that OpenAI would tilt it in that direction.

Q.   Right.  Right.  That Perplexity knows that OpenAI could, if it owned Chrome, use Chrome to benefit ChatGPT at Perplexity's expense.  Right?

A.   Well, I'm not saying OpenAI would be doing anything anticompetitive.  I am just saying, you know, that if they have something that makes them stronger, if I compete with them, I'm probably not happy about that.

But it also means they are not going to share it with me.  If they were going to share it with me, I wouldn't be so worried.

Q.   Right.  And, Professor, that same observation applies to general search.  Google Search can benefit from the ownership of Chrome at the expense of its search engine rivals.  Right?

A.   No, but that's where the Chromium story kind of pushes the other way.  Google has improved the search engines used by other browsers, even browsers like Edge that promote their own search engines.  That is, Google's interests in the open web and broad growth in search are such that they found it in their interest to support browsing and searching beyond what they get.

And I think, at least in Perplexity's judgment, the only way I would read it is they think that is more true than it is for OpenAI.

Q.    All right.  Let's talk for a minute about Google's proposed remedies.

A.    Yes.

Q.    We can put this slide away.

When the remedies in this case go into effect, whatever they are, whenever that is, there will be millions and millions of Android devices in circulation with Google Chrome, search widget, Google Search app pre-installed under agreements the Court found unlawful.  Right?

A.    I agree.

Q.    And Google's remedies doesn't have a provision that addresses that.  Right?

A.    Well, it doesn't directly address that; that is, people can compete for those devices and they would be able to compete for those and compete on new devices.

So it doesn't directly say, for example, you would have to have a choice screen on those devices, like products remedies do.  No, they don't have that.

Q.    And, Professor, you also saw in the Court's opinion how Google's revenue-sharing payments to Apple under the ISA contributed to keeping Apple on the sideline to search.

4367

Do you recall that?

A.   I do.   I tried to talk about that today in my testimony.

Q.   And you agree that Google's proposed remedies don't contain anything to address any harm created by the size of the ISA payments; is that fair?

A.   They don't.   And I view that as a virtue.

Q.   I'm sorry.   Say that again?

A.   I view the fact that they don't limit competition for Apple's business as a good aspect because, you know, I think, as Mr. Cue said yesterday, you know, forcing Apple to enter is not a great idea.   And you want Google competing against what Mr. Cue at least thinks is the most formidable competitors today, which is AI-based products.

And to take Google out of that competition, I think, would be reducing rather than enhancing competition. I don't see why that would introduce Apple to enter in today's environment.

Q.   Okay.   Changing topics again, I want to talk about another possible remedy.

I guess Google's remedies would permit Google to pay distributors what's sometimes called an unconditional revenue share; is that right?

A.   I think so.   You're just saying, I will pay you a rev share on some set of devices.

Q.    Whatever you send?

A.    Without some particular -- usually, I think what people mean by "unconditional" is some particular promotional performance on the other side.  That's what people mean by "unconditional."

Q.    And Google's remedies would permit that.  Right?

A.    Yes.

Q.    And am I right that in liability you argued that if Google were permitted to pay distributors revenue share with -- I think you put it today with, like, no promotional requirements, the distributors would make Google the default, which replicates the outcome we have today; is that right?

A.    I don't remember saying that's for sure what would happen.  I think that's a likely outcome.  The economic modeling of unconditional revenue shares is actually a lot trickier than you might think.  Because what you are willing to pay depends on what you get, and you don't know what you are going to get.  So it's sort of like how does that work its way out in equilibrium?

And if you actually do some of the formal modeling, you need what's called an economist's randomized strategy, which in the real world kind of doesn't make a lot of sense.

So modeling it precisely is not so easy, but that

4369

certainly could be one outcome:  They would pay, there would be no conditions, and they would be the default anyway.

Q.   Okay.  Would it refresh your recollection if I showed you your liability report where you discussed this?

A.   I mean, if that's what I said, that's what I said. I take your word for it.  But what I just said is what lies behind that testimony.

Q.   Okay.

A.   Certainly a plausible outcome.

Q.   In fact, what you said was that partners would make Google the default and that replicates the outcome in the actual world.

Does that sound familiar?

A.   I think that is the likely outcome.  I just don't say you can say that's the only possible outcome.  If I did so, that's going further than I would have meant to go at the time.  But I think that is a likely outcome.

Q.   Okay.  I want to turn to something I thought I heard you --

A.   I did also say that I would not expect that kind of contracting in the world.  I talked about -- it's a weird world when you make a payment and hoping somebody is going to do something and usually you say, okay, I will pay you if you do this.  You know?  That usually is the standard form of contracting that we see.

4370

You know, it could be that I walk in the barber and give him 20 bucks and hope he cuts my hair.  But presumably it's more of a quid pro quo is usually the way transactions work.

Q.    I thought I heard you say something earlier today.  I want to make sure I have it right.

A.    Okay.

Q.    I thought I heard you say that the browser agreements permitted by Google's remedies are not exclusive because the browser could promote rivals through some means other than the default.

Is that what you said?

A.    No.  I'm saying it expressly allows for the promotion of rival browsers, and that would mean they are not exclusive as a contractual basis.

Q.    Right.  So something -- some other means besides the default is what you were talking about?

A.    Well, I think this is an issue, I think, that -- I'm not a lawyer, so I expressly permit.  But my understanding or thinking about how that would work is basically Google could contract for certain kinds of distribution, but the browser provider could provide distribution other than that to other people.

Q.    Uh-huh.

A.    So you can't say, I'm going to give you the

4371

billboard and put the other guy over top of you, because that's not giving what you promise. But that Google could contract for things, but the browser provider would be able to promote people in other ways.

Q.   Uh-huh.

A.   And that is the way I'm interpreting it, that if they want to do something else with another browser that doesn't overlap with what Google is doing, they can do it.

Now, you might want to ask Google exactly what does all of that mean, but that's the way I think about it. But now we are in the law part of the world and not the economic part of the world.

But to me, you want to have it so that browser providers have the flexibility to promote -- even if they're promoting Google -- to promote somebody else too. That's the economics of it.

Q.   Sure. Am I right, though, that we actually see that today on Safari, where Apple has both -- I think has a Yahoo! bookmark and a Bing bookmark. Right?

A.   Yeah.

Q.   It is a version of what you are talking about.

A.   That's where I would say, you have got to understand exactly what that means. Maybe that is questions for Google or whatever. But I think what you want is a world where browser providers have flexibility to promote,

4372

while Google can contract for some things, other things that somebody else wants, they can promote through other people.

Now, is there a bright line as to when -- you know, that's always the issue.  Right?  Is there a bright line as to what crosses the line?  That's why you guys get paid the big bucks, 'cause you guys -- that's why they get paid the big bucks.  That's right.

But you get my point.  This is out of my wheelhouse at this point.  But my view is that's what we are looking for out of that remedy, is that flexibility for browser providers to do.  They probably do more than they do today, the ability to do that.

**BY MR. SEVERT:**

**Q.**    But you understand that notwithstanding the Yahoo! and Bing promotional bookmarks, the Court still found that the ISA to be exclusive.  Right?

**A.**    I would agree.  I don't think you can say, you know, you get these three pixels and that's enough, you know.  There has to be some sense put on this.

But the idea that you can contract for stuff and allow the people to contract with others for other stuff is the concept.  How you put that into practice is, again, your guys' wheelhouse.

But that would be my view of how such a remedy should work.

4373

Q.   Okay.  Let's now talk about some of the work on causation you've done in this case.

A.   Okay.

Q.   Let's start by just listing a couple things that I think you believe would not have happened in a but-for world.  Okay?

A.   Okay.

Q.   Am I right that as you think of a but-for world, Google would not have entered into the exclusive distribution contracts; is that right?

A.   Yeah, they would have entered into contracts presumably, but they would not have the exclusive elements that the Court identified.

Q.   Right.  Those would be off the table?

A.   That's my understanding, yes.

Q.   Okay.  And I think you also said earlier that distributors would not have shown choice screens in a but-for world.  Right?

A.   I mean, they could have.  I'm not assuming they would have -- even though I use "choice screen" as my yardstick, I'm not assuming they would have had choice screens.  It's just to give me an indication of what would happen if you get rid of exclusivity.

Q.   But you don't think it is the but-for world?

A.   I don't think choice screens is the but-for world,

4374

no.

Q.    Okay.  So in the but-for world there is no exclusivity, there is no choice screens, and you argue that Google's rivals would have continued to have low market share; is that right?

A.    I think that's right because, even getting a choice screen, which is going beyond just not having exclusivity, gives them a very little change in their market share.

Q.    And I think that -- I have this right that your position is that Google's position in the market would be roughly the same as it is today because distribution would still -- partners would still have worked with Google and not with competitors.  Right?

A.    Well, not just that.  I mean, Google's products would be preferred and all the rest, right, all the other things.  Because even on a choice screen, Google would have gotten quite -- almost all of that in a but-for world.

Q.    And you claim that -- well, I guess, would you agree with me that distribution partners of Google's wanted more flexibility than what Google allowed?

A.    I think there's some evidence, I mean, in cases that they wanted more flexibility.  Whether that would have been the equilibrium outcome, we don't know.  Right?  'Cause having negotiated contracts in my life, I know there's lots

4375

of things that I wanted that I didn't end up getting.

Q.    But one thing we do know is that partners repeatedly ask for more flexibility.  Right?

A.    That's your characterization.  We know there are times where we see partners requesting flexibility on various dimensions.

Q.    I mean, for just a couple examples, we know that Apple repeatedly asked for more flexibility than Google was offering.  Right?

A.    I mean, the facts are what they are.  I don't want how you -- I don't want to characterize it one way or the other.  There are requests by Apple for doing various things, which is the normal part of negotiations.

Q.    Sure.  Sure.

A.    You know?

Q.    Sure.

In fact, Apple asked for limited obligation and total flexibility.  Right?

A.    And that's always a great idea.  You know, can I have everything I want and not have to, you know, not give anything up for it.  Okay.  I've started with that negotiating position, and it has never ended there.

Q.    Sure.

And Android partners also sought flexibility.  Right?

4376

**A.** Yeah, to some extent. I wouldn't characterize that's the negotiation history that I've seen. It doesn't mean things like that haven't happened. But I wouldn't put that as the negotiation history.

**Q.** Sure.

And you recall that Verizon pushed many times to lift the exclusivity provision but Google refused?

**A.** Well, they actually had no exclusivity provision for a significant length of time.

**Q.** And it was reinstated and Verizon asked and asked and asked to get it removed. Right?

**THE COURT:** Mr. Severt, you'll forgive me here, but I'm not sure it is terribly useful to continue on cross-examination about the factual findings that have been made.

**MR. SEVERT:** Very well.

**THE COURT:** Thank you.

**BY MR. SEVERT:**

**Q.** So, Professor, I think I understand your opinion on this. Is that Google's partners asked for flexibility repeatedly for -- you know, flexibility that you say they would never have exercised?

**A.** No, I didn't say they would have never done anything different. But I said even if they went so far as in the choice screen to give them, in that case, equal

4377

promotion to what Google's getting, it wouldn't have made a big difference in shares.  That's what I would say.

Q.   Okay.

All right.  Let's talk about what might have happened if a partner chose to exercise -- chose to partner with one of Google's rivals.

I think on direct you said something to the effect of that there would be a -- a small amount of affect on market outcomes is not sufficient to justify restorative remedies; is that right?

A.   I think that's what the best available evidence would say.

Q.   Okay.  And I think you mentioned at least a couple real-world events, the Yahoo! syndication agreement and the Firefox switch to Yahoo! in 2014?

A.   Those are the two events that I talked about in that regard, yes.

Q.   Uh-huh.

And you cite those examples to say that Dr. Chipty's theory that rivals could have chipped away at Google's monopoly over the past decade or so is invalid?

A.   No, I'm saying that the idea that even the choice screen was intended to say, the direct impact of moving away from exclusivity would have been small; and that's what it tells us.

4378

Q.    Okay.

A.    The next hypothesis one has to say to address is would that small effect have grown into something bigger? So we are looking for evidence that small gains turn into bigger gains.  We have two pieces of evidence that helps us address empirically using real-world data that question; and that's the Yahoo! syndication in 2010 and Mozilla's adoption of a Yahoo! default in 2014.

Neither of those support that snowball continued -- whatever it is, knock-on effect, chipping away, whatever you want to call it.  Neither one of those point that that is an important feature of market outcomes.

Q.    And I think that what you are saying is that these events prove that rivals couldn't have grown gradually in the but-for world because they didn't grow gradually in this world; is that right?

A.    No, it's not -- it's not really that.  It's that the mechanism that says there's going to be this feedback loop that if I get more share, then I'll use that to get better and then I'll keep growing.  We don't have evidence of that from the actual world.  And the actual world is all we have to look at.  If that was an important feature, it should have operated in the actual world.

Q.    You understand in the but-for world we wouldn't have had the exclusive contracts, but in the real world, we

4379

did the whole time.  Right?

A.   Well, not really in the Yahoo! experiment.  Right?  Because in the Yahoo! experiment they don't have an exclusive deal with Google.  They got a deal with Mozilla for Yahoo!; that's not an exclusive contract.  That's a Yahoo! contract with Mozilla.  So that wouldn't be -- that was a Yahoo! contract.

Q.   Well, every other contract, the next person they could have signed with had an exclusive with Google?

A.   Right.  But if you look at how they grew even at Mozilla, they lost ground.  Right?  Forget the other places.  They don't need to grow over there.  They didn't grow at Mozilla.  They lost ground at Mozilla.

Q.   In fact, the contracts were in place for a long time.  Right?

A.   Over three years, I think.  Something like that?  The Mozilla contract was.

Q.   Sure.

The Google's contract has been in place for a long time; is that right?

A.   There have been contracts -- it's not necessarily the same contract but there have been contracts over the period of the case, basically.

Q.   Right.

So because rivals couldn't chip away Google's

4380

monopoly with contracts in place, they couldn't have done so without the presence of the exclusive anticompetitive contracts. Right?

A.   No.  That's -- I've said -- I just said what I can say on that.

Q.   Okay.

Why don't we take a look at your Slide 11.

And am I right, Professor, on Slide 11 on your demonstrative, you are showing what happened with the European choice screens in 2020?

A.   Well, yeah.  There are a series of European choice screens, but, yes, there is the initial choice screen which is in 2020.  There is a revision.  There is a major revision in September '21.  There are multiple things going on, but, yeah.

Q.   Sure.

And you, of course, recognize that the European regulators found Google engaged in anticompetitive conduct in the years leading up to these choice screens?

A.   I haven't read their opinions.  I assume that is why they imposed them, but I have not read their opinions.

Q.   So these choice screens occurred in the wake of anticompetitive conduct.  Right?

A.   You mean there is anticompetitive conduct after the choice screen or before?

**Q.** Before.

**A.** I don't know enough. I presume that is the case. I didn't study it.

**Q.** You didn't study it?

**A.** No, but let's assume it was. Okay?

And then you got rid of the anticompetitive conduct? So this increase would reflect both getting rid of the anticompetitive conduct and the choice screen? So wouldn't that mean my thing would overstate the effect of the choice screen?

**Q.** All right. New topic.

**THE COURT:** Can I interrupt you? It's 3:00. Can I just get a sense of timing?

**MR. SEVERT:** Certainly under half an hour.

**THE COURT:** Okay. Let's see how much of that we can -- because I thought the Plaintiffs States will have some examination as well.

**MR. SALLET:** Your Honor, yes.

**THE COURT:** Let's see if we can get all this done, at least the cross part, by no later than 3:45.

All right. We will resume at 3:15. Thanks, everyone.

(Recess from 3:00 p.m. to 316 p.m.)

**THE COURT:** All right. Mr. Severt.

**MR. SEVERT:** Thank you.

4382

**BY MR. SEVERT:**

Q.   Welcome back, Professor Murphy.

A.   Welcome back.

Q.   Last topic.  I want to talk, actually, where we started, the causation work you did in the Microsoft case.

A.   Sure.

Q.   If you wouldn't mind -- well, first, in Microsoft I think you've mentioned this, two important products under discussion were Netscape Navigator and Java.  Right?

A.   Correct.

Q.   If you wouldn't mind turning to a demonstrative in your binder.  It's PXRD025.

A.   Okay.

Q.   And if we could turn to Page 2, I have on the top two excerpts from the direct, your written direct, and then on the bottom I have the Court's opinion addressed to that part of the direct.

A.   Yes.

Q.   So for Navigator, you testified that, "All of the available evidence leads me to conclude that Microsoft anticompetitive acts caused Navigator share of browser use to decline by no more than a few percentage points."

Right?

A.   I believe that's what I said.  I don't remember. It sounds right, though.

4383

Q.   Okay.  You also testified in Microsoft that, "The analysis presented above implies that there is no evidence that Java's development as a PC platform was impeded by Microsoft's anticompetitive acts."

Right?

A.   That sounds correct.

Q.   The Court found, "The Court finds that Dr. Murphy's conclusions, as to the effect of Microsoft's conduct upon Navigator and Java, are factually in conflict with the conclusions of the appellate court that gave rise to the findings of liability in this case."  Right?

A.   Yes.

Q.   Okay.  We can go to the next page.

Then, after analyzing the effects of Microsoft's conduct on Java and Netscape, you talked about causation.  Right?

A.   I did.

Q.   You said, "I conclude that the economic evidence rejects the existence of a causal connection between Microsoft's anticompetitive acts and a reduction in actual or potential operating system competition."

Right?

A.   That's what I said, yes.

Q.   And the Court concluded, "Dr. Murphy's conclusion that the anticompetitive conduct identified in this case had

no effect upon Microsoft's monopoly can be seen to undercut, if not directly contradict, the inference of causation necessary to the appellate court's imposition of liability." Right?

A.   That's correct.

Q.   That's what the Court found.

Okay.  If we could go to the next slide.

And here the Court wrote -- you see the Court's overall conclusions about your causation analysis.  Right?

A.   I do.

Q.   And the Court wrote, "The Court harbors serious concerns as to the usefulness of Dr. Murphy's causation analysis.  Most troubling to the Court in examining Dr. Murphy's analysis is the fact that many of the conclusions reached by Dr. Murphy cannot be reconciled logically with significant portions of the appellate court's opinion.  Based upon the Court's concerns as to the basis for Dr. Murphy's causation analysis, the Court ascribes little, if any, weight to this portion of Dr. Murphy's testimony."

Right?

A.   That's what it says, yes.

Q.   And, Professor, you told the Court in Microsoft that your opinions were consistent with a liability opinion. Right?

**A.**    I did.  I don't think I was very successful in explaining how.  But I did.

**Q.**    And if we could go to the last page.  The Court wrote, "Although Dr. Murphy has protested any assertion that his analysis ignores, contradicts or second-guesses the findings of the appellate court, the Court disagrees."  Right?

**A.**    Again, you are quoting from the Court and I believe you're quoting correctly.

**MR. SEVERT:**  No further questions, Your Honor.

**THE COURT:**  Okay.  Thank you.

All right.  Mr. Sallet.

**MR. SALLET:**  Thank you.  Jonathan Sallet from the State of Colorado.

#### CROSS-EXAMINATION OF DR. KEVIN MURPHY

**BY MR. SALLET:**

**Q.**    It's good to see you, Professor Murphy.  It's, in fact, nicer to see you in this courtroom than the time we were caught together in a snowstorm in Chicago.  Do you remember?

**A.**    Yes.

**Q.**    We are better off.

I want to just ask a few questions about divestitures.

**A.**    Okay.

4386

**Q.**   This morning you said that uncertainty in our proposal for contingent structural relief will itself depress Android investments.  Do you recall that?

**A.**   I do.

**MR. SALLET:**  Your Honor, might I approach?

**THE COURT:**  Sure.

**MR. SALLET:**  Your Honor, I am handing out, which I intend to just use as a demonstrative, a page from a document -- I'm sorry.  This is from an exhibit that has been introduced and I would just -- PXD162.

**BY MR. SALLET:**

**Q.**   Professor Murphy, I just want --

**THE COURT:**  I'm sorry, Mr. Sallet, I'm sorry.  Can you restate the exhibit, as well as the Bates number, just so the record is clear and everybody is on the same page and we know what we're talking about.

**MR. SALLET:**  Sure.  This is a page from PXD162 and the Bates number is GOOD-DOJ-33799875.

**THE COURT:**  Okay.  Thank you.

**BY MR. SALLET:**

**Q.**   Professor Murphy, let me caution you.  There are two red boxes on this page and there's a little square next to the left-hand one with some text.  I'm also not going to ask you about any text in that, just so we can be careful.  But I will ask you about the beginning and left side of

4387

this.

Professor Murphy, this is a chart that describes Android channeled revenue by category.  In the red box at the top there's a number and it continues, "That billion dollars in indirect revenue channeled through Android smartphones in 2023, with the disproportionate value coming from Search and 700-dollar-plus devices."

Do you see that?

A.    I do.

Q.    On the left-hand side, in the red box, that same number that isn't disclosed at the top appears as the smartphone total at the top of the column.  Correct?

A.    Yeah.  There's a stacked bar chart that has various attributions of the total.

Q.    All I'm going to ask you to do is to ask you what the components are.  I'm not going to ask you about percentages or revenue.  You can tell from the -- what's to the right of the red chart that contained in here is revenue channeled through Android that comes from display ads, that comes from YouTube, that comes from Google Play and from Google Search.  Do you see that?

A.    Yes.  Go ahead.

Q.    This is billions and billions of dollars.  And you would agree, would you not, Professor Murphy, that this revenue provides an incentive for Google to continue to

4388

invest in Android; isn't that right?

A.    This revenue -- it's not all directly tied to those investments, but this revenue would be an incentive to invest in Android, among other incentives, yes.

Q.    Thank you.

Did you have a chance to review the testimony in this hearing of a Verizon executive named Frank Boulben? Did that come to your attention?

A.    I don't remember the name, but I read parts or all of most of the testimony.  I'm sure I probably read it.

Q.    And do you recall that in the context of talking about how Google could give an advantage to Android, Mr. Boulben said, "My personal perspective is that Google has not done enough of that to differentiate the Android ecosystem"?

A.    I don't remember that specifically.  I take your word he said that.

Q.    Thank you.  And wouldn't you think that that statement from a market participant, from an important partner of Google, would itself increase Google's incentives to invest in Android?

A.    Well, I think they would listen to what overall people are saying.  Maybe that would be part of the total feedback they are getting but, yes, market participants can provide them some information about the value of investing.

4389

**Q.** Thank you.

And you're aware that in the liability decision, this Court has found that Google's exclusionary conduct reduced rivals' incentives to invest. Do you recall that?

**A.** You're talking about rival search providers?

**Q.** I am, yes, sir.

**A.** Yes. I remember that finding of the Court, yes.

**Q.** And that finding had to do with actual conduct that had been ongoing as opposed to the possible future action that might take place years from now. Correct?

**A.** I'm just trying to make sure I understand what you're saying. It was about what had happened in the past.

**Q.** Yes.

**A.** Is that what you're saying?

**Q.** Yes.

**MR. SALLET:** I'd like to, if I might, approach the witness, Your Honor?

This is a demonstrative. The number is not on it but it has been marked, Your Honor, as PXRD028.

**THE COURT:** (No response.)

BY MR. SALLET:

**Q.** Now, Professor Murphy, you believe that product differentiation is an important part of competition, don't you?

**A.** Yes. I mean, making your product better is really

4390

the most important thing, and differentiation is one way you make it better because you're adding something that somebody else doesn't have.

Q.   In fact, you said in your rebuttal report, you talked about, "Differentiated services that provide additional value to a substantial set of users" when you were talking about the search market.  Do you recall that?

A.   Yes.  I was thinking about what would motivate partners, for example, to install a second piece alongside the first piece.

Q.   Yes.  So this demonstrative is an article that was published in PC Magazine in November of 2024, which offers recommendations on which web browser is best for 2025.  Do you see that?

A.   I do.

Q.   And I'd like to start at the bottom of Page 1 and then go over to Page 2.  It lists a series of browsers.  So Chrome, for example, is listed as best for compatibility and simplicity.  Do you see that?

A.   I do.

Q.   And then on the next page, there are other browsers.  Microsoft Edge is listed as the best for helper features and AI.  Do you see that?

A.   I do.

Q.   And then Apple Safari is listed as the best for

Mac and iPhone users.  Correct?

**A.**    That's what it says.

**Q.**    And Apple iPhone is not based on Chromium;
correct?

**A.**    You mean Chromium.

**Q.**    I thought I said that.

**A.**    I thought I heard Chrome.

**Q.**    If I did, I misspoke.  I'm sorry.

**A.**    Oh, you said Apple iPhone.

**Q.**    I apologize.  My mistake.  Let's try Safari.
Safari is not built on Chromium.  Correct?

**A.**    I don't think so.  But I would have to go back to
triple check, but I don't believe so.

**Q.**    And the next is Mozilla Firefox, and it's listed
as best open-sourced private option.  Do you see that?

**A.**    Yes.  I haven't read the article exactly what they
looked at to determine that, but that's what it says.

**Q.**    What I want to come to is these kinds of
distinctions, if something is best for AI, if something is
best for iOS users, if something is the best private option,
these are useful forms of product differentiation in the web
browser market.  Correct?

**A.**    Yeah.  We can measure how important they are by
how many different people use different ones, but, yeah,
they're important to some people.  Although some of these,

4392

you would say, it's not appealing enough to a big audience because they have very small audiences, yes.

Q.   But a competitive market offers different choices to different users.  Correct?

A.   Absolutely.

Q.   The last one here is the web browser Opera, which is listed as best for innovative tools and built-in VPN.  Do you see that?

A.   I do.

Q.   And VPN is an acronym we use for virtual private network.  Correct?

A.   That's what it is.

Q.   I would like you to turn to the next page and the second full paragraph of it, is which says -- starts with, "Chrome doesn't have many unique browsing features."

     Do you see that?

A.   Yes.

Q.   And the last sentence says, "There's no built-in VPN, no cryptocurrency locker, no notes feature and no screenshot tool."

     Do you see that?

A.   Yes.

Q.   So if Chrome doesn't have something, that's an opportunity for differentiation by a rival.  Correct?

A.   It would be, yes.

4393

Q.   In fact, browsers don't -- to be in the market, they don't have to duplicate Chrome.  Right?

A.   They don't.  Chrome has been probably the most successful independent browser, but other people have their own model and that's a useful part of the marketplace.

Q.   So, for example, in Safari, Apple provides the ability to get a notice if I might be navigating to an unsafe website using its own security functionality, not employing Chrome's.

Do you know that?

A.   Safari does have -- it takes advantage of some of Apple's built-in functionality.

Q.   Correct.

A.   I think the marketplace says a wide number of users, at least on iOS, tend to use Safari.  It's a very popular browser.

Q.   You would agree, would you not, that a web browser does not have to copycat Google's current operation of Chrome to offer a differentiated value proposition to users.  Correct?

A.   I would go beyond that to say, if you just copycat, you are not providing independent value.

Q.   Right.

A.   So I would say, you know, one of the things I would expect to see among browsers is they go somewhat

4394

different routes.

Q.    So let's think about the incentives of a potential buyer of Chrome.  Wouldn't a potential buyer of Chrome -- wouldn't you agree that a potential buyer of Chrome would be incentivized to maintain but also differentiate the operation of new Chrome from the way Chrome had been operated to make it as best as the owner could make it?

A.    Well, I don't see why because it's not like there is another Chrome to differentiate from.  Their goal would be to make Chrome as good as they could make it, which would be Google's goal, to make Chrome as good as they can make it.

Q.    Except, as you've talked about before today, you've noted to the Court that AI may change things.  So differentiating for the future to take advantage of new opportunities, like AI opportunities, a new owner of Chrome would be incentivized to do that; isn't that right?

A.    And so would Google.  Google would want to take on those new opportunities.  If there were two Chromes, then maybe those Chromes would want to be different.

Q.    That's right.

A.    If there is one Chrome, whoever has it is going to want to make it as valuable as they can.

Q.    All right.  Thank you.

Professor Murphy, you talked this morning about

4395

the manner in which the Provision V.C, the contingent structural relief provision operates.  And you said something about market share.

Do you recall that?

A.  Well, there's two -- as I recall the provision, condition of divestiture -- I haven't read it in a few days.

Q.  Right.

A.  I thought there were two potential types of triggers.  One was if there was some circumvention concern, there could be a trigger, or if rivals haven't been sufficiently successful in either the search or the ad markets, I believe those are the two, that could also trigger a conditional divestiture.  That's my recollection.

Q.  And all I'm asking, Professor Murphy, is you've said several times today -- and I hope you're not boasting by this -- that you are not a lawyer.

A.  I'm kind of bragging about that, actually.  But that's a separate point.  I have two daughters who are lawyers, which is why I like to do that.

Q.  But you are not here offering a legal opinion on the way to construe that language.  Are you?

A.  No.  I am here to offer an economic opinion.

MR. SALLET:  Thank you.

No further questions, Your Honor.

THE COURT:  Thank you, Mr. Sallet.

All right.  Redirect, Mr. Popofsky.

**MR. POPOFSKY:**  Three very quick things, Your Honor.

#### REDIRECT EXAMINATION OF KEVIN MURPHY

**BY MR. POPOFSKY:**

**Q.**  Dr. Murphy, do you recall you were asked some questions by Mr. Severt about the market test?

**A.**  I did.

**Q.**  Does competition among car repair shops to offer free coffee substitute for offering high-quality repair service?

**A.**  To a very limited extent that is, that's one small way in which you compete.  But, for example, if you said you couldn't compete on price, competing on coffee would be pretty tough.

**Q.**  Mr. Sallet a few minutes ago asked you about the Court's opinion.

Do you recall that?

**A.**  In Microsoft, you are saying?

**Q.**  No, in this case.

**A.**  Oh, in this case.  Okay.  Great.

**Q.**  Yeah.

[Laughter]

**THE WITNESS:**  I can't help it, man.

**MR. POPOFSKY:**  It's been a long afternoon and we

4397

have Severt and Sallet.  So my apologies.

**BY MR. POPOFSKY:**

**Q.**   Professor Murphy, Mr. Sallet asked you about --

**A.**   Sorry.  I was asleep at the switch.  Go ahead.

**Q.**   He didn't show it to you, but I would like to.

**MR. POPOFSKY:**  Could we please put up Page 239 of the opinion, Michelle.

**THE COURT:**  It's that long, huh?

**BY MR. POPOFSKY:**

**Q.**   And can you, please -- this is one of the pages it talks about the investment finding that Mr. Sallet mentioned to you.  Correct?

**A.**   Yes.

**Q.**   Can you please highlight at the bottom of the page, Michelle.

"Google's distribution agreements thus appear reasonably capable of having significantly contributed to disincentivizing Microsoft from enlarging its investment in Search."

Do you see that, Professor Murphy?

**A.**   Yes.

**Q.**   Is that consistent with the opinions you offered today?

**A.**   I believe so.  I didn't try to contradict that, no.

4398

Q.   Finally -- you can take that down, Michelle.

Finally, Mr. Severt asked you about our Microsoft case -- old memories for both you, me, Mr. Severt, and Mr. Schmidtlein.

Do you have an understanding about whether the Court in New York v. Microsoft, those separate set of states that were mentioned to you, whether the Court accepted the proposals that set of states made in that case for the remedy?

A.   I don't recall if they rejected all of them, but by and large they did.  Those alternative remedies were not accepted.

MR. POPOFSKY:  Thank you.

No further questions.

THE COURT:  Okay.  Professor Murphy, good to see you again.  Thank you very much for your time and testimony. Have safe travels home.

All right.  Ms. Connor, you are back up.

MS. CONNOR:  I sure am.

THE COURT:  You couldn't have gotten much sleep this week.

MS. CONNOR:  Good afternoon, Your Honor.

Google calls Omkar Muralidharan.

(Witness is placed under oath and takes the stand.)

THE COURT:  All right.  So welcome.

THE WITNESS:  Thank you.

**DIRECT EXAMINATION OF OMKAR MURALIDHARAN**

BY MS. CONNOR:

Q.  Dr. Muralidharan, could you state your name for the record, please.

A.  Omkar Muralidharan, III.

THE COURT:  I'm sorry.  I am going to ask you to spell -- both speak up, and if you could spell your name for the court reporter.

THE WITNESS:  Omkar Muralidharan.  O-m-k-a-r, M-u-r-a-l-i-d-h-a-r-a-n.

BY MS. CONNOR:

Q.  What is your educational background?

A.  I have a bachelor's in math and a master's and Ph.D. in statistics from Stanford.

Q.  Where do you work?

A.  Google.

Q.  What is your current position at Google?

A.  I am a vice president of product management.

Q.  What team at Google do you work on?

A.  Search ads team.

Q.  When did you first begin working at Google?

A.  I was an intern in the summer of 2010, and then I worked part-time until the summer of 2011, when I joined full-time.

4400

Q.    Can you give the Court a high-level overview of the positions you've held at Google?

A.    Sure.

I started out as an analyst on the Search ads data science team.  I worked my way up, ran a small portion of the team, ran the data science team for a while.

And now I run the data science team and the product management team for Search ads.

Q.    Did you prepare a presentation to assist with your testimony today?

A.    Yes.

MS. CONNOR:  May I approach?

THE COURT:  You may.

MS. CONNOR:  We are showing what we have marked as RDXD34.  And let's go to the next slide, please.

BY MS. CONNOR:

Q.    Can you describe what is shown on the screen?

A.    This is like a schematic description of almost like life of a query as we get to an ad.  So starting with the user coming in and entering a query on Google, we use our models and technology along with user and advertiser data -- which intersect because some data is both user and advertiser data -- to do everything we need to do to create, select, and show the ads.

So that's what's here, the ad stack.  Once we do

4401

that, we show the ads to the user.  The user clicks on them, doesn't click on them.  Something happens.

Eventually we have to close the loop with the advertiser to tell them what happened and, you know, did they get any value from a conversion and so on.

Q.   Can we go to the next slide, please?

And we are going to go into more detail on the provisions, but can you start giving the Court a high-level overview of the ad-related provisions under the plaintiff's revised proposed final judgment?

A.   My understanding is -- well, I understand it to be mostly around disclosing information and data.  So some of it is disclosing data to qualified competitors, which, I guess, could be anybody who wants to start a search engine or has a search engine.  And some of it is disclosing information to advertisers as well.

Q.   Let's go to the next slide and look at the definition of "ads data" in the plaintiffs' revised proposed final judgment.

What do you understand plaintiffs' definition of "ads data" to include?

A.   I read the definition here as being pretty broad in that it's sort of anything related to how we choose the ads.  And so that could be the data that goes into the ads' machinery models, but also to things like data that goes

4402

into the organic results because the organic results are used to choose the ads as well.

And it covers both the data generated directly by users but also the data that the advertisers give us.

Q.   Let's turn to the next slide showing Section VI(e) of the RPFJ.

It says, "Google must provide qualified competitors, at marginal cost, the following ads data in addition to any data made available by Google via the APIs required under Sections VII and VIII:  Ads data used to operate, build, or train adBrain models or other models used in ads targeting, retrieval, assessing ad relevance, bidding, auctioning (including predicted click-through rates, PCTR formatting, or content generation)."

With respect to the categories of models identified here, are there models used by Google to serve ads that are not encompassed by the list here?

THE COURT:   I'm sorry, are there not?

BY MS. CONNOR:

Q.   Are there models that Google uses that are not encompassed by the list here?

A.   I think so, indirectly.  Right?  So, for example, I mentioned organic results.  You know, the ads models consume the organic results.  So I think they would be -- I'm not sure exactly if it would be -- they're not

4403

listed here in enumeration, but I think they are sort of covered by things used to operate, build or train.

Q.    So does this list cover -- well, strike that.

Can you begin by explaining at a high level the function of the categories of the ads models that are identified here?

A.    Sure.  So I think the easiest way to think about it for me is if you think of the life cycle of an ad. Starting from the advertiser, the advertiser has to tell you, you know, what the ad is.  Right?

So these are -- they have to give you ad copy or kind of bits of ad copy that we assemble into full ads, using models.  So there are models to generate content.

The advertiser has to tell you where they want to advertise.  So these are keywords or user targeting or location targeting or some combination of all of these things.  All of these things are powered by models.

And then the advertiser has to tell you how much they want to pay.  Historically, that was usually a bid per click, but now these days the vast majority of advertisers are using automated bidding.

So they will give us some goal, like I want to pay a dollar for a conversion or a sale or something like that, and our models will go from that to generate a bid.  So the models are used to create the ads, figure out where they can

4404

show and how much to pay.

Now, once we get all that information -- that's why here would be like targeting, retrieval, content generation, things like that. Now, once we get that information, we actually have to assess whether these ads are relevant.

THE COURT: Hold on. I want to interrupt you. I want to ask you to slow down a little bit so our court reporter can take down what you're saying.

THE WITNESS: Sorry.

THE COURT: That's okay.

THE WITNESS: So once we get that information of what the ads are and what the advertiser wants, we have to assess the relevance to the query. We train models to score it on various different dimensions. So predicted click to rate is one example here, but also predictions of whether the click is going to be a good click. Models for more sentiment-based things, does it feel relevant to the user, things like that.

All of that goes into the auction and then we choose things and then we have models to determine the right allocation of space to ads on the page, for example. Then we generate format UIs -- or we generate ad formats and content and we show them there.

BY MS. CONNOR:

Q.   And can you describe at a high level the work that the Search ads team does to work on creating and improving these models?

A.   Yeah.  So all of these things are things that we're constantly improving.  So that's -- that ranges from just, like, taking the existing models and, you know, constantly improving the algorithms so they're training more efficiently or using information better so they're getting more accurate over time.

But also, if we get feedback from advertisers or from users that some aspect of the product isn't working, we might change the setup too.

For example, at some point in the past, we introduced keyword list targeting because keywords can be cumbersome to manage.  So we create new features that require new models.

And then we're always running experiments to understand, you know, the impacts of these things and, you know, potentially have insights that help us improve the system as a whole.

Q.   Approximately, how many ads engineers are involved in the work that goes into these models?

A.   I would say a few thousand.  You know, there are people working directly on the models and then there are

4406

people who support them in various ways with the data and training and so on.

You know, I would say thousands of engineers.

Q.   Under the RPFJ, who would Google have to disclose this ads data to?

A.   My understanding is that it's to qualified competitors, which I think could be a fairly broad set of people.  So that might be companies with search engines already, like Microsoft.  Any big company that wants to start one, I think, could start one.

But even start-ups could be, you know, entering this space and trying to compete with Google and could even just be started for the purpose of getting access to this data.

Q.   Let's go ahead to the next slide, please.

I'd like to talk more specifically about the categories of data that are encompassed by this ads data disclosure provision.

If you could go to the next slide, please.

First, focusing on the search query.  Do you consider Google users' search queries to be their personal data?

A.   Yes.

Q.   Why?

A.   So, I mean, one of my old managers described

4407

Google to me as, like, a box that everybody puts their thoughts into like 10 times a day or something.  It's like this very intimate record of whatever you're interested in and you want information on.

You know, for me, personally, if you looked at my search history, you'd know that I like to work out and have a dog, a new baby, all fairly innocuous things.

But for other people, they may be searching for very personal things.  Like, a lot of times people look on Google when -- you know, for sensitive things they may not feel like discussing with another human being.

The example here talks about personal loan for 10k debt.  That's already kind of a sensitive financial bit of information about this hypothetical user.  But if you look at their historical queries, they actually have more information.

You know they are potentially an Asian-American veteran.  You kind of have a sense for how much money they make, that they might be getting married soon.  All this is information they may not want to be disclosing publicly.

**Q.**   Beyond the search query, what other types of user data does Google use in its ads models?

**A.**   So we have results from what they did on their previous search queries.  We have the historical URLs they clicked on on those queries, for example.  Then we have

4408

metadata about those queries and the user.  So where they physically are, information about their device.

Then we also have conversion data, which, you know, it's maybe not as intuitive to folks to think of it as user data, but it's actually very granular user data because when you're going to websites, advertisers, who are running many of the websites that people typically visit, they're firing conversion information back to Google and Facebook and other companies.

That conversion information is what we use to join up with the clicks to say, you know, did this ad have value or not?

But in its own right, it's pretty granular data.  Right?  So you can say, this person visited this website.  They tried to buy something.  They added something to a cart.  And the information that comes back is actually based on what the advertiser decides is worth optimizing for, which can be quite detailed.

You see some examples here on the slide of, like, they booked appointment at some website.  They added something to cart at some other website.  So that's a pretty detailed record of what they've done.

**THE COURT:**  You've described conversion data that is primarily electronic -- I shouldn't say -- is on the back end of a click.  In other words, it's what the user may do

4409

on the website that the person arrives at.

Has Google also received -- I think I heard this. Google also receives conversion data from in-person visits to a retailer; is that accurate?

**THE WITNESS:**  That's correct.

If I could correct the first thing you said, Your Honor.

**THE COURT:**  Sure.

**THE WITNESS:**  We get conversion data not just based on the clicks.

**THE COURT:**  Right.

**THE WITNESS:**  You may be on a website and the advertiser may fire the conversion pings back to us, even if you hadn't clicked on anything beforehand.  In that case, we wouldn't necessarily be able to attribute it to a specific click, but we might know that it's you somehow.

**THE COURT:**  Maybe I'm not following.  I assume the conversion data you're referring to happens once I get to the advertiser's website.

**THE WITNESS:**  Correct.  I always try to make the decision was, it's not necessary that you had gotten to that advertiser's website via Google in order for us to get conversion information.  You may have navigated there directly, for example.

**THE COURT:**  I see.

4410

**THE WITNESS:**  To the second part of what you said, yes, we also get aggregated store visit data, because we have location history from some fraction of our users, and so we use that to model how many people have gone to a store.  That's not something that we can do at, you know, a per-person level; it's a more aggregated modeled quantity.

**THE COURT:**  Thank you.

BY MS. CONNOR:

Q.  Is the conversion data coming from the advertiser to Google?

A.  Yes.

Q.  Do you consider the conversion data to be user data or advertiser data?

A.  It's both.  Right?  The advertiser is sending us this data because it's an interaction with them.  But as a user, it's, you know, something that I would consider personal data to me as well.

It's like if I showed somebody my credit card statement or something.  Right?  It's a transaction with a merchant but it's also personal data.

Q.  Does disclosing the conversion data to qualified competitors present risk to user privacy?

A.  I think so.  Like I said, I think it's very personal data.  So it has a privacy risk.

Q.  Does Google protect the ads data internally within

4411

Google?

A.   Yes.

Q.   How does Google do that?

A.   It's pretty tightly access controlled.  You can't access the data, you know, without a specific reason, and then I believe there's also periodic auditing of access to that data to make sure that everybody who is accessing it is doing it for the right reasons.

Q.   Does Google have internal policies that govern the use of and access to the ads data?

A.   Yes.  Long and extensive policies.

Q.   What are the primary systems used to store the ads data that Google's ads models train on?

A.   So there are many systems.  The two that come to mind for me -- and I'm not -- I'm not going to be exhaustive, but the two main ones that I think of are Flogs and Kansas.

Flogs stands for feature logs.  This is kind of a record-oriented system.  So you can think of each entry in Flogs as being a query or an ad impression or something.  But it also has indirectly a bunch of personal information about the user because it will say, Hey, I saw this ad impression on this query and the previous query -- the 30 days of previous queries were this.  So it doesn't have a user identifier, but it has some kind of information from

4412

previous activity.

Kansas is more straightforward, like a user-level data store. I give Kansas a user ID and I get back a bunch of information about that user, is kind of the data structure. So that's used a lot for personalization, for example.

Q. So does Kansas contain additional user data between what's stored in Flogs?

A. I believe so, yes. For example, user identifier.

THE COURT: Why is it called Kansas?

THE WITNESS: I don't know, actually.

THE COURT: Sorry. Just curious.

BY MS. CONNOR:

Q. Does Kansas include each user's historical clicks and queries?

A. Yes.

Q. If a user deletes their history, does that deletion flow through to Kansas?

A. Yes.

Q. Are there privacy risks with sharing either the FLOGS data or the Kansas data outside of Google?

A. Yes, definitely. I mean, Kansas is sort of, I think, obviously, very sensitive because it's this long sessionized history of what the user has done. So it's like imagine sharing somebody's search history with all the

4413

associated metadata, with all this conversion stuff in a very easily digestible way.

FLOGS, I think, has a lot of risk as well because it's not designed to be kind of adversarially safe. We strip identifiers out of it, but we rely on auditing and our policies to make sure that nobody is trying to break the anonymity.

But we know, I think, from privacy incidents in the world that a lot of time people have found clever ways to join records and break anonymity things.

There is certainly enough information in FLOGS that I would worry about that.

Q.    Does Google ever share this user data outside of Google?

A.    No, not that I'm aware of.

Q.    Turning to the extent to which Google shares user data with advertisers, how does Google decide what user data to share with advertisers?

A.    It's always a balance of many considerations. On one hand, I think we've talked about the user privacy part. We don't want to share information that harms the privacy of our users, and we're really careful about that and everything that we share has to go through pretty detailed privacy reviews by a lot of privacy experts.

There's also, like, we have to think about the

4414

utility to the advertiser.  So that's a little bit -- that's more of a case-by-case judgment call.  Right?  For example, are we giving advertisers a lot of similar data?  Are they finding that similar data useful?  What would be the incremental value of this data?

One of the things that we hear a lot from advertisers is how complex the ads product is to use.  So we are generally a little bit wary of increasing the complexity because it just sort of acts as like this tax on all of our advertisers to deal with.

Then I also -- I think another thing to think about is how actionable is the data.  Right?  Should the advertiser be looking at this data in order to make economically rational decisions, or is it just adding to the pile of noise that they have to sift through to get their ads to run properly?

Q.   And in terms of who can advertise on Google, are there restrictions on who can seek to advertise on Google?

A.   I'm sure there are restrictions on some sort of policy things.  For example, I think we don't permit advertising of illegal activities.  Right?  And I think there's some stuff that's legal that can't be advertised, like guns or something like that.  There are some policies like that.  But in general, by and large, I think anybody can advertise on Google.

**Q.**    I would like to move next to talking about advertiser data.  Next slide, please.

Can you overview for the Court the types of data that advertisers provide to Google?

**A.**    Sure.  So we talked about conversions a fair bit.  But backing up, you know, I talked about this life of an ad or when you think of the three parts of, like, getting the ad, it's like how much are you willing to pay, what do you want to say in your ad, and who do you want to advertise to?

So all of that is actually advertiser data that they provide to us.  So they have to give us keywords, for example, or users they want to target or locations that they want to target, usually a combination of all of these things.  They have to give us ad copy, ad assets.

A lot of times those are partly manually given to us by the advertiser and partly they give us their whole website and they tell us, Hey, go to my website and figure out what to extract.  So they give us that data as well.

And then on how much they're willing to pay, you know, historically they've done per-click manual bids, but now they might give us a budget or an ROI target and tell us to optimize on their behalf.

One point that is maybe not as obvious is now, because of the rise of automation in all of these products, it's less that the advertiser is giving us a very detailed

instruction on what to do and more telling us what they want to accomplish.  So it's actually very, kind of, more tightly integrated into their business and their business goals, this kind of data.

Then to close the loop, of course, they have to give us the conversion data.  We talked about conversion pings and store visits.  But then there are also ways they can use their own private data.

Like, if you have a loyalty program, you might give us a list of those users and we would do some privacy-safe matching in order to try help improve your ads, and there are various different kinds of actions they might report, like app downloads, phone calls, things like that.

Q.   Can we advance to the next slide?

I would like to discuss with you auto bidding. Can you explain what auto bidding is?

A.   Sure.  Backing up, at a very high level you want to bid roughly commensurate with value.  Right?  Like if something is worth a hundred dollars to you, you probably shouldn't be bidding a dollar and you probably shouldn't be bidding $10,000.  You need something in the neighborhood of the ballpark of $100 to try and optimize.

Now, value can vary across many dimensions.  So in this example of back to school, you know, back to school for a first grader might be crayons and back to school for a

4417

12th grader might be an expensive graphing calculator. Right?

So if you're the retailer, like Walmart, the margins on those might be really different, the purchase prices really different. So that's one obvious kind of dimension and variation.

In this example, it's in the query but you might not actually be able to see it in the query if somebody just says "back to school supplies." Without the qualifier of the grade, you would have to infer what grade this person is in or looking for.

But there are other dimensions of value too. Right? Like, the location impacts how much people spend. Whether this person is kind of a big spender or a more frugal person would impact things.

If you think of all the dimensions that might be relevant to valuing a click, it quickly stacks up to an incredible amount of complexity. What we've seen over the years is advertisers in general will need to use machine learning to train models to understand the value of a click.

And what we've found more over time is that they've actually found it more productive to use our models. Right? They say -- instead of having zillions and zillions of bids and bid modifiers, they'll say, you know what, I just want to make a 10 percent return on my ad spend. I'll

4418

report back spend on how much customers get; you go figure out all the dimensions that adjust the bids accordingly.

Because we have both the information but, more importantly, the expertise to do that, we're usually able to do a better job of that than they would be able to do manually.

Q.   Without disclosing the precise number, what proportion of advertising spend at Google uses auto bidding?

A.   The vast majority.

Q.   So let's advance to the next slide, please.

Do you consider advertisers' data to be sensitive?

A.   Yes.

Q.   And why is advertiser data sensitive?

A.   Well, it gives you a really clear window into their business.  Right?  So, for example, if you know that they're ramping up or down some ad campaign, like Walmart might be giving up on back to school in some areas and really doubling down on it for other areas.  That's important competitive information.  Right?  You might be able to infer how much traffic they're getting, what their customer acquisition costs are and things like that.

All of that is sensitive because, you know, their competitors I'm sure would like to know this because it's not like you get one number for Walmart; it's a very granular thing and nuanced data.  It's also just kind of

4419

sensitive financial information.

I know -- you know, I've read news stories about hedge funds buying time on satellites to count cars in parking lots.  This is an insane amount of data compared to that, if you're looking for an edge.  It's unbelievable.

Q.   In your experience, do advertisers consider conversion data to be particularly sensitive?

A.   Yes.  In fact, that's been one of the challenges we've had to work through with them on auto bidding.  We're very protective of the data and we don't disclose it to anybody.  But even so, advertisers are naturally reluctant to give over this super-precious confidential data to us, and that's been a hurdle to get over as we talk to them about the value auto bidding can bring them.

Q.   How does Google protect the advertiser data?

A.   We don't share it with anybody.

THE COURT:  Sorry, say that again.

THE WITNESS:  We don't share it with anybody.

BY MS. CONNOR:

Q.   Would Google's search ads business be impacted if Google were compelled to disclose its advertiser data?

A.   I think so.  I think advertisers would naturally become much more reluctant to share this information with us if it was going to be out public in the world.  You know, some advertisers already can't share all the information

4420

with us that they want to contractually, I'm sure.  Other folks would just not be able to share as much information with us.

And because of that, I would expect the ads to get much worse.  Not just for the advertiser performance but also for the user as well.  Because one of the beauties of auto bidding is it really aligns the interests between the advertiser, user and Google.  Google matches users to advertisers and value is generated when that match is valuable.  Right?  Somebody goes and buys something or goes and books a service or something like that.

So auto bidding let's us directly create that value more clearly.  Without that information, I would expect the ads to be much less relevant for the user.

**THE COURT:**  Can I ask you, in order to advertise on Google, does the advertiser need to enter into some kind of a user agreement?

**THE WITNESS:**  Could you say that again?

**THE COURT:**  Sorry.  In order to become an advertiser on Google, is there some sort of an agreement or use agreement that an advertiser needs to sign?

**THE WITNESS:**  I'm not sure.  I would sort of imagine there are some terms and conditions to use Google. I'm not familiar with them.

**THE COURT:**  Okay.  I guess whether it's an

4421

agreement or terms and conditions, do you know whether Google makes any promises to its advertisers about the storage and preservation and security of data that comes from the advertisers?

THE WITNESS:  I believe we do.  I think we make some promises that we won't share this data without their permission.  I think there's also, like -- I think there's some provisions on, like, you know, even if some advertiser says they want to share it with this person who is an agency or something like that, we need their written permission to do so or something like that.  But I don't have the details at my fingertips.

THE COURT:  Thank you.

BY MS. CONNOR:

Q.  So --

THE COURT:  Sorry.  I'm going to ask another question.

MS. CONNOR:  Yeah.

THE COURT:  How useful is the advertising data unless you know the identity of the advertiser?

THE WITNESS:  For what purpose, Your Honor?

THE COURT:  Say I want to develop an ads platform to compete with Google.

THE WITNESS:  Yeah.  I don't think it's that useful, to be honest, because, first, the advertiser data is

very advertiser specific. Right? Even think of Walmart and Target. You're like, these guys are big-box retailers. They're kind of very similar.

Well, they're probably more different than you think, first of all. Second, they may be reporting their data in different ways. Right? So like Target may decide, like, I'm going to have add-to-cart as my primary conversion thing. And Walmart might decide, I'm going to have purchase as my primary thing, because they just decided based on their business strategy that's what they're going for. So their data is very specific to their internal strategies and their internal goals.

You know, different companies have different ways of running. Right? So that would be quite different. Yeah.

And then especially for the larger advertisers but even for the smaller ones, I would say advertiser is so unique. Right? It's almost like you look at cities. There's no generic New York City. There's New York City. Right? So you can't say, What's the generic version of Walmart? There's one Walmart.

THE COURT: Thank you.

BY MS. CONNOR:

Q. So we've discussed the user data and advertiser data that would be encompassed in Provision VI.E with

4423

respect to the sharing of ads data.  I would like to turn to the question of Google's own proprietary information.

And if we could advance the slide, please.  And advance again, please.

Do you understand Provision VI.E to require Google to disclose what ads Google shows on each query?

**A.**    Yes.

**Q.**    And so then looking at this example on the page, what on this page would be encompassed by the ads data that Google would have to disclose?

**A.**    My understanding is almost everything.  So certainly the ads that show, you know, and all the information contained in them.  I believe information that's not shown on the screen also about the ads would also be there.

And then the organic results, because we use them in the models that select the ads, like, those would have to be shared as well.

**Q.**    Could competitors use this information to mimic Google Search ads' algorithm?

**A.**    I definitely think so.

So in machine learning, there is a technique called distillation, which is a pretty standard industry practice to figure out how to get, like, a bigger model to be mimicked by a smaller model.

So I have some, like, very big machine-learning model that is very expensive but it is very good, and I want to make a smaller model, you know, that mimics that big model.  This distillation kind of just has the big model give a stream of examples and teach the small model.  So that's like a standard thing that people do.

I have to imagine those techniques are kind of easily adapted to mimic this thing.  Right?  In this case, the big model teacher would be Google, and like anybody could train these smaller models using these kind of techniques to try to mimic the behavior of Google.

**THE COURT:**  Are there safeguards to prevent that?

**THE WITNESS:**  I mean --

**THE COURT:**  Short of an agreement not to do it, but are there technological safeguards or other types of safeguards that could inhibit someone from doing what you described?

**THE WITNESS:**  Not if you share enough data, I think.  Right?  Because once you have all of the data, you have the data.

**THE COURT:**  Okay.

**BY MS. CONNOR:**

Q.  Let's go to the next slide, please.  This is showing you the plaintiffs' interrogatory response where we ask plaintiffs with respect to this section we have been

4425

discussing, VI.E, State was encompassed by the phrase, "Ads data used to operate certain models, including whether Section VI.E would require provision of the outputs of the models referenced in Section VI.E."

You see the plaintiffs' response there.  And looking at this response, my question is, Are some of the interim inputs into Google's ads models themself the outputs of other ads models?

A.    Yes.  So, for example, we have a model that predicts whether a user is looking for a specific result. That model is used directly.  But I think it's also used as a feature into other models.  In fact, I think it consumes some of these other models as features too.

Or, for example, I think we have some models that use Search as glue score.  So that would be another input that is covered.

Q.    And would sharing this data expose Google's intellectual property?

A.    Yes, because you would be directly sharing the model.

Q.    Let's move to the ads transparency provisions of Section VIII of the plaintiffs' proposed final judgment.

And then if you could advance to the next slide, Andrew, please.

So at a high level, what reporting does Google

4426

currently offer to advertisers?

A.    We offer quite a lot of reporting.  I'm not familiar with all of it.  There's a lot.  But I'm told there are over 90 different reports.  But you can break down your ads performance by keyword, by campaign with various cuts of like location, geo, and things like that.

In addition to like kind of the obvious performance metrics, like how many ad impressions, clicks, costs, conversions, sort of conversion-type breakdowns, we also give quality score information, for example, like how good was your landing page, or if you give us assets, like, what is our assessment of the strength of your assets, things like that.

Q.    Does Google provide reporting at the keyword level?

A.    Yes.  I think everything I said applies at the keyword level.  I'm not 100 percent sure about quality score.  But like, I think almost all of these performance metrics, for example, you can get at the keyword level.

Q.    Can you get reporting on impressions, clicks, CPC, and conversions all at the keyword level?

A.    Yes.

Q.    To what extent do advertisers use all of the reports and metrics that Google offers?

A.    Well, you know, like most things in our world,

some advertisers are power users.  They are super sophisticated.  They use the data that we have.

But actually, most advertisers don't.  I believe something like 80 percent of reports are only accessed by like 10 percent or fewer of our advertisers.

Q.    Are there differences between what reporting data is used by large, sophisticated advertisers, versus smaller, less-sophisticated advertisers?

A.    Yeah.  So the large sophisticated advertisers, they are very hungry for information.  I don't know if it's true at this point, but at points in the past I've been told that many of our -- some of our biggest advertisers actually have more people working on Search ads than like Google does working on Search ads.

So if they're spending a lot of money, it makes sense for them to be optimizing and looking for every little edge.  Whereas a small advertiser, you know, this is not their main job.  There might be one person in their company spending a couple hours a week or something on this.  Right?  They don't have time to sift through every detail.

Q.    Let's go to the next slide, please, which is VIII.A, with respect to search query report.  We will talk about the language of this provision, but first I would like to discuss just what a search query report looks like.

So if we can advance one slide, please.

Can you describe for the Court what is contained in a search query report?

**A.**   So this is like an example search query report, I think, from a test account.

You can see the columns here.  So the search term is the query that the user has done, and this would be something that we would show if it's appeared more than a certain number of times across all -- across all users and queries over 60 days.  So not necessarily that the advertiser had to appear a certain number of times, but that the query itself was issued a certain number of times across everybody.

So you get the query, and then you get the campaign, the keyword was -- the campaign that we are reporting on and then the keyword.  Right?  So this is the keyword that triggered the query.  You will notice that all of these are quite different from the Bloomscape query because they are broad-matched.  So that's what you see the second column tells you, the match type.

And then based on this, you see kind of aggregated impressions, information about impressions, cost, CTR.  The next columns give you some information about the percentage of times you showed in the top slot or the topmost slot of the page, and then a bunch of conversion information.

**THE COURT:**   Sorry, I should probably know this and

4429

understand it, but the search term is the term that the user has entered and the keyword is what the advertiser has purchased.

THE WITNESS:  Yeah, what the advertiser has said they want to advertise on, yes.

THE COURT:  In other words, this is the keyword that they say, look, we want to be in that ad auction.

THE WITNESS:  Whoever this test advertiser is, whenever somebody is searching for things related to flowerpots, like broad-matched means not that exact query, but like things in that sort of intent space, things related to flowerpots.  You will see flowerpots as a broad-match, and then when I come in as the user, I do Bloomscape.  That is when this thing will fire and then that is the reporting in that row.

THE COURT:  Okay.  Got it.  Thank you.

BY MS. CONNOR:

Q.    Is broad-match the most expansive of the keyword matching options that Google offers?

A.    Yes.  I mean, we also have a keyword listing that goes beyond that.  But, yeah.

Q.    So let's go back to the slide, one before with the text of this provision.

So with respect to the first sentence that's highlighted here, can you explain whether Google currently

provides the metrics that are listed here?

A.    Most of them.  Right?  So I think we've seen in the columns of that report, you saw the query, the keyword, the match type, the aggregated CPC, CTR.  The SERP position we give some information on, like, the percentage in the top and then the topmost and the conversion data.

The one thing on this list we don't provide is the long-term value because that it's a highly internal score.

Q.    So other than long-term value, what is the difference between the reporting that Google currently provides and then what would be required here?

A.    So there are a couple differences, I think.  So the first you mentioned, long-term value.

The second is the search terms report right now gives information on the clicks.  Right?  Whereas, I think, what is proposed is they would give information on unclicked impressions as well.

So, you know, advertisers only pay on a click.  So in this proposal, people could basically, you know, have their ads never get clicked, never pay any money, and then get a lot of information about them.  So that's one difference.

And then I think here, this is at the individual unaggregated level, and they mention a bunch of these things like CPC, CTR, for example, are given in an aggregated way.

**Q.**    With respect to the individual unclicked impressions, meaning ads that were shown but not clicked on, why doesn't Google currently provide reporting at that unclicked impression level?

**A.**    Well, first, I think it really raises the privacy and gaming risk, because again, remember, people only pay on click.  So this just becomes a way to harvest a lot of information for free, potentially.  Right?  Because you just have a bunch of ads that never get clicked and then you watch the reporting come in.

It's also not super clear to me how actionable it is.  Again, because it's sort of not the economically meaningful part of the usage.

**THE COURT:**  I'm sorry.  Just to understand.

So what you are talking about is if an ad is displayed, what you understand this to require is that the metrics associated with just the mere displaying of the ad, even though the ads won an auction in some way because it's been placed and displayed, but Google only reports ads' metrics with respect to clicked ads; is that right?

And then what you are saying here is that unclicked ads would also be part of the reporting if this was adopted?

**THE WITNESS:**  That's correct.

**THE COURT:**  And the problem with reporting

unclicked on unclicked advertisements is what again?

**THE WITNESS:**  The advertiser doesn't pay any money for unclicked ad impressions.  Right?  So hypothetically you could imagine, I am an advertiser and I bid, let's say, a cent for every term in the dictionary.  And I say, My ad copy is don't click me, I hate this ad, this ad is terrible.  And so we serve this ad, it never gets clicked, and now the advertiser just gets to harvest tons of information about the query stream for free because they never have to pay any money.

BY MS. CONNOR:

**Q.**  You also referenced the information not being actionable.  What did you mean by that?  What do you mean by "actionable"?

**A.**  I mean, to me, the information that we give advertisers ideally should have something the advertiser can do to improve their ad performance based on it.  Right?  Maybe the ad is not very good, but we have a lot of quality scores that tell you about the strength of your creative and the strength of your landing page.

If Google showed you -- like if my team basically did a bad job and just showed the ad in some place where we thought it was relevant but it wasn't and it didn't get clicked, like, I don't know what the advertiser does with that.  It is sort of a tree falling in the forest, you know.

4433

**THE COURT:** Does Google provide any reporting as to the frequency of ad placements that don't get clicked even in an aggregate way?

For example, I'm an advertiser and my ad keeps showing up, so it's good enough to have a quality score, but for whatever reason -- and I'm bidding, so it's showing up, but for whatever reason, it's just not getting enough clicks, is there some feedback mechanism an advertiser would have to learn that?

**THE WITNESS:** Yes. So we give the aggregated CTR, the click-through rate. So we say your ad showed 11 times and it got clicked three times or something.

We give it -- if you go to the next slide, you can see it's at the search terms level, so you have it sliced out in these various ways.

**BY MS. CONNOR:**

Q. So the impression-level reporting that advertisers get is aggregated?

A. Correct.

Q. Whereas, this would be requiring unaggregated impression-level reporting. Is that your understanding?

A. It would mean essentially, my understanding anyway, is that all of the information would become disaggregated. So instead of saying, like, you showed -- let's take the first row. Right? You showed 693

4434

times, and of those, like 48 percent of the time you got clicked, and then your average cost was like 4 cents or something.

You would have to say for each time, this is the thing you showed, here are your scores, your LTV score and everything, and like the CPC for this impression, were you to have gotten clicked, even though you didn't, was maybe like one cent, and this time it was two cents, and this time five cents.  So it's actually just an explosion of the amount of information.

Q.    Let's turn back to Slide 16, please.

Directing you to the last highlighted portion there, "Any other metric necessary for the advertiser to evaluate its ad performance."

If Google were required to provide this, would that be feasible for Google to do?

A.    I mean, it's very hard to say that it would be feasible given how open-ended it is.  It could be anything.

Q.    And would any other metric necessary potentially include Google's internal proprietary ad signals and information?

A.    I think so.  I mean, one of the LTV is, I would say, a proprietary signal.  It's already named in this is list, and I'm sure at least some advertiser somewhere would want every other internal signal that we have.

**Q.**   And then the next sentence mentions having to provide this data in real time.  With what frequency does Google currently provide information to advertisers?

**A.**   I think we are on, like, a three-hour delay.

**Q.**   Why is there a three-hour delay?

**A.**   I'm not sure about the system specifically.  I know that a lot of our systems are kind of on that range of time scale of delay just because we have like data pipelines that fail, or we have spam spikes or something.

Like data can be bad as it comes in, and it's good to have at least a few hours to react and somebody can quarantine it and try to fix or something until it cascades and produces a lot more downstream effects.

**Q.**   Let's turn to Paragraph VIII.C of the Judgment, and advance the slide, please.

So this provision is Access to Data Reports.

"Google must not limit the ability of advertisers to export in realtime by downloading through an interface or API access data or information relating to their entire portfolio of ads or advertising campaigns bid on, placed through, or purchased through Google, including data related to the placement or performance, including conversion and conversion value data.

"The data made available must include all of the information contained in or used by Google in its Google

Analytics, ad data hub, Google Ads data manager, big query, or store sales and visitor measurement products on the most granular and detailed level."

My first question for you is with respect to these platforms that are specifically identified here, can you explain what those are for the Court?

**A.**    Sure.

So Google Analytics is a product we offer to help website owners understand traffic to their website.  Ads data hub is a system that lets advertisers join their private data with our user data in kind of a privacy-preserving way.  And it doesn't give you results unless like a certain number of users match.

So, for example, you have your email addresses from your loyalty program, you want to inquire about their ads' performance, you upload it, we join it to the information that we have.  And if your query, like, picks out one user, we don't send anything back.  But if your query matches some number of people, we give you the results.

Ads data manager is, I think, like a configuration tool that helps you configure how other data sources talk to each other.  I don't think it has any data on its own.

BigQuery is our, like, Query Engine Cloud product.  So it's like a data store and query engine that you can put

4437

any kind of data in.

And store sales and visitor measurement we talked about a little bit before, that these are ways to use the location data to, like, model how many people were visiting a given physical store location.

Q.   Does Google currently allow advertisers to export data out of these platforms?

A.   I believe so, yes.  Well, I should qualify, like, you know, I think what's written here is export data at a very granular and detailed level.  I would say whatever information we expose to the advertiser, they can explore. Right?  But we may not expose all of the information at the most granular and detailed level, like I talked about the privacy part of ads data hub.

Q.   So can advertisers export the underlying unaggregated raw ad data that's inside these platforms?

A.   No.  They can export the sort of view they have access to.

Q.   And with respect to the view they have access to, can they export that data and use it in an SEM tool like Sky, for example?

A.   I think so.

Q.   Can we turn to the next slide, please?

So here is another of the plaintiffs' interrogatory responses to Google in response to our

question with respect to Section VIII.C:  Identify the data or information relating to their entire portfolio of ads or advertising campaigns bid on, placed through or purchased through Google that is encompassed by this provision, including whether it encompasses data from ads, ad formats that are not search text ads.

The first question is:  What ads do you understand to be in scope for Paragraph VIII.C as construed by plaintiffs?

A.   I understand this to be all ads on all Google products.  So search text ads but also shopping, maps, hotels, Gmail ads, YouTube ads, display ads, kind of everything.

Q.   And then with respect to the last sentence that's highlighted here, what do you understand this to require Google to do?

A.   Um, well, it's sort of strange to me, but the way I read this it says, you know, we can't limit the export to the advertiser entity placing the ads.  So the way I read this is I can go export any advertiser's data.  I can go export your data.  I don't know why.  But that's how I read it.

Q.   And would this require the export of Google's internal proprietary signals as well?

A.   Yes.

**Q.**   So let's move to Section VIII.B on keyword "matching."

And advance to the next slide, please.

Here we have the keyword "matching provision." "Google must make available to advertisers a keyword matching option, such that when an advertiser chooses this matching option for a given keyword, the advertiser's ad will be eligible for the ad auction only when a query's content exactly matches with no variation to the keyword selected by the advertiser.  This same matching option must also be made available for use with negative keywords."

Can you explain what you understand this provision to require?

**A.**   Sure.  Right now we have our exact match, which is a Symantec construct.  Right?  If my keyword is "flowers," it will match the query "flowers."  It will also match the query "flowerss" with, like, an extra S as a misspelling. My understanding of this is that it would want a purely syntactic match.  So if my keyword is "flowers" with this new match type, then I only match those letters in order and no more.  "Flowers."

**Q.**   And does Google offer, today, a pure syntactic match?

**A.**   No, I don't think so.

**Q.**   Why not?

4440

**A.**   Well, it's not -- I don't think it's that useful. So, you know, advertisers -- there are two things that keywords do.  Two things that keywords have historically done, one that they still do, one that they don't really do anymore.

The first is to tell you where you want to advertise.  From that purpose, I think from an intent perspective, "flowers" and "flowerss" with a misspelling are the same.  Sometimes we even auto correct it for you. Right?

Especially as queries, people are typing them on their phones, it sort of doesn't make sense to have to deal with every single misspelling in the world.

The second thing people used to use keywords for was to modify their bids.  Right?  So we talked about this a little bit in the auto bidding example earlier, where depending on the keyword you may have lots of different bid modifiers that apply.

So that's where, for whatever reason, "flowers" and a misspelling for "flowers" might be correlated with people doing something else, which might be correlated with a difference in value.  So people used to use this stuff to kind of optimize their bids.

But now that everybody is using auto bidding, that use case doesn't really apply anymore.

THE COURT: I'm sorry. So you mean to say that people would -- have particular value propositions to the way in which a query was entered and a keyword that it matched with? I'm not following. Sorry.

THE WITNESS: Your Honor, the way I might think about it is imagine we think about, like, the conversion rate for this ad for flowers. If you look, maybe the conversion rate for "flowers" is, like, 10 percent. And for "flowerss" with two Ss is like 10.01 percent or something.

THE COURT: Right.

THE WITNESS: Then you want to bid that little bit more on the misspelling.

THE COURT: I see.

THE WITNESS: Because the conversion is a little higher. The fluctuations may be small, but everybody is looking for the most they can do. If you're trying to optimize every single thing in the world, maybe it adds up to a couple of percent here or there, which is real money if you're spending a lot of money on Google.

But now you wouldn't have to do that. The model would automatically be adjusting there.

BY MS. CONNOR:

Q. So can you explain how the use of auto bidding impacts the use of keywords?

A. Right. In the hypothetical example we had before,

before I would is have said, like, I have my internal data that says, like, people on misspelled "flowers" are converting that tiny percentage more. Let me bid up a little bit more.

But now what I would do instead is I would say, Dear, Google, I want to pay on average $5 per sale, or something like that. You go figure it out.

So the auto bidding system would learn the predicted conversion rate for that and many other dimensions and it would automatically adjust the bids. So as the advertiser, I no longer have to give that detailed instruction because I have this auto bidding agent doing that detailed optimization for me.

Q. Would providing a keyword matching option of the kind detailed here impose burden on Google's ads stack?

A. Well, it -- yes, I think so. First, there's just the computational element of this. So you can imagine, like, this totally explodes the number of keywords, potentially, because everybody will upload every variation of everything. We already know advertisers are very prolific in their keyword usage and that's become a computational difficulty sometimes. I would expect this to be more.

The other thing that I would worry about is it just makes the product harder to use. My opinion is that

this would not be super useful, especially for somebody using auto bidding, but just because I think it's not useful doesn't mean it's obvious to every advertiser in the world that it's not useful. Certainly, if you're spending a lot of money on Google, you might feel an obligation to go try it and see if it gets you anything. Right?

So advertisers will sort of kind of almost be forced to try it out and look at it and spend a bunch of energy on this optimization, even though it probably doesn't benefit them.

Q.   If Google were to offer what you're calling a syntactic exact match, would the advertiser then receive the exact query that the user entered?

A.   Yes, by construction.

Q.   And can you explain?

THE COURT:   I'm sorry, can you repeat the question again?

BY MS. CONNOR:

Q.   If Google were to offer a keyword matching option, sort of as provided here, would the advertiser receive the exact query the user entered?

A.   I would say, yes, because nothing would match unless it would be exactly that keyword. Right? So you would know every single match is exactly that keyword.

THE COURT:   That would be true for multiple words.

4444

Right?  Because keywords can be phrases.

**THE WITNESS:**  Correct.

**BY MS. CONNOR:**

Q.    Let's move to Provision VIII.D.

And can you advance the slide, please?

So this provision called "search text ads auction changes" provides, "On a monthly basis, Google must provide the technical committee and plaintiffs a report outlining all changes made to its search text ads auction in the preceding month, provide (1) Google's public disclosure of that change or (2) a statement why no public disclosure is necessary, and further identify each change which Google considers material.  Plaintiffs have the right to challenge any disclosure they deem inadequate."

What do you understand this provision to require?

A.    My understanding of this is anything that influences the auction's behavior or any change to the -- to a system that -- any code change to a system that the auction is influenced by would need to be characterized to the technical committee and then either disclosed or, like, the non-disclosure of it would have to be justified.

Q.    And can we advance to the next slide, please?

And here we're showing plaintiffs' interrogatory response in answer to questions we posed, which I will just paraphrase:  What constitutes a change made to Google search

4445

text ads auction?  What criteria will be used to determine whether public disclosure is necessary and how plaintiffs will determine whether a disclosure of a change made is inadequate.

And so, based on these -- on plaintiffs' interrogatory responses, which launches do you understand would have to be included in this report?

**A.**    So my understanding is many, many launches.  And I think that sort of takes two dimensions.  Right?

The first dimension is, Which kinds of changes would be in scope?  You know, changes to the auction algorithm is very obviously here.  Changes to the numerical parameters in the auction I would sort of assume there too.

I also read this to include any changes to models that go into the auction because, you know, if you're multiplying two numbers, I don't see why one would be disclosed and the other would not.  Right?  So any changes there.

And those models are affected by many upstream systems as well.  Right?  For example, we rely on the search results.  I think that would indirectly affect models -- or directly affect models as a feature and, therefore, indirectly affect the auction because it feeds in there.

So kind of the fanout of the type of changes is relatively large because the auction is where all the

decisions happen. Right? So anything that affects anything about the ads ends up flowing through the auction at some point.

The second dimension of this is what is a change. You know, based on this response here, it's not just, like, what we would consider a major change to the logic of any of the systems that I discussed before.

But even, like, a minor change that is supposed to be, you know, almost a no-op, just like a big fix or something, we would have to talk about.

Or even an experiment that is transient. Right? We run many, many experiments all the time just to understand things. Most of them don't go on to launch. Many of them are not even intended to launch, but I think this would be covered here as I read it.

Q.   And so, as defined by the plaintiffs, approximately how many ads launches does Google make over the course of a year that would be encompassed here?

A.   I think thousands would be my guess.

Q.   How does Google currently decide when to disclose ad launches to advertisers?

A.   So two things. First, you know, we already have a help center that discloses a bunch of information. So when we think about a new change, we think about, how does it relate to our existing disclosures?

I think about what an advertiser would need to do in order to make good decisions.

Imagine, even if we made no changes whatsoever to our system, an advertiser's metrics and performance will be fluctuating just because the world changes. Right? Users are doing different things. Competitors are doing different things.

So advertisers, even if you take Google out of the equation, should be constantly looking at their results and making adjustments, like bid a little more, bid a little less, and see if they like the results of those adjustments.

Nearly all of the changes we make don't really change that process. You know, whether the change is coming from some change in the world or a change we made to some model or something, the response is the same. You bid a little more, bid a little less, look for results that you're happy or unhappy with.

So schematically, a lot of this stuff doesn't really change how an advertiser should be thinking about it. That's one lens. But some things do, and we would want to disclose that.

Of course, we talk to our legal team to understand what they would advise should be disclosed.

Q.   What additional work, in your view, would be required to explain the auction changes to the plaintiffs

4448

and the technical committee?

A.   I think it would be an enormous amount of work. You know, most of the thousands of bug fixes -- most of the thousands of launches, as defined here, wouldn't even be things that I would review, right, on my team.  They're like bug fixes that more junior people on the team would just approve or a lot of experiments the team is running, and they wouldn't come to me unless they found something noteworthy.

Even collecting all of this information for experts or Google people to review would be an undertaking. And then explaining all of this to a technical committee, who is presumably less familiar with the ad system than I am, I think would be very challenging.

Like, some no-op bug fix changed deep in some code server you have to explain to somebody.  It might take me an hour or two to figure out what we're talking about and that person might be harder, and this is for thousands of things a year.

Q.   Would this requirement impact the pace of ads launches and experiments at Google, in your view?

A.   I definitely think so.

I mean, I think this would be very chilling on our ability to innovate.

Q.   Are there risks in sharing this information

4449

publicly?

**A.**   Yeah.  I think so.  So I think, you know, one of the risks I worry about is gaming, for example.  A lot of our quality systems are trying to find good ads.  Right?  And more importantly for this discussion, to weed out bad ad.

But those signals, I think, would often lose their effectiveness if they were exposed.  For example, if we use something like the time a user spends on the website as an indication of did they have a good experience or did they just bounce back really quickly.  Once you expose that, you might see people making their websites slower artificially.  Right?  And now the signal has become less useful.

In general, we've seen in the gaming adversarial space that people react very, very quickly to what Google does.  The faster you give them information that helps them react, the harder it is to stay ahead of the bad actors.

**Q.**   Let's go to the next slide, please.

I wanted to cover with you with respect to syndication a handful of items.

First, with respect to the highlighted language here, the requirement that Google provide for the syndicated ads, all ads data related to the ads provided to the qualified competitor, what do you understand this to include?

4450

**A.**    Kind of all of the data we talked about, all the user data, all the advertiser data.

**Q.**    So would it include Google's internal proprietary signals as well?

**A.**    Yes.

**Q.**    Does this go beyond what Google currently provides to its syndication partners?

**A.**    Yes, I believe so.

**Q.**    So then let's turn to the next slide, please.

Here is the syndication provision regarding synthetic queries.  And to your understanding, what information would Google be required to provide here with respect to ads?

**A.**    My understanding is all the same information, you know, all the ads that we showed, all the data about them, but for any synthetic query that people choose to submit.

**Q.**    And do you have an understanding of how this would work in terms of the ads data that would be provided?

**A.**    No.  It's not clear to me.  Because, you know, we'd be sharing all of this advertiser data, which I don't know how we would share that.  You know, technically, it seems sort of challenging as well.  Yeah, I think there's quite a lot to figure out about this.

**Q.**    Does this provision of providing ads in response to synthetic queries risk exposing Google's intellectual

4451

property?

**A.**    Yes.  I think, you know, I talked a little bit earlier about how, you know, you can use techniques like distillation or similar to mimic Google's algorithm based on examples.  I think synthetic queries kind of take it to the next level because you can start doing science.  Right?  So you form your hypothesis on how things work and then you query the places to get more information.

Like, you know, one thing I might do is I might form a thing that tries to mimic Google and then, like, see where I'm making mistakes and then do a bunch of synthetic queries in the places I'm making mistakes to kind of, like, whack-a-mole my mistakes until it gets very good.

**THE COURT:**  Is that risk mitigated or could it be mitigated by capping the number of synthetic queries somebody could make?

**THE WITNESS:**  I think the fewer the synthetic queries, the less risk there would be.  Zero synthetic queries would be mitigated and infinity would still be there.  So I'm sure there's some kind of sliding scale.

But I don't know how many synthetic queries it would take to make it risky.  You know?  So I don't know if there's actually a middle ground where it's useful but not risky.

**THE COURT:**  Right.

**BY MS. CONNOR:**

Q.   And let's go to the next slide, please.  And this is our last slide.

So here we have the slide that we started with, overviewing the provisions that you've discussed.  So taking these provisions together, what is your assessment of the extent to which Google's intellectual property would be revealed via the compelled disclosures required?

A.   I think, you know, I would worry about a lot of the intellectual property being revealed.  I mean, I've been at Google for, I guess, close to 15 years on the search ads team.

We spend a lot of energy trying to make the system better.  You know, it's not like we have tons and tons -- like, we get new data every once in a while, but most of our effort goes into actually getting the insights to design the system or coming up with better algorithms and things like that.  Right?

All of that seems like it would be easy to reverse engineer if it's exposed in this way.  Or even just the way we think about the problem would be exposed by the structure of the data that we expose, for example.

Q.   And would the disclosures required by the plaintiffs' RPFJ impact Google's decisions on how Google should allocate its resources?

**A.**   Yes.  Right?

I'm going to invest differently in what I work on if I'm improving Google versus I'm improving Google and anybody who chooses to copy Google.  Right?  So.

**Q.**   Would it have an impact, then, on Google's innovation?

**A.**   Yes.  I think it would definitely slow down the pace there.

**MS. CONNOR:**  Thank you.  I pass the witness.

**THE COURT:**  All right.  So it's 10 of 5:00.  Ms. Trent, what are you thinking in terms of length of cross?  I think 15 or 20 minutes.

Mr. Sallet, will you have an examination?

**MR. SALLET:**  We won't have any questions.

**MS. CONNOR:**  Your Honor, if it would be possible to finish today, that would be greatly appreciated.

**THE COURT:**  Okay.  I would like to ask our court reporter if she'd like a few minutes.

**COURT REPORTER:**  I can finish.  Thank you for asking.

**THE COURT:**  Let's go ahead and keep going then.

**CROSS-EXAMINATION OF OMKAR MURALIDHARAN**

BY MS. TRENT:

**Q.**   Mr. Muralidharan -- did I say that right?

**A.**   Close enough.  Thank you.

4454

Q.   My name is Sara Trent.  I am an attorney for the Department of Justice.  I will be asking you some questions today.  Okay?

A.   Okay.

Q.   I want to understand a little bit more just about a couple issues in terms of your knowledge space.  You don't consider yourself an expert in privacy.  Correct?

A.   No.

Q.   And you aren't a member of any privacy working groups at Google.  Correct?

A.   I don't believe so.

Q.   While you manage the text ads syndication team, you do not consider yourself an expert on syndication. Correct?

A.   Correct.

Q.   In practice, Jesse Adkins, the director of text ads syndication, runs the team and is pretty independent?

A.   Correct.  He works closely with my colleague Adam Juda to do that.

Q.   And you are not substantially involved in the design and upkeep of the search query report.  Correct?

A.   I haven't been involved in it -- like, I don't think we've made major changes to it recently that I remember.  If we were to make future changes, I would probably be involved, as that's under the purview of one of

my teams.

Q.    Okay.  And so you aren't aware of any substantial changes during the time that the team was within your scope.  Right?

A.    No, I'm not.  And it's a shared responsibility between my team and another team, so...

Q.    Okay.  Now I just want to address a couple topics you discussed with your counsel and talk a little bit more about advertisers.  Okay?

All right.  I'm going to pass up some binders right now.

MS. TRENT:  May I approach?

THE COURT:   (No response.)

BY MS. TRENT:

Q.    In your binder, you can take a look at PXR0234.

MS. TRENT:  Ms. Kasia, could you pull that up.

THE WITNESS:  Yeah.

MS. TRENT:  Your Honor, I would like to note that this exhibit is in evidence.

BY MS. TRENT:

Q.    This is an email from you to Michael Levinson in May 2024.  Correct?

A.    Yes.

Q.    You sent this email after attending something called Google Marketing Live; is that right?

A.   Yes.

Q.   That's an event attended by advertisers run by Google?

A.   Yes.

Q.   You can take a look at the entire document, but I'm really just going to focus you on the top paragraph on the first page.  So just let me know when you're ready.

A.   Yes.

Q.   You see at the top it says, "I'm not as convinced by this," and then the second-to-last sentence, "And there was some real frustration that Google isn't listening and pushing 'full auto' solutions they don't want."

Do you see that?

A.   Yes.

Q.   You are writing that advertisers expressed some real frustration.  Right?

A.   Yes.  With the PMax, specifically.

Q.   PMax is an auto solution; is that right?

A.   PMax is one of our automated -- it is the most automated campaign.

Q.   And it does things like select keywords for the advertiser?

A.   It does.  And it also runs across Google and YouTube, for example.  So it's far beyond just search automation.  It actually runs across Google products.

4457

**Q.**   And it does things like set bids?

**A.**   Yes.

**Q.**   And allocates spend?

**A.**   Yes.  For example, it will allocate how much to spend on Google versus YouTube.

**Q.**   And you understand that some advertisers value control rather than using a product like PMax that does it automatically for them.  Correct?

**A.**   Correct.  I think for every advertiser there's a sweet spot of control versus automation.

I think, for example, that a lot of advertisers, when they want to advertise on search, they want to advertise on search.  They don't want to, say, advertise on search and sometimes advertise on YouTube, because those are so different for them.  That's one reason, for example, they might be frustrated.

I would also note that a lot of advertisers actually really like PMax.  So it depends on the advertiser.

**Q.**   At this GOMarketing event, you also talked to advertisers who wanted more information about performance, placement and other metrics related to their Google spend.  Correct?

**A.**   Sorry.  Could you repeat your question, please?

**Q.**   You also talked to advertisers who wanted more information about their performance, placement and other

metrics related to Google spend.  Correct?

A.  I spoke to an advertiser roundtable.  I think it was a bunch of very expert search engine marketers.  I think they requested some extra information on placements.  I don't remember specifically what they requested.

Q.  Okay.  And did you say search engine agency experts; is that what you said?

A.  Yeah.  I think they were all running small agencies, but I don't remember exactly who I spoke with.

Q.  They expressed an interest in having more information?

A.  Yes.

MS. TRENT:  All right.  Ms. Kasia, you can take that down.

BY MS. TRENT:

Q.  You also talked to your counsel about advertising and models that are involved in the ads stack.  Correct?

A.  Yes.

Q.  In addition to LLMs, you understand that LEMs, or large embedded models, are models that are part of Google search ads stack.  Correct?

A.  Yes.

Q.  In general, you agree that LLMs and LEMs are different types of models used for different applications?

A.  I think kind of.  I think the technology is

changing very rapidly.  So I wouldn't necessarily -- not being a deep technical expert on the area, I don't know that you could draw a hard line between LLMs and LEMs.  I know people have talked about them as two different kinds of models in the past but also have talked about ways to kind of combine them in productive ways.

THE COURT:  I think I've heard the term.  What's an LEM and how is it distinguished from an LLM?

THE WITNESS:  LEM stands for large embedding model.  An LLM is a large language model.  My, you know, less-technical understanding is an LEM is a model where most of the expressiveness of the model is to store these large memory things called embeddings.

So it's sort of a lot of -- in a very stylized way learning a lot of fact parameters, and it does relatively little computation on top of those.  Where an LLM is almost the opposite.  Most of its expressiveness comes in how it combines information and it does a lot of computation on that.

MS. TRENT:  I don't understand either.

BY MS. TRENT:

Q.   You understand that Google's LLM advertising models train on interaction data.  Correct?

A.   Yes.

Sorry, did you say LLM or LEM?

4460

**Q.**   LLMs.

**A.**   Sorry.  I misheard you.  I thought you said LEM.

I'm not sure if the LLMs train on interaction data.  They probably train on some interaction data, but that's probably not their primary data source.

**Q.**   Okay.  But you believe there is some interaction data that they train on?

**A.**   I think so, yeah.

**Q.**   And LLMs are part of Google's search ad stack.  Correct?

**A.**   Yes, we use LLMs in our search ad stack.

**Q.**   You agree that Google's search ad stack, generally speaking, is the set of models and algorithms Google relies on to select and serve search ads.  Right?

**A.**   I think that is one reasonable definition of ad stack.

**Q.**   And in addition to the LLMs that are part of the ad stack, you can't imagine a component of Google's search ad stack as it pertains to text ads that is not trained in whole or part on user interaction data.  Correct?

**THE COURT:**   Can you ask the question again?

**BY MS. TRENT:**

**Q.**   In addition to the LLMs that are part of the ad stack, you can't imagine a component of Google's search ad stack as it pertains to text ads that is not trained in

4461

whole or part on user interaction data?

A.   I'm sorry, did you say can or can't?  I can imagine or I can't imagine?

Q.   You can't imagine.

A.   No.  I can.  In fact, we do have components, for example, that train on human eval.  We have raters rate the relevance of the ads, and that's the training data for those models.  So that wouldn't be user interaction data.

Q.   Other than that, can you imagine any other component?

A.   We have numerous human eval models.  Like, for example, rating the relevance from a keyword -- like an advertiser perspective on the keyword or the user perspective on relevance.

So it's not that there's just one of those models but, aside from the class of models that uses human eval, we also have LLMs that aren't -- I think we have some LLMs that are not trained on any data.  We use them where we used to use human eval more, where it just ask one of the LLMs, like, did this ad look relevant or not, for example.  I don't think they necessarily use interaction data.

Q.   Okay.  So other than the class of human evaluation models or something similar to that, can you think of any other component?

A.   I think there are some models that are not used

4462

directly in ad serving but are used in our advertiser interface to assist the features that may be trained mostly on advertiser interactions with the features.

Q.    Uh-huh.

A.    That's the only other one that I can think of.

MS. TRENT:  Okay.  Ms. Kasia, could you pull up PXR246.

BY MS. TRENT:

Q.    If you could go ahead and turn to that in your binder.

Now I want to talk a little bit about LEMs, in addition to the ad stack.

MS. TRENT:  And this is already admitted, Your Honor.

BY MS. TRENT:

Q.    And I guess the computer has died.  I will go ahead and just start at the beginning and maybe they can get it up and running.

Do you see the title page for that document at 246?

A.    Yes.

Q.    And this is a presentation for Vidhya Srinivasan, head of ads and commerce at Google; is that right?

A.    Yes.

Q.    She replaced Jerry Dischler?

A.   Yes.

MS. TRENT:   May I have a copy of that exhibit at some point?

BY MS. TRENT:

Q.   The date on this document says September 2025. Can we assume it is supposed to be 2024?

A.   I think so, yes.

Q.   If you take a look at Page 10 --

A.   Sorry, just one point.  At the time of this document Vidhya was not, I think, the head of commerce.  She was only the head of ads.

Q.   Okay.

THE COURT:   She was head of what?

THE WITNESS:   Ads.

BY MS. TRENT:

Q.   Thank you.

If you would go ahead and turn to Slide 10.  It's going to be a page number ending in 164.  And I just want to focus your attention at the top, where it says, "LEMs drive 85 to 90 percent incremental LTRPM ads."

Do you see that?

A.   Yes.

Q.   And then it says, "They are critical for ads in Google."

So LEM's drive a significant amount of incremental

4464

long-term revenue per mil.  Right?

  A.   Yes.  That's what the slide is saying.

  Q.   All right.  And if you take a look at Page 2 of that slide deck, it ends in 156.  Do you see that?

  A.   Yes.

  Q.   Okay.  And this slide visualizes a simplified ad ML stack, which is machine learning; is that right?

  A.   Yes.

  Q.   And you see, since we don't have the benefit of getting to view it on our screens, at the bottom right-hand corner, the boxes in blue.  Do you see that?  The LEM, LEM models?

  A.   Oh, yes.

  Q.   And then across from that it says, PCVR, PCTR, PGC.  Do you see that?

  A.   Yes.

  Q.   And those are auction models -- those are LEM-type auction models; is that right?

  A.   They are models whose predictions feed into the auction, yes.

  Q.   And these auction models are trained on user interaction data.  Correct?

  A.   Correct.

  Q.   And for some of these models, like the PCTR model, I think you mentioned earlier that user data is stored in a

4465

database called FLOGS; is that right?

A.   Yes.

Q.   And Flogs contains data time, like query to ad-clicks and other things of that nature; is that right?

A.   Yes.  It also includes things like previous interactions from the user, for example.

Q.   And Flogs is a very -- is very important for training some of the algorithms Google uses?

A.   Yes.

MS. TRENT:  Are we back on, Ms. Kasia?  If we could go to J, that would be great.

BY MS. TRENT:

Q.   Now we're looking at the two slides you just looked at before on Slides 2 and 10.  Again, we're looking at the bottom right-hand corner, with PCVR, PCTR, PGC there on Slide K.

MS. TRENT:  Ms. Kasia.

BY MS. TRENT:

Q.   We just discussed that these LEMs are trained on user interaction data.

In looking at the right, we see that LEMs drive 85 to 90 percent of this long-term revenue of ads.  That 85 to 90 percent is critical for ads.  Right?

A.   That's what the slide says.  I don't think I would agree with the numerical characterization there.

**Q.** They might be slightly different?

**A.** Well, I mean, if you look at -- LTRPM is our sort of annual sort of OKR goal, like for my team to launch stuff. I would not say 80, 90 percent of it is driven by these modeling teams launching things, for example.

**Q.** You would agree that LEMs are critical for ads in Google. Right?

**A.** I would agree that LEMs are critical for ads in Google. We use them extensively.

**MS. TRENT:** That's all I have. Thank you.

**THE COURT:** Mr. Sallet?

**MR. SALLET:** No.

**THE COURT:** All right. Any redirect?

**MS. TRENT:** No redirect, Your Honor.

I wanted to move in for demonstrative purposes the demonstrative I used, which is RDXD34?

**THE COURT:** So we will admit that. All right. Mr. Muralidharan, thank you for your time and testimony. Safe travels home.

(The witness stepped down.)

**THE COURT:** Mr. Schmidtlein.

**MR. SCHMIDTLEIN:** Your Honor, we have a little bit of housekeeping. We've got some exhibits to push in. If Ms. Peelish could take care of that, then I will come back with one more thing.

**MS. PEELISH:** Natalie Peelish for Google.

**THE COURT:** Okay.

**MS. PEELISH:** With plaintiffs' consent, we have a handful of exhibits to push into evidence. I will hand this up to the court reporter, if that's okay, and we can file this on the public docket as well.

In addition to that list, we have just reached agreement with plaintiffs to move into evidence RDX0187.

**THE COURT:** Okay.

**MS. PEELISH:** In addition to that, we also have a set of Google's affirmative deposition designations that we would like to submit at this point as well.

**THE COURT:** Okay. Terrific. Thank you.

**MS. PEELISH:** Now I would like to hand this up, if I may approach.

**THE COURT:** Okay. Thank you.

**MS. PEELISH:** And with that, those are the housekeeping matters.

**THE COURT:** Okay. Thank you, Counsel.

All right. Mr. Schmidtlein.

**MR. SCHMIDTLEIN:** With that, Your Honor, Google rests. We will not be calling Professor Elzinga, and that was our last witness.

**THE COURT:** Okay. Terrific.

So Mr. Dahlquist?

4468

**MR. DAHLQUIST:** Your Honor, that puts us back in the driver's seat. We do intend to call two witnesses in rebuttal. Professor Jerath, obviously, subject to Your Honor's ruling, we would call him first thing in the morning. And then second, we would recall Dr. Chipty.

And again, I'm with my two hours of direct, under two hours, I will even promise, as we are refining further tonight.

**MR. SCHMIDTLEIN:** Is that combined?

**MR. DAHLQUIST:** It is combined, yes.

**THE COURT:** Good.

**MR. DAHLQUIST:** And I will say --

**THE COURT:** So everyone in the room can have a drink tomorrow afternoon?

**MR. DAHLQUIST:** That is the goal, Your Honor, myself included.

**THE COURT:** Good. No, especially.

**MR. DAHLQUIST:** I would say we were on a chess clock and even with the chess clock, both sides still have some time to accommodate this. And I do not think we will use the full day tomorrow, even with this. That is my sincere hope.

**THE COURT:** Okay. Terrific.

Okay. Let me just rule on the issue of Dr. Jerath.

First of all, thank you for your submissions.  We took a look at them last night and today.

I think here is where I come out.  I will actually cite the parties to a case one of my colleagues wrote.  I think it's a helpful standard that Judge Boasberg has set forth in a case called *Blake v. Securitas Security Services*.  It's 292 F.R.D. 15 from 25013.

The case arises in the context of the exchange of expert reports and expert designations, but I think the principles are largely similar.

And it says, you know, "Where a party attempts to designate as a rebuttal expert someone whose proposed testimony is beyond the scope of appropriate rebuttal, that witness may be viewed as an initial expert who was not timely designated and whose testimony may be struck by the Court for violating Rule 26(a) in the Court's governing scheduling order."

So part of what I did today was to go back and look at Dr. Israel's testimony and he certainly did provide testimony about the Section VIII remedies.  And I have also looked at summary rebuttal of Dr. Jerath.

I think -- two things.  I think it is appropriate to call a rebuttal expert, even though he wasn't initially designated at the initial disclosure deadline.  I don't think there is any rule restricting the designation

4470

certainly of a new expert that is a true rebuttal expert.

So that's one.

Two, I do, however, have some concerns, and I don't have the benefit of knowing precisely what Dr. Jerath's summary is based upon, but it does strike me that some of his summary, at least as it's been presented to me, arguably goes a little bit beyond what Dr. Israel's testimony was.

Maybe this summary was drafted as a response to what Dr. Israel had in his report, but we are sort of beyond that at that point. So if what you are going to do is call Dr. Jerath to rebut portions of Dr. Israel's testimony, then that's fine.

If it goes beyond the scope of that, I think, then you are getting into this area where arguably his testimony should have been designated as an original sort of proponent expert.

You know, obviously, there is a fine line. I get that it may not be always clear. But I do think that is an important line to adhere to.

The second thing is, you know, some of Dr. Israel's testimony was strictly economic in nature. For example, I think he said words to the effect of, at various portions that, look, you know, I'm not denying that this could be helpful to some group of advertisers, but I think

4471

as an economics matter, this is the kind of thing that ought to be resolved through the competitive process as opposed to regulatory or judicial imposition.

It's not clear to me that Dr. Jerath has the background to sort of rebut that kind of opinion. I heard Dr. Israel to concede that this can be helpful, but that's not his point. That's not what he's taking. He's not taking qualms with that aspect of what Dr. Jerath or somebody else would say. Yes, there are some category of advertisers who could benefit. His view is different.

I don't know if Dr. Jerath is either coming in to say, well, that economic view is wrong, or he's coming in to simply just reaffirm what Dr. Israel is not contesting.

And if it's either one of those two, or both, I'm not sure that's proper rebuttal. One, because he's not an economist, as I understand it, unless there is some basis to believe he can opine on such an issue.

And, two, if he's not coming in to -- if he's simply coming in to sort of expound on what could be helpful, I don't think that's proper rebuttal either. He's not really rebutting anything Dr. Israel is saying.

Does that make sense?

**MR. DAHLQUIST:** It does. I think it is helpful guidance, Your Honor.

**THE COURT:** I don't know how that all comes out in

4472

terms of this summary, but that's my ruling and that will be your guidance going forward.

MR. DAHLQUIST:  I will say, the summary was directed based on the report.

THE COURT:  That's what I figured, and that's why I made the observation that I did.

MR. DAHLQUIST:  Yes.  That is helpful guidance. With that, we will make sure we hone within those grounds, and I'm certain that counsel will keep us honest.

THE COURT:  Okay.

MR. SCHMIDTLEIN:  You can bet on it.

THE COURT:  Good.  All right.  Thank you all.

MR. DAHLQUIST:  Um -- one other just procedural matter, Your Honor.

Last night Apple filed a motion to extend time for them to file an amicus brief.

THE COURT:  Right.

MR. DAHLQUIST:  We oppose that effort.

THE COURT:  I was going to deny that.

MR. DAHLQUIST:  Okay.  Then we will not file something.  That was my request.

Thank you, Your Honor.  I appreciate that.  And I think that's it for our list.

THE COURT:  Okay.  Thank you.

MR. SALLET:  Just one evidentiary issue.  Let me

give this to Mr. Schmidtlein.

This is a Chromium blog from earlier this year. We asked Google on Tuesday if it would agree to introduction. I don't think we've gotten a response. Of course, everybody has been very busy.

It is a blog that describes circumstances that came up in Ms. Debrez's testimony. It provides background in the nature of support and funding for Chromium, which was a topic in her testimony and other parts of the case. So we would like to move this in as PXR0385.

THE COURT: When you say "blog," a Google blog?

MR. SALLET: A Google blog in we believe ordinary course.

THE COURT: All right. Any objection to this?

MR. SCHMIDTLEIN: No objection.

THE COURT: All right. So that exhibit will be admitted.

(Plaintiffs' Exhibit PXR0385 was admitted.)

MR. SALLET: Thank you Your Honor.

THE COURT: Thank you, Mr. Sallet.

Is there anything else?

MR. SCHMIDTLEIN: Thank you very much for staying late and getting through our witness this evening.

THE COURT: Thank you all very much. We will see you in the morning. Don't wait for me. Thank you.

4474

(Proceedings concluded at 5:17 p.m.)

4475

# **C E R T I F I C A T E**

I, **Lorraine T. Herman, Official Court Reporter,** certify that the foregoing is a true and correct transcript of the record of proceedings in the above-entitled matter.

_____May 8, 2025_____                    /s/ Lorraine T. Herman
        **DATE**                              **Lorraine T. Herman**

BY MR. POPOFSKY: [5] 4317/11 4328/18 4396/5 4397/2 4397/9
BY MR. SALLET: [4] 4385/16 4386/11 4386/20 4389/21
BY MR. SEVERT: [17] 4331/23 4332/25 4339/1 4339/9 4339/18 4343/17 4344/22 4345/9 4345/19 4346/24 4347/25 4349/15 4351/2 4352/14 4372/13 4376/18 4382/1
BY MS. CONNOR: [18] 4399/3 4399/12 4400/16 4402/19 4404/25 4410/8 4412/13 4419/19 4421/14 4422/23 4424/22 4429/17 4432/11 4433/16 4441/22 4443/18 4444/3 4452/1
BY MS. TRENT: [12] 4453/23 4455/14 4455/20 4458/15 4459/21 4460/22 4462/8 4462/15 4463/4 4463/15 4465/12 4465/18
COURT REPORTER: [1] 4453/19
MR. DAHLQUIST: [11] 4468/1 4468/10 4468/12 4468/15 4468/18 4471/23 4472/3 4472/7 4472/13 4472/18 4472/20
MR. POPOFSKY: [8] 4317/4 4317/7 4331/10 4331/16 4396/2 4396/25 4397/6 4398/13
MR. SALLET: [12] 4381/18 4385/13 4386/5 4386/7 4386/17 4389/16 4395/23 4453/14 4466/12 4472/25 4473/12 4473/19
MR. SCHMIDTLEIN: [6] 4466/22 4467/21

4468/9 4472/11 4473/15 4473/22
MR. SEVERT: [14] 4331/18 4332/23 4338/24 4344/9 4345/8 4345/17 4346/22 4349/13 4351/1 4352/12 4376/16 4381/14 4381/25 4385/10
MS. CONNOR: [7] 4398/19 4398/22 4400/12 4400/14 4421/18 4453/9 4453/15
MS. PEELISH: [5] 4467/1 4467/3 4467/10 4467/14 4467/17
MS. TRENT: [12] 4455/12 4455/16 4455/18 4458/13 4459/20 4462/6 4462/13 4463/2 4465/10 4465/17 4466/10 4466/14
THE COURT: [104] 4317/2 4317/5 4325/21 4325/23 4328/17 4331/13 4331/21 4338/25 4339/7 4339/15 4343/13 4344/4 4344/16 4345/1 4345/18 4346/21 4347/17 4376/12 4376/17 4381/12 4381/15 4381/19 4381/24 4385/11 4386/6 4386/13 4386/19 4389/20 4395/25 4397/8 4398/15 4398/20 4398/25 4399/7 4400/13 4402/18 4404/7 4404/11 4408/23 4409/8 4409/11 4409/17 4409/25 4410/7 4412/10 4412/12 4419/17 4420/15 4420/19 4420/25 4421/13 4421/16 4421/19 4421/22 4422/22 4424/12 4424/14 4424/21 4428/25 4429/6

4429/16 4431/14 4431/25 4433/1 4441/1 4441/10 4441/13 4443/16 4443/25 4451/14 4451/25 4453/10 4453/17 4453/21 4455/13 4459/7 4460/21 4463/13 4466/11 4466/13 4466/17 4466/21 4467/2 4467/9 4467/13 4467/16 4467/19 4467/24 4468/11 4468/13 4468/17 4468/23 4471/25 4472/5 4472/10 4472/12 4472/17 4472/19 4472/24 4473/11 4473/14 4473/16 4473/20 4473/24
THE WITNESS: [42] 4325/22 4326/9 4339/8 4339/17 4343/14 4344/10 4344/17 4346/23 4347/18 4349/14 4396/24 4399/1 4399/10 4404/10 4404/12 4409/5 4409/9 4409/12 4409/20 4410/1 4412/11 4419/18 4420/18 4420/22 4421/5 4421/21 4421/24 4424/13 4424/18 4429/4 4429/8 4431/24 4432/2 4433/10 4441/5 4441/11 4441/14 4444/2 4451/17 4455/17 4459/9 4463/14

$

$10,000 [1] 4416/21
$100 [1] 4416/22
$5 [1] 4442/6

'

'21 [1] 4380/14
'cause [2] 4372/6 4374/24
'full [1] 4456/12

/

/s [1] 4475/11

0

0316 [1] 4314/19

1

10 [6] 4339/6 4407/2 4453/10 4463/8 4463/17 4465/14
10 percent [3] 4417/25 4427/5 4441/8
10.01 percent [1] 4441/9
100 percent [1] 4426/17
10k [1] 4407/12
11 [3] 4380/7 4380/8 4433/11
12 [1] 4355/9
12th [2] 4315/4 4417/1
13 [1] 4314/9
1300 [1] 4314/23
15 [2] 4453/12 4469/7
15 years [1] 4452/11
156 [1] 4464/4
159 [4] 4346/19 4346/21 4346/22 4349/10
159 -- you [1] 4347/5
16 [1] 4434/11
164 [1] 4463/18
18 [1] 4339/6
186 [1] 4352/12
1:31 [1] 4314/6

2

20 [2] 4359/16 4370/2
20 minutes [1] 4453/12
20 years [1] 4344/1
20-3010 [1] 4314/3
20001 [2] 4314/18 4315/9
20005 [1] 4315/5
2005 [1] 4329/2
2008 [1] 4329/3
2010 [3] 4329/3 4378/7 4399/23
2011 [1] 4399/24
2014 [2] 4377/15 4378/8
202-354-3249 [1] 4315/10
202-434-5000 [1]

**2**

**202-434-5000... [1]** 4315/5
**202-476-0316 [1]** 4314/19
**202-805-8563 [1]** 4314/15
**2020 [2]** 4380/10 4380/13
**2023 [1]** 4387/6
**2024 [3]** 4390/12 4455/22 4463/6
**2025 [4]** 4314/5 4390/13 4463/5 4475/11
**209 [1]** 4314/14
**22 [1]** 4347/12
**23 years [1]** 4347/12
**239 [1]** 4397/6
**246 [1]** 4462/20
**25013 [1]** 4469/7
**26 [1]** 4469/16
**292 [1]** 4469/7

**3**

**30 days [1]** 4411/24
**3010 [1]** 4314/3
**316 p.m [1]** 4381/23
**3249 [1]** 4315/10
**33 [1]** 4331/17
**333 [1]** 4315/9
**33799875 [1]** 4386/18
**35 [1]** 4364/11
**3:00 [2]** 4381/12 4381/23
**3:15 [1]** 4381/21
**3:45 [1]** 4381/20

**4**

**4 cents [1]** 4434/2
**40 [1]** 4317/9
**4317 [1]** 4316/5
**4331 [1]** 4316/5
**4385 [1]** 4316/6
**4396 [1]** 4316/6
**4399 [1]** 4316/9
**44 [1]** 4318/24
**4453 [1]** 4316/9
**45 [1]** 4318/24
**450 [1]** 4314/18
**48 [1]** 4324/8
**48 percent [1]** 4434/1

**5**

**50 [1]** 4331/5

**5000 [1]** 4315/5
**51 [1]** 4339/6
**5:00 [1]** 4453/10
**5:17 p.m [1]** 4474/1

**6**

**60 days [1]** 4428/9
**6000 [1]** 4314/25
**60604 [1]** 4314/14
**693 [1]** 4433/25

**7**

**700-dollar-plus [1]** 4387/7
**720-508-6000 [1]** 4314/25
**725 [1]** 4315/4
**79 [2]** 4346/20 4346/22
**7th [1]** 4314/24

**8**

**80 [2]** 4349/10 4466/4
**80 percent [1]** 4427/4
**80203 [1]** 4314/24
**85 [3]** 4463/20 4465/21 4465/22
**8563 [1]** 4314/15

**9**

**90 [1]** 4426/4
**90 percent [4]** 4463/20 4465/22 4465/23 4466/4
**92 [1]** 4352/13

**A**

**ability [7]** 4317/18 4325/25 4327/1 4372/12 4393/7 4435/17 4448/24
**able [9]** 4330/1 4366/17 4371/3 4409/15 4417/8 4418/4 4418/5 4418/20 4420/2
**about [147]** 4317/13 4317/20 4319/20 4320/4 4320/10 4321/5 4321/5 4321/7 4321/12 4324/3 4324/4 4325/1 4325/24 4329/4 4329/24 4330/9 4332/2 4332/4 4332/19 4333/16 4334/14 4334/17 4336/4 4337/22 4338/6 4341/2 4343/24 4343/25

4347/23 4348/3
4352/22 4353/3
4353/11 4353/11
4353/24 4354/6 4354/7
4355/18 4355/22
4359/18 4360/2
4360/22 4361/3 4361/8
4362/8 4362/9 4364/9
4364/15 4364/16
4365/11 4366/4 4367/2
4367/19 4369/21
4370/17 4370/20
4371/10 4371/21
4373/1 4376/14 4377/4
4377/16 4383/15
4384/9 4385/23
4386/16 4386/24
4386/25 4387/16
4388/12 4388/25
4389/5 4389/12 4390/5
4390/7 4390/8 4394/2
4394/13 4394/25
4395/3 4395/17 4396/7
4396/16 4397/3
4397/11 4398/2 4398/5
4403/7 4406/16
4407/12 4407/14
4408/1 4408/2 4411/22
4412/4 4413/12
4413/20 4413/22
4413/25 4414/12
4415/1 4415/5 4415/6
4416/6 4419/2 4419/14
4421/2 4423/14
4426/17 4427/23
4428/21 4428/22
4430/21 4431/15
4432/8 4432/19 4435/6
4436/15 4437/3
4437/13 4440/15
4441/6 4441/6 4442/24
4446/2 4446/10
4446/24 4446/24
4447/1 4447/19
4448/17 4449/3 4450/1
4450/15 4450/23
4451/3 4452/9 4452/21
4454/5 4455/9 4457/20
4457/25 4458/16
4459/4 4459/5 4462/11
4469/20
**about -- it's [1]** 4369/21
**above [2]** 4383/2 4475/5

**above-entitled [1]** 4475/5
**absent [3]** 4337/15 4349/3 4351/6
**Absolutely [1]** 4392/5
**accepted [2]** 4398/7 4398/12
**access [13]** 4320/13 4320/14 4320/21 4320/22 4406/13 4411/4 4411/5 4411/6 4411/10 4435/16 4435/19 4437/18 4437/19
**accessed [1]** 4427/4
**accessing [1]** 4411/7
**accommodate [1]** 4468/20
**accomplish [1]** 4416/2
**accordingly [1]** 4418/2
**account [1]** 4428/4
**accurate [2]** 4405/10 4409/4
**acknowledge [1]** 4360/3
**acquisition [1]** 4418/21
**acronym [1]** 4392/10
**across [13]** 4320/12 4320/18 4322/11 4323/21 4324/5 4361/1 4416/23 4428/8 4428/8 4428/11 4456/23 4456/25 4464/14
**across -- that's [1]** 4324/5
**action [5]** 4314/3 4320/15 4336/13 4350/8 4389/10
**actionable [4]** 4414/12 4431/11 4432/13 4432/14
**actions [2]** 4348/8 4416/12
**activities [2]** 4361/2 4414/21
**activity [1]** 4412/1
**actors [1]** 4449/17
**acts [10]** 4349/1 4349/3 4351/4 4351/6 4351/16 4352/17 4382/21 4383/4 4383/20 4414/9
**actual [8]** 4352/18 4354/19 4369/12

**actual... [5]** 4378/21 4378/21 4378/23 4383/20 4389/8

**actually [26]** 4327/22 4336/5 4361/14 4368/16 4368/21 4371/17 4376/8 4382/4 4395/17 4404/5 4407/15 4408/5 4408/16 4412/11 4415/10 4416/2 4417/8 4417/22 4427/3 4427/12 4434/9 4451/23 4452/16 4456/25 4457/18 4469/3

**ad [64]** 4329/17 4329/18 4329/21 4329/23 4329/24 4395/11 4400/19 4400/25 4401/9 4402/12 4403/8 4403/10 4403/11 4403/12 4404/23 4408/11 4411/20 4411/22 4415/6 4415/8 4415/9 4415/14 4415/14 4417/25 4418/16 4426/8 4429/7 4431/15 4431/17 4432/3 4432/5 4432/6 4432/6 4432/7 4432/17 4432/18 4432/22 4433/2 4433/4 4433/11 4434/14 4434/20 4436/1 4437/16 4438/5 4439/7 4439/8 4441/7 4446/21 4448/13 4449/6 4460/9 4460/11 4460/12 4460/15 4460/18 4460/19 4460/23 4460/24 4461/20 4462/1 4462/12 4464/6 4465/4

**ad spend [1]** 4417/25
**ad-clicks [1]** 4465/4
**ad-related [1]** 4401/9
**Adam [3]** 4331/18 4332/1 4454/18
**Adam Severt [1]** 4331/18
**adapted [1]** 4424/8
**adBrain [1]** 4402/11

**add [1]** 4422/7
**added [2]** 4408/15 4408/20
**adding [4]** 4327/16 4327/18 4390/2 4414/14
**addition [9]** 4344/6 4402/9 4426/7 4458/19 4460/17 4460/23 4462/12 4467/7 4467/10
**additional [7]** 4323/20 4323/21 4327/17 4345/7 4390/6 4412/7 4447/24
**address [10]** 4320/10 4322/10 4323/25 4324/1 4326/7 4366/16 4367/5 4378/2 4378/6 4455/7
**addressed [1]** 4382/16
**addresses [2]** 4366/15 4436/14
**adds [3]** 4323/21 4327/17 4441/17
**adequately [1]** 4326/7
**adhere [2]** 4319/8 4470/20
**adjust [2]** 4418/2 4442/10
**adjusting [1]** 4441/21
**adjustments [2]** 4447/10 4447/11
**Adkins [1]** 4454/16
**admit [2]** 4331/14 4466/17
**admitted [6]** 4316/14 4316/14 4331/17 4462/13 4473/17 4473/18
**adopted [1]** 4431/23
**adoption [1]** 4378/7
**ads [105]** 4357/3 4387/19 4399/21 4400/4 4400/8 4400/24 4401/1 4401/18 4401/21 4401/24 4402/2 4402/8 4402/10 4402/12 4402/17 4402/23 4403/5 4403/12 4403/25 4404/5 4404/13 4404/22 4405/3 4405/22 4406/5 4406/17 4407/22

4410/25 4411/10 4411/12 4411/13 4414/7 4414/16 4416/11 4419/20 4420/4 4420/14 4421/22 4423/1 4423/6 4423/9 4423/12 4423/14 4423/17 4425/1 4425/7 4425/8 4425/21 4426/5 4427/13 4427/14 4430/20 4431/2 4431/9 4431/18 4431/20 4431/22 4435/20 4436/1 4436/9 4436/21 4437/14 4438/2 4438/5 4438/6 4438/7 4438/10 4438/11 4438/12 4438/12 4438/12 4438/19 4442/15 4444/6 4444/9 4445/1 4446/2 4446/17 4448/20 4449/4 4449/23 4449/23 4449/23 4450/13 4450/15 4450/18 4450/24 4452/11 4454/12 4454/17 4458/17 4458/21 4460/14 4460/19 4460/25 4461/7 4462/23 4463/11 4463/14 4463/20 4463/23 4465/22 4465/23 4466/6 4466/8
**ads' [4]** 4401/24 4423/20 4431/19 4436/16
**advance [10]** 4416/14 4418/10 4423/3 4423/4 4425/23 4427/25 4435/15 4439/3 4444/5 4444/22
**advantage [9]** 4325/25 4326/8 4326/11 4326/12 4326/16 4329/6 4388/12 4393/11 4394/15
**advantages [8]** 4328/21 4328/21 4328/24 4328/25 4329/1 4329/7 4329/25 4329/25
**adversarial [1]** 4449/14

**adversarially [1]** 4413/4
**advertise [12]** 4403/15 4414/17 4414/18 4414/25 4415/9 4420/15 4429/5 4440/7 4457/12 4457/13 4457/13 4457/14
**advertised [1]** 4414/22
**advertisements [1]** 4432/1
**advertiser [66]** 4400/21 4400/23 4401/4 4403/9 4403/9 4403/14 4403/18 4404/13 4408/17 4409/13 4410/9 4410/13 4410/14 4414/1 4414/13 4415/2 4415/10 4415/16 4415/25 4418/13 4419/15 4419/21 4420/5 4420/8 4420/16 4420/20 4420/21 4421/8 4421/20 4421/25 4422/1 4422/17 4422/24 4427/17 4428/10 4429/2 4429/4 4429/8 4432/2 4432/4 4432/8 4432/16 4432/24 4433/4 4433/8 4434/13 4434/24 4437/11 4438/19 4439/6 4439/10 4442/11 4443/3 4443/12 4443/20 4447/1 4447/19 4450/2 4450/20 4456/22 4457/9 4457/18 4458/2 4461/13 4462/1 4462/3
**advertiser's [6]** 4326/17 4409/19 4409/22 4438/20 4439/7 4447/4
**advertisers [53]** 4401/16 4402/4 4403/20 4405/11 4408/6 4413/17 4413/18 4414/3 4414/7 4414/10 4415/4 4417/19 4419/6 4419/11 4419/22 4419/25 4420/9 4421/2 4421/4 4422/16 4426/1

**A**

**advertisers... [32]**
4426/23 4427/1 4427/3 4427/5 4427/7 4427/8 4427/9 4427/12 4430/18 4432/16 4433/17 4435/3 4435/17 4436/10 4437/6 4437/15 4439/5 4440/2 4442/20 4443/7 4446/21 4447/8 4455/9 4456/2 4456/15 4457/6 4457/11 4457/17 4457/20 4457/24 4470/25 4471/10

**advertisers' [1]**
4418/11

**advertising [7]**
4414/21 4418/8 4421/19 4435/20 4438/3 4458/16 4459/22

**advise [1]** 4447/23

**affect [10]** 4334/15 4334/23 4336/14 4341/13 4353/13 4353/16 4377/8 4445/21 4445/22 4445/23

**affected [2]** 4353/6 4445/19

**affects [4]** 4353/12 4354/22 4354/24 4446/1

**affirmative [1]**
4467/11

**afford [1]** 4326/3

**after [3]** 4380/24 4383/14 4455/24

**afternoon [6]** 4314/9 4331/24 4331/25 4396/25 4398/22 4468/14

**again [20]** 4318/9 4320/2 4322/11 4347/17 4355/16 4367/8 4367/19 4372/22 4385/8 4398/16 4419/17 4420/18 4423/4 4431/6 4431/12 4432/1 4443/17 4460/21 4465/14 4468/6

**against [4]** 4324/23

4325/2 4353/19 4367/13

**agencies [1]** 4458/9

**agency [2]** 4421/9 4458/6

**agent [1]** 4442/12

**aggregate [1]** 4433/3

**aggregated [7]** 4410/2 4410/6 4428/20 4430/4 4430/25 4433/10 4433/18

**ago [3]** 4343/7 4344/1 4396/16

**agree [25]** 4323/15 4324/15 4324/17 4347/10 4348/12 4348/14 4348/23 4349/6 4354/18 4358/2 4362/24 4363/11 4366/13 4367/4 4372/17 4374/20 4387/24 4393/17 4394/4 4458/23 4460/12 4465/25 4466/6 4466/8 4473/3

**agreed [1]** 4344/7

**agreement [7]**
4377/14 4420/17 4420/20 4420/21 4421/1 4424/14 4467/8

**agreements [4]**
4337/2 4366/12 4370/9 4397/16

**ahead [10]** 4335/17 4352/10 4387/22 4397/4 4406/15 4449/17 4453/21 4462/9 4462/17 4463/17

**AI [17]** 4321/16 4321/18 4321/21 4321/23 4321/25 4322/1 4322/4 4324/20 4325/6 4326/13 4326/23 4327/14 4367/14 4390/23 4391/19 4394/14 4394/16

**AI-based [1]** 4367/14

**aided [1]** 4315/13

**al [2]** 4314/3 4330/11

**algorithm [3]** 4423/20 4445/12 4451/4

**algorithms [4]** 4405/8 4452/17 4460/13

**align [3]** 4319/1 4319/24 4322/8

**aligns [1]** 4420/7

**all [101]** 4317/2 4333/14 4334/3 4334/5 4336/1 4339/19 4340/8 4343/13 4343/15 4346/18 4350/8 4352/10 4354/7 4355/20 4359/5 4364/8 4366/4 4371/10 4374/16 4374/16 4374/18 4377/4 4378/21 4381/11 4381/19 4381/21 4381/24 4382/19 4385/12 4387/15 4388/2 4388/9 4394/24 4395/14 4396/1 4398/10 4398/18 4398/25 4403/16 4403/17 4404/2 4404/20 4405/5 4407/7 4407/19 4412/25 4413/1 4414/9 4415/10 4415/13 4415/24 4417/16 4418/2 4418/22 4419/25 4422/5 4423/12 4424/19 4426/3 4426/18 4426/21 4426/23 4428/8 4428/8 4428/16 4433/23 4435/24 4437/12 4438/10 4438/10 4444/9 4445/25 4446/12 4447/12 4448/10 4448/12 4449/23 4450/1 4450/1 4450/2 4450/14 4450/15 4450/15 4450/20 4452/19 4453/10 4455/10 4458/8 4458/13 4464/3 4466/10 4466/13 4466/17 4467/20 4469/1 4471/25 4472/12 4472/12 4473/14 4473/16 4473/24

**all -- across [1]** 4428/8

**Allcott, [1]** 4330/11

**Allcott, et al [1]** 4330/11

**allocate [2]** 4452/25 4457/4

**allocates [1]** 4457/3

**allocation [1]** 4404/22

**allow [9]** 4317/23 4320/15 4322/13 4322/22 4323/2 4327/9 4337/3 4372/21 4437/6

**allowed [1]** 4374/21

**allowing [2]** 4322/11 4324/25

**allows [2]** 4361/11 4370/13

**almost [8]** 4374/18 4400/18 4422/18 4423/11 4426/18 4443/7 4446/9 4459/16

**along [2]** 4328/9 4400/21

**alongside [4]** 4321/22 4326/22 4326/23 4390/9

**already [8]** 4359/11 4406/9 4407/13 4419/25 4434/23 4442/20 4446/22 4462/13

**also [62]** 4320/9 4320/10 4320/20 4321/9 4321/21 4322/13 4322/17 4322/22 4323/20 4332/14 4348/21 4356/22 4359/9 4363/20 4365/12 4366/22 4369/20 4373/16 4375/24 4383/1 4386/23 4394/5 4395/12 4401/25 4402/4 4404/16 4405/11 4408/3 4409/2 4409/3 4410/2 4410/20 4411/6 4411/21 4413/25 4414/11 4416/7 4418/25 4420/6 4421/7 4423/14 4423/14 4425/11 4426/10 4429/20 4431/11 4431/22 4432/12 4438/11 4439/11 4439/16 4445/14 4456/23 4457/17 4457/19 4457/24 4458/16 4459/5 4461/17 4465/5

**A**

**also... [2]** 4467/10 4469/20
**alternative [4]** 4330/3 4337/19 4337/20 4398/11
**alternatives [2]** 4324/23 4336/25
**although [6]** 4346/1 4347/11 4347/14 4358/6 4385/4 4391/25
**always [8]** 4353/9 4354/8 4372/4 4375/19 4405/18 4409/20 4413/19 4470/19
**am [27]** 4326/11 4326/25 4332/1 4333/18 4333/21 4333/22 4335/3 4337/22 4339/5 4341/12 4354/7 4356/8 4361/15 4365/9 4368/8 4371/17 4373/8 4380/8 4386/7 4389/6 4395/22 4398/19 4399/7 4399/19 4432/4 4448/14 4454/1
**ameliorate [1]** 4330/18
**AMERICA [1]** 4314/3
**American [1]** 4407/17
**amicus [1]** 4472/16
**AMIT [1]** 4314/10
**among [5]** 4349/17 4360/25 4388/4 4393/25 4396/9
**amount [6]** 4377/8 4417/18 4419/4 4434/10 4448/2 4463/25
**analysis [9]** 4335/10 4352/16 4354/14 4383/2 4384/9 4384/13 4384/14 4384/18 4385/5
**analyst [1]** 4400/4
**Analytics [2]** 4436/1 4436/8
**analyzed [2]** 4328/20 4364/3
**analyzing [1]** 4383/14
**ancillary [1]** 4362/1
**Andrew [1]** 4425/24
**Android [13]** 4320/9 4327/3 4366/10

4375/24 4386/5 4387/3 4387/5 4387/19 4388/1 4388/4 4388/12 4388/14 4388/21
**annual [2]** 4323/4 4466/3
**anonymity [2]** 4413/7 4413/10
**another [19]** 4320/19 4320/19 4320/21 4335/18 4337/8 4341/16 4355/22 4361/6 4362/15 4363/25 4367/20 4371/7 4394/9 4407/11 4414/11 4421/16 4425/15 4437/24 4455/6
**answer [3]** 4339/23 4340/5 4444/24
**anticompetitive [24]** 4319/7 4319/9 4319/12 4320/3 4321/14 4332/9 4332/12 4338/15 4341/9 4348/9 4351/20 4352/17 4358/3 4365/9 4380/2 4380/18 4380/23 4380/24 4381/6 4381/8 4382/21 4383/4 4383/20 4383/25
**antitrust [9]** 4314/13 4314/22 4340/20 4340/20 4341/23 4342/13 4342/18 4347/6 4347/19
**any [36]** 4335/8 4335/8 4342/10 4367/5 4384/19 4385/4 4386/24 4401/5 4402/9 4406/9 4421/2 4430/20 4432/2 4432/9 4433/1 4434/13 4434/19 4436/23 4437/1 4438/20 4444/14 4444/17 4444/18 4445/14 4445/17 4446/6 4450/16 4453/14 4454/9 4455/2 4461/9 4461/18 4461/23 4466/13 4469/25 4473/14
**anybody [9]** 4356/6 4357/4 4401/14 4414/24 4419/11

4419/16 4419/18 4424/9 4453/4
**anymore [2]** 4440/5 4440/25
**anything [15]** 4353/23 4365/9 4367/5 4375/21 4376/24 4401/23 4409/14 4434/18 4436/18 4443/6 4444/16 4446/1 4446/1 4471/21 4473/21
**anyway [3]** 4357/11 4369/2 4433/23
**API [1]** 4435/19
**APIs [1]** 4402/9
**apologies [1]** 4397/1
**apologize [2]** 4364/23 4391/10
**app [2]** 4366/11 4416/13
**appealing [1]** 4392/1
**appear [2]** 4397/16 4428/10
**APPEARANCES [2]** 4314/12 4315/1
**appeared [1]** 4428/7
**appears [1]** 4387/11
**appellate [4]** 4383/10 4384/3 4384/16 4385/6
**Apple [17]** 4323/7 4326/4 4327/2 4327/2 4366/23 4366/24 4367/11 4367/17 4371/18 4375/8 4375/12 4375/17 4390/25 4391/3 4391/9 4393/6 4472/15
**Apple's [2]** 4367/10 4393/12
**application [1]** 4349/16
**applications [1]** 4458/24
**applied [2]** 4321/18 4361/23
**applies [2]** 4365/16 4426/16
**apply [5]** 4335/8 4335/9 4355/25 4440/18 4440/25
**appointment [1]** 4408/20
**appreciate [1]** 4472/22
**appreciated [1]** 4453/16

**approach [1]** 4338/24 4345/17 4386/5 4389/16 4400/12 4455/12 4467/15
**appropriate [2]** 4469/13 4469/22
**approve [1]** 4448/7
**approximately [2]** 4405/22 4446/17
**apps [1]** 4321/3
**are [230]**
**area [4]** 4318/7 4364/6 4459/2 4470/15
**areas [4]** 4318/9 4319/4 4418/17 4418/18
**aren't [3]** 4454/9 4455/2 4461/17
**aren't -- I [1]** 4461/17
**arguably [2]** 4470/7 4470/15
**argue [1]** 4374/3
**argued [1]** 4368/8
**arises [1]** 4469/8
**around [2]** 4326/5 4401/12
**arrives [1]** 4409/1
**article [2]** 4390/11 4391/16
**articulated [3]** 4319/2 4319/25 4322/9
**artificially [1]** 4449/12
**as [138]** 4318/25 4319/15 4319/17 4319/18 4320/8 4321/6 4321/24 4322/24 4324/18 4325/1 4325/19 4326/4 4327/20 4328/10 4329/2 4329/17 4329/19 4329/19 4330/1 4330/1 4330/3 4331/11 4331/14 4333/7 4333/8 4335/19 4337/11 4343/25 4345/13 4346/2 4348/3 4351/19 4351/22 4353/16 4354/12 4354/13 4355/16 4361/8 4363/22 4367/7 4367/10 4367/11 4370/15 4372/3 4372/5 4373/8 4373/20 4374/12 4376/4 4376/24 4381/17

**A**

**as... [87]** 4383/3
4383/8 4384/12
4384/17 4386/8
4386/14 4386/14
4387/11 4389/9
4389/19 4390/18
4390/22 4390/25
4391/15 4392/7 4394/7
4394/7 4394/10
4394/10 4394/11
4394/11 4394/13
4394/23 4394/23
4395/5 4400/4 4400/14
4400/19 4401/16
4401/22 4402/2
4405/21 4407/1 4408/4
4408/4 4410/15
4410/17 4411/20
4413/3 4414/9 4415/18
4415/23 4419/13
4420/2 4420/6 4422/7
4422/9 4423/18
4425/11 4425/13
4425/15 4429/12
4429/13 4430/17
4433/1 4435/10 4438/8
4438/24 4439/17
4440/11 4442/10
4443/20 4445/20
4445/22 4446/15
4446/16 4448/4 4449/9
4450/4 4450/22
4454/25 4456/9 4459/4
4460/19 4460/25
4467/6 4467/12 4468/7
4469/12 4469/14
4470/6 4470/9 4470/16
4471/1 4471/2 4471/16
4473/10
**ascribes [1]** 4384/18
**Asian [1]** 4407/17
**Asian-American [1]**
4407/17
**aside [2]** 4340/7
4461/16
**ask [19]** 4317/14
4344/9 4358/14 4371/9
4375/3 4385/23
4386/24 4386/25
4387/15 4387/15
4387/16 4399/7 4404/8
4420/15 4421/16
4424/25 4453/17

**asked [13]** 4336/21
4340/4 4375/8 4375/17
4376/10 4376/10
4376/11 4376/20
4396/6 4396/16 4397/3
4398/2 4473/3
**asking [4]** 4361/23
4395/14 4453/20
4454/2
**asleep [1]** 4397/4
**aspect [4]** 4363/25
4367/10 4405/12
4471/8
**assemble [1]** 4403/12
**assertion [1]** 4385/4
**assess [3]** 4330/7
4404/5 4404/14
**assessed [2]** 4328/22
4330/8
**assessing [1]** 4402/12
**assessment [3]**
4343/23 4426/12
4452/6
**assets [3]** 4415/14
4426/11 4426/12
**assist [2]** 4400/9
4462/2
**associated [3]**
4341/24 4413/1
4431/17
**assume [5]** 4380/20
4381/5 4409/17
4445/13 4463/6
**assumed [1]** 4330/20
**assuming [2]** 4373/19
4373/21
**attempts [2]** 4359/25
4469/11
**attended [1]** 4456/2
**attending [1]** 4455/24
**attention [2]** 4388/8
4463/19
**attorney [2]** 4332/1
4454/1
**attractive [2]** 4317/19
4317/21
**attribute [1]** 4409/15
**attributions [1]**
4387/14
**attrition [1]** 4330/21
**auction [19]** 4404/20
4429/7 4431/18 4439/8
4444/6 4444/9 4444/19
4445/1 4445/11

4445/13 4445/15
4445/23 4445/25
4446/2 4447/25
4464/17 4464/18
4464/20 4464/21
**auction's [1]** 4444/17
**auctioning [1]** 4402/13
**audience [1]** 4392/1
**audiences [1]** 4392/2
**auditing [2]** 4411/6
4413/5
**auto [15]** 4416/15
4416/16 4418/8 4419/9
4419/14 4420/7
4420/12 4440/9
4440/16 4440/24
4441/23 4442/8
4442/12 4443/2
4456/18
**auto' [1]** 4456/12
**automated [3]**
4403/21 4456/19
4456/20
**automatically [3]**
4441/21 4442/10
4457/8
**automation [3]**
4415/24 4456/25
4457/10
**available [6]** 4377/11
4382/20 4402/9
4435/24 4439/5
4439/11
**Avenue [1]** 4315/9
**avenues [1]** 4342/18
**average [2]** 4434/2
4442/6
**avoids [1]** 4320/22
**aware [3]** 4389/2
4413/15 4455/2
**away [7]** 4324/24
4355/21 4366/7
4377/20 4377/23
4378/10 4379/25

**B**

**baby [1]** 4407/7
**bachelor's [1]** 4399/14
**back [35]** 4317/9
4328/1 4328/25 4329/8
4329/9 4336/3 4338/1
4338/4 4339/23 4340/8
4350/18 4351/1 4382/2
4382/3 4391/12
4398/18 4408/8

4409/13 4412/3
4416/24 4416/24
4416/25 4417/9 4418/1
4418/17 4429/22
4434/11 4436/18
4449/11 4465/10
4466/24 4468/1
4469/18
**background [3]**
4399/13 4471/5 4473/7
**backing [2]** 4415/6
4416/17
**bad [5]** 4324/18
4432/22 4435/10
4449/5 4449/17
**balance [1]** 4413/19
**balancing [1]** 4335/5
**ballpark [1]** 4416/22
**bands [1]** 4362/21
**bar [2]** 4336/8 4387/13
**barber [1]** 4370/1
**Barrett [1]** 4315/8
**base [1]** 4359/25
**based [15]** 4319/20
4367/14 4384/17
4391/3 4404/18
4408/16 4409/10
4422/9 4428/20
4432/17 4445/5 4446/5
4451/4 4470/5 4472/4
**basic [1]** 4332/11
**basically [4]** 4370/21
4379/23 4430/19
4432/21
**basis [5]** 4323/4
4370/15 4384/17
4444/7 4471/16
**Bates [2]** 4386/14
4386/18
**be [215]**
**be -- I'm [1]** 4402/25
**be -- they're [1]**
4402/25
**beat [1]** 4327/9
**beauties [1]** 4420/6
**because [93]** 4317/22
4318/17 4323/16
4323/20 4324/3
4324/13 4324/21
4325/6 4326/17 4327/8
4327/16 4331/2
4332/19 4334/7 4334/9
4334/16 4335/23
4338/3 4338/6 4338/16

**because... [73]**
4338/19 4340/15
4340/25 4341/5
4342/24 4350/4 4353/3
4353/21 4354/1 4354/6
4354/22 4355/6 4356/6
4356/19 4358/2 4358/9
4367/10 4368/17
4370/10 4371/1 4374/6
4374/12 4374/17
4378/15 4379/3
4379/25 4381/16
4390/2 4392/2 4394/8
4400/22 4402/1
4405/15 4408/5 4410/2
4410/15 4411/22
4412/23 4413/3 4414/9
4415/24 4418/3
4418/22 4418/23
4420/4 4420/6 4421/25
4422/9 4423/16
4424/19 4425/19
4428/18 4430/8 4431/6
4431/8 4431/12
4431/18 4432/9 4435/8
4441/14 4442/12
4442/19 4443/2
4443/22 4444/1
4445/15 4445/23
4445/25 4447/5
4450/19 4451/6
4457/14 4471/15
**become [5]** 4419/23
4420/19 4433/23
4442/21 4449/13
**becomes [1]** 4431/7
**been [53]** 4319/20
4321/4 4321/18
4325/14 4329/1 4329/9
4330/1 4336/23
4337/11 4337/17
4337/21 4337/25
4338/7 4338/20
4338/20 4344/7
4344/18 4344/19
4348/9 4350/19 4359/2
4359/23 4359/24
4359/24 4360/1 4360/2
4360/3 4360/16
4360/17 4364/18
4374/24 4376/14
4377/24 4379/19
4379/21 4379/22

4386/10 4389/9
4389/19 4393/3 4394/6
4395/10 4396/25
4419/8 4419/13
4424/25 4427/11
4431/19 4452/10
4454/22 4470/6
4470/16 4473/5
**before [17]** 4314/10
4317/12 4328/24
4330/10 4357/15
4357/16 4357/24
4357/25 4380/25
4381/1 4394/13
4429/22 4437/3
4441/25 4442/1 4446/7
4465/14
**beforehand [1]**
4409/14
**begin [2]** 4399/22
4403/4
**beginning [3]** 4331/2
4386/25 4462/17
**behalf [4]** 4343/19
4360/25 4362/17
4415/22
**behavior [3]** 4356/2
4424/11 4444/17
**behind [1]** 4369/7
**being [10]** 4325/19
4326/21 4332/20
4348/3 4401/22
4407/11 4411/20
4432/12 4452/10
4459/2
**believe [21]** 4340/19
4341/9 4364/22 4373/5
4382/24 4385/9
4389/22 4391/13
4395/12 4397/24
4411/6 4412/9 4421/5
4423/13 4427/3 4437/8
4450/8 4454/11 4460/6
4471/17 4473/12
**benchmark [1]**
4355/17
**benefit [9]** 4335/7
4335/9 4335/19 4365/6
4365/16 4443/10
4464/9 4470/4 4471/10
**benefits [5]** 4325/9
4338/8 4342/14
4358/17 4364/1
**besides [1]** 4370/16
**best [17]** 4318/20

4325/7 4325/8 4339/14
4341/3 4357/18
4377/11 4390/13
4390/18 4390/22
4390/25 4391/15
4391/19 4391/20
4391/20 4392/7 4394/7
**bet [1]** 4472/11
**better [27]** 4322/2
4327/8 4327/8 4327/15
4327/19 4328/11
4329/12 4329/20
4329/21 4334/18
4334/20 4335/22
4363/1 4363/8 4363/11
4363/11 4363/14
4363/23 4364/4
4378/20 4385/22
4389/25 4390/2 4405/9
4418/5 4452/14
4452/17
**between [10]** 4320/5
4320/18 4321/20
4383/19 4412/8 4420/7
4427/6 4430/10 4455/6
4459/3
**beyond [15]** 4350/5
4350/15 4350/17
4364/1 4365/25 4374/7
4393/21 4407/21
4429/21 4450/6
4456/24 4469/13
4470/7 4470/10
4470/14
**bid [15]** 4327/9
4403/19 4403/24
4416/18 4417/24
4432/4 4435/20 4438/3
4440/17 4441/11
4442/3 4447/10
4447/10 4447/15
4447/16
**bidding [18]** 4402/13
4403/21 4416/15
4416/16 4416/20
4416/21 4418/8 4419/9
4419/14 4420/7
4420/12 4433/6
4440/16 4440/24
4441/23 4442/8
4442/12 4443/2
**bids [7]** 4415/20
4417/24 4418/2
4440/15 4440/23
4442/10 4457/1

**big [14]** 4361/21
4372/6 4372/7 4377/2
4392/1 4406/9 4417/14
4422/2 4424/1 4424/3
4424/4 4424/9 4436/1
4446/9
**big-box [1]** 4422/2
**bigger [4]** 4329/8
4378/3 4378/5 4423/24
**biggest [2]** 4318/16
4427/12
**BigQuery [1]** 4436/24
**billboard [1]** 4371/1
**billion [1]** 4387/4
**billions [2]** 4387/23
4387/23
**binder [5]** 4339/6
4339/10 4382/12
4455/15 4462/10
**binder -- Page 51 [1]**
4339/6
**binders [1]** 4455/10
**Bing [4]** 4327/18
4355/11 4371/19
4372/15
**bit [20]** 4343/6 4347/4
4352/11 4354/6
4362/14 4404/8
4407/13 4414/1 4414/8
4415/5 4437/3 4440/16
4441/11 4442/4 4451/2
4454/5 4455/8 4462/11
4466/22 4470/7
**bit -- that's [1]** 4414/1
**bits [1]** 4403/12
**Blake [1]** 4469/6
**blog [5]** 4473/2 4473/6
4473/11 4473/11
4473/12
**Bloomscape [2]**
4428/17 4429/13
**blow [1]** 4349/13
**blue [2]** 4321/2
4464/11
**Boasberg [1]** 4469/5
**boasting [1]** 4395/15
**booked [1]** 4408/20
**bookmark [2]** 4371/19
4371/19
**bookmarks [1]**
4372/15
**books [1]** 4420/11
**both [22]** 4320/17
4321/19 4322/11
4324/2 4324/19

**B**

**both... [17]** 4329/15
4337/13 4344/12
4344/24 4346/8
4353/19 4356/9
4371/18 4381/7 4398/3
4399/8 4400/22 4402/3
4410/14 4418/3
4468/19 4471/14
**bottom [9]** 4335/3
4335/20 4346/10
4357/1 4382/16
4390/16 4397/14
4464/10 4465/15
**Boulben [2]** 4388/7
4388/13
**bounce [1]** 4449/11
**bound [1]** 4337/2
**box [4]** 4387/3
4387/10 4407/1 4422/2
**boxes [2]** 4386/22
4464/11
**Boy [2]** 4336/13
4340/1
**bragging [1]** 4395/17
**brand [2]** 4328/25
4355/8
**brand-name [1]**
4328/25
**Brave [4]** 4361/6
4361/10 4361/16
4362/6
**breadth [2]** 4323/25
4324/5
**break [3]** 4413/6
4413/10 4426/4
**breakdowns [1]**
4426/9
**breaks [1]** 4323/18
**brief [2]** 4319/3
4472/16
**bright [2]** 4372/3
4372/4
**bring [1]** 4419/14
**broad [7]** 4365/23
4401/22 4406/7
4428/18 4429/10
4429/12 4429/18
**broad-match [2]**
4429/12 4429/18
**broad-matched [2]**
4428/18 4429/10
**broader [3]** 4328/14
4328/14 4360/13

**Broadway [1]** 4314/23
**browser [30]** 4322/7
4322/14 4322/18
4322/20 4322/21
4322/23 4322/24
4322/25 4323/5 4323/8
4323/12 4323/17
4323/19 4324/2
4329/15 4370/8
4370/10 4370/22
4371/3 4371/7 4371/13
4371/25 4372/11
4382/21 4390/13
4391/22 4392/6 4393/4
4393/16 4393/17
**browsers [9]** 4322/25
4324/4 4365/21
4365/21 4370/14
4390/17 4390/22
4393/1 4393/25
**browsing [2]** 4365/25
4392/15
**Bruce [1]** 4314/20
**bucket [1]** 4336/4
**bucks [3]** 4370/2
4372/6 4372/7
**budget [1]** 4415/21
**bug [3]** 4448/3 4448/6
4448/15
**build [2]** 4402/11
4403/2
**built [4]** 4391/11
4392/7 4392/18
4393/12
**built-in [3]** 4392/7
4392/18 4393/12
**bullet [3]** 4317/15
4320/4 4320/17
**bullets [5]** 4333/6
4333/8 4333/12 4334/4
4335/12
**bunch [11]** 4330/15
4330/21 4411/21
4412/3 4428/24
4430/24 4431/9 4443/8
4446/23 4451/11
4458/3
**burden [2]** 4318/17
4442/15
**business [6]** 4367/10
4416/3 4416/3 4418/15
4419/20 4422/10
**busy [1]** 4473/5
**buy [1]** 4408/15
**buyer [3]** 4394/3

4394/3 4394/4
**buying [1]** 4419/3
**buys [1]** 4420/10

**C**

**calculations [1]**
4330/20
**calculator [1]** 4417/1
**call [8]** 4324/1 4332/14
4378/11 4414/2 4468/2
4468/4 4469/23
4470/11
**called [12]** 4345/4
4352/6 4355/23
4367/22 4368/22
4412/10 4423/23
4444/6 4455/25
4459/13 4465/1 4469/6
**calling [2]** 4443/11
4467/22
**calls [2]** 4398/23
4416/13
**came [1]** 4473/7
**campaign [5]** 4418/16
4426/5 4428/14
4428/14 4456/20
**campaigns [2]**
4435/20 4438/3
**can [130]** 4320/17
4320/20 4320/20
4321/15 4322/14
4323/17 4326/3
4326/14 4327/12
4327/12 4328/1 4328/2
4328/4 4328/5 4328/10
4337/2 4338/1 4339/17
4340/7 4341/4 4350/5
4350/12 4351/1
4355/20 4357/7
4357/16 4358/4
4358/11 4359/12
4361/2 4363/16
4365/16 4366/7
4366/17 4369/15
4371/8 4372/1 4372/2
4372/17 4372/20
4375/19 4380/4
4381/12 4381/12
4381/16 4381/19
4383/13 4384/1
4386/13 4386/24
4387/17 4388/24
4391/23 4394/11
4394/23 4397/10
4397/14 4398/1 4400/1

4400/17 4401/6 4401/8
4403/4 4403/25 4404/9
4405/2 4405/15
4408/14 4408/18
4410/5 4411/19
4414/17 4414/18
4414/25 4415/3 4416/8
4416/14 4416/16
4416/23 4419/14
4420/15 4426/4
4426/19 4426/20
4427/25 4428/1 4428/5
4429/25 4432/16
4433/13 4435/10
4435/11 4436/5
4436/25 4437/11
4437/15 4437/17
4437/20 4437/23
4438/20 4438/20
4439/12 4441/16
4441/23 4442/17
4443/15 4443/16
4444/1 4444/5 4444/22
4451/3 4451/6 4453/19
4455/15 4456/5
4458/13 4460/21
4461/2 4461/2 4461/5
4461/9 4461/23 4462/5
4462/17 4463/6 4467/5
4468/13 4471/6
4471/17 4472/11
**can't [19]** 4328/13
4330/8 4339/25
4340/15 4342/20
4345/4 4346/1 4370/25
4396/24 4411/4
4414/22 4419/25
4422/20 4438/18
4460/18 4460/24
4461/2 4461/3 4461/4
**cannot [1]** 4384/15
**capable [1]** 4397/17
**capping [1]** 4451/15
**car [1]** 4396/9
**card [1]** 4410/18
**cards [2]** 4360/23
4361/11
**care [3]** 4334/14
4353/3 4466/24
**careful [4]** 4340/22
4355/6 4386/24
4413/22
**Carr [1]** 4314/22
**carrier [1]** 4319/23
**cars [1]** 4419/3

**cart [3]** 4408/16 4408/21 4422/7
**carte [1]** 4320/12
**cascades [1]** 4435/12
**case [43]** 4321/23 4338/14 4339/3 4343/8 4343/10 4343/12 4343/18 4345/11 4345/25 4346/14 4346/15 4349/24 4352/3 4353/12 4353/16 4354/21 4354/23 4354/23 4357/1 4357/21 4361/19 4363/8 4366/8 4373/2 4376/25 4379/23 4381/2 4382/5 4383/11 4383/25 4396/20 4396/21 4398/3 4398/8 4409/14 4414/2 4414/2 4424/8 4440/25 4469/4 4469/6 4469/8 4473/9
**cases [6]** 4336/12 4337/13 4338/20 4342/6 4353/19 4374/22
**cases -- if [1]** 4342/6
**categories [4]** 4332/5 4402/15 4403/5 4406/17
**category [3]** 4336/7 4387/3 4471/9
**caught [1]** 4385/19
**causal [9]** 4325/12 4333/21 4333/22 4336/6 4337/23 4351/23 4353/7 4354/14 4383/19
**causation [7]** 4373/2 4382/5 4383/15 4384/2 4384/9 4384/12 4384/18
**cause [1]** 4320/23
**caused [1]** 4382/21
**caution [1]** 4386/21
**CCP [1]** 4315/7
**cent [2]** 4432/5 4434/8
**center [2]** 4314/23 4446/23
**cents [3]** 4434/2 4434/8 4434/9
**certain [8]** 4359/7

4370/21 4425/2 4426/8 4428/10 4428/11 4436/13 4472/9
**certainly [11]** 4325/4 4336/12 4340/13 4369/1 4369/9 4381/14 4413/11 4423/12 4443/4 4469/19 4470/1
**certainly -- there [1]** 4340/13
**certify [1]** 4475/4
**CH [1]** 4315/8
**challenge [2]** 4354/25 4444/13
**challenged [1]** 4357/25
**challenges [1]** 4419/8
**challenging [2]** 4448/14 4450/22
**chance [1]** 4388/6
**change [22]** 4323/3 4325/5 4334/15 4355/20 4374/8 4394/14 4405/13 4444/11 4444/12 4444/17 4444/18 4444/25 4445/3 4446/4 4446/6 4446/8 4446/24 4447/13 4447/13 4447/14 4447/14 4447/19
**changed [4]** 4334/10 4334/11 4351/24 4448/15
**changes [15]** 4444/7 4444/9 4445/10 4445/11 4445/12 4445/14 4445/17 4445/24 4447/3 4447/5 4447/12 4447/25 4454/23 4454/24 4455/3
**changing [6]** 4318/11 4318/17 4319/16 4343/6 4367/19 4459/1
**channeled [3]** 4387/3 4387/5 4387/19
**characteristics [1]** 4357/18
**characterization [2]** 4375/4 4465/25
**characterize [2]** 4375/11 4376/1
**characterized [1]** 4444/19

**charge [2]** 4360/6 4360/10
**charged [1]** 4359/24
**charitable [2]** 4360/24 4362/17
**chart [3]** 4387/2 4387/13 4387/18
**ChatGPT [1]** 4365/6
**check [1]** 4391/13
**checked [1]** 4359/11
**chess [2]** 4468/18 4468/19
**Chicago [2]** 4314/14 4385/19
**chilling [1]** 4448/23
**chip [1]** 4379/25
**chipped [1]** 4377/20
**chipping [1]** 4378/10
**Chipty [5]** 4323/13 4324/7 4330/3 4331/6 4468/5
**Chipty's [2]** 4325/24 4377/20
**choice [43]** 4317/13 4317/17 4317/25 4330/6 4330/9 4330/18 4330/25 4331/1 4355/6 4355/7 4355/8 4355/9 4355/10 4355/14 4355/16 4358/1 4358/24 4359/5 4359/7 4359/8 4359/9 4359/10 4359/12 4359/13 4359/15 4366/20 4373/17 4373/20 4373/21 4373/25 4374/3 4374/7 4374/17 4376/25 4377/22 4380/10 4380/11 4380/12 4380/19 4380/22 4380/25 4381/8 4381/10
**choices [2]** 4318/20 4392/3
**choose [5]** 4356/6 4401/23 4402/2 4404/21 4450/16
**chooses [2]** 4439/6 4453/4
**chose [2]** 4377/5 4377/5
**chosen [1]** 4326/19
**Chrome [25]** 4364/9 4364/10 4364/15 4364/21 4365/6 4365/6

4365/17 4366/11 4390/18 4391/7 4392/15 4392/23 4393/2 4393/3 4393/19 4394/3 4394/3 4394/4 4394/6 4394/6 4394/9 4394/10 4394/11 4394/16 4394/22
**Chrome's [1]** 4393/9
**Chromes [2]** 4394/19 4394/20
**Chromium [6]** 4365/19 4391/3 4391/5 4391/11 4473/2 4473/8
**circle [1]** 4343/13
**circulation [1]** 4366/10
**circumstances [1]** 4473/6
**circumvention [1]** 4395/9
**cite [2]** 4377/19 4469/4
**cities [1]** 4422/18
**City [2]** 4422/19 4422/19
**Civil [1]** 4314/3
**claim [1]** 4374/19
**claimed [1]** 4323/13
**clarification [1]** 4341/8
**class [2]** 4461/16 4461/22
**clear [10]** 4333/11 4340/23 4344/24 4347/23 4386/15 4418/14 4431/11 4450/19 4470/19 4471/4
**clearly [2]** 4347/15 4420/13
**clever [1]** 4413/9
**click [15]** 4401/2 4402/13 4403/20 4404/15 4404/17 4404/17 4408/25 4409/16 4415/20 4417/17 4417/20 4430/18 4431/7 4432/6 4433/11
**click-through [2]** 4402/13 4433/11
**clicked [12]** 4407/25 4409/14 4430/20 4431/2 4431/9 4431/20

**C**

**clicked... [6]** 4432/7
4432/24 4433/2
4433/12 4434/2 4434/7
**clicks [9]** 4401/1
4408/11 4409/10
4412/14 4426/8
4426/20 4430/15
4433/8 4465/4
**clock [2]** 4468/19
4468/19
**close [4]** 4401/3
4416/5 4452/11
4453/25
**closely [2]** 4319/12
4454/18
**closer [1]** 4350/24
**Cloud [1]** 4436/24
**CO [1]** 4314/24
**coag.gov [1]** 4314/25
**code [2]** 4444/18
4448/15
**coffee [2]** 4396/10
4396/14
**Colette [1]** 4315/3
**collateral [1]** 4342/24
**colleague [1]** 4454/18
**colleagues [1]** 4469/4
**collect [1]** 4360/18
**collecting [1]** 4448/10
**Colorado [4]** 4314/20
4314/21 4314/23
4385/14
**COLUMBIA [1]** 4314/1
**column [2]** 4387/12
4428/19
**columns [3]** 4428/5
4428/22 4430/3
**combination [2]**
4403/16 4415/13
**combine [1]** 4459/6
**combined [2]** 4468/9
4468/10
**combines [1]** 4459/18
**come [14]** 4328/15
4339/24 4343/1
4343/13 4357/4
4363/10 4388/8
4391/18 4411/14
4429/13 4431/10
4448/8 4466/24 4469/3
**comes [9]** 4328/9
4387/19 4387/20
4387/20 4408/16

4421/3 4458/10
4459/17 4471/25
**coming [9]** 4387/6
4400/20 4410/9
4447/13 4452/17
4471/11 4471/12
4471/18 4471/19
**commensurate [1]**
4416/18
**commerce [2]** 4462/23
4463/10
**committee [8]** 4318/6
4318/8 4318/11
4318/13 4444/8
4444/20 4448/1
4448/12
**committees [1]**
4318/18
**companies [3]** 4406/8
4408/9 4422/13
**company [2]** 4406/9
4427/18
**compared [1]** 4419/4
**compatibility [1]**
4390/18
**compatible [1]**
4352/19
**compelled [2]** 4419/21
4452/8
**compete [23]** 4323/6
4324/13 4324/17
4324/18 4324/20
4324/25 4327/22
4327/25 4359/20
4360/4 4360/7 4362/2
4362/3 4362/10
4363/23 4365/11
4366/17 4366/18
4366/18 4396/13
4396/14 4406/12
4421/23
**competing [10]**
4321/25 4324/22
4327/25 4353/19
4360/21 4361/20
4361/21 4362/3
4367/12 4396/14
**competition [45]**
4324/13 4325/8 4325/9
4325/19 4326/3
4328/14 4334/16
4334/17 4335/21
4335/22 4336/14
4336/23 4337/3 4337/4
4337/6 4337/10

4337/12 4338/7 4342/7
4343/4 4348/18 4349/1
4350/2 4350/20 4351/4
4351/16 4351/18
4351/19 4352/18
4353/5 4353/13
4354/13 4354/19
4354/20 4354/21
4360/1 4362/11
4363/18 4364/1 4367/9
4367/15 4367/16
4383/21 4389/23
4396/9
**competition -- l [1]**
4351/19
**competitive [35]**
4318/19 4319/5 4319/6
4319/11 4319/13
4319/17 4322/4 4322/4
4324/19 4324/22
4325/2 4325/4 4325/11
4326/18 4332/13
4334/17 4334/25
4336/16 4337/17
4337/22 4337/25
4340/11 4340/24
4342/23 4347/13
4347/20 4350/20
4351/24 4358/5
4358/14 4358/19
4363/22 4392/3
4418/19 4471/2
**competitor [1]**
4449/24
**competitors [19]**
4327/14 4353/18
4353/22 4354/1
4354/25 4355/2
4355/10 4355/19
4358/18 4365/1
4367/14 4374/14
4401/13 4402/8 4406/7
4410/22 4418/23
4423/19 4447/6
**complex [1]** 4414/7
**complexity [2]** 4414/8
4417/18
**component [4]**
4460/18 4460/24
4461/10 4461/24
**components [2]**
4387/16 4461/5
**computation [2]**
4459/16 4459/18
**computational [2]**

**computer [2]** 4315/13
4462/16
**computer-aided [1]**
4315/13
**concede [1]** 4471/6
**concept [1]** 4372/22
**concern [2]** 4320/23
4395/9
**concerning [1]**
4318/23
**concerns [3]** 4384/12
4384/17 4470/3
**conclude [2]** 4382/20
4383/18
**concluded [2]** 4383/24
4474/1
**conclusion [3]** 4331/4
4331/5 4383/24
**conclusions [4]**
4383/8 4383/10 4384/9
4384/15
**condition [1]** 4395/6
**conditional [1]**
4395/13
**conditions [3]** 4369/2
4420/23 4421/1
**conduct [35]** 4319/7
4319/8 4319/12 4320/3
4321/13 4321/16
4325/5 4332/9 4332/12
4337/15 4337/21
4338/15 4340/11
4340/15 4340/24
4341/1 4341/9 4341/13
4342/3 4342/15
4353/25 4357/16
4357/25 4358/3 4362/7
4380/18 4380/23
4380/24 4381/7 4381/8
4383/9 4383/15
4383/25 4389/3 4389/8
**confidence [1]** 4350/5
**confidential [1]**
4419/12
**configuration [1]**
4436/21
**configurations [1]**
4324/6
**configure [1]** 4436/22
**conflict [1]** 4383/9
**conflicts [1]** 4349/17
**connection [11]**
4325/12 4333/21
4333/22 4336/6

**C**

connection... [7]
4337/24 4351/23
4353/7 4354/14 4355/1
4364/14 4383/19
CONNOLLY [1]
4315/4
Connor [3]  4315/3
4316/9 4398/18
consensus [1]
4339/24
consent [1]  4467/3
consequence [2]
4329/12 4329/14
consider [11]  4335/11
4335/25 4350/9
4406/21 4410/12
4410/16 4418/11
4419/6 4446/6 4454/7
4454/13
consideration [1]
4334/3
considerations [1]
4413/19
considered [1]  4352/7
considering [1]
4335/6
considers [1]  4444/13
consistent [3]  4319/19
4384/24 4397/22
constant [1]  4357/19
constantly [3]  4405/6
4405/8 4447/9
constitutes [1]
4444/25
Constitution [1]
4315/9
construct [1]  4439/15
construction [1]
4443/14
construe [1]  4395/21
construed [1]  4438/8
consume [1]  4402/24
consumer [20]
4314/21 4319/14
4341/1 4341/3 4341/14
4347/7 4347/20 4348/4
4348/18 4349/2
4349/19 4349/25
4350/1 4350/2 4350/9
4350/17 4351/5
4351/25 4353/6
4353/15
consumers [13]

4325/9 4328/3 4328/4
4341/3 4341/5 4341/17
4342/24 4348/8
4356/21 4361/4
4361/18 4361/24
4364/2
consumes [1]  4425/12
contain [2]  4367/5
4412/7
contained [4]  4387/18
4423/13 4428/1
4435/25
contains [1]  4465/3
content [5]  4402/14
4403/13 4404/3
4404/24 4439/9
contents [1]  4346/6
contesting [1]
4471/13
context [2]  4388/11
4469/8
contingent [2]  4386/2
4395/1
continue [2]  4376/13
4387/25
continued [6]  4315/1
4316/5 4317/10
4330/21 4374/4
4378/10
continued -- whatever
[1]  4378/10
continues [1]  4387/4
contract [15]  4323/23
4358/14 4358/16
4370/21 4371/3 4372/1
4372/20 4372/21
4379/5 4379/6 4379/7
4379/8 4379/17
4379/19 4379/22
contracting [3]  4320/6
4369/21 4369/25
contracts [16]  4320/9
4320/25 4321/15
4322/18 4322/22
4323/24 4337/5
4373/10 4373/11
4374/25 4378/25
4379/14 4379/21
4379/22 4380/1 4380/3
contracts -- it's [1]
4379/21
contractual [2]  4323/2
4370/15
contractually [1]
4420/1

contradict [2]  4384/2
4397/24
contradicts [1]  4385/5
contrary [1]  4330/19
contributed [2]
4366/24 4397/17
control [2]  4457/7
4457/10
controlled [1]  4411/4
conversion [28]
4401/5 4403/23 4408/3
4408/8 4408/10
4408/23 4409/3 4409/9
4409/13 4409/18
4409/23 4410/9
4410/12 4410/21
4413/1 4416/6 4416/6
4419/7 4422/7 4426/9
4428/24 4430/6
4435/22 4435/23
4441/6 4441/8 4441/14
4442/9
conversion-type [1]
4426/9
conversions [3]
4415/5 4426/9 4426/21
converting [1]  4442/3
convinced [1]  4456/9
copy [8]  4345/10
4345/15 4403/11
4403/12 4415/14
4432/6 4453/4 4463/2
copycat [2]  4393/18
4393/22
corner [2]  4464/11
4465/15
correct [47]  4323/24
4334/23 4335/4 4345/7
4351/17 4359/1
4382/10 4383/6 4384/5
4387/12 4389/10
4391/1 4391/4 4391/11
4391/22 4392/4
4392/11 4392/24
4393/13 4393/20
4397/12 4409/5 4409/6
4409/20 4431/24
4433/19 4440/9 4444/2
4454/7 4454/10
4454/14 4454/15
4454/18 4454/21
4455/22 4457/8 4457/9
4457/22 4458/1
4458/17 4458/21
4459/23 4460/10

4460/20 4464/22
4464/23 4475/4
correcting [1]  4350/20
corrective [13]  4319/7
4332/6 4332/8 4333/16
4333/22 4333/23
4334/25 4340/8 4340/9
4341/21 4342/3
4342/10 4350/13
correctly [1]  4385/9
correlated [2]  4440/20
4440/21
cost [8]  4330/14
4333/24 4335/7 4335/9
4335/19 4402/8
4428/21 4434/2
cost-benefit [2]
4335/7 4335/9
costly [2]  4335/16
4338/3
costs [4]  4334/24
4338/8 4418/21 4426/9
could [69]  4317/5
4317/9 4317/16
4322/24 4323/6 4323/7
4323/8 4323/10
4323/10 4326/1 4326/4
4332/23 4342/19
4349/13 4353/8
4360/10 4362/3 4363/3
4363/18 4365/6 4369/1
4370/1 4370/10
4370/21 4370/22
4371/2 4373/19
4377/20 4379/9
4382/14 4384/7 4385/3
4388/12 4394/7
4394/10 4395/10
4395/12 4397/6 4399/4
4399/8 4401/14
4401/24 4406/7
4406/10 4406/11
4406/12 4406/19
4409/6 4420/18 4423/3
4423/19 4424/10
4424/16 4425/23
4430/19 4432/4
4434/18 4451/14
4451/16 4455/16
4457/23 4459/3 4462/6
4462/9 4465/11
4466/24 4470/25
4471/10 4471/19
couldn't [6]  4336/18
4378/14 4379/25

**C**

**couldn't... [3]** 4380/1 4396/14 4398/20
**counsel [5]** 4332/3 4455/8 4458/16 4467/19 4472/9
**count [1]** 4419/3
**counter [1]** 4355/17
**counter-factual [1]** 4355/17
**couple [10]** 4340/9 4343/7 4373/4 4375/7 4377/13 4427/19 4430/12 4441/18 4454/6 4455/7
**course [6]** 4380/17 4416/5 4446/18 4447/22 4473/5 4473/13
**court [43]** 4314/1 4315/7 4315/8 4317/16 4320/4 4321/1 4342/2 4345/13 4351/19 4366/12 4372/15 4373/13 4383/7 4383/7 4383/10 4383/24 4384/6 4384/8 4384/11 4384/11 4384/13 4384/18 4384/23 4385/3 4385/6 4385/6 4385/8 4389/3 4389/7 4394/14 4398/6 4398/7 4399/9 4400/1 4401/8 4404/8 4415/3 4428/1 4436/6 4453/17 4467/5 4469/16 4475/3
**court's [10]** 4320/24 4346/4 4366/22 4382/16 4384/3 4384/8 4384/16 4384/17 4396/17 4469/16
**courtroom [1]** 4385/18
**cover [2]** 4403/3 4449/19
**cover -- well [1]** 4403/3
**covered [4]** 4324/9 4403/2 4425/16 4446/15
**covers [1]** 4402/3
**CPC [4]** 4426/20 4430/4 4430/25 4434/6
**craft [1]** 4350/12
**crayons [1]** 4416/25

**create [6]** 4326/17 4363/4 4400/23 4403/25 4405/16 4420/12
**created [1]** 4367/5
**creating [2]** 4329/16 4405/3
**creative [1]** 4432/19
**credit [1]** 4410/18
**criteria [1]** 4445/1
**critical [4]** 4463/23 4465/23 4466/6 4466/8
**critique [2]** 4324/11 4345/4
**critique -- l [1]** 4345/4
**critiqued [1]** 4344/20
**critiques [1]** 4324/8
**critiquing [1]** 4343/22
**cross [10]** 4316/5 4316/6 4316/9 4331/22 4345/13 4376/14 4381/20 4385/15 4453/12 4453/22
**cross-examination [7]** 4316/5 4316/6 4316/9 4331/22 4376/14 4385/15 4453/22
**crosses [1]** 4372/5
**cryptocurrency [1]** 4392/19
**CTR [4]** 4428/21 4430/4 4430/25 4433/10
**Cue [2]** 4367/11 4367/13
**cumbersome [1]** 4405/16
**cumulate [1]** 4361/1
**curious [1]** 4412/12
**current [4]** 4348/14 4348/21 4393/18 4399/18
**currently [8]** 4426/1 4429/25 4430/10 4431/3 4435/3 4437/6 4446/20 4450/6
**customer [1]** 4418/21
**customers [3]** 4343/5 4358/7 4418/1
**cuts [3]** 4325/1 4370/2 4426/5
**cycle [1]** 4403/8

**D**

**D.C [4]** 4314/7

4314/18 4315/5 4315/9 4316/7 4337/16
**Dahlquist [2]** 4314/13 4467/25
**damage [1]** 4342/24
**damages [1]** 4342/18
**data [151]** 4361/15 4363/13 4364/4 4378/6 4400/4 4400/6 4400/7 4400/22 4400/22 4400/23 4401/12 4401/13 4401/18 4401/21 4401/24 4401/25 4402/3 4402/4 4402/8 4402/9 4402/10 4406/1 4406/5 4406/14 4406/17 4406/17 4406/22 4407/22 4408/3 4408/5 4408/5 4408/13 4408/23 4409/3 4409/9 4409/18 4410/2 4410/9 4410/12 4410/13 4410/13 4410/15 4410/17 4410/20 4410/21 4410/24 4410/25 4411/5 4411/7 4411/10 4411/13 4412/3 4412/4 4412/7 4412/21 4412/21 4413/13 4413/17 4413/17 4414/3 4414/4 4414/5 4414/12 4414/13 4415/2 4415/3 4415/10 4415/18 4416/4 4416/6 4416/8 4418/11 4418/13 4418/25 4419/4 4419/7 4419/10 4419/12 4419/15 4419/21 4421/3 4421/6 4421/19 4421/25 4422/6 4422/11 4422/24 4422/25 4423/1 4423/9 4424/18 4424/19 4424/20 4425/2 4425/17 4427/2 4427/6 4430/6 4435/2 4435/8 4435/10 4435/16 4435/19 4435/21 4435/23 4435/24 4436/1 4436/1 4436/10 4436/11 4436/11 4436/21 4436/22 4436/23 4436/25 4437/1 4437/4 4437/7 4437/9 4437/14

4438/1 4438/5 4438/20 4438/21 4442/1 4449/23 4450/1 4450/2 4450/2 4450/15 4450/18 4450/20 4452/15 4452/22 4459/23 4460/4 4460/4 4460/5 4460/7 4460/20 4461/1 4461/7 4461/8 4461/18 4461/21 4464/22 4464/25 4465/3 4465/20
**database [1]** 4465/1
**date [2]** 4463/5 4475/11
**daughters [1]** 4395/18
**David [1]** 4314/13
**day [3]** 4314/9 4407/2 4468/21
**days [5]** 4329/9 4395/6 4403/20 4411/24 4428/9
**deadline [1]** 4469/24
**deal [8]** 4321/19 4321/20 4322/23 4362/14 4379/4 4379/4 4414/10 4440/12
**deals [1]** 4336/24
**Dear [1]** 4442/6
**Debrez's [1]** 4473/7
**debt [1]** 4407/13
**decade [1]** 4377/21
**decide [6]** 4318/13 4356/14 4413/17 4422/6 4422/8 4446/20
**decided [3]** 4330/22 4347/15 4422/9
**decides [1]** 4408/17
**decision [4]** 4335/9 4338/9 4389/2 4409/21
**decisions [4]** 4414/14 4446/1 4447/2 4452/24
**deck [1]** 4464/4
**decline [1]** 4382/22
**deem [1]** 4444/14
**deep [2]** 4448/15 4459/2
**default [13]** 4317/23 4322/24 4323/7 4323/11 4327/1 4330/14 4359/9 4368/12 4369/2 4369/11 4370/11 4370/17 4378/8

**default -- you [1]** 4359/9
**defaults [4]** 4330/5 4359/10 4359/12 4359/13
**defendant [3]** 4314/7 4315/3 4340/10
**Defendant's [1]** 4331/17
**defined [2]** 4446/16 4448/4
**definitely [4]** 4412/22 4423/21 4448/22 4453/7
**definition [5]** 4350/16 4401/18 4401/20 4401/22 4460/15
**delay [3]** 4435/4 4435/5 4435/8
**deletes [1]** 4412/17
**deletion [1]** 4412/18
**deliver [1]** 4317/18
**demonstrative [12]** 4331/12 4331/14 4332/24 4359/16 4359/17 4380/9 4382/11 4386/8 4389/18 4390/11 4466/15 4466/16
**Denver [1]** 4314/24
**deny [1]** 4472/19
**denying [1]** 4470/24
**DEPARTMENT [3]** 4314/16 4314/21 4454/2
**depend [1]** 4359/13
**depending [1]** 4440/17
**depends [2]** 4368/18 4457/18
**deposition [7]** 4336/18 4339/2 4339/6 4339/12 4353/11 4356/17 4467/11
**depress [1]** 4386/3
**depth [2]** 4323/25 4324/2
**describe [5]** 4335/19 4348/3 4400/17 4405/2 4428/1
**described [3]** 4406/25 4408/23 4424/17
**describes [2]** 4387/2 4473/6

**description [1]** 4400/18
**design [2]** 4452/17 4454/21
**designate [1]** 4469/12
**designated [3]** 4469/15 4469/24 4470/16
**designation [1]** 4469/25
**designations [2]** 4467/11 4469/9
**designed [7]** 4340/17 4340/24 4341/3 4341/12 4341/13 4341/14 4413/4
**desire [1]** 4335/14
**despite [1]** 4336/19
**destroy [1]** 4335/23
**detail [3]** 4329/23 4401/7 4427/20
**detailed [10]** 4408/18 4408/22 4413/23 4415/25 4436/3 4437/10 4437/13 4442/11 4442/13 4442/15
**details [1]** 4421/11
**determine [5]** 4352/17 4391/17 4404/21 4445/1 4445/3
**develop [1]** 4421/22
**development [1]** 4383/3
**device [10]** 4318/1 4320/19 4320/19 4320/20 4322/14 4323/1 4323/19 4324/3 4324/4 4408/2
**devices [14]** 4317/19 4317/21 4317/23 4317/25 4318/4 4320/18 4322/11 4323/8 4366/10 4366/17 4366/18 4366/20 4367/25 4387/7
**dictionary [1]** 4432/5
**did [43]** 4328/23 4330/7 4339/4 4340/4 4340/6 4343/10 4346/14 4346/15 4346/17 4353/13 4355/24 4359/19 4361/25 4362/23

4369/16 4369/20 4379/1 4382/5 4383/17 4385/1 4385/2 4388/6 4388/8 4391/8 4396/8 4398/11 4399/22 4400/9 4401/4 4407/23 4408/11 4432/13 4432/22 4449/10 4449/10 4453/24 4458/6 4459/25 4461/2 4461/20 4469/18 4469/19 4472/6
**didn't [14]** 4353/23 4359/18 4362/6 4362/7 4375/1 4376/23 4378/15 4379/12 4381/3 4381/4 4397/5 4397/24 4432/23 4434/7
**died [1]** 4462/16
**difference [5]** 4326/2 4377/2 4430/10 4430/22 4440/22
**differences [3]** 4322/13 4427/6 4430/12
**different [40]** 4320/14 4320/15 4320/21 4321/8 4322/11 4322/12 4324/6 4337/14 4340/2 4348/15 4353/21 4357/17 4358/4 4376/24 4391/24 4391/24 4392/3 4392/4 4394/1 4394/20 4404/15 4416/12 4417/4 4417/5 4422/4 4422/6 4422/13 4422/13 4422/14 4426/4 4428/17 4440/17 4447/6 4447/6 4457/15 4458/24 4458/24 4459/4 4466/1 4471/10
**differentiate [4]** 4328/12 4388/14 4394/5 4394/9
**differentiated [4]** 4326/22 4327/16 4390/5 4393/19
**differentiating [1]** 4394/15
**differentiation [4]** 4389/23 4390/1

**differently [1]** 4453/2
**difficulty [1]** 4442/22
**dig [1]** 4339/23
**digestible [1]** 4413/2
**digging [1]** 4335/24
**dimension [4]** 4324/5 4417/6 4445/10 4446/4
**dimensions [10]** 4360/2 4362/4 4375/6 4404/15 4416/23 4417/12 4417/16 4418/2 4442/9 4445/9
**diminished [1]** 4351/25
**direct [22]** 4316/5 4316/9 4317/10 4339/5 4345/10 4345/11 4345/13 4345/20 4345/24 4355/22 4356/21 4358/23 4361/12 4362/21 4364/1 4377/7 4377/23 4382/15 4382/15 4382/17 4399/2 4468/6
**directed [2]** 4340/14 4472/4
**Directing [1]** 4434/12
**direction [2]** 4350/22 4365/4
**directly [12]** 4366/16 4366/19 4384/2 4388/2 4402/3 4405/25 4409/24 4420/12 4425/11 4425/19 4445/22 4462/1
**director [1]** 4454/16
**disaggregated [1]** 4433/24
**disagrees [1]** 4385/6
**Dischler [1]** 4462/25
**disclose [7]** 4406/4 4419/10 4419/21 4423/6 4423/10 4446/20 4447/21
**disclosed [4]** 4387/11 4444/20 4445/17 4447/23
**discloses [1]** 4446/23
**disclosing [6]** 4401/12 4401/13 4401/15 4407/20 4410/21 4418/7
**disclosure [8]** 4406/18 4444/10 4444/11

4489

# D

**disclosure... [5]**
4444/14 4444/21
4445/2 4445/3 4469/24
**disclosures [3]**
4446/25 4452/8
4452/23
**discuss [2]** 4416/15
4427/24
**discussed [9]** 4332/5
4332/6 4332/14 4369/4
4422/24 4446/7 4452/5
4455/8 4465/19
**discussing [3]**
4359/19 4407/11
4425/1
**discussion [3]** 4332/3
4382/9 4449/5
**disgorge [5]** 4340/10
4340/20 4340/25
4341/14 4341/15
**disgorgement [3]**
4341/4 4341/10
4342/10
**disgorges [1]** 4341/16
**disincentivizing [1]**
4397/18
**display [2]** 4387/19
4438/12
**displayed [2]** 4431/16
4431/19
**displaying [1]** 4431/17
**disproportionate [1]**
4387/6
**disruptive [1]** 4331/1
**dissenting [1]** 4344/5
**dissipated [1]** 4340/16
**distillation [3]** 4423/23
4424/4 4451/4
**distinctions [1]**
4391/19
**distinguished [1]**
4459/8
**distribution [10]**
4324/25 4326/22
4327/12 4327/15
4370/22 4370/23
4373/10 4374/12
4374/20 4397/16
**distributors [6]**
4362/22 4363/1
4367/22 4368/9
4368/11 4373/17
**DISTRICT [3]** 4314/1

**divestiture [2]** 4395/6
4395/13
**divestitures [1]**
4385/24
**Division [1]** 4314/13
**divorced [1]** 4318/19
**do [179]**
**docket [1]** 4467/6
**document [8]** 4352/1
4352/2 4352/6 4386/9
4456/5 4462/19 4463/5
4463/10
**document -- I'm [1]**
4386/9
**does [48]** 4331/11
4352/16 4357/13
4358/14 4368/19
4369/13 4371/10
4393/11 4393/18
4396/9 4403/3 4404/18
4405/3 4407/22
4410/21 4410/25
4411/3 4411/9 4412/7
4412/14 4412/17
4413/13 4413/17
4419/15 4420/16
4425/25 4426/14
4427/13 4432/24
4433/1 4435/2 4437/6
4439/22 4446/17
4446/20 4446/24
4449/16 4450/6
4450/24 4456/21
4456/23 4457/1 4457/7
4459/15 4459/18
4470/5 4471/22
4471/23
**doesn't [26]** 4328/9
4330/19 4338/2
4341/17 4355/7
4359/20 4364/15
4366/14 4366/16
4366/19 4368/23
4371/8 4376/2 4390/3
4392/15 4392/23
4401/2 4411/24 4431/3
4432/2 4436/12
4440/12 4440/25
4443/3 4443/9 4447/18
**dog [1]** 4407/7
**doing [18]** 4319/19
4325/15 4329/21
4333/25 4338/9
4350/16 4360/25

4362/7 4365/8 4371/8
4375/12 4411/8
4424/16 4440/21
4442/12 4447/6 4447/6
4451/6
**DOJ [4]** 4314/13
4314/13 4344/7
4386/18
**dollar [3]** 4387/7
4403/23 4416/20
**dollars [3]** 4387/5
4387/23 4416/19
**dominant [2]** 4358/15
4358/21
**don't [114]** 4317/22
4321/14 4323/16
4324/16 4324/17
4325/3 4325/15
4325/19 4327/4
4328/13 4329/17
4332/19 4332/21
4333/20 4334/7
4334/13 4336/6
4338/19 4340/2
4340/19 4341/5 4341/9
4343/4 4345/1 4345/3
4346/18 4351/8 4352/1
4355/3 4355/5 4356/7
4357/25 4359/1
4360/18 4361/8
4361/12 4363/6
4366/21 4367/5 4367/7
4367/9 4367/17
4368/14 4368/18
4369/14 4372/17
4373/24 4373/25
4374/24 4375/10
4375/11 4378/20
4379/3 4379/12 4380/7
4381/2 4382/24 4385/1
4388/9 4388/16
4389/23 4391/12
4391/13 4393/1 4393/2
4393/3 4394/8 4398/10
4412/11 4413/21
4414/20 4419/10
4419/16 4419/18
4421/11 4421/24
4427/3 4427/10
4427/20 4430/7 4432/6
4432/24 4433/2
4436/18 4436/23
4438/21 4439/24
4440/1 4440/4 4445/16
4446/13 4447/12

4450/20 4451/21
4451/22 4454/6
4454/11 4454/22
4456/12 4457/13
4458/5 4458/9 4459/2
4459/20 4461/21
4464/9 4465/24
4469/24 4470/4
4471/11 4471/20
4471/25 4473/4
4473/25
**don't -- to [1]** 4393/1
**donations [2]** 4360/24
4362/17
**done [16]** 4329/15
4335/1 4342/11
4353/24 4357/25
4364/20 4373/2
4376/23 4380/1
4381/19 4388/14
4408/22 4412/24
4415/20 4428/6 4440/4
**door [3]** 4328/2 4343/2
4343/4
**doubling [1]** 4418/18
**down [12]** 4319/22
4346/10 4358/8 4398/1
4404/8 4404/9 4418/16
4418/18 4426/4 4453/7
4458/14 4466/20
**downloading [1]**
4435/18
**downloads [1]**
4416/13
**downstream [1]**
4435/13
**dozen [1]** 4345/6
**DR [2]** 4317/10
4385/15
**Dr. [35]** 4323/13
4324/7 4324/15
4325/21 4325/24
4330/3 4331/4 4331/6
4377/20 4383/8
4383/24 4384/12
4384/14 4384/15
4384/18 4384/19
4385/4 4396/6 4399/4
4468/5 4468/25
4469/19 4469/21
4470/5 4470/7 4470/10
4470/12 4470/12
4470/22 4471/4 4471/6
4471/8 4471/11
4471/13 4471/21

**D**

**Dr. Chipty [5]** 4323/13 4324/7 4330/3 4331/6 4468/5
**Dr. Chipty's [2]** 4325/24 4377/20
**Dr. Israel [4]** 4470/10 4471/6 4471/13 4471/21
**Dr. Israel's [4]** 4469/19 4470/7 4470/12 4470/22
**Dr. Jerath [6]** 4468/25 4469/21 4470/12 4471/4 4471/8 4471/11
**Dr. Jerath's [1]** 4470/5
**Dr. Muralidharan [1]** 4399/4
**Dr. Murphy [6]** 4324/15 4325/21 4331/4 4384/15 4385/4 4396/6
**Dr. Murphy's [6]** 4383/8 4383/24 4384/12 4384/14 4384/18 4384/19
**drafted [1]** 4470/9
**draw [1]** 4459/3
**drill [1]** 4319/22
**drink [1]** 4468/14
**drive [3]** 4463/19 4463/25 4465/21
**driven [1]** 4466/4
**driver's [1]** 4468/2
**DuckDuckGo [1]** 4323/11
**duplicate [1]** 4393/2
**during [4]** 4329/9 4342/14 4358/20 4455/3
**dynamic [1]** 4318/22

**E**

**each [6]** 4411/19 4412/14 4423/6 4434/4 4436/23 4444/12
**earlier [8]** 4325/1 4332/3 4370/5 4373/16 4440/16 4451/3 4464/25 4473/2
**early [1]** 4329/9
**earn [1]** 4361/11
**easiest [1]** 4403/7
**easily [2]** 4413/2

4424/8
**easy [3]** 4356/5 4368/25 4452/19
**economic [8]** 4319/1 4346/16 4368/15 4371/12 4383/18 4395/22 4470/22 4471/12
**economically [3]** 4341/22 4414/14 4431/12
**economics [3]** 4342/22 4371/16 4471/1
**economist [6]** 4321/6 4329/19 4341/18 4358/13 4364/7 4471/16
**economist's [1]** 4368/22
**Ecosia [2]** 4362/13 4362/17
**ecosystem [1]** 4388/15
**edge [4]** 4365/21 4390/22 4419/5 4427/17
**educational [1]** 4399/13
**effect [9]** 4322/6 4366/8 4377/7 4378/3 4378/10 4381/9 4383/8 4384/1 4470/23
**effective [3]** 4335/16 4336/15 4362/10
**effectiveness [1]** 4449/8
**effects [2]** 4383/14 4435/13
**efficiently [1]** 4405/9
**effort [3]** 4340/13 4452/16 4472/18
**either [12]** 4326/6 4327/4 4330/4 4333/20 4345/3 4395/11 4412/20 4444/20 4459/20 4471/11 4471/14 4471/20
**electronic [1]** 4408/24
**electronic -- I [1]** 4408/24
**element [2]** 4340/15 4442/17
**elements [1]** 4373/12
**eligible [1]** 4439/8

eliminate [2] 4322/20 4330/19
**eliminated [1]** 4337/4
**eliminating [2]** 4318/4 4327/11
**elimination [1]** 4325/5
**else [8]** 4343/1 4371/7 4371/15 4372/2 4390/3 4440/21 4471/9 4473/21
**Elzinga [1]** 4467/22
**email [3]** 4436/14 4455/21 4455/24
**embedded [2]** 4352/5 4458/20
**embedding [1]** 4459/9
**embeddings [1]** 4459/13
**emerging [1]** 4326/12
**emphasis [1]** 4356/13
**emphasize [1]** 4353/16
**empirically [1]** 4378/6
**employing [1]** 4393/9
**encompassed [8]** 4402/17 4402/21 4406/17 4422/25 4423/9 4425/1 4438/4 4446/18
**encompasses [1]** 4438/5
**encourages [2]** 4328/11 4328/12
**end [5]** 4327/11 4330/15 4333/17 4375/1 4408/25
**ended [3]** 4333/8 4375/22 4434/18
**ending [1]** 4463/18
**endorse [3]** 4334/2 4336/20 4349/25
**ends [2]** 4446/2 4464/4
**energy [2]** 4443/9 4452/13
**engaged [1]** 4380/18
**engine [17]** 4320/13 4320/14 4322/15 4329/15 4329/17 4330/16 4361/7 4362/15 4362/25 4364/7 4365/17 4401/14 4401/15 4436/24 4436/25 4458/3 4458/6

engineer [1] 4452/20
**engineers [2]** 4405/22 4406/3
**engines [7]** 4323/18 4359/24 4360/4 4363/5 4365/21 4365/22 4406/8
**enhancing [2]** 4349/19 4367/16
**enlarging [1]** 4397/18
**enormous [1]** 4448/2
**enough [15]** 4341/7 4346/3 4347/16 4354/20 4362/8 4362/9 4372/18 4381/2 4388/14 4392/1 4413/11 4424/18 4433/5 4433/7 4453/25
**enter [3]** 4367/12 4367/17 4420/16
**entered [6]** 4373/9 4373/11 4429/2 4441/3 4443/13 4443/21
**entering [2]** 4400/20 4406/11
**entire [3]** 4435/19 4438/2 4456/5
**entities [2]** 4344/14 4357/17
**entitled [1]** 4475/5
**entity [2]** 4321/8 4438/19
**entrants [1]** 4326/10
**entries [1]** 4360/24
**entry [1]** 4411/19
**enumeration [1]** 4403/1
**environment [4]** 4337/18 4337/25 4358/1 4367/18
**equal [1]** 4376/25
**equation [1]** 4447/9
**equilibrium [2]** 4368/20 4374/24
**especially [6]** 4318/22 4359/5 4422/16 4440/11 4443/1 4468/17
**essentially [3]** 4343/2 4352/3 4433/22
**establish [2]** 4335/14 4336/6
**established [2]** 4336/8 4355/5
**established -- you [1]**

4491

**E**

**established -- you...** **[1]** 4355/5
**establishing [1]** 4354/13
**et [2]** 4314/3 4330/11
**ether [3]** 4354/4 4354/6 4354/7
**Europe [1]** 4355/8
**European [3]** 4380/10 4380/11 4380/17
**eval [4]** 4461/6 4461/11 4461/16 4461/19
**evaluate [4]** 4318/13 4333/19 4338/8 4434/14
**evaluated [1]** 4346/8
**evaluating [1]** 4346/16
**evaluation [1]** 4461/22
**even [45]** 4321/23 4322/1 4326/4 4327/15 4329/7 4334/13 4336/2 4350/1 4353/23 4355/6 4355/18 4356/10 4358/20 4365/21 4371/14 4373/20 4374/6 4374/17 4376/24 4377/22 4379/10 4406/11 4406/12 4409/13 4419/11 4421/8 4422/1 4422/17 4431/18 4433/3 4434/7 4440/9 4443/9 4446/8 4446/11 4446/14 4447/3 4447/8 4448/4 4448/10 4452/20 4468/7 4468/19 4468/21 4469/23
**evening [1]** 4473/23
**event [2]** 4456/2 4457/19
**events [3]** 4377/14 4377/16 4378/14
**Eventually [1]** 4401/3
**ever [5]** 4336/10 4338/10 4339/21 4343/10 4413/13
**every [12]** 4379/8 4427/16 4427/20 4432/5 4434/25 4440/13 4441/17 4442/19 4443/3

4443/24 4452/16 4457/9
**everybody [8]** 4386/15 4407/1 4411/7 4428/12 4440/24 4441/15 4442/19 4473/5
**everyone [2]** 4381/22 4468/13
**everything [8]** 4375/20 4400/23 4413/23 4423/11 4426/16 4434/6 4438/13 4442/20
**evidence [15]** 4316/14 4316/14 4334/9 4337/14 4374/22 4377/11 4378/4 4378/5 4378/20 4382/20 4383/2 4383/18 4455/19 4467/4 4467/8
**evidentiary [1]** 4472/25
**evolve [1]** 4325/10
**evolving [1]** 4327/24
**exact [5]** 4429/10 4439/14 4443/12 4443/13 4443/21
**exactly [9]** 4352/1 4371/9 4371/23 4391/16 4402/25 4439/9 4443/23 4443/24 4458/9
**examination [14]** 4316/5 4316/5 4316/6 4316/6 4316/9 4317/10 4331/22 4376/14 4381/17 4385/15 4396/4 4399/2 4453/13 4453/22
**Examinaton [1]** 4316/9
**examining [1]** 4384/13
**example [54]** 4320/3 4320/6 4323/21 4324/25 4336/22 4337/7 4337/8 4355/6 4366/19 4390/9 4390/18 4393/6 4396/13 4402/22 4404/16 4404/22 4405/14 4407/12 4407/25 4409/24 4412/6 4412/9 4414/2 4414/20 4415/12 4416/24 4417/7

4418/16 4423/6 4425/9 4425/14 4426/10 4426/19 4428/3 4430/25 4433/4 4436/14 4437/21 4440/16 4441/25 4445/20 4449/3 4449/8 4452/22 4456/24 4457/4 4457/11 4457/15 4461/6 4461/12 4461/20 4465/6 4466/5 4470/23
**examples [5]** 4375/7 4377/19 4408/19 4424/5 4451/5
**Except [1]** 4394/13
**excerpts [1]** 4382/15
**exchange [1]** 4469/8
**excluding [1]** 4358/18
**exclusionary [1]** 4389/3
**exclusive [13]** 4320/25 4322/21 4323/23 4370/9 4370/15 4372/16 4373/9 4373/12 4378/25 4379/4 4379/5 4379/9 4380/2
**exclusives [1]** 4323/14
**exclusivity [16]** 4320/8 4320/8 4320/23 4322/10 4323/18 4326/24 4327/11 4328/7 4328/8 4355/13 4373/23 4374/3 4374/8 4376/7 4376/8 4377/24
**executive [1]** 4388/7
**exercise [1]** 4377/5
**exercised [1]** 4376/22
**exhaustive [1]** 4411/16
**exhibit [8]** 4316/13 4331/17 4386/9 4386/14 4455/19 4463/2 4473/16 4473/18
**exhibits [2]** 4466/23 4467/4
**existed [5]** 4337/20 4349/3 4350/3 4351/6 4355/3
**existence [1]** 4383/19
**existing [3]** 4324/19 4405/7 4446/25

**expand [1]** 4326/14
**expansive [1]** 4429/18
**expect [6]** 4328/15 4369/20 4393/25 4420/4 4420/14 4442/22
**expecting [1]** 4318/2
**expense [2]** 4365/7 4365/17
**expensive [2]** 4417/1 4424/2
**experience [3]** 4336/20 4419/6 4449/10
**experiment [4]** 4358/12 4379/2 4379/3 4446/11
**experiments [4]** 4405/18 4446/12 4448/7 4448/21
**expert [12]** 4454/7 4454/13 4458/3 4459/2 4469/9 4469/9 4469/12 4469/14 4469/23 4470/1 4470/1 4470/17
**expertise [2]** 4364/6 4418/4
**experts [4]** 4329/24 4413/24 4448/11 4458/7
**explain [10]** 4317/16 4354/16 4416/16 4429/25 4436/6 4439/12 4441/23 4443/15 4447/25 4448/16
**explaining [3]** 4385/2 4403/4 4448/12
**explicit [2]** 4320/8 4325/23
**explodes [1]** 4442/18
**explore [1]** 4437/11
**explosion [1]** 4434/9
**export [10]** 4435/18 4437/6 4437/9 4437/15 4437/17 4437/20 4438/18 4438/20 4438/21 4438/23
**expose [5]** 4425/17 4437/11 4437/12 4449/11 4452/22
**exposed [3]** 4449/8 4452/20 4452/21
**exposing [1]** 4450/25
**expound [1]** 4471/19

## E

**expressed [2]** 4456/15 4458/10
**expressiveness [2]** 4459/12 4459/17
**expressly [4]** 4322/17 4322/19 4370/13 4370/19
**extend [2]** 4321/16 4472/15
**extends [1]** 4321/22
**extension [1]** 4321/2
**extensive [1]** 4411/11
**extensively [1]** 4466/9
**extent [11]** 4320/11 4334/11 4340/12 4341/4 4348/25 4351/3 4376/1 4396/12 4413/16 4426/23 4452/7
**extra [3]** 4320/22 4439/17 4458/4
**extract [1]** 4415/18
**eyeballs [1]** 4339/14

## F

**F.R.D [1]** 4469/7
**Facebook [1]** 4408/8
**facilitate [1]** 4332/13
**fact [20]** 4329/6 4329/20 4330/1 4330/20 4330/25 4340/19 4345/8 4358/13 4367/9 4369/10 4375/17 4379/14 4384/14 4385/18 4390/4 4393/1 4419/8 4425/12 4459/15 4461/5
**facts [1]** 4375/10
**factual [3]** 4324/16 4355/17 4376/14
**factually [1]** 4383/9
**fail [2]** 4358/24 4435/9
**fair [12]** 4332/18 4335/20 4335/25 4336/2 4336/11 4341/7 4343/23 4346/3 4346/9 4364/5 4367/6 4415/5
**fairly [2]** 4406/7 4407/7
**falling [1]** 4432/25
**familiar [7]** 4361/6 4361/16 4362/12

4369/13 4420/24 4426/3 4448/13
**familiarity [1]** 4329/5
**fanout [1]** 4445/24
**far [4]** 4331/7 4331/9 4376/24 4456/24
**faster [1]** 4449/16
**feasible [2]** 4434/16 4434/18
**feature [7]** 4318/4 4378/12 4378/22 4392/19 4411/18 4425/12 4445/22
**features [7]** 4357/24 4390/23 4392/15 4405/16 4425/13 4462/2 4462/3
**feed [1]** 4464/19
**feedback [4]** 4378/18 4388/24 4405/11 4433/8
**feeds [1]** 4445/23
**feel [3]** 4404/18 4407/11 4443/5
**felt [3]** 4338/11 4339/22 4364/20
**Ferrari [2]** 4363/6 4363/7
**few [10]** 4336/17 4347/11 4359/25 4382/22 4385/23 4395/6 4396/16 4405/24 4435/11 4453/18
**fewer [2]** 4427/5 4451/17
**Fifth [1]** 4314/18
**figure [7]** 4403/25 4415/17 4418/1 4423/24 4442/7 4448/17 4450/23
**figured [1]** 4472/5
**file [3]** 4467/5 4472/16 4472/20
**filed [1]** 4472/15
**final [3]** 4401/10 4401/19 4425/22
**finally [4]** 4323/2 4352/16 4398/1 4398/2
**Finally -- you [1]** 4398/1
**financial [3]** 4314/17 4407/13 4419/1
**find [3]** 4335/22 4339/25 4449/4

**finding [6]** 4320/4 4333/15 4389/7 4389/8 4397/11 4414/4
**findings [4]** 4320/24 4376/14 4383/11 4385/6
**finds [1]** 4383/7
**fine [2]** 4470/13 4470/18
**fingers [1]** 4363/3
**fingertips [1]** 4421/12
**finish [2]** 4453/16 4453/19
**fire [2]** 4409/13 4429/14
**Firefox [2]** 4377/15 4391/14
**firing [1]** 4408/8
**firm [1]** 4330/8
**first [40]** 4320/4 4323/16 4323/22 4324/10 4335/11 4335/12 4335/15 4335/17 4335/18 4339/10 4343/10 4343/14 4346/5 4347/16 4348/7 4352/15 4357/10 4382/7 4390/10 4399/22 4406/20 4409/6 4416/25 4421/25 4422/5 4427/23 4429/24 4430/13 4431/5 4433/25 4436/4 4438/7 4440/6 4442/16 4445/10 4446/22 4449/21 4456/7 4468/4 4469/1
**fits [1]** 4321/6
**five [1]** 4434/9
**five cents [1]** 4434/9
**fix [3]** 4435/12 4446/9 4448/15
**fixes [2]** 4448/3 4448/6
**fixes -- most [1]** 4448/3
**flexibility [16]** 4320/22 4323/12 4323/20 4323/21 4371/14 4371/25 4372/10 4374/21 4374/23 4375/3 4375/5 4375/8 4375/18 4375/24

4376/20 4376/21
**Flogs [10]** 4411/16 4411/18 4411/20 4412/8 4412/21 4413/3 4413/11 4465/1 4465/3 4465/7
**Floor [1]** 4314/24
**flow [2]** 4342/19 4412/18
**flowerpots [3]** 4429/10 4429/12 4429/12
**flowers [10]** 4439/15 4439/16 4439/19 4439/21 4440/8 4440/19 4440/20 4441/7 4441/8 4442/2
**flowerss [3]** 4439/17 4440/8 4441/9
**flowing [1]** 4446/2
**fluctuating [1]** 4447/5
**fluctuations [1]** 4441/15
**focus [5]** 4319/5 4320/2 4347/4 4456/6 4463/19
**focused [2]** 4353/20 4360/14
**focusing [3]** 4317/15 4319/11 4406/20
**folks [2]** 4408/4 4420/2
**follow [1]** 4328/19
**follow-up [1]** 4328/19
**following [3]** 4402/8 4409/17 4441/4
**force [1]** 4317/24
**forced [1]** 4443/8
**forcing [1]** 4367/11
**foregoing [1]** 4475/4
**forest [1]** 4432/25
**Forget [1]** 4379/11
**forgive [1]** 4376/12
**form [4]** 4329/19 4369/24 4451/7 4451/10
**formal [2]** 4338/19 4368/21
**format [1]** 4404/23
**formats [2]** 4404/23 4438/5
**formatting [1]** 4402/14
**formidable [1]** 4367/13
**forms [1]** 4391/21

**F**

forth [1] 4469/6
forward [21] 4318/23
 4331/4 4334/16
 4334/18 4334/23
 4336/14 4337/15
 4341/2 4341/13 4342/7
 4351/25 4353/3 4353/5
 4353/7 4353/9 4353/14
 4353/17 4353/20
 4354/8 4354/25 4472/2
forward-looking [3]
 4353/9 4353/20 4354/8
found [21] 4319/7
 4319/9 4319/12 4320/3
 4321/14 4332/9
 4332/12 4348/9
 4351/19 4357/1
 4365/24 4366/12
 4372/15 4380/18
 4383/7 4384/6 4389/3
 4413/9 4417/21
 4417/22 4448/8
fourth [2] 4335/4
 4335/6
fraction [1] 4410/3
Frank [1] 4388/7
fraud [1] 4362/4
free [5] 4360/1 4360/9
 4396/10 4431/8 4432/9
frequency [2] 4433/2
 4435/2
frugal [1] 4417/15
fruits [4] 4340/10
 4340/20 4341/10
 4342/14
frustrated [1] 4457/16
frustration [2] 4456/11
 4456/16
full [5] 4343/13
 4392/14 4399/25
 4403/12 4468/21
full-time [1] 4399/25
function [1] 4403/5
functionality [2]
 4393/8 4393/12
funded [2] 4326/13
 4327/20
funding [1] 4473/8
funds [1] 4419/3
further [8] 4321/23
 4331/10 4369/16
 4385/10 4395/24
 4398/14 4444/12

future [13] 4328/16
 4334/18 4334/21
 4340/16 4348/8
 4353/12 4353/25
 4354/3 4354/22
 4354/24 4389/9
 4394/15 4454/24

**G**

gained [1] 4342/14
gains [3] 4340/25
 4378/4 4378/5
game [1] 4327/11
gaming [4] 4360/15
 4431/6 4449/3 4449/14
gap [1] 4329/8
gather [1] 4317/7
gave [3] 4336/22
 4337/7 4383/10
GenAI [2] 4321/2
 4321/6
general [6] 4349/8
 4365/16 4414/24
 4417/19 4449/14
 4458/23
generally [2] 4414/8
 4460/12
generate [5] 4348/18
 4403/13 4403/24
 4404/23 4404/23
generated [2] 4402/3
 4420/9
generates [1] 4350/2
generation [2]
 4402/14 4404/4
generic [2] 4422/19
 4422/20
genuine [1] 4326/3
geo [1] 4426/6
get [68] 4325/9 4327/1
 4327/2 4327/12
 4327/12 4327/14
 4327/19 4328/1 4328/2
 4328/5 4328/6 4328/6
 4328/11 4331/9 4335/1
 4337/23 4338/1 4338/2
 4338/8 4346/4 4363/7
 4364/4 4364/15
 4365/25 4368/18
 4368/19 4372/5 4372/6
 4372/8 4372/18
 4373/23 4376/11
 4378/19 4378/19
 4381/13 4381/19

4393/7 4400/19 4401/7
4404/2 4404/4 4404/12
4405/11 4409/9
4409/18 4409/22
4410/2 4412/3 4414/15
4418/1 4418/24
4419/13 4420/4
4423/24 4426/19
4426/20 4428/13
4428/13 4430/20
4430/21 4431/9
4432/23 4433/2
4433/18 4451/8
4452/15 4462/17
4470/18
gets [5] 4326/19
 4432/7 4432/8 4443/6
 4451/13
getting [22] 4318/1
 4326/22 4326/24
 4328/8 4335/24
 4350/18 4355/12
 4374/6 4375/1 4377/1
 4381/7 4388/24 4405/9
 4406/13 4407/19
 4415/7 4418/20 4433/7
 4452/16 4464/10
 4470/15 4473/23
gift [2] 4360/23
 4361/11
give [37] 4340/4
 4345/15 4358/9
 4358/10 4370/2
 4370/25 4373/22
 4375/20 4376/25
 4388/12 4400/1 4402/4
 4403/11 4403/22
 4412/3 4415/11
 4415/14 4415/16
 4415/18 4415/21
 4416/6 4416/10
 4419/12 4424/5
 4426/10 4426/11
 4428/22 4430/5
 4430/16 4432/15
 4433/10 4433/13
 4436/12 4436/19
 4442/11 4449/16
 4473/1
given [14] 4318/3
 4322/14 4322/25
 4323/1 4323/19 4336/5
 4336/8 4351/19
 4351/22 4415/15
 4430/25 4434/18

given -- that's [1]
 4318/3
gives [5] 4320/22
 4360/23 4374/8
 4418/14 4430/15
giving [6] 4363/24
 4371/2 4401/8 4414/3
 4415/25 4418/17
glass [1] 4339/15
glove [2] 4363/5
 4363/6
glue [1] 4425/15
Gmail [1] 4438/12
go [63] 4317/9
 4328/24 4328/25
 4331/7 4331/9 4334/19
 4335/17 4336/3
 4338/13 4339/23
 4340/8 4341/25
 4346/19 4350/4
 4350/15 4350/21
 4351/1 4351/1 4352/12
 4358/8 4359/16
 4359/17 4364/11
 4366/8 4369/16
 4383/13 4384/7 4385/3
 4387/22 4390/17
 4391/12 4393/21
 4393/25 4397/4
 4400/15 4401/6 4401/7
 4401/17 4403/24
 4406/15 4406/19
 4413/23 4415/17
 4418/1 4424/23
 4427/21 4429/22
 4433/13 4438/20
 4438/20 4442/7 4443/5
 4445/15 4446/13
 4449/18 4450/6 4452/2
 4453/21 4462/9
 4462/16 4463/17
 4465/11 4469/18
goal [14] 4327/10
 4340/19 4341/6
 4341/11 4347/6
 4347/19 4347/24
 4349/18 4349/24
 4394/9 4394/11
 4403/22 4466/3
 4468/15
goals [2] 4416/3
 4422/12
goes [12] 4349/10
 4350/5 4401/24

**G**

**goes... [9]** 4401/25
4404/20 4405/23
4420/10 4420/10
4429/21 4452/16
4470/7 4470/14
**going [69]** 4318/14
4321/9 4325/3 4326/21
4326/25 4327/7 4327/9
4328/1 4328/2 4328/14
4330/15 4330/18
4333/18 4333/21
4333/23 4334/15
4334/16 4334/17
4334/23 4335/1
4336/13 4336/14
4337/3 4337/5 4337/15
4339/5 4341/2 4341/13
4342/7 4350/9 4350/17
4351/25 4353/3 4353/5
4353/6 4353/13
4353/16 4354/25
4365/12 4365/13
4368/19 4369/16
4369/22 4370/25
4374/7 4378/18
4380/14 4386/23
4387/15 4387/16
4394/22 4399/7 4401/7
4404/17 4408/6
4411/15 4419/24
4421/16 4422/7 4422/8
4422/10 4453/2
4453/21 4455/10
4456/6 4463/18
4470/11 4472/2
4472/19
**GOMarketing [1]**
4457/19
**gone [1]** 4410/4
**good [30]** 4326/23
4327/3 4328/11
4331/24 4331/25
4337/8 4339/13 4341/8
4358/6 4364/20
4367/10 4385/17
4386/18 4394/10
4394/11 4398/15
4398/22 4404/17
4424/2 4426/11
4432/18 4433/5
4435/10 4447/2 4449/4
4449/10 4451/13
4468/11 4468/17

**GOOD-DOJ-33799875**
**[1]** 4386/18
**GOOGLE [190]**
**Google Analytics [1]**
4436/8
**Google's [67]** 4317/18
4318/2 4318/24 4319/1
4319/22 4320/7
4320/15 4320/18
4320/25 4321/11
4321/16 4322/7 4323/5
4323/13 4324/8
4324/11 4325/25
4325/25 4326/6
4329/11 4330/5 4343/1
4343/3 4365/22 4366/4
4366/14 4366/23
4367/4 4367/21 4368/6
4370/9 4374/4 4374/11
4374/15 4374/20
4376/20 4377/1 4377/6
4377/21 4379/19
4379/25 4388/20
4389/3 4393/18
4394/11 4397/16
4411/13 4419/20
4423/2 4425/7 4425/17
4434/20 4438/23
4442/15 4444/10
4450/3 4450/25 4451/4
4452/7 4452/24 4453/5
4459/22 4460/9
4460/12 4460/18
4460/24 4467/11
**got [12]** 4334/22
4335/9 4338/2 4344/11
4363/5 4371/22 4379/4
4381/6 4429/16
4433/12 4434/1
4466/23
**got -- the [1]** 4334/22
**gotten [6]** 4355/15
4374/18 4398/20
4409/21 4434/7 4473/4
**govern [1]** 4411/9
**governing [1]** 4469/16
**government [3]**
4343/3 4344/11
4344/13
**grade [2]** 4417/10
4417/10
**grader [2]** 4416/25
4417/1
**gradually [2]** 4378/14

**granular [6]** 4408/5
4408/13 4418/25
4436/3 4437/10
4437/13
**graphing [1]** 4417/1
**great [7]** 4318/10
4340/1 4362/14
4367/12 4375/19
4396/21 4465/11
**greatly [2]** 4325/18
4453/16
**grew [1]** 4379/10
**ground [4]** 4318/19
4379/11 4379/13
4451/23
**grounds [1]** 4472/8
**group [3]** 4344/17
4344/20 4470/25
**groups [1]** 4454/10
**grow [4]** 4327/21
4378/15 4379/12
4379/12
**growing [1]** 4378/20
**grown [2]** 4378/3
4378/14
**growth [1]** 4365/23
**guess [8]** 4363/4
4367/21 4374/19
4401/14 4420/25
4446/19 4452/11
4462/16
**guesses [1]** 4385/5
**guidance [6]** 4337/23
4350/11 4350/18
4471/24 4472/2 4472/7
**guide [1]** 4318/11
**guided [1]** 4349/18
**guns [1]** 4414/23
**guru [1]** 4364/7
**guy [1]** 4371/1
**guys [8]** 4337/1
4344/18 4355/8 4355/9
4355/12 4372/5 4372/6
4422/2
**guys' [1]** 4372/23

**H**

**had [34]** 4325/12
4328/20 4329/6 4332/3
4334/6 4336/13
4336/22 4336/23
4337/9 4338/16 4339/2
4344/6 4344/14
4345/13 4348/13

**4355/16** 4453/23
4355/8 4360/15
4364/20 4373/21
4376/8 4378/25 4379/9
4383/25 4389/8 4389/9
4389/12 4394/6
4409/21 4419/9
4428/10 4441/25
4470/10
**hadn't [2]** 4353/4
4409/14
**hair [1]** 4370/2
**half [2]** 4345/6
4381/14
**hand [7]** 4386/23
4387/10 4413/20
4464/10 4465/15
4467/4 4467/14
**handed [1]** 4339/5
**handful [2]** 4449/20
4467/4
**handing [1]** 4386/7
**handle [1]** 4342/18
**handled [2]** 4324/6
4341/4
**Hang [1]** 4345/1
**happen [6]** 4340/14
4340/17 4350/6
4368/15 4373/23
4446/1
**happened [9]** 4336/13
4337/9 4357/15 4373/5
4376/3 4377/5 4380/9
4389/12 4401/4
**happening [1]** 4356/9
**happens [2]** 4401/2
4409/18
**happy [2]** 4365/11
4447/17
**harbors [1]** 4384/11
**hard [5]** 4334/12
4336/6 4339/24
4434/17 4459/3
**harder [4]** 4334/13
4442/25 4448/18
4449/17
**harm [5]** 4342/7
4348/8 4348/18
4362/21 4367/5
**harmful [1]** 4330/24
**harms [2]** 4343/4
4413/21
**harvest [2]** 4431/7
4432/8
**has [47]** 4321/4

**has... [46]** 4321/10 4321/25 4324/21 4334/10 4360/1 4360/17 4361/10 4361/16 4363/21 4365/20 4371/18 4371/18 4372/19 4375/22 4378/2 4379/19 4385/4 4386/9 4387/13 4388/14 4389/3 4389/19 4393/3 4394/22 4401/15 4403/9 4403/14 4403/18 4409/2 4410/24 4411/21 4411/25 4412/24 4413/3 4413/23 4424/4 4428/6 4429/2 4429/2 4429/4 4436/23 4449/13 4462/16 4469/5 4471/4 4473/5

**hate [1]** 4432/6

**have [298]**

**have -- even [1]** 4373/20

**haven't [12]** 4321/12 4333/16 4355/5 4357/1 4357/4 4357/4 4376/3 4380/20 4391/16 4395/6 4395/10 4454/22

**having [11]** 4320/5 4324/18 4330/4 4359/1 4364/24 4374/7 4374/25 4397/17 4417/23 4435/1 4458/10

**he [9]** 4345/4 4370/2 4388/17 4397/5 4454/18 4469/19 4469/23 4470/23 4471/17

**he's [7]** 4471/7 4471/7 4471/12 4471/15 4471/18 4471/18 4471/20

**head [5]** 4327/4 4462/23 4463/10 4463/11 4463/13

**healthy [1]** 4319/18

**hear [1]** 4414/6

**heard [13]** 4321/24 4322/5 4327/21 4329/2

4329/23 4361/12 4369/19 4370/5 4370/8 4391/7 4409/2 4459/7 4471/5

**heard -- are [1]** 4327/21

**hearing [2]** 4314/9 4388/7

**hedge [1]** 4419/3

**held [1]** 4400/2

**help [7]** 4350/12 4363/13 4396/24 4405/20 4416/11 4436/8 4446/23

**helper [1]** 4390/22

**helpful [6]** 4469/5 4470/25 4471/6 4471/20 4471/23 4472/7

**helps [3]** 4378/5 4436/22 4449/16

**her [1]** 4473/9

**here [59]** 4318/9 4321/6 4321/21 4328/16 4333/2 4333/12 4341/21 4351/1 4351/14 4352/4 4353/8 4353/17 4354/1 4354/7 4356/16 4359/10 4376/12 4384/8 4387/18 4392/6 4395/20 4395/22 4400/25 4401/22 4402/16 4402/17 4402/21 4403/1 4403/6 4404/3 4404/16 4407/12 4408/19 4428/5 4429/25 4430/1 4430/11 4430/23 4431/21 4434/5 4436/5 4437/9 4437/24 4438/15 4439/4 4441/18 4442/15 4443/20 4444/23 4445/12 4446/5 4446/15 4446/18 4448/4 4449/22 4450/10 4450/12 4452/4 4469/3

**Herman [4]** 4315/7 4475/3 4475/11 4475/11

**hey [3]** 4358/9 4411/22 4415/17

**hiding [1]** 4365/2

**high [9]** 4324/21 4361/16 4396/10 4400/1 4401/8 4403/4 4405/2 4416/17 4425/25

**high-level [2]** 4400/1 4401/8

**high-quality [2]** 4324/21 4396/10

**higher [2]** 4363/14 4441/15

**highlight [1]** 4397/14

**highlighted [4]** 4429/25 4434/12 4438/15 4449/21

**highly [1]** 4430/8

**him [3]** 4345/1 4370/2 4468/4

**hired [1]** 4343/19

**his [6]** 4385/5 4470/6 4470/10 4470/15 4471/7 4471/10

**historical [3]** 4407/15 4407/24 4412/14

**historically [3]** 4403/19 4415/20 4440/3

**history [9]** 4359/23 4362/9 4376/2 4376/4 4407/6 4410/3 4412/17 4412/24 4412/25

**hold [3]** 4328/1 4357/18 4404/7

**hole [1]** 4335/24

**home [2]** 4398/17 4466/19

**hone [1]** 4472/8

**honest [2]** 4421/25 4472/9

**Honor [28]** 4317/4 4331/10 4331/18 4338/24 4381/18 4385/10 4386/5 4386/7 4389/17 4389/19 4395/24 4396/3 4398/22 4409/7 4421/21 4441/5 4453/15 4455/18 4462/14 4466/14 4466/22 4467/21 4468/1 4468/15 4471/24 4472/14 4472/22 4473/19

**Honor's [1]** 4468/4

**HONORABLE [1]**

**hope [3]** 4370/2 4395/15 4468/22

**hoping [1]** 4369/22

**hospital [1]** 4334/20

**hotels [1]** 4438/12

**hour [4]** 4381/14 4435/4 4435/5 4448/17

**hours [4]** 4427/19 4435/11 4468/6 4468/7

**housekeeping [2]** 4466/23 4467/18

**how [71]** 4317/16 4321/5 4326/6 4327/5 4327/24 4328/15 4338/8 4340/25 4341/2 4341/18 4341/18 4353/11 4354/22 4354/24 4360/9 4362/21 4364/4 4364/15 4366/23 4368/19 4370/20 4372/22 4372/24 4375/11 4379/10 4381/15 4385/2 4388/12 4391/23 4391/24 4401/23 4403/18 4404/1 4405/22 4407/18 4410/4 4411/3 4413/17 4414/7 4414/12 4415/8 4415/19 4417/13 4418/1 4418/20 4419/15 4421/19 4423/24 4426/8 4426/10 4431/11 4434/18 4436/22 4437/4 4438/21 4441/23 4445/2 4446/17 4446/20 4446/24 4447/19 4450/17 4450/21 4451/3 4451/7 4451/21 4452/24 4457/4 4459/8 4459/17 4471/25

**however [1]** 4470/3

**hub [3]** 4436/1 4436/10 4437/14

**huh [7]** 4345/18 4357/12 4370/24 4371/5 4377/18 4397/8 4462/4

**human [6]** 4407/11 4461/6 4461/11 4461/16 4461/19

**H**

human... [1] 4461/22
hundred [2] 4352/2
 4416/19
hundred percent [1]
 4352/2
hungry [1] 4427/10
hurdle [1] 4419/13
hypothesis [2] 4378/2
 4451/7
hypothetical [2]
 4407/14 4441/25
hypothetically [1]
 4432/3

**I**

I'd [4] 4338/13 4389/16
 4390/16 4406/16
I'll [6] 4350/23 4358/9
 4360/9 4378/19
 4378/20 4417/25
I'm [81] 4318/10
 4329/23 4342/17
 4342/20 4346/21
 4347/17 4347/18
 4350/8 4351/21
 4352/24 4356/16
 4356/17 4356/23
 4359/2 4361/23 4364/6
 4364/7 4365/8 4365/11
 4367/8 4370/13
 4370/19 4370/25
 4371/6 4373/19
 4373/21 4376/13
 4377/22 4386/9
 4386/13 4386/13
 4386/23 4387/15
 4387/16 4388/10
 4389/11 4391/8
 4395/14 4395/17
 4399/7 4402/18
 4402/25 4409/17
 4411/15 4411/15
 4413/15 4414/19
 4418/23 4420/1
 4420/22 4420/24
 4421/16 4422/7 4422/8
 4426/2 4426/3 4426/17
 4431/14 4433/4 4433/6
 4434/24 4435/6 4441/1
 4441/4 4443/16
 4451/11 4451/12
 4451/20 4453/2 4453/3
 4453/3 4455/5 4455/10

4456/6 4456/9 4460/3
 4461/2 4468/6 4470/24
 4471/14 4472/9
I've [18] 4319/15
 4330/8 4330/9 4338/18
 4338/20 4338/20
 4347/1 4347/11 4353/6
 4356/5 4361/12
 4375/21 4376/2 4380/4
 4419/2 4427/11
 4452/10 4459/7
ID [1] 4412/3
idea [12] 4334/10
 4334/11 4334/19
 4338/7 4340/1 4349/8
 4353/5 4358/6 4367/12
 4372/20 4375/19
 4377/22
ideally [1] 4432/16
identified [6] 4333/24
 4373/13 4383/25
 4402/16 4403/6 4436/5
identifier [2] 4411/25
 4412/9
identifiers [1] 4413/5
identify [3] 4348/2
 4438/1 4444/12
identify -- you [1]
 4348/2
identity [1] 4421/20
ignores [1] 4385/5
III [1] 4399/6
IL [1] 4314/14
illegal [6] 4349/1
 4349/3 4351/3 4351/6
 4351/16 4414/21
illustrates [1] 4360/20
imagine [13] 4412/25
 4420/23 4424/7 4432/4
 4441/6 4442/17 4447/3
 4460/18 4460/24
 4461/3 4461/3 4461/4
 4461/9
impact [5] 4377/23
 4417/15 4448/20
 4452/24 4453/5
impacted [1] 4419/20
impacts [3] 4405/19
 4417/13 4441/24
impeded [1] 4383/3
implemented [1]
 4359/2
implicit [1] 4352/8
implicity [1] 4325/23
implies [1] 4383/2

important [18]
 4319/18 4321/21
 4324/21 4326/20
 4347/13 4347/16
 4352/16 4378/12
 4378/22 4382/8
 4388/19 4389/23
 4390/1 4391/23
 4391/25 4418/19
 4465/7 4470/20
importantly [4]
 4337/21 4350/13
 4418/4 4449/5
impose [1] 4442/15
imposed [1] 4380/21
imposition [2] 4384/3
 4471/3
impression [6]
 4411/20 4411/23
 4431/4 4433/17
 4433/21 4434/6
impression-level [2]
 4433/17 4433/21
impressions [7]
 4426/8 4426/20
 4428/21 4428/21
 4430/17 4431/2 4432/3
improve [6] 4319/13
 4350/9 4360/10
 4405/20 4416/11
 4432/17
improved [1] 4365/20
improving [5] 4405/3
 4405/6 4405/8 4453/3
 4453/3
inadequate [2]
 4444/14 4445/4
incentive [2] 4387/25
 4388/3
incentives [5] 4326/14
 4388/4 4388/20 4389/4
 4394/2
incentivized [2]
 4394/5 4394/17
incidents [1] 4413/8
include [9] 4347/23
 4355/7 4401/21
 4412/14 4434/20
 4435/24 4445/14
 4449/25 4450/3
included [2] 4445/7
 4468/16
includes [1] 4465/5
including [5] 4402/13
 4425/2 4435/21

increase [3] 4335/21
 4381/7 4388/20
increasing [1] 4414/8
incredible [1] 4417/18
incremental [3]
 4414/5 4463/20
 4463/25
incur [1] 4334/24
indeed [1] 4345/24
independent [5]
 4340/13 4363/21
 4393/4 4393/22
 4454/17
indication [2] 4373/22
 4449/10
indirect [1] 4387/5
indirectly [4] 4402/22
 4411/21 4445/21
 4445/23
individual [2] 4430/23
 4431/1
industry [4] 4319/16
 4359/23 4362/9
 4423/23
inefficiency [1]
 4360/20
infer [2] 4417/10
 4418/20
inference [1] 4384/2
infinity [1] 4451/19
influenced [1] 4444/19
influences [1] 4444/17
information [67]
 4388/25 4401/12
 4401/16 4404/2 4404/5
 4404/12 4405/9 4407/4
 4407/14 4407/16
 4407/20 4408/2 4408/8
 4408/10 4408/16
 4409/23 4411/21
 4411/25 4412/4
 4413/11 4413/21
 4418/3 4418/19 4419/1
 4419/23 4419/25
 4420/2 4420/13 4423/2
 4423/13 4423/13
 4423/19 4426/10
 4427/10 4428/21
 4428/22 4428/24
 4430/5 4430/15
 4430/16 4430/21
 4431/8 4432/8 4432/12
 4432/15 4433/23
 4434/10 4434/21

I

**information... [19]** 4435/3 4435/19 4435/25 4436/17 4437/11 4437/12 4438/2 4446/23 4448/10 4448/25 4449/16 4450/12 4450/14 4451/8 4457/20 4457/25 4458/4 4458/11 4459/18

**information -- that's [1]** 4404/2

**informative [1]** 4358/12

**inhibit [1]** 4424/16

**initial [3]** 4380/12 4469/14 4469/24

**initially [1]** 4469/23

**injured [5]** 4349/1 4351/4 4351/16 4351/18 4351/18

**injury [1]** 4351/21

**innocuous [1]** 4407/7

**innovate [1]** 4448/24

**innovation [3]** 4317/18 4363/25 4453/6

**innovative [1]** 4392/7

**input [1]** 4425/15

**inputs [1]** 4425/7

**inquire [1]** 4436/15

**insane [1]** 4419/4

**inside [1]** 4437/16

**insights [2]** 4405/20 4452/16

**install [1]** 4390/9

**installation [1]** 4355/15

**installed [1]** 4366/11

**installing [1]** 4320/5

**instead [4]** 4317/6 4417/23 4433/24 4442/5

**instruction [2]** 4416/1 4442/12

**integrated [1]** 4416/3

**Intel [1]** 4352/19

**Intel-compatible [1]** 4352/19

**intellectual [4]** 4425/18 4450/25 4452/7 4452/10

**intend [2]** 4386/8

**intended [3]** 4377/23 4446/14

**intent [2]** 4429/11 4440/7

**interaction [11]** 4410/15 4459/23 4460/3 4460/4 4460/6 4460/20 4461/1 4461/8 4461/21 4464/22 4465/20

**interactions [2]** 4462/3 4465/6

**interest [2]** 4365/24 4458/10

**interested [1]** 4407/3

**interests [2]** 4365/23 4420/7

**interface [2]** 4435/18 4462/2

**interfere [2]** 4336/16 4342/23

**interim [1]** 4425/7

**intermediary [1]** 4347/13

**intern [1]** 4399/23

**internal [9]** 4411/9 4422/11 4422/12 4430/8 4434/20 4434/25 4438/24 4442/1 4450/3

**internally [1]** 4410/25

**interpreting [1]** 4371/6

**interrogatory [4]** 4424/24 4437/25 4444/23 4445/6

**interrupt [2]** 4381/12 4404/7

**intersect [1]** 4400/22

**intervention [1]** 4325/17

**interventions [1]** 4336/5

**intimate [1]** 4407/3

**introduce [1]** 4367/17

**introduced [2]** 4386/10 4405/15

**introduction [1]** 4473/4

**intuitive [1]** 4408/4

**invalid [1]** 4377/21

**invest [5]** 4388/1 4388/4 4388/21 4389/4 4453/2

**investigate [1]** 4362/6

**investigated [1]** 4361/13

**investing [1]** 4388/25

**investment [2]** 4397/11 4397/18

**investments [2]** 4386/3 4388/3

**involve [1]** 4341/5

**involved [10]** 4338/14 4338/20 4338/20 4344/11 4359/2 4405/22 4454/20 4454/22 4454/25 4458/17

**involved -- I'm [1]** 4359/2

**involved -- I've [1]** 4338/20

**iOS [3]** 4322/13 4391/20 4393/15

**iPhone [3]** 4391/1 4391/3 4391/9

**iPhones [1]** 4323/7

**is [481]**

**is -- well [1]** 4401/11

**ISA [3]** 4366/24 4367/6 4372/16

**isn't [5]** 4387/11 4388/1 4394/17 4405/12 4456/11

**Israel [4]** 4470/10 4471/6 4471/13 4471/21

**Israel's [4]** 4469/19 4470/7 4470/12 4470/22

**issue [6]** 4320/10 4370/18 4372/4 4468/24 4471/17 4472/25

**issued [1]** 4428/11

**issues [1]** 4454/6

**it [304]**

**it -- I [1]** 4352/6

**it -- if [1]** 4433/13

**it -- like [1]** 4454/22

**it -- yes [1]** 4442/16

**it's [131]** 4318/12 4318/22 4321/8 4329/14 4331/2 4333/17 4334/12 4334/13 4334/22 4335/6 4335/7 4336/6 4336/13 4337/19 4337/20 4337/24

4339/10 4339/24 4340/19 4343/13 4347/12 4347/15 4350/10 4352/8 4353/9 4353/11 4353/11 4353/21 4354/8 4355/1 4356/5 4356/22 4358/11 4358/12 4359/22 4359/23 4360/1 4360/8 4360/14 4360/16 4362/15 4368/19 4369/21 4370/3 4373/22 4378/17 4378/17 4378/17 4379/21 4381/12 4382/12 4385/17 4385/17 4388/2 4391/14 4392/1 4393/15 4394/8 4396/25 4397/8 4401/23 4406/6 4407/2 4408/4 4408/5 4408/13 4408/25 4409/16 4409/21 4410/6 4410/14 4410/15 4410/16 4410/18 4410/19 4410/20 4410/23 4411/4 4412/23 4412/24 4413/4 4413/19 4415/8 4415/25 4416/2 4417/7 4418/23 4418/24 4418/25 4419/5 4420/25 4421/24 4422/18 4425/11 4427/10 4428/7 4430/8 4431/11 4431/12 4431/18 4433/5 4433/6 4433/7 4433/14 4434/9 4434/17 4434/23 4435/10 4436/25 4438/17 4440/1 4440/1 4443/2 4443/3 4443/4 4446/5 4450/19 4451/23 4452/14 4452/20 4453/10 4455/5 4456/24 4459/14 4461/15 4463/17 4469/5 4469/7 4470/6 4471/4 4471/14

**items [1]** 4449/20

**its [20]** 4321/8 4321/9 4342/15 4362/18 4363/21 4365/17 4368/20 4393/8

**I**

**its... [12]** 4397/18 4407/22 4408/13 4419/21 4421/2 4434/14 4435/25 4436/23 4444/9 4450/7 4452/25 4459/17
**itself [6]** 4323/17 4336/15 4357/18 4386/2 4388/20 4428/11

**J**

**Java [3]** 4382/9 4383/9 4383/15
**Java's [1]** 4383/3
**Jerath [7]** 4468/3 4468/25 4469/21 4470/12 4471/4 4471/8 4471/11
**Jerath's [1]** 4470/5
**Jerry [1]** 4462/25
**Jesse [1]** 4454/16
**job [3]** 4418/5 4427/18 4432/22
**John [1]** 4315/3
**join [4]** 4408/10 4413/10 4436/10 4436/16
**joined [1]** 4399/24
**jon.sallet [1]** 4314/25
**Jonathan [2]** 4314/20 4385/13
**Juda [1]** 4454/19
**JUDGE [2]** 4314/10 4469/5
**judgment [7]** 4356/15 4366/1 4401/10 4401/19 4414/2 4425/22 4435/14
**judicial [2]** 4314/23 4471/3
**jump [1]** 4352/10
**junior [1]** 4448/6
**just [105]** 4324/8 4324/12 4325/19 4330/1 4333/8 4333/8 4333/11 4333/24 4334/6 4335/1 4337/19 4341/20 4343/18 4344/4 4344/24 4346/4 4347/4 4347/15 4351/18 4352/6 4353/16 4353/21

4354/16 4355/3 4355/7 4355/10 4357/13 4358/21 4359/22 4361/23 4363/3 4363/4 4363/10 4363/23 4364/8 4365/9 4367/24 4369/6 4369/14 4373/4 4373/22 4374/7 4374/15 4375/7 4380/4 4381/13 4385/23 4386/8 4386/10 4386/12 4386/14 4386/24 4389/11 4393/21 4405/7 4406/13 4409/9 4412/12 4414/9 4414/14 4417/8 4417/25 4418/25 4420/2 4420/5 4422/9 4424/4 4427/24 4431/7 4431/8 4431/14 4431/17 4432/8 4432/22 4433/7 4434/9 4435/8 4442/16 4442/25 4443/2 4444/24 4446/5 4446/9 4446/12 4447/5 4448/6 4449/11 4452/20 4454/5 4455/7 4456/6 4456/7 4456/24 4461/15 4461/19 4462/17 4463/9 4463/18 4465/13 4465/19 4467/7 4468/24 4471/13 4472/13 4472/25
**JUSTICE [2]** 4314/16 4454/2
**justified [2]** 4336/10 4444/21
**justify [2]** 4351/15 4377/9

**K**

**Kansas [9]** 4411/17 4412/2 4412/3 4412/7 4412/10 4412/14 4412/18 4412/21 4412/22
**Kasia [5]** 4455/16 4458/13 4462/6 4465/10 4465/17
**keep [5]** 4319/17 4342/16 4378/20 4453/21 4472/9

**keeping [2]** 4321/11 4366/24
**keeps [1]** 4433/4
**KEVIN [5]** 4316/4 4317/10 4331/22 4385/15 4396/4
**key [3]** 4324/18 4337/13 4353/1
**keyword [30]** 4405/15 4426/5 4426/14 4426/17 4426/19 4426/21 4428/14 4428/15 4428/16 4429/2 4429/6 4429/18 4429/20 4430/3 4439/1 4439/4 4439/5 4439/7 4439/9 4439/15 4439/19 4440/17 4441/3 4442/14 4442/21 4443/19 4443/23 4443/24 4461/12 4461/13
**keyword -- like [1]** 4461/12
**keywords [11]** 4403/15 4405/15 4415/11 4439/11 4440/3 4440/3 4440/14 4441/24 4442/18 4444/1 4456/21
**kind [56]** 4318/15 4318/16 4320/2 4320/12 4320/23 4321/16 4325/16 4330/11 4357/8 4358/16 4359/8 4360/20 4361/1 4361/3 4364/19 4365/2 4365/3 4365/19 4368/23 4369/20 4395/17 4403/12 4407/13 4407/18 4411/18 4411/25 4412/4 4413/4 4416/2 4416/4 4417/5 4417/14 4418/25 4420/16 4422/3 4424/4 4424/7 4424/10 4426/7 4428/20 4435/7 4436/11 4437/1 4438/12 4440/23 4442/15 4443/7 4445/24 4450/1 4451/5 4451/12 4451/20 4458/25 4459/5 4471/1 4471/5

**kinds [7]** 4338/18 4342/23 4370/21 4391/18 4416/12 4445/10 4459/4
**knock [2]** 4343/3 4378/10
**knock-on [1]** 4378/10
**knocking [1]** 4343/1
**know [148]** 4317/22 4318/1 4318/9 4318/12 4318/18 4318/18 4318/21 4321/4 4321/5 4321/13 4321/19 4321/21 4321/25 4327/17 4328/13 4328/24 4329/17 4329/24 4330/8 4334/7 4334/12 4338/6 4338/14 4345/3 4347/11 4352/1 4355/3 4355/5 4356/7 4356/13 4356/15 4359/8 4359/9 4360/9 4361/8 4361/10 4362/8 4362/9 4363/4 4363/12 4364/7 4364/18 4364/19 4364/25 4365/9 4367/10 4367/11 4368/18 4369/24 4370/1 4372/4 4372/18 4372/19 4374/24 4374/25 4375/2 4375/4 4375/7 4375/15 4375/19 4375/20 4376/21 4381/2 4386/16 4393/10 4393/24 4401/4 4402/23 4403/10 4405/7 4405/19 4405/20 4405/24 4406/3 4406/11 4407/5 4407/6 4407/10 4407/17 4408/4 4408/11 4409/16 4410/5 4410/16 4411/5 4412/11 4413/8 4415/6 4415/20 4416/24 4417/24 4418/15 4418/22 4418/23 4419/2 4419/2 4419/24 4421/1 4421/8 4421/20 4422/13 4423/12 4424/3 4426/25 4427/10 4427/17 4428/25 4430/18

4499

## K

**know... [40]** 4430/19 4432/24 4432/25 4435/7 4437/9 4438/18 4438/21 4440/2 4442/20 4443/24 4445/11 4445/15 4446/5 4446/9 4446/22 4447/13 4448/3 4449/2 4450/15 4450/19 4450/21 4450/21 4451/2 4451/3 4451/9 4451/21 4451/22 4451/22 4452/9 4452/14 4456/7 4459/2 4459/3 4459/10 4469/11 4470/18 4470/21 4470/24 4471/11 4471/25

**know -- you [1]** 4419/2
**knowing [2]** 4359/4 4470/4
**knowledge [2]** 4361/12 4454/6
**knows [1]** 4365/5

## L

**la [1]** 4320/12
**labeled [1]** 4345/21
**laid [3]** 4346/15 4346/25 4347/2
**landing [2]** 4426/11 4432/20
**landscape [1]** 4351/24
**language [4]** 4395/21 4427/23 4449/21 4459/10
**large [10]** 4359/25 4398/11 4414/24 4427/7 4427/9 4445/25 4458/20 4459/9 4459/10 4459/12
**largely [2]** 4336/5 4469/10
**larger [2]** 4329/8 4422/16
**LaSalle [1]** 4314/14
**last [17]** 4320/17 4321/1 4326/4 4343/15 4345/21 4347/12 4382/4 4385/3 4392/6 4392/18 4434/12 4438/14 4452/3 4456/10 4467/23

**late [1]** 4473/23
**later [3]** 4330/6 4330/25 4381/20
**latter [1]** 4342/25
**Laughter [2]** 4343/16 4396/23
**launch [3]** 4446/13 4446/14 4466/3
**launches [6]** 4445/6 4445/8 4446/17 4446/21 4448/4 4448/21
**launching [1]** 4466/5
**law [2]** 4314/21 4371/11
**laws [1]** 4341/23
**lawyer [5]** 4342/17 4342/20 4351/21 4370/19 4395/16
**lawyers [2]** 4344/18 4395/19
**lawyers -- but [1]** 4344/18
**leading [1]** 4380/19
**leads [1]** 4382/20
**learn [2]** 4433/9 4442/8
**learned [1]** 4347/11
**learning [5]** 4417/20 4423/22 4424/1 4459/15 4464/7
**least [15]** 4321/6 4326/1 4326/2 4334/3 4336/18 4342/13 4356/8 4366/1 4367/13 4377/13 4381/20 4393/15 4434/24 4435/11 4470/6
**led [1]** 4345/5
**left [4]** 4357/6 4386/23 4386/25 4387/10
**left-hand [2]** 4386/23 4387/10
**legal [3]** 4395/20 4414/22 4447/22
**LEM [8]** 4459/8 4459/9 4459/11 4459/25 4460/2 4464/11 4464/11 4464/17
**LEM's [1]** 4463/25
**LEM-type [1]** 4464/17
**LEMs [9]** 4458/19 4458/23 4459/3 4462/11 4463/19

**length [2]** 4376/9 4453/11
**lens [2]** 4330/11 4447/20
**less [10]** 4317/21 4415/25 4420/14 4427/8 4447/11 4447/16 4448/13 4449/13 4451/18 4459/11
**less-sophisticated [1]** 4427/8
**less-technical [1]** 4459/11
**let [11]** 4325/9 4333/18 4344/9 4345/8 4345/15 4357/23 4386/21 4442/3 4456/7 4468/24 4472/25
**let's [49]** 4318/23 4319/22 4321/20 4322/7 4331/4 4332/4 4336/22 4340/8 4348/6 4350/24 4352/10 4352/10 4352/12 4354/9 4355/20 4359/16 4359/19 4362/20 4364/8 4364/11 4366/4 4373/1 4373/4 4377/4 4381/5 4381/15 4381/19 4391/10 4394/2 4400/15 4401/17 4402/5 4406/15 4418/10 4420/12 4424/23 4425/21 4427/21 4429/22 4432/4 4433/25 4434/11 4435/14 4439/1 4444/4 4449/18 4450/9 4452/2 4453/21
**let's -- when [1]** 4359/19
**lets [1]** 4436/10
**letters [1]** 4439/20
**level [26]** 4349/3 4351/5 4352/18 4361/16 4361/25 4400/1 4401/8 4403/4 4405/2 4410/6 4412/2 4416/17 4425/25 4426/15 4426/17 4426/19 4426/21

**4430/24 4431/4** 4433/14 4433/17 4433/21 4436/3 4437/10 4437/13 4451/6
**Levinson [1]** 4455/21
**liability [8]** 4320/11 4350/12 4368/8 4369/4 4383/11 4384/3 4384/24 4389/2
**license [1]** 4338/17
**licensing [2]** 4338/14 4338/16
**licensing-type [1]** 4338/14
**lies [1]** 4369/6
**life [4]** 4374/25 4400/19 4403/8 4415/6
**lift [1]** 4376/7
**like [172]**
**likely [9]** 4318/2 4324/11 4327/6 4327/19 4327/21 4342/19 4368/15 4369/14 4369/17
**limit [3]** 4367/9 4435/17 4438/18
**limited [3]** 4342/9 4375/17 4396/12
**limiting [1]** 4341/20
**line [7]** 4357/1 4372/3 4372/5 4372/5 4459/3 4470/18 4470/20
**Lines [1]** 4339/6
**link [1]** 4320/5
**linked [1]** 4354/3
**list [9]** 4402/17 4402/21 4403/3 4405/15 4416/10 4430/7 4434/24 4467/7 4472/23
**listed [7]** 4390/18 4390/22 4390/25 4391/14 4392/7 4403/1 4430/1
**listen [1]** 4388/22
**listening [1]** 4456/11
**listing [2]** 4373/4 4429/20
**lists [1]** 4390/17
**little [31]** 4328/4 4328/5 4343/6 4344/3 4347/4 4352/11 4354/6 4362/14 4374/8 4384/19 4386/22

4500

## L

**little... [20]** 4404/8 4414/1 4414/8 4427/16 4437/3 4440/16 4441/11 4441/14 4442/4 4447/10 4447/10 4447/16 4447/16 4451/2 4454/5 4455/8 4459/16 4462/11 4466/22 4470/7

**Live [1]** 4455/25

**LLC [1]** 4314/6

**LLM [5]** 4459/8 4459/10 4459/16 4459/22 4459/25

**LLMs [12]** 4458/19 4458/23 4459/3 4460/1 4460/3 4460/9 4460/11 4460/17 4460/23 4461/17 4461/17 4461/19

**LLP [1]** 4315/4

**loan [1]** 4407/12

**location [6]** 4403/16 4410/3 4417/13 4426/6 4437/4 4437/5

**locations [1]** 4415/12

**locker [1]** 4392/19

**logic [1]** 4446/6

**logical [1]** 4355/1

**logically [1]** 4384/16

**logs [1]** 4411/18

**long [16]** 4325/3 4326/2 4326/2 4336/24 4337/4 4379/14 4379/19 4396/25 4397/8 4411/11 4412/23 4430/8 4430/9 4430/13 4464/1 4465/22

**long-term [7]** 4336/24 4337/4 4430/8 4430/9 4430/13 4464/1 4465/22

**longer [3]** 4324/12 4327/7 4442/11

**look [43]** 4333/18 4337/14 4342/17 4343/3 4345/1 4348/6 4350/24 4352/10 4354/5 4354/10 4357/7 4357/11 4357/13 4357/14 4357/14

4357/16 4357/23 4358/11 4358/15 4358/20 4358/21 4359/22 4362/8 4378/22 4379/10 4380/7 4401/17 4407/9 4407/14 4422/18 4429/7 4441/7 4443/8 4447/16 4455/15 4456/5 4461/20 4463/8 4464/3 4466/2 4469/2 4469/19 4470/24

**look -- let's [1]** 4352/10

**looked [8]** 4330/10 4344/24 4347/1 4361/15 4391/17 4407/5 4465/14 4469/21

**looked -- yes [1]** 4347/1

**looking [21]** 4319/12 4327/5 4330/23 4353/9 4353/20 4354/8 4357/17 4372/10 4378/4 4414/13 4417/11 4419/5 4423/8 4425/6 4425/10 4427/16 4441/16 4447/9 4465/13 4465/14 4465/21

**looks [7]** 4320/19 4320/19 4346/1 4346/2 4356/9 4356/17 4427/24

**loop [3]** 4378/19 4401/3 4416/5

**Lorraine [4]** 4315/7 4475/3 4475/11 4475/11

**lose [1]** 4449/7

**loss [1]** 4362/3

**lost [2]** 4379/11 4379/13

**lot [44]** 4321/4 4321/7 4321/9 4321/12 4321/17 4327/17 4328/5 4328/6 4355/9 4356/17 4356/22 4356/24 4364/20 4368/16 4368/23 4407/9 4412/5 4413/3 4413/9 4413/24 4414/3 4414/6 4415/15 4426/2 4426/3 4427/15

4430/29 4431/7 4432/18 4435/7 4435/13 4441/19 4443/4 4447/18 4448/7 4449/3 4450/23 4452/9 4452/13 4457/11 4457/17 4459/14 4459/15 4459/18

**lots [5]** 4326/13 4357/16 4374/25 4419/4 4440/17

**low [3]** 4360/17 4361/25 4374/4

**loyalty [2]** 4416/9 4436/15

**LTRPM [2]** 4463/20 4466/2

**LTV [2]** 4434/5 4434/22

**lunch [1]** 4317/12

## M

**Mac [2]** 4322/12 4391/1

**machine [4]** 4417/19 4423/22 4424/1 4464/7

**machine-learning [1]** 4424/1

**machinery [1]** 4401/25

**made [14]** 4337/19 4376/15 4377/1 4398/8 4402/9 4435/24 4439/11 4444/9 4444/25 4445/3 4447/3 4447/14 4454/23 4472/6

**Magazine [1]** 4390/12

**magic [1]** 4363/5

**magnifying [1]** 4339/15

**main [6]** 4319/4 4319/9 4327/1 4336/3 4411/16 4427/18

**maintain [1]** 4394/5

**major [3]** 4380/13 4446/6 4454/23

**majority [2]** 4403/20 4418/9

**make [45]** 4317/21 4318/20 4320/12 4323/11 4334/18 4338/9 4339/13 4339/25 4340/13 4340/17 4340/23 4344/4 4368/11

4368/25 4369/11 4369/22 4370/6 4389/11 4390/2 4394/7 4394/7 4394/10 4394/10 4394/11 4394/11 4394/23 4407/19 4409/20 4411/7 4413/6 4414/13 4417/25 4421/5 4424/3 4439/5 4440/12 4446/17 4447/2 4447/12 4451/16 4451/22 4452/13 4454/24 4471/22 4472/8

**makes [8]** 4356/25 4360/24 4362/17 4363/23 4365/10 4421/2 4427/15 4442/25

**making [8]** 4330/14 4350/6 4363/23 4389/25 4447/10 4449/12 4451/11 4451/12

**man [1]** 4396/24

**manage [2]** 4405/16 4454/12

**management [2]** 4399/19 4400/8

**manager [2]** 4436/1 4436/21

**managers [1]** 4406/25

**manner [1]** 4395/1

**manual [1]** 4415/20

**manually [2]** 4415/15 4418/6

**many [30]** 4321/25 4322/5 4326/20 4338/19 4342/6 4356/20 4358/7 4359/9 4376/6 4384/14 4391/24 4392/15 4405/22 4408/7 4410/4 4411/14 4413/19 4416/23 4426/8 4427/12 4437/4 4442/9 4445/8 4445/8 4445/19 4446/12 4446/12 4446/14 4446/17 4451/21

**maps [1]** 4438/11

**margin [1]** 4361/20

**marginal [1]** 4402/8

**margins [2]** 4360/21

4501

**M**

margins... [1] 4417/4
marked [2] 4389/19
 4400/14
market [48] 4318/3
 4318/17 4325/8
 4326/18 4341/13
 4352/18 4355/3
 4355/23 4355/25
 4355/25 4356/2 4356/4
 4356/9 4356/10
 4356/16 4356/17
 4356/18 4356/19
 4356/19 4356/22
 4356/23 4357/2 4357/3
 4357/8 4357/18 4358/3
 4358/5 4358/20
 4358/24 4359/3
 4359/19 4361/17
 4361/20 4361/23
 4362/1 4374/4 4374/8
 4374/11 4377/9
 4378/12 4388/19
 4388/24 4390/7
 4391/22 4392/3 4393/1
 4395/3 4396/7
marketers [1] 4458/3
Marketing [1] 4455/25
marketplace [8]
 4318/12 4324/22
 4325/10 4325/20
 4326/18 4341/2 4393/5
 4393/14
markets [9] 4356/10
 4356/20 4356/24
 4357/7 4357/21
 4357/21 4357/22
 4358/2 4395/12
markets -- the [1]
 4357/21
married [1] 4407/19
Massachusetts [2]
 4345/5 4345/5
master's [1] 4399/14
match [18] 4320/18
 4320/20 4420/9
 4428/19 4429/12
 4429/18 4430/4
 4436/13 4439/14
 4439/16 4439/16
 4439/19 4439/20
 4439/20 4439/23
 4443/12 4443/22
 4443/24

matched [3] 4428/18
 4429/10 4441/4
matches [3] 4420/8
 4436/19 4439/9
matching [9] 4416/11
 4429/19 4439/2 4439/4
 4439/6 4439/7 4439/10
 4442/14 4443/19
material [1] 4444/13
math [1] 4399/14
matter [3] 4471/1
 4472/14 4475/5
matters [1] 4467/18
may [32] 4314/5
 4331/7 4331/9 4331/20
 4331/21 4338/3
 4338/24 4345/17
 4394/14 4400/12
 4400/13 4407/8
 4407/10 4407/20
 4408/25 4409/12
 4409/13 4409/23
 4422/5 4422/6 4437/12
 4440/17 4441/15
 4455/12 4455/22
 4462/2 4463/2 4467/15
 4469/14 4469/15
 4470/19 4475/11
maybe [17] 4336/1
 4336/17 4342/2 4346/4
 4350/16 4371/23
 4388/23 4394/20
 4408/4 4409/17
 4415/23 4432/18
 4434/7 4441/7 4441/17
 4462/17 4470/9
me [42] 4323/18
 4327/2 4333/19 4334/8
 4336/21 4336/22
 4342/22 4344/9 4345/8
 4345/15 4350/21
 4357/23 4365/13
 4365/13 4371/13
 4373/22 4374/20
 4376/12 4382/20
 4386/21 4398/3 4403/8
 4407/1 4407/5 4410/17
 4411/15 4431/11
 4432/6 4432/15
 4438/17 4442/3
 4442/13 4448/8
 4448/16 4450/19
 4456/7 4468/24 4470/5
 4470/7 4471/4 4472/25
 4473/25

mean [99] 4317/21
 4323/22 4326/3 4338/2
 4344/5 4356/12
 4356/20 4356/21
 4359/22 4368/3 4368/5
 4369/5 4370/14
 4371/10 4373/19
 4374/15 4374/22
 4375/7 4375/10 4376/3
 4380/24 4381/9
 4389/25 4391/5
 4406/25 4412/22
 4424/13 4429/20
 4432/13 4432/13
 4432/15 4433/22
 4434/17 4434/22
 4441/1 4443/3 4448/23
 4452/10 4466/2
mean -- but [1]
 4356/12
meaning [1] 4431/2
meaningful [1]
 4431/13
means [6] 4330/21
 4365/12 4370/10
 4370/16 4371/23
 4429/10
meant [1] 4369/16
measure [1] 4391/23
measurement [2]
 4436/2 4437/2
mechanical [1]
 4315/13
mechanism [2]
 4378/18 4433/8
medium [1] 4327/7
meet [1] 4362/1
meets [1] 4361/20
MEHTA [1] 4314/10
member [1] 4454/9
memories [1] 4398/3
memory [3] 4344/3
 4345/2 4459/13
mention [2] 4330/25
 4430/24
mentioned [9] 4343/7
 4354/9 4377/13 4382/8
 4397/11 4398/7
 4402/23 4430/13
 4464/25
mentions [1] 4435/1
merchant [1] 4410/20
mere [1] 4431/17
merger [7] 4337/9
 4337/10 4337/11

 4337/16 4337/16
 4337/17 4338/12
merger -- the [1]
 4337/16
merits [1] 4328/1
message [1] 4348/15
met [2] 4334/4 4353/7
metadata [2] 4408/1
 4413/1
method [1] 4332/11
methods [1] 4342/23
metric [2] 4434/13
 4434/19
metrics [9] 4426/8
 4426/19 4426/24
 4430/1 4431/17
 4431/20 4447/4
 4457/21 4458/1
Michael [1] 4455/21
Michelle [4] 4317/9
 4397/7 4397/15 4398/1
Microsoft [34] 4326/4
 4327/10 4338/21
 4343/8 4343/19
 4343/24 4344/7
 4344/13 4345/25
 4346/14 4350/25
 4352/2 4352/6 4353/12
 4353/19 4354/2
 4354/23 4354/25
 4360/12 4360/22
 4361/13 4361/14
 4362/8 4382/5 4382/7
 4382/20 4383/1
 4384/23 4390/22
 4396/19 4397/18
 4398/2 4398/6 4406/9
Microsoft's [5] 4383/4
 4383/8 4383/14
 4383/20 4384/1
middle [1] 4451/23
might [46] 4325/14
 4333/23 4335/17
 4337/11 4342/7
 4348/15 4355/2 4356/5
 4358/4 4361/20 4362/2
 4364/4 4368/17 4371/9
 4377/4 4386/5 4389/10
 4389/16 4393/7
 4405/13 4406/8
 4407/19 4409/16
 4415/21 4416/9
 4416/12 4416/25
 4417/1 4417/4 4417/7
 4417/16 4418/17

**M**

might... [14] 4418/19 4422/8 4427/18 4440/20 4440/21 4441/5 4443/5 4448/16 4448/18 4449/12 4451/9 4451/9 4457/16 4466/1

mil [1] 4464/1

millions [2] 4366/9 4366/10

mimic [5] 4423/19 4424/8 4424/11 4451/4 4451/10

mimicked [1] 4423/25

mimics [1] 4424/3

mind [5] 4333/13 4341/3 4382/7 4382/11 4411/15

mind -- well [1] 4382/7

mini [1] 4339/13

minor [1] 4446/8

minute [1] 4366/4

minutes [5] 4340/9 4343/7 4396/16 4453/12 4453/18

misheard [1] 4460/2

misremembered [1] 4364/23

misspelled [1] 4442/2

misspelling [5] 4439/17 4440/8 4440/13 4440/20 4441/12

misspoke [1] 4391/8

mistake [1] 4391/10

mistakes [3] 4451/11 4451/12 4451/13

mitigated [3] 4451/14 4451/15 4451/19

mix [2] 4320/18 4320/20

ML [1] 4464/7

mobile [1] 4359/5

mode [4] 4322/15 4322/16 4323/7 4323/11

mode/default [1] 4323/7

model [22] 4360/8 4393/5 4410/4 4423/24 4423/25 4424/2 4424/3 4424/4 4424/4 4424/5 4424/9 4425/9 4425/11

4425/20 4437/4 4441/20 4447/15 4459/10 4459/10 4459/11 4459/12 4464/24

modeled [1] 4410/6

modeling [4] 4368/16 4368/22 4368/25 4466/5

models [58] 4400/21 4401/25 4402/11 4402/11 4402/15 4402/16 4402/20 4402/23 4403/5 4403/13 4403/13 4403/17 4403/24 4403/25 4404/14 4404/17 4404/21 4405/4 4405/7 4405/17 4405/23 4405/25 4407/22 4411/13 4417/20 4417/22 4423/17 4424/10 4425/2 4425/4 4425/7 4425/8 4425/12 4425/13 4425/14 4445/14 4445/19 4445/21 4445/22 4458/17 4458/20 4458/20 4458/24 4459/5 4459/23 4460/13 4461/8 4461/11 4461/15 4461/16 4461/23 4461/25 4464/12 4464/17 4464/18 4464/19 4464/21 4464/24

modest [1] 4360/16

modifiers [2] 4417/24 4440/18

modify [1] 4440/15

mole [1] 4451/13

moment [1] 4364/9

monetary [1] 4325/25

moneti [1] 4329/3

monetization [9] 4326/11 4326/16 4327/8 4328/21 4329/1 4329/4 4329/12 4329/24 4356/23

monetize [1] 4329/20

monetizing [1] 4363/14

money [8] 4407/18

4427/15 4430/20 4432/2 4432/10 4441/18 4441/19 4443/5

monopolist [4] 4341/22 4342/3 4342/14 4358/8

Monopolists [1] 4358/9

monopolized [2] 4357/21 4358/3

monopoly [3] 4377/21 4380/1 4384/1

month [1] 4444/10

monthly [1] 4444/7

more [75] 4326/4 4326/17 4327/16 4327/17 4327/19 4327/21 4327/22 4327/22 4328/2 4328/2 4328/4 4328/5 4328/6 4328/6 4328/24 4331/1 4335/22 4337/3 4347/1 4349/11 4350/2 4350/2 4350/13 4354/2 4354/3 4355/14 4362/10 4362/24 4366/2 4370/3 4372/11 4374/21 4374/23 4375/3 4375/8 4378/19 4382/22 4401/7 4404/17 4405/8 4405/10 4406/16 4407/15 4410/6 4412/2 4414/2 4416/1 4416/2 4417/14 4417/21 4417/22 4418/3 4419/23 4420/13 4422/4 4427/13 4428/7 4435/13 4439/21 4441/12 4442/3 4442/4 4442/23 4447/10 4447/16 4448/6 4449/5 4451/8 4454/5 4455/8 4457/20 4457/24 4458/10 4461/19 4466/25

morning [5] 4343/14 4386/1 4394/25 4468/5 4473/25

most [25] 4321/7 4322/2 4326/20 4340/2 4341/18 4360/17 4367/13 4384/13 4388/10 4390/1 4393/3 4426/25 4427/3

4425/18 4430/2 4436/2 4437/13 4441/16 4446/13 4448/3 4448/3 4452/16 4456/19 4459/11 4459/17

mostly [5] 4329/4 4342/4 4343/25 4401/12 4462/2

motion [1] 4472/15

motivate [1] 4390/8

motivation [1] 4358/14

move [12] 4318/23 4322/7 4331/4 4331/11 4350/23 4415/1 4425/21 4439/1 4444/4 4466/15 4467/8 4473/10

moving [1] 4377/23

Mozilla [7] 4379/4 4379/6 4379/11 4379/13 4379/13 4379/17 4391/14

Mozilla's [1] 4378/7

Mr [7] 4316/5 4316/5 4316/6 4316/6 4331/13 4331/15 4397/3

Mr. [26] 4317/2 4331/11 4367/11 4367/13 4376/12 4381/24 4385/12 4386/13 4388/13 4395/25 4396/1 4396/7 4396/16 4397/11 4398/2 4398/3 4398/4 4453/13 4453/24 4466/11 4466/18 4466/21 4467/20 4467/25 4473/1 4473/20

Mr. Boulben [1] 4388/13

Mr. Cue [2] 4367/11 4367/13

Mr. Dahlquist [1] 4467/25

Mr. Muralidharan [2] 4453/24 4466/18

Mr. Murphy [1] 4331/11

Mr. Popofsky [2] 4317/2 4396/1

Mr. Sallet [8] 4385/12 4386/13 4395/25 4396/16 4397/11

**M**

**Mr. Sallet... [3]** 4453/13 4466/11 4473/20
**Mr. Schmidtlein [4]** 4398/4 4466/21 4467/20 4473/1
**Mr. Severt [5]** 4376/12 4381/24 4396/7 4398/2 4398/3
**Ms [3]** 4316/9 4316/9 4466/24
**Ms. [9]** 4332/23 4398/18 4453/11 4455/16 4458/13 4462/6 4465/10 4465/17 4473/7
**Ms. Connor [1]** 4398/18
**Ms. Debrez's [1]** 4473/7
**Ms. Kasia [5]** 4455/16 4458/13 4462/6 4465/10 4465/17
**Ms. Oh [1]** 4332/23
**Ms. Trent [1]** 4453/11
**much [28]** 4322/2 4324/12 4329/3 4329/3 4329/20 4348/13 4360/7 4360/13 4361/8 4364/4 4381/15 4398/16 4398/20 4403/18 4404/1 4407/18 4415/8 4415/19 4417/13 4418/1 4418/20 4419/23 4420/2 4420/5 4420/14 4457/4 4473/22 4473/24
**multiple [3]** 4323/18 4380/14 4443/25
**multiplying [1]** 4445/16
**MURALIDHARAN [9]** 4316/8 4398/23 4399/2 4399/4 4399/6 4399/10 4453/22 4453/24 4466/18
**MURPHY [29]** 4316/4 4317/10 4317/12 4318/25 4322/9 4324/15 4325/21 4328/19 4331/4 4331/11 4331/22

4345/20 4382/12 4384/15 4385/4 4385/15 4385/17 4386/12 4386/21 4387/2 4387/24 4389/22 4394/25 4395/14 4396/4 4396/6 4397/3 4397/20 4398/15
**Murphy's [7]** 4359/17 4383/8 4383/24 4384/12 4384/14 4384/18 4384/19
**must [8]** 4322/18 4358/17 4402/7 4435/17 4435/24 4439/5 4439/10 4444/7
**my [82]** 4318/8 4319/21 4320/11 4320/11 4331/8 4332/1 4334/2 4337/1 4338/9 4339/13 4339/14 4341/1 4343/10 4343/14 4344/3 4344/19 4347/12 4348/14 4348/21 4349/7 4352/16 4353/11 4354/14 4355/16 4356/17 4363/7 4364/6 4367/2 4370/2 4370/19 4372/8 4372/8 4372/9 4372/24 4373/15 4373/20 4374/25 4381/9 4388/13 4391/10 4395/13 4397/1 4400/5 4401/11 4406/6 4406/25 4407/5 4410/18 4415/17 4417/25 4421/12 4422/7 4422/9 4423/11 4425/6 4432/5 4432/21 4433/4 4433/22 4436/4 4439/15 4439/18 4439/19 4442/1 4442/25 4444/16 4445/8 4446/19 4448/5 4450/14 4451/13 4454/1 4454/18 4455/1 4455/6 4459/10 4466/3 4468/6 4468/21 4469/4 4472/1 4472/21
**myself [2]** 4338/1 4468/16

**N**

**name [8]** 4327/10 4328/25 4332/1 4355/8 4388/9 4399/4 4399/8 4454/1
**named [2]** 4388/7 4434/23
**names [1]** 4355/4
**nascent [4]** 4353/22 4354/25 4355/2 4355/18
**Natalie [1]** 4467/1
**naturally [2]** 4419/11 4419/22
**nature [6]** 4318/18 4356/4 4359/14 4465/4 4470/22 4473/8
**navigated [1]** 4409/23
**navigating [1]** 4393/7
**Navigator [4]** 4382/9 4382/19 4382/21 4383/9
**Nearly [1]** 4447/12
**necessarily [6]** 4338/2 4379/21 4409/15 4428/9 4459/1 4461/21
**necessarily -- not [1]** 4459/1
**necessary [6]** 4384/3 4409/21 4434/13 4434/19 4444/12 4445/2
**need [15]** 4333/13 4333/21 4335/14 4339/15 4345/1 4359/8 4368/22 4379/12 4400/23 4416/21 4417/19 4420/16 4421/10 4444/19 4447/1
**needed [1]** 4351/15
**needs [1]** 4420/21
**negative [1]** 4439/11
**negatively [1]** 4334/15
**neglected [1]** 4317/14
**negotiated [1]** 4374/25
**negotiating [1]** 4375/22
**negotiation [2]** 4376/2 4376/4
**negotiations [1]** 4375/13
**neighborhood [1]**

**Neither [2]** 4378/9 4378/11
**Netscape [2]** 4382/9 4383/15
**network [1]** 4392/11
**never [16]** 4333/7 4334/7 4334/8 4352/6 4352/6 4352/7 4356/5 4360/7 4375/22 4376/22 4376/23 4430/20 4430/20 4431/9 4432/7 4432/9
**new [20]** 4324/20 4326/23 4337/2 4364/8 4366/18 4381/11 4394/6 4394/15 4394/16 4394/19 4398/6 4405/16 4405/17 4407/7 4422/19 4422/19 4439/20 4446/24 4452/15 4470/1
**New York [1]** 4398/6
**news [1]** 4419/2
**next [37]** 4324/7 4348/2 4349/9 4352/24 4354/9 4354/10 4378/2 4379/8 4383/13 4384/7 4386/22 4390/21 4391/14 4392/13 4400/15 4401/6 4401/17 4402/5 4406/15 4406/19 4415/1 4415/2 4416/14 4418/10 4424/23 4425/23 4427/21 4428/22 4433/13 4435/1 4437/23 4439/3 4444/22 4449/18 4450/9 4451/6 4452/2
**nice [1]** 4346/19
**nicer [1]** 4385/18
**night [2]** 4469/2 4472/15
**no [60]** 4314/3 4336/12 4340/13 4340/16 4341/12 4341/24 4342/17 4351/18 4356/21 4361/22 4361/23 4365/19 4366/21 4368/10 4369/2 4370/13 4374/1 4374/2 4374/3 4376/8 4376/23

# N

**no... [39]** 4377/22 4378/17 4380/4 4381/5 4381/20 4382/22 4383/2 4384/1 4385/10 4389/20 4392/18 4392/19 4392/19 4392/19 4395/22 4395/24 4396/20 4397/25 4398/14 4413/15 4422/19 4437/17 4439/9 4439/21 4439/24 4442/11 4444/11 4446/9 4447/3 4448/15 4450/19 4454/8 4455/5 4455/13 4461/5 4466/12 4466/14 4468/17 4473/15
**no -- they're [1]** 4340/16
**no-op [2]** 4446/9 4448/15
**nobody [1]** 4413/6
**Nodded [1]** 4338/25
**noise [1]** 4414/15
**non [4]** 4322/15 4346/9 4358/8 4444/21
**non-disclosure [1]** 4444/21
**non-monopolist [1]** 4358/8
**non-privacy [1]** 4322/15
**non-settling [1]** 4346/9
**none [1]** 4333/12
**normal [2]** 4331/2 4375/13
**not [198]**
**not -- I'm [1]** 4411/15
**note [3]** 4352/16 4455/18 4457/17
**noted [1]** 4394/14
**notes [1]** 4392/19
**noteworthy [1]** 4448/9
**nothing [2]** 4331/10 4443/22
**notice [2]** 4393/7 4428/16
**notion [1]** 4351/21
**notwithstanding [1]** 4372/14
**novel [1]** 4363/25

**November [1]** 4390/12
**now [41]** 4319/22 4323/13 4324/7 4325/3 4326/15 4327/1 4330/3 4330/18 4337/2 4340/9 4347/15 4347/20 4357/15 4360/13 4362/11 4363/20 4371/9 4371/11 4372/3 4373/1 4389/10 4389/22 4400/7 4403/20 4404/2 4404/4 4415/21 4415/23 4416/23 4430/14 4432/7 4439/14 4440/24 4441/20 4442/5 4449/13 4455/7 4455/11 4462/11 4465/13 4467/14
**nuanced [1]** 4418/25
**number [18]** 4334/9 4334/24 4386/14 4386/18 4387/4 4387/11 4389/18 4393/14 4418/7 4418/24 4428/8 4428/10 4428/11 4436/13 4436/19 4442/18 4451/15 4463/18
**number 1 [1]** 4334/9
**numbers [1]** 4445/16
**numerical [2]** 4445/12 4465/25
**numerous [2]** 4322/5 4461/11
**nut [1]** 4328/10
**NW [3]** 4314/18 4315/4 4315/9

# O

**oath [1]** 4398/24
**objecting [1]** 4344/13
**objection [2]** 4473/14 4473/15
**obligation [2]** 4375/17 4443/5
**observation [2]** 4365/15 4472/6
**observe [1]** 4359/20
**observed [1]** 4356/2
**obtaining [1]** 4340/10
**obvious [4]** 4415/23 4417/5 4426/7 4443/3
**obviously [4]** 4412/23

4445/12 4468/3 4470/18
**occurred [3]** 4334/15 4350/19 4380/22
**OEM [2]** 4319/22 4327/3
**off [6]** 4323/16 4363/1 4363/6 4363/8 4373/14 4385/22
**offer [10]** 4353/18 4393/19 4395/22 4396/9 4426/1 4426/2 4436/8 4439/22 4443/11 4443/19
**offered [5]** 4324/8 4324/10 4330/3 4352/3 4397/22
**offering [3]** 4375/9 4395/20 4396/10
**offers [4]** 4390/12 4392/3 4426/24 4429/19
**Official [2]** 4315/8 4475/3
**offset [2]** 4326/8 4362/3
**often [4]** 4358/13 4358/15 4358/20 4449/7
**oh [8]** 4325/12 4326/25 4328/23 4332/23 4346/10 4391/9 4396/21 4464/13
**okay [83]** 4323/24 4332/8 4332/17 4332/22 4333/20 4338/23 4339/5 4339/11 4339/14 4340/7 4343/6 4344/16 4345/15 4345/16 4345/20 4346/8 4346/13 4347/3 4348/25 4349/24 4351/10 4351/13 4354/11 4359/16 4362/12 4363/11 4364/10 4367/19 4369/3 4369/8 4369/18 4369/23 4370/7 4373/1 4373/3 4373/6 4373/7 4373/16 4374/2 4375/21 4377/3 4377/13 4378/1 4380/6 4381/5 4381/15

4382/19 4383/1 4383/13 4384/7 4385/11 4385/25 4386/19 4396/21 4398/15 4404/11 4420/25 4424/21 4429/16 4453/17 4454/3 4454/4 4455/2 4455/7 4455/9 4458/6 4460/6 4461/22 4462/6 4463/12 4464/6 4467/2 4467/5 4467/9 4467/13 4467/16 4467/19 4467/24 4468/23 4468/24 4472/10 4472/20 4472/24
**OKR [1]** 4466/3
**old [2]** 4398/3 4406/25
**OMKAR [6]** 4316/8 4398/23 4399/2 4399/6 4399/10 4453/22
**OMKAR MURALIDHARAN [5]** 4316/8 4398/23 4399/2 4399/6 4399/10
**once [10]** 4338/15 4350/15 4400/25 4404/2 4404/4 4404/12 4409/18 4424/19 4449/11 4452/15
**one [97]** 4319/5 4320/13 4320/14 4320/19 4320/19 4320/21 4320/21 4320/21 4321/25 4322/5 4322/5 4322/12 4322/13 4322/15 4322/15 4323/22 4323/22 4324/9 4326/16 4332/5 4334/6 4335/24 4336/17 4338/21 4340/1 4346/14 4347/18 4348/7 4348/13 4348/21 4349/11 4356/25 4357/5 4358/13 4359/10 4359/23 4360/7 4360/11 4361/4 4361/5 4362/1 4362/25 4369/1 4375/2 4375/11 4377/6 4378/2 4378/11 4386/23 4390/1 4392/6 4393/24 4394/22 4395/9 4396/12

**one... [42]** 4397/10 4404/16 4406/10 4406/10 4406/25 4413/20 4414/6 4415/23 4417/5 4418/24 4419/8 4420/6 4422/21 4427/18 4427/25 4429/22 4430/7 4430/21 4434/8 4434/22 4436/18 4440/4 4440/4 4445/16 4447/20 4449/2 4451/9 4454/25 4456/19 4457/15 4460/15 4461/15 4461/19 4462/5 4463/9 4466/25 4469/4 4470/2 4471/14 4471/15 4472/13 4472/25

**ones [7]** 4336/3 4347/2 4348/21 4360/6 4391/24 4411/16 4422/17

**ongoing [1]** 4389/9

**only [17]** 4325/16 4327/14 4331/8 4334/2 4338/20 4338/22 4357/7 4366/2 4369/15 4427/4 4430/18 4431/6 4431/19 4439/8 4439/20 4462/5 4463/11

**op [2]** 4446/9 4448/15

**open [7]** 4325/8 4327/24 4328/2 4337/5 4365/23 4391/15 4434/18

**open-ended [1]** 4434/18

**open-sourced [1]** 4391/15

**OpenAI [7]** 4364/15 4364/24 4364/25 4365/4 4365/5 4365/8 4366/3

**Opera [1]** 4392/6

**operate [3]** 4402/11 4403/2 4425/2

**operated [3]** 4352/8 4378/23 4394/7

**operates [1]** 4395/2

**operating [2]** 4352/19 4383/21

**operation [3]** 4332/11 4393/18 4394/6

**opine [1]** 4471/17

**opinion [17]** 4318/25 4325/24 4347/14 4349/22 4357/7 4359/4 4366/23 4376/19 4382/16 4384/17 4384/24 4395/20 4395/22 4396/17 4397/7 4442/25 4471/5

**opinions [5]** 4318/23 4380/20 4380/21 4384/24 4397/22

**opportunities [3]** 4394/16 4394/16 4394/19

**opportunity [2]** 4327/25 4392/24

**oppose [1]** 4472/18

**opposed [2]** 4389/9 4471/2

**opposite [1]** 4459/17

**optimization [2]** 4442/13 4443/9

**optimize [4]** 4415/22 4416/22 4440/23 4441/17

**optimizing [2]** 4408/17 4427/16

**option [7]** 4391/15 4391/20 4439/6 4439/7 4439/10 4442/14 4443/19

**options [1]** 4429/19

**order [10]** 4337/3 4342/2 4409/22 4414/13 4416/11 4420/15 4420/19 4439/20 4447/2 4469/17

**ordinary [1]** 4473/12

**organic [5]** 4402/1 4402/1 4402/23 4402/24 4423/16

**oriented [1]** 4411/19

**original [1]** 4470/16

**OS [1]** 4324/6

**OSs [2]** 4322/11 4323/21

**other [84]** 4318/9 4322/17 4322/25 4325/7 4326/12 4327/12 4329/18 4329/23 4341/5

4341/24 4342/10 4342/11 4342/18 4342/19 4344/13 4350/22 4356/16 4356/17 4356/23 4357/14 4358/11 4358/15 4358/18 4358/22 4360/2 4360/11 4360/15 4360/25 4361/2 4361/21 4362/4 4363/21 4365/20 4365/21 4368/4 4370/11 4370/16 4370/23 4370/23 4371/1 4371/4 4372/1 4372/2 4372/21 4374/16 4375/12 4379/8 4379/11 4388/4 4390/21 4393/4 4402/11 4407/8 4407/21 4408/9 4408/21 4408/25 4417/12 4418/18 4420/1 4424/15 4425/8 4425/12 4425/13 4429/6 4430/9 4434/13 4434/19 4434/25 4436/22 4436/23 4442/9 4442/24 4445/17 4457/21 4457/25 4461/9 4461/9 4461/22 4461/24 4462/5 4465/4 4472/13 4473/9

**others [2]** 4320/18 4372/21

**otherwise [2]** 4317/22 4335/23

**ought [2]** 4318/13 4471/1

**our [37]** 4359/5 4386/1 4398/2 4400/21 4403/24 4404/8 4410/3 4413/5 4413/22 4414/9 4417/22 4426/12 4426/25 4427/5 4427/12 4427/12 4435/7 4436/11 4436/24 4437/25 4439/14 4446/25 4447/4 4447/22 4448/23 4449/4 4452/3 4452/16 4453/17 4456/19 4460/11

4462/1 4464/10 4466/2 4467/23 4472/23 4473/23

**our -- some [1]** 4427/12

**ourselves [1]** 4341/21

**out [35]** 4321/14 4325/13 4328/15 4335/24 4342/4 4342/20 4346/15 4346/25 4347/2 4352/8 4363/20 4367/15 4368/20 4372/8 4372/10 4386/7 4400/4 4403/25 4407/6 4413/5 4415/18 4418/2 4419/24 4423/24 4433/15 4436/18 4437/7 4442/7 4443/8 4447/8 4448/17 4449/5 4450/23 4469/3 4471/25

**outbid [2]** 4326/25 4327/7

**outcome [10]** 4350/19 4368/12 4368/15 4369/1 4369/9 4369/11 4369/14 4369/15 4369/17 4374/24

**outcomes [2]** 4377/9 4378/12

**outlining [1]** 4444/8

**outputs [2]** 4425/3 4425/7

**outside [5]** 4322/23 4329/22 4364/6 4412/21 4413/13

**over [22]** 4319/18 4326/10 4326/12 4329/16 4330/14 4336/3 4353/10 4353/10 4371/1 4377/21 4379/12 4379/16 4379/22 4390/17 4405/10 4417/18 4417/21 4419/12 4419/13 4426/4 4428/9 4446/17

**overall [3]** 4330/24 4384/9 4388/22

**overarching [5]** 4347/6 4347/19 4347/24 4349/18 4349/24

**overlap [1]** 4371/8

**O**

**overriding [2]** 4334/25
4363/17
**oversight [1]** 4318/16
**overstate [1]** 4381/9
**overview [3]** 4400/1
4401/9 4415/3
**overviewing [1]**
4452/5
**overwhelmingly [1]**
4336/16
**own [12]** 4321/8
4321/9 4344/14
4344/20 4363/21
4365/22 4393/5 4393/8
4408/13 4416/8 4423/2
4436/23
**owned [1]** 4365/6
**owner [2]** 4394/7
4394/16
**owners [1]** 4436/9
**ownership [1]** 4365/17

**P**

**p.m [4]** 4314/6
4381/23 4381/23
4474/1
**pace [2]** 4448/20
4453/8
**page [39]** 4316/3
4316/13 4324/10
4333/11 4335/4 4336/9
4339/6 4343/18 4344/4
4346/5 4346/20
4346/22 4349/9
4349/10 4352/13
4382/14 4383/13
4385/3 4386/8 4386/15
4386/17 4386/22
4390/16 4390/17
4390/21 4392/13
4397/6 4397/15
4404/22 4423/8 4423/9
4426/11 4428/24
4432/20 4456/7
4462/19 4463/8
4463/18 4464/3
**Page 1 [1]** 4390/16
**Page 10 [1]** 4463/8
**Page 2 [3]** 4382/14
4390/17 4464/3
**Page 239 [1]** 4397/6
**Page 79 [2]** 4346/20
4346/22

**Page 80 [1]** 4349/10
**Page 92 [1]** 4352/13
**page would [1]** 4423/9
**pages [1]** 4397/10
**paid [2]** 4372/6 4372/7
**paragraph [10]**
4346/19 4346/21
4346/22 4347/5
4349/10 4352/12
4392/14 4435/14
4438/8 4456/6
**Paragraph VIII.C [1]**
4438/8
**parallel [1]** 4321/22
**parameters [2]**
4445/13 4459/15
**paraphrase [1]**
4444/25
**parking [1]** 4419/4
**part [39]** 4317/15
4318/3 4321/21
4324/16 4324/18
4326/15 4331/2
4332/17 4332/23
4333/5 4347/13
4347/16 4347/24
4352/4 4352/5 4352/7
4353/9 4361/17
4371/11 4371/12
4375/13 4381/20
4382/17 4388/23
4389/23 4393/5
4399/24 4410/1
4413/20 4431/13
4431/22 4437/14
4458/20 4460/9
4460/17 4460/20
4460/23 4461/1
4469/18
**part-time [1]** 4399/24
**participant [1]**
4388/19
**participants [2]**
4358/4 4388/24
**particular [5]** 4321/15
4358/24 4368/2 4368/3
4441/2
**particular -- usually [1]**
4368/2
**particularly [4]**
4317/25 4319/16
4329/16 4419/7
**parties [2]** 4344/11
4469/4
**partly [2]** 4415/15

**partner [3]** 4377/5
4377/5 4388/20
**partners [10]** 4323/3
4369/10 4374/13
4374/20 4375/2 4375/5
4375/24 4376/20
4390/9 4450/7
**parts [6]** 4328/10
4332/20 4333/8 4388/9
4415/7 4473/9
**party [2]** 4322/19
4469/11
**party's [1]** 4330/4
**pass [3]** 4331/16
4453/9 4455/10
**past [22]** 4322/3
4336/13 4336/17
4336/24 4348/25
4351/3 4351/16 4353/4
4353/10 4353/10
4353/11 4353/12
4353/23 4354/2 4354/2
4354/22 4354/24
4377/21 4389/12
4405/14 4427/11
4459/5
**path [2]** 4325/7 4325/8
**pay [22]** 4326/4
4326/12 4327/20
4330/6 4361/4 4367/22
4367/24 4368/9
4368/18 4369/1
4369/23 4403/19
4403/22 4404/1 4415/8
4415/19 4430/18
4430/20 4431/6 4432/2
4432/9 4442/6
**payment [4]** 4356/20
4356/20 4362/21
4369/22
**payment -- I [1]**
4356/20
**payments [7]** 4325/1
4361/18 4361/19
4361/24 4361/25
4366/23 4367/6
**PC [3]** 4352/19 4383/3
4390/12
**PCTR [4]** 4402/14
4464/14 4464/24
4465/15
**PCVR [2]** 4464/14
4465/15
**Peelish [2]** 4466/24

**penalties [1]** 4341/24
**people [64]** 4318/1
4318/10 4318/18
4321/25 4322/2 4322/5
4326/13 4329/18
4330/15 4330/22
4336/24 4337/1 4337/1
4338/16 4340/2
4344/12 4357/14
4358/8 4358/9 4358/11
4358/15 4360/10
4360/13 4360/17
4362/3 4363/23
4366/17 4368/3 4368/5
4370/23 4371/4 4372/2
4372/21 4388/23
4391/24 4391/25
4393/4 4405/25 4406/1
4406/8 4407/8 4407/9
4408/7 4410/4 4413/9
4417/13 4424/6
4427/13 4430/19
4431/6 4436/19 4437/4
4440/11 4440/14
4440/21 4440/22
4441/2 4442/2 4448/6
4448/11 4449/12
4449/15 4450/16
4459/4
**per [5]** 4403/19 4410/6
4415/20 4442/6 4464/1
**per-click [1]** 4415/20
**per-person [1]** 4410/6
**percent [13]** 4352/2
4417/25 4426/17
4427/4 4427/5 4434/1
4441/8 4441/9 4441/18
4463/20 4465/22
4465/23 4466/4
**percentage [4]**
4382/22 4428/22
4430/5 4442/3
**percentages [1]**
4387/17
**perfectly [1]** 4358/12
**perform [1]** 4357/8
**performance [12]**
4368/4 4420/5 4426/5
4426/8 4426/18
4432/17 4434/14
4435/22 4436/16
4447/4 4457/20
4457/25
**period [7]** 4319/18

4507

**period... [6]** 4330/6 4330/15 4342/14 4357/16 4358/20 4379/23

**periodic [1]** 4411/6

**permission [2]** 4421/7 4421/10

**permit [8]** 4322/17 4322/18 4322/19 4323/14 4367/21 4368/6 4370/19 4414/20

**permitted [2]** 4368/9 4370/9

**permitting [1]** 4330/5

**Perplexity [8]** 4323/9 4323/10 4327/17 4364/15 4364/17 4364/19 4364/25 4365/5

**Perplexity's [2]** 4365/7 4366/1

**person [11]** 4379/8 4408/14 4409/1 4409/3 4410/6 4417/10 4417/14 4417/15 4421/9 4427/18 4448/18

**personal [9]** 4330/16 4388/13 4406/21 4407/9 4407/12 4410/17 4410/20 4410/24 4411/21

**personalization [1]** 4412/5

**personally [1]** 4407/5

**perspective [4]** 4388/13 4440/8 4461/13 4461/14

**pertains [2]** 4460/19 4460/25

**PGC [2]** 4464/15 4465/15

**Ph.D [1]** 4399/15

**phase [4]** 4343/8 4343/21 4344/11 4350/12

**philosophy [1]** 4341/20

**phone [1]** 4416/13

**phones [2]** 4359/6 4440/12

**phrase [1]** 4425/1

**phrases [1]** 4441/1

**physical [1]** 4437/5

**physically [1]** 4408/2

**picks [1]** 4436/17

**piece [2]** 4390/9 4390/10

**pieces [1]** 4378/5

**pile [1]** 4414/15

**pings [2]** 4409/13 4416/7

**pipelines [1]** 4435/8

**pixels [1]** 4372/18

**place [8]** 4357/10 4363/11 4363/11 4379/14 4379/19 4380/1 4389/10 4432/22

**placed [4]** 4398/24 4431/19 4435/20 4438/3

**placement [3]** 4435/22 4457/21 4457/25

**placements [2]** 4433/2 4458/4

**places [3]** 4379/11 4451/8 4451/12

**placing [1]** 4438/19

**plaintiff [3]** 4314/20 4317/17 4351/14

**plaintiff's [1]** 4401/9

**plaintiffs [15]** 4314/4 4314/13 4325/18 4344/12 4344/18 4344/19 4381/16 4424/25 4438/9 4444/8 4444/13 4445/2 4446/16 4447/25 4467/8

**plaintiffs' [22]** 4317/13 4318/6 4326/7 4331/7 4336/1 4343/22 4343/25 4344/5 4362/20 4363/12 4364/4 4401/18 4401/20 4424/24 4425/5 4425/22 4437/24 4444/23 4445/5 4452/24 4467/3 4473/18

**planting [1]** 4362/18

**platform [2]** 4383/3 4421/22

**platforms [3]** 4436/5 4437/7 4437/16

**plausible [1]** 4369/9

**play [6]** 4318/7 4318/9 4320/5 4320/5 4342/21 4387/20

**player [1]** 4358/21

**players [1]** 4358/22

**please [29]** 4317/9 4317/16 4321/1 4397/6 4397/10 4397/14 4399/5 4400/15 4401/6 4406/15 4406/19 4415/2 4418/10 4423/3 4423/4 4424/23 4425/24 4427/21 4427/25 4434/11 4435/15 4437/23 4439/3 4444/5 4444/22 4449/18 4450/9 4452/2 4457/23

**plus [2]** 4323/22 4387/7

**PMax [5]** 4456/17 4456/18 4456/19 4457/7 4457/18

**point [26]** 4320/14 4320/15 4320/21 4320/22 4324/10 4327/21 4328/8 4330/17 4334/16 4342/2 4350/10 4363/18 4365/2 4372/8 4372/9 4378/11 4395/18 4405/14 4415/23 4427/11 4446/3 4463/3 4463/9 4467/12 4470/11 4471/7

**pointed [1]** 4363/20

**points [5]** 4320/13 4361/1 4361/2 4382/22 4427/11

**policies [4]** 4411/9 4411/11 4413/6 4414/23

**policy [2]** 4335/9 4414/20

**Popofsky [5]** 4316/5 4316/6 4317/2 4331/13 4396/1

**popular [1]** 4393/16

**portfolio [2]** 4435/20 4438/2

**portion [3]** 4384/19 4400/5 4434/12

**portions [3]** 4384/16 4470/12 4470/24

**posed [1]** 4444/24

**position [8]** 4318/20 4357/15 4358/16 4374/11 4374/11 4375/22 4399/18 4430/4

**positioned [2]** 4322/1 4327/16

**positions [1]** 4400/2

**possible [5]** 4319/18 4367/20 4369/15 4389/9 4453/15

**potential [15]** 4330/3 4330/7 4353/5 4353/13 4353/18 4354/4 4354/13 4354/20 4354/21 4354/24 4383/21 4394/2 4394/3 4394/4 4395/8

**potentially [5]** 4405/20 4407/17 4431/8 4434/19 4442/19

**power [1]** 4427/1

**powered [1]** 4403/17

**practice [3]** 4372/22 4423/24 4454/16

**pre [2]** 4355/15 4366/11

**pre-installation [1]** 4355/15

**pre-installed [1]** 4366/11

**preceding [1]** 4444/10

**precious [1]** 4419/12

**precise [1]** 4418/7

**precisely [3]** 4318/15 4368/25 4470/4

**preclude [1]** 4362/5

**predicted [3]** 4402/13 4404/15 4442/9

**predictions [2]** 4404/16 4464/19

**predicts [1]** 4425/10

**prefer [1]** 4358/7

**preferred [2]** 4364/24 4374/16

**prepare [1]** 4400/9

**presence [2]** 4333/14 4380/2

**present [2]** 4318/2 4410/22

**presentation [3]** 4364/11 4400/9 4462/22

**presented [2]** 4383/2

**P**

**presented... [1]** 4470/6

**preservation [1]** 4421/3

**preserve [1]** 4324/11

**preserving [2]** 4325/24 4436/12

**president [1]** 4399/19

**presumably [6]** 4351/20 4358/7 4358/19 4370/3 4373/12 4448/13

**presume [2]** 4329/25 4381/2

**pretty [11]** 4335/16 4348/13 4355/18 4396/15 4401/22 4408/13 4408/21 4411/4 4413/23 4423/23 4454/17

**Prettyman [1]** 4315/8

**prevent [4]** 4321/15 4326/2 4348/7 4424/12

**previous [6]** 4324/4 4407/24 4411/23 4411/24 4412/1 4465/5

**price [6]** 4359/20 4360/2 4360/4 4360/7 4362/11 4396/14

**prices [1]** 4417/5

**pricing [1]** 4356/21

**primarily [1]** 4408/24

**primary [5]** 4362/2 4411/12 4422/7 4422/9 4460/5

**principle [5]** 4319/10 4348/17 4348/25 4350/24 4351/9

**principles [10]** 4319/2 4319/20 4319/24 4322/8 4346/16 4346/25 4348/3 4348/6 4349/17 4469/10

**privacy [17]** 4322/15 4322/15 4323/11 4410/22 4410/24 4412/20 4413/8 4413/20 4413/21 4413/24 4413/24 4416/11 4431/5 4436/12 4437/14 4454/7 4454/9

**privacy-preserving [1]**

**privacy-safe [1]** 4416/11

**private [5]** 4391/15 4391/20 4392/10 4416/8 4436/11

**pro [3]** 4358/14 4358/19 4370/3

**pro-competitive [2]** 4358/14 4358/19

**probably [19]** 4318/19 4327/7 4327/9 4329/7 4331/9 4355/13 4357/10 4365/11 4372/11 4388/10 4393/3 4416/19 4416/20 4422/4 4428/25 4443/9 4454/25 4460/4 4460/5

**problem [3]** 4362/4 4431/25 4452/21

**problems [2]** 4356/7 4363/21

**procedural [1]** 4472/13

**proceed [1]** 4331/20

**proceeding [1]** 4338/19

**proceedings [5]** 4314/9 4315/13 4338/21 4474/1 4475/5

**process [24]** 4318/19 4319/6 4319/6 4319/11 4319/13 4319/17 4324/19 4325/2 4325/4 4325/11 4331/3 4332/13 4334/25 4336/16 4341/17 4342/24 4347/14 4347/21 4350/20 4363/17 4363/22 4363/24 4447/13 4471/2

**produced [2]** 4315/13 4337/25

**produces [1]** 4435/13

**product [18]** 4324/2 4324/21 4326/23 4327/8 4329/13 4330/22 4359/14 4389/22 4389/25 4391/21 4399/19 4400/8 4405/12 4414/7 4436/8 4436/24 4442/25 4457/7

**productive [2]** 4417/22 4459/6

**products [8]** 4366/20 4367/14 4374/15 4382/8 4415/24 4436/2 4438/11 4456/25

**professor [35]** 4317/12 4318/25 4322/9 4328/19 4338/10 4339/2 4339/19 4340/8 4344/9 4345/20 4350/1 4357/20 4359/17 4362/6 4362/12 4364/12 4365/15 4366/22 4376/19 4380/8 4382/2 4384/23 4385/17 4386/12 4386/21 4387/2 4387/24 4389/22 4394/25 4395/14 4397/3 4397/20 4398/15 4467/22 4468/3

**Professor Jerath [1]** 4468/3

**program [7]** 4360/13 4360/23 4361/9 4361/11 4361/16 4416/9 4436/15

**prohibit [3]** 4321/13 4332/8 4332/12

**prohibited [2]** 4320/7 4320/9

**prohibiting [1]** 4320/2

**prolific [1]** 4442/21

**promise [2]** 4371/2 4468/7

**promises [2]** 4421/2 4421/6

**promote [17]** 4322/25 4323/8 4323/10 4327/2 4327/2 4341/14 4347/6 4347/19 4348/4 4350/17 4365/22 4370/10 4371/4 4371/14 4371/15 4371/25 4372/2

**promotes [1]** 4350/1

**promoting [1]** 4371/15

**promotion [11]** 4322/12 4322/17 4322/19 4322/21 4322/22 4322/23 4323/17 4327/5

**productive [2]** 4358/19 4370/14 4377/1

**promotional [4]** 4327/22 4368/4 4368/10 4372/15

**proof [1]** 4354/19

**proper [3]** 4340/19 4471/15 4471/20

**properly [1]** 4414/16

**property [4]** 4425/18 4451/1 4452/7 4452/10

**proponent [1]** 4470/16

**proportion [1]** 4418/8

**proposal [5]** 4330/7 4346/9 4346/9 4386/2 4430/19

**proposals [3]** 4317/13 4331/7 4398/8

**propose [2]** 4317/17 4350/7

**proposed [15]** 4318/6 4318/24 4319/1 4319/22 4323/5 4330/4 4343/22 4362/20 4366/5 4367/4 4401/10 4401/18 4425/22 4430/16 4469/12

**proposing [1]** 4344/14

**proposition [1]** 4393/19

**propositions [1]** 4441/2

**proprietary [5]** 4423/2 4434/20 4434/23 4438/24 4450/3

**prospect [1]** 4351/25

**prospects [4]** 4349/2 4351/5 4353/6 4353/14

**protect [2]** 4410/25 4419/15

**protecting [1]** 4349/18

**Protection [1]** 4314/21

**protective [1]** 4419/10

**protested [1]** 4385/4

**prove [1]** 4378/14

**provide [22]** 4328/4 4328/5 4343/21 4363/13 4370/22 4388/25 4390/5 4402/7 4415/4 4415/11 4426/14 4430/7 4431/3 4433/1 4434/15 4435/2 4435/3 4444/7 4444/10 4449/22 4450/12 4469/19

**provided [5]** 4345/11 4345/25 4443/20 4449/23 4450/18

**provider [2]** 4370/22 4371/3

**providers [4]** 4371/14 4371/25 4372/11 4389/5

**provides [7]** 4387/25 4393/6 4430/1 4430/11 4444/7 4450/6 4473/7

**providing [4]** 4328/3 4393/22 4442/14 4450/24

**provision [21]** 4366/14 4376/7 4376/8 4395/1 4395/2 4395/5 4406/18 4422/25 4423/5 4425/3 4427/23 4429/23 4435/16 4438/4 4439/4 4439/12 4444/4 4444/6 4444/15 4450/10 4450/24

**Provision V.C [1]** 4395/1

**Provision VI.E [2]** 4422/25 4423/5

**Provision VIII.D [1]** 4444/4

**provisions [7]** 4355/13 4401/8 4401/9 4421/8 4425/21 4452/5 4452/6

**proxied [3]** 4353/17 4353/17 4354/21

**public [5]** 4419/24 4444/10 4444/11 4445/2 4467/6

**publicly [2]** 4407/20 4449/1

**published [1]** 4390/12

**pull [4]** 4332/21 4332/23 4455/16 4462/6

**punish [2]** 4341/15 4341/17

**punishes [1]** 4341/16

**punishing [1]** 4341/5

**purchase [2]** 4417/4 4422/8

**purchased [3]** 4429/3 4435/21 4438/3

**pure [1]** 4439/22

**purely [1]** 4439/18

**purpose [4]** 4363/12 4406/13 4421/21 4440/7

**purposes [1]** 4466/15

**purview [1]** 4454/25

**push [2]** 4466/23 4467/4

**pushed [1]** 4376/6

**pushes [2]** 4350/21 4365/20

**pushing [1]** 4456/12

**put [15]** 4333/9 4336/4 4336/7 4338/3 4340/7 4347/16 4355/20 4366/7 4368/10 4371/1 4372/19 4372/22 4376/3 4397/6 4436/25

**puts [2]** 4407/1 4468/1

**putting [1]** 4355/14

**PXD162 [2]** 4386/10 4386/17

**PXR0234 [1]** 4455/15

**PXR0385 [2]** 4473/10 4473/18

**PXR0397 [1]** 4345/21

**PXR246 [1]** 4462/7

**PXRD025 [1]** 4382/12

**PXRD028 [1]** 4389/19

**Q**

**qualified [5]** 4401/13 4402/7 4406/6 4410/21 4449/24

**qualifier [1]** 4417/9

**qualify [2]** 4354/13 4437/8

**quality [13]** 4324/21 4328/21 4328/24 4329/4 4329/8 4362/25 4363/14 4396/10 4426/10 4426/17 4432/18 4433/5 4449/4

**qualms [1]** 4471/8

**quantitative [1]** 4330/9

**quantity [1]** 4410/6

**quarantine [1]** 4435/12

**queries [17]** 4406/21 4407/15 4407/24 4407/25 4408/1 4411/24 4412/15 4428/9 4440/11 4450/11 4450/25

4451/5 4451/12 4451/15 4451/18 4451/19 4451/21

**query [37]** 4400/19 4400/20 4404/14 4406/20 4407/21 4411/20 4411/23 4411/23 4417/7 4417/8 4423/6 4427/22 4427/24 4428/2 4428/3 4428/6 4428/11 4428/13 4428/16 4428/17 4429/10 4430/3 4432/9 4436/1 4436/17 4436/19 4436/24 4436/25 4439/16 4439/17 4441/3 4443/13 4443/21 4450/16 4451/8 4454/21 4465/3

**query's [1]** 4439/8

**question [17]** 4325/21 4334/2 4339/21 4340/4 4346/5 4351/23 4353/13 4378/6 4421/17 4423/2 4425/6 4436/4 4438/1 4438/7 4443/16 4457/23 4460/21

**questions [9]** 4371/23 4385/10 4385/23 4395/24 4396/7 4398/14 4444/24 4453/14 4454/2

**quick [1]** 4396/2

**quickly [4]** 4318/17 4417/17 4449/11 4449/15

**quid [1]** 4370/3

**quite [9]** 4360/7 4360/16 4360/17 4374/18 4408/18 4422/14 4426/2 4428/17 4450/23

**quo [2]** 4325/24 4370/3

**quoting [2]** 4385/8 4385/9

**R**

**raises [1]** 4431/5

**Ralph [1]** 4314/22

**ramping [1]** 4418/16

**ran [2]** 4400/5 4400/6

**randomized [1]**

**range [1]** 4435/7

**ranges [1]** 4405/6

**rapidly [3]** 4318/11 4319/16 4459/1

**rarely [1]** 4336/10

**rate [7]** 4360/17 4404/16 4433/11 4441/7 4441/8 4442/9 4461/6

**raters [1]** 4461/6

**rates [1]** 4402/14

**rather [4]** 4335/24 4342/22 4367/16 4457/7

**rating [1]** 4461/12

**rational [2]** 4341/22 4414/14

**raw [1]** 4437/16

**RDX0187 [1]** 4467/8

**RDXD [1]** 4331/17

**RDXD-33 [1]** 4331/17

**RDXD33 [2]** 4331/12 4331/14

**RDXD34 [2]** 4400/15 4466/16

**reach [1]** 4342/5

**reached [2]** 4384/15 4467/7

**react [3]** 4435/11 4449/15 4449/17

**read [20]** 4339/17 4347/14 4347/18 4347/22 4352/8 4352/24 4366/2 4380/20 4380/21 4388/9 4388/10 4391/16 4395/6 4401/22 4419/2 4438/18 4438/19 4438/21 4445/14 4446/15

**reading [1]** 4351/8

**ready [2]** 4317/3 4456/7

**reaffirm [1]** 4471/13

**real [8]** 4368/23 4377/14 4378/6 4378/25 4435/2 4441/18 4456/11 4456/16

**real-world [2]** 4377/14 4378/6

**realize [1]** 4330/13

**really [30]** 4319/4

**R**

**really... [29]** 4319/11 4322/2 4325/1 4325/17 4326/23 4333/7 4356/7 4357/7 4358/6 4360/14 4363/17 4378/17 4379/2 4389/25 4413/22 4417/4 4417/5 4418/14 4418/18 4420/7 4431/5 4440/4 4440/25 4447/12 4447/19 4449/11 4456/6 4457/18 4471/21

**realtime [1]** 4435/18

**reason [7]** 4352/25 4358/19 4411/5 4433/6 4433/7 4440/19 4457/15

**reasonable [1]** 4460/15

**reasonably [1]** 4397/17

**reasons [3]** 4317/20 4326/16 4411/8

**rebut [2]** 4470/12 4471/5

**rebuttal [9]** 4390/4 4468/3 4469/12 4469/13 4469/21 4469/23 4470/1 4471/15 4471/20

**rebutting [1]** 4471/21

**recall [15]** 4344/1 4345/14 4346/2 4367/1 4376/6 4386/3 4388/11 4389/4 4390/7 4395/4 4395/5 4396/6 4396/18 4398/10 4468/5

**receive [2]** 4443/12 4443/20

**received [1]** 4409/2

**receives [1]** 4409/3

**recently [3]** 4346/2 4347/2 4454/23

**Recess [1]** 4381/23

**recognize [1]** 4380/17

**recollection [2]** 4369/3 4395/13

**recommendations [1]** 4390/13

**reconciled [1]** 4384/15

**record [6]** 4386/15 4399/5 4407/3 4408/22

**record-oriented [1]** 4411/19

**recorded [1]** 4315/13

**records [1]** 4413/10

**rectify [1]** 4333/24

**red [4]** 4386/22 4387/3 4387/10 4387/18

**redeem [1]** 4361/2

**redirect [5]** 4316/6 4396/1 4396/4 4466/13 4466/14

**reduce [2]** 4325/18 4353/14

**reduced [5]** 4329/19 4337/10 4352/18 4353/4 4389/4

**reduces [1]** 4363/25

**reducing [2]** 4363/17 4367/16

**reduction [5]** 4353/4 4354/12 4354/19 4364/1 4383/20

**referenced [2]** 4425/4 4432/12

**referring [2]** 4344/8 4409/18

**refined [1]** 4349/7

**refining [1]** 4468/7

**reflect [2]** 4329/25 4381/7

**reflected [1]** 4326/19

**reflecting [1]** 4364/19

**reflects [2]** 4320/17 4326/15

**refresh [1]** 4369/3

**refused [1]** 4376/7

**regard [3]** 4319/8 4320/24 4377/17

**regarding [2]** 4340/24 4450/10

**regime [1]** 4336/24

**regulating [2]** 4318/21 4350/11

**regulation [1]** 4350/8

**regulators [1]** 4380/18

**regulatory [6]** 4318/16 4325/17 4336/2 4336/5 4350/7 4471/3

**reinstated [1]** 4376/10

**rejected [1]** 4398/10

**rejects [1]** 4383/19

**relate [1]** 4446/25

**related [9]** 4320/4 4401/9 4401/23 4429/9

**relating [3]** 4317/13 4435/19 4438/2

**relationship [2]** 4321/10 4321/20

**relative [3]** 4325/13 4357/7 4360/20

**relatively [4]** 4318/4 4356/25 4445/25 4459/15

**relevance [5]** 4402/12 4404/14 4461/7 4461/12 4461/14

**relevant [8]** 4356/9 4357/21 4404/6 4404/18 4417/17 4420/14 4432/23 4461/20

**relief [2]** 4386/2 4395/2

**relies [1]** 4460/13

**reluctant [2]** 4419/11 4419/23

**rely [3]** 4318/12 4413/5 4445/20

**remedies [91]** 4314/9 4318/24 4319/1 4319/8 4319/23 4319/24 4319/25 4320/7 4320/11 4320/15 4321/2 4321/11 4321/16 4321/17 4321/23 4322/7 4322/8 4324/8 4324/11 4325/15 4325/17 4326/6 4326/7 4332/5 4332/6 4332/8 4332/15 4333/3 4333/16 4333/17 4333/18 4333/22 4333/23 4334/3 4334/17 4334/19 4335/1 4335/7 4335/12 4335/22 4336/1 4336/9 4336/10 4339/12 4340/9 4340/9 4340/20 4340/24 4341/1 4341/12 4341/21 4342/4 4342/8 4342/10 4342/13 4343/8 4343/21 4343/22 4343/25 4343/25 4344/5 4344/6 4344/15 4344/20

**relationship**

**relating**

**relative**

**remedy [27]** 4318/6 4323/5 4323/14 4330/4 4333/13 4335/8 4335/15 4335/16 4336/7 4336/15 4336/19 4336/22 4337/8 4338/10 4338/19 4338/21 4339/22 4341/11 4342/4 4349/25 4350/2 4350/10 4356/2 4367/20 4372/10 4372/24 4398/9

**remember [16]** 4322/22 4332/19 4345/5 4355/7 4364/17 4364/22 4368/14 4382/24 4385/20 4388/9 4388/16 4389/7 4431/6 4454/24 4458/5 4458/9

**removed [1]** 4376/11

**repair [2]** 4396/9 4396/10

**repeat [2]** 4443/16 4457/23

**repeatedly [3]** 4375/3 4375/8 4376/21

**replaced [1]** 4462/25

**replicates [2]** 4368/12 4369/11

**report [17]** 4348/14 4348/22 4369/4 4390/4 4416/13 4418/1 4427/22 4427/24 4428/2 4428/3 4430/3 4430/14 4444/8 4445/7 4454/21 4470/10 4472/4

**reporter [7]** 4315/7 4315/8 4399/9 4404/9 4453/18 4467/5 4475/3

## R

**reporting [16]** 4422/5 4425/25 4426/2 4426/14 4426/20 4427/6 4428/15 4429/14 4430/10 4431/3 4431/10 4431/22 4431/25 4433/1 4433/17 4433/21

**reports [9]** 4320/11 4320/12 4364/3 4426/4 4426/24 4427/4 4431/19 4435/16 4469/9

**request [1]** 4472/21

**requested [2]** 4458/4 4458/5

**requesting [1]** 4375/5

**requests [1]** 4375/12

**require [10]** 4352/17 4354/19 4405/17 4423/5 4425/3 4431/16 4438/15 4438/23 4439/13 4444/15

**required [7]** 4402/10 4430/11 4434/15 4447/25 4450/12 4452/8 4452/23

**requirement [4]** 4335/4 4335/6 4448/20 4449/22

**requirements [2]** 4338/16 4368/11

**requiring [1]** 4433/20

**reset [1]** 4323/3

**resolution [1]** 4349/17

**resolved [1]** 4471/2

**resources [1]** 4452/25

**respect [14]** 4402/15 4423/1 4424/25 4427/22 4429/24 4431/1 4431/20 4436/4 4437/19 4438/1 4438/14 4449/19 4449/21 4450/13

**response [12]** 4389/20 4424/24 4425/5 4425/6 4437/25 4444/24 4446/5 4447/15 4450/24 4455/13 4470/9 4473/4

**responses [2]** 4437/25 4445/6

**responsibility [1]** 4455/5

**rest [3]** 4347/14 4347/22 4374/16

**restate [1]** 4386/14

**restorative [27]** 4325/14 4325/16 4332/14 4333/3 4333/13 4333/18 4334/3 4335/7 4335/8 4335/11 4335/15 4335/16 4336/1 4336/7 4336/9 4336/10 4336/19 4336/21 4337/8 4338/10 4339/21 4342/4 4342/8 4350/13 4351/15 4354/18 4377/9

**restore [5]** 4324/12 4335/22 4337/3 4349/2 4351/5

**restored [1]** 4325/4

**restoring [1]** 4337/11

**restrict [1]** 4348/18

**restricting [1]** 4469/25

**restrictions [2]** 4414/18 4414/19

**rests [1]** 4467/22

**result [1]** 4425/10

**results [12]** 4402/1 4402/1 4402/23 4402/24 4407/23 4423/16 4436/12 4436/20 4445/21 4447/9 4447/11 4447/16

**resume [1]** 4381/21

**retailer [2]** 4409/4 4417/3

**retailers [1]** 4422/2

**retrieval [2]** 4402/12 4404/3

**return [1]** 4417/25

**rev [1]** 4367/25

**rev share [1]** 4367/25

**revealed [2]** 4452/8 4452/10

**revenue [13]** 4366/23 4367/23 4368/9 4368/16 4387/3 4387/5 4387/17 4387/18 4387/25 4388/2 4388/3 4464/1 4465/22

**revenue -- it's [1]** 4388/2

**revenue-sharing [1]** 4366/23

**reverse [1]** 4452/19

**review [3]** 4388/6 4448/5 4448/11

**reviews [1]** 4413/24

**revised [2]** 4401/10 4401/18

**revision [2]** 4380/13 4380/13

**reward [3]** 4360/12 4360/13 4360/16

**rewards [10]** 4360/12 4360/18 4360/22 4361/8 4361/10 4361/14 4361/15 4361/15 4361/16 4362/8

**rid [7]** 4326/24 4328/6 4328/8 4331/9 4373/23 4381/6 4381/7

**right [230]**

**right-hand [2]** 4464/10 4465/15

**rise [2]** 4383/10 4415/24

**risk [7]** 4410/22 4410/24 4413/3 4431/6 4450/25 4451/14 4451/18

**risks [3]** 4412/20 4448/25 4449/3

**risky [2]** 4451/22 4451/24

**rival [3]** 4370/14 4389/5 4392/24

**rivals [18]** 4324/13 4324/16 4324/20 4324/20 4326/21 4330/4 4330/14 4363/13 4363/20 4364/4 4365/18 4370/10 4374/4 4377/6 4377/20 4378/14 4379/25 4395/10

**rivals' [1]** 4389/4

**road [1]** 4358/8

**ROI [1]** 4415/21

**role [4]** 4318/7 4318/9 4321/5 4333/15

**room [1]** 4468/13

**roughly [3]** 4362/25 4374/12 4416/18

**roundtable [1]** 4458/2

**routes [1]** 4394/1

**slow [2]** 4423/15 4433/25

**RPFJ [3]** 4402/6 4406/4 4452/24

**RPR [1]** 4315/7

**rule [3]** 4468/24 4469/16 4469/25

**ruling [2]** 4468/4 4472/1

**run [6]** 4327/6 4327/7 4400/7 4414/16 4446/12 4456/2

**running [6]** 4405/18 4408/6 4422/14 4448/7 4458/8 4462/18

**runs [3]** 4454/17 4456/23 4456/25

## S

**sacrifices [1]** 4341/1

**Safari [8]** 4323/8 4371/18 4390/25 4391/10 4391/11 4393/6 4393/11 4393/15

**safe [4]** 4398/17 4413/4 4416/11 4466/19

**safeguards [3]** 4424/12 4424/15 4424/16

**said [45]** 4319/15 4325/12 4328/23 4331/6 4331/6 4340/23 4343/14 4346/21 4353/8 4353/10 4354/12 4356/16 4363/22 4367/11 4369/5 4369/5 4369/6 4369/10 4370/12 4373/16 4376/24 4377/7 4380/4 4380/4 4382/24 4383/18 4383/23 4386/1 4388/13 4388/17 4390/4 4391/6 4391/9 4395/2 4395/15 4396/13 4409/6 4410/1 4410/23 4426/16 4429/4 4442/1 4458/7 4460/2 4470/23

**said -- I [1]** 4380/4

**sale [2]** 4403/23 4442/6

**sales [2]** 4436/2

**sales... [1]** 4437/2
**Sallet [13]** 4314/20
4316/6 4385/12
4385/13 4386/13
4395/25 4396/16
4397/1 4397/3 4397/11
4453/13 4466/11
4473/20
**same [19]** 4327/3
4333/11 4343/15
4343/18 4348/13
4348/16 4349/8 4355/1
4358/16 4361/13
4365/15 4374/12
4379/22 4386/15
4387/10 4439/10
4440/9 4447/15
4450/14
**sanitized [1]** 4358/12
**Sara [2]** 4314/16
4454/1
**satellites [1]** 4419/3
**saw [4]** 4326/4
4366/22 4411/22
4430/3
**say [92]** 4321/15
4322/1 4323/24
4325/14 4326/25
4329/20 4330/8 4331/9
4333/18 4333/20
4334/8 4335/25
4336/13 4336/22
4339/24 4340/1 4340/3
4342/20 4344/5 4346/1
4346/2 4347/17
4347/20 4350/21
4354/5 4357/23
4358/17 4359/10
4360/6 4361/19
4361/20 4361/25
4363/16 4366/19
4367/8 4369/15
4369/15 4369/20
4369/23 4370/5 4370/8
4370/25 4371/22
4372/17 4376/21
4376/23 4377/2
4377/12 4377/19
4377/23 4378/2 4380/5
4392/1 4393/21
4393/24 4405/24
4406/3 4408/11
4408/14 4408/24

4411/22 4415/9
4417/23 4417/24
4419/17 4420/18
4421/22 4422/17
4422/20 4429/7 4432/4
4432/5 4433/11 4434/4
4434/17 4434/23
4437/10 4441/1 4442/5
4443/22 4453/24
4457/13 4458/6
4459/25 4461/2 4466/4
4468/12 4468/18
4471/9 4471/12 4472/3
4473/11
**say -- is [1]** 4408/24
**saying [25]** 4341/12
4347/18 4351/14
4352/24 4354/7
4363/10 4364/19
4364/22 4364/23
4365/8 4365/9 4367/24
4368/14 4370/13
4377/22 4378/13
4388/23 4389/12
4389/14 4396/19
4404/9 4431/21
4433/24 4464/2
4471/21
**saying -- and [1]**
4364/22
**says [20]** 4348/7
4378/18 4384/22
4391/2 4391/17
4392/14 4392/18
4393/14 4402/7 4417/9
4421/9 4438/18 4442/2
4456/9 4463/5 4463/19
4463/23 4464/14
4465/24 4469/11
**scale [2]** 4435/8
4451/20
**scheduling [1]**
4469/17
**schematic [1]** 4400/18
**schematically [1]**
4447/18
**Schmidtlein [5]**
4315/3 4398/4 4466/21
4467/20 4473/1
**school [5]** 4416/24
4416/24 4416/25
4417/9 4418/17
**science [4]** 4400/5
4400/6 4400/7 4451/6
**scope [6]** 4326/14

4458/8 4445/11 4455/3 4456/25 4457/7
**score [7]** 4404/14
4425/15 4426/10
4426/18 4430/8 4433/5
4434/5
**scores [2]** 4432/19
4434/5
**screen [27]** 4330/6
4330/10 4330/18
4330/25 4331/1 4355/7
4355/7 4355/9 4355/14
4355/16 4358/1 4359/8
4359/8 4359/10
4359/15 4366/20
4373/20 4374/7
4374/17 4376/25
4377/23 4380/12
4380/25 4381/8
4381/10 4400/17
4423/14
**screen -- remember**
**[1]** 4355/7
**screens [19]** 4317/13
4317/17 4317/25
4355/8 4355/10
4358/24 4359/5 4359/9
4359/12 4359/13
4373/17 4373/22
4373/25 4374/3
4380/10 4380/12
4380/19 4380/22
4464/10
**screenshot [1]**
4392/20
**search [94]** 4320/13
4320/14 4321/8
4321/10 4321/17
4321/22 4322/2
4322/15 4322/19
4323/9 4323/10
4323/18 4329/15
4329/17 4330/16
4355/3 4356/18
4356/19 4356/25
4357/2 4359/24 4360/4
4360/13 4360/14
4360/14 4360/18
4361/7 4362/15
4362/25 4363/4
4363/14 4364/7
4365/16 4365/16
4365/17 4365/20
4365/22 4365/23
4366/11 4366/11

4360/25 4367/7
4387/21 4389/5 4390/7
4395/11 4397/19
4399/21 4400/4 4400/8
4401/14 4401/15
4405/3 4406/8 4406/20
4406/21 4407/6
4407/21 4407/24
4412/25 4419/20
4423/20 4425/15
4427/13 4427/14
4427/22 4427/24
4428/2 4428/3 4428/5
4429/1 4430/14
4433/14 4438/6
4438/11 4444/6 4444/9
4444/25 4445/20
4452/11 4454/21
4456/24 4457/12
4457/13 4457/14
4458/3 4458/6 4458/21
4460/9 4460/11
4460/12 4460/14
4460/18 4460/24
**searches [1]** 4360/25
**searching [4]** 4360/16
4365/25 4407/8 4429/9
**seat [1]** 4468/2
**second [16]** 4317/15
4319/9 4323/22
4334/14 4385/5 4390/9
4392/14 4410/1 4422/5
4428/19 4430/14
4440/14 4446/4
4456/10 4468/5
4470/21
**second-guesses [1]**
4385/5
**secondary [2]** 4327/12
4327/15
**section [10]** 4314/17
4314/21 4402/5
4424/25 4425/3 4425/4
4425/22 4438/1 4439/1
4469/20
**Section VIII.B [1]**
4439/1
**Section VIII.C [1]**
4438/1
**Sections [2]** 4346/11
4402/10
**Securitas [1]** 4469/6
**security [3]** 4393/8
4421/3 4469/6
**see [76]** 4325/19

**S** 4368/1 4436/18 **Severt [10]** 4316/5 4369/4 4410/18

**see... [75]** 4327/24
4328/15 4330/20
4333/23 4335/11
4336/6 4340/25
4341/18 4341/18
4345/22 4346/7 4347/8
4348/10 4348/20
4349/4 4349/11
4349/20 4351/8
4351/11 4352/20
4356/1 4356/2 4358/1
4358/4 4359/1 4359/4
4362/11 4363/25
4367/17 4369/25
4371/17 4375/5
4381/15 4381/19
4384/8 4385/17
4385/18 4387/8
4387/21 4390/14
4390/19 4390/23
4391/15 4392/8
4392/16 4392/21
4393/25 4394/8
4397/20 4398/15
4408/19 4409/25
4417/8 4425/5 4428/5
4428/18 4428/20
4429/12 4433/14
4441/13 4443/6
4445/16 4447/11
4449/12 4451/10
4456/9 4456/13
4462/19 4463/21
4464/4 4464/9 4464/11
4464/15 4465/21
4473/24
**seek [2]** 4331/11
4414/18
**seems [2]** 4450/22
4452/19
**seen [15]** 4338/10
4338/12 4338/18
4339/21 4346/1 4347/1
4356/6 4357/4 4361/15
4362/10 4376/2 4384/1
4417/18 4430/2
4449/14
**select [4]** 4400/24
4423/17 4456/21
4460/14
**selected [1]** 4439/10
**SEM [1]** 4437/20
**send [3]** 4317/5

**sending [1]** 4410/14
**sense [12]** 4329/7
4329/19 4330/9 4338/4
4355/12 4368/24
4372/19 4381/13
4407/18 4427/16
4440/12 4471/22
**sensitive [8]** 4407/10
4407/13 4412/23
4418/11 4418/13
4418/22 4419/1 4419/7
**sent [1]** 4455/24
**sentence [13]** 4335/3
4348/2 4349/11
4349/12 4352/15
4352/24 4354/9
4354/10 4392/18
4429/24 4435/1
4438/14 4456/10
**sentiment [1]** 4404/18
**sentiment-based [1]**
4404/18
**separate [2]** 4395/18
4398/6
**separated [1]** 4352/7
**September [2]**
4380/14 4463/5
**series [2]** 4380/11
4390/17
**serious [1]** 4384/11
**SERP [1]** 4430/4
**serve [3]** 4402/16
4432/7 4460/14
**server [1]** 4448/16
**service [2]** 4396/11
4420/11
**services [5]** 4314/17
4322/20 4363/14
4390/5 4469/6
**serving [1]** 4462/1
**Session [1]** 4314/9
**sessionized [1]**
4412/24
**set [11]** 4331/3
4344/14 4367/25
4390/6 4398/6 4398/8
4406/7 4457/1 4460/13
4467/11 4469/5
**set-up [1]** 4331/3
**settlement [1]** 4346/8
**settling [1]** 4346/9
**setup [1]** 4405/13
**several [2]** 4364/18
4395/15

4331/15 4331/18
4332/1 4376/12
4381/24 4396/7 4397/1
4398/2 4398/3
**share [25]** 4354/22
4354/23 4365/12
4365/13 4367/23
4367/25 4368/9 4374/5
4374/9 4378/19
4382/21 4395/3
4413/13 4413/18
4413/21 4413/23
4419/16 4419/18
4419/23 4419/25
4420/2 4421/6 4421/9
4424/18 4450/21
**shared [2]** 4423/18
4455/5
**shares [3]** 4368/16
4377/2 4413/16
**sharing [8]** 4366/23
4412/20 4412/25
4423/1 4425/17
4425/19 4448/25
4450/20
**she [5]** 4324/10
4331/6 4462/25
4463/10 4463/13
**she'd [1]** 4453/18
**Shear [1]** 4353/17
**shopping [1]** 4438/11
**shops [1]** 4396/9
**short [3]** 4326/1
4327/6 4424/14
**shortcuts [1]** 4363/24
**should [25]** 4332/19
4341/2 4341/4 4341/10
4341/13 4341/14
4343/1 4343/3 4348/7
4348/17 4349/1
4349/17 4350/9 4351/4
4372/25 4378/23
4414/12 4428/25
4432/16 4437/8 4447/9
4447/19 4447/23
4452/25 4470/16
**shouldn't [4]** 4340/24
4408/24 4416/20
4416/20
**show [8]** 4351/15
4397/5 4400/24 4401/1
4404/1 4404/24
4423/12 4428/7
**showed [11]** 4357/24

4428/23 4432/21
4432/22 4433/11
4433/25 4433/25
4434/5 4450/15
**showed -- let's [1]**
4433/25
**showing [7]** 4380/9
4400/14 4402/5
4424/24 4433/5 4433/6
4444/23
**shown [4]** 4373/17
4400/17 4423/14
4431/2
**shows [3]** 4330/25
4331/1 4423/6
**side [15]** 4321/17
4321/18 4326/17
4329/15 4329/17
4329/17 4329/18
4329/21 4329/23
4329/24 4330/2
4356/23 4368/4
4386/25 4387/10
**sideline [1]** 4366/24
**sides [2]** 4344/12
4468/19
**sift [2]** 4414/15
4427/20
**sign [2]** 4337/2
4420/21
**signal [4]** 4317/5
4434/23 4434/25
4449/13
**signals [4]** 4434/20
4438/24 4449/7 4450/4
**signed [2]** 4336/24
4379/9
**significance [1]**
4321/1
**significant [4]** 4330/14
4376/9 4384/16
4463/25
**significantly [1]**
4397/17
**similar [12]** 4346/15
4356/10 4356/12
4356/14 4357/2
4362/25 4414/3 4414/4
4422/3 4451/4 4461/23
4469/10
**simplicity [1]** 4390/19
**simplified [1]** 4464/6
**simply [3]** 4321/6
4471/13 4471/19

**S**

**since [1]** 4464/9
**sincere [1]** 4468/22
**single [5]** 4336/19
4347/5 4440/13
4441/17 4443/24
**sir [2]** 4340/7 4389/6
**situation [1]** 4336/23
**situations [2]** 4318/15
4353/21
**size [1]** 4367/6
**skeptical [1]** 4356/6
**Sky [1]** 4437/21
**sleep [1]** 4398/20
**sliced [1]** 4433/14
**slide [54]** 4317/9
4317/16 4317/17
4324/4 4324/7 4324/8
4331/5 4332/21 4333/2
4333/2 4335/20
4355/21 4359/16
4359/19 4364/11
4364/14 4366/7 4380/7
4380/8 4384/7 4400/15
4401/6 4401/17 4402/5
4406/15 4406/19
4408/19 4415/2
4416/14 4418/10
4423/3 4424/23
4425/23 4427/21
4427/25 4429/22
4433/13 4434/11
4435/15 4437/23
4439/3 4444/5 4444/22
4449/18 4450/9 4452/2
4452/3 4452/4 4463/17
4464/2 4464/4 4464/6
4465/16 4465/24
**Slide 10 [1]** 4463/17
**Slide 20 [1]** 4359/16
**Slide 35 [1]** 4364/11
**Slide 40 [1]** 4317/9
**Slide 48 [1]** 4324/8
**Slide 50 [1]** 4331/5
**Slide K [1]** 4465/16
**slides [3]** 4318/24
4465/13 4465/14
**Slides 2 [1]** 4465/14
**sliding [1]** 4451/20
**slightly [2]** 4348/15
4466/1
**slot [2]** 4428/23
4428/23
**slow [2]** 4404/8 4453/7

**slower [1]** 4449/12
**small [14]** 4318/3
4355/10 4361/19
4377/8 4377/24 4378/3
4378/4 4392/2 4396/12
4400/5 4424/5 4427/17
4441/15 4458/8
**smaller [6]** 4329/8
4422/17 4423/25
4424/3 4424/10 4427/7
**smartphone [1]**
4387/12
**smartphones [1]**
4387/6
**smoke [2]** 4317/5
4317/7
**snap [1]** 4363/3
**snowball [1]** 4378/9
**snowstorm [1]**
4385/19
**so [292]**
**So -- I'll [1]** 4350/23
**software [1]** 4318/2
**solution [1]** 4456/18
**solutions [1]** 4456/12
**some [116]** 4317/7
4320/8 4320/11 4321/7
4321/10 4321/10
4321/20 4323/14
4324/24 4326/12
4329/7 4329/21 4330/5
4330/18 4332/2
4337/19 4338/4
4338/13 4338/14
4338/16 4340/12
4342/2 4344/13
4346/15 4351/20
4351/21 4355/12
4356/3 4358/17 4360/4
4360/11 4367/25
4368/2 4368/3 4368/21
4370/10 4370/16
4372/1 4372/19 4373/1
4374/22 4376/1
4381/17 4386/23
4388/25 4391/25
4391/25 4393/11
4395/9 4396/6 4400/22
4401/12 4401/15
4403/16 4403/22
4405/12 4405/14
4408/19 4408/20
4408/21 4410/3
4411/25 4414/19
4414/22 4414/23

4416/10 4418/16
4418/17 4419/25
4420/16 4420/20
4420/23 4421/6 4421/8
4421/8 4424/1 4425/6
4425/13 4425/14
4427/1 4427/12
4428/22 4430/5
4431/18 4432/22
4433/8 4434/24
4436/19 4446/2
4447/14 4447/14
4447/20 4448/15
4448/15 4451/20
4454/2 4455/10
4456/11 4456/15
4457/6 4458/4 4460/4
4460/6 4461/17
4461/25 4463/3
4464/24 4465/8
4466/23 4468/20
4470/3 4470/6 4470/21
4470/25 4471/9
4471/16
**somebody [17]** 4328/9
4329/22 4337/9
4341/15 4369/22
4371/15 4372/2 4390/2
4410/18 4417/8
4420/10 4429/9
4435/11 4443/1
4448/16 4451/16
4471/9
**somebody's [1]**
4412/25
**somehow [2]** 4330/5
4409/16
**someone [3]** 4343/1
4424/16 4469/12
**something [60]**
4317/14 4321/12
4326/15 4328/9
4334/10 4337/24
4353/24 4355/23
4358/18 4364/16
4365/10 4369/18
4369/23 4370/5
4370/16 4371/7 4377/7
4378/3 4379/16 4390/2
4391/19 4391/19
4391/20 4392/23
4395/3 4401/2 4403/23
4407/2 4408/15
4408/15 4408/21
4410/5 4410/16

4440/19 4441/20
4414/23 4416/19
4416/21 4420/10
4420/11 4421/10
4421/11 4427/4
4427/19 4428/7
4432/16 4433/12
4434/3 4435/9 4435/12
4440/21 4441/9 4442/7
4446/10 4447/15
4448/8 4449/9 4455/24
4461/23 4472/21
**something -- some [1]**
4370/16
**sometimes [4]**
4367/22 4440/9
4442/22 4457/14
**somewhat [3]** 4331/1
4349/7 4393/25
**somewhere [1]**
4434/24
**soon [1]** 4407/19
**sophisticated [4]**
4427/2 4427/7 4427/8
4427/9
**sorry [26]** 4346/21
4347/17 4359/2 4367/8
4386/9 4386/13
4386/13 4391/8 4397/4
4399/7 4402/18
4404/10 4412/12
4419/17 4420/19
4421/16 4428/25
4431/14 4441/1 4441/4
4443/16 4457/23
4459/25 4460/2 4461/2
4463/9
**sort [31]** 4320/17
4325/25 4346/5 4365/4
4368/19 4401/23
4403/1 4412/22 4414/9
4414/19 4420/20
4420/22 4426/9
4429/11 4431/12
4432/25 4437/17
4438/17 4440/12
4443/7 4443/20 4445/9
4445/13 4450/22
4459/14 4466/2 4466/3
4470/10 4470/16
4471/5 4471/19
**sought [1]** 4375/24
**sound [2]** 4319/25
4369/13
**sounds [2]** 4382/25

**sounds... [1]** 4383/6
**source [2]** 4320/24
4460/5
**sourced [1]** 4391/15
**sources [1]** 4436/22
**South [1]** 4314/14
**space [6]** 4327/23
4404/22 4406/12
4429/11 4449/15
4454/6
**spam [1]** 4435/9
**speak [1]** 4399/8
**speaking [1]** 4460/13
**specific [5]** 4409/15
4411/5 4422/1 4422/11
4425/10
**specifically [7]** 4340/1
4388/16 4406/16
4435/6 4436/5 4456/17
4458/5
**spell [2]** 4399/8
4399/8
**spend [10]** 4417/13
4417/25 4418/1 4418/8
4443/8 4452/13 4457/3
4457/5 4457/21 4458/1
**spender [1]** 4417/14
**spending [4]** 4427/15
4427/19 4441/19
4443/4
**spends [1]** 4449/9
**spikes [1]** 4435/9
**spoke [2]** 4458/2
4458/9
**spot [1]** 4457/10
**square [1]** 4386/22
**squelched [1]** 4336/23
**Srinivasan [1]**
4462/22
**Ss [1]** 4441/9
**St [1]** 4315/4
**stack [14]** 4400/25
4442/15 4458/17
4458/21 4460/9
4460/11 4460/12
4460/16 4460/18
4460/19 4460/24
4460/25 4462/12
4464/7
**stacked [1]** 4387/13
**stacks [1]** 4417/17
**stand [2]** 4323/13
4398/24

**standard [5]** 4323/7
4369/24 4423/23
4424/6 4469/5
**stands [2]** 4411/18
4459/9
**Stanford [1]** 4399/15
**start [11]** 4332/4
4334/8 4373/4 4390/16
4401/8 4401/14
4406/10 4406/10
4406/11 4451/6
4462/17
**start-ups [1]** 4406/11
**started [5]** 4375/21
4382/5 4400/4 4406/13
4452/4
**starting [3]** 4318/24
4400/19 4403/9
**starts [1]** 4392/14
**state [5]** 4314/20
4346/9 4385/14 4399/4
4425/1
**stated [1]** 4354/12
**statement [6]** 4321/2
4324/15 4331/8
4388/19 4410/19
4444/11
**states [10]** 4314/1
4314/3 4314/10
4331/19 4332/2 4344/6
4345/6 4381/16 4398/6
4398/8
**static [1]** 4318/21
**statistics [1]** 4399/15
**status [2]** 4324/12
4325/24
**stay [1]** 4449/17
**staying [1]** 4473/22
**stenography [1]**
4315/13
**step [3]** 4334/1
4335/13 4335/19
**stepped [1]** 4466/20
**still [23]** 4322/25
4323/7 4323/14
4324/13 4324/16
4325/7 4326/3 4330/13
4330/21 4338/4
4348/14 4348/15
4349/8 4349/22
4355/18 4358/11
4358/12 4372/15
4374/13 4374/13
4440/4 4451/19
4468/19

**still — partners [1]**
4374/13
**stop [1]** 4342/3
**storage [1]** 4421/3
**store [10]** 4410/2
4410/5 4411/12 4412/3
4416/7 4436/2 4436/25
4437/2 4437/5 4459/12
**stored [2]** 4412/8
4464/25
**stories [1]** 4419/2
**story [2]** 4354/6
4365/19
**straightforward [1]**
4412/2
**strange [1]** 4438/17
**strategies [1]** 4422/11
**strategy [2]** 4368/23
4422/10
**stream [2]** 4424/5
4432/9
**Street [2]** 4314/14
4314/18
**strength [4]** 4353/18
4426/12 4432/19
4432/20
**stress [1]** 4347/13
**strictly [1]** 4470/22
**strike [3]** 4321/14
4403/3 4470/5
**strip [1]** 4413/5
**strong [1]** 4337/14
**stronger [1]** 4365/10
**struck [1]** 4469/15
**structural [2]** 4386/2
4395/2
**structure [3]** 4325/6
4412/5 4452/21
**structured [1]** 4348/4
**studied [3]** 4329/18
4329/22 4364/3
**study [3]** 4330/11
4381/3 4381/4
**stuff [9]** 4321/9
4350/11 4372/20
4372/21 4413/1
4414/22 4440/22
4447/18 4466/4
**stylized [1]** 4459/14
**subject [1]** 4468/3
**submissions [1]**
4469/1
**submit [2]** 4450/16
4467/12
**subscription [1]**

**subsequent [1]**
4334/1
**subsidizing [1]**
4363/20
**substantial [4]** 4329/6
4342/6 4390/6 4455/2
**substantially [1]**
4454/20
**substantive [1]**
4354/12
**substitute [2]** 4361/21
4396/10
**succeed [3]** 4326/21
4330/4 4360/9
**success [3]** 4338/11
4339/22 4339/25
**successful [3]** 4385/1
4393/4 4395/11
**such [6]** 4321/22
4351/24 4365/24
4372/24 4439/6
4471/17
**sufficient [3]** 4333/12
4356/13 4377/9
**sufficiently [5]**
4356/10 4356/12
4356/14 4357/2
4395/11
**Suite [1]** 4314/24
**summary [9]** 4329/22
4346/19 4350/21
4469/21 4470/5 4470/6
4470/9 4472/1 4472/3
**summer [2]** 4399/23
4399/24
**super [4]** 4419/12
4427/1 4431/11 4443/1
**super-precious [1]**
4419/12
**superior [1]** 4329/12
**supplies [1]** 4417/9
**support [4]** 4365/24
4378/9 4406/1 4473/8
**supposed [2]** 4446/8
4463/6
**sure [53]** 4318/10
4325/22 4326/11
4329/23 4332/21
4333/10 4334/2 4344/2
4344/4 4356/16
4356/17 4356/24
4360/19 4360/22
4364/13 4368/14
4370/6 4371/17

**S**

**sure... [35]** 4375/14
4375/14 4375/16
4375/23 4376/5
4376/13 4379/18
4380/16 4382/6 4386/6
4386/17 4388/10
4389/11 4398/19
4400/3 4402/25 4403/7
4409/8 4411/7 4413/6
4414/19 4415/5
4416/17 4418/23
4420/1 4420/22
4426/17 4434/24
4435/6 4436/7 4439/14
4451/20 4460/3
4471/15 4472/8
**sweepstake [1]**
4360/24
**sweet [1]** 4457/10
**switch [2]** 4377/15
4397/4
**Symantec [1]** 4439/15
**syndicated [1]**
4449/22
**syndication [10]**
4363/13 4364/5
4377/14 4378/7
4449/20 4450/7
4450/10 4454/12
4454/13 4454/17
**syntactic [3]** 4439/19
4439/22 4443/12
**synthetic [9]** 4450/11
4450/16 4450/25
4451/5 4451/11
4451/15 4451/17
4451/18 4451/21
**system [12]** 4383/21
4405/21 4411/19
4435/6 4436/10 4442/8
4444/18 4444/18
4447/4 4448/13
4452/13 4452/17
**systems [7]** 4352/19
4411/12 4411/14
4435/7 4445/20 4446/7
4449/4

**T**

**tab [4]** 4339/7 4339/8
4339/10 4345/21
**table [4]** 4325/18
4338/5 4346/5 4373/14

**take [33]** 4324/12
4325/3 4325/6 4327/4
4328/10 4328/10
4345/4 4348/6 4350/24
4351/19 4351/21
4360/17 4363/6
4367/15 4369/6 4380/7
4388/16 4389/10
4394/15 4394/18
4398/1 4404/9 4433/25
4447/8 4448/16 4451/5
4451/22 4455/15
4456/5 4458/13 4463/8
4464/3 4466/24
**take-up [1]** 4360/17
**taken [1]** 4339/2
**takes [3]** 4393/11
4398/24 4445/9
**taking [5]** 4324/24
4405/7 4452/5 4471/7
4471/8
**talk [20]** 4332/2
4332/19 4348/3
4359/18 4360/2 4364/8
4366/4 4367/2 4367/19
4373/1 4377/4 4382/4
4406/16 4419/13
4427/22 4436/22
4446/10 4447/22
4455/8 4462/11
**talked [33]** 4317/20
4320/10 4321/5
4321/12 4325/1 4330/9
4333/16 4336/4
4343/24 4355/22
4360/22 4362/21
4364/14 4369/21
4377/16 4383/15
4390/5 4394/13
4394/25 4413/20
4415/5 4415/6 4416/6
4437/2 4437/13
4440/15 4450/1 4451/2
4457/19 4457/24
4458/16 4459/4 4459/5
**talking [15]** 4317/12
4319/20 4332/4
4347/23 4352/22
4361/3 4370/17
4371/21 4386/16
4388/11 4389/5 4390/7
4415/1 4431/15
4448/17
**talks [3]** 4320/4
4397/11 4407/12

**target [5]** 4415/12
4415/13 4415/21
4422/2 4422/6
**targeting [5]** 4402/12
4403/15 4403/16
4404/3 4405/15
**tax [1]** 4414/9
**teach [1]** 4424/5
**teacher [1]** 4424/9
**team [20]** 4399/20
4399/21 4400/5 4400/6
4400/6 4400/7 4400/8
4405/3 4432/21
4447/22 4448/5 4448/6
4448/7 4452/12
4454/12 4454/17
4455/3 4455/6 4455/6
4466/3
**teams [2]** 4455/1
4466/5
**technical [9]** 4318/6
4318/8 4318/10 4444/8
4444/20 4448/1
4448/12 4459/2
4459/11
**technically [1]**
4450/21
**technique [1]** 4423/22
**techniques [3]** 4424/7
4424/11 4451/3
**technological [1]**
4424/15
**technology [3]**
4314/17 4400/21
4458/25
**tell [12]** 4321/1
4328/13 4337/1
4387/17 4401/4 4403/9
4403/14 4403/18
4415/17 4415/21
4432/19 4440/6
**telling [2]** 4337/24
4416/1
**tells [4]** 4329/20
4342/22 4377/25
4428/19
**tend [1]** 4393/15
**term [15]** 4326/1
4326/2 4326/2 4336/24
4337/4 4428/5 4429/1
4429/1 4430/8 4430/9
4430/13 4432/5 4459/7
4464/1 4465/22
**terms [16]** 4323/2
4323/3 4323/3 4326/19

4327/4 4355/15
4359/18 4414/17
4420/23 4421/1
4430/14 4433/14
4450/18 4453/11
4454/6 4472/1
**terrible [1]** 4432/6
**terribly [1]** 4376/13
**Terrific [3]** 4467/13
4467/24 4468/23
**test [23]** 4332/17
4333/5 4335/7 4342/5
4345/2 4352/4 4352/5
4352/7 4355/23
4355/25 4356/1 4356/4
4356/9 4358/24
4359/19 4361/17
4361/21 4361/24
4362/1 4362/7 4396/7
4428/4 4429/8
**testified [6]** 4343/8
4343/10 4358/23
4364/16 4382/19
4383/1
**testify [2]** 4322/6
4343/19
**testimony [26]** 4319/2
4319/21 4343/22
4345/10 4345/12
4345/21 4345/24
4364/17 4367/3 4369/7
4384/20 4388/6
4388/10 4398/16
4400/10 4466/18
4469/13 4469/15
4469/19 4469/20
4470/8 4470/12
4470/15 4470/22
4473/7 4473/9
**tests [1]** 4357/8
**text [13]** 4357/3
4386/23 4386/24
4429/23 4438/6
4438/11 4444/6 4444/9
4445/1 4454/12
4454/16 4460/19
4460/25
**than [36]** 4317/21
4322/2 4326/4 4327/18
4331/1 4335/23
4335/24 4342/23
4350/3 4355/14
4358/18 4360/14
4362/11 4362/24
4363/1 4366/3 4367/16

**T**

**than... [19]** 4368/17 4369/16 4370/11 4370/23 4372/11 4374/21 4375/8 4381/20 4382/22 4385/18 4418/5 4422/4 4427/13 4428/7 4430/9 4448/13 4457/7 4461/9 4461/22

**thank [41]** 4317/4 4328/17 4331/13 4331/18 4339/17 4376/17 4381/25 4385/11 4385/13 4386/19 4388/5 4388/18 4389/1 4394/24 4395/23 4395/25 4398/13 4398/16 4399/1 4410/7 4421/13 4422/22 4429/16 4453/9 4453/19 4453/25 4463/16 4466/10 4466/18 4467/13 4467/16 4467/19 4469/1 4472/12 4472/22 4472/24 4473/19 4473/20 4473/22 4473/24 4473/25

**Thanks [1]** 4381/21
**Thanos [1]** 4363/4
**that [855]**
**that -- and [1]** 4319/15
**that -- any [1]** 4444/18
**that -- I [1]** 4374/10
**that -- I'm [1]** 4370/19
**that -- within [1]** 4323/17

**that's [143]** 4318/3 4324/5 4326/24 4327/24 4328/6 4328/15 4329/2 4329/22 4332/11 4334/1 4334/19 4335/2 4335/4 4335/4 4335/12 4335/16 4336/21 4337/23 4338/4 4340/2 4340/25 4341/6 4341/8 4341/17 4341/17 4341/18 4347/15 4350/7 4350/9 4350/20 4352/12 4353/1 4353/8

4354/7 4354/15 4354/16 4356/4 4356/15 4356/24 4357/8 4357/10 4358/7 4359/1 4361/4 4361/6 4362/19 4363/16 4363/25 4364/6 4365/2 4365/19 4368/4 4368/14 4368/15 4369/5 4369/5 4369/15 4369/16 4371/2 4371/10 4371/15 4371/22 4372/4 4372/5 4372/6 4372/7 4372/9 4372/18 4373/15 4374/6 4375/4 4375/19 4376/2 4377/2 4377/11 4377/24 4378/7 4379/5 4379/5 4380/4 4382/24 4383/23 4384/5 4384/6 4384/22 4391/2 4391/17 4392/12 4392/23 4393/5 4394/21 4395/13 4395/18 4396/12 4400/25 4404/2 4404/11 4405/6 4407/13 4408/21 4409/5 4410/5 4412/5 4414/1 4414/1 4414/22 4417/5 4418/18 4419/8 4419/13 4422/10 4423/13 4424/6 4428/18 4429/24 4430/21 4431/24 4437/16 4438/14 4438/21 4440/19 4442/21 4447/20 4454/25 4456/2 4457/15 4460/5 4461/7 4462/5 4464/2 4465/24 4466/10 4467/5 4470/2 4470/13 4471/6 4471/7 4471/15 4471/20 4472/1 4472/5 4472/5 4472/23

**that's -- 2005 [1]** 4329/2
**that's -- that [1]** 4405/6

**their [63]** 4318/18 4323/3 4327/2 4329/7 4329/12 4329/16 4330/16 4330/20 4332/11 4342/3

4344/14 4344/20 4355/3 4360/24 4361/8 4365/22 4365/24 4374/8 4380/20 4380/21 4393/4 4394/9 4406/21 4407/1 4407/15 4407/23 4408/2 4412/17 4414/15 4415/16 4415/22 4416/3 4416/3 4416/8 4418/15 4418/20 4418/22 4421/6 4421/10 4422/5 4422/10 4422/11 4422/11 4422/12 4427/18 4427/18 4430/20 4432/17 4435/19 4436/9 4436/10 4436/15 4438/2 4440/12 4440/15 4440/23 4442/21 4447/9 4449/7 4449/12 4457/21 4457/25 4460/5

**theirs [1]** 4342/15
**them [60]** 4317/24 4324/22 4327/9 4327/25 4328/5 4328/11 4328/12 4333/7 4336/3 4336/7 4338/13 4339/24 4341/16 4345/6 4346/19 4349/17 4355/14 4358/10 4359/1 4363/23 4363/24 4364/22 4364/23 4365/10 4365/11 4374/8 4376/25 4380/21 4388/25 4398/10 4401/1 4401/2 4401/4 4404/24 4406/1 4410/15 4419/9 4419/13 4419/14 4420/24 4423/13 4423/16 4427/16 4430/2 4430/21 4440/11 4443/10 4446/13 4446/14 4449/16 4449/16 4450/15 4457/8 4457/15 4459/4 4459/6 4461/18 4466/9 4469/2 4472/16

**themself [1]** 4425/7

**themselves [2]** 4348/17 4357/8

**then [72]** 4323/2 4324/5 4325/14 4329/8 4330/5 4333/20 4335/18 4348/2 4349/9 4349/25 4353/5 4378/19 4378/20 4381/6 4382/15 4383/14 4390/17 4390/21 4390/25 4394/19 4399/23 4403/18 4404/20 4404/21 4404/22 4405/18 4405/25 4407/25 4408/3 4411/6 4414/11 4415/19 4416/5 4416/7 4422/16 4423/8 4423/16 4425/23 4428/13 4428/15 4428/20 4428/24 4429/13 4429/14 4430/6 4430/11 4430/20 4430/23 4431/9 4431/21 4434/2 4435/1 4438/14 4439/20 4441/11 4443/12 4444/20 4448/12 4450/9 4451/7 4451/10 4451/11 4453/5 4453/21 4456/10 4463/23 4464/14 4466/24 4468/5 4470/12 4470/14 4472/20

**theorize [1]** 4356/5
**theory [4]** 4354/22 4354/24 4356/8 4377/20

**there [131]** 4321/4 4321/19 4323/17 4325/7 4325/10 4325/14 4329/1 4329/3 4329/3 4329/16 4329/25 4329/25 4330/21 4332/20 4333/23 4336/12 4336/25 4337/17 4337/21 4338/2 4338/7 4338/8 4338/15 4338/15 4340/13 4341/24 4342/6 4342/18 4344/11 4344/18 4345/6

4518

**there... [100]** 4346/19 4347/5 4347/15 4349/9 4350/4 4351/20 4352/15 4352/22 4353/4 4353/22 4354/3 4355/9 4356/22 4356/24 4359/7 4359/24 4360/3 4360/15 4362/24 4364/18 4366/9 4369/1 4372/3 4372/4 4372/19 4374/2 4374/3 4375/4 4375/12 4375/22 4377/8 4379/12 4379/21 4379/22 4380/11 4380/12 4380/13 4380/13 4380/14 4380/24 4383/2 4386/21 4390/21 4394/8 4394/19 4394/22 4395/8 4395/9 4395/10 4402/16 4402/18 4402/20 4403/13 4404/24 4405/24 4405/25 4409/23 4411/14 4412/20 4413/11 4414/18 4414/19 4414/23 4416/7 4416/12 4417/12 4420/20 4420/23 4423/15 4423/22 4424/12 4424/15 4425/5 4426/3 4427/6 4427/18 4430/12 4433/8 4434/13 4435/5 4440/2 4441/18 4441/21 4445/13 4445/18 4445/23 4448/25 4451/18 4451/20 4453/8 4456/10 4460/6 4461/25 4465/15 4465/25 4469/25 4470/18 4471/9 4471/16 4473/21

**there -- you [1]** 4344/18

**there's [35]** 4317/23 4321/9 4328/14 4330/13 4337/24 4340/14 4340/16 4342/9 4346/5 4350/8 4356/20 4356/21 4374/22 4374/25 4378/18 4386/22 4387/4 4387/13 4392/18 4395/5 4411/6 4413/25 4414/22 4421/7 4421/7 4422/19 4422/19 4422/21 4426/3 4442/16 4450/22 4451/20 4451/23 4457/9 4461/15

**therefore [4]** 4332/13 4333/21 4337/21 4445/22

**these [50]** 4326/21 4333/5 4333/12 4333/17 4333/19 4334/4 4338/18 4347/1 4349/16 4357/24 4361/21 4362/4 4372/18 4378/13 4380/19 4380/22 4391/18 4391/21 4391/25 4403/11 4403/15 4403/16 4403/17 4403/20 4404/5 4405/4 4405/5 4405/19 4405/23 4415/13 4415/24 4422/2 4424/10 4424/10 4425/13 4426/18 4428/17 4430/24 4433/15 4436/4 4437/3 4437/7 4437/16 4445/5 4452/6 4459/12 4464/21 4464/24 4465/19 4466/5

**these -- on [1]** 4445/5
**they [224]**
**they -- as [1]** 4327/20
**they'll [1]** 4417/24
**they're [18]** 4340/16 4353/17 4363/16 4363/17 4371/14 4391/25 4402/25 4405/8 4405/9 4408/7 4415/19 4418/16 4418/20 4422/3 4422/4 4422/10 4427/15 4448/5

**they've [4]** 4329/14 4408/22 4415/20 4417/22

**thin [1]** 4344/3
**thing [32]** 4322/12 4322/13 4324/18 4326/20 4332/5 4337/13 4344/10 4346/14 4353/8 4359/11 4375/2 4381/9 4390/1 4409/6 4414/11 4418/25 4422/8 4422/9 4424/6 4424/8 4429/14 4430/7 4434/5 4440/14 4441/17 4442/24 4451/9 4451/10 4466/25 4468/4 4470/21 4471/1

**things [98]** 4318/11 4318/13 4320/12 4323/12 4325/7 4325/13 4327/3 4327/13 4329/5 4329/14 4329/21 4330/11 4333/17 4333/19 4334/11 4334/17 4334/22 4334/23 4337/5 4338/13 4338/14 4338/18 4342/10 4342/19 4347/12 4350/16 4353/4 4356/5 4356/25 4358/1 4359/7 4360/9 4360/15 4360/23 4360/25 4361/3 4363/21 4363/24 4364/18 4364/20 4371/3 4372/1 4372/1 4373/4 4374/17 4375/1 4375/13 4376/3 4380/14 4393/24 4394/14 4396/2 4401/25 4403/2 4403/17 4403/17 4404/4 4404/18 4404/19 4404/21 4405/5 4405/5 4405/19 4407/7 4407/9 4407/10 4413/10 4414/6 4414/20 4415/14 4416/13 4417/15 4418/21 4426/6 4426/13 4426/25 4429/9 4429/11 4429/11 4430/24 4440/2 4440/3 4446/13 4446/22 4447/6 4447/7 4447/20 4448/5

**think [237]**
**thinking [6]** 4337/22 4349/7 4370/20 4390/8 4447/19 4453/11
**thinks [1]** 4367/13
**third [2]** 4322/19 4350/24
**third-party [1]** 4322/19
**this [238]**
**this -- whatever [1]** 4334/14
**those [72]** 4318/4 4318/15 4319/24 4321/17 4322/8 4323/8 4325/19 4326/10 4328/20 4328/24 4329/9 4332/17 4333/16 4337/2 4337/4 4337/5 4337/13 4338/21 4342/15 4342/20 4342/23 4344/6 4344/20 4346/18 4346/25 4347/2 4348/6 4353/18 4353/22 4355/10 4355/12 4356/24 4359/9 4360/21 4361/2 4363/21 4366/17 4366/18 4366/20 4373/14 4377/16 4377/19 4378/9 4378/11 4388/3 4394/19 4394/20 4395/12 4398/6 4398/11 4407/25 4408/1 4415/15 4416/10 4417/4 4423/17 4424/7 4434/1 4436/6 4439/20 4445/19 4447/11 4449/7 4457/14 4459/16 4461/7 4461/15 4464/17 4464/17 4467/17 4471/14 4472/8

**those -- that's [1]** 4356/24
**though [8]** 4321/24 4371/17 4373/20 4382/25 4431/18 4434/7 4443/9 4469/23

**thought [11]** 4333/7 4336/17 4369/18 4370/5 4370/8 4381/16 4391/6 4391/7 4395/8 4432/23 4460/2
**thoughts [1]** 4407/2
**thousand [1]** 4405/24
**thousands [5]** 4406/3 4446/19 4448/3 4448/4 4448/18
**three [28]** 4319/4 4332/17 4332/20 4333/5 4333/5 4333/7 4333/8 4333/14 4333/17 4333/19 4334/4 4334/5 4335/2 4335/12 4335/15 4335/17 4335/18 4348/3 4352/4 4352/5 4352/7 4372/18 4379/16 4396/2 4415/7 4433/12 4435/4 4435/5
**three years [1]** 4379/16
**three-hour [2]** 4435/4 4435/5
**three-part [5]** 4332/17 4333/5 4352/4 4352/5 4352/7
**through [29]** 4325/1 4330/10 4338/13 4339/6 4339/23 4342/3 4342/13 4347/20 4352/9 4354/23 4370/10 4372/2 4387/5 4387/19 4402/13 4412/18 4413/23 4414/15 4419/9 4427/20 4433/11 4435/18 4435/21 4435/21 4438/3 4438/4 4446/2 4471/2 4473/23
**throughout [5]** 4319/2 4319/15 4319/21 4321/24 4329/2
**thus [1]** 4397/16
**tied [1]** 4388/2
**tightly [3]** 4354/3 4411/4 4416/2
**tilt [1]** 4365/4
**time [37]** 4325/3 4325/6 4326/4 4330/15 4331/11 4336/18

4344/10 4359/5 4365/3 4369/17 4376/9 4379/1 4379/15 4379/20 4385/18 4398/16 4399/24 4399/25 4405/10 4413/9 4417/21 4419/3 4427/20 4434/1 4434/4 4434/8 4434/8 4435/2 4435/8 4446/12 4449/9 4455/3 4463/9 4465/3 4466/18 4468/20 4472/15
**timely [1]** 4469/15
**times [13]** 4375/5 4376/6 4395/15 4407/2 4407/9 4415/15 4428/8 4428/10 4428/11 4428/23 4433/11 4433/12 4434/1
**timing [1]** 4381/13
**timings [1]** 4357/17
**tiny [1]** 4442/3
**title [1]** 4462/19
**today [31]** 4317/8 4319/17 4321/12 4332/3 4337/14 4340/23 4347/10 4347/23 4348/12 4349/6 4349/22 4354/18 4362/25 4363/2 4367/2 4367/14 4368/10 4368/12 4370/5 4371/18 4372/12 4374/12 4394/13 4395/15 4397/23 4400/10 4439/22 4453/16 4454/3 4469/2 4469/18
**today's [2]** 4325/20 4367/18
**together [2]** 4385/19 4452/6
**told [3]** 4384/23 4426/3 4427/11
**tomorrow [2]** 4468/14 4468/21
**tonight [1]** 4468/8
**tons [3]** 4432/8 4452/14 4452/15
**tons -- like [1]** 4452/15
**too [12]** 4331/7 4331/9 4338/3 4340/2 4355/13 4359/10 4363/7 4371/15 4405/13

4445/13
**took [1]** 4469/2
**tool [3]** 4392/20 4436/22 4437/20
**tools [1]** 4392/7
**toothpaste [1]** 4338/3
**top [12]** 4317/15 4371/1 4382/14 4387/4 4387/11 4387/12 4428/23 4430/5 4456/6 4456/9 4459/16 4463/19
**topic [5]** 4355/22 4364/8 4381/11 4382/4 4473/9
**topics [4]** 4343/6 4355/20 4367/19 4455/7
**topmost [2]** 4428/23 4430/6
**total [4]** 4375/18 4387/12 4387/14 4388/23
**totally [1]** 4442/18
**tough [4]** 4318/12 4318/22 4318/22 4396/15
**traffic [2]** 4418/20 4436/9
**train [11]** 4402/11 4403/2 4404/14 4411/13 4417/20 4424/10 4459/23 4460/3 4460/4 4460/7 4461/6
**trained [6]** 4460/19 4460/25 4461/18 4462/2 4464/21 4465/19
**training [4]** 4405/8 4406/2 4461/7 4465/8
**transaction [1]** 4410/19
**transactions [2]** 4359/3 4370/4
**transcript [3]** 4314/9 4315/13 4475/4
**transcription [1]** 4315/13
**transient [1]** 4446/11
**translate [1]** 4326/1
**transparency [1]** 4425/21
**travels [2]** 4398/17

**treat [1]** 4334/20
**tree [1]** 4432/25
**trees [1]** 4362/18
**Trent [4]** 4314/16 4316/9 4453/11 4454/1
**trial [2]** 4321/24 4329/2
**trickier [1]** 4368/17
**tried [5]** 4340/23 4354/16 4360/4 4367/2 4408/15
**tries [1]** 4451/10
**trigger [2]** 4395/10 4395/13
**triggered [1]** 4428/16
**triggers [1]** 4395/9
**triple [1]** 4391/13
**troubling [1]** 4384/13
**true [6]** 4336/21 4366/2 4427/11 4443/25 4470/1 4475/4
**try [15]** 4319/3 4322/10 4332/12 4356/7 4360/12 4363/18 4391/10 4397/24 4409/20 4416/11 4416/22 4424/11 4435/12 4443/5 4443/8
**trying [12]** 4319/17 4321/19 4334/22 4350/16 4360/7 4363/16 4389/11 4406/12 4413/6 4441/16 4449/4 4452/13
**tube [1]** 4338/4
**Tuesday [1]** 4473/3
**turn [16]** 4346/4 4346/18 4349/9 4362/20 4369/18 4378/4 4382/14 4392/13 4402/5 4423/1 4434/11 4435/14 4437/23 4450/9 4462/9 4463/17
**turning [3]** 4324/7 4382/11 4413/16
**two [33]** 4321/20 4334/6 4338/21 4338/22 4377/16 4378/5 4382/8 4382/15 4386/22 4394/19 4395/5 4395/8 4395/12

4520

**T**

**two... [20]** 4395/18
4411/14 4411/16
4434/8 4440/2 4440/3
4441/9 4445/9 4445/16
4446/22 4448/17
4459/4 4465/13 4468/2
4468/6 4468/7 4469/22
4470/3 4471/14
4471/18
**two -- as [1]** 4395/5
**two cents [1]** 4434/8
**two hours [2]** 4468/6
4468/7
**type [13]** 4320/6
4321/13 4332/8
4338/14 4350/13
4350/14 4362/11
4426/9 4428/19 4430/4
4439/20 4445/24
4464/17
**types [6]** 4348/8
4395/8 4407/21 4415/3
4424/15 4458/24
**typically [1]** 4408/7
**typing [1]** 4440/11

**U**

**U.S [1]** 4314/16
**Uh [6]** 4345/18
4357/12 4370/24
4371/5 4377/18 4462/4
**Uh-huh [6]** 4345/18
4357/12 4370/24
4371/5 4377/18 4462/4
**UIs [1]** 4404/23
**ultimately [2]** 4328/13
4330/22
**Um [2]** 4438/17
4472/13
**Um -- one [1]** 4472/13
**unaggregated [3]**
4430/24 4433/20
4437/16
**unbelievable [1]**
4419/5
**uncertainty [1]** 4386/1
**unclicked [7]** 4430/16
4431/1 4431/4 4431/22
4432/1 4432/1 4432/3
**unconditional [4]**
4367/22 4368/3 4368/5
4368/16
**under [19]** 4318/5

4320/7 4323/5 4336/24
4341/20 4342/5
4350/19 4354/14
4364/4 4366/11
4366/23 4381/14
4382/8 4398/24 4401/9
4402/10 4406/4
4454/25 4468/6
**undercut [1]** 4384/1
**underlying [1]**
4437/15
**undermine [1]**
4317/18
**understand [33]**
4342/17 4352/25
4357/20 4360/11
4371/23 4372/14
4376/19 4378/24
4389/11 4401/11
4401/20 4405/19
4417/20 4423/5 4429/1
4431/14 4431/16
4436/9 4438/7 4438/10
4438/15 4439/12
4444/15 4445/6
4446/13 4447/22
4449/24 4454/5 4457/6
4458/19 4459/20
4459/22 4471/16
**understanding [20]**
4318/5 4318/8 4323/6
4329/11 4344/19
4370/20 4373/15
4398/5 4401/11 4406/6
4423/11 4433/21
4433/22 4439/18
4444/16 4445/8
4450/11 4450/14
4450/17 4459/11
**understood [1]** 4360/8
**undertaking [1]**
4448/11
**unfettering [1]** 4319/6
**unhappy [1]** 4447/17
**unique [4]** 4318/4
4356/25 4392/15
4422/18
**uniquely [1]** 4322/1
**Unit [1]** 4314/22
**UNITED [5]** 4314/1
4314/3 4314/10
4331/19 4332/2
**United States [1]**
4332/2
**unlawful [2]** 4342/15

**unless [5]** 4421/20
4436/13 4443/23
4448/8 4471/16
**unsafe [1]** 4393/8
**until [5]** 4356/7 4363/7
4399/24 4435/12
4451/13
**unwind [2]** 4337/11
4338/3
**unwinds [1]** 4338/12
**up [42]** 4317/5
4328/19 4330/16
4330/25 4331/1 4331/3
4332/21 4332/23
4333/8 4337/5 4337/19
4339/6 4349/13 4357/4
4357/24 4360/17
4375/1 4375/21
4380/19 4397/6
4398/18 4399/8 4400/5
4408/11 4415/6
4416/17 4417/17
4418/16 4418/17
4433/5 4433/6 4441/17
4442/3 4446/2 4452/17
4455/10 4455/16
4462/6 4462/18 4467/5
4467/14 4473/7
**upkeep [1]** 4454/21
**upload [2]** 4436/16
4442/19
**upon [5]** 4344/7
4383/9 4384/1 4384/17
4470/5
**ups [1]** 4406/11
**upstream [1]** 4445/19
**URLs [1]** 4407/24
**us [32]** 4329/21
4350/12 4350/18
4377/25 4378/5 4402/4
4403/22 4405/20
4409/13 4409/22
4410/14 4415/11
4415/11 4415/14
4415/16 4415/16
4415/17 4415/18
4415/21 4415/21
4415/25 4416/1 4416/6
4416/10 4419/12
4419/23 4420/1 4420/3
4420/12 4426/11
4468/1 4472/9
**usage [2]** 4431/13
4442/21

**use [49]** 4319/13
4320/13 4342/23
4355/16 4358/13
4358/16 4359/20
4359/24 4365/6
4373/20 4378/19
4382/21 4386/8
4391/24 4392/10
4393/15 4400/20
4407/22 4408/10
4410/4 4411/10 4414/7
4416/8 4417/19
4417/22 4420/21
4420/23 4423/16
4423/19 4425/15
4426/23 4427/2 4437/3
4437/20 4439/11
4440/14 4440/22
4440/25 4441/23
4441/24 4442/25
4449/8 4451/3 4460/11
4461/18 4461/19
4461/21 4466/9
4468/21
**used [22]** 4365/21
4402/2 4402/10
4402/11 4402/16
4403/2 4403/25
4411/12 4412/5 4425/2
4425/11 4425/11
4427/7 4435/25
4440/14 4440/22
4445/1 4458/24
4461/18 4461/25
4462/1 4466/16
**useful [12]** 4376/13
4391/21 4393/5 4414/4
4421/19 4421/25
4440/1 4443/1 4443/2
4443/4 4449/13
4451/23
**usefulness [1]**
4384/12
**user [55]** 4329/4
4329/17 4330/2
4400/20 4400/21
4400/22 4401/1 4401/1
4403/15 4404/18
4407/14 4407/21
4408/1 4408/5 4408/5
4408/25 4410/12
4410/16 4410/22
4411/22 4411/25
4412/2 4412/3 4412/4
4412/7 4412/9 4412/17

**U**

**user... [28]** 4412/24 4413/13 4413/16 4413/17 4413/20 4420/6 4420/8 4420/14 4420/17 4422/24 4425/10 4428/6 4429/1 4429/13 4436/11 4436/18 4443/13 4443/21 4449/9 4450/2 4460/20 4461/1 4461/8 4461/13 4464/21 4464/25 4465/6 4465/20
**user's [1]** 4412/14
**user-level [1]** 4412/2
**users [28]** 4317/24 4327/2 4359/23 4360/1 4360/1 4360/23 4361/11 4362/18 4362/22 4363/1 4363/8 4390/6 4391/1 4391/20 4392/4 4393/15 4393/19 4402/4 4405/12 4410/3 4413/22 4415/12 4416/10 4420/8 4427/1 4428/8 4436/13 4447/5
**users' [1]** 4406/21
**uses [4]** 4402/20 4418/8 4461/16 4465/8
**using [14]** 4325/10 4330/9 4330/16 4335/15 4363/5 4378/6 4393/8 4403/13 4403/21 4405/9 4424/10 4440/24 4443/2 4457/7
**usually [7]** 4368/2 4369/23 4369/24 4370/3 4403/19 4415/13 4418/4
**utility [1]** 4414/1

**V**

**v. [1]** 4398/6
**v. Microsoft [1]** 4398/6
**V.C [1]** 4395/1
**valuable [5]** 4317/24 4327/13 4363/22 4394/23 4420/10
**value [28]** 4326/17 4327/18 4328/3 4328/5

4328/6 4329/16 4387/6 4388/25 4390/6 4393/19 4393/22 4401/5 4408/11 4414/5 4416/18 4416/23 4417/12 4417/20 4419/14 4420/9 4420/13 4430/8 4430/9 4430/13 4435/23 4440/22 4441/2 4457/6
**valuing [1]** 4417/17
**variation [3]** 4417/6 4439/9 4442/19
**various [10]** 4332/4 4375/6 4375/12 4387/14 4404/15 4406/1 4416/12 4426/5 4433/15 4470/23
**vary [1]** 4416/23
**vast [2]** 4403/20 4418/9
**Verizon [3]** 4376/6 4376/10 4388/7
**version [2]** 4371/21 4422/20
**versus [4]** 4427/7 4453/3 4457/5 4457/10
**very [51]** 4318/12 4318/18 4322/4 4324/21 4326/13 4327/6 4335/16 4374/8 4376/16 4385/1 4392/2 4393/15 4396/2 4396/12 4398/16 4407/3 4407/9 4408/5 4410/23 4412/23 4413/2 4415/25 4416/2 4416/17 4418/24 4419/10 4422/1 4422/3 4422/11 4424/1 4424/2 4424/2 4427/10 4432/18 4434/17 4437/10 4442/20 4445/12 4448/14 4448/23 4449/15 4449/15 4451/13 4458/3 4459/1 4459/14 4465/7 4465/7 4473/5 4473/22 4473/24
**very -- is [1]** 4465/7
**veteran [1]** 4407/18
**VI [1]** 4402/5
**VI.E [5]** 4422/25 4423/5 4425/1 4425/3 4425/4

**via [3]** 4402/9 4409/22 4452/8
**vice [1]** 4399/19
**Vidhya [2]** 4462/22 4463/10
**view [15]** 4324/17 4329/22 4330/17 4342/15 4367/7 4367/9 4372/9 4372/24 4437/17 4437/19 4447/24 4448/21 4464/10 4471/10 4471/12
**viewed [1]** 4469/14
**VII [1]** 4402/10
**VIII [3]** 4402/10 4425/22 4469/20
**VIII.A [1]** 4427/22
**VIII.B [1]** 4439/1
**VIII.C [3]** 4435/14 4438/1 4438/8
**VIII.D [1]** 4444/4
**violate [1]** 4341/22
**violating [1]** 4469/16
**violation [2]** 4340/21 4341/10
**virtual [1]** 4392/10
**virtually [1]** 4335/25
**virtue [1]** 4367/7
**visit [2]** 4408/7 4410/2
**visited [1]** 4408/14
**visiting [1]** 4437/4
**visitor [2]** 4436/2 4437/2
**visits [2]** 4409/3 4416/7
**visualizes [1]** 4464/6
**voluntarily [1]** 4359/2
**VPN [3]** 4392/7 4392/10 4392/19
**vs [1]** 4314/5

**W**

**wait [1]** 4473/25
**wake [1]** 4380/22
**walk [1]** 4370/1
**Walmart [7]** 4417/3 4418/16 4418/24 4422/1 4422/8 4422/21 4422/21
**want [81]** 4317/6 4318/10 4321/13 4321/14 4321/15 4324/22 4327/24 4334/7 4334/12

4334/19 4334/24 4335/21 4338/6 4341/15 4341/25 4343/5 4350/7 4356/1 4356/2 4358/8 4358/9 4358/10 4358/13 4359/14 4363/6 4364/15 4367/12 4367/19 4369/18 4370/6 4371/7 4371/9 4371/13 4371/24 4375/10 4375/11 4375/20 4378/11 4382/4 4385/23 4386/12 4391/18 4394/18 4394/20 4394/23 4403/14 4403/19 4403/22 4404/7 4404/8 4407/4 4407/20 4413/21 4415/9 4415/9 4415/12 4415/13 4416/1 4416/17 4417/25 4420/1 4421/9 4421/22 4424/2 4429/5 4429/7 4434/25 4436/15 4439/18 4440/6 4441/11 4442/6 4447/20 4454/5 4455/7 4456/12 4457/12 4457/12 4457/13 4462/11 4463/18
**wanted [13]** 4320/13 4332/2 4344/6 4344/20 4345/7 4354/5 4374/20 4374/23 4375/1 4449/19 4457/20 4457/24 4466/15
**wants [4]** 4372/2 4401/14 4404/13 4406/9
**warranted [1]** 4325/19
**wary [1]** 4414/8
**was [91]** 4319/9 4320/3 4320/24 4321/13 4324/4 4329/4 4329/8 4331/17 4337/7 4338/11 4338/14 4338/15 4338/19 4339/22 4340/1 4342/6 4343/20 4343/21 4343/25 4344/1 4344/10 4345/4 4345/5 4347/5 4347/6 4347/15 4347/23 4348/13

W

**was... [63]** 4348/21
4351/15 4353/4
4353/13 4354/3
4355/22 4357/15
4361/17 4362/10
4362/24 4363/10
4364/18 4365/2 4365/3
4365/3 4369/10 4375/8
4376/10 4377/23
4378/22 4379/7
4379/17 4381/5 4383/3
4385/1 4389/12 4390/8
4390/11 4395/9 4395/9
4397/4 4399/23
4403/19 4409/21
4419/24 4425/1
4426/11 4428/11
4428/14 4431/23
4432/23 4434/2 4434/7
4434/8 4440/15 4441/3
4455/3 4456/11 4458/3
4463/10 4463/11
4463/13 4467/23
4469/14 4469/18
4470/8 4470/9 4470/22
4472/3 4472/19
4472/21 4473/8
4473/18
**was -- you [1]** 4364/18
**Washington [4]**
4314/7 4314/18 4315/5
4315/9
**wasn't [4]** 4329/3
4329/3 4432/23
4469/23
**watch [1]** 4431/10
**way [57]** 4320/19
4320/20 4321/21
4324/24 4325/13
4326/20 4327/3
4328/25 4333/9
4336/14 4337/11
4339/16 4341/16
4342/25 4343/4
4343/11 4351/24
4352/8 4352/25
4353/14 4355/25
4356/3 4357/18
4360/11 4361/4
4361/13 4362/2
4362/10 4363/6
4363/23 4363/24
4365/20 4366/2

4368/20 4370/5 4371/6
4371/10 4375/11
4390/1 4394/6 4395/21
4396/13 4400/5 4403/7
4413/2 4430/25 4431/7
4431/18 4433/3
4436/12 4438/17
4438/19 4441/3 4441/5
4452/20 4452/20
4459/14
**ways [18]** 4321/7
4321/7 4321/8 4321/10
4341/5 4342/11
4361/22 4362/1 4371/4
4406/1 4413/9 4416/7
4422/6 4422/13
4433/15 4437/3 4459/5
4459/6
**ways -- a [1]** 4321/7
**we [276]**
**we'd [1]** 4450/20
**we're [14]** 4328/1
4328/2 4344/4 4357/6
4386/16 4405/6
4405/18 4413/22
4418/4 4419/9 4444/23
4448/17 4465/13
4465/14
**we've [15]** 4321/24
4322/5 4327/20
4338/12 4345/21
4413/20 4417/18
4417/21 4419/9
4422/24 4430/2
4449/14 4454/23
4466/23 4473/4
**web [5]** 4365/23
4390/13 4391/21
4392/6 4393/17
**website [14]** 4361/14
4393/8 4408/14
4408/20 4408/21
4409/1 4409/12
4409/19 4409/22
4415/17 4415/17
4436/9 4436/9 4449/9
**websites [3]** 4408/6
4408/7 4449/12
**weed [1]** 4449/5
**week [2]** 4398/21
4427/19
**weeks [1]** 4336/17
**weight [1]** 4384/19
**weird [1]** 4369/21
**welcome [3]** 4382/2

4382/3 4396/23
**welfare [18]** 4319/14
4341/1 4341/15 4347/7
4347/20 4348/4
4348/19 4349/2
4349/19 4349/25
4350/1 4350/2 4350/9
4350/17 4351/5
4351/25 4353/6
4353/15
**well [61]** 4325/14
4326/13 4329/14
4329/18 4330/1 4330/2
4331/6 4345/11 4352/5
4353/24 4354/1 4354/9
4355/6 4355/18
4357/23 4358/15
4360/6 4360/8 4361/10
4365/8 4366/16
4370/18 4374/15
4374/19 4376/8
4376/16 4379/2 4379/8
4380/11 4381/17
4382/7 4386/14
4388/22 4394/8 4395/5
4401/11 4401/16
4402/2 4403/3 4410/17
4413/3 4415/18
4418/14 4420/6 4422/4
4423/18 4426/25
4430/17 4431/5 4437/8
4438/17 4438/24
4440/1 4442/16
4445/20 4450/4
4450/22 4466/2 4467/6
4467/12 4471/12
**well-funded [1]**
4326/13
**went [2]** 4361/14
4376/24
**were [42]** 4317/12
4320/25 4329/7 4332/6
4334/4 4338/15 4340/4
4343/19 4344/11
4344/12 4344/14
4345/6 4346/25
4351/20 4353/22
4355/9 4355/12
4365/13 4368/9
4370/17 4379/14
4382/9 4384/24
4385/19 4390/7
4394/19 4395/8 4396/6
4398/7 4398/11
4411/24 4419/21

4431/2 4434/6 4434/15
4437/4 4443/11
4443/19 4449/8
4454/24 4458/8
4468/18
**weren't [2]** 4336/25
4353/22
**whack [2]** 4325/13
4451/13
**what [187]**
**what -- but [1]** 4365/3
**what's [11]** 4341/3
4356/9 4356/14
4367/22 4368/22
4387/17 4400/25
4412/8 4422/20 4437/9
4459/7
**whatever [14]** 4326/23
4334/14 4342/13
4355/2 4366/9 4368/1
4371/24 4378/10
4378/11 4407/3 4433/6
4433/7 4437/10
4440/19
**whatsoever [1]** 4447/3
**wheelhouse [2]**
4372/9 4372/23
**when [28]** 4328/14
4334/12 4342/20
4342/21 4342/25
4344/5 4355/18
4358/13 4359/19
4366/8 4369/22 4372/3
4390/6 4399/22
4399/24 4407/10
4408/6 4415/7 4420/9
4429/13 4429/14
4439/6 4439/8 4446/20
4446/23 4456/7
4457/12 4473/11
**when -- you [1]** 4372/3
**whenever [3]** 4317/2
4366/9 4429/9
**where [45]** 4317/25
4318/13 4318/14
4318/15 4324/12
4327/21 4334/8
4336/12 4336/24
4338/15 4341/25
4350/5 4350/18 4351/8
4352/1 4357/9 4358/20
4360/9 4365/19 4369/4
4371/18 4371/22
4371/25 4375/5 4382/4
4399/16 4403/14

**where... [18]** 4403/25 4408/1 4424/24 4432/22 4440/6 4440/16 4440/19 4445/25 4451/11 4451/23 4459/11 4459/16 4461/18 4461/19 4463/19 4469/3 4469/11 4470/15

**Whereas [3]** 4427/17 4430/15 4433/20

**whereby [1]** 4335/19

**whether [21]** 4318/5 4319/1 4328/20 4329/11 4352/17 4359/14 4374/23 4398/5 4398/7 4404/5 4404/16 4417/14 4420/25 4421/1 4425/2 4425/10 4429/25 4438/5 4445/2 4445/3 4447/13

**which [64]** 4317/22 4317/23 4317/24 4318/9 4320/12 4321/12 4324/2 4324/5 4324/20 4327/15 4330/16 4336/14 4336/23 4339/7 4339/8 4340/15 4341/25 4347/6 4350/19 4353/7 4353/7 4356/16 4356/22 4357/23 4359/7 4359/23 4362/2 4363/18 4367/14 4368/12 4368/23 4374/7 4375/13 4380/12 4386/7 4390/12 4390/13 4392/6 4392/14 4394/10 4395/1 4395/19 4396/13 4400/22 4401/13 4406/7 4408/3 4408/18 4413/16 4423/23 4427/21 4439/14 4440/21 4441/3 4441/18 4444/12 4444/24 4445/6 4445/10 4450/20 4452/7 4464/7 4466/16 4473/8

**while [4]** 4372/1 4400/6 4452/15 4454/12

**white [2]** 4317/5 4317/7

**who [32]** 4318/10 4326/13 4326/19 4326/23 4328/9 4329/22 4330/11 4330/22 4344/7 4344/12 4344/20 4345/6 4356/14 4360/6 4360/17 4395/18 4401/14 4406/1 4406/4 4408/6 4411/7 4414/17 4414/18 4415/9 4421/9 4448/13 4453/4 4457/20 4457/24 4458/9 4469/14 4471/10

**whoever [2]** 4394/22 4429/8

**whole [14]** 4327/10 4328/8 4328/10 4334/16 4334/19 4339/25 4354/6 4363/18 4365/2 4379/1 4405/21 4415/16 4460/20 4461/1

**whose [3]** 4464/19 4469/12 4469/15

**why [29]** 4320/24 4328/6 4332/21 4336/6 4343/5 4346/18 4350/21 4352/25 4353/8 4357/23 4363/5 4367/17 4372/5 4372/6 4380/7 4380/21 4394/8 4395/19 4404/3 4406/24 4412/10 4418/13 4431/3 4435/5 4438/21 4439/25 4444/11 4445/16 4472/5

**wide [1]** 4393/14

**widget [2]** 4320/6 4366/11

**will [61]** 4319/3 4325/4 4325/6 4325/10 4326/10 4327/1 4327/14 4331/13 4333/8 4333/20 4334/20 4339/14 4341/2 4351/21 4358/10 4358/13

4359/17 4362/21 4366/9 4367/24 4369/23 4381/16 4381/21 4386/2 4386/25 4403/22 4403/24 4411/22 4417/19 4427/22 4428/16 4429/12 4429/14 4439/8 4439/16 4439/16 4442/19 4443/7 4444/24 4445/1 4445/3 4447/4 4453/13 4454/2 4457/4 4462/16 4466/17 4466/24 4467/4 4467/22 4468/7 4468/12 4468/20 4469/3 4472/1 4472/3 4472/8 4472/9 4472/20 4473/16 4473/24

**WILLIAMS [1]** 4315/4

**willing [3]** 4368/17 4415/8 4415/19

**willingness [1]** 4326/12

**window [1]** 4418/14

**within [20]** 4320/20 4322/14 4322/17 4322/20 4322/21 4322/24 4322/25 4323/8 4323/12 4323/17 4323/19 4324/2 4324/2 4324/3 4324/4 4357/17 4358/20 4410/25 4455/3 4472/8

**without [13]** 4337/16 4337/17 4356/19 4356/20 4358/15 4359/13 4368/2 4380/2 4411/5 4417/9 4418/7 4420/13 4421/6

**witness [9]** 4316/3 4331/16 4389/17 4398/24 4453/9 4466/20 4467/23 4469/14 4473/23

**witnesses [1]** 4468/2

**won [1]** 4431/18

**won't [3]** 4358/10 4421/6 4453/14

**word [2]** 4369/6 4388/17

**wording [1]** 4348/15

**words [5]** 4317/17

4408/25 4429/6 4443/25 4470/23

**work [25]** 4319/13 4341/2 4349/2 4351/4 4353/8 4356/5 4360/10 4368/19 4370/4 4370/20 4372/25 4373/1 4382/5 4399/16 4399/20 4405/2 4405/3 4405/23 4407/6 4419/9 4447/24 4448/2 4450/18 4451/7 4453/2

**worked [3]** 4374/13 4399/24 4400/5

**working [6]** 4399/22 4405/12 4405/25 4427/13 4427/14 4454/9

**works [2]** 4355/18 4454/18

**world [48]** 4318/21 4318/22 4328/22 4329/10 4329/15 4337/14 4337/16 4337/16 4337/22 4338/17 4350/3 4352/22 4354/5 4355/17 4357/24 4360/9 4363/10 4368/23 4369/12 4369/21 4369/22 4371/11 4371/12 4371/25 4373/6 4373/8 4373/18 4373/24 4373/25 4374/2 4374/18 4377/14 4378/6 4378/15 4378/16 4378/21 4378/21 4378/23 4378/24 4378/25 4413/9 4419/24 4426/25 4440/13 4441/17 4443/3 4447/5 4447/14

**worried [1]** 4365/14

**worry [4]** 4413/12 4442/24 4449/3 4452/9

**worse [2]** 4330/16 4420/5

**worth [4]** 4325/15 4333/24 4408/17 4416/19

**would [332]**

**would -- have [1]** 4441/2

4524

**W**

**wouldn't [21]** 4341/23
4357/13 4360/6
4365/13 4376/1 4376/3
4377/1 4378/24 4379/6
4381/9 4382/7 4382/11
4388/18 4394/3 4394/4
4409/15 4441/20
4448/4 4448/8 4459/1
4461/8
**write [3]** 4349/16
4351/3 4352/15
**writing [1]** 4456/15
**written [7]** 4345/11
4345/13 4345/20
4352/25 4382/15
4421/10 4437/9
**wrong [1]** 4471/12
**wrote [6]** 4347/5
4354/15 4384/8
4384/11 4385/4 4469/4
**wrote -- you [1]**
4384/8

**Y**

**Yahoo [14]** 4327/10
4354/2 4355/10
4371/19 4372/14
4377/14 4377/15
4378/7 4378/8 4379/2
4379/3 4379/5 4379/6
4379/7
**yardstick [1]** 4373/21
**yeah [41]** 4337/1
4338/18 4343/24
4345/8 4346/10
4346/11 4349/14
4352/24 4354/17
4356/4 4356/12
4357/10 4358/6
4358/23 4359/7
4359/13 4360/11
4361/1 4361/8 4363/18
4371/20 4373/11
4376/1 4380/11
4380/15 4387/13
4391/23 4391/24
4396/22 4405/5
4421/18 4421/24
4422/15 4427/9 4429/4
4429/21 4449/2
4450/22 4455/17
4458/8 4460/8
**year [3]** 4446/18

**years [9]** 4336/19
4344/1 4347/12
4347/12 4379/16
4380/19 4389/10
4417/19 4452/11
**yes [113]** 4317/20
4321/4 4332/7 4332/16
4333/4 4333/7 4335/21
4339/20 4345/13
4346/12 4346/23
4347/1 4347/2 4347/2
4347/9 4348/11
4348/14 4348/22
4348/24 4351/12
4356/13 4362/2
4362/16 4362/19
4366/6 4368/7 4373/15
4377/17 4380/12
4381/18 4382/18
4383/12 4383/23
4384/22 4385/21
4387/22 4388/4
4388/24 4389/6 4389/7
4389/7 4389/13
4389/15 4389/25
4390/8 4390/11
4391/16 4392/2
4392/17 4392/22
4392/25 4397/13
4397/21 4400/11
4406/23 4410/2
4410/11 4411/2
4411/11 4412/9
4412/16 4412/19
4412/22 4418/12
4419/8 4423/7 4425/9
4425/19 4426/16
4426/22 4429/5
4429/20 4433/10
4437/8 4438/25
4442/16 4443/14
4443/22 4450/5 4450/8
4451/2 4453/1 4453/7
4455/23 4456/1 4456/4
4456/8 4456/14
4456/17 4457/2 4457/4
4458/12 4458/18
4458/22 4459/24
4460/11 4462/21
4462/24 4463/1 4463/7
4463/22 4464/2 4464/5
4464/8 4464/13
4464/16 4464/20
4465/2 4465/5 4465/9

**yesterday [1]** 4367/11
**yet [2]** 4333/17
4353/22
**York [3]** 4398/6
4422/19 4422/19
**you [746]**
**you -- like [1]** 4432/21
**you'd [5]** 4341/25
4357/11 4357/14
4357/14 4407/6
**you'll [1]** 4376/12
**you're [29]** 4350/16
4350/16 4350/17
4361/3 4361/6 4362/19
4363/10 4367/24
4385/9 4389/2 4389/5
4389/12 4389/14
4390/2 4395/15 4404/9
4407/3 4408/6 4409/18
4417/3 4419/5 4422/2
4441/16 4441/19
4443/4 4443/11
4445/15 4447/16
4456/7
**you've [15]** 4319/24
4322/8 4329/23
4336/17 4352/3
4360/22 4364/3 4373/2
4382/8 4394/13
4394/14 4395/14
4400/2 4408/23 4452/5
**your [129]** 4317/4
4317/15 4317/17
4318/23 4319/2 4323/6
4331/2 4331/4 4331/5
4331/10 4331/18
4332/21 4333/2 4333/2
4333/5 4333/12 4335/3
4335/12 4336/18
4336/19 4338/24
4339/2 4339/6 4339/12
4341/6 4341/20 4342/5
4342/15 4345/10
4345/20 4349/22
4355/8 4355/22 4357/6
4357/8 4358/23
4358/24 4359/16
4359/18 4361/1
4361/17 4361/23
4362/21 4363/3 4363/5
4364/3 4364/11 4369/3
4369/4 4369/6 4372/22
4374/10 4375/4
4376/19 4380/7 4380/8

4468/10 4471/9 4472/7
4381/18 4382/12
4382/15 4384/9
4384/24 4385/10
4386/5 4386/7 4388/8
4388/16 4389/17
4389/19 4389/25
4390/4 4395/24 4396/3
4398/16 4398/22
4399/4 4399/8 4399/13
4399/18 4400/9 4409/7
4415/9 4416/11 4419/6
4421/21 4426/4
4426/11 4426/12
4432/19 4432/20
4433/11 4433/21
4434/2 4434/5 4434/5
4436/14 4436/15
4436/17 4436/18
4438/21 4441/5
4447/24 4448/21
4450/11 4451/7 4452/6
4453/15 4454/6 4455/3
4455/8 4455/15
4455/18 4457/23
4458/16 4462/9
4462/14 4463/19
4466/14 4466/18
4466/22 4467/21
4468/1 4468/4 4468/15
4469/1 4471/24 4472/2
4472/14 4472/22
4473/19
**Your Honor [24]**
4331/10 4331/18
4338/24 4381/18
4385/10 4386/5 4386/7
4389/17 4389/19
4395/24 4396/3 4409/7
4421/21 4441/5
4455/18 4462/14
4466/14 4467/21
4468/1 4468/15
4471/24 4472/14
4472/22 4473/19
**Your Honor's [1]**
4468/4
**your years [1]** 4336/19
**yourself [2]** 4454/7
4454/13
**YouTube [5]** 4387/20
4438/12 4456/24
4457/5 4457/14

**Z**

**Zero [1]** 4451/18

## Z

**zillions [2]**  4417/23
 4417/23
**zoom [1]**  4347/4