4526

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA, ET AL.,   )
                                    )
          Plaintiffs,               )
                                    )    CV No. 20-3010
      vs.                           )    Washington, D.C.
                                    )    May 9, 2025
GOOGLE LLC,                         )    9:33 a.m.
                                    )
          Defendant.                )    Day 14
_____)


TRANSCRIPT OF REMEDIES HEARING PROCEEDINGS
BEFORE THE HONORABLE AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For DOJ Plaintiffs:          David E. Dahlquist
                             UNITED STATES
                             DEPARTMENT OF JUSTICE
                             Antitrust Division
                             209 South LaSalle Street
                             Suite 600
                             Chicago, IL 60604
                             (202) 805-8563
                             Email:
                             david.dahlquist@usdoj.gov

                             Michael Glenn McLellan
                             Richard C. Gower
                             Meagan Glynn
                             U.S. DEPARTMENT OF JUSTICE.
                             450 5th Street NW
                             Suite 7616
                             Washington, D.C. 20530
                             (202) 271-8638
                             Email:
                             michael.mclellan@usdoj.gov
                             Email: richard.gower@usdoj.gov
                             Email: meagan.glynn@usdoj.gov

For Plaintiff
State Colorado:              Jonathan Bruce Sallet
                             COLORADO DEPARTMENT OF LAW
                             Consumer Protection Section,
                             Antitrust Unit
                             Ralph L. Carr Colorado
                             Judicial Center
                             1300 Broadway
                             Suite 7th Floor
                             Denver, CO 80203
                             (720) 508-6000
                             Email: jon.sallet@coag.gov

4528

APPEARANCES CONTINUED:

For Defendant Google:          John E. Schmidtlein
                               WILLIAMS & CONNOLLY LLP
                               680 Maine Avenue SW
                               Washington, D.C. 20024
                               (202) 434-5000
                               Email: jschmidtlein@wc.com

                               Michael Sommer
                               WILSON SONSINI
                               GOODRICH & ROSATI
                               1301 Avenue of the Americas
                               40th Floor
                               New York, NY 10019
                               (212) 497-7728
                               Email: msommer@wsgr.com

Court Reporter:                William P. Zaremba
                               Registered Merit Reporter
                               Certified Realtime Reporter
                               Official Court Reporter
                               E. Barrett Prettyman CH
                               333 Constitution Avenue, NW
                               Washington, D.C. 20001
                               (202) 354-3249

Proceedings recorded by mechanical stenography; transcript
produced by computer-aided transcription

4529

- - -

WITNESS INDEX

- - -

WITNESSES          DIRECT CROSS REDIRECT RECROSS

PLAINTIFFS':

KINSHUK JERATH      4532  4556
TASNEEM CHIPTY      4599  4618

4530

P R O C E E D I N G S

THE COURT:  Thank you, everyone.

Please be seated.

And good morning.

COURTROOM DEPUTY:  Your Honor, we're now calling for the record Civil Action 20-3010, United States of America versus, et al., versus Google LLC.

Present for the government is Jon Sallet and David Dahlquist.

For the defendant, John Schmidtlein.

THE COURT:  Okay.  Good morning again, everyone. It's nice to see everybody.

One quick bit of housekeeping.

I did review the under-seal testimony and the proposed redactions from both sides for Ms. Adkins' sealed portion of her testimony, and I will accept the parties' combined proposed redactions, that will include Google's proposed redactions, and then we'll release that transcript and make it available to the public.

The bottom line is, sort of balancing the *Hubbard* factors, although I recognize the importance of the presumption of public access, the nature of the testimony and the sensitive nature of the testimony which implicates Google's security interests and cybersecurity concerns and some of Google's capabilities with respect to bad actors,

4531

I think all of that weighs in favor of keeping that limited portion sealed, even though there is obviously a public interest in all of this; and the portions that were sealed are quite minimal and I don't think -- certainly don't deprive the public of an understanding of these proceedings and what's transpired.

So all right.  With that, why don't we turn to the plaintiffs and Mr. Dahlquist.

MR. McLELLAN:  Good morning, Your Honor.

Michael McLellan for the United States.

THE COURT:  Mr. McLellan.

MR. McLELLAN:  May we proceed with calling our next witness?

THE COURT:  You may.

MR. McLELLAN:  The plaintiffs call Professor Kinshuk Jerath to the stand.

COURTROOM DEPUTY:  Please remain standing and raise your right hand.

(Witness is placed under oath.)

COURTROOM DEPUTY:  Thank you, sir.  Please be seated.

THE COURT:  Welcome back, Dr. Jerath.  Nice to see you.

THE WITNESS:  Thank you.

4532

MR. McLELLAN:  Your Honor, you qualified Professor Jerath as an expert in digital marketing during the first stage of the proceedings.  The defendants have agreed that this can continue in that phase with your permission.

THE COURT:  Sure.

So we'll, once more, recognize Professor Jerath as an expert in digital marketing.

MR. McLELLAN:  Thank you, Your Honor.

- - -

KINSHUK JERATH, WITNESS FOR THE PLAINTIFFS ON REBUTTAL, HAVING BEEN PREVIOUSLY SWORN, RESUMED THE STAND AND TESTIFIED FURTHER AS FOLLOWS:

DIRECT EXAMINATION (CONTINUED)

BY MR. McLELLAN:

Q    Good morning, Professor Jerath.

A    Good morning.

Q    Could you please state and spell your name for the record.

A    My name is Kinshuk Jerath.

And it's spelled K-i-n-s-h-u-k, J-e-r-a-t-h.

Q    Professor, we went over your background when you testified earlier in this case during the liability phase. Have there been any material changes to your professional role since then?

A     No material changes.

I'm still a professor at Columbia Business School in marketing and the chair of the marketing division there.

I've been doing more research of the same -- on the same topics, giving more talks, but nothing -- no material changes.

Q     Have you stayed current on issues relating to digital marketing?

A     Yes.

Q     Professor, have you prepared a slide testimony to help with your testimony today?

A     Yes, I have.

MR. McLELLAN:  A slide presentation, rather.

May we approach, Your Honor?

BY MR. McLELLAN:

Q     Professor Jerath, did the plaintiffs give you an assignment in this case?

A     Yes.

Q     And what was that assignment?

A     Please, could we go to the next slide.

So this shows my assignment.

It was to respond to the analysis and opinions that were offered by Dr. Mark Israel, who was Google's expert, and it was to do with the Sections VIII.A. through D. of the proposed final judgment.

Q    Are you presenting any particular perspective based on your experience here today?

A    Yes, I'm presenting the advertisers' perspective.

Q    And does your professional experience include work with advertisers on designing ad campaigns and similar activities for digital marketing?

A    Yes.

As an academic, I've been working in this field for the last 15 to 20 years.  So over that time, I worked with many advertisers across the spectrum, like small advertisers that spend $20 a day and advertisers that spend over $10 million a month.

Also in many different industries, I've advised them on running their campaigns and designing their campaigns, and I've, myself, also designed and run many campaigns.

THE COURT:  I don't know if we stated the slide deck number on the record.

MR. McLELLAN:  I am sorry.

THE COURT:  Just PXRG29.

MR. McLELLAN:  The slide deck is number PXRD029.

Thank you very much, Your Honor.

BY MR. McLELLAN:

Q    And, Professor, how did you carry out your assignment to respond to Dr. Israel?

A    So to carry out this assignment, I drew upon my knowledge from the last couple of decades, the sum total of the knowledge.

I read his report, I read a number of documents that were in the case record, and I reviewed depositions and testimonies in the case.

Q    Did you also review Dr. Israel's testimony that he offered during the remedies phase of this case?

A    Yes, I did.

MR. McLELLAN:  And, Ms. Tweety, I'm going to ask to go to the next slide, if we could.

BY MR. McLELLAN:

Q    And do you recall Dr. Israel presenting a slide deck describing the proposed solutions in Sections VIII.A. through D. of the proposed final judgment as a solution in search of a problem?

A    Yes, I remember that.

Q    And do you agree with Dr. Israel?

A    No, I do not.

Q    Okay.

And just before we go further and get into that, we'll -- could you tell me if you're responding to any opinions that Dr. Israel offered that relate to privacy?

A    No, I'm not responding to any privacy-related opinions.

Q    Are you offering any opinions on privacy at all?

A    No, I'm not.

Q    Thank you very much.

And so we'll talk about your rebuttal testimony regarding Section VIII.A of the proposed final judgment.

Have you reviewed Section VIII.A of the proposed final judgment?

A    Yes, I have.

Q    And do you recall what Section VIII.A concerns?

A    Yes.

It was about data that Google provides advertisers in the Search Query Reports.

Q    Have you ever seen a Search Query Report, Professor?

A    Yes, I've seen many of them.

So in my work on Google Search campaigns, SQRs are an important tool to understand how the campaign is going, and so I've used them in that regard.

MR. McLELLAN:  Ms. Tweety, if we could go to the next slide, please.

BY MR. McLELLAN:

Q    Did you review Dr. Israel's testimony regarding Section VIII.A?

A    Yes, I did.

Q    And do you recall Dr. Israel describing the quote

at the top of the slide in front you about a provision stating what metrics are required to be included in this Search Query Report remedy?

A    Yes.

Q    And you can review his testimony, but do you agree with Dr. Israel's testimony on this score?

A    No, I do not.

Q    And why is that?

A    So maybe you can go to the rest of the slide, yeah.

So he states that this would be a costly, long-run negotiation, and I do not think that that is the case because the advertising industry generally agrees on the key metrics that are important for understanding how ads are doing, and because of that reason, it would not be a costly negotiation.

At the same time, I do believe that this clause in the proposed final judgment and the section offered is important because it gives the flexibility to respond to changes as they happen in this industry.

So basically, I know this is a fast-moving, dynamic industry and sometimes new metrics may be warranted to be included in SQRs, and this gives the flexibility for that.

Q    Okay.

4538

And that being the case, why is it -- is there a reason why the proposed final judgment needs to include a remedy that sets forth some flexibility with respect to what needs to be included in Search Query Reports?

A    Yes, indeed.

And so, as I said, Google and this industry, and Google specifically, there are new products launched often, and Google's behavior, including recent behavior, emphasizes the need to future-proof this remedy and build in this flexibility to be able to include new metrics, as I said, that might be warranted for new products that might be released.

Q    Thank you.

And have you come across documents or testimony in this case that help illustrate the point you just made?

A    Yes.

Please, could we go to the next slide and I can show one of those.

Q    Okay.

Slide 5 of the demonstrative displays an excerpt from PXR0231, which is an exhibit in evidence.

But, Professor, can you tell us what this slide shows.

A    So it shows an internal Google document.

It's a communications document in which

Google's -- this document tells, basically, people at Google how they can and should talk about certain Google products to outside parties.

Q   Do you remember when this document was created?

A   It was in the fall of last year, so a few months back.

Q   Could you please help explain to the Court how this document helps illustrate your views on Search Query Reports.

A   Yes.

So this document concerns what is called AI Overviews, which is a new kind of section that Google has included in its search engine results page, and it shows basically an AI summary response to a query.

Now, Google also started showing ads in these AI Overviews from advertisers, and advertisers were not allowed to opt out of that.  So this document shows all of that, that advertisers were not allowed to opt out of ads being shown there.

Google also did not know sort of what is the return to advertisers, what is the ROI on these; and, at the same time, Google would not even tell advertisers whether these -- the ads were -- whether a particular ad was showing against AI Overviews or not.

So the metric in this case would be basically an

4540

indicator of whether the ad was coming in AI Overviews or not.

And there is a really new kind of placement of ads, and I think advertisers should be able to know when that -- you know, that it was shown or not.

It's a very simple metric. Google has this data, and advertisers should be able to ask for this kind of a metric. So this is the flexibility that I'm talking about in the face of new product launches.

Q    By showing in AI Overviews or not, do you mean whether an ad appeared as a normal search text ad as we've discussed throughout the case or in the AI Overviews? Is that the distinction?

A    Yes.

Q    Okay. Thank you.

So why don't we move on to the next section of the PFJ.

And I will ask Ms. Tweety to skim in the next slide.

So have you reviewed -- this relates to Section VIII.C about data portability.

Have you reviewed Section VIII.C of plaintiffs' proposed final judgment?

A    Yes, I have.

Q    And if we could go to the next slide.

4541

I'm sorry.

Did you review Professor Israel's testimony about the proposed -- Section VIII.C of the proposed final judgment?

A    I did, yes.

Q    And you see his quote at the top about the data that can be downloaded out of -- out of Google's products.

Do you agree that the data that can be downloaded out of Google's products eliminates any need for Section VIII.C?

A    I do not agree.

So Dr. Israel states that a lot of data can be downloaded by API.

It is true that advertisers can download data using the API, but that's -- the idea is that they can only download, you know, some of these or aggregates.  So first maybe I can tell more about what data is at issue here, right.

So the right issue is basically data that is generated from advertisers' own spend and their own ad campaigns.  And we're just talking about data that does like simple, straight calculations sometimes from this.  So no propriety products involved, just like basic data.  So that is the data at issue.

THE COURT:  I'm sorry, could you repeat that

4542

again.  What's the data at issue one more time?

THE WITNESS:  So advertisers do make -- spend some money showing ads, and that generates data on, like, who was exposed to it and, you know, whether they clicked on it or not or something.  So this is the data that we're talking about.

We're not talking about data from some Google's internal models that process these data and gave us some insights.  That's not what we're talking about here.  We're just talking about simple data, and maybe some arithmetic manipulations in that data.  So nothing proprietary.  And as I was saying, Judge, that Google only permits exporting aggregated data.

Now, what is important to understand here is that advertisers have a bunch of first-party data.  For example, once users get to their websites, you know, they can then record their activity and, like, who purchased something or, you know, spent some time on the website but did not purchase or whatever, things like that.

So they have this first-party data, and they want to join this first-party data with data sitting inside Google's products off ads, right.  And by doing this join, they want to make inferences about what ads drove what outcomes.

And when you can only download this data as summaries, you cannot join this with high fidelity.  And if

4544

you can't do that, then it becomes insufficient for advanced independent analysis.  So that is why this part of the PFJ is important.

BY MR. McLELLAN:

Q    And you used the phrase "advanced independent analysis."

That means -- by "independent," do you mean outside of Google's owned and operated products?

A    Yes.

So advertisers might have their own methods of doing that analysis, they might want to use third-party tools for doing that analysis, and that's what I'm referring to.

Q    Thank you.

Have you come across any documents or testimony in this case that illustrate the point about aggregated data?

A    Yes.

So please could we go to the next slide.

This shows an internal Google document, and it really clearly states Google's words, that aggregated data is not informative enough for a robust statistical model; and at the same time, Google is only allowing exporting of aggregate data.

MR. McLELLAN:  Thank you.

Slide 7 displays PXR0243, which is in evidence.

4545

And, Ms. Tweety, if we could go to the next slide then.

BY MR. McLELLAN:

Q    So I want to turn to your next opinion which relates to Section VIII.B of the proposed final judgment.

Have you read that section of the proposed final judgment?

A    Yes, I have.

Q    And could you describe at a high level what Section VIII.B addresses.

A    So it addresses the idea of the tool of keyword matching.

And so whenever an advertisers choses a keyword, that reaches a match strategy.

And this section is specifically talking about what I call true exact match; that a keyword should be matched only to the identical query and then only then the ad should be eligible to be shown.

Q    And you mentioned earlier that you had designed ad campaigns.  Do you use keyword matching and match types in the process of doing so when you use Google products?

A    Yes.

It's a critical component of all search ad campaigns and text ad campaigns, I should say.  And so every time you design such a campaign, you have to use keyword

4546

matching.

Q    And you have a quotation from Professor Israel's testimony at the top of the slide in front of you in which he discusses the use of autobidders.

Do you agree with Dr. Israel that the use of autobidders reduces or eliminates the need for a true exact match option referring to the keyword matching?

A    I do not agree with that.

Q    And the slide in front of you has a couple of bullet points that you had put together.

Can you address the first point you made and how it speaks to the topic.

A    Yeah.

So the first point is just clarifying an important thing, which is that keyword matching and autobidding are both tools that advertisers indeed use, but they are very different tools, they play different roles.

So keyword matching is about when should my ad be shown, right.  Keyword matching is more about selection. And autobidding is focused more on what should be the bid and what should be the payment when my ad is being eligible for it to be shown.

Q    And you have a second bullet point about precise control.  Could you tell the Court what you are -- what your opinion is with respect to that.

A    Yes.

So what this point is really saying is that, even when autobidding is being used, true exact match still has a role to play.  It does not obviate the need for true exact match.  This is because an advertiser might want that -- I only want to be -- my ad to be shown against this particular query and no variations of it, and they can't do it right now.

So what this precise -- so essentially what happens is that if you allow Google -- if Google matches with variations of the query, the advertiser is necessarily has to accept Google's estimate of the advertiser's bid for those queries, and that might be off and the advertiser might just not want that to happen.

So this is saying that this precise control can come through true exact match, and this would be useful for advertisers, basically -- essentially use their own bids instead of accepting Google's bids.

THE COURT:  Can I ask you, Dr. Jerath, do you know how Microsoft handle this issue?  Do they offer a true exact match?

THE WITNESS:  So my belief is that Microsoft offers also -- I'm not sure right now if it offers true exact match at this time.

But Microsoft has basically been following Google

because -- I mean, what advertisers do is that another build campaigns on Google because that is sort of the market leader and has the biggest share.

And what Microsoft has done is that they've made it sort of super easy for advertisers to simply click a button and put their full campaign to Microsoft so that advertisers at least consider them and then -- to remove that friction.

So Google is essentially following -- I'm sorry, Microsoft is essentially following Google's lead on this. And we have this time and time again in this industry that Google does something and Microsoft ends up doing the same thing, and because they just want to make it easy for advertisers to also do it on Google -- on Microsoft, I mean.

THE COURT:  Thank you.

MR. McLELLAN:  Thank you, Your Honor.

BY MR. McLELLAN:

Q    Why don't we move on to the next section of the proposed final judgment that I want to discuss.

A    Maybe I can add one thing here from the advertiser point of view?

Q    Please.

A    Is that, even on Google and Microsoft, we do see advertisers choosing Google's available exact match, which is sort of not true exact match, and then using negative

4549

keywords, along with that, to rule out all these misspellings and other variants.

So from the advertiser point of view, which is what I'm presenting, it is very clear that they would want this narrow match, because they're saying, okay, I'll use what I have and then add 100 negative keywords, along with exact match.  So that clearly shows that they want it narrower than what Google is offering them, and I believe they should be able to get that.

MR. McLELLAN:  Thank you.

So why don't we move on to the next portion that we'd like to discuss today of the proposed final judgment, which is Section VIII D.

And, Ms. Tweety, if you could go to the next slide.

BY MR. McLELLAN:

Q    Did you review Section VIII.D of plaintiffs' proposed final judgment?

A    Yes, I did.

Q    And do you recall what that section addresses?

A    Yes.

So it addresses the point that Google often changes its auctions, makes some changes to them, and it is suggesting that these rules should be -- those changes should be disclosed to advertisers.

4550

Q    And have you engaged in optimizing bidding in Google Search text ads auction in the course of your professional duties?

A    Yes.

That is something you do when you set up an ad campaign.

Q    And did you review Dr. Israel's testimony in the liability phase -- in the remedies phase about Section VIII.D?

A    Yes, I did.

Q    And you see a quotation at the top of the screen in which Dr. Israel indicates that autobidding and experimentation mean that auction disclosures wouldn't change bidding behavior.

Do you see that?

A    I see that.

Q    And do you agree with that statement?

A    No, I do not.

MR. McLELLAN:   And, Ms. Tweety, if we could get the next slide.

BY MR. McLELLAN:

Q    You have a couple of reasons here.

Could you describe the first point you make in the bullet points on the slide.

4551

A    Yep.

So the first point is sort of clarifying that advertisers indeed base their bidding choices on the auction rules, and when auction rules change, advertisers respond to those changes and do things differently.

Q    And does experimentation change the need for that disclosure in response?

A    No.

Experimentation does not -- using experimentation does not mean that you don't need to know the rules of what you're experimenting for, right.  So it does not remove the need for that.

So experimentation, it is true that advertisers use that, but experimentation, you can think of it as sort of having, let's say, two components; one is, how do you start your experimentation, like at which point do you start, which could be thought of as the bid; and then based on your experiments, you get some feedback and how do you respond to that feedback.  And both of these things can be different for when auction rules change.  For different auctions you would experiment differently.

And equally importantly, suppose the auction changes and a number of advertisers then start experimenting differently in response to that, then we would reach a different equilibrium outcome for the auction.

4552

And for that reason, experimentation does not obviate the need for sort of not knowing what you're experimenting about.  This is just sort of laying the ground rules.

And from there, going to the third point, which is autobidding, and autobidding is also experimentation-based mostly, right.  So, yes, there is some optimization, but there's also experimentation.

And advertisers give inputs to the autobidding program.  So their inputs can then be different if they know that the auction rules are different.  They could change their starting bid, they could change their budgets, and so forth.

So experimentation and autobidding still does not -- using those does not mean that you don't know -- need to know sort of the rules of the auction; you still -- it is beneficial to know those rules.

MR. McLELLAN:  Thank you.

And, Ms. Tweety, if we could go to the next slide, please.

BY MR. McLELLAN:

Q    You'll see another quotation from Dr. Israel's testimony during this phase of the litigation in which he describes what he views as a burden in disclosing every change they make to the auction.

Do you agree that this is an unduly burdensome obligation under VIII.D?

A    No, I do not think that that is the case.

So if you could go to the next part of the slide.

This is testimony from Mr. Jerry Dischler from Google in the liability phase.

And he talks about this.  He says that Google runs many, many experiments, but only a fraction of them are related to the auction in some way, and then out of these, only a fraction are actually launches.

So I do not think that this is an inordinate number of launches or disclosures or it's not prohibitive in my view.

And at the same time, advertisers are spending billions of dollars here.  So it would be good to know more details of the pricing mechanism.

Q    Thank you, Professor.

Now, we've talked about each of the individual provisions, but have you observed any testimony offered at the trial in this matter that helps to illustrate your views on a more global level about remedies VIII.A through D in the proposed final judgment?

MR. SOMMER:  Your Honor, objection.

The last two slides are not proper rebuttal.

Not rebutting anything that Dr. Israel said.

4554

MR. McLELLAN:  He is rebutting the testimony that is at the top of the slide that he was discussing, which has citations to the transcript.

MR. SOMMER:  I'm not talking about the one that's on the screen now.  I'm talking about the last two slides.

THE COURT:  Oh.

MR. McLELLAN:  Oh.

And it's true for each of the slides.

MR. SOMMER:  That was exactly your point yesterday at the end of the day, Your Honor.

THE COURT:  I know.

It's probably at the edges, Mr. Sommer.

I think it will be all right.

Let's just finish up and you can then cross-examine.

MR. McLELLAN:  I only have two more.

BY MR. McLELLAN:

    Q    So have you heard any testimony in this case that helps illustrate your points on Sections VIII.A through D?

    A    Yes, I have.

Please, could we go to the next slide.

So this slide shows that Dr. Israel himself agrees that -- giving customers more information.

So customers hear out advertisers, basically. Giving them more information can help them evaluate options

4555

better and also evaluate better options, as he says.

And so if you go to the next slide after this.

And this is testimony from Mr. Vallez from Skai. And he also says -- makes the same point, that more granular data and more information will help advertisers and basically make -- and he says "making more informed recommendations," and then that could lead to budget shifting, which is considering other providers of ads.

Q    Okay.

Professor Jerath, based on your expertise as a digital marketing expert, in your experience in the advertising industry, do you believe plaintiffs' advertising remedies are, in fact, a solution to a problem that needs to be addressed?

A    Yes, I believe that they're solutions to several problems.

And basically they will help advertisers get more control -- more information and control about the auctions; and on the auctions, get more and better information about what's happening with their own ad spend.  And all of this will help them make better decisions, including decisions about where to take that ad spend.

MR. McLELLAN:  Thank you very much.

I have no more questions at this time.

THE WITNESS:  Thank you.

4556

THE COURT:  All right, Mr. Sallet.

Do the States have any questions?

MR. SALLET:  No, Your Honor.

THE COURT:  All right.

Mr. Sommer.

MR. SOMMER:  Cross-examination.

- - -

CROSS-EXAMINATION

BY MR. SOMMER:

Q    Good morning, Professor Jerath.

A    Good morning.

Q    I want to briefly discuss with you the lens through which you have given your testimony today.

Now, you've already told us you're not an expert in privacy, correct?

A    I'm not opining on privacy.

Q    And you have not given any opinions relating to privacy considerations, correct?

A    That's correct.

Q    Nor have you factored privacy considerations into any part of your report or in any of your opinions that you've provided to the Court today, correct?

A    I'm not offering an opinion related to privacy.

Q    So the answer to my question is "yes"?

A    Yes.

4557

Q    Thank you.

Just a few last questions on privacy.

You are aware that the plaintiffs did call a privacy expert, Dr. Evans, in this case.  You're aware of that?

A    I've heard the name, but I do not know many details about it.

Q    And Dr. Evans described to the Court the importance of protecting user privacy.  Are you aware of that?

A    No, I'm not -- did not review his testimony.

MR. SOMMER:  Okay.

Your Honor, I'm just going to distribute a short deck.

I may not use every page.

May I approach?

THE COURT:  You may.

MR. SOMMER:  Michelle, could we go to slide 003, the Dr. Evans slide, just put that up on the screen.

BY MR. SOMMER:

Q    Now, you were asked to look at Section -- in terms of the remedies, Section VIII.A through D, correct?

A    That's correct.

MR. SOMMER:  That's not the right slide.

THE COURT:  You want Slide 2.

4558

MR. SOMMER:  Prior slide.

Thank you.

BY MR. SOMMER:

Q    The reason I put this up on the screen before you is, I'm really focusing on the second half of the slide that confirms that the plaintiffs' privacy expert offered no opinions about the Section VIII remedies.

Do you see that?

A    I'd have to read it.

Q    The bottom line, "Yes, I was not asked to opine on Section VIII and did not review that in detail."

Do you see that?

A    I see that, yes.

Q    Okay.

So you're not opining on privacy for Section VIII, and Dr. Evans did not opine on privacy for Section VIII, correct?

A    I mean, I can tell you what, myself, I did not.

Q    Thank you.

A    And, yes, the second part sounds right.

Q    Are you aware, Professor, that plaintiffs called no other expert to address privacy with respect to the proposed remedies in Section VIII.A through D?

Are you aware of that remember?

A    I'm not.  I do not know the details.

Q    Are you aware of any fact witness that the plaintiffs called to address privacy in connection with the proposed remedies in Section VIII.A through D?

A    I do not know the details.

Q    Now, you read those proposed remedies, right, A through D, you've read them?

A    Yes.

Q    So you're aware that there's absolutely nothing written in those remedies about privacy, correct?

A    That's what I recall.

Q    All right.

Switching topics, I want to turn briefly to the area of industrial organization and competition.

Are you familiar with that field of study?

A    Yes.

Q    But you are not an economist, correct?

A    I'm a marketing professor.

Q    Okay.

You're not an economist, correct?

A    I use economics in some of my work, but I'm a marketing officer.

Q    Are you an expert in industrial organization and competition?

A    I'm not offering any opinions on that here.

4560

Q    Is the answer to my question "yes," are you an expert --

A    I said I use those things, but I'm not offered as an expert here on that.

Q    Thank you.

You are aware that those are the areas of expertise of Dr. Mark Israel, correct?

A    I do recall that vaguely from his testimony.

Q    And you are not opining on, and I think you just told me this, or expressing any view on whether the proposed Section VIII remedies would occur in a competitive marketplace, correct?

A    I'm not offering a view on that.

Q    You are not opining on or expressing any view on whether the proposed Section VIII remedies would enhance competition for queries, correct?

A    I'm not offering any views on competition.

Q    You are not opining on or expressing any view on whether the proposed Section VIII remedies would have any impact on competition in the relevant ads market here, general search text advertising, correct?

A    No, I'm not -- it's correct, basically.

Q    Now, you understand, sir, that you're here as what is called a rebuttal witness.  Do you understand that?

A    Yes.

4561

Q    Okay.

And what you are here to rebut was just a portion of Dr. Israel's testimony, correct?

A    Yes, and provide the advertiser perspective on that.

Q    Okay.

In other words and what I'm driving at is, you're aware that Dr. Israel provided opinions that covered more than the four proposed remedies you've addressed today, correct?

A    Yes.

Q    If we could look at RDX27.002.

This is -- what's up on the screen.

And just to situate you, Professor, this is a slide from Dr. Israel's deck using -- used during his testimony last Friday, and he listed the various proposed remedies that he was addressing.

I just want to confirm with you, if we look at the top three under "Qualified Competitor Ads Data Sharing" and "Syndication Remedies," you are not expressing any opinion on or disagreeing with Dr. Israel at all with respect to those remedies, correct?

A    That is correct.

Q    Okay.

Now, I want to -- I want to explore a little bit

4562

with you your understanding of how you fit in here.

If we can go to the next slide, I pulled a few excerpts of your deposition testimony, where you indicated you were --

MR. McLELLAN:  I'm sorry.

Your Honor, we would object as improper impeachment to the displayed recitation of statements made in deposition.

MR. SOMMER:  Okay.

Well, let me finish the question and then I think the Court will be in a better position.

BY MR. SOMMER:

Q    What I really want to do is draw your attention to the middle section, the answer there, and I'm going to read it to you and then I'm going to ask a question.

"So in my report, I'm responding to Dr. Israel's opinion that more data will not help advertisers in any meaningful way, and I disagree with that conclusion and I'm offering responses to that.  I'm just sort of focused on the fact that data has utility for advertisers.  I'm not looking at the other issues that come along with it."

Do you remember giving that testimony?

MR. McLELLAN:  Same objection, Your Honor.

THE COURT:  Let me hear what the next question is.

4563

BY MR. SOMMER:

Q    Do you remember giving that testimony?

A    I do.

Q    Okay.

I want to focus on what you meant by "the other issues."

Among the other issues that you have not looked at and not focused on, and we've already spoken about this, is privacy, correct?

A    Potentially.

I'm not talking about other issues.

Q    Okay.

And another of those other issues that you have not looked at and have not factored into your views or opinions, we've already also talked about, and that's industrial organization and economics, correct?

A    Potentially.

Q    Now, you were not here when Dr. Israel testified, correct?

A    I was not in the courtroom.

Q    But you've read his testimony?

A    I have.

Q    Okay.

And from reading his testimony, you know that he agreed that additional data could very well be a benefit to

advertisers.  You're aware of that as you sit here, correct?

A    I believe he said that, and I agreed with that part.

Q    In fact, Professor Jerath, you're aware that the entire point of Dr. Israel's testimony at this trial was that, yes, yes, providing more granular and detailed data to advertisers could provide a benefit but at what competitive cost.  That was the focus of his testimony, and he identified various competitive costs associated with providing that data.

Do you understand that?

A    I didn't focus on the parts that were -- I was not focusing on, so I can't say anything.

Q    Did you focus on the part of Dr. Israel's testimony where he identified competitive costs involving competition for privacy, incentives to innovate, competition for queries, competition among general search engines, just to give a partial list?

When you read Dr. Israel's testimony, did you see him testifying about those subjects?

A    I kind of glossed over those parts.  I didn't read them super carefully.  But I know that he did address them, but I don't know the details.

Q    Okay.

And when you told me at your deposition that you

4565

were not looking at other issues, those issues I just listed for you, those are among the other issues that you have not considered at all, correct?

A     Potentially.

I think that's for the Court to decide.

Q     I'm sorry?

A     I said "potentially."

And I think that's for the Court to decide, not for me.

Q     Okay.

Let's get a bit more granular.

You are not here to dispute Dr. Israel's opinion that competition for both users and advertisers occurs via competition for queries.  You're not disputing that, correct?

A     I'm not disputing that or offering any opinion on that.

Q     You have not set forth any opinion in your report as to whether any specific advertiser-side remedy is even needed to address the conduct that the Court identified as anticompetitive in its decision, correct?

A     That is correct, I'm not offering any opinion on that.

Q     So you are not seeking to rebut Dr. Israel's opinion that no advertiser-side remedy is needed at all in

light of the Court's opinion, correct?

A    I'm not rebutting any part of that sort of an opinion.

Q    Nor are you here providing any opinion on what principles should govern whether a given remedy is sufficient, correct?

A    I'm not offering an opinion on that.

Q    Or what remedy is unnecessary, correct?

A    I'm not offering an opinion on that.

Q    Okay.

I want to turn to the specific remedies that you addressed in your direct examination.

Let's put up the SQR remedy, Section VIII.A.

BY MR. SOMMER:

Q    Now, you told me at your deposition that you read the Court's decision from the liability phase of the case, right?

A    Yes, I did read that.

Q    And I know you're not a lawyer; I'm not going to quiz you extensively.

But you are aware that the Court concluded that with respect to the SQR, the Search Query Report, that by removing low volume or long-tail queries from that report, it had the effect of providing less data to advertisers. You're aware of that, right?

A   Frankly, I vaguely recall that, but I'm sort of --
I reviewed the opinion many months back.

Q   Okay.  I'll move on.

A   Yeah.

Q   Can we agree, Professor, that there is nothing
cited in your report, no data, no study, no analysis that
actually shows that the removal of low-volume or long-tail
queries from the SQR has increased advertiser costs?

Can we agree on that?

A   I mean, I have not cited a study for that point.

Q   Okay.

A   I'm drawing upon my opinion on my experience with
advertises, as I explained in my testimony.

MR. SOMMER:  Your Honor, can I approach to
distribute the deposition transcript?

BY MR. SOMMER:

Q   Dr. Jerath, I'm just going to read to you a
question and answer.

At page 75 --

MR. SOMMER:  Just one second, Your Honor.

THE COURT:  Sure.

MR. SOMMER:  Here you go.

MR. McLELLAN:  Thank you.

MR. SOMMER:  Just one second.

BY MR. SOMMER:

Q    I'm just going to read to you briefly from page 75, starting on 75, line 24 of your deposition.

"Question:  Can we agree that there's nothing cited in you report, no data, no study, no analysis that actually shows that the inability that the removal of low volume queries in the SQR has increased advertiser cost?

"Can we agree on that?

"Answer:  I agree with that."

Do you remember giving that testimony, sir?

A    Yes, I do.

Q    And do you stand by that testimony?

A    Yes.

Q    Thank you.

And can we further agree that low-volume keywords could have a positive ROI even if they are not disclosed?

A    Yes, they can.

Q    And can we agree that advertisers might bid less when they lack some visibility, and that more low-volume query reporting in the SQR would actually cause advertiser costs to increase?  Can we agree on that?

A    Yes, I agree with that.

And I'm just saying that advertisers, you can tell that to the advertisers that this is what happened and just tell it in detail.  That's all I'm saying.

Q    Now, the proposed SQR remedies, as we can see on the screen, include a long list of items, right?

I'm not going to read them all; you see them listed there, correct?

A    Where do you -- I mean, I think it would be helpful if you tell me which list you're reading. Like the --

Q    Well, I mean, it talks about reporting for showing the query, keyword trigger, match type, cost per click, click-through rate.

Do you see all those things listed there?

A    It looks like a long list, but it's only five or six things for billions of dollars of spend.  So I don't think it's that long, frankly.

I don't agree it's super long; in fact, most of those are already included in the SQR already.

Q    Right, they're already being provided.

So let me ask you this.  I take it we can agree that this list of data that is covered in the proposed SQR remedy extends beyond the Court's findings or do you not know that?

A    I do not opine on that.

Q    Okay.

But I take it you're not disputing Dr. Israel's view that the proposed SQR remedy goes beyond the Court's

findings?  You're not disputing that because you don't know?

A    Yeah.

Q    Okay.

I take it you are also not disputing Dr. Israel's testimony on whether the scope of this proposed remedy would be consistent or inconsistent with a competitive marketplace, correct?

A    I'm not opining on competition.

Q    And you are -- and you have not sought to assess the extent to which Google competes with other general search engines and other companies when it comes to privacy, correct?

A    Again, no opinion on that.

MR. McLELLAN:  Respectfully, Your Honor, I think we're well outside the scope of my direct at this point.

MR. SOMMER:  Your Honor, I'm inquiring about the very remedy he testified about on direct.

And he's here purportedly as a rebuttal witness. It's fair for me to distill what he is not rebutting as opposed to the discrete things that he said he disputed.

MR. McLELLAN:  These are upwards of 20 questions on privacy which he explicitly disavowed and provided testimony on.

THE COURT:  Look, I mean, if the issue is here what he hasn't opined on, I think it's pretty evident.

4571

But if you want to make sure that I am aware what the sort of metes and bounds are of his opinion, that's fine.

But I think we've done that, at least with respect to privacy.

MR. SOMMER:  I'm not on privacy anymore.

Let me try to short circuit this.

Can we put up Slide RDXD27-022.

BY MR. SOMMER:

Q    Just again to orient you, Professor Jerath, this was a slide Dr. Israel used in his presentation relating to the SQR remedy, and he listed six bullet points that formed his discussion with the Court about his views on that remedy.

And my first question here is, we can agree that with respect to the first five, you are offering no dispute to Dr. Israel's testimony; isn't that right?

A    Let me take a look.

Q    Okay.

A    I generally agree, it's on the first point where he says "sweeping."

I don't know what "sweeping" refers to, if it's referring to those metrics that you just listed.

I would not agree that they're sweeping. As I said, almost all of them are already in the SQR.

4572

So that sweeping characterization I don't agree with, but I'm not rebutting the competitive outcome part of it.

Q    Okay.

Nor are you rebutting what is or is not in the opinion, because you don't remember that.

That's the second bullet point, right?

A    It's not in the scope of my rebuttal.

Q    Okay.

You're not disputing Dr. Israel's point that there's nothing about privacy in the SQR remedy, correct?

A    That's the third point?

Q    Yeah.

A    Yeah, I'm not opining on that.

Q    And you're not disputing Dr. Israel's testimony about Google's ability to compete on privacy, which is the fourth bullet point, correct?

A    I'm not offering any opinion on that.

Q    And you're not disputing the impact on Google's incentive to introduce new and useful metrics that Dr. Israel talked about, right?

A    I'm not opining on that.

Q    Good.

Okay.  So that brings us down to the sixth bullet point, which you do dispute, this language on any other metric.

4573

You gave some testimony a little while ago on that, correct?

A    That is correct.

Q    Okay.

Now, you are aware that in connection with that particular language, that the plaintiffs have explained to the defendants that that should be interpreted to mean that advertisers can ask for any other metric that they want.

Do you remember I showed you an interrogatory response at your deposition?

A    Yes.

Q    Let's just go to the next slide; we can all look at it together.

This is the interrogatory response, and I think it's the second sentence.  "Plaintiffs expect that advertisers would make those metrics known to Google in the regular course and request that data from Google."

Do you see that?

A    Yes.

Q    So we can agree there's no limit identified in the actual proposed remedy as to what any of Google's millions of advertisers could request, correct?

A    I agree with that.

But I made my point earlier that I do not think that this will lead to some long-drawn negotiations, because

4574

the industry generally agrees on what metrics should be there.

And also there's sometimes, you know, you cannot predict perfectly all of the metrics.  Like with this AI Overviews, three years ago, we did not know it would be the case and now it is and ads are being shown there.

So you cannot perfectly predict the future.  And that's why, I think, this flexibility, this clause builds some flexibility into the remedy, and I think that is where it is useful.  So that's what I explained in my direct testimony.

Q   My question, Professor -- I heard what you said in your direct.

My question was, can we agree there's no limit identified here as to what advertisers can request?

Can we just agree on that?

A   That is correct.

Q   Thank you.

So, for example, an advertiser could request GPS coordinates of where the user was running the query, right?

A   Please repeat that.

Q   An advertiser could request the GPS coordinates of where the user was running his or her query, correct?

They could request that?

A   Potentially, yes.

Q    They could request the email of users, right? They could?

A    Maybe, yeah.

Q    They could request the device ID of the user?

I mean, I could go on and on.

I'm not going to go any further, but you agree with that one too, right?

A    It's not like everything they request would be given to them or not.  I think there is some procedure about that which I don't know the details of.

Q    Okay.

A    But at the point of request, I think, yeah, they can request and it could be denied or accepted.

Q    I take it, Professor, that you agree that there could be scenarios where Google, in order to protect user privacy, or to follow through on its promise to advertisers to protect their data and ads campaigns, that they might object to some of these requests?

Can you envision such a scenario?

A    I mean, you bring up privacy again, and I said at the beginning I'm not talking about privacy, so I'm not sure.

Q    I'm asking -- you've testified about this -- any other metric language.

I'm just asking you, in your position as an expert

4576

in digital marketing, whether you can envision a scenario where an advertiser requests something, and Google says, I don't think that's a good idea, I object to that one.

Can you envision that?

A    Yes.

Q    Thank you.

And when I asked you at your deposition how that scenario would get resolved, you said you didn't know.

Do you remember that?

A    I don't know the details.

Q    You don't know the details?

A    Which is what I said just now also.

Q    But you do recognize that if that scenario arises, if, among the millions of advertisers, there are times when Google says, that's not a good idea, there needs to be some mechanism to resolve that, right?

A    Sure.

Q    Okay.

And have you undertaken any effort to quantify the potential cost of resolving those disputes?

A    No, I have not.

Q    But you do recognize that there would be some cost associated with it, correct?

A    Potentially.

Q    Okay.

So just going back to the sixth bullet point on the prior slide, you have no dispute with Dr. Israel that the "any other metric" language would impose costs in resolving disputes, correct?

That's a yes-or-no question.

A    It could be some costs.

Q    Thank you.

Let me move on.

Let me turn to the next -- oh, last couple of questions on the SQR remedy.

You are not offering any opinion contesting Dr. Israel's opinion that providing more data to advertisers will not change where users go to do a search, correct?

A    I'm not offering an opinion on that.

Q    Nor are you suggesting or opining that by Google giving additional data to advertisers, that will somehow change the competition between general search engines for users, correct?

A    I'm not opining on that.

Q    And last, as for the converse of that, when Google changed its SQR to remove low-volume query information, are you aware of any impact that action had on where users conducted their searches?

A    So please repeat that.

Q    Sure.

When Google changed its SQR to remove low-volume query information, are you aware of any impact that action had on where users conducted their searches?

A    So when you read advertiser blogs and other discussions, which I often do and talk to them, they are quite unhappy about this fact that basically Google's rules have been tightening over time.  And right now, nearly 70 to 80 percent of the unique queries that they spend their money on, they don't even know about it.

Q    Professor, let me read to you from page 41 of your deposition, at line 12.

"Question:  Are you aware, sir, of whether that action by Google had any impact on where users did their searches between general search engines?

"Answer:  I have not offered any opinion on that in the report.

"Question:  As you sit here today, are you aware of any impact that that action had on where users conduct their searches?

"Answer:  As of now, no."

Do you recall that testimony?

A    Yes.

Q    Do you stand by that testimony?

4579

A    I thought your -- yes, I do.

I thought your question right now was about impact on the advertisers.

Q    Let me move on.

A    Maybe I'm a little confused --

Q    That's okay.

A    -- but I do think you asked about advertisers just now, and this is about users.

Q    Okay.

Let me move on.

I want to turn briefly to the access to data remedy, Section VIII.C.

Let's just put that up on the board.

And this calls for Google to provide advertisers in real-time with various data on the most granular and detailed level.

Do you see that?

A    Yes.

Q    And, again, like the prior remedy, you're offering no opinion as to the impact of this remedy on the economics of competition, correct?

A    That's correct.

Q    And when you read Dr. Israel's testimony, did you see the part where he explained that "There was no finding in the Court's opinion that Google degrades the quality of

4580

its Search text advertising by restricting the ability of advertisers to export the data set forth in the proposed remedy."

Are you aware of that?

You're not disputing that?

A    I'm not offering an opinion on that.

Q    Nor have you addressed Dr. Israel's opinion that this proposed remedy would have no effect on the degree of user overlap and, thus, no material effect on competition in the market for general Search text advertising.

You're not offering anything on that either, right?

A    I'm not offering an opinion on that.

Q    You're also aware that this proposed remedy goes beyond general Search text advertising and would sweep in display ads as well, correct?

A    It would affect other types of ads.

Q    And you have no opinion on how this proposed remedy would impact the incentive for Google and other general search engines to innovate to develop new tools in the future, correct; no opinion on that?

A    No opinion.

Q    So let me go to the next slide.

And, again, this was Dr. Israel's slide on the access to data reports remedy.

4581

And let's just go down the five bullet points here really quickly.

The first one, you're not offering any opinion on competitive outcome, correct?

A    No opinion.

Q    And you're not discussing what was in the Court's opinion because you don't remember that, right?

A    Not -- no opinion on that either.

Q    And you already told me that Google already allows advertisers to export certain data via the API, correct?

A    Yes, but aggregated data.

Q    Right.

And the fourth bullet point I haven't addressed with you, but I'm going to do it really quickly.

You're familiar with Google Ads data hub?

A    Yes, I am.

Q    And that is a tool that -- one of the things it does is it aggregates certain data to protect user privacy, correct?

A    It aggregates certain data, that is correct.

I mean, the reason given by Google is privacy, I mean, so I agree with the first part.

The second part, out of scope for me.

Q    And I take it that you appreciate that if the data that goes into the hub is required to be produced at the

4582

most granular and detailed level, then any privacy

protection would be lost.

       You understand that, correct?

A    I have no opinion on that.

Q    No opinion.  Okay.

       So that's the fifth bullet point.

       You're not disputing Dr. Israel's testimony as to
the Google Ads data hub, correct?

A    Yeah, I'm not -- I'm not offering any opinion on
that one.

Q    Okay.

       And, finally, the last bullet point you just told
me a moment ago, that you're not offering any opinion on the
impact on Google and its incentive to create new
technologies.

       You're offering no opinion on that?

A    That's correct.

Q    Okay.

       All right.  That finishes that one.

       Let's turn to the next of plaintiffs' proposed
remedies that you address.  That's Section VIII.B.

       Let's put that up on the screen.

       This is the keyword matching.

       Now, you are aware that Dr. Israel explained to
the Court that this remedy is unlikely to enhance

competition for general search text ads because it would not alter the degree of user overlap across search engines, which is what fundamentally drives advertising competition between general search engines.

You're familiar with that testimony?

A    Yes.

Q    Okay.

And you do not dispute Dr. Israel's testimony in that regard, correct?

A    I'm not offering an opinion on competition.

Q    Okay.

And Dr. Israel also explained to the Court that this proposed remedy goes beyond what other general search engines offer and thus does not reflect the outcome of a competitive market.

You're aware of that testimony, correct?

A    Please repeat that.

Q    Sure.

That this proposed remedy goes beyond what other general search engines offer and thus does not reflect the outcome of a competitive market?

A    I'm not offering any opinion in response to that.

Q    Now, you talked a little bit about autobidding, correct?

A    I did.

Q    Okay.

And I take it you agree with Dr. Israel that the use of autobidding by advertisers has increased substantially over the last five years?

A    It has increased over the last few years.

Q    In fact, in 2021, 80 percent of advertisers were already using autobidding, correct?

A    I think some clarity there would be good.

80 percent of advertisers may be using autobidding.  That doesn't mean they use only autobidding and always autobidding.

Q    That wasn't my question.

A    Well, then my -- yeah, I'm just --

Q    So you agree.

Because we looked at a document together at your deposition.

In 2021, 80 percent of advertisers were using autobidding, correct?

A    They had used autobidding.

Q    Okay.

And that percentage has gone up significantly since 2021, correct?

A    I don't remember all of the numbers right now, but I do know that -- I do know that, in general, autobidding use has increased.

Q    Thank you.

Were you here in court yesterday when Omkar Muralidharan testified?

A    I was not in court, but I did --

Q    Did you read his testimony?

A    I actually viewed livestream in the DOJ offices.

Q    Okay.

And so you heard him testify that virtually all advertisers are now using autobidding?  You heard that?

A    I don't recall.

Q    Do you have any basis for disputing that?

A    No.

Q    Thank you.

In this new age of AI, would you agree that autobidding has grown more sophisticated from a technical point of view and will continue to grow more sophisticated?

A    More compared to what?

More compared to what?

"More" is a relative word, so I just want to understand, more compared to past years?

Q    More compared to than what it was yesterday.

A    Yesterday is too narrow a time window.

I mean, over time, yes, AI is improving and, agree, giving bigger capabilities, but that doesn't mean that advertisers don't want control over their spend and

4586

don't want the details of how it is being spent, and that is one of the big problems with autobidding.

One of the biggest issues with various autobidding software, Judge, is, indeed, that you put in money, something happens, you get an outcome. Even if the outcome is good, sometimes it's not but often it is, and even then you're like, okay, now tell me what happened.

And there's a whole field of AI called "explainable AI," which is, there's a lot of research into that that, yes, we want AI tools, but we also want to understand what's happening and we don't want them all the time.

Q    Did you hear Mr. Muralidharan's testimony where he explained that this proposed remedy could actually hurt advertisers and that they might feel compelled to devote time to using keyword matching when it would not provide any greater value? Did you hear that testimony?

A    I heard it.

But if advertisers want to do it, let them do it.

Q    I think that was his entire point; that they would do it, they would incur cost, it would be harmful, but they would feel compelled to do it.

Did you hear that testimony, is my question?

A    I do remember -- and not in that much detail as you said the second time, but I do remember he said those

things in the first part.

Q   And you have not set forth any opinion in your report disputing that harm to advertisers would be inflicted by this proposed remedy, have you?

A   Please repeat.

Q   You have not set forth any opinion in your report disputing that harm to advertisers would be inflicted by this proposed remedy, correct?

A   I was rebutting Dr. Israel's testimony.

So I don't think he said that.  So you just --

Q   So the answer to my question is "no"?

A   Yeah, just because I haven't said things about many other things that would come out of scope.

Q   Okay.  Last one on this remedy.

You are not offering any opinion about the propriety of Google's choices concerning competitive product design decisions and the impact the growth of AI and autobidding algorithms have had or may have on those choices, correct?

A   On Google's choices?

Q   Yeah.

A   I'm giving the advertiser view, so I'm not giving an opinion on that.

Q   So let me then bring up Slide RDXD27.024, Dr. Israel's summary slide with respect to the keyword

4588

matching remedy.

We only have three bullet points here, so it's much quicker.

You're not disputing any of his testimony about the outcome of market competition, which is the first bullet point, correct?

A    Correct.

Q    You're not disputing Google's choices on product design, which is the second bullet point, correct?

A    It relates to competition, competitive product design choices.  So yeah, I'm not offering an opinion on that.

Q    And you're not -- offering no opinion on the appropriateness or inappropriateness to dictate product design decisions in rapidly evolving areas like smart bidding and AI, correct?

A    That's correct.

MR. SOMMER:  You can take that one down.

BY MR. SOMMER:

Q    Let's turn to the final proposed remedy that you discussed in your direct, and that's VIII.D, the auction change reporting.

You are familiar with Dr. Israel's opinion, that requiring Google to publicize all auction changes would not alter the degree of audience overlap between Google and

4589

other general search engines, and, therefore, would not change the nature of advertising competition, correct?

A   I thought you were reading something from the slide, so I was trying to find that.  I'm sorry.

Q   I'm sorry, I'll rewind the tape up.

A   Yeah.

Q   I just put the remedy up on the slide.

I am now focusing you on Dr. Israel's opinion.

A   Right.

Q   Okay.

And that opinion was that requiring Google to publicize all auction changes would not alter the degree of audience overlap between Google and other general search engines, and, therefore, would not change the nature of advertising competition.

Are you aware of that opinion?

A   I am.

Q   Okay.

And you are not disputing that opinion from Dr. Israel, correct?

A   I'm not offering any opinion on that opinion.

Q   And you're also familiar with Dr. Israel's testimony about the proprietary nature of the innovations Google makes to its ads auction that enhance auction efficiency and allow Google to continue to invest in

4590

algorithms that create value for advertisers?

You're familiar with that opinion, correct?

A    Yes.

Q    And, again, you're -- you're offering no opinion or any dispute as to that, correct?

A    I'm not.

Q    And finally, you are aware of Dr. Israel's testimony that if Google is required to disclose that proprietary information, it would reduce Google's incentive to innovate and the incentives of other general search engines to innovate, correct?

A    Correct.

Q    You're not disputing that one either, right?

A    I'm not offering any opinion on that.

Q    Okay.

I think I found another place where you disagree with Dr. Israel, and that is his view that most advertisers would not likely use the information about auction changes even if it was available.

You disagree with that?

A    Yes.

Q    Okay.

Now, you alluded to -- or no, you didn't allude to.

You addressed the number of auction changes that

could be -- that you believed were encompassed by the proposed remedy.

You put up the Jerry Dischler slide.

Do you remember that?

A    Yes.

Q    Okay.

Now, sir, when you were listening to Omkar Muralidharan's testimony yesterday, did you hear him describe how he read the proposed remedy and that it would encompass thousands of changes a year?

A    I remember that part.

Q    Okay.

So as you sit here, sir, are you offering an opinion on how the language of the proposed remedy should be interpreted?

A    No.

I had -- I mean, he was talking about, like, bug fixes and stuff, and I thought that was a bit too far.

And it's --

Q    Well, I'm talking about the language of the remedy.

I mean, can you show me where in the remedy it excludes all the different things that Mr. Muralidharan identified?

4592

A    Let me just -- can you bring up the language, because I think it talks about launches.

Q    It says, "All changes."

All changes.

It doesn't say --

A    I mean, I can't talk about interpreting the language.

Q    Okay.  That's fine.

A    That's out of scope for me.

Q    That was my point.

Okay.  Now, let me ask you some questions from the advertisers' perspective.

Have you performed any assessment of the resources and costs that would be required of an advertiser to evaluate thousands of auction changes per year to assess if some modification to a campaign strategy should be undertaken?

A    I've not performed such an analysis on the advertiser side.

Q    Do you have any data to support your testimony that advertisers would actually make use of the public disclosure to ad auction changes?

A    I don't know what you mean by "data," but there are examples of that.

Q    There are none cited in your report; can we agree on that?

A    I don't think I cited in my report, but there are examples of that.

Q    Thank you.

Are you familiar with the technical aspects of the ads auction such that you are providing any opinion in that area?

A    What do you mean by "technical aspects"?

Q    Well, let me ask it a different way.

Do you think that advertisers have the technical sophistication to understand each of Google's Ad auction changes as they roll out?  Do you know?

A    Some advertisers are very, very advanced, you know.

So I think when you say "advertiser" -- and, Judge, I think it's important to bring this up -- maybe you're thinking of some human sitting there and typing away or trying to make some calculations on paper.

No, advertisers also have their own software; they have third-party software.  So we shouldn't think of advertisers as these, like, dumb people sitting there and Google being the smart one.  No, they also have -- I think this also applies to the AI point being discussed earlier. Advertisers for autobidders, there are outside autobidding

tools which are very good, potentially better than Google if Google would tell us what Google's tools were, right. So advertisers are very advanced actually.  I think.

Mr. Muralidharan yesterday said that some advertisers have teams working on Search ads that are bigger than Google's teams working on Search ads, which illustrates the point, and then -- those are the big ones.

And then there are the smaller ones.  And the small advertisers use third-party tools available, and obviously we have heard testimony from providers of some such tools.

So I think we should not write off advertisers like, oh, they'll just never be able to understand, and, you know, they'll only not be able to do any analysis of different kinds.  No, I think they can with the right kinds of tools, and there's a whole world of AI outside Google's AI, and let them use it.  Why not?

Q    Let me follow-up on that, sir.

You said some advertisers actually do have sophistication, correct?  You just said that, right?

A    Yeah.

Q    And you're referring to the larger advertisers generally, correct?

A    No, I'm referring to many.

I said the smaller ones can use third-party tools,

4595

and the larger ones have in-house tools and they also use third-party tools.

Q   Let me ask you this:  You are aware that some changes to Google's Ads auction have been publicly disclosed, correct?

A   Yes.

Q   For example, rGSP was publicly disclosed. We discussed that at your deposition, correct?

A   It was public -- I mean --

Q   Can you just answer my question:  Was it publicly disclosed?

A   So you're talking about the testimony in court about rGSP, you're calling that public disclosure?

Q   Yes, it's a public courtroom.

And there are articles about it.

Do you remember that?

I'm sure you saw those.  There were articles, blogs about that, right?

A   Yes, there were blogs.

Q   So here's my question.

As you sit here, can you identify any advertiser, even one, that changed its bidding strategy as a result of the public rGSP disclosure?

A   So as I said, you know --

Q   Can you answer that "yes" or "no"?

4596

A    Well, no, I cannot identify one.

Q    Thank you.

A    Except -- let me speak, please.

Q    I'm going to let you speak.  I just wanted to get a clear answer to the question.

A    I would say that I was part of this trial, right, and I was -- and I teach digital marketing.  And I have been teaching -- my course at Columbia on digital marketing research ads is about -- one-third of the course is about search ads; I've been teaching it differently.

I've been saying, look, the help page says it in a very, very vague manner.  But this came out in trial and this is what Google actually does.  And at least those advertisers have done it differently.  And I personally do it differently.  And I also know that there are advertisers -- discussions in advertiser forums about rGSP.

Now, did they go back and change things?  They probably tried out new things.  But it's -- you know, I don't -- I cannot identify everybody, but, yeah, I do know that my own students would be doing it differently, and I'm personally doing it differently.

Q    Okay.

So your students are doing something differently.

But just so I have a clear record here, you're

4597

unaware of any advertiser that's actually changed its campaign in light of that disclosure?

A   So my students do projects with advertisers, where they advise advertisers, right.

We have student teams, and these teams advise advertisers, and their advice is different.

So you could say that, yeah, the advertisers are -- I mean, the students are not -- again -- and I'll -- just like to think of advertisers as humans sitting writing on paper.  Don't think of students like that.  They're actually advising advertisers as part of the digital marketing course that happens at least once every semester.

Q   This might be my last question, Professor.

Are you aware of any evidence that, in light of the rGSP disclosure, that a single advertisers moved one penny of budget from Google to another general search engine?

A   Because of the rGSP?

Q   Yeah.

A   No, I can't identify it like that, no.

MR. SOMMER:  Thank you.

Nothing further, Judge.

THE COURT:  Okay.  Thank you, Mr. Sommer.

Any redirect, counsel?

MR. McLELLAN:  No redirect, Your Honor.

THE COURT:  All right.

Dr. Jerath, thank you very much for your time and testimony.  It's good to see you and safe travels home.

Okay.  I take it Dr. Chipty is up next?

Is that right Counsel, Dr. Chipty is up next?

MR. GOWER:  Yes, Your Honor.

Cameron Gower for the United States.

THE COURT:  Why don't we, before we start with her testimony, go ahead and take our morning break since it's about five of 11:00.  So we'll resume at ten after, and then we'll continue with Dr. Chipty's testimony.

MR. GOWER:  Thanks.

THE COURT:  Thank you.

COURTROOM DEPUTY:  All rise.  The Court is now in recess.

(Recess from 10:55 a.m. to 11:11 a.m.)

COURTROOM DEPUTY:  All rise.  This Honorable Court is now in session.  The Honorable Amit P. Mehta, presiding.

THE COURT:  Thank you, everyone.  Please be seated.

MR. GOWER:  Cameron Gower for the United States.

Plaintiffs call Dr. Tasneem Chipty as the next rebuttal witness.

THE COURT:  She remains under oath.

Dr. Chipty, welcome back.

THE WITNESS:  Thank you very much.

- - -

TASNEEM CHIPTY, WITNESS FOR THE PLAINTIFFS ON REBUTTAL,

HAVING BEEN PREVIOUSLY SWORN, RESUMED THE STAND AND

TESTIFIED FURTHER AS FOLLOWS:

DIRECT EXAMINATION (CONTINUED)

BY MR. GOWER:

Q    Welcome back, Dr. Chipty.

Have you had an opportunity to watch or read the

testimony of Google's economic experts?

A    Yes, I have.

Q    And do you have responses to some of the testimony

they've given to this Court?

A    I do.

Q    And have you prepared a slide deck for your

testimony today?

A    I have.

MR. GOWER:  Your Honor, may I approach?

Your Honor, may we publish?

BY MR. GOWER:

Q    All right.

Dr. Chipty, let's talk about Dr. Kevin Murphy.

Did you see Dr. Murphy testify?

A    I did.

Q    And I want to start with one of his more memorable

4600

slides.

Dr. Chipty, do you recall this roller coaster slide?

A    I sure do.

Q    And what did you make of this?

A    Well, I think this graphic kind of incapsulates Dr. Murphy's opinion on the impact of Google's conduct on competition, and I think it also helps explain why he and I and why Google and plaintiffs have such starkly differing opinions on the appropriate remedies in this case.

I would draw your attention first to the two boxes on the top left of Dr. Murphy's slide.  It's the juxtaposition of the but-for world and the actual world boxes.  The close proximity here is consistent with his view that Google's conduct did not have a material effect on outcomes or on competition in this case.

And the second thing I would draw your attention to is the placement of the competitive world box. So this world is supposed to be the -- sort of the outcome of a successful remedies phase.

And, you know, the placement of this box is essentially at the level of the actual world, which, of course, is abutting the but-for world.  So I think that's also consistent with his view that there isn't much here that needs to be fixed.

4601

I think that if you understand this aspect of Professor Murphy's opinion, then you -- and if this is what you believe the impact of Google's conduct has been, then it would make sense that he would endorse and one might pursue remedies that are likely to preserve the status quo because the balance of the risks would go that way.

But if, in fact, you believe that the conduct harmed competition and that what actually happened is significantly different from what would have happened, then I think it would make sense to pursue a stronger remedies that are more capable of restoring competition that was damaged.

Q    Let's move to the next slide.

I take it that you disagree with Dr. Murphy on the distance between the but-for world and the actual world, and I think -- I'd like you to focus on this box here on the bottom with the four numbered items.

Can you, with the benefits of this graphic, explain to us how you and Dr. -- or, excuse me.  Can you explain to me your reaction to Dr. Murphy's analysis here on 1 through 4?

A    Sure.

I take this demonstrative of Dr. Murphy's to be an expression of his opinion on how Google's conduct affected each of the barriers that were identified by the Court.

And, you know, as I've said, these barriers are a gateway to competition in general Search.  And as this slide summarizes, I think it's Dr. Murphy's opinion that the remedies should address some aspect of distribution, but having just gone through his assessment of the actual versus the but-for world, I think his view was that the remedies should address distribution but narrowly.

Now, as to the rest, it's his view that Google's conduct did not materially exacerbate scale, that it did not materially exacerbate brand, and that it did not materially reduce the attractiveness of investments or didn't make the capital costs harder to overcome.

And, of course, if you believe all of this, then you would understand why Dr. Murphy would come to the view that the but-for world wouldn't be -- he would not expect the but-for world to be substantially different from the actual world.

Q    How do you assess the affect of Google's conduct on the barriers identified by the Court?

A    Well, if we could go to the next slide.

You know, I base my view on how Google's conduct affects the barriers of -- you know, through the Court's findings in this case.

And I took those findings to mean that Google's conduct exacerbated some of the barriers and it made others

harder to overcome.  So with respect to distribution, the conduct made it harder for rivals to gain distribution. With respect to scale, the conduct deprived rivals of scale.

Brand is derivative of distribution and scale. And by that I mean that with distribution and scale, Google was able to invest in quality-enhancing improvements.  And with distribution and scale, users essentially equated searching with the Google brand.  So using general Search was essentially the same as Googling.

With respect to the last, Google's conduct made it less attractive for rivals to incur the high capital costs of entry and expansion, and really why would they if there's no path to market.

So this is how I view the ways in which Google's conduct affected the barriers to entry.

Q    And can you just explain what's here on the right, in the right column.

A    Oh, those were just the key findings in the opinion on which I grounded my position on the mechanism through which the harm occurred.

Q    All right.

Let's move to the next slide.

This slide shows Dr. Murphy's three categories of remedies.

What's your overall reaction here?

A    Well, there's a lot I disagree with in terms of the language and the characterization on this slide.

But I think there's one thing Dr. Murphy and I can agree on, which is that there can be circumstances in which narrow, what Dr. Murphy would call, corrective remedies might be enough.

Q    And when do you think Dr. Murphy's corrective remedies might be enough?

A    Well, I think they might be enough in circumstances, for example, where there isn't significant harm, at least not yet, or that the harm is relatively easy to rectify.

Q    Can you give us an example or two.

A    Sure.

Like, think about a proposed merger. If we believed that the merger would be likely to harm competition, we could just block it, just stop it.

In a conduct case, imagine, for example, a firm has just begun, maybe they started recently, and it's so recent that the effect of the conduct hasn't had a chance to take hold.  In that type of situation, we could say, you know, "Stop it, you can't do that."

So these are examples where either reversal is not necessary or there may be other examples where reversal is possible relatively quickly.

Q    Is Google's conduct the kind of conduct where corrective remedies are sufficient?

A    Well, no, not in my opinion.

And that's because the conduct's been ongoing for many years; that -- it's because the Court found that the conduct significantly harmed competition, and it's, of course, because the record in this case suggests that it won't be easy or quick for rivals to catch up to where they would have been.

Q    All right.

I want to point you to the last bullet under Dr. Murphy's corrective remedies.

Dr. Murphy was asked a question about this bullet.

Let's go to the next slide to see that.

Dr. Murphy was asked about that bullet, and his response included stating, "The effect going forward is going to be the same as the effect we see in the past."

Can you explain what Dr. Murphy's telling the Court here.

A    Yes.

As I understood his testimony, and it's connected to the last bullet on the previous slide, you know, he was saying that, look, if you have a situation where a firm, for example, undertook conduct that deprived rivals of some amount of scale, then -- and then we stopped that conduct,

4606

then it would be reasonable to expect that that amount -- the rival could recover that amount of scale.  So it's just undoing the harm, in proportion to what was taken, they could recover.

Q    And do you agree with Dr. Murphy's argument?

A    No.

I mean, I don't think there's any reason to expect as a general matter that the effect going forward is going to be the same as the effect from the past.

So in the extreme, take, for example, a situation where conduct allows a dominant firm to get an insurmountable advantage, making it that rivals could never catch up after the fact.  In that kind of situation, you'd have substantial harm, and simply stopping the conduct would preserve the status quo.

Q    All right.

Now, I want to suppose that the corrective remedies work the way Dr. Murphy described and would reverse the harm to competition eventually.  In that situation, would corrective remedies in this case be enough?

A    Well, again, I would say no, but really it would depend on how quickly the correction is likely to take place, and so I think that would be the consideration.

Q    Okay.

We can take that slide down.

Dr. Murphy testified that users who have their default switched from Google to Bing could incur a welfare loss of roughly $70 per user per year.

Did you hear that testimony?

A    I did.

Q    What's your response to Dr. Murphy's indication that this $70 harm is predictive of how users would fair under plaintiffs' remedies?

A    Well, I think that it's not appropriate, because a closer look at the paper shows that the authors acknowledge that that $70 figure doesn't reflect the benefits to competition that they expect would follow from the share shift that was derived through their policy intervention.

Q    And what do you mean by that?  Can you expand?

A    Sure.

If we could go to the next slide, I actually have the pages of their paper here.

So the first thing is that these authors recognize that -- in fact, this is their language.  They say, we understand market share -- excuse me.

They say, "We understand market share is an important proxy for total welfare."  And by that they mean that they expect that as share shifts from Google to its rivals, it's reasonable to expect greater competition, and that this greater competition would include things like

4608

increased investment incentives and benefits to advertisers.

But they don't measure those benefits.  In fact, they openly acknowledge this as a limitation.  They say, we do not model these effects explicitly, and they go on to recognize these unmodeled potential benefits.

Now, if they had managed to quantify these, they would have reduced the $70 harm number.

Q    All right.  We can take that slide down.

Now, we've heard a lot about the market tests and questions about what occurs in the market and whether it's reflective of the remedies.

Dr. Murphy testified --

THE COURT:  I'm sorry to interrupt.

Whether based on your opinion or what the authors have said, do you have any sense of if you had -- if they had modeled, what they think is the benefit from competition how -- to what degree that would have reduced the loss that they predict?

THE WITNESS:  It's a good question.

I don't think the authors can tell you, but they do describe this as an important effect.

And in the instances where they do a welfare calculation, the gross welfare calculation, they're very quick to point out that you've got to be careful.

And ultimately there is discussion in their paper

about the importance of the share shift to generate competitive rivalry.

So -- but, ultimately, the -- I can't give you more guidance than that.

THE COURT:  Thank you.

BY MR. GOWER:

Q    Can you briefly explain what the welfare calculation was for the delayed choice screens that the authors studied, even before calculating the benefits of competition.

A    Sure.  Sure.

In fact, I testified to this in my direct when I said this paper did sort of a mix of interventions.

So when -- so -- and they do -- they did the -- they changed the defaults, show the choice screen, and then a mix of interventions.  So change the default.  Then at a later date, show the choice screens.

And what they found with that mix is that this $70 number, which is the gross welfare calculation, was essentially zero, it was something like 6 cents; it's marginally positive.  But even then say they, and we haven't modeled these things.  So they would expect in that scenario, a net positive welfare effect.  Again, with that mixed -- with the mixed intervention.  But we can't say with the default switch alone because we don't know the relative

4610

magnitudes.

Q    Okay.

Let's go to the market test.

What is the market test?

A    Well, it's a test that Dr. Murphy relies on to gauge and evaluate the validity of a remedy.  And the idea is that according to him, a remedy shouldn't require firms to adopt practices that aren't seen in the real world.

Q    Do you agree that the market test is appropriate for evaluating remedies in this matter?

A    No, not in this matter.

And that's because we're looking for remedies and we're trying to evaluate practices in the shadow of the conduct.

So if Google had not -- if Google had to compete and if rivals weren't blocked from competing, it could very well happen that firms adopted -- firms in general search adopted different practices.

Q    Okay.

I want to next move to Dr. Lorin Hitt.

Did you see Dr. Hitt testify?

A    I did.

Q    And let's go to the next slide.

Did you hear that Dr. Hitt -- did you hear Dr. Hitt argue that GenAI is highly competitive?

4611

A    Yes.

I heard him explain that, in his opinion, the GenAI space is vibrant, and competitors are, you know, in a race to develop interesting and valuable downstream applications and venture money is coming in.

Q    And last time you testified, you identified Google's GenAI app, Gemini, as a potential circumvention tool for Google.

Does a high degree of competition among GenAI firms resolve the circumvention concern you've described last time?

A    No, because the question isn't whether there is a high degree of competition among firms in GenAI.

The question I was looking at, and I think it's a serious question, is whether Google could use GenAI as a circumvention to promote Google Search through the Gemini app, and that's not resolved by observing that the GenAI space is highly competitive.

If anything, if Google is allowed to promote Google Search by paying for distribution through the Gemini app, I would expect the pains in general search to continue.

THE COURT:  I'm sorry, the what in general search?

THE WITNESS:  The pain.

The pain.

The harm --

4612

THE COURT:  The pain.

The harm.

THE WITNESS:  -- to continue.

And I would also expect, if Dr. Hitt is correct that there's this vibrant competition, that there may even be some risk to competitors getting their GenAI apps distributed in that world that we're not in right now.

MR. GOWER:  Let's move to Dr. Mark Israel.

THE COURT:  Sorry to interrupt.

So I mean, do you still -- is it your view that the circumvention risk is great even though we've seen testimony that there hasn't been -- a very low number or low percentage of people who actually take advantage of the connection between the Gemini app and Search, people aren't pressing on the Google button or the related searches button -- or options?

THE WITNESS:  Yeah.

Yes, I know what you're asking, and I saw those numbers.

Yes, I think so, because those are numbers today.

And if you take seriously that this is a nascent technology, we're just at the beginning.

And even if some of these alternative apps are gaining distribution, which I understood that also to be part of the testimony, that's today.

It's not predictive of tomorrow, especially if Google's incentives change and they can use their Search monetization advantage to essentially rerun its playbook with respect to competing apps.

BY MR. GOWER:

Q    So, in short, is the GenAI app's relevance how it appears today or how it might appear during the course of the remedies?

A    Oh, I think this is about the future, and so it's over the course of the remedial period and thereafter.

And with nascent technology or nascent products, it's really hard to place too much on the numbers today or in recent past because it is highly evolving.

Q    Let's talk about Dr. Mark Israel.

Did you read Dr. Mark Israel's testimony?

A    I did.

Q    And let's move to the next slide.

Now, in blue here, and we've added the green box, Dr. Israel argued that there's no need for ads remedies because competition between general search engines for advertisers occurs via competition between general search engines for queries.

Do you agree with Dr. Mark Israel?

A    Well, I do agree that competition for the query is really important, and, in fact, that's the whole basis for

4614

plaintiffs' distribution remedies, but I think his view is artificially narrow.

So, for example, he ignores the importance of high quality ads to rival general search firms who are trying to compete for users and also, therefore, queries. And he also ignores the importance of high quality ads and their impact on converting ads into clicks and product sales, because high quality ads will actually help rival general search firms compete to sell advertising.

Q   So I want to focus on the first answer you gave about how ads are important for the quality of the product in competing for queries.

Let's move to the next slide.

Dr. Israel was asked a question along these lines from the Court, and he responded, "There's not a lot of evidence that ad quality is really driving things."

I take it you disagree with Dr. Israel?

A   I do.

Q   And can you explain.

A   Sure.

If we go to the next slide, I've seen evidence to the contrary; in fact, lots of it in the record.

Here's a document from 2014, from Google, describing sort of how Google goes from a user query to search ads.

And you can see along the way an important consideration is removing poor quality or irrelevant ads because of user-focused reasons.

Go to the next slide.

This is another document, it's a 2023 document from Google discussing why ads work.

And you can see the first bullet that I've blown out explains that organic results don't provide everything to a user along the user journey, and, in fact, that's especially true for commercial journeys.

The third bullet explains that ads can be good for users because they give a diversity of results.

If we go to the next slide, the same document goes on to conclude that queries will increase if ad quality improves and vice versa.

And there are other documents like this.

MR. GOWER:  I'll note for the record that the slides here have the citations in the bottom and that those exhibits are in the record already.

BY MR. GOWER:

Q   Have you seen testimony consistent with these documents showing that ads can help compete for queries?

A   Yes, I have.

In fact, if we go to the next slide, there was testimony exactly about this from Gabriel Weinberg of

DuckDuckGo.

Mr. Weinberg explained that ads need to be as relevant as other search modules, and even described how bad ads can result in what he called "rage quitting," meaning the firm would just lose the user.

He went on to say that showing ads when it's not the right time to do so can create bad user experience, and that they get complaints about this, especially with respect to ads they might show on long-tailed queries.

Q    Okay.

So we've discussed how ads are an important form of competition for the query.

And I believe you also said that ads are important for competing for advertisers.

How do you know the general search firms compete for advertisers and not just queries?

A    Well, if we go to the next slide, I base this on two reasons really, the first -- and both stem from the Court's finding.

So, first, the Court found that general search text advertising is a well-defined market.  That means that participants in that market compete for ads.  If we take Dr. Israel's view that it's competition for the query, then each query would represent its own monopoly market.

The second is really the Court's finding that

Google's conduct harmed competition in general search text advertising through raising ad prices and by lowering ad quality.  Now, under Dr. Israel's theory, there could be no harm to competition because there was no competition for that individual query.

MR. GOWER:  Okay.

That's all I have.  Thank you for your testimony, Dr. Chipty.

Your Honor, unless there are more questions for Dr. Chipty, the plaintiffs move to admit Dr. Chipty's slide deck, which is demonstrative PXRD30.

THE COURT:  Okay.

We'll accept that into evidence or as part of the record, I should say.

All right.  I take it nothing from Plaintiff States?

MR. SALLET:  No, Your Honor.

THE COURT:  All right, Mr. Schmidtlein.

4618

- - -

CROSS-EXAMINATION

BY MR. SCHMIDTLEIN:

Q   Good morning, Dr. Chipty.

A   Good morning.

Q   It's nice to see you again.

I want to pick up sort of right where you left off.

Can we go to slide 15, the very last slide.

Now, just so we're clear, Dr. Israel did not offer the opinion that each query would represent its own monopoly market, did he?

A   I don't think he used those words, but I take his opinion and discussion of how it's competition for the query, and once you have the query, an advertiser will want to sell to that query as the basis for that description.

Q   Dr. Israel did not offer that opinion?

A   He didn't use those words, but I believe he offered that opinion.

Q   Did you review Dr. Israel's relevant market and monopoly power opinions in this case?

A   Actually, I have.

Q   Right.

And that's not what he testified to?

A    Well, I'm explaining that it's the natural consequence of his discussion on competition for the query, and that's really what advertisers go after.

Q    Can we go back to the previous slide.

You made reference to Mr. Weinberg's testimony about rage quit queries.  Do you recall that?

A    I do.

Q    And do you recall what example of a rage quit query Mr. Weinberg testified about?

A    I have a recollection, but I would probably want to look at his testimony to tell you.

Q    Mr. Weinberg didn't testify about rage quit queries emanating from ads, did he?

A    I believe that's what this is about.  This segment of his testimony is -- he's explaining here, if people are trying to navigate and you put a bunch of ads in front of them, that's showing ads at the wrong time.

Q    He testified about showing a search result of a restaurant or a store and the hours of the store being wrong and the user showing up at the store and the store was closed and that they would be so angry about that that they would blame the search engine and they'd never go back.

That was the rage quit query that Mr. Weinberg testified about, correct?

4620

A    I think he -- Thank you for reminding me.

You're right, he did talk about that, and that's another reason why I think firms that don't have scale have trouble.

But in this portion of his testimony, he's clearly talking about ads.

Q    You can take that down.

You've not done any analysis in this case to determine whether there is a minimum ads scale that a search engine needs to compete with Google in the search text ads market, correct?

A    That's right, I've not studied that.

Q    And would you agree that search ads monetization is impacted by both scale and non-scale factors?

A    Yes, I would.

Q    You've not done any analysis to try to assess or measure the relative importance of scale versus non-scale factors on search ads monetization, correct?

A    No, I have not.

Q    You've not done any assessment of whether Google's historic improvements in search ads monetization are attributable to scale or non-scale factors, right?

MR. GOWER:  Objection, Your Honor.

We didn't speak about monetization on direct.

4621

MR. SCHMIDTLEIN:  I think she's clearly talking about ads and their attractiveness to users.

THE COURT:  I'll allow a little bit.

Just --

THE WITNESS:  Could you repeat, Mr. Schmidtlein.

BY MR. SCHMIDTLEIN:

Q    Sure.

You've not done any assessment of whether Google's historic improvements in search ad monetization are attributable to scale versus non-scale factors?

A    No, I have not.

Q    Now, you gave some testimony about innovation and the incentives to innovate, correct?

A    Yes.

Q    And you've not pointed to anything in either your original report or your rebuttal report identifying any particular search advertising innovation that Microsoft decided not to pursue because of a lack of distribution, correct?

A    That's correct.

Q    Now, would you agree that users don't search on a search engine specifically looking for ads?

A    Well, I can speak for myself.  I don't.

But I don't know generally whether that -- I don't know enough about that to say.

4622

Q    And I think I heard you say that you did agree with Dr. Israel that search engines compete for queries, right?

A    Yes.

Q    And you understand that users typically use only one sort of search engine at a time when they're conducting a search session; in other words, they're not typing in a query for Google, getting the result, and then typing the same query in for Bing right after that.  That's not a common phenomenon?

A    That's my sense.

Q    And sometimes the queries trigger ads, right?

A    Yes.

Q    Do you know what percentage of queries trigger ads?  Do you recall seeing that from the trial?

A    I think -- well, from memory, I think about 25 percent of Google's queries are described as commercial queries.

Q    I think the testimony at trial was roughly 20 percent.

And I believe His Honor may have actually put that in his findings.

But do you recall 20 percent is roughly the number?

A    It's close enough to 25.

4623

Q    And you know that of those queries --

Do you need some water?

A    I have it.  It's just -- sorry.

Q    And you know that of the 20 -- roughly 20 percent of queries that trigger ads, an even smaller percentage actually result in people clicking, right --

A    Yes.

Q    -- on the ads?

So we have a relatively small percentage of queries where ads trigger, and an even smaller percentage of queries where people click on the ads, right?

A    Right.

Q    Have you done any assessment as to whether the commercial queries that trigger the ads or result in clicks in the ads, that those queries are long-tail queries?

A    No, I haven't.

But I will observe the testimony from Mr. Gabriel did touch upon this, but, no, I have not studied that.

Q    Mr. Weinberg didn't testify about what percentage of commercial queries are long-tail queries, correct?

A    I don't remember him saying --

Q    You've not seen --

A    -- any of that.

Q    -- any witness in the liability phase or the remedy phase, no advertiser, no expert, nobody has testified

in this courtroom that the commercial queries are long-tail queries, correct?

A    Well, I would expect that, given the whole nature of long tail query, that each query is relatively rare, that there would be commensurate fewer ads in those circumstances.

Q    You would expect that long-tail queries would be particularly unlikely to show ads, correct?

A    I don't know enough to say "yes" or "no" to that.

Q    Okay.

Let me just switch gears to -- you gave some brief testimony about GenAI and responding to Professor Hitt's testimony.

You would agree that, to date, rival Generative AI applications, like ChatGPT or Perplexity or Meta, have not had any problems getting distribution, correct?

A    That's my sense, yes.

Q    And you've not seen any internal documents or anything inside of Google that suggests that Google's strategy with respect to the Gemini app is to turn it into a search access point, correct?

A    I think generally speaking that's right.  I have not specifically seen that.

I know -- I've seen some evidence that Google has studied whether searching on Gemini cannibalizes searching

4625

in general search, but no, not sort of at a broad level.

Q   And, in fact, you've heard testimony in the trial that -- from a number of these rival Generative AI providers, that they think one of their competitive advantages is providing a different type of response to a user who is, in some instances, sending them an informational query or a prompt; isn't that right?

A   Yes, I think there's -- the testimony is that the Search experience is differentiated.

And my only point is that, you know, as capabilities evolve and as firms are finding their own path to market, in a vibrant space, it's hard to know where it will go, especially if the opportunity presents itself.

Q   And as a result of that, you think that some aspect of the remedy in this case should encompass distribution of Generative AI; is that right?

A   I would go broader than that.

I would say that -- well, as I testified, I think that there should be a forward-looking eye toward circumvention risk.

But, yes, to that extent, I would agree with you.

Q   And Google's proposed remedy encompasses restrictions on the ways in which Google can promote and distribute the Gemini app, correct?

A    No, I agree it has some aspects to it are there and that's great.

And my point is that plaintiffs' remedies, even with respect to non-Generative AI considerations, go further, and the point is that, for the same reasons those go further, the Court might consider extending that treatment also to GenAI.

Q    Right.

They go further -- they would ban Google from being able to compete for distribution of the Gemini app, correct?

A    I think --

Q    That's how they go further?

A    Well, I think if -- I think what the plaintiffs' remedies would do, if the Court were to extend that treatment is, is extend the payment bans to include promotion that way.  But there are other ways, like I said, that Google could still compete.

Q    And I believe you testified that the Generative AI space, I don't want to use the word "market" because we know that's a loaded term.

A    Well, I was careful not to.

Q    I appreciate that.

That space is highly competitive, we can agree on that?

A    So I'm going to take Dr. Hitt's characterization of that.  I have no reason to doubt it.  It sure sounded highly vibrant and competitive, yes.

Q    Okay.

Turning to the Allcott paper that you gave some testimony about, do you agree that the Allcott paper concludes that if Bing had had access to the same user-side data scale as Google, its market share only would have increased by 1 percent?

A    So remember I said -- so the short answer is yes, that is a finding.

But remember, it's important to pay attention to their sample.

They're looking at desktop users.  And I think that we can agree on desktop, Bing, especially Windows users have -- Bing on desktop has about as close to a scaled rival as we have in this marketplace.

Q    Google's market share on desktop is substantial, correct?

A    Yes.

And Bing's share is significantly more on desktop than it is on mobile.

Q    It's very small on desktop, and it's even smaller on mobile, correct?

4628

A    I think the evidence in the record is that Bing on desktop is not as good as Google.

Q    The reason --

A    But it's --

Q    I'm sorry.

A    But it's substantially better.

Q    Do you have an understanding as to why or how Bing has gotten market share on desktop?  Have you studied that?

A    Well, somewhat.

Q    Bing's gotten market share on desktop through the Jumpstart program, correct?

A    Yes.

But I would also say it's gotten market share on desktop because it has a search access point, its browser.

Q    Right.

A    The Edge browser, where it's the default.

Q    Right.

And Edge is part of the Jumpstart program just like Bing is, right?

A    So I'm not sure.  So I shouldn't say anything more.

Q    The Allcott paper also concludes that requiring Google users to make an active chose among search engines through a choice screen only increases Bing's market share by 1 percent, correct?

4629

A    That's correct.

Again, what they explain is -- the language they use is an experience barrier.

So they say that because users -- and their sample is a particularly Google loyal sample on desktop.

They say that once you expose people to sort of the experience of searching on Bing, that's why the delayed choice screen produces results with share shift even though the immediate choice screen doesn't.

MR. SCHMIDTLEIN:  Can we have the slide brought up with the Murphy roller coaster, I will call it.

We've gone from SuperDuck to the Murphy roller coaster, Your Honor.

THE COURT:  It's better.  It's better.

MR. SCHMIDTLEIN:  This is what we call progress.

BY MR. SCHMIDTLEIN:

Q    Now, you gave some testimony about talking about your views of the but-for world and the actual world.

And you criticize, I think, Professor Murphy for, I guess, his rendition of the but-for world and the actual world being -- the but-for world being on top of the actual world; is that right?

A    I didn't criticize.  I observed that he's juxtaposed them.

4630

Q    Okay.

And as I think we've discussed previously -- or I think you said that Professor Murphy's opinion or the import of his opinion is that there's not a significant difference between the but-for world and the actual world; is that correct?

A    That's right.

Q    And you have not done any analysis of what the difference is between the but-for world and the actual world, correct?

A    I haven't done any of the analysis to figure out precisely what would happen.

But as I testified in my direct, you know, I take the Court's opinion to mean that there is a significant difference because competition was harmed.

Q    And you believe the corrective remedies in this case would be appropriate if there was a significant harm to competition and there won't be any way for the rivals to catch up to where they would have been absent the conduct.

That's what you've testified to here this morning; is that right?

THE COURT:  I'm sorry, could you repeat the question?

MR. SCHMIDTLEIN:  Sure.

4631

BY MR. SCHMIDTLEIN:

Q    You believe corrective remedies in this case would be necessary if there is significant harm to competition and there won't be any way for the rivals to catch up to where they would have been absent the unlawful conduct?

A    So I think I said I didn't think corrective -- what Dr. Murphy calls corrective remedies would work.

Q    You believe additional remedies are necessary so that rivals can catch up to where they would have been absent the conduct; is that right?

A    I mean, that's the short form way of saying that I think correct -- that remedies in this case should work to restore the competitive rivalry that was diminished through the mechanisms that the Court identified in the liability phase.

Q    And the -- and when you say "restore," you mean return the rivals to the place they would have been absent the conduct?

A    Yes, I think in principle, that's exactly right.

Q    And you don't have any opinion as to where the rivals would have been absent the conduct?

A    Well --

Q    Just that's a "yes" or "no" question, Doctor.

A    I think where rivals would have been would become the outcome of the competitive process.

4632

Q    Now, Dr. Chipty, you have been testifying as an expert witness for how many years?

A    I think the first time I testified was maybe 2010.

Q    2010?

A    I think so.

Q    Okay.

A    Yeah.

Q    And am I correct that your expert testimony has primarily been in antitrust litigation?

A    I think it's probably -- I think most of my work as an expert has been in antitrust litigation.

But in terms of my testimony, maybe it's half and half in terms of economics litigation versus antitrust work.

Q    And you've done -- you've testified as an expert in a number of different merger cases, correct?

A    So I've only testified in one merger case.

Q    You worked on a lot of merger cases?

A    Yes, I've worked on a lot of merger cases.

Merger cases, you know, often resolve before trial.

Q    And in merger cases, there's an analysis done, as the Court is aware, of, you were analyzing the world as it exists today, before the merger, and you're making predictions about what the world would look like after the merger, correct?

4633

A    That's correct.

Q    And in those worlds, the experts do very, very detailed analyses of what that future world would look like from a competition standpoint in terms of market shares, competitive interactions, pricing, all these different things so you can compare that world against the current world, correct?

A    Where it's possible, that's right.

But I have worked on mergers that are more forward-looking with technologies that are more nascent. And then it becomes a much harder exercise and so you can't pull out the same tools when you're working on those types of cases.

Q    Right.

But we're not talking about a nascent technology here, are we?  Search engines aren't nascent technologies?

A    No.

But we're still talking about the kind of uncertainty that you face when you're looking at a forward-looking merger with nascent technology.

Of course, this is not.

The point is that you've had over ten years of a competitive process that never got to play out.  So sitting here after the fact, it is very hard, and I think every expert has said it is very hard, to figure out what would

have happened over this complex period of time.

Q    You've offered expert opinions in various different antitrust litigations where you have constructed but-for worlds, haven't you?

A    Yes, I have.

Q    You've done that in the *Sutter Health* case, correct?

A    I did.

Q    And you constructed very, very elaborate economic regression models in that case, didn't you?

A    I don't know if they were elaborate, but certainly there were regression models.

MR. SCHMIDTLEIN:  Your Honor, may I approach?

BY MR. SCHMIDTLEIN:

Q    Doctor, I've handed you what we've marked as RDXD36.009 and 0010.

And this is a -- 009 is an excerpt from a court opinion summarizing the but-for world that you opined on in that case; is that correct?

A    It looks like it, yeah.

Q    And if you'll go to the next slide, 0010, can you explain to the Court what this is.

A    Sure.

It's a linear regression, regressing.  So trying to study patterns in hospital prices over time, controlling

4635

for various factors.

Q    Dr. Chipty, you didn't do any type of but-for analyses like you did in the *Sutter Health* case in this case, did you?

A    No.

In the *Sutter Health* case, there were lots of comparison markets where we saw competition play out with similar -- similarly situated players that didn't engage in the same conduct, and that kind of evidence, as far as I'm aware, was not available here.

And besides, which my assignment here was to take the Court's liability findings as given.

Q    You've made reference a number of times to the conduct in this case lasting ten years.

A    Yes, it did.  I think more than ten years.

Q    And in this case, the parties in this case have gone and collected documents from every major browser developer, every major OEM, every major wireless carrier who was a partner to all of these agreements.

You're aware of that, correct?

A    In broad strokes, yes.

Q    We have gone -- we have traveled around the United States getting deposition testimony from the executives who were involved in negotiating the contracts and having the competitive interactions for the

4636

distribution.

You're aware of that?

A    In broad strokes.

I don't know what your travel patterns were, but, sure, yeah.

Q    We had a mountain of evidence as to how these contracts were negotiated, what parties were trying to get distribution, and the types of distribution they were getting, and yet neither you nor Dr. Whinston nor Dr. Baker, none of you have offered any opinion about what the but-for world looks like in this case, correct?

A    Not with the specificity that you're asking about.

Q    With no specificity whatsoever, correct?

A    Well, I think it's for the reasons that we've said, that really what we can go back and study is the effect of the conduct on the process, not the actual outcomes.

MR. SCHMIDTLEIN:  No further questions, Your Honor.

THE COURT:  Thank you, Mr. Schmidtlein.

Any redirect?

MR. GOWER:  Yes, Your Honor.

BY MR. GOWER:

Q    Dr. Chipty, you were asked about but-for worlds in other cases.

A    Yes.

Q    And I believe you started to say something about comparison markets in other cases that aren't present here. Can you expand on that.

A    Sure.

I mean, one of the things, if we talk about *Sutter Health*, that I did in *Sutter Health* is look at how narrow and tiered network products, which were the subject of the case there, sort of how they performed in southern California relative to northern California, because *Sutter Health* is the largest non-Kaiser health system in northern California, and a similarly situated large hospital system doesn't engage in the same kinds of practices in southern California.

So it's more sort of -- it gives us a window into understanding how insurance companies would have responded and how they would have curated products for their customers if they weren't bound by the conditions of the *Sutter* type contracting.  So that's an example of how, you know, there was a reasonable place to look, like comparing northern to southern California.

There were also in that case, I was able to look

4638

nationwide.  There are other geographic markets outside of California where narrow and tiered network products have been relatively successful, and there's literature on how broad network products respond when narrow and tiered products take off.  And so, again, it gave me an insight into the competitive dynamics that were likely to play out.

So where it is possible, I would agree, and I think I testified to this, more information is always better.  But I think for reasons all of the experts have said in this case, it's hard to figure out specifically what would have happened.

Q    So just to be sure, we're looking for two different markets that are similar in a lot of respects but where the conduct occurred in one and not in the other; is that right?

A    That's right.

That's what we might call a benchmark that sort of resembles the target that we're trying to study but sort of differs from it in the sense that the conduct itself wasn't at play.

Now, one of the reasons why I think we all started looking at Europe, maybe we could learn something from Europe or some of -- maybe Japan.

So I think people have looked for even examples outside of the country.  But then you run into problems of,

well, first of all, there are substantial differences that are hard to overcome in terms of it's not the United States.

And the second thing is, of course, Google is everywhere and so how do you disentangle what you see there versus what you see here.

Q    And in Europe, have you seen any evidence that Google is engaged in anti-competitive conduct?

A    Well, I haven't studied it, but that's sort of the subject of the EU Android decision and some of the sort of concerns that gave rise to the DMA, the digital market act regulation.

Q    Okay.

Now, you were asked about a choice screen in the Allcott study where the result was a 1 percent difference. And I believe there was a second choice screen displayed in the Allcott study, and were the results in that study after users had used Bing for two weeks any different?

A    Yes.

I think in this delayed choice screen into the mix intervention, the ultimate share shift was on the order of 15 percentage points from Google to Bing and a gross welfare loss of zero before factoring in the benefits of competition.

Q    Okay.

And you were asked about GenAI, and, in

4640

particular, whether you had seen documents about Google's ordinary course plans today to make Gemini a search access point.

I want to ask you, does your opinion concern what Google is planning to do today or what Google would do under distribution remedies imposed on to general search?

A    Yeah, I think I answered that.

I mean, it's forward-looking, especially where the market is nascent.

That's one reason why you don't want to put too much stock on numbers today, but on top of which, if Google's incentives change in a material way, that's another reason why you don't want to put too much stock on, say, their strategy today or the numbers today.

Q    And let's go to Slide 14 from our presentation.

I think there was some confusion about rage quit queries.

Let's see if we can clear that up.

Did Dr. Weinberg testify about more than one type of rage quit query?

I'm sorry, I said Dr. Weinberg.

Did Mr. Weinberg -- a lot of doctors.

A    Yeah, that's all right.

I'm sorry, I called him Dr. Gabriel before I realized that.

Q    Did Mr. Weinberg speak about multiple types of rage quit queries?

A    Well, I think Mr. Schmidtlein reminded me, because I was here when he -- when Mr. Weinberg testified, that this first came up in his testimony with respect to, you know, hours that a restaurant or store might be open, and so he did talk about rage quit queries for that reason.

But, again, like I said -- and I think that's important.  It's another way in which not having scale can harm competitiveness.

But here I think he's talking about, you know, user -- bad user experience in the context of ads.

Q    And when you say "here," are you speaking of the sentence where he says, "In fact, we were talking about the rage quit queries earlier, like if people are trying to navigate and you put in a bunch of ads, that's exactly the type of query that people get very angry about"?

A    Well, yes, I mean, that's what it says.

And I take this to mean he was talking also about ads.

Q    Okay.

And last question.

You were asked about the long tail.

Mr. Weinberg said down here at the very end, "It's for these long-tail queries where we are generally

4642

showing ads when we shouldn't be."

Can you explain how you understand that.

A    I take that to mean they do show ads for long-tail queries, but Mr. Schmidtlein was asking precisely if I knew what share, and I haven't done that quantification.

MR. GOWER:  Thank you.

That's all I have.

THE COURT:  Okay.

Dr. Chipty, thank you very much for your time and your testimony and you may step down.

Okay, Mr. Dahlquist.

MR. DAHLQUIST:  Good news, Your Honor.  We have run out of witnesses.

We have just a few administrative matters to clean up.

THE COURT:  Sure.

MR. DAHLQUIST:  First, I think, Michael, do you want to --

MR. McLELLAN:  Your Honor, I neglected to move in PXRD029, Dr. Jerath's deck, as a demonstrative, so I want to do that.

THE COURT:  We'll make sure that's accepted into evidence or as part of evidence.

MR. McLELLAN:  Thank you very much, Your Honor.

4643

MR. DAHLQUIST:  And then we had some exhibits and final designations to enter as well.

THE COURT:  Are these rebuttal designations or just -- I know you had left it open.

MR. DAHLQUIST:  Not rebuttal designations.

MS. GLYNN:  Good afternoon, Your Honor. Meagan Glynn for the United States.

We have a thumb drive with designated portions of Elizabeth Reid's deposition and Jesse Adkins' 30(b)(1) deposition that we would like to submit to complete their trial testimony this week.

THE COURT:  Okay.

MS. GLYNN:  And Google has signed off on this. I'm having us submit this today.

THE COURT:  Okay.  Great.

MS. GLYNN:  May I approach?

THE COURT:  If you would just hand them to my law clerk.  Thank you.

MR. DAHLQUIST:  These were two of the portions that were -- one was a Rosetta Stone for confidential info, and one was just a rule of completeness objection.

THE COURT:  Okay.

MR. DAHLQUIST:  And then lastly, but not least, exhibits.

4644

MR. NOWLAN:  Good afternoon, Your Honor. Keane Nowlan on behalf of the United States.

Two very quick exhibit matters, the first being that the plaintiffs have a few more exhibits to enter in a final push.  We've spoken with Google and they've consented to us doing so; and at some point today, we'll make a public filing as well to note those on the record.

THE COURT:  Okay.

MR. NOWLAN:  And then we made a push on May 2nd, and that will be under ECF Number 1238.  We pushed those exhibits into evidence, and today we have a copy of those exhibits to give to you; I believe we didn't make a copy available to you at the time.

THE COURT:  Okay.

MR. NOWLAN:  May I approach?

THE COURT:  If you would.

MR. DAHLQUIST:  And my final administrative item, Your Honor.

We have been in discussions with Google about a schedule to identify confidentiality designations with regard to the post-trial briefing.

We've got initial briefs due next Friday, the 16th; responsive briefs the Friday after, the 23rd. Our goal is to have a schedule that allows us to do designations to have a full public filing or whatever's

4645

designated in advance of closing arguments.

We are not in agreement yet.  I'm hopeful that we will be in agreement after over the weekend.  But we will submit to you, hopefully Monday or Tuesday, either an agreed proposal or competing proposals for those deadlines.  And we would like to get those in place soon because that helps us to push the third parties to get back with designations as well as the parties.

THE COURT:  Right.

Okay.  Great just let me know.

MR. DAHLQUIST:  That's forthcoming.

THE COURT:  But I think you anticipated what my ask would be, which is to make sure that the public filings are in place before the closings.

MR. DAHLQUIST:  Correct.

And with that, with appreciation from Your Honor, from Ms. Bruce, from Mr. Burton, and Mr. Zaremba, thank you for your time, we close our case.

THE COURT:  All right.  Thank you, Mr. Dahlquist.

Mr. Sallet.

MR. SALLET:  Just as a matter of form, we also close our case now.

THE COURT:  Thank you.

MR. SCHMIDTLEIN:  You gave me a heart attack there for one second.

MR. SALLET: I just want to ask a few more questions.

MR. SCHMIDTLEIN: We will submit to you, early next week, either an agreed-upon or disputed -- I think Your Honor can probably understand that we are operating under very, very, very tight timetables here over the next three weeks, a lot of moving parts, a lot of briefs, and the confidentiality asks and logistics are not insignificant. So we're going to do our very best, but I think, unlike last time where we had a little bit more time in between these.

THE COURT: Right.

MR. SCHMIDTLEIN: I don't know that we're going to be able to get it all done on the timetable that you would prefer, but we will -- again, we will continue to talk to them about it.

THE COURT: Okay.

Look, I think -- I will say the following, which is, on this issue, you all are operating on a very tight timetable and I understand that.

What matters most to me is, to the extent there can be sort of unanimity and agreement about these issues, to make sure we get there and it gets filed, if there are some things that are lagging behind, it's okay by me.

I mean, again, we're working at very tight

timetable, and the key here is to make sure the public has access to much of what you all have put into the record and will be a subject of the closings.  And if there's some -- if there's still some issues remaining, either because you've got slow third parties or because there are disputes, we can work through that, okay?

So the goal, again, is, number one in my mind is to -- let's get all prepared in a reasonable way for the closings, get the submissions in for me, and we'll do the best we can to make sure we can get as much access to the public as we can.  Ultimately they're going to get access to, you know, the end version, but they certainly will have access to a good part of it before the closings to ensure that the public knows what the parties' positions are and what they're relying on terms of evidence, okay?

All right.  I have only one other housekeeping, I guess two, one substantive, one less so.

Look, there's been a lot of talk about the DMA throughout these proceedings at a relatively high level. It would be helpful to me just to have some greater insight as to what the data disclosure requirements are under the DMA.  I know we've talked about them, there was a slide that had some of the fields, but if you all could either work on a submission or include it within your submissions to me so that we can have a little bit more detail on that, that

4648

would be useful to have that knowledge.  So talk amongst yourselves in terms of what you think the best way to get that to me is.  And, you know, look, it's just a data point; don't read anything into the request.

The other thing is, the hyperlink briefs and what you all think in terms of the timing, again, I want to be mindful of all the other commitments you have.

I will tell you it's more important to me to have the hyperlink briefs after closing than before.  What I do need before closings are obviously your final briefs and all of the exhibits which you'll either haven't done already but presumably will get all of that on a thumb drive.

So, you know, if we -- I'll obviously look at whatever exhibits I need to in advance, but in terms of the convenience of having the hyperlinks, it's more important for me to have that afterward.  So put that also on your radar in terms of the figuring out a schedule that works for everybody, okay?

All right.  Thank you.

Mr. Schmidtlein?

MR. SCHMIDTLEIN:  Then did you want -- I guess we will confer and then I guess come back to you about closings, unless you've got some guidance you want to give for --

THE COURT:  As I said the other day, I want to -- I need to think about this.

And I think as we did last time, I hope I gave you enough time last time in terms of structuring things.  And we'll make sure we get something out in plenty of time for you to structure your closings and talk through -- which also reflects the topics I want to talk about, not to limit it to what you may want to talk about, but at least to give it some structure both in terms of time and topics, okay?

MR. SCHMIDTLEIN:  Okay.

On behalf of Google, thank you, Your Honor, for you and your staff's attention.  We appreciate it.

THE COURT:  All right.

Thank you all very much.

Let me extend my thanks to counsel, to the parties, everybody that's both in the courtroom and working in the background, to your families, please extend my gratitude.

You know, judges, you know, maybe we get once-a-career cases of this nature and lawyering of this nature.  I've now had the opportunity to have it done twice, and I am really grateful to all of you, your professionalism, the zealousness of your advocacy without, at least before me, having it descend into acrimony, is really, I think, a model for how everybody in the legal

4650

profession should behave and conduct themselves.

So thank you very much.

I know you've got a lot of work ahead in the next few weeks, but we look forward to seeing you in three weeks. Try to enjoy your weekend as much as you can. We'll see you in a few weeks.

Don't wait for me. Thank you, everyone.

COURTROOM DEPUTY: All rise. This Court is now adjourned.

(Proceedings concluded at 12:22 p.m.)

4651

C E R T I F I C A T E

I, William P. Zaremba, RMR, CRR, certify that the foregoing is a correct transcript from the record of proceedings in the above-titled matter.


Date:__May 9, 2025_____     _____

                               William P. Zaremba, RMR, CRR

BY MR. GOWER: [6]
4599/7 4599/20
4609/6 4613/5
4615/20 4636/23
BY MR. McLELLAN:
[12]   4532/15
4533/15 4534/23
4535/12 4536/21
4544/4 4545/3
4548/17 4549/16
4550/21 4552/21
4554/17
BY MR. SCHMIDTLEIN:
[5]   4618/3 4621/6
4629/16 4630/25
4634/14
BY MR. SOMMER: [10]
4556/9 4557/20
4558/3 4562/12
4562/25 4566/14
4567/16 4567/25
4571/9 4588/19
COURTROOM DEPUTY:
[6]   4530/5 4531/17
4531/20 4598/14
4598/17 4650/8
MR. DAHLQUIST: [9]
4642/12 4642/17
4642/25 4643/5
4643/19 4643/23
4644/17 4645/11
4645/15
MR. GOWER: [10]
4598/6 4598/12
4598/21 4599/18
4612/8 4615/17
4617/6 4620/23
4636/22 4642/6
MR. McLELLAN: [27]
4531/9 4531/12
4531/15 4531/25
4532/9 4533/13
4534/19 4534/21
4535/10 4536/19
4544/24 4548/16
4549/10 4550/19
4552/18 4554/1
4554/7 4554/16
4555/23 4562/5
4562/23 4567/23
4570/14 4570/21
4597/25 4642/19
4642/24
MR. NOWLAN: [3]
4643/25 4644/9
4644/15
MR. SALLET: [4]
4556/3 4617/17
4645/21 4646/1
MR. SCHMIDTLEIN:
[11]   4620/25
4629/10 4629/15
4630/24 4634/13
4636/18 4645/24

4646/3 4646/13
4648/21 4649/10
MR. SOMMER: [17]
4553/23 4554/4
4554/9 4556/6
4557/12 4557/18
4557/24 4558/1
4562/9 4567/14
4567/20 4567/22
4567/24 4570/16
4571/6 4588/18
4597/21
MS. GLYNN: [3]
4643/6 4643/13
4643/16
THE COURT: [56]
4530/2 4530/11
4531/11 4531/14
4531/22 4532/6
4534/17 4534/20
4541/25 4547/19
4548/15 4554/6
4554/11 4556/1
4556/4 4557/17
4557/25 4562/24
4567/21 4570/24
4597/23 4598/1
4598/8 4598/13
4598/19 4598/24
4608/13 4609/5
4611/22 4612/1
4612/9 4617/12
4617/18 4621/3
4629/14 4630/22
4636/20 4642/8
4642/16 4642/22
4643/3 4643/12
4643/15 4643/17
4643/22 4644/8
4644/14 4644/16
4645/9 4645/12
4645/19 4645/23
4646/12 4646/17
4648/25 4649/13
THE WITNESS: [10]
4531/24 4542/2
4547/22 4555/25
4599/1 4608/19
4611/23 4612/3
4612/17 4621/5

$

$10 [1]   4534/12
$20 [1]   4534/11
$70 [5]   4607/3
4607/7 4607/11
4608/7 4609/19
$70 number [1]
4609/19

0

0010 [2]   4634/16
4634/21
003 [1]   4557/18
009 [1]   4634/17

022 [1]   4547/8

1

1 percent [3]   4627/9
4628/25 4639/14
100 [1]   4549/6
10019 [1]   4528/8
10:55 [1]   4598/16
11:00 [1]   4598/10
11:11 [1]   4598/16
12 [1]   4578/12
1238 [1]   4644/10
12:22 [1]   4650/10
1300 [1]   4527/17
1301 [1]   4528/7
14 [2]   4526/7
4640/15
15 [3]   4534/9 4618/9
4639/21
16th [1]   4644/23

2

20 [2]   4570/21
4623/4
20 percent [3]
4622/20 4622/23
4623/4
20 years [1]   4534/9
20-3010 [2]   4526/4
4530/6
20001 [1]   4528/13
20024 [1]   4528/3
2010 [2]   4632/3
4632/4
2014 [1]   4614/23
202 [4]   4527/5
4527/11 4528/4
4528/13
2021 [3]   4584/6
4584/17 4584/22
2023 [1]   4615/5
2025 [2]   4526/5
4651/7
20530 [1]   4527/10
209 [1]   4527/4
212 [1]   4528/8
23rd [1]   4644/23
24 [1]   4568/3
25 [1]   4622/25
25 percent [1]
4622/17
271-8638 [1]   4527/11
2nd [1]   4644/9

3

30 [1]   4643/9
3010 [2]   4526/4
4530/6
3249 [1]   4528/13
333 [1]   4528/12
354-3249 [1]   4528/13

4

40th [1]   4528/7
41 [1]   4578/11
434-5000 [1]   4528/4

450 [1]   4527/9
497-7728 [1]   4528/8

5

5000 [1]   4528/4
508-6000 [1]   4527/19
5th [1]   4527/9

6

6 cents [1]   4609/20
600 [1]   4527/4
6000 [1]   4527/19
60604 [1]   4527/5
680 [1]   4528/3

7

70 [1]   4578/8
720 [1]   4527/19
75 [3]   4567/19
4568/3 4568/3
7616 [1]   4527/10
7728 [1]   4528/8
7th [1]   4527/18

8

80 percent [4]
4578/9 4584/6 4584/9
4584/17
80203 [1]   4527/18
805-8563 [1]   4527/5
8563 [1]   4527/5
8638 [1]   4527/11

9

9:33 [1]   4526/6

A

a.m [3]   4526/6
4598/16 4598/16
ability [2]   4572/15
4580/1
able [10]   4538/10
4540/4 4540/7 4549/9
4594/13 4594/14
4603/6 4626/10
4637/25 4646/14
about [131]
above [1]   4651/4
above-titled [1]
4651/4
absent [5]   4630/19
4631/5 4631/10
4631/17 4631/21
absolutely [1]
4559/8
abutting [1]   4600/23
academic [1]   4534/8
accept [3]   4530/16
4547/12 4617/13
accepted [2]   4575/13
4642/22
accepting [1]
4547/18
access [11]   4530/22
4579/11 4580/25
4624/21 4627/7

**A**

**access... [6]**
4628/14 4640/2
4647/2 4647/10
4647/11 4647/13
**according [1]** 4610/7
**acknowledge [2]**
4607/10 4608/3
**acrimony [1]** 4649/24
**across [4]** 4534/10
4538/14 4544/15
4583/2
**act [1]** 4639/10
**action [5]** 4530/6
4577/23 4578/3
4578/14 4578/19
**active [1]** 4628/23
**activities [1]**
4534/6
**activity [1]** 4543/16
**actors [1]** 4530/25
**actual [12]** 4573/21
4600/13 4600/22
4601/15 4602/5
4602/17 4629/18
4629/20 4629/21
4630/5 4630/9
4636/16
**actually [19]**
4553/10 4567/7
4568/6 4568/20
4585/6 4586/14
4592/21 4594/3
4594/19 4596/13
4597/1 4597/11
4601/8 4607/16
4612/13 4614/8
4618/22 4622/21
4623/6
**ad [23]** 4534/5
4539/23 4540/1
4540/11 4540/11
4541/20 4545/18
4545/20 4545/23
4545/24 4546/18
4546/21 4547/6
4550/5 4555/20
4555/22 4592/22
4593/12 4614/16
4615/14 4617/2
4617/2 4621/9
**ad campaigns [1]**
4545/20
**add [2]** 4548/20
4549/6
**added [1]** 4613/18
**additional [3]**
4563/25 4577/17
4631/8
**address [8]** 4546/11
4558/22 4559/2
4564/22 4565/20
4582/21 4602/4
4602/7
**addressed [6]**

4555/14 4561/9
4566/12 4580/7
4581/13 4590/25
**addresses [4]**
4545/10 4545/11
4549/20 4549/22
**addressing [1]**
4561/17
**adjourned [1]** 4650/9
**Adkins' [2]** 4530/15
4643/9
**administrative [2]**
4642/14 4644/17
**admit [1]** 4617/10
**adopt [1]** 4610/8
**adopted [2]** 4610/17
4610/18
**ads [70]** 4537/14
4539/15 4539/18
4539/23 4540/4
4543/2 4543/21
4543/22 4550/2
4555/8 4560/20
4561/19 4574/6
4575/17 4580/16
4580/17 4581/15
4582/8 4583/1
4589/24 4593/7
4594/5 4594/6 4595/4
4596/9 4596/10
4613/19 4614/4
4614/6 4614/7 4614/8
4614/11 4614/25
4615/2 4615/6
4615/11 4615/22
4616/2 4616/4 4616/6
4616/9 4616/11
4616/13 4616/22
4619/13 4619/16
4619/17 4620/6
4620/9 4620/10
4620/13 4620/18
4620/21 4621/2
4621/22 4622/12
4622/15 4623/5
4623/8 4623/10
4623/11 4623/14
4623/15 4624/5
4624/8 4641/12
4641/16 4641/20
4642/1 4642/3
**advance [2]** 4645/1
4648/14
**advanced [4]** 4544/1
4544/5 4593/14
4594/3
**advantage [3]**
4606/12 4612/13
4613/3
**advantages [1]**
4625/5
**advertiser [24]**
4547/5 4547/11
4547/13 4548/20
4549/3 4561/4

4565/19 4565/25
4567/8 4568/7
4568/20 4574/19
4574/22 4576/2
4578/5 4587/22
4592/14 4592/19
4593/16 4595/21
4596/16 4597/1
4618/15 4623/25
**advertiser's [1]**
4547/12
**advertiser-side [2]**
4565/19 4565/25
**advertisers [94]**
4534/5 4534/10
4534/11 4534/11
4536/11 4539/16
4539/16 4539/18
4539/21 4539/22
4540/4 4540/7
4541/14 4543/1
4543/14 4544/10
4545/13 4546/16
4547/17 4548/1
4548/5 4548/7
4548/14 4548/24
4549/25 4551/3
4551/4 4551/13
4551/23 4552/9
4553/14 4554/24
4555/5 4555/17
4562/17 4562/20
4564/1 4564/7
4565/13 4566/24
4568/18 4568/23
4568/24 4573/8
4573/16 4573/22
4574/15 4575/16
4576/14 4577/13
4577/17 4579/3
4579/7 4579/14
4580/2 4581/10
4584/3 4584/6 4584/9
4584/17 4585/9
4585/25 4586/15
4586/19 4587/3
4587/7 4590/1
4590/17 4592/21
4593/11 4593/14
4593/20 4593/22
4593/25 4594/3
4594/5 4594/9
4594/12 4594/19
4594/22 4596/14
4596/16 4597/3
4597/4 4597/6 4597/7
4597/9 4597/11
4597/15 4608/1
4613/21 4616/14
4616/16 4619/3
**advertisers' [3]**
4534/3 4541/20
4592/12
**advertises [1]**
4567/13

**advertising [14]**
4537/13 4555/12
4555/12 4560/21
4580/1 4580/10
4580/15 4583/3
4589/2 4589/15
4614/9 4616/21
4617/2 4621/17
**advice [1]** 4597/6
**advise [2]** 4597/4
4597/5
**advised [1]** 4534/13
**advising [1]** 4597/11
**advocacy [1]** 4649/23
**affect [2]** 4580/17
4602/18
**affected [2]** 4601/24
4603/15
**affects [1]** 4602/22
**after [11]** 4555/2
4598/10 4606/13
4619/3 4622/9
4632/24 4633/24
4639/16 4644/23
4645/3 4648/9
**afternoon [2]** 4643/6
4644/1
**afterward [1]**
4648/16
**again [20]** 4530/11
4542/1 4548/11
4570/13 4571/10
4575/20 4579/19
4580/24 4590/4
4597/8 4606/21
4609/23 4618/6
4629/2 4638/5 4641/8
4646/15 4646/25
4647/7 4648/6
**against [3]** 4539/24
4547/6 4633/6
**age [1]** 4585/14
**aggregate [1]**
4544/23
**aggregated [4]**
4543/12 4544/16
4544/20 4581/11
**aggregates [3]**
4541/16 4581/18
4581/20
**ago [3]** 4573/1
4574/5 4582/13
**agree [50]** 4535/18
4537/5 4541/8
4541/11 4546/5
4546/8 4550/17
4553/1 4567/5 4567/9
4568/4 4568/8 4568/9
4568/15 4568/18
4568/21 4568/22
4569/15 4569/18
4571/15 4571/20
4571/24 4572/1
4573/20 4573/23
4574/14 4574/16

4654

**A**

**agree... [23]**   4575/6
4575/14 4581/22
4584/2 4584/14
4585/14 4585/24
4593/1 4604/4 4606/5
4610/9 4613/23
4613/24 4620/13
4621/21 4622/1
4624/14 4625/21
4626/1 4626/24
4627/6 4627/15
4638/7
**agreed [5]**   4532/4
4563/25 4564/2
4645/4 4646/4
**agreed-upon [1]**
4646/4
**agreement [3]**   4645/2
4645/3 4646/22
**agreements [1]**
4635/19
**agrees [3]**   4537/13
4554/22 4574/1
**ahead [2]**   4598/9
4650/3
**AI [23]**   4539/11
4539/14 4539/16
4539/24 4540/1
4540/10 4540/12
4574/4 4585/14
4585/23 4586/8
4586/9 4586/10
4587/17 4588/16
4593/24 4594/16
4594/17 4624/14
4625/3 4625/16
4626/4 4626/19
**AI Overviews [1]**
4539/16
**aided [1]**   4528/15
**al [2]**   4526/3 4530/7
**algorithms [2]**
4587/18 4590/1
**all [65]**   4531/1
4531/3 4531/7 4536/1
4539/17 4545/23
4549/1 4554/13
4555/20 4556/1
4556/4 4559/11
4561/21 4565/3
4565/25 4568/25
4569/3 4569/11
4571/25 4573/12
4574/4 4582/19
4584/23 4585/8
4586/11 4588/24
4589/12 4591/23
4592/3 4592/4 4598/1
4598/14 4598/17
4599/21 4602/13
4603/21 4605/10
4606/16 4608/8
4617/7 4617/15
4617/18 4633/5

4635/19 4638/9
4638/21 4639/1
4640/23 4642/7
4645/19 4646/14
4646/19 4647/2
4647/8 4647/16
4647/23 4648/6
4648/7 4648/10
4648/12 4648/19
4649/13 4649/14
4649/22 4650/8
**all right [4]**   4598/1
4599/21 4640/23
4649/13
**Allcott [5]**   4627/5
4627/6 4628/22
4639/14 4639/16
**allow [3]**   4547/10
4589/25 4621/3
**allowed [3]**   4539/17
4539/18 4611/19
**allowing [1]**   4544/22
**allows [3]**   4581/9
4606/11 4644/24
**allude [1]**   4590/23
**alluded [1]**   4590/23
**almost [1]**   4571/25
**alone [1]**   4609/25
**along [6]**   4549/1
4549/6 4562/21
4614/14 4615/1
4615/9
**already [12]**   4556/14
4563/8 4563/15
4569/16 4569/16
4569/17 4571/25
4581/9 4581/9 4584/7
4615/19 4648/11
**also [39]**   4534/13
4534/15 4535/7
4539/15 4539/20
4547/23 4548/14
4552/6 4552/8 4555/1
4555/4 4563/15
4570/4 4574/3
4576/12 4580/14
4583/12 4586/10
4589/22 4593/20
4593/23 4593/24
4595/1 4596/15
4600/8 4600/24
4612/4 4612/24
4614/5 4614/5
4616/13 4626/7
4628/13 4628/22
4637/25 4641/19
4645/21 4648/16
4649/7
**alter [3]**   4583/2
4588/25 4589/12
**alternative [1]**
4612/23
**although [1]**   4530/21
**always [2]**   4584/11
4638/8

**am [7]**   4534/19
4571/1 4581/16
4589/8 4589/17
4632/8 4649/22
**AMERICA [2]**   4526/3
4530/7
**Americas [1]**   4528/7
**AMIT [2]**   4526/9
4598/18
**among [7]**   4563/7
4564/17 4565/2
4576/14 4611/9
4611/13 4628/23
**amongst [1]**   4648/1
**amount [3]**   4605/25
4606/1 4606/2
**analyses [2]**   4633/3
4635/3
**analysis [15]**
4533/22 4544/2
4544/6 4544/11
4544/12 4567/6
4568/5 4592/18
4594/14 4601/20
4620/8 4620/16
4630/8 4630/11
4632/21
**analyzing [1]**
4632/22
**Android [1]**   4639/9
**angry [2]**   4619/21
4641/17
**another [9]**   4548/1
4552/22 4563/13
4590/16 4597/16
4615/5 4620/3
4640/13 4641/9
**answer [13]**   4556/24
4560/1 4562/14
4567/18 4568/9
4578/16 4578/21
4587/11 4595/10
4595/25 4596/5
4614/10 4627/10
**answered [1]**   4640/7
**anti [1]**   4639/7
**anti-competitive [1]**
4639/7
**anticipated [1]**
4645/12
**anticompetitive [1]**
4565/21
**antitrust [6]**   4527/3
4527/16 4632/9
4632/11 4632/13
4634/3
**any [86]**   4532/24
4534/1 4535/22
4535/24 4536/1
4541/9 4544/15
4553/19 4554/18
4556/2 4556/17
4556/21 4556/21
4559/1 4559/24
4560/10 4560/14

4560/17 4560/18
4560/19 4561/20
4562/17 4565/16
4565/18 4565/19
4565/22 4566/2
4566/4 4572/17
4572/24 4573/8
4573/21 4575/6
4575/24 4576/19
4577/4 4577/12
4577/23 4578/3
4578/14 4578/16
4578/19 4581/3
4582/1 4582/9
4582/13 4583/22
4585/11 4586/16
4587/2 4587/6
4587/15 4588/4
4589/21 4590/5
4590/14 4592/13
4592/20 4593/7
4594/14 4595/21
4597/1 4597/14
4597/24 4606/7
4608/15 4620/8
4620/16 4620/20
4621/8 4621/16
4623/13 4623/23
4623/24 4624/16
4624/18 4630/8
4630/11 4630/18
4631/4 4631/20
4635/2 4636/10
4636/21 4639/6
4639/17
**any other [1]**
4575/24
**anymore [1]**   4571/6
**anything [8]**   4553/25
4564/13 4580/11
4611/19 4621/15
4624/19 4628/20
4648/4
**API [3]**   4541/13
4541/15 4581/10
**app [7]**   4611/7
4611/17 4611/21
4612/14 4624/20
4625/24 4626/10
**app's [1]**   4613/6
**appear [1]**   4613/7
**APPEARANCES [2]**
4526/11 4527/20
**appeared [1]**   4540/11
**appears [1]**   4613/7
**applications [2]**
4611/5 4624/15
**applies [1]**   4593/24
**appreciate [3]**
4581/24 4626/23
4649/12
**appreciation [1]**
4645/16
**approach [7]**   4533/14
4557/16 4567/14

## A

**approach... [4]**
4599/18 4634/13
4643/16 4644/15
**appropriate [4]**
4600/10 4607/9
4610/9 4630/17
**appropriateness [1]**
4588/14
**apps [3]**  4612/6
4612/23 4613/4
**are [133]**
**are you [1]**  4577/23
**area [2]**  4559/13
4593/8
**areas [2]**  4560/6
4588/15
**aren't [4]**  4610/8
4612/14 4633/16
4637/6
**argue [1]**  4610/25
**argued [1]**  4613/19
**argument [1]**  4606/5
**arguments [1]**  4645/1
**arises [1]**  4576/13
**arithmetic [1]**
4543/9
**around [1]**  4635/22
**articles [2]**  4595/15
4595/17
**artificially [1]**
4614/2
**as [105]**  4532/2
4532/7 4532/13
4534/8 4535/15
4537/20 4538/6
4538/10 4540/11
4540/11 4543/10
4543/24 4551/14
4551/17 4552/24
4555/1 4555/10
4560/3 4560/23
4562/6 4564/1
4565/19 4565/20
4567/13 4569/1
4570/18 4570/20
4571/25 4573/21
4574/15 4575/25
4577/21 4578/18
4578/21 4579/20
4580/16 4582/7
4586/24 4590/5
4591/13 4593/13
4593/22 4595/21
4595/22 4595/24
4597/9 4597/11
4598/22 4599/5
4602/1 4602/2 4602/8
4603/9 4605/17
4605/21 4606/8
4606/9 4607/23
4608/3 4608/21
4611/7 4611/15
4616/2 4616/3
4617/13 4618/16

4622/17 4623/13
4625/10 4625/11
4625/14 4625/18
4627/8 4627/16
4627/17 4628/2
4628/2 4628/7 4630/2
4630/13 4631/20
4632/1 4632/11
4632/14 4632/22
4632/22 4634/15
4635/9 4635/9
4635/12 4636/6
4642/20 4642/23
4643/2 4644/7 4645/7
4645/8 4645/21
4647/10 4647/11
4647/21 4648/25
4649/3 4650/5 4650/5
**As I said [1]**
4571/25
**as opposed [1]**
4570/20
**as the [1]**  4632/22
**ask [13]**  4535/10
4540/7 4540/18
4547/19 4562/15
4569/18 4573/8
4592/11 4593/10
4595/3 4640/4
4645/13 4646/1
**asked [11]**  4557/21
4558/10 4576/7
4579/7 4605/13
4605/15 4614/14
4637/2 4639/13
4639/25 4641/23
**asking [5]**  4575/23
4575/25 4612/18
4636/12 4642/4
**asks [1]**  4646/8
**aspect [3]**  4601/1
4602/4 4625/15
**aspects [3]**  4593/6
4593/9 4626/1
**assess [4]**  4570/9
4592/15 4602/18
4620/16
**assessment [5]**
4592/13 4602/5
4620/20 4621/8
4623/13
**assignment [6]**
4533/17 4533/19
4533/21 4534/25
4535/1 4635/11
**associated [2]**
4564/9 4576/23
**attack [1]**  4645/24
**attention [5]**
4562/13 4600/11
4600/17 4627/12
4649/12
**attractive [1]**
4603/11
**attractiveness [2]**

4602/17 4624/2
**attributable [2]**
4620/22 4621/10
**auction [23]**  4550/2
4550/13 4551/3
4551/4 4551/20
4551/22 4551/25
4552/11 4552/16
4552/25 4553/9
4588/21 4588/24
4589/12 4589/24
4589/24 4590/18
4590/25 4592/15
4592/22 4593/7
4593/12 4595/4
**auctions [4]**  4549/23
4551/21 4555/18
4555/19
**audience [2]**  4588/25
4589/13
**authors [5]**  4607/10
4607/18 4608/14
4608/20 4609/9
**autobidders [3]**
4546/4 4546/6
4593/25
**autobidding [23]**
4546/15 4546/20
4547/3 4550/12
4552/6 4552/6 4552/9
4552/14 4583/23
4584/3 4584/7
4584/10 4584/10
4584/11 4584/18
4584/19 4584/24
4585/9 4585/15
4586/2 4586/3
4587/18 4593/25
**available [6]**
4530/19 4548/24
4590/19 4594/9
4635/10 4644/13
**Avenue [3]**  4528/3
4528/7 4528/12
**aware [31]**  4557/3
4557/4 4557/9
4558/21 4558/24
4559/1 4559/8 4560/6
4561/8 4564/1 4564/4
4566/21 4566/25
4571/1 4573/5
4577/23 4578/3
4578/13 4578/18
4580/4 4580/14
4582/24 4583/16
4589/16 4590/7
4595/3 4597/14
4632/22 4635/10
4635/20 4636/2
**away [1]**  4593/18

## B

**back [12]**  4531/22
4539/6 4567/2 4577/2
4596/18 4598/25

4599/8 4619/4
4619/22 4636/15
4645/7 4648/22
**background [2]**
4532/22 4649/17
**bad [4]**  4530/25
4616/3 4616/7
4641/12
**Baker [1]**  4636/9
**balance [1]**  4601/6
**balancing [1]**
4530/20
**ban [1]**  4626/9
**bans [1]**  4626/16
**Barrett [1]**  4528/12
**barrier [1]**  4629/3
**barriers [6]**  4601/25
4602/1 4602/19
4602/22 4602/25
4603/15
**base [3]**  4551/3
4602/21 4616/17
**based [5]**  4534/2
4551/17 4552/6
4555/10 4608/14
**basic [1]**  4541/23
**basically [12]**
4537/21 4539/1
4539/14 4539/25
4541/19 4547/17
4547/25 4554/24
4555/6 4555/17
4560/22 4578/7
**basis [3]**  4585/11
4613/25 4618/16
**be [109]**  4530/3
4531/20 4537/2
4537/11 4537/15
4537/22 4537/23
4538/4 4538/10
4538/11 4538/11
4539/25 4540/4
4540/7 4541/7 4541/8
4541/12 4545/16
4545/18 4545/18
4546/18 4546/20
4546/21 4546/22
4547/6 4547/6
4547/13 4547/16
4549/9 4549/24
4549/25 4551/17
4551/19 4552/10
4553/15 4554/13
4555/14 4562/11
4563/25 4569/5
4570/6 4573/7 4574/1
4574/5 4575/8
4575/13 4575/15
4576/15 4576/22
4577/7 4581/25
4582/2 4584/8 4584/9
4586/21 4587/3
4587/7 4591/1
4591/14 4592/14
4592/16 4594/13

4656

**B**

**be... [47]**   4594/14
4596/21 4597/13
4598/19 4600/19
4600/25 4601/23
4602/15 4602/16
4604/4 4604/6 4604/8
4604/9 4604/16
4604/24 4605/8
4605/17 4606/1
4606/9 4606/20
4606/23 4608/24
4612/6 4612/24
4615/11 4616/2
4617/3 4619/21
4624/5 4624/7
4625/19 4630/17
4630/18 4631/3
4631/4 4638/12
4641/6 4642/1
4644/10 4645/3
4645/13 4646/14
4646/22 4647/3
4647/20 4648/1
4648/6
**because [42]**   4537/13
4537/15 4537/19
4547/5 4548/1 4548/2
4548/13 4549/5
4570/1 4572/5
4573/25 4581/7
4583/1 4584/15
4587/12 4592/2
4597/18 4601/5
4605/4 4605/5 4605/7
4607/9 4609/25
4610/12 4611/12
4612/20 4613/13
4613/20 4614/7
4615/3 4615/12
4617/4 4621/18
4626/20 4628/14
4629/4 4630/15
4637/13 4641/3
4645/6 4647/4 4647/5
**become [1]**   4631/24
**becomes [2]**   4544/1
4633/11
**been [27]**   4532/12
4532/24 4533/4
4534/8 4547/25
4578/8 4595/4 4596/7
4596/10 4596/11
4599/4 4601/3 4605/4
4605/9 4612/12
4630/19 4631/5
4631/9 4631/17
4631/21 4631/24
4632/1 4632/9
4632/11 4638/3
4644/19 4647/18
**before [14]**   4526/9
4535/21 4558/4
4598/8 4609/9
4632/19 4632/23

4639/22 4640/24
4645/14 4647/13
4648/9 4648/10
4649/24
**beginning [2]**
4575/21 4612/22
**begun [1]**   4604/19
**behalf [2]**   4644/2
4649/11
**behave [1]**   4650/1
**behavior [3]**   4538/8
4538/8 4550/14
**behind [1]**   4646/24
**being [14]**   4538/1
4539/19 4546/21
4547/3 4569/17
4574/6 4586/1
4593/23 4593/24
4619/19 4626/10
4629/21 4629/21
4644/3
**belief [1]**   4547/22
**believe [19]**   4537/17
4549/8 4555/12
4555/15 4564/2
4601/3 4601/7
4602/13 4616/13
4618/18 4619/14
4622/21 4626/19
4630/16 4631/2
4631/8 4637/5
4639/15 4644/12
**believed [2]**   4591/1
4604/16
**benchmark [1]**
4638/17
**beneficial [1]**
4552/17
**benefit [3]**   4563/25
4564/7 4608/16
**benefits [7]**   4601/18
4607/11 4608/1
4608/2 4608/5 4609/9
4639/22
**besides [1]**   4635/11
**best [3]**   4646/9
4647/10 4648/2
**better [10]**   4555/1
4555/1 4555/19
4555/21 4562/11
4594/1 4628/6
4629/14 4629/14
4638/9
**between [12]**   4577/18
4578/15 4583/4
4588/25 4589/13
4601/15 4612/14
4613/20 4613/21
4630/5 4630/9
4646/11
**beyond [5]**   4569/20
4569/25 4580/15
4583/13 4583/19
**bid [5]**   4546/20
4547/12 4551/17

4552/12 4568/18
**bidding [5]**   4550/1
4550/14 4551/3
4588/16 4595/22
**bids [2]**   4547/17
4547/18
**big [2]**   4586/2
4594/7
**bigger [2]**   4585/24
4594/5
**biggest [2]**   4548/3
4586/3
**billions [2]**   4553/15
4569/13
**Bing [11]**   4607/2
4622/9 4627/7
4627/15 4627/16
4628/1 4628/7
4628/19 4629/7
4639/17 4639/21
**Bing's [3]**   4627/21
4628/10 4628/24
**bit [8]**   4530/13
4561/25 4565/11
4583/23 4591/18
4621/3 4646/10
4647/25
**blame [1]**   4619/22
**block [1]**   4604/17
**blocked [1]**   4610/16
**blogs [3]**   4578/5
4595/18 4595/19
**blown [1]**   4615/7
**blue [1]**   4613/18
**board [1]**   4579/13
**both [8]**   4530/15
4546/16 4551/19
4565/13 4616/18
4620/14 4649/9
4649/16
**bottom [4]**   4530/20
4558/10 4601/17
4615/18
**bound [1]**   4637/21
**bounds [1]**   4571/2
**box [4]**   4600/18
4600/21 4601/16
4613/18
**boxes [2]**   4600/11
4600/14
**brand [3]**   4602/10
4603/4 4603/8
**break [1]**   4598/9
**brief [1]**   4624/11
**briefing [1]**   4644/21
**briefly [5]**   4556/12
4559/12 4568/2
4579/11 4609/7
**briefs [6]**   4644/22
4644/23 4646/8
4648/5 4648/9
4648/10
**bring [4]**   4575/20
4587/24 4592/1
4593/17

**brings [1]**   4572/23
**broad [4]**   4625/1
4635/21 4636/3
4638/4
**broader [1]**   4625/17
**Broadway [1]**   4527/17
**brought [1]**   4629/10
**browser [3]**   4628/14
4628/16 4635/17
**Bruce [2]**   4527/14
4645/17
**budget [2]**   4555/7
4597/16
**budgets [1]**   4552/12
**bug [1]**   4591/17
**build [2]**   4538/9
4548/1
**builds [1]**   4574/8
**bullet [21]**   4546/10
4546/23 4550/24
4571/12 4572/6
4572/16 4572/23
4577/2 4581/1
4581/13 4582/6
4582/12 4588/2
4588/5 4588/9
4605/11 4605/13
4605/15 4605/22
4615/7 4615/11
**bunch [3]**   4543/14
4619/16 4641/16
**burden [1]**   4552/24
**burdensome [1]**
4553/1
**Burton [1]**   4645/17
**Business [1]**   4533/2
**button [3]**   4548/6
4612/15 4612/16

**C**

**calculating [1]**
4609/9
**calculation [4]**
4608/23 4608/23
4609/8 4609/19
**calculations [2]**
4541/22 4593/19
**California [6]**
4637/13 4637/13
4637/15 4637/17
4637/24 4638/2
**call [8]**   4531/15
4545/16 4557/3
4598/22 4604/5
4629/11 4629/15
4638/17
**called [7]**   4539/11
4558/21 4559/2
4560/24 4586/8
4616/4 4640/24
**calling [3]**   4530/5
4531/12 4595/13
**calls [2]**   4579/14
4631/7
**came [2]**   4596/12

**C**

**came... [1]** 4641/5
**Cameron [2]** 4598/7
 4598/21
**campaign [6]** 4536/17
 4545/25 4548/6
 4550/6 4592/16
 4597/2
**campaigns [11]**
 4534/5 4534/14
 4534/15 4534/16
 4536/16 4541/21
 4545/20 4545/24
 4545/24 4548/2
 4575/17
**can [102]** 4532/4
 4537/5 4537/9
 4538/17 4538/22
 4539/2 4541/7 4541/8
 4541/12 4541/14
 4541/15 4541/17
 4543/15 4543/24
 4546/11 4547/15
 4547/19 4548/20
 4551/14 4551/19
 4552/10 4554/14
 4554/25 4558/18
 4562/2 4567/5 4567/9
 4567/14 4568/4
 4568/8 4568/15
 4568/17 4568/18
 4568/21 4568/23
 4569/1 4569/18
 4571/8 4571/15
 4573/8 4573/12
 4573/20 4574/14
 4574/15 4574/16
 4575/13 4575/19
 4576/1 4576/4
 4588/18 4591/22
 4592/1 4593/1
 4594/15 4594/25
 4595/10 4595/21
 4595/25 4601/18
 4601/19 4603/16
 4604/3 4604/4
 4604/13 4605/18
 4606/25 4607/14
 4608/8 4608/20
 4609/7 4613/2
 4614/19 4615/1
 4615/7 4615/11
 4615/22 4616/4
 4616/7 4618/9 4619/4
 4620/7 4621/23
 4625/23 4626/24
 4627/15 4629/10
 4631/9 4633/6
 4634/21 4636/15
 4637/7 4640/18
 4641/9 4642/2 4646/5
 4646/22 4647/6
 4647/10 4647/10
 4647/11 4647/25
 4650/5

**can't [9]** 4544/1
 4547/7 4564/13
 4592/6 4597/20
 4604/22 4609/3
 4609/24 4633/11
**cannibalizes [1]**
 4624/25
**cannot [5]** 4543/25
 4574/3 4574/7 4596/1
 4596/20
**capabilities [3]**
 4530/25 4585/24
 4625/11
**capable [1]** 4601/11
**capital [2]** 4602/12
 4603/11
**career [1]** 4649/20
**careful [2]** 4608/24
 4626/22
**carefully [1]**
 4564/22
**Carr [1]** 4527/16
**carrier [1]** 4635/18
**carry [2]** 4534/24
 4535/1
**case [44]** 4532/23
 4533/17 4535/5
 4535/6 4535/8
 4537/12 4538/1
 4538/15 4539/25
 4540/12 4544/16
 4553/3 4554/18
 4557/4 4566/16
 4574/6 4600/10
 4600/16 4602/23
 4604/18 4605/7
 4606/20 4618/21
 4620/8 4625/15
 4630/17 4631/2
 4631/12 4632/16
 4634/6 4634/10
 4634/19 4635/3
 4635/4 4635/6
 4635/14 4635/16
 4635/16 4636/11
 4637/12 4637/25
 4638/10 4645/18
 4645/22
**cases [9]** 4632/15
 4632/17 4632/18
 4632/19 4632/21
 4633/13 4637/3
 4637/6 4649/20
**catch [5]** 4605/8
 4606/13 4630/19
 4631/4 4631/9
**categories [1]**
 4603/23
**cause [1]** 4568/20
**Center [1]** 4527/17
**cents [1]** 4609/20
**certain [4]** 4539/2
 4581/10 4581/18
 4581/20
**certainly [3]** 4531/4

**Certified [1]**
 4528/11
**certify [1]** 4651/2
**CH [1]** 4528/12
**chair [1]** 4533/3
**chance [1]** 4604/20
**change [16]** 4550/14
 4551/4 4551/6
 4551/20 4552/11
 4552/12 4552/25
 4577/14 4577/18
 4588/22 4589/2
 4589/14 4596/18
 4609/16 4613/2
 4640/12
**changed [5]** 4577/22
 4578/2 4595/22
 4597/1 4609/15
**changes [20]** 4532/24
 4533/1 4533/6
 4537/20 4549/23
 4549/23 4549/24
 4551/5 4551/23
 4588/24 4589/12
 4590/18 4590/25
 4591/10 4592/3
 4592/4 4592/15
 4592/22 4593/13
 4595/4
**characterization [3]**
 4572/1 4604/2 4627/1
**ChatGPT [1]** 4624/15
**Chicago [1]** 4527/5
**Chipty [15]** 4598/4
 4598/5 4598/22
 4598/25 4599/3
 4599/8 4599/22
 4600/2 4617/8
 4617/10 4618/4
 4632/1 4635/2 4637/2
 4642/9
**Chipty's [2]** 4598/11
 4617/10
**choice [9]** 4609/8
 4609/15 4609/17
 4628/24 4629/8
 4629/9 4639/13
 4639/15 4639/19
**choices [6]** 4551/3
 4587/16 4587/19
 4587/20 4588/8
 4588/11
**choosing [1]** 4548/24
**chose [1]** 4628/23
**choses [1]** 4545/13
**circuit [1]** 4571/7
**circumstances [3]**
 4604/4 4604/10
 4624/6
**circumvention [5]**
 4611/7 4611/10
 4611/16 4612/11
 4625/20
**citations [2]** 4554/3

**cited [5]** 4567/6
 4567/10 4568/5
 4593/1 4593/3
**Civil [1]** 4530/6
**clarifying [2]**
 4546/14 4551/2
**clarity [1]** 4584/8
**clause [2]** 4537/17
 4574/8
**clean [1]** 4642/14
**clear [5]** 4549/4
 4596/5 4596/25
 4618/10 4640/18
**clearly [4]** 4544/20
 4549/7 4620/5 4621/1
**clerk [1]** 4643/18
**click [4]** 4548/5
 4569/9 4569/10
 4623/11
**click-through [1]**
 4569/10
**clicked [1]** 4543/3
**clicking [1]** 4623/6
**clicks [2]** 4614/7
 4623/14
**close [5]** 4600/14
 4622/25 4627/16
 4645/18 4645/22
**closed [1]** 4619/21
**closer [1]** 4607/10
**closing [2]** 4645/1
 4648/9
**closings [7]** 4645/14
 4647/3 4647/9
 4647/13 4648/10
 4648/23 4649/6
**CO [1]** 4527/18
**coag.gov [1]** 4527/19
**coaster [3]** 4600/2
 4629/11 4629/13
**collected [1]**
 4635/17
**Colorado [3]** 4527/14
 4527/15 4527/16
**COLUMBIA [3]** 4526/1
 4533/2 4596/8
**column [1]** 4603/17
**combined [1]** 4530/17
**come [7]** 4538/14
 4544/15 4547/16
 4562/21 4587/13
 4602/14 4648/22
**comes [1]** 4570/11
**coming [2]** 4540/1
 4611/5
**commensurate [1]**
 4624/5
**commercial [5]**
 4615/10 4622/17
 4623/14 4623/20
 4624/1
**commitments [1]**
 4648/7
**common [1]** 4622/10

**C**

**communications [1]**
4538/25
**companies [2]**
4570/11 4637/19
**compare [1]** 4633/6
**compared [4]** 4585/17
4585/18 4585/20
4585/21
**comparing [1]**
4637/23
**comparison [2]**
4635/7 4637/6
**compelled [2]**
4586/15 4586/22
**compete [11]** 4572/15
4610/15 4614/5
4614/9 4615/22
4616/15 4616/22
4620/10 4622/2
4626/10 4626/18
**competes [1]** 4570/10
**competing [5]**
4610/16 4613/4
4614/12 4616/14
4645/5
**competition [53]**
4559/13 4559/23
4560/16 4560/17
4560/20 4564/16
4564/16 4564/17
4565/13 4565/14
4570/8 4577/18
4579/21 4580/9
4583/1 4583/3
4583/10 4588/5
4588/10 4589/2
4589/15 4600/8
4600/16 4601/8
4601/11 4602/2
4604/17 4605/6
4606/19 4607/12
4607/24 4607/25
4608/16 4609/10
4611/9 4611/13
4612/5 4613/20
4613/21 4613/24
4616/12 4616/23
4617/1 4617/4 4617/4
4618/14 4619/2
4630/15 4630/18
4631/3 4633/4 4635/7
4639/23
**competitive [25]**
4560/11 4564/7
4564/9 4564/15
4570/6 4572/2 4581/4
4583/15 4583/21
4587/16 4588/10
4600/18 4609/2
4610/25 4611/18
4625/4 4626/24
4627/3 4631/13
4631/25 4633/5
4633/23 4635/25

4638/6 4639/7
**competitiveness [1]**
4641/10
**Competitor [1]**
4561/19
**competitors [2]**
4611/3 4612/6
**complaints [1]**
4616/8
**complete [1]** 4643/10
**completeness [1]**
4643/21
**complex [1]** 4634/1
**component [1]**
4545/23
**components [1]**
4551/15
**computer [1]** 4528/15
**computer-aided [1]**
4528/15
**concern [2]** 4611/10
4640/4
**concerning [1]**
4587/16
**concerns [4]** 4530/24
4536/9 4539/11
4639/10
**conclude [1]** 4615/14
**concluded [2]**
4566/21 4650/10
**concludes [2]** 4627/7
4628/22
**conclusion [1]**
4562/18
**conditions [1]**
4637/21
**conduct [38]** 4565/20
4578/19 4600/7
4600/15 4601/3
4601/7 4601/24
4602/9 4602/18
4602/21 4602/25
4603/2 4603/3
4603/10 4603/15
4604/18 4604/20
4605/1 4605/1 4605/6
4605/24 4605/25
4606/11 4606/14
4610/14 4617/1
4630/19 4631/5
4631/10 4631/18
4631/21 4635/9
4635/14 4636/16
4638/14 4638/19
4639/7 4650/1
**conduct's [1]** 4605/4
**conducted [2]**
4577/24 4578/4
**conducting [1]**
4622/6
**confer [1]** 4648/22
**confidential [1]**
4643/20
**confidentiality [2]**
4644/20 4646/8

**confirm [1]** 4561/18
**confirms [1]** 4558/6
**confused [1]** 4579/5
**confusion [1]**
4640/16
**connected [1]**
4605/21
**connection [3]**
4559/2 4573/5
4612/14
**CONNOLLY [1]** 4528/2
**consented [1]** 4644/5
**consequence [1]**
4619/2
**consider [2]** 4548/7
4626/6
**consideration [2]**
4606/23 4615/2
**considerations [3]**
4556/18 4556/20
4626/4
**considered [1]**
4565/3
**considering [1]**
4555/8
**consistent [4]**
4570/6 4600/14
4600/24 4615/21
**Constitution [1]**
4528/12
**constructed [2]**
4634/3 4634/9
**Consumer [1]** 4527/15
**contesting [1]**
4577/12
**context [1]** 4641/12
**continue [7]** 4532/4
4585/16 4589/25
4598/11 4611/21
4612/3 4646/15
**CONTINUED [3]** 4528/1
4532/14 4599/6
**contracting [1]**
4637/22
**contracts [2]**
4635/24 4636/7
**contrary [1]** 4614/22
**control [5]** 4546/24
4547/15 4555/18
4555/18 4585/25
**controlling [1]**
4634/25
**convenience [1]**
4648/15
**converse [1]** 4577/21
**converting [1]**
4614/7
**coordinates [2]**
4574/20 4574/22
**copy [2]** 4644/11
4644/12
**correct [112]**
4556/15 4556/18
4556/19 4556/22
4557/22 4557/23

4558/17 4559/9
4559/16 4559/19
4560/7 4560/12
4560/16 4560/21
4560/22 4561/3
4561/10 4561/22
4561/23 4563/9
4563/16 4563/19
4564/1 4565/3
4565/15 4565/21
4565/22 4566/1
4566/6 4566/8 4569/4
4570/7 4570/12
4572/10 4572/16
4573/2 4573/3
4573/22 4574/17
4574/23 4576/23
4577/5 4577/14
4577/19 4579/21
4579/22 4580/16
4580/21 4581/4
4581/10 4581/19
4581/20 4582/3
4582/8 4582/17
4583/9 4583/16
4583/24 4584/7
4584/18 4584/22
4587/8 4587/19
4588/6 4588/7 4588/9
4588/16 4588/17
4589/2 4589/20
4590/2 4590/5
4590/11 4590/12
4594/20 4594/23
4595/5 4595/8 4612/4
4619/24 4620/11
4620/18 4621/13
4621/19 4621/20
4623/20 4624/2
4624/8 4624/16
4624/21 4625/24
4626/11 4627/19
4627/24 4628/11
4628/25 4629/1
4630/6 4630/10
4631/12 4632/8
4632/15 4632/25
4633/1 4633/7 4634/7
4634/19 4635/20
4636/11 4636/13
4645/15 4651/3
**correction [1]**
4606/22
**corrective [10]**
4604/5 4604/7 4605/2
4605/12 4606/17
4606/20 4630/16
4631/2 4631/6 4631/7
**cost [6]** 4564/8
4568/7 4569/9
4576/20 4576/22
4586/21
**costly [2]** 4537/11
4537/15
**costs [9]** 4564/9

**C**

**costs... [8]**   4564/15
 4567/8 4568/21
 4577/4 4577/7
 4592/14 4602/12
 4603/11
**could [58]**   4532/18
 4533/20 4535/11
 4535/22 4536/19
 4538/17 4539/7
 4540/25 4541/25
 4544/18 4545/1
 4545/9 4546/24
 4549/14 4550/19
 4550/23 4551/17
 4552/11 4552/12
 4552/19 4553/4
 4554/21 4555/7
 4557/18 4561/12
 4563/25 4564/7
 4568/16 4573/22
 4574/19 4574/22
 4574/24 4575/1
 4575/2 4575/4 4575/5
 4575/13 4575/15
 4577/7 4586/14
 4591/1 4597/7
 4602/20 4604/17
 4604/21 4606/2
 4606/4 4606/12
 4607/2 4607/16
 4610/16 4611/15
 4617/3 4621/5
 4626/18 4630/22
 4638/22 4647/23
**counsel [3]**   4597/24
 4598/5 4649/15
**country [1]**   4638/25
**couple [4]**   4535/2
 4546/9 4550/22
 4577/10
**course [13]**   4550/2
 4573/17 4596/8
 4596/9 4597/12
 4600/23 4602/13
 4605/7 4613/7
 4613/10 4633/21
 4639/3 4640/2
**court [34]**   4526/1
 4528/10 4528/11
 4539/7 4546/24
 4556/22 4557/8
 4562/11 4565/5
 4565/8 4565/20
 4566/21 4571/13
 4582/25 4583/12
 4585/2 4585/4
 4595/12 4598/14
 4598/17 4599/13
 4601/25 4602/19
 4605/5 4605/19
 4614/15 4616/20
 4626/6 4626/15
 4631/14 4632/22
 4634/17 4634/22

 4650/8
**Court's [11]**   4566/1
 4566/16 4569/20
 4569/25 4579/25
 4581/6 4602/22
 4616/19 4616/25
 4630/14 4635/12
**courtroom [4]**
 4563/20 4595/14
 4624/1 4649/16
**covered [2]**   4561/8
 4569/19
**create [3]**   4582/14
 4590/1 4616/7
**created [1]**   4539/4
**critical [1]**   4545/23
**criticize [2]**
 4629/19 4629/23
**cross [5]**   4529/4
 4554/15 4556/6
 4556/8 4618/2
**Cross-examination [3]**
 4556/6 4556/8
 4618/2
**cross-examine [1]**
 4554/15
**CRR [2]**   4651/2
 4651/8
**curated [1]**   4637/20
**current [2]**   4533/7
 4633/6
**customers [3]**
 4554/23 4554/24
 4637/20
**CV [1]**   4526/4
**cybersecurity [1]**
 4530/24

**D**

**D.C [4]**   4526/5
 4527/10 4528/3
 4528/13
**Dahlquist [5]**   4527/2
 4530/9 4531/8
 4642/11 4645/19
**damaged [1]**   4601/12
**data [59]**   4536/11
 4540/6 4540/21
 4541/6 4541/8
 4541/12 4541/14
 4541/17 4541/19
 4541/21 4541/23
 4541/24 4542/1
 4543/2 4543/4 4543/6
 4543/7 4543/9
 4543/10 4543/12
 4543/14 4543/19
 4543/20 4543/20
 4543/24 4544/16
 4544/20 4544/23
 4555/5 4561/19
 4562/17 4562/20
 4563/25 4564/6
 4564/10 4566/24
 4567/6 4568/5

 4569/19 4573/17
 4575/17 4577/13
 4577/17 4579/11
 4579/15 4580/2
 4580/25 4581/10
 4581/11 4581/15
 4581/18 4581/20
 4581/24 4582/8
 4592/20 4592/23
 4627/8 4647/21
 4648/3
**date [3]**   4609/17
 4624/14 4651/7
**David [2]**   4527/2
 4530/8
**david.dahlquist [1]**
 4527/6
**day [4]**   4526/7
 4534/11 4554/10
 4649/1
**deadlines [1]**   4645/5
**decades [1]**   4535/2
**decide [2]**   4565/5
 4565/8
**decided [1]**   4621/18
**decision [3]**   4565/21
 4566/16 4639/9
**decisions [4]**
 4555/21 4555/21
 4587/17 4588/15
**deck [8]**   4534/18
 4534/21 4535/14
 4557/14 4561/15
 4599/15 4617/11
 4642/20
**default [4]**   4607/2
 4609/16 4609/25
 4628/16
**defaults [1]**   4609/15
**defendant [3]**   4526/7
 4528/2 4530/10
**defendants [2]**
 4532/3 4573/7
**defined [1]**   4616/21
**degrades [1]**   4579/25
**degree [7]**   4580/8
 4583/2 4588/25
 4589/12 4608/17
 4611/9 4611/13
**delayed [3]**   4609/8
 4629/7 4639/19
**demonstrative [4]**
 4538/20 4601/23
 4617/11 4642/20
**denied [1]**   4575/13
**Denver [1]**   4527/18
**DEPARTMENT [3]**
 4527/3 4527/9
 4527/15
**depend [1]**   4606/22
**deposition [14]**
 4562/3 4562/8
 4564/25 4566/15
 4567/15 4568/3
 4573/10 4576/7

 4578/12 4584/16
 4595/8 4635/23
 4643/9 4643/10
**depositions [1]**
 4535/5
**deprive [1]**   4531/5
**deprived [2]**   4603/3
 4605/24
**derivative [1]**
 4603/4
**derived [1]**   4607/13
**descend [1]**   4649/24
**describe [4]**   4545/9
 4550/23 4591/9
 4608/21
**described [5]**   4557/8
 4606/18 4611/10
 4616/3 4622/17
**describes [1]**
 4552/24
**describing [3]**
 4535/14 4536/25
 4614/24
**description [1]**
 4618/16
**design [5]**   4545/25
 4587/17 4588/9
 4588/11 4588/15
**designated [2]**
 4643/8 4645/1
**designations [6]**
 4643/2 4643/3 4643/5
 4644/20 4644/25
 4645/7
**designed [2]**   4534/15
 4545/19
**designing [2]**   4534/5
 4534/14
**desktop [11]**   4627/14
 4627/15 4627/16
 4627/18 4627/21
 4627/23 4628/2
 4628/8 4628/10
 4628/14 4629/5
**detail [4]**   4558/11
 4568/25 4586/24
 4647/25
**detailed [4]**   4564/6
 4579/16 4582/1
 4633/3
**details [9]**   4553/16
 4557/7 4558/25
 4559/4 4564/23
 4575/10 4576/10
 4576/11 4586/1
**determine [1]**   4620/9
**develop [2]**   4580/20
 4611/4
**developer [1]**
 4635/18
**device [1]**   4575/4
**devote [1]**   4586/15
**dictate [1]**   4588/14
**did [71]**   4530/14
 4533/16 4534/24

**D**

**did... [68]**  4535/7
 4535/9 4536/22
 4536/24 4539/20
 4541/2 4541/5
 4543/17 4549/17
 4549/19 4550/7
 4550/10 4557/3
 4557/11 4558/11
 4558/16 4558/18
 4564/14 4564/19
 4564/22 4566/18
 4574/5 4578/14
 4579/23 4583/25
 4585/4 4585/5
 4586/13 4586/17
 4586/23 4591/8
 4596/18 4599/23
 4599/24 4600/5
 4600/15 4602/9
 4602/9 4602/10
 4607/4 4607/5
 4609/13 4609/14
 4610/21 4610/22
 4610/24 4610/24
 4613/15 4613/16
 4618/10 4618/12
 4618/17 4618/20
 4619/13 4620/2
 4622/1 4623/18
 4634/8 4635/3 4635/4
 4635/15 4637/10
 4640/19 4640/22
 4641/1 4641/7
 4648/21 4649/3
**did you [8]**  4536/22
 4541/2 4549/17
 4550/7 4600/5
 4613/15 4635/4
 4648/21
**didn't [15]**  4564/12
 4564/21 4576/8
 4590/23 4602/11
 4618/18 4619/12
 4620/24 4623/19
 4629/23 4631/6
 4634/10 4635/2
 4635/8 4644/12
**difference [4]**
 4630/5 4630/9
 4630/15 4639/14
**differences [1]**
 4639/1
**different [21]**
 4534/13 4546/17
 4546/17 4551/20
 4551/20 4551/25
 4552/10 4552/11
 4591/23 4593/10
 4594/15 4597/6
 4601/9 4602/16
 4610/18 4625/5
 4632/15 4633/5
 4634/3 4638/13
 4639/17

**differentiated [1]**
 4625/9
**differently [9]**
 4551/5 4551/21
 4551/24 4596/10
 4596/14 4596/15
 4596/21 4596/22
 4596/24
**differing [1]**  4600/9
**differs [1]**  4638/19
**digital [10]**  4532/2
 4532/8 4533/8 4534/6
 4555/11 4576/1
 4596/7 4596/8
 4597/11 4639/10
**diminished [1]**
 4631/13
**direct [12]**  4529/4
 4532/14 4566/12
 4570/15 4570/17
 4574/10 4574/13
 4588/21 4599/6
 4609/12 4620/24
 4630/13
**disagree [6]**  4562/18
 4590/16 4590/20
 4601/14 4604/1
 4614/17
**disagreeing [1]**
 4561/21
**disavowed [1]**
 4570/22
**Dischler [2]**  4553/5
 4591/3
**disclose [1]**  4590/8
**disclosed [5]**
 4549/25 4568/16
 4595/5 4595/7
 4595/11
**disclosing [1]**
 4552/24
**disclosure [7]**
 4551/7 4592/22
 4595/13 4595/23
 4597/2 4597/15
 4647/21
**disclosures [2]**
 4550/13 4553/12
**discrete [1]**  4570/20
**discuss [3]**  4548/19
 4549/12 4556/12
**discussed [6]**
 4540/12 4588/21
 4593/24 4595/8
 4616/11 4630/2
**discusses [1]**  4546/4
**discussing [3]**
 4554/2 4581/6 4615/6
**discussion [4]**
 4571/13 4608/25
 4618/14 4619/2
**discussions [3]**
 4578/6 4596/16
 4644/19
**disentangle [1]**

 4639/4
**display [1]**  4580/16
**displayed [2]**  4562/7
 4639/15
**displays [2]**  4538/20
 4544/25
**dispute [6]**  4565/12
 4571/16 4572/24
 4577/3 4583/8 4590/5
**disputed [2]**  4570/20
 4646/4
**disputes [3]**  4576/20
 4577/5 4647/5
**disputing [17]**
 4565/14 4565/16
 4569/24 4570/1
 4570/4 4572/9
 4572/14 4572/18
 4580/5 4582/7
 4587/7 4588/4 4588/8
 4589/19 4590/13
**distance [1]**  4601/15
**distill [1]**  4570/19
**distinction [1]**
 4540/13
**distribute [3]**
 4557/13 4567/15
 4625/24
**distributed [1]**
 4612/7
**distribution [18]**
 4602/4 4602/7 4603/1
 4603/2 4603/4 4603/5
 4603/7 4611/20
 4612/24 4614/1
 4621/18 4624/16
 4625/16 4626/10
 4636/1 4636/8 4636/8
 4640/6
**DISTRICT [3]**  4526/1
 4526/1 4526/10
**diversity [1]**
 4615/12
**division [2]**  4527/3
 4533/3
**DMA [3]**  4639/10
 4647/18 4647/22
**do [138]**
**do you [32]**  4535/13
 4535/18 4536/25
 4537/5 4545/20
 4546/5 4549/20
 4550/17 4551/15
 4551/16 4551/18
 4553/1 4564/11
 4568/12 4569/5
 4569/20 4576/9
 4578/22 4578/24
 4591/4 4595/16
 4600/2 4602/18
 4606/5 4612/10
 4619/6 4619/8
 4622/15 4622/23
 4623/2 4627/6 4639/4

**do you believe [1]**
 4555/12
**do you have [4]**
 4592/20 4599/12
 4608/15 4628/7
**do you know [3]**
 4547/19 4593/13
 4616/15
**Do you remember [5]**
 4539/4 4562/22
 4563/2 4568/10
 4573/9
**Do you see [6]**
 4550/15 4558/8
 4558/12 4569/11
 4573/18 4579/17
**Do you understand [1]**
 4560/24
**Doctor [2]**  4631/23
 4634/15
**doctors [1]**  4640/22
**document [13]**
 4538/24 4538/25
 4539/1 4539/4 4539/8
 4539/11 4539/17
 4544/19 4584/15
 4614/23 4615/5
 4615/5 4615/13
**documents [8]**  4535/4
 4538/14 4544/15
 4615/16 4615/22
 4624/18 4635/17
 4640/1
**does [17]**  4534/4
 4541/21 4547/4
 4548/12 4551/6
 4551/9 4551/10
 4551/11 4552/1
 4552/14 4552/15
 4581/18 4583/14
 4583/20 4596/13
 4611/9 4640/4
**doesn't [6]**  4584/10
 4585/24 4592/5
 4607/11 4629/9
 4637/16
**doing [11]**  4533/4
 4537/15 4543/21
 4544/11 4544/12
 4545/21 4548/12
 4596/21 4596/22
 4596/24 4644/6
**DOJ [2]**  4527/2
 4585/6
**dollars [2]**  4553/15
 4569/13
**dominant [1]**  4606/11
**don't [55]**  4531/4
 4531/4 4531/7
 4534/17 4540/16
 4548/18 4549/11
 4551/10 4552/15
 4564/23 4569/13
 4569/15 4570/1
 4571/22 4572/1

**D**

**don't... [40]**   4572/5
4575/10 4576/3
4576/10 4576/11
4578/10 4581/7
4584/23 4585/10
4585/25 4586/1
4586/11 4587/10
4592/23 4593/3
4596/20 4597/10
4598/8 4606/7 4608/2
4608/20 4609/25
4615/8 4618/13
4620/3 4621/21
4621/23 4621/24
4621/24 4623/21
4624/9 4626/20
4631/20 4634/11
4636/4 4640/10
4640/13 4646/13
4648/4 4650/7
**done [17]**   4548/4
4571/4 4596/14
4620/8 4620/16
4620/20 4621/8
4623/13 4630/8
4630/11 4632/14
4632/21 4634/6
4642/5 4646/14
4648/11 4649/21
**doubt [1]**   4627/2
**down [8]**   4572/23
4581/1 4588/18
4606/25 4608/8
4620/7 4641/24
4642/10
**download [3]**   4541/14
4541/16 4543/24
**downloaded [3]**
4541/7 4541/8
4541/13
**downstream [1]**
4611/4
**Dr [2]**   4601/19
4640/19
**Dr. [125]**   4531/22
4533/23 4534/25
4535/7 4535/13
4535/18 4535/23
4536/22 4536/25
4537/6 4541/12
4546/5 4547/19
4550/7 4550/12
4552/22 4553/25
4554/22 4557/4
4557/8 4557/19
4558/16 4560/7
4561/3 4561/8
4561/15 4561/21
4562/16 4563/18
4564/5 4564/14
4564/19 4565/12
4565/24 4567/17
4569/24 4570/4
4571/11 4571/17

4572/9 4572/14
4572/20 4577/3
4577/13 4579/23
4580/7 4580/24
4582/7 4582/24
4583/8 4583/12
4584/2 4587/9
4587/25 4588/23
4589/8 4589/20
4589/22 4590/7
4590/17 4598/2
4598/4 4598/5
4598/11 4598/22
4598/25 4599/8
4599/22 4599/22
4599/23 4600/2
4600/7 4600/12
4601/14 4601/20
4601/23 4602/3
4602/14 4603/23
4604/3 4604/5 4604/7
4605/12 4605/13
4605/15 4605/18
4606/5 4606/18
4607/1 4607/6
4608/12 4610/5
4610/20 4610/21
4610/24 4610/25
4612/4 4612/8
4613/14 4613/15
4613/19 4613/23
4614/14 4614/17
4616/23 4617/3
4617/8 4617/10
4617/10 4618/4
4618/10 4618/17
4618/20 4622/2
4627/1 4631/7 4632/1
4635/2 4636/9 4636/9
4637/2 4640/21
4640/24 4642/9
4642/20
**Dr. Baker [1]**   4636/9
**Dr. Chipty [13]**
4598/4 4598/5
4598/25 4599/8
4599/22 4600/2
4617/8 4617/10
4618/4 4632/1 4635/2
4637/2 4642/9
**Dr. Chipty's [2]**
4598/11 4617/10
**Dr. Evans [4]**   4557/4
4557/8 4557/19
4558/16
**Dr. Gabriel [1]**
4640/24
**Dr. Hitt [4]**   4610/21
4610/24 4610/25
4612/4
**Dr. Hitt's [1]**
4627/1
**Dr. Israel [27]**
4534/25 4535/13
4535/18 4535/23

4536/25 4547/12
4546/5 4550/12
4553/25 4554/22
4561/8 4561/21
4563/18 4571/11
4572/20 4577/3
4582/24 4583/12
4584/2 4589/20
4590/17 4613/19
4614/14 4614/17
4618/10 4618/17
4622/2
**Dr. Israel's [33]**
4535/7 4536/22
4537/6 4550/7
4552/22 4561/3
4561/15 4562/16
4564/5 4564/14
4564/19 4565/12
4565/24 4569/24
4570/4 4571/17
4572/9 4572/14
4577/13 4579/23
4580/7 4580/24
4582/7 4583/8 4587/9
4587/25 4588/23
4589/8 4589/22
4590/7 4616/23
4617/3 4618/20
**Dr. Jerath [4]**
4531/22 4547/19
4567/17 4598/2
**Dr. Jerath's [1]**
4642/20
**Dr. Kevin [1]**
4599/22
**Dr. Lorin [1]**
4610/20
**Dr. Mark [6]**   4533/23
4560/7 4612/8
4613/14 4613/15
4613/23
**Dr. Murphy [12]**
4599/23 4601/14
4602/14 4604/3
4604/5 4605/13
4605/15 4606/18
4607/1 4608/12
4610/5 4631/7
**Dr. Murphy's [11]**
4600/7 4600/12
4601/20 4601/23
4602/3 4603/23
4604/7 4605/12
4605/18 4606/5
4607/6
**Dr. Tasneem [1]**
4598/22
**Dr. Weinberg [1]**
4640/21
**Dr. Whinston [1]**
4636/9
**draw [3]**   4562/13
4600/11 4600/17
**drawing [1]**   4567/12

**drawn [1]**   4573/25
**drew [1]**   4535/1
**drive [2]**   4643/8
4648/12
**drives [1]**   4583/3
**driving [2]**   4561/7
4614/16
**drove [1]**   4543/22
**DuckDuckGo [1]**
4616/1
**due [1]**   4644/22
**dumb [1]**   4593/22
**during [6]**   4532/2
4532/23 4535/8
4552/23 4561/15
4613/7
**duties [1]**   4550/3
**dynamic [1]**   4537/22
**dynamics [1]**   4638/6

**E**

**each [7]**   4553/18
4554/8 4593/12
4601/25 4616/24
4618/11 4624/4
**earlier [5]**   4532/23
4545/19 4573/24
4593/24 4641/15
**early [1]**   4646/4
**early next [1]**
4646/4
**easy [4]**   4548/5
4548/13 4604/11
4605/8
**ECF [1]**   4644/10
**economic [2]**   4599/10
4634/9
**economics [4]**
4559/20 4563/16
4579/20 4632/13
**economist [2]**
4559/16 4559/19
**Edge [2]**   4628/16
4628/18
**edges [1]**   4554/12
**effect [12]**   4566/24
4580/8 4580/9
4600/15 4604/20
4605/16 4605/17
4606/8 4606/9
4608/21 4609/23
4636/16
**effects [1]**   4608/4
**efficiency [1]**
4589/25
**effort [1]**   4576/19
**either [10]**   4580/11
4581/8 4590/13
4604/23 4621/15
4645/4 4646/4 4647/4
4647/23 4648/11
**elaborate [2]**   4634/9
4634/11
**eligible [2]**   4545/18
4546/21

## E

eliminates [2]
 4541/9 4546/6
Elizabeth [1]   4643/9
Elizabeth Reid's [1]
 4643/9
email [8]   4527/6
 4527/11 4527/12
 4527/13 4527/19
 4528/4 4528/9 4575/1
emanating [1]
 4619/13
emphasizes [1]
 4538/8
encompass [2]
 4591/10 4625/15
encompassed [1]
 4591/1
encompasses [1]
 4625/22
end [3]   4554/10
 4641/24 4647/12
endorse [1]   4601/4
ends [1]   4548/12
engage [2]   4635/8
 4637/16
engaged [2]   4550/1
 4639/7
engine [6]   4539/13
 4597/17 4619/22
 4620/10 4621/22
 4622/6
engines [17]   4564/17
 4570/11 4577/18
 4578/15 4580/20
 4583/2 4583/4
 4583/14 4583/20
 4589/1 4589/14
 4590/11 4613/20
 4613/22 4622/2
 4628/23 4633/16
enhance [3]   4560/15
 4582/25 4589/24
enhancing [1]   4603/6
enjoy [1]   4650/5
enough [9]   4544/21
 4604/6 4604/8 4604/9
 4606/20 4621/25
 4622/25 4624/9
 4649/4
ensure [1]   4647/13
enter [2]   4643/2
 4644/4
entire [2]   4564/5
 4586/20
entry [2]   4603/12
 4603/15
envision [3]   4575/19
 4576/1 4576/4
equally [1]   4551/22
equated [1]   4603/7
equilibrium [1]
 4551/25
especially [6]
 4613/1 4615/10

4616/8 4625/13
 4627/15 4640/8
essentially [9]
 4547/9 4547/17
 4548/9 4548/10
 4600/22 4603/7
 4603/9 4609/20
 4613/3
estimate [1]   4547/12
et [2]   4526/3 4530/7
et al [1]   4530/7
EU [1]   4639/9
Europe [3]   4638/22
 4638/23 4639/6
evaluate [5]   4554/25
 4555/1 4592/15
 4610/6 4610/13
evaluating [1]
 4610/10
Evans [4]   4557/4
 4557/8 4557/19
 4558/16
even [23]   4531/2
 4539/22 4547/2
 4548/23 4565/19
 4568/16 4578/10
 4586/5 4586/6
 4590/19 4595/22
 4609/9 4609/21
 4612/5 4612/11
 4612/23 4616/3
 4623/5 4623/10
 4626/4 4627/23
 4629/8 4638/24
even with [1]   4626/4
eventually [1]
 4606/19
ever [1]   4536/13
every [8]   4545/24
 4552/24 4557/15
 4597/12 4633/24
 4635/17 4635/18
 4635/18
everybody [5]
 4530/12 4596/20
 4648/18 4649/16
 4649/25
everyone [4]   4530/2
 4530/11 4598/19
 4650/7
everything [2]
 4575/8 4615/8
everywhere [1]
 4639/4
evidence [15]
 4538/21 4544/25
 4597/14 4614/16
 4614/21 4617/13
 4624/24 4628/1
 4635/9 4636/6 4639/6
 4642/23 4642/23
 4644/11 4647/15
evident [1]   4570/25
evolve [1]   4625/11
evolving [2]   4588/15

4613/13

exacerbate [2]
 4602/9 4602/10
exacerbated [1]
 4602/25
exact [10]   4545/16
 4546/6 4547/3 4547/4
 4547/16 4547/20
 4547/24 4548/24
 4548/25 4549/7
exactly [4]   4554/9
 4615/25 4631/19
 4641/16
examination [6]
 4532/14 4556/6
 4556/8 4566/12
 4599/6 4618/2
examine [1]   4554/15
example [11]   4543/14
 4574/19 4595/7
 4604/10 4604/13
 4604/18 4605/24
 4606/10 4614/3
 4619/8 4637/22
examples [5]   4592/24
 4593/4 4604/23
 4604/24 4638/24
Except [1]   4596/3
excerpt [2]   4538/20
 4634/17
excerpts [1]   4562/3
excludes [1]   4591/23
excuse [2]   4601/19
 4607/20
executives [1]
 4635/24
exercise [1]   4633/11
exhibit [2]   4538/21
 4644/3
exhibits [8]   4615/19
 4643/1 4643/24
 4644/4 4644/11
 4644/12 4648/11
 4648/14
exists [1]   4632/23
expand [2]   4607/14
 4637/7
expansion [1]
 4603/12
expect [12]   4573/15
 4602/15 4606/1
 4606/7 4607/12
 4607/23 4607/24
 4609/22 4611/21
 4612/4 4624/3 4624/7
experience [9]
 4534/2 4534/4
 4555/11 4567/12
 4616/7 4625/9 4629/3
 4629/7 4641/12
experiment [1]
 4551/21
experimentation [11]
 4550/13 4551/6
 4551/9 4551/9

4551/13 4551/14
 4551/16 4552/1
 4552/6 4552/8
 4552/14
experimentation-based
 [1]   4552/6
experimenting [3]
 4551/11 4551/23
 4552/3
experiments [2]
 4551/18 4553/8
expert [19]   4532/2
 4532/8 4533/24
 4555/11 4556/14
 4557/4 4558/6
 4558/22 4559/22
 4560/2 4560/4
 4575/25 4623/25
 4632/2 4632/8
 4632/11 4632/14
 4633/25 4634/2
expertise [2]
 4555/10 4560/7
experts [3]   4599/10
 4633/2 4638/9
explain [12]   4539/7
 4600/8 4601/19
 4601/20 4603/16
 4605/18 4609/7
 4611/2 4614/19
 4629/2 4634/22
 4642/2
explainable [1]
 4586/9
explained [8]
 4567/13 4573/6
 4574/10 4579/24
 4582/24 4583/12
 4586/14 4616/2
explaining [2]
 4619/1 4619/15
explains [2]   4615/8
 4615/11
explicitly [2]
 4570/22 4608/4
explore [1]   4561/25
export [2]   4580/2
 4581/10
exporting [2]
 4543/11 4544/22
expose [1]   4629/6
exposed [1]   4543/3
expressing [4]
 4560/10 4560/14
 4560/18 4561/20
expression [1]
 4601/24
extend [4]   4626/15
 4626/16 4649/15
 4649/17
extending [1]   4626/6
extends [1]   4569/20
extensively [1]
 4566/20
extent [3]   4570/10

**E**

**extent... [2]**
 4625/21 4646/21
**extreme [1]**   4606/10
**eye [1]**   4625/19

**F**

**face [2]**   4540/9
 4633/19
**fact [19]**   4555/13
 4559/1 4562/20
 4564/4 4569/15
 4578/7 4584/6 4601/7
 4606/13 4607/19
 4608/2 4609/12
 4613/25 4614/22
 4615/9 4615/24
 4625/2 4633/24
 4641/14
**factored [2]**   4556/20
 4563/14
**factoring [1]**
 4639/22
**factors [6]**   4530/21
 4620/14 4620/18
 4620/22 4621/10
 4635/1
**fair [2]**   4570/19
 4607/7
**fall [1]**   4539/5
**familiar [7]**   4559/14
 4581/15 4583/5
 4588/23 4589/22
 4590/2 4593/6
**families [1]**   4649/17
**far [2]**   4591/18
 4635/9
**fast [1]**   4537/21
**fast-moving [1]**
 4537/21
**favor [1]**   4531/1
**feedback [2]**   4551/18
 4551/19
**feel [2]**   4586/15
 4586/22
**few [9]**   4539/5
 4557/2 4562/2 4584/5
 4642/14 4644/4
 4646/1 4650/4 4650/6
**few years [1]**   4584/5
**fewer [1]**   4624/5
**fidelity [1]**   4543/25
**field [3]**   4534/8
 4559/14 4586/8
**fields [1]**   4647/23
**fifth [1]**   4582/6
**figure [4]**   4607/11
 4630/11 4633/25
 4638/10
**figuring [1]**   4648/17
**filed [1]**   4646/23
**filing [2]**   4644/7
 4644/25
**filings [1]**   4645/13
**final [19]**   4533/25

4535/15 4536/5
4536/7 4537/18
4538/2 4540/23
4541/3 4545/5 4545/6
4548/19 4549/12
4549/18 4553/22
4588/20 4643/2
4644/5 4644/17
4648/10
**finally [2]**   4582/12
 4590/7
**find [1]**   4589/4
**finding [5]**   4579/24
 4616/19 4616/25
 4625/11 4627/11
**findings [7]**   4569/20
 4570/1 4602/23
 4602/24 4603/18
 4622/22 4635/12
**fine [2]**   4571/3
 4592/8
**finish [2]**   4554/14
 4562/10
**finishes [1]**   4582/19
**firm [4]**   4604/18
 4605/23 4606/11
 4616/5
**firms [10]**   4610/7
 4610/17 4610/17
 4611/10 4611/13
 4614/4 4614/9
 4616/15 4620/3
 4625/11
**first [27]**   4532/3
 4541/16 4543/14
 4543/19 4543/20
 4546/11 4546/14
 4550/23 4551/2
 4571/15 4571/16
 4571/20 4581/3
 4581/22 4587/1
 4588/5 4600/11
 4607/18 4614/10
 4615/7 4616/18
 4616/20 4632/3
 4639/1 4641/5
 4642/17 4644/3
**first-party [3]**
 4543/14 4543/19
 4543/20
**fit [1]**   4562/1
**five [5]**   4569/12
 4571/16 4581/1
 4584/4 4598/10
**five years [1]**
 4584/4
**fixed [1]**   4600/25
**fixes [1]**   4591/18
**flexibility [7]**
 4537/19 4537/23
 4538/3 4538/10
 4540/8 4574/8 4574/9
**Floor [2]**   4527/18
 4528/7
**focus [6]**   4563/5

4564/8 4564/12
4564/14 4601/16
4614/10
**focused [4]**   4546/20
 4562/19 4563/8
 4615/3
**focusing [3]**   4558/5
 4564/13 4589/8
**follow [3]**   4575/16
 4594/18 4607/12
**follow-up [1]**
 4594/18
**following [4]**
 4547/25 4548/9
 4548/10 4646/18
**FOLLOWS [2]**   4532/13
 4599/5
**foregoing [1]**   4651/3
**form [3]**   4616/11
 4631/11 4645/21
**formed [1]**   4571/12
**forth [6]**   4538/3
 4552/13 4565/18
 4580/2 4587/2 4587/6
**forthcoming [1]**
 4645/11
**forums [1]**   4596/16
**forward [7]**   4605/16
 4606/8 4625/19
 4633/10 4633/20
 4640/8 4650/4
**forward-looking [4]**
 4625/19 4633/10
 4633/20 4640/8
**found [4]**   4590/16
 4605/5 4609/18
 4616/20
**four [2]**   4561/9
 4601/17
**fourth [2]**   4572/16
 4581/13
**fraction [2]**   4553/8
 4553/10
**frankly [2]**   4567/1
 4569/14
**friction [1]**   4548/8
**Friday [3]**   4561/16
 4644/22 4644/23
**front [4]**   4537/1
 4546/3 4546/9
 4619/16
**full [2]**   4548/6
 4644/25
**fundamentally [1]**
 4583/3
**further [11]**   4532/13
 4535/21 4568/15
 4575/6 4597/22
 4599/5 4626/5 4626/6
 4626/9 4626/13
 4636/18
**future [5]**   4538/9
 4574/7 4580/21
 4613/9 4633/3
**future-proof [1]**

**G**

**Gabriel [3]**   4615/25
 4623/17 4640/24
**gain [1]**   4603/2
**gaining [1]**   4612/24
**gateway [1]**   4602/2
**gauge [1]**   4610/6
**gave [11]**   4543/7
 4573/1 4614/10
 4621/12 4624/11
 4627/5 4629/17
 4638/5 4639/10
 4645/24 4649/3
**gears [1]**   4624/11
**Gemini [9]**   4611/7
 4611/16 4611/20
 4612/14 4624/20
 4624/25 4625/24
 4626/10 4640/2
**GenAI [12]**   4610/25
 4611/3 4611/7 4611/9
 4611/13 4611/15
 4611/17 4612/6
 4613/6 4624/12
 4626/7 4639/25
**general [32]**   4560/21
 4564/17 4570/10
 4577/18 4578/15
 4580/10 4580/15
 4580/20 4583/1
 4583/4 4583/13
 4583/20 4584/24
 4589/1 4589/13
 4590/10 4597/16
 4602/2 4603/8 4606/8
 4610/17 4611/21
 4611/22 4613/20
 4613/21 4614/4
 4614/8 4616/15
 4616/20 4617/1
 4625/1 4640/6
**generally [7]**
 4537/13 4571/20
 4574/1 4594/23
 4621/24 4624/22
 4641/25
**generate [1]**   4609/1
**generated [1]**
 4541/20
**generates [1]**   4543/2
**Generative [5]**
 4624/14 4625/3
 4625/16 4626/4
 4626/19
**geographic [1]**
 4638/1
**get [27]**   4535/21
 4543/15 4549/9
 4550/19 4551/18
 4555/17 4555/19
 4565/11 4576/8
 4586/5 4596/4
 4606/11 4616/8

**G**

**get... [14]** 4636/7
4641/17 4645/6
4645/7 4646/14
4646/23 4647/8
4647/9 4647/10
4647/11 4648/2
4648/12 4649/5
4649/19
**gets [1]** 4646/23
**getting [5]** 4612/6
4622/8 4624/16
4635/23 4636/9
**give [9]** 4533/16
4552/9 4564/18
4604/13 4609/3
4615/12 4644/12
4648/23 4649/8
**given [8]** 4556/13
4556/17 4566/5
4575/9 4581/21
4599/13 4624/3
4635/12
**gives [3]** 4537/19
4537/23 4637/18
**giving [10]** 4533/5
4554/23 4554/25
4562/22 4563/2
4568/10 4577/17
4585/24 4587/22
4587/22
**Glenn [1]** 4527/7
**global [1]** 4553/21
**glossed [1]** 4564/21
**Glynn [2]** 4527/8
4643/7
**go [50]** 4533/20
4535/11 4535/21
4536/19 4537/9
4538/17 4540/25
4544/18 4545/1
4549/14 4552/19
4553/4 4554/21
4555/2 4557/18
4562/2 4567/22
4573/12 4575/5
4575/6 4577/14
4580/23 4581/1
4596/18 4598/9
4601/6 4602/20
4605/14 4607/16
4608/4 4610/3
4610/23 4614/21
4615/4 4615/13
4615/24 4616/17
4618/9 4619/3 4619/4
4619/22 4625/13
4625/17 4626/5
4626/6 4626/9
4626/13 4634/21
4636/15 4640/15
**go further [1]**
4626/5
**goal [2]** 4644/24
4647/7

**goes [7]** 4569/25
4580/14 4581/25
4583/13 4583/19
4614/24 4615/13
**going [22]** 4535/10
4536/17 4552/5
4557/13 4562/14
4562/15 4566/19
4567/17 4568/2
4569/3 4575/6 4577/2
4581/14 4596/4
4605/16 4605/17
4606/8 4606/8 4627/1
4646/9 4646/13
4647/11
**gone [5]** 4584/21
4602/5 4629/12
4635/17 4635/22
**good [24]** 4530/4
4530/11 4531/9
4532/16 4532/17
4553/15 4556/10
4556/11 4572/22
4576/3 4576/15
4584/8 4586/6 4594/1
4598/3 4608/19
4615/11 4618/4
4618/5 4628/2
4642/12 4643/6
4643/25 4647/13
**GOODRICH [1]** 4528/6
**GOOGLE [98]** 4526/6
4528/2 4530/7
4536/11 4536/16
4538/6 4538/7
4538/24 4539/1
4539/2 4539/12
4539/15 4539/20
4539/22 4540/6
4543/11 4544/19
4544/22 4545/21
4547/10 4547/10
4547/25 4548/2
4548/9 4548/12
4548/14 4548/23
4549/8 4549/22
4550/2 4553/6 4553/7
4570/10 4573/16
4573/17 4575/15
4576/2 4576/15
4577/16 4577/21
4578/2 4578/14
4579/14 4579/25
4580/19 4581/9
4581/15 4581/21
4582/8 4582/14
4588/24 4588/25
4589/11 4589/13
4589/24 4589/25
4590/8 4593/23
4594/1 4594/2
4596/13 4597/16
4600/9 4603/5 4603/8
4607/2 4607/23
4610/15 4610/15

4611/8 4611/15
4611/16 4611/19
4611/20 4612/15
4614/23 4614/24
4615/6 4620/10
4622/8 4624/19
4624/24 4625/23
4626/9 4626/18
4627/8 4628/2
4628/23 4629/5
4639/3 4639/7
4639/21 4640/5
4640/5 4643/13
4644/5 4644/19
4649/11
**Google LLC [1]**
4530/7
**Google's [52]**
4530/17 4530/24
4530/25 4533/23
4538/8 4539/1 4541/7
4541/9 4543/6
4543/21 4544/8
4544/20 4547/12
4547/18 4548/10
4548/24 4572/15
4572/18 4573/21
4578/7 4587/16
4587/20 4588/8
4590/9 4593/12
4594/2 4594/6
4594/16 4595/4
4599/10 4600/7
4600/15 4601/3
4601/24 4602/8
4602/18 4602/21
4602/24 4603/10
4603/14 4605/1
4611/7 4613/2 4617/1
4620/20 4621/8
4622/17 4624/19
4625/22 4627/18
4640/1 4640/12
**Googling [1]** 4603/9
**got [6]** 4608/24
4633/23 4644/22
4647/5 4648/23
4650/3
**gotten [3]** 4628/8
4628/10 4628/13
**govern [1]** 4566/5
**government [1]**
4530/8
**Gower [3]** 4527/8
4598/7 4598/21
**GPS [2]** 4574/19
4574/22
**granular [5]** 4555/4
4564/6 4565/11
4579/15 4582/1
**graphic [2]** 4600/6
4601/18
**grateful [1]** 4649/22
**gratitude [1]**
4649/18

**great [4]** 4612/11
4626/2 4643/15
4645/10
**greater [4]** 4586/17
4607/24 4607/25
4647/20
**green [1]** 4613/18
**gross [3]** 4608/23
4609/19 4639/21
**ground [1]** 4552/3
**grounded [1]** 4603/19
**grow [1]** 4585/16
**grown [1]** 4585/15
**growth [1]** 4587/17
**guess [4]** 4629/20
4647/17 4648/21
4648/22
**guidance [2]** 4609/4
4648/23

**H**

**had [29]** 4545/19
4546/10 4566/24
4577/23 4578/4
4578/14 4578/19
4584/19 4587/18
4591/17 4599/9
4604/20 4608/6
4608/15 4608/16
4610/15 4610/15
4624/16 4627/7
4627/7 4633/22
4636/6 4639/17
4640/1 4643/1 4643/4
4646/10 4647/23
4649/21
**half [3]** 4558/5
4632/12 4632/13
**hand [2]** 4531/18
4643/17
**handed [1]** 4634/15
**handle [1]** 4547/20
**happen [4]** 4537/20
4547/14 4610/17
4630/12
**happened [6]** 4568/24
4586/7 4601/8 4601/9
4634/1 4638/11
**happening [2]**
4555/20 4586/11
**happens [3]** 4547/10
4586/5 4597/12
**hard [6]** 4613/12
4625/12 4633/24
4633/25 4638/10
4639/2
**harder [4]** 4602/12
4603/1 4603/2
4633/11
**harm [17]** 4587/3
4587/7 4603/20
4604/11 4604/11
4604/16 4606/3
4606/14 4606/19
4607/7 4608/7

4665

**H**

**harm... [6]**   4611/25
 4612/2 4617/4
 4630/17 4631/3
 4641/10
**harmed [4]**   4601/8
 4605/6 4617/1
 4630/15
**harmful [1]**   4586/21
**has [30]**   4539/12
 4540/6 4546/9 4547/3
 4547/12 4547/25
 4548/3 4548/4 4554/2
 4562/20 4567/8
 4568/7 4584/3 4584/5
 4584/21 4584/25
 4585/15 4601/3
 4604/19 4623/25
 4624/24 4626/1
 4627/16 4628/8
 4628/14 4632/8
 4632/11 4633/25
 4643/13 4647/1
**hasn't [3]**   4570/25
 4604/20 4612/12
**have [162]**
**haven't [9]**   4581/13
 4587/12 4609/22
 4623/16 4630/11
 4634/4 4639/8 4642/5
 4648/11
**having [9]**   4532/12
 4551/15 4599/4
 4602/5 4635/25
 4641/9 4643/14
 4648/15 4649/24
**he [55]**   4535/7
 4537/11 4546/4
 4552/23 4552/24
 4553/7 4553/7 4554/1
 4554/2 4555/1 4555/4
 4555/6 4561/16
 4561/17 4563/24
 4564/2 4564/8
 4564/15 4564/22
 4570/17 4570/19
 4570/20 4570/20
 4570/22 4570/25
 4571/12 4571/21
 4579/24 4586/13
 4586/25 4587/10
 4591/9 4591/17
 4600/8 4601/4
 4602/15 4605/22
 4614/3 4614/5
 4614/15 4616/4
 4616/6 4618/12
 4618/13 4618/18
 4618/18 4618/24
 4619/13 4619/18
 4620/1 4620/2 4641/4
 4641/6 4641/14
 4641/19
**he said [1]**   4587/10
**he's [5]**   4570/18

4619/15 4620/5
4629/23 4641/11
**health [7]**   4634/6
 4635/3 4635/6
 4637/10 4637/10
 4637/14 4637/14
**hear [9]**   4554/24
 4562/24 4586/13
 4586/17 4586/23
 4591/8 4607/4
 4610/24 4610/24
**heard [11]**   4554/18
 4557/6 4574/12
 4585/8 4585/9
 4586/18 4594/10
 4608/9 4611/2 4622/1
 4625/2
**HEARING [1]**   4526/9
**heart [1]**   4645/24
**help [11]**   4533/11
 4538/15 4539/7
 4554/25 4555/5
 4555/17 4555/21
 4562/17 4596/11
 4614/8 4615/22
**helpful [2]**   4569/6
 4647/20
**helps [5]**   4539/8
 4553/20 4554/19
 4600/8 4645/6
**her [3]**   4530/16
 4574/23 4598/8
**here [53]**   4534/2
 4541/17 4543/8
 4543/13 4548/20
 4550/22 4553/15
 4559/24 4560/4
 4560/20 4560/23
 4561/2 4562/1
 4563/18 4564/1
 4565/12 4566/4
 4567/22 4570/18
 4570/24 4571/15
 4574/15 4578/18
 4581/1 4585/2 4588/2
 4591/13 4595/21
 4596/25 4600/14
 4600/24 4601/16
 4601/20 4603/16
 4603/25 4605/19
 4607/17 4613/18
 4615/18 4619/15
 4630/20 4633/16
 4633/24 4635/10
 4635/11 4637/6
 4639/5 4641/4
 4641/11 4641/13
 4641/24 4646/6
 4647/1
**here's [2]**   4595/20
 4614/23
**high [9]**   4543/25
 4545/9 4603/11
 4611/9 4611/13
 4614/3 4614/6 4614/8

**highly [5]**   4610/25
 4611/18 4613/13
 4626/24 4627/3
**him [7]**   4564/20
 4585/8 4591/8 4610/7
 4611/2 4623/21
 4640/24
**himself [1]**   4554/22
**his [39]**   4535/4
 4537/5 4541/6
 4557/11 4560/8
 4561/15 4563/21
 4563/24 4564/8
 4571/2 4571/11
 4571/13 4571/13
 4574/23 4585/5
 4586/20 4588/4
 4590/17 4599/25
 4600/14 4600/24
 4601/24 4602/5
 4602/6 4602/8
 4605/15 4605/21
 4611/2 4614/1
 4618/13 4619/2
 4619/11 4619/15
 4620/5 4622/21
 4622/22 4629/20
 4630/4 4641/5
**His Honor [1]**
 4622/21
**historic [2]**   4620/21
 4621/9
**Hitt [5]**   4610/20
 4610/21 4610/24
 4610/25 4612/4
**Hitt's [2]**   4624/12
 4627/1
**hold [1]**   4604/21
**home [1]**   4598/3
**Honor [38]**   4530/5
 4531/9 4531/25
 4532/9 4533/14
 4534/22 4548/16
 4553/23 4554/10
 4556/3 4557/13
 4562/6 4562/23
 4567/14 4567/20
 4570/14 4570/16
 4597/25 4598/6
 4599/18 4599/19
 4617/9 4617/17
 4620/23 4622/21
 4629/13 4634/13
 4636/19 4636/22
 4642/12 4642/19
 4642/24 4643/6
 4644/1 4644/18
 4645/16 4646/5
 4649/11
**HONORABLE [3]**   4526/9
 4598/17 4598/18
**hope [1]**   4649/3
**hopeful [1]**   4645/2
**hopefully [1]**   4645/4

**hospital [2]**   4634/25
 4637/15
**hours [2]**   4619/19
 4641/6
**house [1]**   4595/1
**housekeeping [2]**
 4530/13 4647/16
**how [44]**   4534/24
 4536/17 4537/14
 4539/2 4539/7
 4546/11 4547/20
 4551/15 4551/18
 4562/1 4576/7
 4580/18 4586/1
 4591/9 4591/14
 4601/19 4601/24
 4602/18 4602/21
 4603/14 4606/22
 4607/7 4608/17
 4613/6 4613/7
 4614/11 4614/24
 4616/3 4616/11
 4616/15 4618/14
 4626/13 4628/7
 4632/2 4636/6
 4637/10 4637/12
 4637/19 4637/20
 4637/22 4638/3
 4639/4 4642/2
 4649/25
**hub [3]**   4581/15
 4581/25 4582/8
**Hubbard [1]**   4530/20
**human [1]**   4593/18
**humans [1]**   4597/9
**hurt [1]**   4586/14
**hyperlink [2]**   4648/5
 4648/9
**hyperlinks [1]**
 4648/15

**I**

**I agree [3]**   4568/22
 4573/23 4626/1
**I also [1]**   4596/15
**I am [4]**   4534/19
 4581/16 4589/17
 4649/22
**I believe [11]**
 4549/8 4555/15
 4564/2 4616/13
 4618/18 4619/14
 4622/21 4626/19
 4637/5 4639/15
 4644/12
**I can [5]**   4541/17
 4548/20 4558/18
 4604/3 4621/23
**I can't [3]**   4592/6
 4597/20 4609/3
**I cannot [1]**   4596/20
**I did [11]**   4530/14
 4541/5 4558/18
 4566/18 4583/25
 4585/4 4599/24

4666

**I**

**I did... [4]**   4607/5
4610/22 4613/16
4637/10
**I didn't [3]**   4564/12
4564/21 4629/23
**I disagree [1]**
4562/18
**I don't [26]**   4531/4
4534/17 4564/23
4569/13 4569/15
4571/22 4572/1
4575/10 4576/3
4576/10 4584/23
4592/23 4593/3
4596/20 4606/7
4608/20 4618/13
4621/23 4621/24
4621/24 4623/21
4624/9 4626/20
4634/11 4636/4
4646/13
**I don't recall [1]**
4585/10
**I gave [1]**   4649/3
**I guess [3]**   4629/20
4647/17 4648/22
**I had [1]**   4591/17
**I have [18]**   4549/6
4555/24 4563/22
4567/10 4578/16
4582/4 4596/7
4596/25 4599/17
4617/7 4618/22
4619/10 4623/3
4624/22 4627/2
4633/9 4642/7
4647/16
**I haven't [3]**
4587/12 4630/11
4639/8
**I hope [1]**   4649/3
**I just [3]**   4565/1
4589/7 4596/4
**I know [8]**   4537/21
4564/22 4566/19
4612/18 4624/24
4643/4 4647/22
4650/3
**I mean [22]**   4548/1
4548/14 4558/18
4567/10 4569/5
4570/24 4575/5
4575/20 4581/21
4581/22 4585/23
4591/17 4591/22
4592/6 4595/9 4597/8
4603/5 4612/10
4631/11 4637/9
4641/18 4646/25
**I only [1]**   4547/6
**I recall [1]**   4559/10
**I said [3]**   4565/7
4594/25 4627/10
**I should [2]**   4545/24

4617/14
**I think [76]**   4531/1
4540/4 4554/13
4560/9 4565/5 4565/8
4569/5 4570/14
4570/25 4571/4
4573/14 4574/9
4575/9 4575/12
4584/8 4586/20
4590/16 4592/2
4593/17 4593/23
4594/3 4594/15
4600/6 4600/8 4601/1
4601/10 4602/3
4602/6 4604/3 4604/9
4607/9 4611/14
4612/20 4613/9
4614/1 4619/25
4620/3 4620/25
4622/1 4622/16
4622/16 4622/19
4624/22 4625/8
4625/18 4626/12
4626/14 4626/14
4627/14 4627/25
4629/19 4630/2
4631/12 4631/19
4631/24 4632/3
4632/10 4632/10
4633/24 4635/15
4636/14 4638/8
4638/9 4638/21
4640/7 4640/16
4641/3 4641/8
4641/11 4642/17
4645/12 4646/5
4646/10 4646/18
4649/3 4649/25
**I thought [4]**
4578/25 4579/2
4589/3 4591/18
**I want [18]**   4545/4
4548/19 4556/12
4559/12 4561/25
4563/5 4566/11
4579/11 4599/25
4605/11 4606/17
4610/20 4614/10
4618/7 4640/4
4642/20 4648/6
4649/7
**I was [10]**   4543/11
4558/10 4563/20
4564/12 4589/4
4596/6 4596/7
4611/14 4637/25
4641/4
**I will [6]**   4530/16
4540/18 4623/17
4629/11 4646/18
4648/8
**I worked [1]**   4534/9
**I would [14]**   4571/24
4596/6 4600/11
4600/17 4606/21

4611/21 4612/4
4619/10 4624/3
4625/17 4625/18
4625/21 4628/13
4638/7
**I'd [2]**   4558/9
4601/16
**I'll [7]**   4549/5
4567/3 4589/5 4597/8
4615/17 4621/3
4648/13
**I'm [98]**   4533/2
4534/3 4535/10
4535/24 4536/2
4540/8 4541/1
4541/25 4544/12
4547/23 4548/9
4549/4 4554/4 4554/5
4556/16 4556/23
4557/11 4557/13
4558/5 4558/25
4559/17 4559/20
4559/24 4560/3
4560/13 4560/17
4560/22 4561/7
4562/5 4562/14
4562/15 4562/16
4562/18 4562/19
4562/20 4563/11
4565/6 4565/16
4565/22 4566/2
4566/7 4566/9
4566/19 4567/1
4567/12 4567/17
4568/2 4568/23
4568/25 4569/3
4570/8 4570/16
4571/6 4572/2
4572/13 4572/17
4572/21 4575/6
4575/21 4575/21
4575/23 4575/25
4577/15 4577/20
4579/5 4580/6
4580/13 4581/14
4582/9 4582/9
4583/10 4583/22
4584/13 4587/22
4587/22 4588/11
4589/4 4589/5
4589/21 4590/6
4590/14 4591/20
4594/24 4595/17
4596/4 4596/21
4608/13 4611/22
4619/1 4627/1 4628/5
4628/20 4630/22
4635/9 4640/21
4640/24 4643/14
4645/2
**I'm going [2]**
4535/10 4627/1
**I'm just [4]**   4567/17
4568/2 4568/23
4575/25

**I'm not [29]**   4556/16
4556/23 4558/25
4560/3 4560/13
4562/20 4563/11
4565/16 4565/22
4566/2 4566/7
4566/19 4569/3
4570/8 4571/6
4572/13 4572/17
4575/6 4575/21
4577/15 4577/20
4580/6 4580/13
4582/9 4583/22
4587/22 4588/11
4589/21 4590/6
**I'm not sure [1]**
4628/20
**I'm sorry [8]**   4541/1
4541/25 4548/9
4562/5 4565/6 4589/4
4589/5 4630/22
**I'm sure [1]**   4595/17
**I've [19]**   4533/4
4534/8 4534/13
4534/15 4536/15
4536/18 4557/6
4592/18 4596/10
4596/11 4602/1
4614/21 4615/7
4620/12 4624/24
4632/16 4632/18
4634/15 4649/21
**ID [1]**   4575/4
**idea [5]**   4541/15
4545/11 4576/3
4576/15 4610/6
**identical [1]**
4545/17
**identified [10]**
4564/9 4564/15
4565/20 4573/20
4574/15 4591/24
4601/25 4602/19
4611/6 4631/14
**identify [5]**   4595/21
4596/1 4596/20
4597/20 4644/20
**identifying [1]**
4621/16
**ignores [2]**   4614/3
4614/6
**IL [1]**   4527/5
**illustrate [5]**
4538/15 4539/8
4544/16 4553/20
4554/19
**illustrates [1]**
4594/6
**imagine [1]**   4604/18
**immediate [1]**   4629/9
**impact [14]**   4560/20
4572/18 4577/23
4578/3 4578/14
4578/19 4579/2
4579/20 4580/19

4667

**I**

**impact... [5]**
4582/14 4587/17
4600/7 4601/3 4614/6
**impacted [1]** 4620/14
**impeachment [1]**
4562/7
**implicates [1]**
4530/23
**import [1]** 4630/4
**importance [6]**
4530/21 4557/9
4609/1 4614/3 4614/6
4620/17
**important [18]**
4536/17 4537/14
4537/19 4543/13
4544/3 4546/14
4593/17 4607/22
4608/21 4613/25
4614/11 4615/1
4616/11 4616/13
4627/12 4641/9
4648/8 4648/15
**importantly [1]**
4551/22
**impose [1]** 4577/4
**imposed [1]** 4640/6
**improper [1]** 4562/6
**improvements [3]**
4603/6 4620/21
4621/9
**improves [1]** 4615/15
**improving [1]**
4585/23
**inability [1]** 4568/6
**inappropriateness [1]**
4588/14
**incapsulates [1]**
4600/6
**incentive [4]**
4572/19 4580/19
4582/14 4590/9
**incentives [6]**
4564/16 4590/10
4608/1 4613/2
4621/13 4640/12
**include [8]** 4530/17
4534/4 4538/2
4538/10 4569/2
4607/25 4626/16
4647/24
**included [6]** 4537/2
4537/23 4538/4
4539/13 4569/16
4605/16
**including [2]** 4538/8
4555/21
**inconsistent [1]**
4570/6
**increase [2]** 4568/21
4615/14
**increased [7]** 4567/8
4568/7 4584/3 4584/5
4584/25 4608/1

4627/9
**increases [1]**
4628/24
**incur [3]** 4586/21
4603/11 4607/2
**indeed [4]** 4538/5
4546/16 4551/3
4586/4
**independent [3]**
4544/2 4544/5 4544/7
**INDEX [1]** 4529/2
**indicated [1]** 4562/3
**indicates [1]**
4550/12
**indication [1]**
4607/6
**indicator [1]** 4540/1
**individual [2]**
4553/18 4617/5
**industrial [3]**
4559/13 4559/22
4563/16
**industries [1]**
4534/13
**industry [7]** 4537/13
4537/20 4537/22
4538/6 4548/11
4555/12 4574/1
**inferences [1]**
4543/22
**inflicted [2]** 4587/3
4587/7
**info [1]** 4643/20
**information [10]**
4554/23 4554/25
4555/5 4555/18
4555/19 4577/22
4578/3 4590/9
4590/18 4638/8
**informational [1]**
4625/7
**informative [1]**
4544/21
**informed [1]** 4555/6
**initial [1]** 4644/22
**innovate [5]** 4564/16
4580/20 4590/10
4590/11 4621/13
**innovation [2]**
4621/12 4621/17
**innovations [1]**
4589/23
**inordinate [1]**
4553/11
**inputs [2]** 4552/9
4552/10
**inquiring [1]**
4570/16
**inside [2]** 4543/20
4624/19
**insight [2]** 4638/5
4647/20
**insights [1]** 4543/8
**insignificant [1]**
4646/9

**instances [2]**
4608/22 4625/6
**instead [1]** 4547/18
**insufficient [1]**
4544/1
**insurance [1]**
4637/19
**insurmountable [1]**
4606/12
**interactions [2]**
4633/5 4635/25
**interest [1]** 4531/3
**interesting [1]**
4611/4
**interests [1]**
4530/24
**internal [4]** 4538/24
4543/7 4544/19
4624/18
**interpreted [2]**
4573/7 4591/15
**interpreting [1]**
4592/6
**interrogatory [2]**
4573/9 4573/14
**interrupt [2]**
4608/13 4612/9
**intervention [3]**
4607/13 4609/24
4639/20
**interventions [2]**
4609/13 4609/16
**introduce [1]**
4572/19
**invest [2]** 4589/25
4603/6
**investment [1]**
4608/1
**investments [1]**
4602/11
**involved [2]** 4541/23
4635/24
**involving [1]**
4564/15
**irrelevant [1]**
4615/2
**is [267]**
**is privacy [1]**
4563/9
**is really [1]**
4649/25
**Is that [1]** 4540/13
**is that correct [2]**
4630/6 4634/19
**is that right [5]**
4625/16 4629/22
4630/21 4631/10
4638/15
**is there [1]** 4538/1
**isn't [5]** 4571/17
4600/24 4604/10
4611/12 4625/7
**Israel [32]** 4533/23
4534/25 4535/13
4535/18 4535/23

4530/25 4541/12
4546/5 4550/12
4553/25 4554/22
4560/7 4561/8
4561/21 4563/18
4571/11 4572/20
4577/3 4582/24
4583/12 4584/2
4589/20 4590/17
4612/8 4613/14
4613/19 4613/23
4614/14 4614/17
4618/10 4618/17
4622/2
**Israel's [36]** 4535/7
4536/22 4537/6
4541/2 4546/2 4550/7
4552/22 4561/3
4561/15 4562/16
4564/5 4564/14
4564/19 4565/12
4565/24 4569/24
4570/4 4571/17
4572/9 4572/14
4577/13 4579/23
4580/7 4580/24
4582/7 4583/8 4587/9
4587/25 4588/23
4589/8 4589/22
4590/7 4613/15
4616/23 4617/3
4618/20
**issue [7]** 4541/17
4541/19 4541/24
4542/1 4547/20
4570/24 4646/19
**issues [12]** 4533/7
4562/21 4563/6
4563/7 4563/11
4563/13 4565/1
4565/1 4565/2 4586/3
4646/22 4647/4
**it [159]**
**it is beneficial [1]**
4552/17
**it would be [6]**
4553/15 4569/5
4574/5 4586/21
4606/1 4647/20
**it's [78]** 4530/12
4532/21 4538/25
4540/6 4545/23
4553/12 4554/8
4554/12 4560/22
4569/12 4569/14
4569/15 4570/19
4570/25 4571/20
4571/22 4572/7
4573/15 4575/8
4586/6 4588/2
4591/19 4593/17
4595/14 4596/19
4598/3 4598/9
4600/12 4602/3
4602/8 4604/19

## I

**it's... [47]**  4605/5
4605/6 4605/21
4606/2 4607/9
4607/24 4608/10
4608/19 4609/21
4610/5 4611/14
4613/1 4613/9
4613/12 4615/5
4616/6 4616/23
4618/6 4618/14
4619/1 4622/25
4623/3 4625/12
4627/12 4627/23
4627/23 4628/4
4628/6 4628/13
4628/16 4629/14
4629/14 4632/10
4632/12 4633/8
4634/24 4636/14
4637/18 4638/10
4639/2 4640/8 4641/9
4641/25 4646/24
4648/3 4648/8
4648/15
**It's for [1]**  4641/25
**it's marginally [1]**
4609/21
**item [1]**  4644/17
**items [2]**  4569/2
4601/17
**its [17]**  4539/13
4549/23 4565/21
4575/16 4577/22
4578/2 4580/1
4582/14 4589/24
4595/22 4597/1
4607/23 4613/3
4616/24 4618/11
4627/8 4628/14
**itself [2]**  4625/13
4638/19

## J

**J-e-r-a-t-h [1]**
4532/21
**Japan [1]**  4638/23
**Jerath [15]**  4531/16
4531/22 4532/2
4532/7 4532/11
4532/16 4532/20
4533/16 4547/19
4555/10 4556/10
4564/4 4567/17
4571/10 4598/2
**Jerath's [1]**  4642/20
**Jerry [2]**  4553/5
4591/3
**Jerry Dischler [1]**
4591/3
**Jesse [1]**  4643/9
**John [2]**  4528/2
4530/10
**John Schmidtlein [1]**
4530/10

**John [3]**  4543/20
4543/21 4543/25
**Jon [1]**  4530/8
**jon.sallet [1]**
4527/19
**Jonathan [1]**  4527/14
**journey [1]**  4615/9
**journeys [1]**  4615/10
**jschmidtlein [1]**
4528/4
**JUDGE [5]**  4526/10
4543/11 4586/4
4593/17 4597/22
**judges [1]**  4649/19
**judgment [14]**
4533/25 4535/15
4536/5 4536/7
4537/18 4538/2
4540/23 4541/4
4545/5 4545/7
4548/19 4549/12
4549/18 4553/22
**Judicial [1]**  4527/17
**Jumpstart [2]**
4628/11 4628/18
**just [76]**  4534/20
4535/21 4538/15
4541/21 4541/23
4543/9 4546/14
4547/14 4548/13
4552/3 4554/14
4557/2 4557/13
4557/19 4560/9
4561/2 4561/14
4561/18 4562/19
4564/17 4565/1
4567/17 4567/20
4567/24 4568/2
4568/23 4568/24
4571/10 4571/23
4573/12 4574/16
4575/25 4576/12
4577/2 4579/7
4579/13 4581/1
4582/12 4584/13
4585/19 4587/10
4587/12 4589/7
4592/1 4594/13
4594/20 4595/10
4596/4 4596/25
4597/9 4602/5
4603/16 4603/18
4604/17 4604/17
4604/19 4606/2
4612/22 4616/5
4616/16 4618/10
4621/4 4623/3
4624/11 4628/18
4631/23 4638/12
4642/14 4643/4
4643/17 4643/21
4645/10 4645/21
4646/1 4647/20
4648/3
**JUSTICE [2]**  4527/3

4527/9
**juxtaposed [1]**
4629/24
**juxtaposition [1]**
4600/13

## K

**K-i-n-s-h-u-k [1]**
4532/21
**Kaiser [1]**  4637/14
**Keane [1]**  4644/2
**Keane Nowlan [1]**
4644/2
**keeping [1]**  4531/1
**Kevin [1]**  4599/22
**key [3]**  4537/13
4603/18 4647/1
**keyword [13]**  4545/11
4545/13 4545/16
4545/20 4545/25
4546/7 4546/15
4546/18 4546/19
4569/9 4582/23
4586/16 4587/25
**keywords [3]**  4549/1
4549/6 4568/15
**kind [9]**  4539/12
4540/3 4540/7
4564/21 4600/6
4605/1 4606/13
4633/18 4635/9
**kinds [3]**  4594/15
4594/15 4637/16
**Kinshuk [3]**  4531/16
4532/11 4532/20
**knew [1]**  4642/4
**know [81]**  4534/17
4537/21 4539/20
4540/4 4540/5
4541/16 4543/3
4543/15 4543/17
4547/19 4551/10
4552/10 4552/15
4552/16 4552/17
4553/15 4554/11
4557/6 4558/25
4559/4 4563/24
4564/22 4564/23
4566/19 4569/21
4570/1 4571/22
4574/3 4574/5
4575/10 4576/8
4576/10 4576/11
4578/10 4584/24
4584/24 4592/23
4593/13 4593/15
4594/14 4595/24
4596/15 4596/19
4596/20 4600/21
4602/1 4602/21
4602/22 4604/22
4605/22 4609/25
4611/3 4612/18
4616/15 4621/24
4621/25 4622/14

4623/1 4623/4 4624/9
4624/24 4625/10
4625/12 4626/20
4630/13 4632/19
4634/11 4636/4
4637/22 4641/5
4641/11 4643/4
4645/10 4646/13
4647/12 4647/22
4648/3 4648/13
4649/19 4649/19
4650/3
**knowing [1]**  4552/2
**knowledge [3]**  4535/2
4535/3 4648/1
**known [1]**  4573/16
**knows [1]**  4647/14

## L

**lack [2]**  4568/19
4621/18
**lagging [1]**  4646/24
**language [11]**
4572/24 4573/6
4575/24 4577/4
4591/14 4591/20
4592/1 4592/7 4604/2
4607/19 4629/2
**large [1]**  4637/15
**larger [2]**  4594/22
4595/1
**largest [1]**  4637/14
**LaSalle [1]**  4527/4
**last [24]**  4534/9
4535/2 4539/5
4553/24 4554/5
4557/2 4561/16
4577/10 4577/21
4582/12 4584/4
4584/5 4587/14
4597/13 4603/10
4605/11 4605/22
4611/6 4611/11
4618/9 4641/22
4646/10 4649/3
4649/4
**lasting [1]**  4635/14
**lastly [1]**  4643/23
**later [1]**  4609/17
**launched [1]**  4538/7
**launches [4]**  4540/9
4553/10 4553/12
4592/2
**law [2]**  4527/15
4643/17
**lawyer [1]**  4566/19
**lawyering [1]**
4649/20
**laying [1]**  4552/3
**lead [3]**  4548/10
4555/7 4573/25
**leader [1]**  4548/3
**learn [1]**  4638/22
**least [8]**  4548/7
4571/4 4596/13

## L

**least... [5]**   4597/12
4604/11 4643/23
4649/8 4649/24
**left [3]**   4600/12
4618/7 4643/4
**legal [1]**   4649/25
**lens [1]**   4556/12
**less [4]**   4566/24
4568/18 4603/11
4647/17
**let [24]**   4562/10
4562/24 4569/18
4571/7 4571/18
4577/9 4577/10
4578/11 4579/4
4579/10 4580/23
4586/19 4587/24
4591/25 4592/11
4593/10 4594/17
4594/18 4595/3
4596/3 4596/4
4624/11 4645/10
4649/15
**let's [23]**   4551/15
4554/14 4565/11
4566/13 4573/12
4579/13 4581/1
4582/20 4582/22
4588/20 4599/22
4601/13 4603/22
4605/14 4610/3
4610/23 4612/8
4613/14 4613/17
4614/13 4640/15
4640/18 4647/8
**Let's see [1]**
4640/18
**level [7]**   4545/9
4553/21 4579/16
4582/1 4600/22
4625/1 4647/19
**liability [7]**
4532/23 4550/8
4553/6 4566/16
4623/24 4631/14
4635/12
**light [3]**   4566/1
4597/2 4597/14
**like [39]**   4534/10
4541/21 4541/23
4543/2 4543/16
4543/18 4549/12
4551/16 4569/7
4569/12 4574/4
4575/8 4579/19
4586/7 4588/15
4591/17 4593/22
4594/13 4597/9
4597/10 4597/20
4601/16 4604/15
4607/25 4609/20
4615/16 4624/15
4626/17 4628/19
4632/24 4633/3

4634/20 4635/3
4636/11 4637/23
4641/8 4641/15
4643/10 4645/6
**Like the [1]**   4569/7
**likely [5]**   4590/18
4601/5 4604/16
4606/22 4638/6
**limit [3]**   4573/20
4574/14 4649/7
**limitation [1]**
4608/3
**limited [1]**   4531/1
**line [4]**   4530/20
4558/10 4568/3
4578/12
**line 12 [1]**   4578/12
**linear [1]**   4634/24
**lines [1]**   4614/14
**list [5]**   4564/18
4569/2 4569/6
4569/12 4569/19
**listed [6]**   4561/16
4565/1 4569/4
4569/11 4571/12
4571/23
**listening [1]**   4591/7
**literature [1]**
4638/3
**litigation [4]**
4552/23 4632/9
4632/11 4632/13
**litigations [1]**
4634/3
**little [7]**   4561/25
4573/1 4579/5
4583/23 4621/3
4646/10 4647/25
**livestream [1]**
4585/6
**LLC [2]**   4526/6
4530/7
**LLP [1]**   4528/2
**loaded [1]**   4626/21
**logistics [1]**   4646/8
**long [17]**   4537/11
4566/23 4567/7
4569/2 4569/12
4569/14 4569/15
4573/25 4616/9
4623/15 4623/20
4624/1 4624/4 4624/7
4641/23 4641/25
4642/3
**long-drawn [1]**
4573/25
**long-run [1]**   4537/11
**long-tail [8]**
4566/23 4567/7
4623/15 4623/20
4624/1 4624/7
4641/25 4642/3
**long-tailed [1]**
4616/9
**look [20]**   4557/21

4561/12 4561/18
4570/24 4571/18
4573/12 4596/11
4605/23 4607/10
4619/11 4632/24
4633/3 4637/10
4637/23 4637/25
4646/18 4647/18
4648/3 4648/13
4650/4
**looked [4]**   4563/7
4563/14 4584/15
4638/24
**looking [13]**   4562/20
4565/1 4610/12
4611/14 4621/22
4625/19 4627/14
4633/10 4633/19
4633/20 4638/12
4638/22 4640/8
**looks [3]**   4569/12
4634/20 4636/11
**Lorin [1]**   4610/20
**lose [1]**   4616/5
**loss [3]**   4607/3
4608/17 4639/22
**lost [1]**   4582/2
**lot [13]**   4541/12
4586/9 4604/1 4608/9
4614/15 4632/17
4632/18 4638/13
4640/22 4646/7
4646/7 4647/18
4650/3
**lots [2]**   4614/22
4635/6
**low [9]**   4566/23
4567/7 4568/6
4568/15 4568/19
4577/22 4578/2
4612/12 4612/12
**low-volume [5]**
4567/7 4568/15
4568/19 4577/22
4578/2
**lowering [1]**   4617/2
**loyal [1]**   4629/5

## M

**made [11]**   4538/15
4546/11 4548/4
4562/7 4573/24
4602/25 4603/2
4603/10 4619/5
4635/13 4644/9
**magnitudes [1]**
4610/1
**Maine [1]**   4528/3
**major [3]**   4635/17
4635/18 4635/18
**make [26]**   4530/19
4543/1 4543/22
4548/13 4550/23
4552/25 4555/6
4555/21 4571/1

4579/16 4592/21
4593/19 4600/5
4601/4 4601/10
4602/11 4628/23
4640/2 4642/22
4644/6 4644/12
4645/13 4646/23
4647/1 4647/10
4649/5
**makes [3]**   4549/23
4555/4 4589/24
**making [3]**   4555/6
4606/12 4632/23
**managed [1]**   4608/6
**manipulations [1]**
4543/10
**manner [1]**   4596/12
**many [12]**   4534/10
4534/13 4534/15
4536/15 4553/8
4553/8 4557/6 4567/2
4587/13 4594/24
4605/5 4632/2
**many years [2]**
4605/5 4632/2
**marginally [1]**
4609/21
**Mark [6]**   4533/23
4560/7 4612/8
4613/14 4613/15
4613/23
**marked [1]**   4634/15
**market [31]**   4548/2
4560/20 4580/10
4583/15 4583/21
4588/5 4603/13
4607/20 4607/21
4608/9 4608/10
4610/3 4610/4 4610/9
4616/21 4616/22
4616/24 4618/12
4618/20 4620/11
4625/12 4626/20
4627/8 4627/18
4628/8 4628/10
4628/13 4628/24
4633/4 4639/10
4640/9
**marketing [13]**
4532/2 4532/8 4533/3
4533/3 4533/8 4534/6
4555/11 4559/17
4559/21 4576/1
4596/7 4596/8
4597/12
**marketplace [3]**
4560/12 4570/7
4627/17
**markets [4]**   4635/7
4637/6 4638/1
4638/13
**match [14]**   4545/14
4545/16 4545/20
4546/7 4547/3 4547/5
4547/16 4547/21

| M | | | |
|---|---|---|---|
| **match... [6]** 4547/24 4548/24 4548/25 4549/5 4549/7 4569/9 | 4645/24 4646/21 4646/24 4647/9 4647/20 4647/24 4648/3 4648/8 4648/16 4649/15 4649/24 4650/7 | **Merit [1]** 4528/10 **Meta [1]** 4624/15 **metes [1]** 4571/2 **methods [1]** 4544/10 **metric [7]** 4539/25 4540/6 4540/8 4572/25 4573/8 4575/24 4577/4 | 4620/18 4620/21 4620/24 4621/9 **money [4]** 4543/2 4578/9 4586/4 4611/5 **monopoly [3]** 4616/24 4618/11 4618/21 |
| **matched [1]** 4545/17 **matches [1]** 4547/10 **matching [10]** 4545/12 4545/20 4546/1 4546/7 4546/15 4546/18 4546/19 4582/23 4586/16 4588/1 | **Meagan [2]** 4527/8 4643/7 **Meagan Glynn [1]** 4643/7 **meagan.glynn [1]** 4527/13 | **metrics [9]** 4537/2 4537/14 4537/22 4538/10 4571/23 4572/19 4573/16 4574/1 4574/4 | **month [1]** 4534/12 **months [2]** 4539/5 4567/2 **more [50]** 4532/7 4533/4 4533/5 4541/17 4542/1 |
| **material [6]** 4532/24 4533/1 4533/6 4580/9 4600/15 4640/12 | **mean [42]** 4540/10 4544/7 4548/1 4548/14 4550/13 4551/10 4552/15 | **Michael [4]** 4527/7 4528/5 4531/10 4642/17 **michael.mclellan [1]** 4527/12 | 4546/19 4546/20 4553/15 4553/21 4554/16 4554/23 4554/25 4555/4 4555/5 4555/6 |
| **materially [3]** 4602/9 4602/10 4602/10 | 4558/18 4567/10 4569/5 4569/8 4570/24 4573/7 4575/5 4575/20 | **Michelle [1]** 4557/18 **Microsoft [10]** 4547/20 4547/22 4547/25 4548/4 | 4555/17 4555/18 4555/19 4555/24 4561/8 4562/17 4564/6 4565/11 |
| **matter [6]** 4553/20 4606/8 4610/10 4610/11 4645/21 4651/4 | 4581/21 4581/22 4584/10 4585/23 4585/24 4591/17 4591/22 4592/6 | 4548/6 4548/10 4548/12 4548/14 4548/23 4621/17 **middle [1]** 4562/14 | 4568/19 4577/13 4585/15 4585/16 4585/17 4585/18 4585/19 4585/20 |
| **matters [3]** 4642/14 4644/3 4646/21 | 4592/23 4593/9 4595/9 4597/8 4602/24 4603/5 4606/7 4607/14 | **might [20]** 4538/11 4538/11 4544/10 4544/11 4547/5 4547/13 4547/14 | 4585/21 4599/25 4601/11 4609/4 4617/9 4627/21 4628/21 4633/9 |
| **may [22]** 4526/5 4531/12 4531/14 4533/14 4537/22 4557/15 4557/16 4557/17 4584/9 | 4607/22 4612/10 4630/14 4631/11 4631/16 4637/9 4640/8 4641/18 4641/19 4642/3 4646/25 | 4568/18 4575/17 4586/15 4597/13 4601/4 4604/6 4604/8 4604/9 4613/7 4616/9 4626/6 4638/17 | 4633/10 4635/15 4637/18 4638/8 4640/19 4644/4 4646/1 4646/10 4647/25 4648/8 |
| 4587/18 4599/18 4599/19 4604/24 4612/5 4622/21 4634/13 4642/10 4643/16 4644/9 | **meaning [1]** 4616/5 **meaning the [1]** 4616/5 | 4641/6 **million [1]** 4534/12 **millions [2]** 4573/21 | 4648/15 **morning [11]** 4530/4 4530/11 4531/9 |
| 4644/15 4649/8 4651/7 | **meaningful [1]** 4562/18 | 4576/14 **mind [1]** 4647/7 | 4532/16 4532/17 4556/10 4556/11 |
| **maybe [13]** 4537/9 4541/17 4543/9 4548/20 4575/3 4579/5 4593/17 4604/19 4632/3 4632/12 4638/22 | **means [2]** 4544/7 4616/21 **meant [1]** 4563/5 **measure [2]** 4608/2 4620/17 | **mindful [1]** 4648/7 **minimal [1]** 4531/4 **minimum [1]** 4620/9 **misspellings [1]** 4549/2 | 4598/9 4618/4 4618/5 4630/20 **most [6]** 4569/15 4579/15 4582/1 4590/17 4632/10 4646/21 |
| 4638/23 4649/19 | **mechanical [1]** 4528/14 | **mix [4]** 4609/13 4609/16 4609/18 4639/19 | **mostly [1]** 4552/7 **mountain [1]** 4636/6 |
| **McLellan [3]** 4527/7 4531/10 4531/11 **me [51]** 4535/22 4560/10 4562/10 | **mechanism [3]** 4553/16 4576/16 4603/19 | **mixed [2]** 4609/24 4609/24 **mobile [2]** 4627/22 | **move [15]** 4540/16 4548/18 4549/11 4567/3 4577/9 4579/4 |
| 4562/24 4564/25 4565/9 4566/15 4569/6 4569/18 4570/19 4571/7 4571/18 4577/9 | **mechanisms [1]** 4631/14 **MEHTA [2]** 4526/9 4598/18 | 4627/24 **model [3]** 4544/21 4608/4 4649/25 **modeled [2]** 4608/16 | 4579/10 4601/13 4603/22 4610/20 4612/8 4613/17 4614/13 4617/10 |
| 4577/10 4578/11 4579/4 4579/10 4580/23 4581/9 4581/23 4582/13 | **memorable [1]** 4599/25 **memory [1]** 4622/16 | 4609/22 **models [3]** 4543/7 4634/10 4634/12 | 4642/19 **moved [1]** 4597/15 **moving [2]** 4537/21 |
| 4586/7 4587/24 4591/22 4592/1 4592/9 4592/11 | **mentioned [1]** 4545/19 **merger [11]** 4604/15 | **modification [1]** 4592/16 **modules [1]** 4616/3 | 4646/7 **Mr [1]** 4619/12 **Mr. [32]** 4531/8 |
| 4593/10 4594/18 4595/3 4596/3 4601/19 4601/20 4607/20 4620/1 | 4604/16 4632/15 4632/16 4632/17 4632/18 4632/19 4632/21 4632/23 | **moment [1]** 4582/13 **Monday [1]** 4645/4 **monetization [6]** | 4531/11 4553/5 4554/12 4555/3 4556/1 4556/5 4586/13 4591/23 |
| 4624/11 4638/5 4641/3 4645/10 | 4632/25 4633/20 **mergers [1]** 4633/9 | 4613/3 4620/13 | 4594/4 4597/23 |

# M

**Mr.... [21]** 4616/2
4617/18 4619/5
4619/9 4619/23
4621/5 4623/17
4623/19 4636/20
4640/22 4641/1
4641/3 4641/4
4641/24 4642/4
4642/11 4645/17
4645/17 4645/19
4645/20 4648/20
**Mr. Burton [1]**
4645/17
**Mr. Dahlquist [3]**
4531/8 4642/11
4645/19
**Mr. Gabriel [1]**
4623/17
**Mr. Jerry Dischler
[1]** 4553/5
**Mr. McLellan [1]**
4531/11
**Mr. Muralidharan [2]**
4591/23 4594/4
**Mr. Muralidharan's
[1]** 4586/13
**Mr. Sallet [2]**
4556/1 4645/20
**Mr. Schmidtlein [6]**
4617/18 4621/5
4636/20 4641/3
4642/4 4648/20
**Mr. Sommer [3]**
4554/12 4556/5
4597/23
**Mr. Vallez [1]**
4555/3
**Mr. Weinberg [8]**
4616/2 4619/9
4619/23 4623/19
4640/22 4641/1
4641/4 4641/24
**Mr. Weinberg's [1]**
4619/5
**Mr. Zaremba [1]**
4645/17
**Ms. [9]** 4530/15
4535/10 4536/19
4540/18 4545/1
4549/14 4550/19
4552/19 4645/17
**Ms. Adkins' [1]**
4530/15
**Ms. Bruce [1]**
4645/17
**Ms. Tweety [7]**
4535/10 4536/19
4540/18 4545/1
4549/14 4550/19
4552/19
**msommer [1]** 4528/9
**much [19]** 4534/22
4536/3 4555/23
4586/24 4588/3

4598/2 4599/1
4600/24 4613/12
4633/11 4640/11
4640/13 4642/9
4642/24 4647/2
4647/10 4649/14
4650/2 4650/5
**multiple [1]** 4641/1
**Muralidharan [3]**
4585/3 4591/23
4594/4
**Muralidharan's [2]**
4586/13 4591/8
**Murphy [16]** 4599/22
4599/23 4601/14
4602/14 4604/3
4604/5 4605/13
4605/15 4606/18
4607/1 4608/12
4610/5 4629/11
4629/12 4629/19
4631/7
**Murphy's [13]** 4600/7
4600/12 4601/2
4601/20 4601/23
4602/3 4603/23
4604/7 4605/12
4605/18 4606/5
4607/6 4630/3
**my [53]** 4532/20
4533/21 4535/1
4536/16 4546/18
4546/21 4547/6
4547/22 4553/13
4556/24 4559/20
4560/1 4562/16
4567/12 4567/12
4567/13 4570/15
4571/15 4572/7
4573/24 4574/10
4574/12 4574/14
4584/12 4584/13
4586/23 4587/11
4592/10 4593/3
4595/10 4595/20
4596/8 4596/21
4597/3 4597/13
4602/21 4603/19
4605/3 4609/12
4622/11 4624/17
4625/10 4626/3
4630/13 4632/10
4632/12 4635/11
4643/17 4644/17
4645/12 4647/7
4649/15 4649/17
**myself [3]** 4534/15
4558/18 4621/23

# N

**name [3]** 4532/18
4532/20 4557/6
**narrow [7]** 4549/5
4585/22 4604/5
4614/2 4637/11

4658/2 4658/4
**narrower [1]** 4549/8
**narrowly [1]** 4602/7
**nascent [8]** 4612/21
4613/11 4613/11
4633/10 4633/15
4633/16 4633/20
4640/9
**nationwide [1]**
4638/1
**natural [1]** 4619/1
**nature [8]** 4530/22
4530/23 4589/2
4589/14 4589/23
4624/3 4649/20
4649/21
**navigate [2]** 4619/16
4641/16
**nearly [1]** 4578/8
**necessarily [1]**
4547/11
**necessary [3]**
4604/24 4631/3
4631/8
**need [15]** 4538/9
4541/9 4546/6 4547/4
4551/6 4551/10
4551/12 4552/2
4552/15 4613/19
4616/2 4623/2
4648/10 4648/14
4649/2
**needed [2]** 4565/20
4565/25
**needs [6]** 4538/2
4538/4 4555/13
4576/15 4600/25
4620/10
**negative [2]** 4548/25
4549/6
**neglected [1]**
4642/19
**negotiated [1]**
4636/7
**negotiating [1]**
4635/24
**negotiation [2]**
4537/12 4537/16
**negotiations [1]**
4573/25
**neither [1]** 4636/9
**net [1]** 4609/23
**network [3]** 4637/11
4638/2 4638/4
**never [4]** 4594/13
4606/12 4619/22
4633/23
**new [13]** 4528/8
4537/22 4538/7
4538/10 4538/11
4539/12 4540/3
4540/9 4572/19
4580/20 4582/14
4585/14 4596/19
**news [1]** 4642/12

**next [47]** 4531/13
4533/20 4535/11
4536/20 4538/17
4540/16 4540/18
4540/25 4544/18
4545/1 4545/4
4548/18 4549/11
4549/14 4550/20
4552/19 4553/4
4554/21 4555/2
4562/2 4562/24
4573/12 4577/10
4580/23 4582/20
4598/4 4598/5
4598/22 4601/13
4602/20 4603/22
4605/14 4607/16
4610/20 4610/23
4613/17 4614/13
4614/21 4615/4
4615/13 4615/24
4616/17 4634/21
4644/22 4646/4
4646/7 4650/3
**nice [3]** 4530/12
4531/22 4618/6
**no [85]** 4526/4
4533/1 4533/6
4535/19 4535/24
4536/2 4537/7
4541/22 4547/7
4550/18 4551/8
4553/3 4555/24
4556/3 4557/11
4558/6 4558/22
4560/22 4565/25
4567/6 4567/6 4567/6
4568/5 4568/5 4568/5
4570/13 4571/16
4573/20 4574/14
4576/21 4577/3
4577/6 4578/21
4579/20 4579/24
4580/8 4580/9
4580/18 4580/21
4580/22 4581/5
4581/8 4582/4 4582/5
4582/16 4585/12
4587/11 4588/13
4590/4 4590/23
4591/16 4593/20
4593/23 4594/15
4594/24 4595/25
4596/1 4597/20
4597/20 4597/25
4603/13 4605/3
4606/6 4606/21
4610/11 4611/12
4613/19 4617/3
4617/4 4617/17
4620/19 4621/11
4623/16 4623/18
4623/25 4623/25
4624/9 4625/1
4625/25 4627/2

**N**

**no... [5]**   4631/23
4633/17 4635/5
4636/13 4636/18
**no material [1]**
4533/6
**nobody [1]**   4623/25
**non [6]**   4620/14
4620/17 4620/22
4621/10 4626/4
4637/14
**non-Generative [1]**
4626/4
**non-Kaiser [1]**
4637/14
**non-scale [4]**
4620/14 4620/17
4620/22 4621/10
**none [2]**   4593/1
4636/10
**normal [1]**   4540/11
**northern [3]**   4637/13
4637/14 4637/23
**not [227]**
**not for [1]**   4565/9
**Not rebutting [1]**
4553/25
**note [2]**   4615/17
4644/7
**nothing [8]**   4533/5
4543/10 4559/8
4567/5 4568/4
4572/10 4597/22
4617/15
**now [51]**   4530/5
4539/15 4543/13
4547/8 4547/23
4553/18 4554/5
4556/14 4557/21
4559/5 4560/23
4561/25 4563/18
4566/15 4569/1
4573/5 4574/6
4576/12 4578/8
4578/21 4579/2
4579/8 4582/24
4583/23 4584/23
4585/9 4586/7 4589/8
4590/23 4591/7
4592/11 4596/18
4598/14 4598/18
4602/8 4606/17
4608/6 4608/9 4612/7
4613/18 4617/3
4618/10 4621/12
4621/21 4629/17
4632/1 4638/21
4639/13 4645/22
4649/21 4650/8
**Nowlan [1]**   4644/2
**number [15]**   4534/18
4534/21 4535/4
4551/23 4553/12
4590/25 4608/7
4609/19 4612/12

4622/24 4625/3
4632/15 4635/13
4644/10 4647/7
**numbered [1]**   4601/17
**numbers [6]**   4584/23
4612/19 4612/20
4613/12 4640/11
4640/14
**NW [2]**   4527/9
4528/12
**NY [1]**   4528/8

**O**

**oath [2]**   4531/19
4598/24
**object [3]**   4562/6
4575/18 4576/3
**objection [4]**
4553/23 4562/23
4620/23 4643/21
**obligation [1]**
4553/2
**observe [1]**   4623/17
**observed [2]**   4553/19
4629/23
**observing [1]**
4611/17
**obviate [2]**   4547/4
4552/2
**obviously [4]**   4531/2
4594/10 4648/10
4648/13
**occur [1]**   4560/11
**occurred [2]**   4603/20
4638/14
**occurs [3]**   4565/13
4608/10 4613/21
**OEM [1]**   4635/18
**off [6]**   4543/21
4547/13 4594/12
4618/8 4638/5
4643/13
**offer [5]**   4547/20
4583/14 4583/20
4618/10 4618/17
**offered [11]**   4533/23
4535/8 4535/23
4537/18 4553/19
4558/6 4560/3
4578/16 4618/19
4634/2 4636/10
**offering [32]**   4536/1
4549/8 4556/23
4559/24 4560/13
4560/17 4562/19
4565/16 4565/22
4566/7 4566/9
4571/16 4572/17
4577/12 4577/15
4579/19 4580/6
4580/11 4580/13
4581/3 4582/9
4582/13 4582/16
4583/10 4583/22
4587/15 4588/11

4588/13 4589/21
4590/4 4590/14
4591/13
**offers [2]**   4547/23
4547/23
**officer [1]**   4559/21
**offices [1]**   4585/6
**Official [1]**   4528/11
**often [5]**   4538/7
4549/22 4578/6
4586/6 4632/19
**oh [6]**   4554/6 4554/7
4577/10 4594/13
4603/18 4613/9
**okay [83]**   4530/11
4535/20 4537/25
4538/19 4540/15
4549/5 4555/9
4557/12 4558/14
4559/18 4561/1
4561/6 4561/24
4562/9 4563/4
4563/12 4563/23
4564/24 4565/10
4566/10 4567/3
4567/11 4569/23
4570/3 4571/19
4572/3 4572/8
4572/23 4573/4
4575/11 4576/18
4576/25 4579/6
4579/9 4582/5
4582/11 4582/18
4583/7 4583/11
4584/1 4584/20
4585/7 4586/7
4587/14 4589/10
4589/18 4590/15
4590/22 4591/6
4591/12 4592/8
4592/11 4596/23
4597/23 4598/4
4606/24 4610/2
4610/19 4616/10
4617/6 4617/12
4624/10 4627/4
4629/25 4632/6
4639/12 4639/24
4641/21 4642/8
4642/11 4643/12
4643/15 4643/22
4644/8 4644/14
4645/10 4646/17
4646/24 4647/6
4647/15 4648/18
4649/9 4649/10
**Omkar [2]**   4585/3
4591/8
**Omkar Muralidharan**
**[1]**   4585/3
**Omkar Muralidharan's**
**[1]**   4591/8
**once [6]**   4532/7
4543/15 4597/12
4618/15 4629/6

4649/20
**one [42]**   4530/13
4538/18 4542/1
4548/20 4551/15
4554/4 4567/20
4567/24 4575/7
4576/3 4581/3
4581/17 4582/10
4582/19 4586/2
4586/3 4587/14
4588/18 4590/13
4593/23 4595/22
4596/1 4596/9
4597/15 4599/25
4601/4 4604/3 4622/6
4625/4 4632/16
4637/9 4638/14
4638/21 4640/10
4640/19 4643/20
4643/21 4645/25
4647/7 4647/16
4647/17 4647/17
**one-third [1]**   4596/9
**ones [4]**   4594/7
4594/8 4594/25
4595/1
**ongoing [1]**   4605/4
**only [20]**   4541/15
4543/11 4543/24
4544/22 4545/17
4545/17 4547/6
4553/8 4553/10
4554/16 4569/12
4584/10 4588/2
4594/14 4622/5
4625/10 4627/8
4628/24 4632/16
4647/16
**open [2]**   4641/6
4643/4
**openly [1]**   4608/3
**operated [1]**   4544/8
**operating [2]**   4646/6
4646/19
**opine [3]**   4558/10
4558/16 4569/22
**opined [2]**   4570/25
4634/18
**opining [10]**   4556/16
4558/15 4560/9
4560/14 4560/18
4570/8 4572/13
4572/21 4577/16
4577/20
**opinion [81]**   4545/4
4546/25 4556/23
4561/20 4562/17
4565/12 4565/16
4565/18 4565/22
4565/25 4566/1
4566/3 4566/4 4566/7
4566/9 4567/2
4567/12 4570/13
4571/2 4572/5
4572/17 4577/12

**O**

**opinion... [59]**
4577/13 4577/15
4578/16 4579/20
4579/25 4580/6
4580/7 4580/13
4580/18 4580/21
4580/22 4581/3
4581/5 4581/7 4581/8
4582/4 4582/5 4582/9
4582/13 4582/16
4583/10 4583/22
4587/2 4587/6
4587/15 4587/23
4588/11 4588/13
4588/23 4589/8
4589/11 4589/16
4589/19 4589/21
4589/21 4590/2
4590/4 4590/14
4591/14 4593/7
4600/7 4601/2
4601/24 4602/3
4603/19 4605/3
4608/14 4611/2
4618/11 4618/14
4618/17 4618/19
4630/3 4630/4
4630/14 4631/20
4634/18 4636/10
4640/4

**opinions [13]**
4533/22 4535/23
4535/25 4536/1
4556/17 4556/21
4558/7 4559/24
4561/8 4563/15
4600/10 4618/21
4634/2

**opportunity [3]**
4599/9 4625/13
4649/21

**opposed [1]**   4570/20

**opt [2]**   4539/17
4539/18

**optimization [1]**
4552/7

**optimizing [1]**
4550/1

**option [1]**   4546/7

**options [3]**   4554/25
4555/1 4612/16

**order [2]**   4575/15
4639/20

**ordinary [1]**   4640/2

**organic [1]**   4615/8

**organization [3]**
4559/13 4559/22
4563/16

**orient [1]**   4571/10

**original [1]**   4621/16

**other [39]**   4549/2
4555/8 4558/22
4561/7 4562/21
4563/5 4563/7

4563/11 4565/13
4565/1 4565/2
4570/10 4570/11
4572/24 4573/8
4575/24 4577/4
4578/5 4580/17
4580/19 4583/13
4583/19 4587/13
4589/1 4589/13
4590/10 4604/24
4615/16 4616/3
4622/7 4626/17
4637/3 4637/6 4638/1
4638/14 4647/16
4648/5 4648/7 4649/1

**others [1]**   4602/25

**our [7]**   4531/12
4598/9 4640/15
4644/24 4645/18
4645/22 4646/9

**Our goal [1]**   4644/24

**out [28]**   4534/24
4535/1 4539/17
4539/18 4541/7
4541/7 4541/9 4549/1
4553/9 4554/24
4581/23 4587/13
4592/9 4593/13
4596/12 4596/19
4608/24 4615/8
4630/11 4633/12
4633/23 4633/25
4635/7 4638/6
4638/10 4642/13
4648/17 4649/5

**outcome [10]**   4551/25
4572/2 4581/4
4583/14 4583/21
4586/5 4586/5 4588/5
4600/19 4631/25

**outcomes [3]**   4543/23
4600/16 4636/17

**outside [7]**   4539/3
4544/8 4570/15
4593/25 4594/16
4638/1 4638/25

**over [15]**   4532/22
4534/9 4534/12
4564/21 4578/8
4584/4 4584/5
4585/23 4585/25
4613/10 4633/22
4634/1 4634/25
4645/3 4646/6

**overall [1]**   4603/25

**overcome [3]**   4602/12
4603/1 4639/2

**overlap [4]**   4580/9
4583/2 4588/25
4589/13

**Overviews [7]**
4539/12 4539/16
4539/24 4540/1
4540/10 4540/12
4574/5

**own [10]**   4541/20
4541/20 4544/10
4547/17 4555/20
4593/20 4596/21
4616/24 4618/11
4625/11

**owned [1]**   4544/8

**P**

**p.m [1]**   4650/10

**page [6]**   4539/13
4557/15 4567/19
4568/3 4578/11
4596/11

**page 75 [1]**   4568/3

**pages [1]**   4607/17

**pain [3]**   4611/23
4611/24 4612/1

**pains [1]**   4611/21

**paper [9]**   4593/19
4597/10 4607/10
4607/17 4608/25
4609/13 4627/5
4627/6 4628/22

**part [20]**   4544/2
4553/4 4556/21
4558/20 4564/3
4564/14 4566/2
4572/2 4579/24
4581/22 4581/23
4587/1 4591/11
4596/6 4597/11
4612/25 4617/13
4628/18 4642/23
4647/13

**partial [1]**   4564/18

**participants [1]**
4616/22

**particular [6]**
4534/1 4539/23
4547/7 4573/6
4621/17 4640/1

**particularly [2]**
4624/8 4629/5

**parties [7]**   4539/3
4635/16 4636/7
4645/7 4645/8 4647/5
4649/16

**parties' [2]**   4530/16
4647/14

**partner [1]**   4635/19

**parts [3]**   4564/12
4564/21 4646/7

**party [8]**   4543/14
4543/19 4543/20
4544/11 4593/21
4594/9 4594/25
4595/2

**past [4]**   4585/20
4605/17 4606/9
4613/13

**past years [1]**
4585/20

**path [2]**   4603/13
4625/11

**patterns [2]**   4634/25
4636/4

**pay [1]**   4627/12

**paying [1]**   4611/20

**payment [2]**   4546/21
4626/16

**penny [1]**   4597/16

**people [11]**   4539/1
4593/22 4612/13
4612/14 4619/15
4623/6 4623/11
4629/6 4638/24
4641/15 4641/17

**per [4]**   4569/9
4592/15 4607/3
4607/3

**percent [11]**   4578/9
4584/6 4584/9
4584/17 4622/17
4622/20 4622/23
4623/4 4627/9
4628/25 4639/14

**percentage [8]**
4584/21 4612/13
4622/14 4623/5
4623/9 4623/10
4623/19 4639/21

**perfectly [2]**   4574/4
4574/7

**performed [3]**
4592/13 4592/18
4637/12

**period [2]**   4613/10
4634/1

**permission [1]**
4532/5

**permits [1]**   4543/11

**Perplexity [1]**
4624/15

**personally [2]**
4596/14 4596/22

**perspective [4]**
4534/1 4534/3 4561/4
4592/12

**PFJ [2]**   4540/17
4544/2

**phase [12]**   4532/4
4532/23 4535/8
4550/8 4550/8
4552/23 4553/6
4566/16 4600/20
4623/24 4623/25
4631/15

**phenomenon [1]**
4622/10

**phrase [1]**   4544/5

**pick [1]**   4618/7

**place [7]**   4590/16
4606/23 4613/12
4631/17 4637/23
4645/6 4645/14

**placed [1]**   4531/19

**placement [3]**   4540/3
4600/18 4600/21

**Plaintiff [2]**

**P**

**Plaintiff... [2]**
 4527/14 4617/15
**plaintiffs [16]**
 4526/4 4527/2 4531/8
 4531/15 4532/11
 4533/16 4557/3
 4558/21 4559/2
 4573/6 4573/15
 4598/22 4599/3
 4600/9 4617/10
 4644/4
**plaintiffs' [10]**
 4529/5 4540/22
 4549/17 4555/12
 4558/6 4582/20
 4607/8 4614/1 4626/3
 4626/14
**planning [1]**  4640/5
**plans [1]**  4640/2
**play [6]**  4546/17
 4547/4 4633/23
 4635/7 4638/6
 4638/20
**playbook [1]**  4613/3
**players [1]**  4635/8
**please [19]**  4530/3
 4531/17 4531/20
 4532/18 4533/20
 4536/20 4538/17
 4539/7 4544/18
 4548/22 4552/20
 4554/21 4574/21
 4577/25 4583/17
 4587/5 4596/3
 4598/19 4649/17
**plenty [1]**  4649/5
**point [48]**  4538/15
 4544/16 4546/11
 4546/14 4546/23
 4547/2 4548/21
 4549/3 4549/22
 4550/23 4551/2
 4551/16 4552/5
 4554/9 4555/4 4564/5
 4567/10 4570/15
 4571/20 4572/6
 4572/9 4572/11
 4572/16 4572/24
 4573/24 4575/12
 4577/2 4581/13
 4582/6 4582/12
 4585/16 4586/20
 4588/6 4588/9
 4592/10 4593/24
 4594/7 4605/11
 4608/24 4624/21
 4625/10 4626/3
 4626/5 4628/14
 4633/22 4640/3
 4644/6 4648/3
**pointed [1]**  4621/15
**points [7]**  4546/10
 4550/24 4554/19
 4571/12 4581/1

4588/2 4659/21
**policy [1]**  4607/13
**poor [1]**  4615/2
**portability [1]**
 4540/21
**portion [5]**  4530/16
 4531/2 4549/11
 4561/2 4620/5
**portions [3]**  4531/3
 4643/8 4643/19
**position [3]**  4562/11
 4575/25 4603/19
**positions [1]**
 4647/14
**positive [3]**  4568/16
 4609/21 4609/23
**possible [3]**  4604/25
 4633/8 4638/7
**post [1]**  4644/21
**post-trial [1]**
 4644/21
**potential [3]**
 4576/20 4608/5
 4611/7
**potentially [7]**
 4563/10 4563/17
 4565/4 4565/7
 4574/25 4576/24
 4594/1
**power [1]**  4618/21
**practices [4]**  4610/8
 4610/13 4610/18
 4637/16
**precise [3]**  4546/23
 4547/9 4547/15
**precisely [2]**
 4630/12 4642/4
**predict [3]**  4574/4
 4574/7 4608/18
**predictions [1]**
 4632/24
**predictive [2]**
 4607/7 4613/1
**prefer [1]**  4646/15
**prepared [3]**  4533/10
 4599/15 4647/8
**present [2]**  4530/8
 4637/6
**presentation [3]**
 4533/13 4571/11
 4640/15
**presenting [4]**
 4534/1 4534/3
 4535/13 4549/4
**presents [1]**  4625/13
**preserve [2]**  4601/5
 4606/15
**presiding [1]**
 4598/18
**pressing [1]**  4612/15
**presumably [1]**
 4648/12
**presumption [1]**
 4530/22
**pretty [1]**  4570/25

**Prettyman [1]**
 4528/12
**previous [2]**  4605/22
 4619/4
**previously [3]**
 4532/12 4599/4
 4630/2
**prices [2]**  4617/2
 4634/25
**pricing [2]**  4553/16
 4633/5
**primarily [1]**  4632/9
**principle [1]**
 4631/19
**principles [1]**
 4566/5
**prior [3]**  4558/1
 4577/3 4579/19
**privacy [31]**  4535/23
 4535/24 4536/1
 4556/15 4556/16
 4556/18 4556/20
 4556/23 4557/2
 4557/4 4557/9 4558/6
 4558/15 4558/16
 4558/22 4559/2
 4559/9 4563/9
 4564/16 4570/11
 4570/22 4571/5
 4571/6 4572/10
 4572/15 4575/16
 4575/20 4575/21
 4581/18 4581/21
 4582/1
**privacy-related [1]**
 4535/24
**probably [5]**  4554/12
 4596/19 4619/10
 4632/10 4646/5
**problem [2]**  4535/16
 4555/13
**problems [4]**  4555/16
 4586/2 4624/16
 4638/25
**procedure [1]**  4575/9
**proceed [1]**  4531/12
**proceedings [7]**
 4526/9 4528/14
 4531/5 4532/3
 4647/19 4650/10
 4651/4
**process [5]**  4543/7
 4545/21 4631/25
 4633/23 4636/16
**produced [2]**  4528/15
 4581/25
**produces [1]**  4629/8
**product [7]**  4540/9
 4587/16 4588/8
 4588/10 4588/14
 4614/7 4614/11
**products [15]**  4538/7
 4538/11 4539/2
 4541/7 4541/9
 4541/23 4543/21

4544/8 4545/21
 4613/11 4637/11
 4637/20 4638/2
 4638/4 4638/5
**profession [1]**
 4650/1
**professional [3]**
 4532/24 4534/4
 4550/3
**professionalism [1]**
 4649/23
**professor [30]**
 4531/16 4532/2
 4532/7 4532/16
 4532/22 4533/2
 4533/10 4533/16
 4534/24 4536/14
 4538/22 4541/2
 4546/2 4553/17
 4555/10 4556/10
 4558/21 4559/17
 4561/14 4564/4
 4567/5 4571/10
 4574/12 4575/14
 4578/11 4597/13
 4601/2 4624/12
 4629/19 4630/3
**Professor Hitt's [1]**
 4624/12
**Professor Israel's
 [2]**  4541/2 4546/2
**Professor Jerath [6]**
 4532/2 4532/16
 4533/16 4555/10
 4556/10 4564/4
**Professor Kinshuk [1]**
 4531/16
**Professor Murphy's
 [2]**  4601/2 4630/3
**program [3]**  4552/10
 4628/11 4628/18
**progress [1]**  4629/15
**prohibitive [1]**
 4553/12
**projects [1]**  4597/3
**promise [1]**  4575/16
**promote [3]**  4611/16
 4611/19 4625/23
**promotion [1]**
 4626/17
**prompt [1]**  4625/7
**proof [1]**  4538/9
**proper [1]**  4553/24
**proportion [1]**
 4606/3
**proposal [1]**  4645/5
**proposals [1]**  4645/5
**proposed [48]**
 4530/15 4530/17
 4530/18 4533/25
 4535/14 4535/15
 4536/5 4536/6
 4537/18 4538/2
 4540/23 4541/3
 4541/3 4545/5 4545/6

**P**

**proposed... [33]**
4548/19 4549/12
4549/18 4553/22
4558/23 4559/3
4559/5 4560/10
4560/15 4560/19
4561/9 4561/16
4569/1 4569/19
4569/25 4570/5
4573/21 4580/2
4580/8 4580/14
4580/18 4582/20
4583/13 4583/19
4586/14 4587/4
4587/8 4588/20
4591/2 4591/9
4591/14 4604/15
4625/22
**proprietary [3]**
4543/10 4589/23
4590/9
**propriety [2]**
4541/23 4587/16
**protect [3]**   4575/15
4575/17 4581/18
**protecting [1]**
4557/9
**protection [2]**
4527/15 4582/2
**provide [5]**   4561/4
4564/7 4579/14
4586/16 4615/8
**provided [4]**   4556/22
4561/8 4569/17
4570/22
**providers [3]**   4555/8
4594/10 4625/4
**provides [1]**   4536/11
**providing [7]**   4564/6
4564/10 4566/4
4566/24 4577/13
4593/7 4625/5
**provision [1]**   4537/1
**provisions [1]**
4553/19
**proximity [1]**
4600/14
**proxy [1]**   4607/22
**public [15]**   4530/19
4530/22 4531/2
4531/5 4592/21
4595/9 4595/13
4595/14 4595/23
4644/6 4644/25
4645/13 4647/1
4647/11 4647/14
**publicize [2]**
4588/24 4589/12
**publicly [3]**   4595/4
4595/7 4595/10
**publish [1]**   4599/19
**pull [1]**   4633/12
**pulled [1]**   4562/2
**purchase [1]**   4543/18

**purchased [1]**
4543/16
**purportedly [1]**
4570/18
**pursue [3]**   4601/4
4601/10 4621/18
**push [3]**   4644/5
4644/9 4645/7
**pushed [1]**   4644/10
**put [18]**   4546/10
4548/6 4557/19
4558/4 4566/13
4571/8 4579/13
4582/22 4586/4
4589/7 4591/3
4619/16 4622/21
4640/10 4640/13
4641/16 4647/2
4648/16
**PXR0231 [1]**   4538/21
**PXR0243 [1]**   4544/25
**PXRD029 [2]**   4534/21
4642/20
**PXRD30 [1]**   4617/11
**PXRG29 [1]**   4534/20

**Q**

**qualified [2]**   4532/1
4561/19
**quality [10]**   4579/25
4603/6 4614/4 4614/6
4614/8 4614/11
4614/16 4615/2
4615/14 4617/3
**quality-enhancing [1]**
4603/6
**quantification [1]**
4642/5
**quantify [2]**   4576/19
4608/6
**queries [40]**   4547/13
4560/16 4564/17
4565/14 4566/23
4567/8 4568/7 4578/9
4613/22 4614/5
4614/12 4615/14
4615/22 4616/9
4616/16 4619/6
4619/13 4622/2
4622/12 4622/14
4622/17 4622/18
4623/1 4623/5
4623/10 4623/11
4623/14 4623/15
4623/15 4623/20
4623/20 4624/1
4624/2 4624/7
4640/17 4641/2
4641/7 4641/15
4641/25 4642/4
**query [36]**   4536/12
4536/13 4537/3
4538/4 4539/8
4539/14 4545/17
4547/7 4547/11

4566/22 4568/20
4569/9 4574/20
4574/23 4577/22
4578/3 4613/24
4614/24 4616/12
4616/23 4616/24
4617/5 4618/11
4618/15 4618/15
4618/16 4619/2
4619/9 4619/23
4622/8 4622/9 4624/4
4624/4 4625/7
4640/20 4641/17
**question [30]**
4556/24 4560/1
4562/10 4562/15
4562/24 4567/18
4568/4 4571/15
4574/12 4574/14
4577/6 4578/13
4578/18 4579/2
4584/12 4586/23
4587/11 4595/10
4595/20 4596/5
4597/13 4605/13
4608/19 4611/12
4611/14 4611/15
4614/14 4630/23
4631/23 4641/22
**questions [10]**
4555/24 4556/2
4557/2 4570/21
4577/11 4592/11
4608/10 4617/9
4636/18 4646/2
**quick [4]**   4530/13
4605/8 4608/24
4644/3
**quicker [1]**   4588/3
**quickly [4]**   4581/2
4581/14 4604/25
4606/22
**quit [9]**   4619/6
4619/8 4619/12
4619/23 4640/16
4640/20 4641/2
4641/7 4641/15
**quite [2]**   4531/4
4578/7
**quitting [1]**   4616/4
**quiz [1]**   4566/20
**quo [2]**   4601/5
4606/15
**quotation [3]**   4546/2
4550/11 4552/22
**quote [2]**   4536/25
4541/6

**R**

**race [1]**   4611/4
**radar [1]**   4648/17
**rage [10]**   4616/4
4619/6 4619/8
4619/12 4619/23
4640/16 4640/20

4641/2 4641/7
4641/15
**raise [1]**   4531/18
**raising [1]**   4617/2
**Ralph [1]**   4527/16
**rapidly [1]**   4588/15
**rare [1]**   4624/4
**rate [1]**   4569/10
**rather [1]**   4533/13
**RDX27.002 [1]**
4561/12
**RDXD27 [1]**   4571/8
**RDXD27-022 [1]**
4571/8
**RDXD27.024 [1]**
4587/24
**RDXD36.009 [1]**
4634/16
**reach [1]**   4551/24
**reaches [1]**   4545/14
**reaction [2]**   4601/20
4603/25
**read [23]**   4535/4
4535/4 4545/6 4558/9
4559/5 4559/6
4562/14 4563/21
4564/19 4564/21
4566/15 4566/18
4567/17 4568/2
4569/3 4578/5
4578/11 4579/23
4585/5 4591/9 4599/9
4613/15 4648/4
**reading [3]**   4563/24
4569/6 4589/3
**real [2]**   4579/15
4610/8
**real-time [1]**
4579/15
**realized [1]**   4640/25
**really [18]**   4540/3
4544/20 4547/2
4558/5 4562/13
4581/2 4581/14
4603/12 4606/21
4613/12 4613/25
4614/16 4616/18
4616/25 4619/3
4636/15 4649/22
4649/25
**Realtime [1]**   4528/11
**reason [12]**   4537/15
4538/2 4552/1 4558/4
4581/21 4606/7
4620/3 4627/2 4628/3
4640/10 4640/13
4641/7
**reasonable [4]**
4606/1 4607/24
4637/23 4647/8
**reasons [7]**   4550/22
4615/3 4616/18
4626/5 4636/14
4638/9 4638/21
**rebut [2]**   4561/2

**R**

**rebut... [1]**   4565/24
**rebuttal [11]**
 4532/11 4536/4
 4553/24 4560/24
 4570/18 4572/7
 4598/23 4599/3
 4621/16 4643/3
 4643/5
**rebutting [7]**
 4553/25 4554/1
 4566/2 4570/19
 4572/2 4572/4 4587/9
**recall [14]**   4535/13
 4536/9 4536/25
 4549/20 4559/10
 4560/8 4567/1
 4578/22 4585/10
 4600/2 4619/6 4619/8
 4622/15 4622/23
**recent [3]**   4538/8
 4604/20 4613/13
**recently [1]**   4604/19
**recess [2]**   4598/15
 4598/16
**recitation [1]**
 4562/7
**recognize [6]**
 4530/21 4532/7
 4576/13 4576/22
 4607/18 4608/5
**recollection [1]**
 4619/10
**recommendations [1]**
 4555/7
**record [15]**   4530/6
 4532/19 4534/18
 4535/5 4543/16
 4596/25 4605/7
 4614/22 4615/17
 4615/19 4617/14
 4628/1 4644/7 4647/2
 4651/3
**recorded [1]**   4528/14
**recover [2]**   4606/2
 4606/4
**RECROSS [1]**   4529/4
**rectify [1]**   4604/12
**redactions [3]**
 4530/15 4530/17
 4530/18
**redirect [4]**   4529/4
 4597/24 4597/25
 4636/21
**reduce [2]**   4590/9
 4602/11
**reduced [2]**   4608/7
 4608/17
**reduces [1]**   4546/6
**reference [2]**   4619/5
 4635/13
**referring [5]**
 4544/12 4546/7
 4571/23 4594/22
 4594/24

**refers [1]**   4571/22
**reflect [3]**   4583/14
 4583/20 4607/11
**reflective [1]**
 4608/11
**reflects [1]**   4649/7
**regard [3]**   4536/18
 4583/9 4644/21
**regarding [2]**   4536/5
 4536/22
**Registered [1]**
 4528/10
**regressing [1]**
 4634/24
**regression [3]**
 4634/10 4634/12
 4634/24
**regular [1]**   4573/17
**regulation [1]**
 4639/11
**Reid's [1]**   4643/9
**relate [1]**   4535/23
**related [4]**   4535/24
 4553/9 4556/23
 4612/15
**relates [3]**   4540/20
 4545/5 4588/10
**relating [3]**   4533/7
 4556/17 4571/11
**relative [4]**   4585/19
 4609/25 4620/17
 4637/13
**relatively [6]**
 4604/11 4604/25
 4623/9 4624/4 4638/3
 4647/19
**release [1]**   4530/18
**released [1]**   4538/12
**relevance [1]**   4613/6
**relevant [3]**   4560/20
 4616/3 4618/20
**relies [1]**   4610/5
**relying [1]**   4647/15
**remain [1]**   4531/17
**remaining [1]**   4647/4
**remains [1]**   4598/24
**remedial [1]**   4613/10
**remedies [49]**   4526/9
 4535/8 4550/8
 4553/21 4555/13
 4557/22 4558/7
 4558/23 4559/3
 4559/5 4559/9
 4560/11 4560/15
 4560/19 4561/9
 4561/17 4561/20
 4561/22 4566/11
 4569/1 4582/21
 4600/10 4600/20
 4601/5 4601/10
 4602/4 4602/6
 4603/24 4604/5
 4604/8 4605/2
 4605/12 4606/18
 4606/20 4607/8

 4608/11 4610/7 4610/10
 4610/12 4613/8
 4613/19 4614/1
 4626/3 4626/15
 4630/16 4631/2
 4631/7 4631/8
 4631/12 4640/6
**remedy [46]**   4537/3
 4538/3 4538/9
 4565/19 4565/25
 4566/5 4566/8
 4566/13 4569/20
 4569/25 4570/5
 4570/17 4571/12
 4571/14 4572/10
 4573/21 4574/9
 4577/11 4579/12
 4579/19 4579/20
 4580/3 4580/8
 4580/14 4580/19
 4580/25 4582/25
 4583/13 4583/19
 4586/14 4587/4
 4587/8 4587/14
 4588/1 4588/20
 4589/7 4591/2 4591/9
 4591/14 4591/21
 4591/22 4610/6
 4610/7 4623/25
 4625/15 4625/22
**remember [19]**
 4535/17 4539/4
 4558/24 4562/22
 4563/2 4568/10
 4572/5 4573/9 4576/9
 4581/7 4584/23
 4586/24 4586/25
 4591/4 4591/11
 4595/16 4623/21
 4627/10 4627/12
**reminded [1]**   4641/3
**reminding [1]**   4620/1
**removal [2]**   4567/7
 4568/6
**remove [4]**   4548/7
 4551/11 4577/22
 4578/2
**removing [2]**   4566/23
 4615/2
**rendition [1]**
 4629/20
**repeat [7]**   4541/25
 4574/21 4577/25
 4583/17 4587/5
 4621/5 4630/22
**report [17]**   4535/4
 4536/13 4537/3
 4556/21 4562/16
 4565/18 4566/22
 4566/23 4567/6
 4568/5 4578/17
 4587/3 4587/6 4593/1
 4593/3 4621/16
 4621/16
**Reporter [4]**   4528/10

 4528/10 4528/11
 4528/11
**reporting [3]**
 4568/20 4569/8
 4588/22
**reports [4]**   4536/12
 4538/4 4539/9
 4580/25
**represent [2]**
 4616/24 4618/11
**request [12]**   4573/17
 4573/22 4574/15
 4574/19 4574/22
 4574/24 4575/1
 4575/4 4575/8
 4575/12 4575/13
 4648/4
**requests [2]**   4575/18
 4576/2
**require [1]**   4610/7
**required [4]**   4537/2
 4581/25 4590/8
 4592/14
**requirements [1]**
 4647/21
**requiring [3]**
 4588/24 4589/11
 4628/22
**rerun [1]**   4613/3
**research [3]**   4533/4
 4586/9 4596/9
**resembles [1]**
 4638/18
**resolve [3]**   4576/16
 4611/10 4632/19
**resolved [2]**   4576/8
 4611/17
**resolving [2]**
 4576/20 4577/5
**resources [1]**
 4592/13
**respect [17]**   4530/25
 4538/3 4546/25
 4558/22 4561/21
 4566/22 4571/4
 4571/16 4587/25
 4603/1 4603/3
 4603/10 4613/4
 4616/8 4624/20
 4626/4 4641/5
**Respectfully [1]**
 4570/14
**respects [1]**   4638/13
**respond [6]**   4533/22
 4534/25 4537/19
 4551/4 4551/19
 4638/4
**responded [2]**
 4614/15 4637/19
**responding [4]**
 4535/22 4535/24
 4562/16 4624/12
**response [9]**   4539/14
 4551/7 4551/24
 4573/10 4573/14

**R**

**response... [4]**
4583/22 4605/16
4607/6 4625/5
**responses [2]**
4562/19 4599/12
**responsive [1]**
4644/23
**rest [2]**  4537/9
4602/8
**restaurant [2]**
4619/19 4641/6
**restore [2]**  4631/13
4631/16
**restoring [1]**
4601/11
**restricting [1]**
4580/1
**restrictions [1]**
4625/23
**result [8]**  4595/22
4616/4 4619/18
4622/8 4623/6
4623/14 4625/14
4639/14
**results [5]**  4539/13
4615/8 4615/12
4629/8 4639/16
**resume [1]**  4598/10
**RESUMED [2]**  4532/12
4599/4
**return [2]**  4539/21
4631/17
**reversal [2]**  4604/23
4604/24
**reverse [1]**  4606/18
**review [10]**  4530/14
4535/7 4536/22
4537/5 4541/2
4549/17 4550/7
4557/11 4558/11
4618/20
**reviewed [5]**  4535/5
4536/6 4540/20
4540/22 4567/2
**rewind [1]**  4589/5
**rGSP [6]**  4595/7
4595/13 4595/23
4596/17 4597/15
4597/18
**Richard [1]**  4527/8
**richard.gower [1]**
4527/12
**right [90]**  4531/7
4531/18 4541/18
4541/19 4543/21
4546/19 4547/8
4547/23 4551/11
4552/7 4554/13
4556/1 4556/4
4557/24 4558/20
4559/5 4559/11
4566/17 4566/25
4569/2 4569/17
4571/17 4572/6

4572/20 4574/20
4575/1 4575/7
4576/16 4578/8
4579/2 4580/12
4581/7 4581/12
4582/19 4584/23
4589/9 4590/13
4594/2 4594/15
4594/20 4595/18
4596/6 4597/4 4598/1
4598/5 4599/21
4603/16 4603/17
4603/21 4605/10
4606/16 4608/8
4612/7 4616/7
4617/15 4617/18
4618/7 4618/23
4620/2 4620/12
4620/22 4622/3
4622/9 4622/12
4623/6 4623/11
4623/12 4624/22
4625/7 4625/16
4626/8 4628/15
4628/17 4628/19
4629/22 4630/7
4630/21 4631/10
4631/19 4633/8
4633/14 4638/15
4638/16 4640/23
4645/9 4645/19
4646/12 4647/16
4648/19 4649/13
**rise [4]**  4598/14
4598/17 4639/10
4650/8
**risk [3]**  4612/6
4612/11 4625/20
**risks [1]**  4601/6
**rival [6]**  4606/2
4614/4 4614/8
4624/14 4625/3
4627/16
**rivalry [2]**  4609/2
4631/13
**rivals [14]**  4603/2
4603/3 4603/11
4605/8 4605/24
4606/12 4607/24
4610/16 4630/18
4631/4 4631/9
4631/17 4631/21
4631/24
**RMR [2]**  4651/2
4651/8
**robust [1]**  4544/21
**ROI [2]**  4539/21
4568/16
**role [2]**  4532/25
4547/4
**roles [1]**  4546/17
**roll [1]**  4593/13
**roller [3]**  4600/2
4629/11 4629/12
**ROSATI [1]**  4528/6

**Rosetta [1]**  4643/20
**roughly [4]**  4607/3
4622/19 4622/23
4623/4
**rule [2]**  4549/1
4643/21
**rules [10]**  4549/24
4551/4 4551/4
4551/10 4551/20
4552/4 4552/11
4552/16 4552/17
4578/7
**run [4]**  4534/15
4537/11 4638/25
4642/13
**running [3]**  4534/14
4574/20 4574/23
**runs [1]**  4553/7

**S**

**safe [1]**  4598/3
**said [36]**  4538/6
4538/10 4553/25
4560/3 4564/2 4565/7
4570/20 4571/25
4574/12 4575/20
4576/8 4576/12
4586/25 4586/25
4587/10 4587/12
4594/4 4594/19
4594/20 4594/25
4595/24 4602/1
4608/15 4609/13
4616/13 4626/17
4627/10 4630/3
4631/6 4633/25
4636/15 4638/10
4640/21 4641/8
4641/24 4649/1
**sales [1]**  4614/7
**Sallet [4]**  4527/14
4530/8 4556/1
4645/20
**same [19]**  4533/4
4533/5 4537/17
4539/22 4544/22
4548/12 4553/14
4555/4 4562/23
4603/9 4605/17
4606/9 4615/13
4622/9 4626/5 4627/7
4633/12 4635/9
4637/16
**sample [3]**  4627/13
4629/4 4629/5
**saw [3]**  4595/17
4612/18 4635/7
**say [29]**  4545/24
4551/15 4564/13
4592/5 4593/16
4596/6 4597/7
4604/21 4606/21
4607/19 4607/21
4608/3 4609/21
4609/24 4616/6

4617/14 4621/25
4622/1 4624/9
4625/18 4628/13
4628/20 4629/4
4629/6 4631/16
4637/5 4640/14
4641/13 4646/18
**saying [10]**  4543/11
4547/2 4547/15
4549/5 4568/23
4568/25 4596/11
4605/23 4623/21
4631/11
**says [11]**  4553/7
4555/1 4555/4 4555/6
4571/21 4576/2
4576/15 4592/3
4596/11 4641/14
4641/18
**scale [20]**  4602/9
4603/3 4603/3 4603/4
4603/5 4603/7
4605/25 4606/2
4620/3 4620/9
4620/14 4620/14
4620/17 4620/17
4620/22 4620/22
4621/10 4621/10
4627/8 4641/9
**scaled [1]**  4627/16
**scenario [5]**  4575/19
4576/1 4576/8
4576/13 4609/23
**scenarios [1]**
4575/15
**schedule [3]**  4644/20
4644/24 4648/17
**Schmidtlein [8]**
4528/2 4530/10
4617/18 4621/5
4636/20 4641/3
4642/4 4648/20
**School [1]**  4533/2
**scope [6]**  4570/5
4570/15 4572/7
4581/23 4587/13
4592/9
**score [1]**  4537/6
**screen [14]**  4550/11
4554/5 4557/19
4558/4 4561/13
4569/2 4582/22
4609/15 4628/24
4629/8 4629/9
4639/13 4639/15
4639/19
**screens [2]**  4609/8
4609/17
**seal [1]**  4530/14
**sealed [3]**  4530/15
4531/2 4531/3
**search [74]**  4535/16
4536/12 4536/13
4536/16 4537/3
4538/4 4539/8

**S**

**search... [67]**
4539/13 4540/11
4545/23 4550/2
4560/21 4564/17
4566/22 4570/11
4577/14 4577/18
4578/15 4580/1
4580/10 4580/15
4580/20 4583/1
4583/2 4583/4
4583/13 4583/20
4589/1 4589/13
4590/10 4594/5
4594/6 4596/10
4597/16 4602/2
4603/8 4610/17
4611/16 4611/20
4611/21 4611/22
4612/14 4613/2
4613/20 4613/21
4614/4 4614/8
4614/25 4616/3
4616/15 4616/20
4617/1 4619/18
4619/22 4620/9
4620/10 4620/13
4620/18 4620/21
4621/9 4621/17
4621/21 4621/22
4622/2 4622/6 4622/7
4624/21 4625/1
4625/9 4628/14
4628/23 4633/16
4640/2 4640/6
**searches [5]** 4577/24
4578/4 4578/15
4578/20 4612/15
**searching [4]** 4603/8
4624/25 4624/25
4629/7
**seated [3]** 4530/3
4531/21 4598/20
**second [15]** 4546/23
4558/5 4558/20
4567/20 4567/24
4572/6 4573/15
4581/23 4586/25
4588/9 4600/17
4616/25 4639/3
4639/15 4645/25
**section [36]** 4527/15
4536/5 4536/6 4536/9
4536/23 4537/18
4539/12 4540/16
4540/21 4540/22
4541/3 4541/10
4545/5 4545/6
4545/10 4545/15
4548/18 4549/13
4549/17 4549/20
4550/9 4557/21
4557/22 4558/7
4558/11 4558/15
4558/16 4558/23

4559/3 4560/11
4560/15 4560/19
4562/14 4566/13
4579/12 4582/21
**Section VIII [7]**
4549/13 4558/7
4558/11 4558/16
4560/11 4560/15
4560/19
**Section VIII.A [3]**
4536/5 4558/23
4566/13
**Section VIII.B [3]**
4545/5 4545/10
4582/21
**Section VIII.C [5]**
4540/21 4540/22
4541/3 4541/10
4579/12
**Section VIII.D [2]**
4549/17 4550/9
**Sections [3]** 4533/24
4535/14 4554/19
**security [1]** 4530/24
**see [30]** 4530/12
4531/22 4541/6
4548/23 4550/11
4550/15 4550/16
4552/22 4558/8
4558/12 4558/13
4564/19 4569/1
4569/3 4569/11
4573/18 4579/17
4579/24 4598/3
4599/23 4605/14
4605/17 4610/21
4615/1 4615/7 4618/6
4639/4 4639/5
4640/18 4650/5
**seeing [2]** 4622/15
4650/4
**seeking [1]** 4565/24
**seen [12]** 4536/13
4536/15 4610/8
4612/11 4614/21
4615/21 4623/22
4624/18 4624/23
4624/24 4639/6
4640/1
**segment [1]** 4619/14
**selection [1]**
4546/19
**sell [2]** 4614/9
4618/16
**semester [1]** 4597/12
**sending [1]** 4625/6
**sense [6]** 4601/4
4601/10 4608/15
4622/11 4624/17
4638/19
**sensitive [1]**
4530/23
**sentence [2]** 4573/15
4641/14
**serious [1]** 4611/15

**seriously [1]**
4612/21
**session [2]** 4598/18
4622/7
**set [5]** 4550/5
4565/18 4580/2
4587/2 4587/6
**sets [1]** 4538/3
**several [1]** 4555/15
**shadow [1]** 4610/13
**share [16]** 4548/3
4607/12 4607/20
4607/21 4607/23
4609/1 4627/8
4627/18 4627/21
4628/8 4628/10
4628/13 4628/24
4629/8 4639/20
4642/5
**shares [1]** 4633/4
**Sharing [1]** 4561/19
**She [1]** 4598/24
**she's [1]** 4621/1
**shift [4]** 4607/13
4609/1 4629/8
4639/20
**shifting [1]** 4555/8
**shifts [1]** 4607/23
**short [5]** 4557/13
4571/7 4613/6
4627/10 4631/11
**should [25]** 4539/2
4540/4 4540/7
4545/16 4545/18
4545/24 4546/18
4546/20 4546/21
4549/9 4549/24
4549/25 4566/5
4573/7 4574/1
4591/14 4592/16
4594/12 4602/4
4602/7 4617/14
4625/15 4625/19
4631/12 4650/1
**shouldn't [4]**
4593/21 4610/7
4628/20 4642/1
**show [7]** 4538/18
4591/22 4609/15
4609/17 4616/9
4624/8 4642/3
**showed [1]** 4573/9
**showing [11]** 4539/15
4539/24 4540/10
4543/2 4569/8
4615/22 4616/6
4619/17 4619/18
4619/20 4642/1
**shown [7]** 4539/19
4540/5 4545/18
4546/19 4546/22
4547/6 4574/6
**shows [12]** 4533/21
4538/23 4538/24
4539/13 4539/17

4549/19 4549/7
4554/22 4567/7
4568/6 4603/23
4607/10
**side [4]** 4565/19
4565/25 4592/19
4627/7
**sides [1]** 4530/15
**signed [1]** 4643/13
**significant [5]**
4604/10 4630/4
4630/14 4630/17
4631/3
**significantly [4]**
4584/21 4601/9
4605/6 4627/21
**similar [3]** 4534/5
4635/8 4638/13
**similarly [2]** 4635/8
4637/15
**simple [3]** 4540/6
4541/22 4543/9
**simply [2]** 4548/5
4606/14
**since [3]** 4532/25
4584/22 4598/9
**single [1]** 4597/15
**sir [7]** 4531/20
4560/23 4568/10
4578/13 4591/7
4591/13 4594/18
**sit [4]** 4564/1
4578/18 4591/13
4595/21
**sitting [5]** 4543/20
4593/18 4593/22
4597/9 4633/23
**situate [1]** 4561/14
**situated [2]** 4635/8
4637/15
**situation [5]**
4604/21 4605/23
4606/10 4606/13
4606/19
**six [2]** 4569/13
4571/12
**sixth [2]** 4572/23
4577/2
**Skai [1]** 4555/3
**skim [1]** 4540/18
**slide [78]** 4533/10
4533/13 4533/20
4534/17 4534/21
4535/11 4535/13
4536/20 4537/1
4537/9 4538/17
4538/20 4538/22
4540/19 4540/25
4544/18 4544/25
4545/1 4546/3 4546/9
4549/15 4550/20
4550/24 4552/19
4553/4 4554/2
4554/21 4554/22
4555/2 4557/18

4679

**S**

**slide... [48]**
4557/19 4557/24 4557/25 4558/1 4558/5 4561/15 4562/2 4571/8 4571/11 4573/12 4577/3 4580/23 4580/24 4587/24 4587/25 4589/4 4589/7 4591/3 4599/15 4600/3 4600/12 4601/13 4602/2 4602/20 4603/22 4603/23 4604/2 4605/14 4605/22 4606/25 4607/16 4608/8 4610/23 4613/17 4614/13 4614/21 4615/4 4615/13 4615/24 4616/17 4617/10 4618/9 4618/9 4619/4 4629/10 4634/21 4640/15 4647/22
**Slide 14 [1]**   4640/15
**Slide 2 [1]**   4557/25
**Slide 7 [1]**   4544/25
**slides [5]**   4553/24 4554/5 4554/8 4600/1 4615/18
**slow [1]**   4647/5
**small [4]**   4534/10 4594/9 4623/9 4627/23
**smaller [5]**   4594/8 4594/25 4623/5 4623/10 4627/23
**smart [2]**   4588/15 4593/23
**so [170]**
**So advertisers [1]** 4594/3
**So I don't [1]** 4587/10
**so I think [5]** 4593/16 4600/23 4606/23 4631/6 4638/24
**so it's [3]**   4588/2 4613/9 4637/18
**So thank you very much [1]**   4650/2
**So that [1]**   4572/1
**So this document [2]** 4539/11 4539/17
**So this is [4]** 4540/8 4543/4 4547/15 4603/14
**So this shows [1]** 4533/21
**So this slide [1]** 4554/22
**So this world [1]**

**software [3]**   4586/4 4593/20 4593/21
**solution [2]**   4535/15 4555/13
**solutions [2]** 4535/14 4555/15
**some [59]**   4530/25 4538/3 4541/16 4543/1 4543/6 4543/7 4543/9 4543/17 4549/23 4551/18 4552/7 4553/9 4559/20 4568/19 4573/1 4573/25 4574/9 4575/9 4575/18 4576/15 4576/22 4577/7 4584/8 4592/11 4592/16 4593/14 4593/18 4593/19 4594/4 4594/10 4594/19 4595/3 4599/12 4602/4 4602/25 4605/24 4612/6 4612/23 4621/12 4623/2 4624/11 4624/24 4625/6 4625/14 4626/1 4627/5 4629/17 4638/23 4639/9 4640/16 4643/1 4644/6 4646/24 4647/3 4647/4 4647/20 4647/23 4648/23 4649/9
**somehow [1]**   4577/17
**something [12]** 4543/4 4543/16 4548/12 4550/5 4576/2 4586/5 4589/3 4596/24 4609/20 4637/5 4638/22 4649/5
**sometimes [5]** 4537/22 4541/22 4574/3 4586/6 4622/12
**somewhat [1]**   4628/9
**Sommer [4]**   4528/5 4554/12 4556/5 4597/23
**SONSINI [1]**   4528/6
**soon [1]**   4645/6
**sophisticated [2]** 4585/15 4585/16
**sophistication [2]** 4593/12 4594/20
**sorry [16]**   4534/19 4541/1 4541/25 4548/9 4562/5 4565/6 4589/4 4589/5 4608/13 4611/22 4612/9 4623/3 4628/5

4630/22 4640/21 4640/24
**sort [28]**   4530/20 4539/20 4548/2 4548/5 4548/25 4551/2 4551/14 4552/2 4552/3 4552/16 4562/19 4566/2 4567/1 4571/2 4600/19 4609/13 4614/24 4618/7 4622/6 4625/1 4629/6 4637/12 4637/18 4638/17 4638/18 4639/8 4639/9 4646/22
**sought [1]**   4570/9
**sounded [1]**   4627/2
**sounds [1]**   4558/20
**South [1]**   4527/4
**southern [3]**   4637/12 4637/16 4637/24
**space [5]**   4611/3 4611/18 4625/12 4626/20 4626/24
**speak [5]**   4596/3 4596/4 4620/24 4621/23 4641/1
**speaking [2]**   4624/22 4641/13
**speaks [1]**   4546/12
**specific [2]**   4565/19 4566/11
**specifically [5]** 4538/7 4545/15 4621/22 4624/23 4638/10
**specificity [2]** 4636/12 4636/13
**spectrum [1]**   4534/10
**spell [1]**   4532/18
**spelled [1]**   4532/21
**spend [9]**   4534/11 4534/11 4541/20 4543/1 4555/20 4555/22 4569/13 4578/9 4585/25
**spending [1]**   4553/14
**spent [2]**   4543/17 4586/1
**spoken [2]**   4563/8 4644/5
**SQR [15]**   4566/13 4566/22 4567/8 4568/7 4568/20 4569/1 4569/16 4569/19 4569/25 4571/12 4571/25 4572/10 4577/11 4577/22 4578/2
**SQRs [2]**   4536/16 4537/23
**staff's [1]**   4649/12
**stage [1]**   4532/3
**stand [5]**   4531/16

4532/12 4568/12 4578/24 4599/4
**standing [1]**   4531/17
**standpoint [1]** 4633/4
**starkly [1]**   4600/9
**start [5]**   4551/16 4551/17 4551/23 4598/8 4599/25
**started [4]**   4539/15 4604/19 4637/5 4638/21
**starting [2]**   4552/12 4568/3
**state [2]**   4527/14 4532/18
**stated [1]**   4534/17
**statement [1]** 4550/17
**statements [1]** 4562/7
**states [17]**   4526/1 4526/3 4526/10 4527/2 4530/6 4531/10 4537/11 4541/12 4544/20 4556/2 4598/7 4598/21 4617/16 4635/23 4639/2 4643/7 4644/2
**stating [2]**   4537/2 4605/16
**statistical [1]** 4544/21
**status [2]**   4601/5 4606/15
**stayed [1]**   4533/7
**stem [1]**   4616/18
**stenography [1]** 4528/14
**step [1]**   4642/10
**still [8]**   4533/2 4547/3 4552/14 4552/16 4612/10 4626/18 4633/18 4647/4
**stock [2]**   4640/11 4640/13
**Stone [1]**   4643/20
**stop [2]**   4604/17 4604/22
**stopped [1]**   4605/25
**stopping [1]**   4606/14
**store [5]**   4619/19 4619/19 4619/20 4619/20 4641/6
**straight [1]**   4541/22
**strategy [5]**   4545/14 4592/16 4595/22 4624/20 4640/14
**Street [2]**   4527/4 4527/9
**strokes [2]**   4635/21 4636/3
**stronger [1]**   4601/10

**S**

**structure [2]**  4649/6
4649/9
**structuring [1]**
4649/4
**student [1]**  4597/5
**students [5]**  4596/21
4596/24 4597/3
4597/8 4597/10
**studied [6]**  4609/9
4620/12 4623/18
4624/25 4628/8
4639/8
**study [10]**  4559/14
4567/6 4567/10
4568/5 4634/25
4636/15 4638/18
4639/14 4639/16
4639/16
**stuff [1]**  4591/18
**subject [3]**  4637/11
4639/9 4647/3
**subjects [1]**  4564/20
**submission [1]**
4647/24
**submissions [2]**
4647/9 4647/24
**submit [4]**  4643/10
4643/14 4645/4
4646/3
**substantial [3]**
4606/14 4627/18
4639/1
**substantially [3]**
4584/4 4602/16
4628/6
**substantive [1]**
4647/17
**successful [2]**
4600/20 4638/3
**such [6]**  4545/25
4575/19 4592/18
4593/7 4594/11
4600/9
**sufficient [2]**
4566/6 4605/2
**suggesting [2]**
4549/24 4577/16
**suggests [2]**  4605/7
4624/19
**Suite [3]**  4527/4
4527/10 4527/18
**sum [1]**  4535/2
**summaries [1]**
4543/25
**summarizes [1]**
4602/3
**summarizing [1]**
4634/18
**summary [2]**  4539/14
4587/25
**super [3]**  4548/5
4564/22 4569/15
**SuperDuck [1]**
4629/12

**support [1]**  4592/20
**suppose [2]**  4551/22
4606/17
**supposed [1]**  4600/19
**sure [31]**  4532/6
4547/23 4567/21
4571/1 4575/22
4576/17 4578/1
4583/18 4595/17
4600/4 4601/22
4604/14 4607/15
4609/11 4609/11
4614/20 4621/7
4627/2 4628/20
4630/24 4634/23
4636/5 4637/8
4638/12 4642/16
4642/22 4645/13
4646/23 4647/1
4647/10 4649/5
**Sutter [7]**  4634/6
4635/3 4635/6
4637/10 4637/10
4637/13 4637/21
**Sutter Health [1]**
4637/10
**SW [1]**  4528/3
**sweep [1]**  4580/15
**sweeping [4]**  4571/21
4571/22 4571/24
4572/1
**switch [2]**  4609/25
4624/11
**switched [1]**  4607/2
**Switching [1]**
4559/12
**SWORN [2]**  4532/12
4599/4
**Syndication [1]**
4561/20
**system [2]**  4637/14
4637/15

**T**

**tail [10]**  4566/23
4567/7 4623/15
4623/20 4624/1
4624/4 4624/7
4641/23 4641/25
4642/3
**tailed [1]**  4616/9
**take [31]**  4555/22
4569/18 4569/24
4570/4 4571/18
4575/14 4581/24
4584/2 4588/18
4598/4 4598/9
4601/14 4601/23
4604/21 4606/10
4606/22 4606/25
4608/8 4612/13
4612/21 4614/17
4616/22 4617/15
4618/13 4620/7
4627/1 4630/13

4635/11 4636/5
4641/19 4642/3
**taken [1]**  4606/3
**talk [15]**  4536/4
4539/2 4578/6 4592/6
4599/22 4613/14
4620/2 4637/9 4641/7
4646/15 4647/18
4648/1 4649/6 4649/7
4649/8
**talked [5]**  4553/18
4563/15 4572/20
4583/23 4647/22
**talking [22]**  4540/8
4541/21 4543/4
4543/6 4543/8 4543/9
4545/15 4554/4
4554/5 4563/11
4575/21 4591/17
4591/20 4595/12
4620/6 4621/1
4629/17 4633/15
4633/18 4641/11
4641/14 4641/19
**talks [4]**  4533/5
4553/7 4569/8 4592/2
**tape [1]**  4589/5
**target [1]**  4638/18
**Tasneem [2]**  4598/22
4599/3
**teach [1]**  4596/7
**teaching [2]**  4596/8
4596/10
**teams [4]**  4594/5
4594/6 4597/5 4597/5
**technical [4]**
4585/15 4593/6
4593/9 4593/11
**technologies [3]**
4582/15 4633/10
4633/16
**technology [4]**
4612/22 4613/11
4633/15 4633/20
**tell [14]**  4535/22
4538/22 4539/22
4541/17 4546/24
4558/18 4568/23
4568/25 4569/6
4586/7 4594/2
4608/20 4619/11
4648/8
**telling [1]**  4605/18
**tells [1]**  4539/1
**ten [4]**  4598/10
4633/22 4635/14
4635/15
**ten years [3]**
4633/22 4635/14
4635/15
**term [1]**  4626/21
**terms [13]**  4557/21
4604/1 4632/12
4632/13 4633/4
4639/2 4647/15

4648/2 4648/6
4648/14 4648/17
4649/4 4649/9
**test [4]**  4610/3
4610/4 4610/5 4610/9
**testified [25]**
4532/13 4532/23
4563/18 4570/17
4575/23 4585/3
4599/5 4607/1
4608/12 4609/12
4611/6 4618/24
4619/9 4619/18
4619/24 4623/25
4625/18 4626/19
4630/13 4630/20
4632/3 4632/14
4632/16 4638/8
4641/4
**testify [6]**  4585/8
4599/23 4610/21
4619/12 4623/19
4640/19
**testifying [2]**
4564/20 4632/1
**testimonies [1]**
4535/6
**testimony [97]**
4530/14 4530/16
4530/22 4530/23
4533/10 4533/11
4535/7 4536/4
4536/22 4537/5
4537/6 4538/14
4541/2 4544/15
4546/3 4550/7
4552/23 4553/5
4553/19 4554/1
4554/18 4555/3
4556/13 4557/11
4560/8 4561/3
4561/16 4562/3
4562/22 4563/2
4563/21 4563/24
4564/5 4564/8
4564/15 4564/19
4567/13 4568/10
4568/12 4570/5
4570/23 4571/17
4572/14 4573/1
4574/11 4578/22
4578/24 4579/23
4582/7 4583/5 4583/8
4583/16 4585/5
4586/13 4586/17
4586/23 4587/9
4588/4 4589/23
4590/8 4591/8
4592/20 4594/10
4595/12 4598/3
4598/9 4598/11
4599/10 4599/12
4599/16 4605/21
4607/4 4612/12
4612/25 4613/15

**T**

**testimony... [22]**
4615/21 4615/25
4617/7 4619/5
4619/11 4619/15
4620/5 4621/12
4622/19 4623/17
4624/12 4624/13
4625/2 4625/8 4627/6
4629/17 4632/8
4632/12 4635/23
4641/5 4642/10
4643/11
**tests [1]**   4608/9
**text [11]**   4540/11
4545/24 4550/2
4560/21 4580/1
4580/10 4580/15
4583/1 4616/21
4617/1 4620/10
**than [11]**   4549/8
4561/9 4585/21
4594/1 4594/6 4609/4
4625/17 4627/22
4635/15 4640/19
4648/9
**thank [52]**   4530/2
4531/20 4531/24
4532/9 4534/22
4536/3 4538/13
4540/15 4544/14
4544/24 4548/15
4548/16 4549/10
4552/18 4553/17
4555/23 4555/25
4557/1 4558/2
4558/19 4560/5
4567/23 4568/14
4574/18 4576/6
4577/8 4585/1
4585/13 4593/5
4596/2 4597/21
4597/23 4598/2
4598/13 4598/19
4599/1 4609/5 4617/7
4620/1 4636/20
4642/6 4642/9
4642/24 4643/18
4645/17 4645/19
4645/23 4648/19
4649/11 4649/14
4650/2 4650/7
**thank you [29]**
4532/9 4538/13
4540/15 4544/14
4548/15 4549/10
4552/18 4553/17
4557/1 4560/5
4568/14 4574/18
4577/8 4585/1
4585/13 4593/5
4596/2 4597/21
4597/23 4609/5
4617/7 4620/1
4636/20 4642/9

4643/18 4645/17
4645/23 4648/19
4649/11
**thank you very much
[5]**   4534/22 4536/3
4555/23 4598/2
4599/1
**thanks [2]**   4598/12
4649/15
**that [704]**
**that's [75]**   4541/15
4543/8 4544/12
4554/4 4556/19
4557/23 4557/24
4559/10 4563/15
4565/5 4565/8
4568/25 4571/2
4572/6 4572/11
4574/8 4574/10
4576/3 4576/15
4577/6 4579/6
4579/22 4582/6
4582/17 4582/21
4588/17 4588/21
4592/8 4592/9 4597/1
4600/23 4605/4
4610/12 4611/17
4612/25 4613/25
4615/9 4617/7
4618/24 4619/3
4619/14 4619/17
4620/2 4620/12
4621/20 4622/9
4622/11 4624/17
4624/22 4626/2
4626/13 4626/21
4629/1 4629/7 4630/7
4630/20 4631/11
4631/19 4631/23
4633/1 4633/8
4637/22 4638/16
4638/17 4639/8
4640/10 4640/12
4640/23 4641/8
4641/16 4641/18
4642/7 4642/22
4645/11 4649/16
**their [38]**   4534/14
4534/14 4541/20
4543/15 4543/16
4544/10 4547/17
4548/6 4551/3
4552/10 4552/12
4552/12 4555/20
4575/17 4577/24
4578/4 4578/9
4578/14 4578/20
4585/25 4593/20
4597/6 4607/1
4607/13 4607/17
4607/19 4608/25
4612/6 4613/2 4614/6
4621/2 4625/4
4625/11 4627/13
4629/4 4637/20

4640/14 4643/10
**them [27]**   4534/14
4536/15 4536/18
4548/7 4549/8
4549/23 4553/8
4554/25 4554/25
4555/21 4559/6
4564/22 4564/22
4569/3 4569/3
4571/25 4575/9
4578/6 4586/11
4586/19 4594/17
4619/17 4625/6
4629/24 4643/17
4646/16 4647/22
**themselves [1]**
4650/1
**then [45]**   4530/18
4532/25 4543/15
4544/1 4545/2
4545/17 4545/17
4548/7 4548/25
4549/6 4551/17
4551/23 4551/24
4552/10 4553/9
4554/14 4555/7
4562/10 4562/15
4582/1 4584/13
4586/6 4587/24
4594/7 4594/8
4598/10 4601/2
4601/3 4601/9
4602/13 4605/25
4605/25 4606/1
4609/15 4609/16
4609/21 4616/23
4622/8 4633/11
4638/25 4643/1
4643/23 4644/9
4648/21 4648/22
**theory [1]**   4617/3
**there [72]**   4531/2
4532/24 4533/3
4538/1 4538/7
4539/19 4540/3
4552/5 4552/7
4562/14 4567/5
4569/4 4569/11
4574/2 4574/6 4575/9
4575/14 4576/14
4576/15 4576/22
4579/24 4584/8
4592/23 4592/25
4593/3 4593/18
4593/22 4593/25
4594/8 4595/15
4595/17 4595/19
4596/15 4600/24
4604/4 4604/10
4604/24 4608/25
4611/12 4612/5
4612/12 4615/16
4615/24 4617/3
4617/4 4617/9 4620/9
4624/5 4625/19

4620/1 4626/17
4630/14 4630/17
4630/18 4631/3
4631/4 4634/12
4635/6 4637/12
4637/22 4637/25
4638/1 4639/1 4639/4
4639/15 4640/16
4645/24 4646/21
4646/23 4646/23
4647/5 4647/22
**there's [24]**   4552/8
4559/8 4568/4
4572/10 4573/20
4574/3 4574/14
4586/8 4586/9
4594/16 4603/12
4604/1 4604/3 4606/7
4612/5 4613/19
4614/15 4625/8
4630/4 4632/21
4638/3 4647/3 4647/4
4647/18
**thereafter [1]**
4613/10
**therefore [3]**   4589/1
4589/14 4614/5
**these [34]**   4531/5
4539/15 4539/21
4539/23 4541/16
4543/7 4549/1
4549/24 4551/19
4553/9 4570/21
4575/18 4593/22
4597/5 4602/1
4604/23 4607/18
4608/4 4608/5 4608/6
4609/22 4612/23
4614/14 4615/21
4625/3 4633/5
4635/19 4636/6
4641/25 4643/3
4643/19 4646/11
4646/22 4647/19
**they [102]**   4537/20
4539/2 4541/15
4543/3 4543/15
4543/19 4543/19
4543/22 4544/11
4546/16 4546/17
4547/7 4547/20
4548/13 4549/4
4549/7 4549/9
4552/10 4552/11
4552/12 4552/25
4555/17 4568/16
4568/17 4568/19
4573/8 4574/24
4575/1 4575/2 4575/4
4575/8 4575/12
4575/17 4578/6
4578/9 4578/10
4584/10 4584/19
4586/15 4586/20
4586/21 4586/21

**T**

**they... [60]**  4593/13
 4593/21 4593/23
 4594/15 4595/1
 4596/18 4596/18
 4597/4 4603/12
 4604/9 4604/19
 4605/8 4606/4
 4607/12 4607/19
 4607/21 4607/22
 4607/23 4608/2
 4608/3 4608/3 4608/4
 4608/6 4608/6
 4608/15 4608/16
 4608/18 4608/20
 4608/22 4609/14
 4609/14 4609/15
 4609/18 4609/21
 4609/22 4613/2
 4615/12 4616/8
 4616/9 4619/21
 4619/21 4625/4
 4626/9 4626/9
 4626/13 4629/2
 4629/2 4629/4 4629/6
 4630/19 4631/5
 4631/9 4631/17
 4634/11 4636/8
 4637/12 4637/20
 4637/21 4642/3
 4647/12
**they could [1]**
 4606/4
**they have [1]**
 4593/21
**they'd [1]**  4619/22
**they'll [2]**  4594/13
 4594/14
**they're [11]**  4549/5
 4555/15 4569/17
 4571/24 4597/10
 4608/23 4622/6
 4622/7 4627/14
 4647/11 4647/15
**they've [3]**  4548/4
 4599/13 4644/5
**thing [8]**  4546/15
 4548/13 4548/20
 4600/17 4604/3
 4607/18 4639/3
 4648/5
**things [21]**  4543/18
 4551/5 4551/19
 4560/3 4569/11
 4569/13 4570/20
 4581/17 4587/1
 4587/12 4587/13
 4591/23 4596/18
 4596/19 4607/25
 4609/22 4614/16
 4633/6 4637/9
 4646/24 4649/4
**think [115]**  4531/1
 4531/4 4537/12
 4540/4 4551/14

 4553/3 4553/11
 4554/13 4560/9
 4562/10 4565/5
 4565/8 4569/5
 4569/14 4570/14
 4570/25 4571/4
 4573/14 4573/24
 4574/8 4574/9 4575/9
 4575/12 4576/3
 4579/7 4584/8
 4586/20 4587/10
 4590/16 4592/2
 4593/3 4593/11
 4593/16 4593/17
 4593/21 4593/23
 4594/3 4594/12
 4594/15 4597/9
 4597/10 4600/6
 4600/8 4600/23
 4601/1 4601/10
 4601/16 4602/3
 4602/6 4604/3 4604/7
 4604/9 4604/15
 4606/7 4606/23
 4607/9 4608/16
 4608/20 4611/14
 4612/20 4613/9
 4614/1 4618/13
 4619/25 4620/3
 4620/25 4622/1
 4622/16 4622/16
 4622/19 4624/22
 4625/4 4625/8
 4625/14 4625/18
 4626/12 4626/14
 4626/14 4627/14
 4627/25 4629/19
 4630/2 4630/3 4631/6
 4631/6 4631/12
 4631/19 4631/24
 4632/3 4632/5
 4632/10 4632/10
 4633/24 4635/15
 4636/14 4638/8
 4638/9 4638/21
 4638/24 4639/19
 4640/7 4640/16
 4641/3 4641/8
 4641/11 4642/17
 4645/12 4646/5
 4646/10 4646/18
 4648/2 4648/6 4649/2
 4649/3 4649/25
**thinking [1]**  4593/18
**third [11]**  4544/11
 4552/5 4572/11
 4593/21 4594/9
 4594/25 4595/2
 4596/9 4615/11
 4645/7 4647/5
**third-party [5]**
 4544/11 4593/21
 4594/9 4594/25
 4595/2
**this [189]**

**those [45]**  4538/18
 4547/13 4549/24
 4551/5 4552/15
 4552/17 4559/5
 4559/9 4560/3 4560/6
 4561/22 4563/13
 4564/20 4564/21
 4565/1 4565/2
 4569/11 4569/16
 4571/23 4573/16
 4576/20 4586/25
 4587/18 4594/7
 4595/17 4596/13
 4602/24 4603/18
 4608/2 4612/18
 4612/20 4615/18
 4618/13 4618/18
 4623/1 4623/15
 4624/5 4626/6 4633/2
 4633/12 4644/7
 4644/10 4644/11
 4645/5 4645/6
**though [3]**  4531/2
 4612/11 4629/8
**thought [5]**  4551/17
 4578/25 4579/2
 4589/3 4591/18
**thousands [2]**
 4591/10 4592/15
**three [6]**  4561/19
 4574/5 4588/2
 4603/23 4646/7
 4650/4
**three weeks [2]**
 4646/7 4650/4
**three years [1]**
 4574/5
**through [25]**  4533/24
 4535/15 4547/16
 4553/21 4554/19
 4556/13 4557/22
 4558/23 4559/3
 4559/6 4569/10
 4575/16 4601/21
 4602/5 4602/22
 4603/20 4607/13
 4611/16 4611/20
 4617/2 4628/10
 4628/24 4631/13
 4647/6 4649/6
**throughout [2]**
 4540/12 4647/19
**thumb [2]**  4643/8
 4648/12
**thus [3]**  4580/9
 4583/14 4583/20
**tiered [3]**  4637/11
 4638/2 4638/4
**tight [3]**  4646/6
 4646/20 4646/25
**tightening [1]**
 4578/8
**time [38]**  4534/9
 4537/17 4539/22
 4542/1 4543/17

 4544/22 4545/25
 4547/24 4548/11
 4548/11 4553/14
 4555/24 4578/8
 4579/15 4585/22
 4585/23 4586/12
 4586/16 4586/25
 4598/2 4611/6
 4611/11 4616/7
 4619/17 4622/6
 4632/3 4634/1
 4634/25 4642/9
 4644/13 4645/18
 4646/10 4646/11
 4649/3 4649/4 4649/4
 4649/5 4649/9
**times [2]**  4576/14
 4635/13
**timetable [3]**
 4646/14 4646/20
 4647/1
**timetables [1]**
 4646/6
**timing [1]**  4648/6
**titled [1]**  4651/4
**today [21]**  4533/11
 4534/2 4549/12
 4556/13 4556/22
 4561/9 4578/18
 4599/16 4612/20
 4612/25 4613/7
 4613/12 4632/23
 4640/2 4640/5
 4640/11 4640/14
 4640/14 4643/14
 4644/6 4644/11
**together [3]**  4546/10
 4573/13 4584/15
**told [6]**  4556/14
 4560/10 4564/25
 4566/15 4581/9
 4582/12
**tomorrow [1]**  4613/1
**too [6]**  4575/7
 4585/22 4591/18
 4613/12 4640/10
 4640/13
**took [1]**  4602/24
**tool [4]**  4536/17
 4545/11 4581/17
 4611/8
**tools [14]**  4544/12
 4546/16 4546/17
 4580/20 4586/10
 4594/1 4594/2 4594/9
 4594/11 4594/16
 4594/25 4595/1
 4595/2 4633/12
**top [9]**  4537/1
 4541/6 4546/3
 4550/11 4554/2
 4561/19 4600/12
 4629/21 4640/11
**topic [1]**  4546/12
**topics [4]**  4533/5

**T**

topics... **[3]**
4559/12 4649/7
4649/9
total **[2]**   4535/2
4607/22
touch **[1]**   4623/18
toward **[1]**   4625/19
transcript **[6]**
4526/9 4528/14
4530/18 4554/3
4567/15 4651/3
transcription **[1]**
4528/15
transpired **[1]**
4531/6
travel **[1]**   4636/4
traveled **[1]**   4635/22
travels **[1]**   4598/3
treatment **[2]**   4626/7
4626/16
trial **[10]**   4553/20
4564/5 4596/6
4596/12 4622/15
4622/19 4625/2
4632/20 4643/11
4644/21
tried **[1]**   4596/19
trigger **[6]**   4569/9
4622/12 4622/14
4623/5 4623/10
4623/14
trouble **[1]**   4620/4
true **[12]**   4541/14
4545/16 4546/6
4547/3 4547/4
4547/16 4547/20
4547/23 4548/25
4551/13 4554/8
4615/10
try **[3]**   4571/7
4620/16 4650/5
trying **[9]**   4589/4
4593/19 4610/13
4614/4 4619/16
4634/24 4636/7
4638/18 4641/15
Tuesday **[1]**   4645/4
turn **[9]**   4531/7
4545/4 4559/12
4566/11 4577/10
4579/11 4582/20
4588/20 4624/20
Turning **[1]**   4627/5
Tweety **[7]**   4535/10
4536/19 4540/18
4545/1 4549/14
4550/19 4552/19
twice **[1]**   4649/21
two **[12]**   4551/15
4553/24 4554/5
4554/16 4600/11
4604/13 4616/18
4638/12 4639/17
4643/19 4644/3

type **[7]**   4569/9
4604/21 4625/5
4635/2 4637/21
4640/19 4641/17
types **[5]**   4545/20
4580/17 4633/12
4636/8 4641/1
typically **[1]**   4622/5
typing **[3]**   4593/18
4622/7 4622/8

**U**

U.S **[1]**   4527/9
ultimate **[1]**   4639/20
ultimately **[3]**
4608/25 4609/3
4647/11
unanimity **[1]**
4646/22
unaware **[1]**   4597/1
uncertainty **[1]**
4633/19
under **[12]**   4530/14
4531/19 4553/2
4561/19 4598/24
4605/11 4607/8
4617/3 4640/5
4644/10 4646/6
4647/21
under-seal **[1]**
4530/14
understand **[18]**
4536/17 4543/13
4560/23 4560/24
4564/11 4582/3
4585/20 4586/11
4593/12 4594/13
4601/1 4602/14
4607/20 4607/21
4622/5 4642/2 4646/5
4646/20
understanding **[5]**
4531/5 4537/14
4562/1 4628/7
4637/19
understood **[2]**
4605/21 4612/24
undertaken **[2]**
4576/19 4592/17
undertook **[1]**
4605/24
undoing **[1]**   4606/3
unduly **[1]**   4553/1
unhappy **[1]**   4578/7
unique **[1]**   4578/9
Unit **[1]**   4527/16
UNITED **[12]**   4526/1
4526/3 4526/10
4527/2 4530/6
4531/10 4598/7
4598/21 4635/23
4639/2 4643/7 4644/2
United States **[6]**
4530/6 4531/10

4598/7 4598/21
4635/23 4644/2
unlawful **[1]**   4631/5
unless **[2]**   4617/9
4648/23
unlike **[1]**   4646/10
unlikely **[2]**   4582/25
4624/8
unmodeled **[1]**   4608/5
unnecessary **[1]**
4566/8
up **[32]**   4548/12
4550/5 4554/14
4557/19 4558/4
4561/13 4566/13
4571/8 4575/20
4579/13 4582/22
4584/21 4587/24
4589/5 4589/7 4591/3
4592/1 4593/17
4594/18 4598/4
4598/5 4605/8
4606/13 4618/7
4619/20 4629/10
4630/19 4631/4
4631/9 4640/18
4641/5 4642/15
upon **[4]**   4535/1
4567/12 4623/18
4646/4
upwards **[1]**   4570/21
us **[12]**   4538/22
4543/7 4556/14
4572/23 4594/2
4601/19 4604/13
4637/18 4643/14
4644/6 4644/24
4645/6
usdoj.gov **[4]**   4527/6
4527/12 4527/12
4527/13
use **[28]**   4544/11
4545/20 4545/21
4545/25 4546/4
4546/5 4546/16
4547/17 4549/5
4551/14 4557/15
4559/20 4560/3
4584/3 4584/10
4584/25 4590/18
4592/21 4594/9
4594/17 4594/25
4595/1 4611/15
4613/2 4618/18
4622/5 4626/20
4629/3
used **[8]**   4536/18
4544/5 4547/3
4561/15 4571/11
4584/19 4618/13
4639/17
useful **[4]**   4547/16
4572/19 4574/10
4648/1
user **[20]**   4557/9

4574/20 4574/23
4575/4 4575/15
4580/9 4581/18
4583/2 4607/3
4614/24 4615/3
4615/9 4615/9 4616/5
4616/7 4619/20
4625/6 4627/7
4641/12 4641/12
user-focused **[1]**
4615/3
user-side **[1]**   4627/7
users **[23]**   4543/15
4565/13 4575/1
4577/14 4577/19
4577/23 4578/4
4578/14 4578/19
4579/8 4603/7 4607/1
4607/7 4614/5
4615/12 4621/2
4621/21 4622/5
4627/14 4627/15
4628/23 4629/4
4639/17
using **[11]**   4541/15
4548/25 4551/9
4552/15 4561/15
4584/7 4584/9
4584/17 4585/9
4586/16 4603/8
utility **[1]**   4562/20

**V**

vague **[1]**   4596/12
vaguely **[2]**   4560/8
4567/1
validity **[1]**   4610/6
Vallez **[1]**   4555/3
valuable **[1]**   4611/4
value **[2]**   4586/17
4590/1
variants **[1]**   4549/2
variations **[2]**
4547/7 4547/11
various **[6]**   4561/16
4564/9 4579/15
4586/3 4634/2 4635/1
venture **[1]**   4611/5
versa **[1]**   4615/15
version **[1]**   4647/12
versus **[7]**   4530/7
4530/7 4602/5
4620/17 4621/10
4632/13 4639/5
very **[40]**   4534/22
4536/3 4540/6
4546/16 4549/4
4555/23 4563/25
4570/17 4593/14
4593/14 4594/1
4594/3 4596/12
4596/12 4598/2
4599/1 4608/23
4610/16 4612/12
4618/9 4627/23

**V**

very... [19]  4633/2
 4633/2 4633/24
 4633/25 4634/9
 4634/9 4641/17
 4641/24 4642/9
 4642/24 4644/3
 4646/6 4646/6 4646/6
 4646/9 4646/19
 4646/25 4649/14
 4650/2
via [3]  4565/13
 4581/10 4613/21
vibrant [4]  4611/3
 4612/5 4625/12
 4627/3
vice [1]  4615/15
view [21]  4548/21
 4549/3 4553/13
 4560/10 4560/13
 4560/14 4560/18
 4569/25 4585/16
 4587/22 4590/17
 4600/14 4600/24
 4602/6 4602/8
 4602/14 4602/21
 4603/14 4612/10
 4614/1 4616/23
viewed [1]  4585/6
views [7]  4539/8
 4552/24 4553/20
 4560/17 4563/14
 4571/13 4629/18
VIII [8]  4549/13
 4558/7 4558/11
 4558/15 4558/16
 4560/11 4560/15
 4560/19
VIII.A [12]  4533/24
 4535/14 4536/5
 4536/6 4536/9
 4536/23 4553/21
 4554/19 4557/22
 4558/23 4559/3
 4566/13
VIII.B [3]  4545/5
 4545/10 4582/21
VIII.C [5]  4540/21
 4540/22 4541/3
 4541/10 4579/12
VIII.D [4]  4549/17
 4550/9 4553/2
 4588/21
virtually [1]  4585/8
visibility [1]
 4568/19
volume [7]  4566/23
 4567/7 4568/7
 4568/15 4568/19
 4577/22 4578/2
vs [1]  4526/5

**W**

wait [1]  4650/7
want [51]  4543/19

4543/22 4544/11
 4545/4 4547/5 4547/6
 4547/14 4548/13
 4548/19 4549/4
 4549/7 4556/12
 4557/25 4559/12
 4561/18 4561/25
 4561/25 4562/13
 4563/5 4566/11
 4571/1 4573/8
 4579/11 4585/19
 4585/25 4586/1
 4586/10 4586/10
 4586/11 4586/19
 4599/25 4605/11
 4606/17 4610/20
 4614/10 4618/7
 4618/15 4619/10
 4626/20 4640/4
 4640/10 4640/13
 4642/18 4642/20
 4646/1 4648/6
 4648/21 4648/23
 4649/1 4649/7 4649/8
wanted [1]  4596/4
warranted [2]
 4537/22 4538/11
was [83]  4533/19
 4533/22 4533/23
 4533/24 4536/11
 4539/4 4539/5
 4539/23 4540/1
 4540/5 4543/2
 4543/11 4554/2
 4554/9 4558/10
 4561/2 4561/17
 4563/20 4564/5
 4564/8 4564/12
 4571/11 4574/14
 4574/20 4574/23
 4579/2 4579/24
 4580/24 4581/6
 4585/4 4585/21
 4586/20 4587/9
 4589/4 4589/11
 4590/19 4591/17
 4591/18 4592/10
 4595/7 4595/9
 4595/10 4596/6
 4596/7 4601/11
 4602/6 4603/6 4603/9
 4605/13 4605/15
 4605/22 4606/3
 4607/13 4609/8
 4609/20 4609/20
 4611/14 4614/14
 4615/24 4617/4
 4619/20 4619/23
 4622/19 4626/22
 4630/15 4630/17
 4631/13 4632/3
 4635/10 4635/11
 4635/19 4637/23
 4637/25 4639/14
 4639/15 4639/20

4640/10 4641/4
 4641/19 4642/4
 4643/20 4643/21
 4647/22
was essentially [1]
 4609/20
Washington [4]
 4526/5 4527/10
 4528/3 4528/13
wasn't [2]  4584/12
 4638/19
watch [1]  4599/9
water [1]  4623/2
way [14]  4553/9
 4562/18 4593/10
 4601/6 4606/18
 4615/1 4626/17
 4630/18 4631/4
 4631/11 4640/12
 4641/9 4647/8 4648/2
ways [3]  4603/14
 4625/23 4626/17
wc.com [1]  4528/4
we [135]
We discussed [1]
 4595/8
we do [1]  4608/4
we understand [1]
 4607/20
we will [5]  4645/3
 4645/3 4646/3
 4646/15 4648/22
we'd [1]  4549/12
we'll [12]  4530/18
 4532/7 4535/22
 4536/4 4598/10
 4598/11 4617/13
 4642/22 4644/6
 4647/9 4649/5 4650/5
we're [19]  4530/5
 4541/21 4543/4
 4543/6 4543/8 4543/8
 4570/15 4610/12
 4610/13 4612/7
 4612/22 4618/10
 4633/15 4633/18
 4638/12 4638/18
 4646/9 4646/13
 4646/25
we've [16]  4540/11
 4553/18 4563/8
 4563/15 4571/4
 4608/9 4612/11
 4613/18 4616/11
 4629/12 4630/2
 4634/15 4636/14
 4644/5 4644/22
 4647/22
website [1]  4543/17
websites [1]  4543/15
week [2]  4643/11
 4646/4
weekend [2]  4645/3
 4650/5
weeks [5]  4639/17

4640/7 4650/4 4650/4
 4650/6
weighs [1]  4531/1
Weinberg [12]
 4615/25 4616/2
 4619/9 4619/12
 4619/23 4623/19
 4640/19 4640/21
 4640/22 4641/1
 4641/4 4641/24
Weinberg's [1]
 4619/5
welcome [3]  4531/22
 4598/25 4599/8
welfare [8]  4607/2
 4607/22 4608/22
 4608/23 4609/7
 4609/19 4609/23
 4639/21
well [38]  4562/10
 4563/25 4569/8
 4570/15 4580/16
 4584/13 4591/20
 4593/10 4596/1
 4600/6 4602/20
 4604/1 4604/9 4605/3
 4606/21 4607/9
 4610/5 4610/17
 4613/24 4616/17
 4616/21 4618/25
 4621/23 4622/16
 4624/3 4625/18
 4626/14 4626/22
 4628/9 4631/22
 4636/14 4639/1
 4639/8 4641/3
 4641/18 4643/2
 4644/7 4645/8
well-defined [1]
 4616/21
went [2]  4532/22
 4616/6
were [43]  4531/3
 4533/23 4535/5
 4539/16 4539/18
 4539/23 4557/21
 4562/4 4563/18
 4564/12 4565/1
 4584/6 4584/17
 4585/2 4589/3 4591/1
 4591/7 4594/2
 4595/17 4595/19
 4601/25 4603/18
 4626/15 4632/22
 4634/11 4634/12
 4635/6 4635/24
 4636/4 4636/7 4636/7
 4636/8 4637/2
 4637/11 4637/25
 4638/6 4639/13
 4639/16 4639/25
 4641/14 4641/23
 4643/19 4643/20
weren't [2]  4610/16
 4637/21

**W**

**what [125]**   4533/19
4536/9 4537/2 4538/3
4538/22 4539/11
4539/20 4539/21
4541/17 4543/8
4543/13 4543/22
4543/22 4544/12
4545/9 4545/16
4546/20 4546/21
4546/24 4546/24
4547/2 4547/9 4547/9
4548/1 4548/4 4549/4
4549/6 4549/8
4549/20 4551/10
4552/2 4552/24
4558/18 4559/10
4560/23 4561/2
4561/7 4562/13
4562/24 4563/5
4564/7 4566/4 4566/8
4568/24 4570/19
4570/25 4571/1
4571/22 4572/4
4573/21 4574/1
4574/10 4574/12
4574/15 4576/12
4581/6 4583/3
4583/13 4583/19
4585/17 4585/18
4585/21 4586/7
4592/23 4593/9
4594/2 4596/13
4600/5 4601/2 4601/8
4601/9 4604/5
4605/18 4606/3
4607/14 4608/10
4608/14 4608/16
4608/17 4609/7
4609/18 4610/4
4611/22 4612/18
4616/4 4618/24
4619/3 4619/8
4619/14 4622/14
4623/19 4626/14
4629/2 4629/15
4630/8 4630/12
4630/20 4631/7
4632/24 4633/3
4633/25 4634/15
4634/22 4636/4
4636/7 4636/10
4636/15 4638/10
4638/17 4639/4
4639/5 4640/4 4640/5
4641/18 4642/5
4645/12 4646/21
4647/2 4647/14
4647/15 4647/21
4648/2 4648/5 4648/9
4649/8

**what's [8]**   4531/6
4542/1 4555/20
4561/13 4586/11
4603/16 4603/25

4607/6
**whatever [2]**   4543/18
4648/14
**whatever's [1]**
4644/25
**whatsoever [1]**
4636/13
**when [39]**   4532/22
4539/4 4540/4
4543/24 4545/21
4546/18 4546/21
4547/3 4550/5 4551/4
4551/20 4563/18
4564/19 4564/25
4568/19 4570/11
4576/7 4576/14
4577/21 4578/2
4578/5 4579/23
4585/2 4586/16
4591/7 4593/16
4604/7 4609/12
4609/14 4616/6
4622/6 4631/16
4633/12 4633/19
4638/4 4641/4 4641/4
4641/13 4642/1
**whenever [1]**   4545/13
**where [49]**   4555/22
4562/3 4564/15
4569/5 4571/20
4574/9 4574/20
4574/23 4575/15
4576/2 4577/14
4577/23 4578/4
4578/14 4578/19
4579/24 4586/13
4590/16 4591/22
4597/3 4604/10
4604/23 4604/24
4605/1 4605/8
4605/23 4606/11
4608/22 4618/7
4623/10 4623/11
4625/12 4628/16
4630/19 4631/4
4631/9 4631/20
4631/24 4633/8
4634/3 4635/7 4638/2
4638/7 4638/14
4639/14 4640/8
4641/14 4641/25
4646/10
**whether [24]**   4539/23
4539/23 4540/1
4540/11 4543/3
4560/10 4560/15
4560/19 4565/19
4566/5 4570/5 4576/1
4578/13 4608/10
4608/14 4611/12
4611/15 4620/9
4620/20 4621/8
4621/24 4623/13
4624/25 4640/1
**which [51]**   4530/23

4538/21 4538/25
4539/12 4544/25
4545/4 4546/3
4546/15 4548/24
4549/3 4549/13
4550/12 4551/16
4551/17 4552/5
4552/23 4554/2
4555/8 4556/13
4569/6 4570/10
4570/22 4572/15
4572/24 4575/10
4576/12 4578/6
4583/3 4586/9 4588/5
4588/9 4594/1 4594/6
4600/22 4603/14
4603/19 4603/20
4604/4 4604/4
4609/19 4612/24
4617/11 4625/23
4635/11 4637/11
4640/11 4641/9
4645/13 4646/19
4648/11 4649/6
**which is [1]**   4646/19
**while [1]**   4573/1
**Whinston [1]**   4636/9
**who [9]**   4533/23
4543/2 4543/16
4607/1 4612/13
4614/4 4625/6
4635/18 4635/24
**whole [4]**   4586/8
4594/16 4613/25
4624/3
**why [22]**   4531/7
4537/8 4538/1 4538/2
4540/16 4544/2
4548/18 4549/11
4574/8 4594/17
4598/8 4600/8 4600/9
4602/14 4603/12
4615/6 4620/3 4628/7
4629/7 4638/21
4640/10 4640/13
**will [31]**   4530/16
4530/17 4540/18
4554/13 4555/5
4555/17 4555/21
4562/11 4562/17
4573/25 4577/14
4577/17 4585/16
4614/8 4615/14
4618/15 4623/17
4625/13 4629/11
4644/10 4645/3
4645/3 4646/3
4646/15 4646/15
4646/18 4647/3
4647/12 4648/8
4648/12 4648/22
**William [3]**   4528/10
4651/2 4651/8
**WILLIAMS [1]**   4528/2
**WILSON [1]**   4528/6

**window [2]**   4585/22
4637/18
**Windows [1]**   4627/15
**wireless [1]**   4635/18
**within [1]**   4647/24
**without [1]**   4649/23
**witness [11]**   4529/2
4531/13 4531/19
4532/11 4559/1
4560/24 4570/18
4598/23 4599/3
4623/24 4632/2
**witnesses [2]**   4529/4
4642/13
**won't [3]**   4605/8
4630/18 4631/4
**word [2]**   4585/19
4626/20
**words [5]**   4544/20
4561/7 4618/13
4618/18 4622/7
**work [12]**   4534/4
4536/16 4559/20
4606/18 4615/6
4631/7 4631/12
4632/10 4632/13
4647/6 4647/23
4650/3
**worked [4]**   4534/9
4632/17 4632/18
4633/9
**working [6]**   4534/8
4594/5 4594/6
4633/12 4646/25
4649/16
**works [1]**   4648/17
**world [32]**   4594/16
4600/13 4600/13
4600/18 4600/19
4600/22 4600/23
4601/15 4601/15
4602/6 4602/15
4602/16 4602/17
4610/8 4612/7
4629/18 4629/18
4629/20 4629/21
4629/21 4629/22
4630/5 4630/5 4630/9
4630/10 4632/22
4632/24 4633/3
4633/6 4633/7
4634/18 4636/11
**worlds [3]**   4633/2
4634/4 4637/2
**would [128]**
**wouldn't [2]**   4550/13
4602/15
**write [1]**   4594/12
**writing [1]**   4597/9
**written [1]**   4559/9
**wrong [2]**   4619/17
4619/19
**wsgr.com [1]**   4528/9

**Y**

**yeah [24]**   4537/10

**Y**

**yeah... [23]**   4546/13
 4567/4 4570/2
 4572/12 4572/13
 4575/3 4575/12
 4582/9 4584/13
 4587/12 4587/21
 4588/11 4589/6
 4594/21 4596/20
 4597/7 4597/19
 4612/17 4632/7
 4634/20 4636/5
 4640/7 4640/23
**year [4]**   4539/5
 4591/10 4592/15
 4607/3
**years [10]**   4534/9
 4574/5 4584/4 4584/5
 4585/20 4605/5
 4632/2 4633/22
 4635/14 4635/15
**Yep [1]**   4550/25
**yes [98]**   4533/9
 4533/12 4533/18
 4534/3 4534/7 4535/9
 4535/17 4536/8
 4536/10 4536/15
 4536/24 4537/4
 4538/5 4538/16
 4539/10 4540/14
 4540/24 4541/5
 4544/9 4544/17
 4545/8 4545/22
 4547/1 4549/19
 4549/21 4550/4
 4550/10 4552/7
 4554/20 4555/15
 4556/24 4556/25
 4558/10 4558/13
 4558/20 4559/7
 4559/15 4560/1
 4560/25 4561/4
 4561/11 4564/6
 4564/6 4566/18
 4568/11 4568/13
 4568/17 4568/22
 4573/11 4573/19
 4574/25 4576/5
 4577/6 4578/23
 4579/1 4579/18
 4581/11 4581/16
 4583/6 4585/23
 4586/10 4590/3
 4590/21 4591/5
 4595/6 4595/14
 4595/19 4595/25
 4598/6 4599/11
 4605/20 4611/1
 4612/18 4612/20
 4615/23 4620/15
 4621/14 4622/4
 4622/13 4623/7
 4624/9 4624/17
 4625/8 4625/21
 4627/3 4627/10

 4627/20 4628/12
 4631/19 4631/23
 4632/18 4634/5
 4635/15 4635/21
 4636/22 4637/4
 4639/18 4641/18
**yesterday [6]**   4554/9
 4585/2 4585/21
 4585/22 4591/8
 4594/4
**yet [3]**   4604/11
 4636/9 4645/2
**York [1]**   4528/8
**you [541]**
**you know [21]**   4543/3
 4543/15 4543/17
 4593/15 4594/14
 4595/24 4600/21
 4602/1 4602/21
 4604/22 4605/22
 4611/3 4623/1 4623/4
 4625/10 4630/13
 4637/22 4641/11
 4647/12 4648/13
 4649/19
**you'd [1]**   4606/13
**you'll [3]**   4552/22
 4634/21 4648/11
**you're [55]**   4535/22
 4551/11 4552/2
 4556/14 4557/4
 4558/15 4559/8
 4559/19 4560/23
 4561/7 4564/1 4564/4
 4565/14 4566/19
 4566/25 4569/6
 4569/24 4570/1
 4572/9 4572/14
 4572/18 4579/19
 4580/5 4580/11
 4580/14 4581/3
 4581/6 4581/15
 4582/7 4582/13
 4582/16 4583/5
 4583/16 4586/7
 4588/4 4588/8
 4588/13 4589/22
 4590/2 4590/4 4590/4
 4590/13 4593/18
 4594/22 4595/12
 4595/13 4596/25
 4612/18 4620/2
 4632/23 4633/12
 4633/19 4635/20
 4636/2 4636/12
**you've [26]**   4556/14
 4556/22 4559/6
 4561/9 4563/21
 4575/23 4608/24
 4611/10 4620/8
 4620/16 4620/20
 4621/8 4621/15
 4623/22 4624/18
 4625/2 4630/20
 4632/14 4632/14

 4633/22 4634/2
 4634/6 4635/13
 4647/5 4648/23
 4650/3
**your [114]**   4530/5
 4531/9 4531/18
 4531/25 4532/4
 4532/9 4532/18
 4532/22 4532/24
 4533/11 4533/14
 4534/2 4534/4
 4534/22 4534/24
 4536/4 4539/8 4545/4
 4546/24 4548/16
 4550/2 4551/16
 4551/18 4553/20
 4553/23 4554/9
 4554/10 4554/19
 4555/10 4555/11
 4556/3 4556/13
 4556/21 4556/21
 4557/13 4562/1
 4562/3 4562/6
 4562/13 4562/23
 4563/14 4564/25
 4565/18 4566/12
 4566/15 4567/6
 4567/14 4567/20
 4568/3 4570/14
 4570/16 4573/10
 4574/13 4575/25
 4576/7 4578/11
 4579/1 4579/2
 4584/15 4587/2
 4587/6 4588/21
 4592/20 4593/1
 4595/8 4596/24
 4597/25 4598/2
 4598/6 4599/15
 4599/18 4599/19
 4600/11 4600/17
 4601/20 4603/25
 4607/6 4608/14
 4612/10 4617/7
 4617/9 4617/17
 4620/23 4621/15
 4621/16 4629/13
 4629/18 4632/8
 4634/13 4636/4
 4636/19 4636/22
 4640/4 4642/9
 4642/10 4642/12
 4642/19 4642/24
 4643/6 4644/1
 4644/18 4645/16
 4645/18 4646/5
 4647/24 4648/10
 4648/16 4649/6
 4649/11 4649/12
 4649/17 4649/22
 4649/23 4650/5
**Your Honor [36]**
 4530/5 4531/9
 4531/25 4532/9
 4533/14 4534/22

 4548/16 4553/23
 4554/10 4556/3
 4557/13 4562/6
 4562/23 4567/14
 4567/20 4570/14
 4570/16 4597/25
 4598/6 4599/18
 4599/19 4617/9
 4617/17 4620/23
 4629/13 4634/13
 4636/19 4636/22
 4642/12 4642/19
 4643/6 4644/1
 4644/18 4645/16
 4646/5 4649/11
**yourselves [1]**
 4648/2

**Z**

**Zaremba [4]**   4528/10
 4645/17 4651/2
 4651/8
**zealousness [1]**
 4649/23
**zero [2]**   4609/20
 4639/22