IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-3010-APM<br><br>HON AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Civil Rule 83.6(b), undersigned counsel hereby withdraws his appearance in the above-captioned action on behalf of Intervenor The New York Times Company. Al-Amyn Sumar, who has entered an appearance, will continue to represent The New York Times Company in this action.

Dated: August 8, 2025

Respectfully submitted,

*/s/ Timothy Tai*
Timothy Tai (#NY0606)
The New York Times Company
Legal Department
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-1244
Fax: (212) 556-4634
timothy.tai@nytimes.com

*Counsel for The New York Times Company*