# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Adam T. Severt respectfully notifies the Court of his withdrawal as counsel for Plaintiff United States of America in *United States v. Google, LLC*, Case No. 1:20-cv-03010. David E. Dahlquist will continue to represent the United States as counsel of record.

Dated: August 12, 2025

Respectfully submitted,

*/s/ Adam T. Severt*
Adam T. Severt

U.S. DEPARTMENT OF JUSTICE
Antitrust Division
Technology & Digital Platforms Section
450 5th Street, NW
Washington, DC 20530
Telephone: 202-307-6158
Email: adam.severt@usdoj.gov

*Counsel for Plaintiff United States of America*