# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, <br><br>                        Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br>                        Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| State of Colorado, *et al.*, <br><br>                        Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br>                        Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

      PLEASE TAKE NOTICE THAT Natalie Peelish hereby withdraws as counsel for defendant Google LLC in the above-captioned matters. Williams & Connolly LLP will continue as counsel for Google.

Dated August 18, 2025                    Respectfully submitted,

                                             WILLIAMS & CONNOLLY LLP

                                             By: */s/ Natalie Peelish*
                                             Natalie Peelish (D.C. Bar No. 1724870)
                                             680 Maine Avenue, SW
                                             Washington, DC 20024
                                             Tel: 202-434-5000
                                             npeelish@wc.com

                                             *Counsel for Defendant Google LLC*