IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>　　　　　　　　　　Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Catharine S. Wright respectfully notifies the Court of her withdrawal as counsel for Plaintiff United States of America in *United States v. Google, LLC*, Case No. 1:20-cv-03010.

Dated: August 21, 2025

Respectfully submitted,

*/s/ Catharine S. Wright*
Catharine S. Wright (D.C. Bar #1019454)

U.S. Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 710-2445
Email: Catharine.Wright@usdoj.gov

*Counsel for Plaintiff*
*United States of America*