IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

## NOTICE OF WITHDRAWAL OF APPEARANCE

George C. Nierlich III respectfully notifies the Court of his withdrawal as counsel for Plaintiff United States of America in *United States v. Google, LLC*, Case No. 1:20-cv-03010.

Dated: August 29, 2025

Respectfully submitted,

*/s/ George C. Nierlich III*
George C. Nierlich III
(D.C. Bar #1004528)

U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: (202) 598-8256
Email: george.nierlich@usdoj.gov

*Counsel for Plaintiff*
*United States of America*