# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT REVISED PROPOSED FINAL JUDGMENT

Upon consideration of the Joint Motion for Extension of Time to Submit Revised Proposed Final Judgment, it is hereby ORDERED:

1. The Motion is GRANTED; and

2. The parties shall file on September 17, 2025 either an agreed-upon revised final judgment or separate revised proposed final judgments and accompanying briefs in which each side sets forth its position on the proposals.

Dated: September ____, 2025

_____
Hon. Amit P. Mehta
United States District Court Judge