IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**MOTION FOR A TEMPORARY STAY OF FURTHER
PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS**

The United States of America hereby moves for a temporary stay of further proceedings in the above-captioned cases.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a temporary stay of the hearing currently calendared for October 8, 2025, and any further proceedings in these cases until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.

5. If this Court denies our motion, counsel for the Government will continue to proceed on the current schedule as ordered by the Court.

6. The other parties to these cases have authorized counsel for the Government to state that they take no position on this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of further proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions. Of course, we stand ready to appear or answer any questions the Court may have as needed.

Dated: October 1, 2025

        Respectfully submitted,

        FOR PLAINTIFF UNITED STATES OF AMERICA

        <u>/s/ Travis R. Chapman</u>
        David E. Dahlquist
        Travis R. Chapman (D.C. Bar #90031151)
        Grant M. Fergusson (D.C. Bar #90004882)
        R. Cameron Gower
        Karl E. Herrmann (D.C. Bar #1022464)
        Ryan T. Karr

        U.S. Department of Justice
        Antitrust Division
        Technology & Digital Platforms Section
        450 Fifth Street NW, Suite 7100
        Washington, DC 20530
        Telephone: (202) 307-6158
        David.Dahlquist@usdoj.gov
        Travis.Chapman@usdoj.gov

        *Counsel for Plaintiff*
        *United States of America*