IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

## [PROPOSED] TEMPORARY STAY OF FURTHER PROCEEDINGS IN LIGHT OF LAPSE OF APPROPRIATIONS

WHEREAS, at the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed;

AND WHEREAS, absent an appropriation, Department of Justice attorneys and employees are generally prohibited from working, even on a voluntary basis, "except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342;

AND WHEREAS, no parties in the above-captioned matters objected to a stay;

IT IS HEREBY ORDERED that the above-captioned litigation is stayed until Department of Justice appropriations are restored by Congress and Department of Justice

attorneys are permitted to resume their usual civil litigation functions, and the hearing set for October 8, 2025 shall be rescheduled once the Court receives such notice.

Date: _____

_____
Judge Amit Mehta
United States District Judge