**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 1:20-cv-03715-APM <br><br> HON. AMIT P. MEHTA |

**PROPOSED ORDER GRANTING MOTION OF NONPARTY OPENAI
<u>FOR LEAVE TO FILE A BRIEF OF AMICUS CURIAE</u>**

Upon consideration of the motion of OpenAI OpCo, LLC ("OpenAI") for leave to file a brief of amicus curiae, any opposition thereto, and the record herein, it is hereby ORDERED that OpenAI's motion be, and it hereby is, GRANTED.

IT IS SO ORDERED.

Date: _____  _____
Honorable Amit P. Mehta
United States District Judge