# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br>                    Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>                    Defendant. | Case No. 1:20-cv-03010-APM <br> HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*, <br><br>                    Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br>                    Defendant. | Case No. 1:20-cv-03715-APM <br> HON. AMIT P. MEHTA |

## [PROPOSED] ORDER GRANTING MOTION
## FOR LEAVE TO FILE AMICUS BRIEF

This matter comes before the Court on the Motion of Mozilla Corporation for Leave to File an *Amicus* Brief in Support of Neither Party (the "Motion"). Having considered the Motion, and for good cause shown, the Motion is hereby **GRANTED**.

Dated: _____

_____
Hon. Amit P. Mehta
United States District Judge