IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                      Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                      Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

**ORDER GRANTING PLAINTIFF STATES' UNOPPOSED MOTION TO HOLD IN ABEYANCE DEADLINES TO MOVE FOR
ATTORNEY'S FEES AND COSTS**

Upon consideration of Plaintiff States'[1] Unopposed Motion to Hold in Abeyance Deadlines to Move for Attorney's Fees and Costs, IT IS HEREBY ORDERED:

    1.    The Motion is GRANTED;

---

[1] The Plaintiff States are Colorado, Nebraska, Arizona, Iowa, New York, North Carolina, Tennessee, Utah, Alaska, Connecticut, Delaware, District of Columbia, Guam, Hawai'i, Idaho, Illinois, Kansas, Maine, Maryland, Massachusetts, Minnesota, Nevada, New Hampshire, New Jersey, New Mexico, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Dakota, Vermont, Virginia, Washington, West Virginia, and Wyoming (the "Colorado Plaintiff States"), and Texas, Indiana, Arkansas, California, Florida, Georgia, Kentucky, Louisiana, Michigan, Mississippi, Missouri, Montana, South Carolina, and Wisconsin (the "U.S. Plaintiff States").

1

2

2.     The Court holds in abeyance all deadlines relating to Plaintiff States' anticipated motions for attorney's fees and costs (the "Fees Motions");

3.     If an appeal is taken from the final judgment in this action, then the parties shall meet-and-confer within 14 days following issuance of the United States Court of Appeals for the District of Columbia Circuit's mandate and propose a briefing schedule for the Fees Motions; and

4.     If no appeal is taken from the final judgment in this action, then the parties shall meet-and-confer within 14 days after the deadline for filing a notice of appeal has passed and propose a briefing schedule for the Fees Motions.

Dated: December 10, 2025

                                                                           Hon. Amit P. Mehta
                                                                           United States District Court Judge