IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>                              Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

      The Colorado Plaintiff States respectfully request that the Court order that the deadline for filing a notice of appeal in *United States v. Google*, 20-cv-03010 and *Colorado v. Google*, 20-cv-03973 be February 3, 2026, 60 days from the entry of the Court's Final Judgment. *See* Fed. R. App. Pro. 26(a)(1).

      1.     Rule 4 of the Federal Rules of Appellate Procedure dictates that "except as provided in Rules 4(a)(1)(B), 4(a)(4), and 4(c), the notice of appeal … must be filed with the district clerk within 30 days after entry of the judgment or order appealed from." Fed. R. App. Pro. 4(a)(1)(A). Pursuant to Rule 26(a)(1), this would result in a filing deadline of January 5, 2026. However, Rule

1

4 also specifies that "[t]he notice of appeal may be filed by any party within 60 days after entry of the judgment if one of the parties is: (i) the United States." Fed. R. App. Pro. 4(a)(1)(B). This would result in a filing deadline of February 3, 2026. *See* Fed. R. App. Pro. 26(a)(1). Finally, Rule 4(a)(5)(A) provides that the Court may extend the time to file a notice of appeal if "(i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause." Fed. R. App. Pro. 4(a)(5)(A).

2.  Because the United States is a party to *United States v. Google*, Rule 4(a)(1)A) establishes the time to file notice of appeal in that case as 60 days after the entry of final judgment, February 3, 2026. In the event that either party seeks an appeal of the Final Judgment, the questions at issue in that appeal are likely to be substantially the same, if not identical, in *Colorado v. Google* and in *United States v. Google*, Case no. 20-cv-03010-APM. Therefore, the Colorado Plaintiff States believe that judicial efficiency strongly favors the use of a single appellate timeline in both proceedings. The Colorado Plaintiff States further believe that this constitutes good cause for the Court to order, pursuant to Rule 4(a)(5)(A), that the deadline to file notices of appeal in *Colorado v. Google* be 60 days from the entry of Final Judgment.[1]

Accordingly, the Colorado Plaintiff States respectfully request that the Court extend their time to file notices of appeal from the Final Judgment to February 3, 2026.

December 18, 2025                                            Respectfully submitted,

---

[1] The D.C. Circuit has historically applied the 60-day time to file notice of appeal to all consolidated cases if the U.S. is a party to any one of those cases, *see Cablevision Sys. Dev. Co. v. Motion Picture Ass'n of Am., Inc.*, 808 F.2d 133, 135 (D.C. Cir. 1987), but recent Supreme Court holdings suggest that consolidated cases may not be subject to the same appellate timelines in every instance. *See Hall v. Hall*, 584 U.S. 59, 66 (2018) (addressing whether a party could file for immediate appeal in a case when other consolidated cases remained pending). For avoidance of doubt, the Colorado Plaintiff States believe an order under Rule 4(a)(5)(A) is warranted.

2

PHILIP WEISER
Attorney General of Colorado

*/s/ Jonathan B. Sallet*
Jonathan B. Sallet, DC Bar No. 336198
Steven M. Kaufmann
Elizabeth W. Hereford
Conor J. May
Colorado Office of the Attorney General
1300 Broadway, 7th Floor
Denver, CO 80203
Telephone: (720) 508-6000
E-Mail: Jon.Sallet@coag.gov
Steve.Kaufmann@coag.gov
Elizabeth.Hereford@coag.gov
Conor.May@coag.gov

William F. Cavanaugh, Jr.
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Telephone: (212) 336-2793
E-Mail: wfcavanaugh@pbwt.com

*Counsel for Plaintiff State of Colorado*

| | |
|---|---|
| MIKE HILGERS<br>Attorney General of Nebraska<br><br>Justin C. McCully, Assistant Attorney General<br>Nebraska Department of Justice<br>Office of the Attorney General<br>2115 State Capitol<br>Lincoln, NE 68509<br>Telephone: (402) 471-9305<br>E-Mail: Justin.mccully@nebraska.gov<br><br>William F. Cavanaugh, Jr.<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 336-2793<br>E-Mail: wfcavanaugh@pbwt.com | KRISTIN K. MAYES<br>Attorney General of Arizona<br><br>Robert A. Bernheim, Unit Chief Counsel<br>Jayme Weber, Senior Litigation Counsel<br>Arizona Office of the Attorney General<br>400 West Congress, Ste. S-215<br>Tucson, Arizona 85701<br>Telephone: (520) 628-6507<br>E-Mail: Robert.Bernheim@azag.gov<br>Jayme.Weber@azag.gov<br><br>*Counsel for Plaintiff State of Arizona* |

*Counsel for Plaintiff State of Nebraska*

| | |
|---|---|
| BRENNA BIRD<br>Attorney General of Iowa<br><br>Noah Goerlitz, Assistant Attorney General<br>Office of the Attorney General of Iowa<br>1305 E. Walnut St., 2nd Floor<br>Des Moines, IA 50319<br>Telephone: (515) 725-1018<br>E-Mail: Noah.goerlitz@ag.iowa.gov<br><br>*Counsel for Plaintiff State of Iowa* | LETITIA JAMES<br>Attorney General of New York<br><br>Elinor R. Hoffmann<br>Morgan J. Feder<br>Michael D. Schwartz<br>Office of the New York State Attorney General<br>28 Liberty Street<br>New York, NY 10005<br>Telephone: (212) 416-8513<br>E-Mail: Elinor.hoffmann@ag.ny.gov<br>Morgan.feder@ag.ny.gov<br>Michael.schwartz@ag.ny.gov<br><br>*Counsel for Plaintiff State of New York* |
| JEFF JACKSON<br>Attorney General of North Carolina<br><br>Kunal Janak Choksi<br>Joshua Daniel Abram<br>North Carolina Department of Justice<br>114 W. Edenton St.<br>Raleigh, NC 27603<br>Telephone: (919) 716-6000<br>E-Mail: kchoksi@ncdoj.gov<br>jabram@ncdoj.gov<br><br>*Counsel for Plaintiff State of North Carolina* | JONATHAN SKRMETTI<br>Attorney General of Tennessee<br><br>J. David McDowell<br>Austin Ostiguy<br>Tyler Corcoran<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202<br>Telephone: (615) 741-8722<br>E-Mail: David.McDowell@ag.tn.gov<br>austin.ostiguy@ag.tn.gov<br>Tyler.Corcoran@ag.tn.gov<br><br>*Counsel for Plaintiff State of Tennessee* |
| DEREK E. BROWN<br>Attorney General of Utah<br><br>Matthew Michaloski, Assistant Attorney General<br>Marie W.L. Martin, Deputy Division Director<br>Utah Office of Attorney General<br>160 E 300 S, 5th Floor<br>P.O. Box 140811<br>Salt Lake City, Utah 84114 | STEPHEN COX<br>Attorney General of Alaska<br><br>Jeff Pickett<br>Senior Assistant Attorney General<br>State of Alaska, Department of Law<br>Office of the Attorney General<br>1031 W. Fourth Avenue, Suite 200<br>Anchorage, Alaska 99501<br>Telephone: (907) 269-5275<br>E-Mail: Jeff.pickett@alaska.gov |

Telephone: (801) 440-9825  
E-Mail: mmichaloski@agutah.gov  
mwmartin@agutah.gov  

*Counsel for Plaintiff State of Utah*

WILLIAM TONG  
Attorney General of Connecticut  

Nicole Demers  
Office of the Attorney General of Connecticut  
165 Capitol Avenue, Suite 5000  
Hartford, CT 06106  
Telephone: (860) 808-5202  
E-Mail: Nicole.demers@ct.gov  

*Counsel for Plaintiff State of Connecticut*

BRIAN SCHWALB  
Attorney General of the District of Columbia  

Elizabeth Gentry Arthur  
Office of the Attorney General for the District of Columbia  
400 6th Street NW  
Washington, DC 20001  
Telephone: (202) 724-6514  
E-Mail: Elizabeth.arthur@dc.gov  

*Counsel for Plaintiff District of Columbia*

ANNE E. LOPEZ  
Attorney General of Hawaiʻi  

Rodney I. Kimura  
Department of the Attorney General, State of Hawaiʻi  
425 Queen Street  
Honolulu, HI 96813  
Telephone (808) 586-1180  
E-Mail: Rodney.i.kimura@hawaii.gov  

*Counsel for Plaintiff State of Hawaiʻi*

*Counsel for Plaintiff State of Alaska*

KATHLEEN JENNINGS  
Attorney General of Delaware  

Michael Andrew Undorf  
Delaware Department of Justice  
Fraud and Consumer Protection Division  
820 N. French St., 5th Floor  
Wilmington, DE 19801  
Telephone: (302) 683-8816  
E-Mail: Michael.undorf@delaware.gov  

*Counsel for Plaintiff State of Delaware*

DOUGLAS MOYLAN  
Attorney General of Guam  

Fred Nishihira  
Office of the Attorney General of Guam  
590 S. Marine Corps Drive, Suite 901  
Tamuning, Guam 96913  
Telephone: (671) 475-3324  
E-Mail: fnishihira@oagguam.org  

*Counsel for Plaintiff Territory Guam*

RAÚL LABRADOR  
Attorney General of Idaho  

John K. Olson  
Office of the Idaho Attorney General  
Consumer Protection Division  
954 W. Jefferson St., 2nd Floor  
P.O. Box 83720  
Boise, ID 83720  
Telephone: (208) 332-3549  
E-Mail: John.olson@ag.idaho.gov  

*Counsel for Plaintiff State of Idaho*

5

KWAME RAOUL
Attorney General of Illinois

Elizabeth Maxeiner
Brian Yost
Jennifer Coronel
Office of the Attorney General of Illinois
115 S. LaSalle St.
Chicago, IL 60603
Telephone: (773) 590-7935
E-Mail: Elizabeth.maxeiner@ilag.gov
Brian.yost@ilag.gov
Jennifer.coronel@ilag.gov

*Counsel for Plaintiff State of Illinois*

AARON M. FREY
Attorney General of Maine

Christina M. Moylan
Office of the Attorney General of Maine
6 State House Station
August, ME 04333
Telephone: (207) 626-8800
E-Mail: Christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

ANDREA CAMPBELL
Attorney General of Massachusetts

Jennifer E. Greaney
Office of the Attorney General of Massachusetts
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 963-2981
E-Mail: Jennifer, greaney@mass.gov

*Counsel for Plaintiff Commonwealth of Massachusetts*

AARON D. FORD
Attorney General of Nevada

KRIS W. KOBACH
Attorney General of Kansas

Christopher Teters
Kansas Office of the Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, KS 66612
Telephone: (785) 296-3751
E-Mail: chris.teters@ag.ks.gov

*Counsel for Plaintiff State of Kansas*

ANTHONY G. BROWN
Attorney General of Maryland

Schonette J. Walker
Melissa English
Office of the Attorney General of Maryland
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
Telephone: (410) 576-6480
E-Mail: swalker@oag.state.md.us
menglish@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

KEITH ELLISON
Attorney General of Minnesota

Zach Biesanz
Senior Enforcement Counsel
Office of the Minnesota Attorney General
Antitrust Division
445 Minnesota Street, Suite 600
St. Paul, MN 55101
Telephone: (651) 757-1257
E-Mail: Zach.biesanz@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*

JOHN FORMELLA
Attorney General of New Hampshire

6

Michelle C. Badorine
Lucas J. Tucker
Nevada Office of the Attorney General
100 N. Carson Street
Carson City, NV 89701
Telephone: (775) 684-1164
E-Mail: mbadorine@ag.nv.gov
ltucker@ag.nv.gov

*Counsel for Plaintiff State of Nevada*

MATTHEW PLATKIN
Attorney General of New Jersey

Yale A. Leber
Abiola G. Miles
Deputy Attorneys General
New Jersey Attorney General's Office
25 Market Street, P.O. Box 106
Trenton, NJ 08625
Telephone: (609) 376-2383
E-Mail: Yale.Leber@law.njoag.gov
Abiola.Miles@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*

DREW WRIGLEY
Attorney General of North Dakota

Elin S. Alm
Assistant Attorney General
Consumer Protection and Antitrust Division
Office of the Attorney General of North Dakota
1720 Burlington Drive, Suite C
Bismarck, ND 58504
Telephone: (701) 328-5570
E-Mail: ealm@nd.gov

*Counsel for Plaintiff State of North Dakota*

GENTNER DRUMMOND
Attorney General of Oklahoma

Cameron R. Capps

Brandon Garod
Office of Attorney General of New Hampshire
1 Granite Place South
Concord, NH 03301
Telephone: (603) 271-1217
E-Mail: Brandon.h.garod@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

RAÚL TORREZ
Attorney General of New Mexico

Judith E. Paquin Cholla Khoury
Assistant Attorney General
New Mexico Office of the Attorney General
408 Galisteo St.
Santa Fe, NM 87504
Telephone: (505) 490-4885
E-Mail: jpaquin@nmag.gov
ckhoury@nmag.gov

*Counsel for Plaintiff State of New Mexico*

DAVID YOST
Attorney General of Ohio

Beth Ann Finnerty, Section Chief, Antitrust
Sarah Mader, Assistant Attorney General, Antitrust
Office of the Attorney General of Ohio
30 E Broad Street, 26th Floor
Columbus, OH 43215
Telephone: (614) 466-4328
E-Mail: Beth.Finnerty@ohioago.gov
Sarah.Mader@ohioago.gov

*Counsel for Plaintiff State of Ohio*

DAN RAYFIELD
Attorney General of Oregon

Office of the Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Telephone: (405) 522-0858
E-Mail: Cameron.capps@oag.ok.gov

*Counsel for Plaintiff State of Oklahoma*

DAVID W. SUNDAY, JR.
Attorney General of Pennsylvania

Tracy W. Wertz
Joseph S. Betsko
Pennsylvania Office of Attorney General
Strawberry Square
Harrisburg, PA 17120
Telephone: (717) 787-4530
E-Mail: jbetsko@attorneygeneral.gov
twertz@attorneygeneral.gov

*Counsel for Plaintiff Commonwealth of Pennsylvania*

PETER NERONHA
Attorney General of Rhode Island

Stephen Provazza
Rhode Island Office of the Attorney General
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400
E-Mail: SProvazza@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

CHARITY R. CLARK

Cheryl Hiemstra, Special Assistant Attorney General
Gina Ko, Assistant Attorney General
Oregon Department of Justice
1162 Court St. NE
Salem, OR 97301
Telephone: (503) 934-4400
E-Mail: Cheryl.Hiemstra@doj.oregon.gov
Gina.Ko@doj.oregon.gov

*Counsel for Plaintiff State of Oregon*

LOURDES L. GÓMEZ TORRES
Secretary of Justice

TANIA L. FERNÁNDEZ-MEDERO
Assistant Secretary of Justice

SAMUEL WISCOVITCH-CORALI
Deputy Undersecretary

Pablo Tufiño-Soto
Senior Attorney
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1205
E-Mail: ptufino@justicia.pr.gov

*Counsel for Plaintiff Territory Puerto Rico*

MARTIN J. JACKLEY
Attorney General of South Dakota

Yvette K. Lafrentz
Office of the Attorney General of South Dakota
1302 E. Hwy 14, Suite 1
Pierre, SD 57501
Telephone: (605) 773-3215
E-Mail: Yvette.lafrentz@state.sd.us

*Counsel for Plaintiff State of South Dakota*

JASON S. MIYARES

| | |
|---|---|
| Attorney General of Vermont | Attorney General of Virginia |
| | |
| Christopher J. Curtis, Assistant Attorney General<br>Office of the Attorney General of Vermont<br>109 State St.<br>Montpelier, VT 05609<br>Telephone: (802) 828-3170<br>E-Mail: christopher.curtis@vermont.gov | Tyler T. Henry<br>Office of the Attorney General of Virginia<br>202 N. 9th Street<br>Richmond, VA 23219<br>Telephone: (804) 692-0485<br>E-Mail: thenry@oag.state.va.us |
| *Counsel for Plaintiff State of Vermont* | *Counsel for Plaintiff State of Virginia* |
| NICHOLAS W. BROWN<br>Attorney General of Washington | JOHN B. McCUSKEY<br>Attorney General of West Virginia |
| Amy N.L. Hanson<br>Senior Managing Assistant Attorney General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Telephone: (206) 464-5419<br>E-Mail: Amy.hanson@atg.wa.gov | Douglas Lee Davis<br>Office of the Attorney General, State of West Virginia<br>1900 Kanawha Boulevard East<br>Building 6, Suite 401<br>P.O. Box 1789<br>Charleston, WV 25305<br>Telephone: (304) 558-8986<br>E-Mail: Douglas.l.davis@wvago.gov |
| *Counsel for Plaintiff State of Washington* | *Counsel for Plaintiff State of West Virginia* |
| KEITH KAUTZ<br>Attorney General of Wyoming | |
| William T. Young<br>Wyoming Attorney General's Office<br>2320 Capitol Avenue<br>Kendrick Building<br>Cheyenne, WY 82002<br>Telephone: (307) 777-7847<br>E-Mail: William.young@wyo.gov | |
| *Counsel for Plaintiff State of Wyoming* | |
| By:  /s/ Lee Istrail<br>James Uthmeier, Attorney General<br>R. Scott Palmer, Special Counsel, Complex Enforcement Chief, Antitrust Division | Lee Istrail, Assistant Attorney General<br>Office of the Attorney General, State of Florida<br>PL-01 The Capitol |

Tallahassee, Florida 32399
Lee.Istrail@myfloridalegal.com
Scott.Palmer@myfloridalegal.com

*Counsel for Plaintiff State of Florida*

By:   /s/ Diamante Smith
Ken Paxton, Attorney General
Brent Webster, First Assistant Attorney General
Ralph Molina, Deputy First Assistant Attorney General
Austin Kinghorn, Deputy Attorney General for Civil Litigation
Thomas York, Division Chief, Antitrust Division
Diamante Smith, Assistant Attorney General, Antitrust Division
Office of the Attorney General, State of Texas
P.O. Box 12548
Austin, Texas 78711-2548
(512) 936-1162
Diamante.Smith@oag.texas.gov

*Counsel for Plaintiff State of Texas*

By:   /s/ Carolyn D. Jeffries
Rob Bonta, Attorney General
Paula Blizzard, Senior Assistant Attorney General
Michael Jorgenson, Supervising Deputy Attorney General
Brian Wang, Deputy Attorney General
Carolyn D. Jeffries, Deputy Attorney General (DC Bar No. 1600843)
Office of the Attorney General
California Department of Justice
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102
Cari.Jeffries@doj.ca.gov

*Counsel for Plaintiff State of California*

Amanda J. Wentz
Ark. Bar No. 2021066
Assistant Attorney General
Office of the Arkansas Attorney General
101 West Capitol Avenue
Little Rock, Arkansas 72201
Phone: (501) 682-1178
Fax: (501) 682-8118
Amanda.Wentz@ArkansasAG.gov

*Counsel for Plaintiff State of Arkansas*

Christopher Carr, Attorney General
Logan B. Winkles, Deputy Attorney General
Ronald J. Stay, Jr., Senior Assistant Attorney General
Charles Thimmesch, Senior Assistant Attorney General
Office of the Attorney General, State of Georgia
40 Capitol Square, SW
Atlanta, Georgia 30334-1300
cthimmesch@law.georgia.gov

*Counsel for Plaintiff State of Georgia*

Theodore Edward Rokita, Attorney General
Scott L. Barnhart, Chief Counsel and Director, Consumer Protection Division
Jesse Moore, Deputy Attorney General
Christi Foust, Deputy Attorney General
Office of the Attorney General, State of Indiana
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, Indiana 46204
Jesse.Moore@atg.in.gov

*Counsel for Plaintiff State of Indiana*

Russell Coleman, Attorney General
J. Christian Lewis, Commissioner of the Office of Consumer Protection
Philip R. Heleringer, Executive Director of the Office of Consumer Protection

Jonathan E. Farmer, Deputy Executive Director of the Office of Consumer Protection
Office of the Attorney General, Commonwealth of Kentucky
1024 Capital Center Drive, Suite 200
Frankfort, Kentucky 40601
Philip.Heleringer@ky.gov

*Counsel for Plaintiff Commonwealth of Kentucky*

Liz Murrill, Attorney General
Asyl Nachabe, Assistant Attorney General
Office of the Attorney General, State of Louisiana
Public Protection Division
1885 North Third St.
Baton Rouge, Louisiana 70802
nachabea@ag.louisiana.gov

*Counsel for Plaintiff State of Louisiana*

Dana Nessel, Attorney General
Scott Mertens, Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30736
Lansing, Michigan 48909
MertensS@michigan.gov

*Counsel for Plaintiff State of Michigan*

Alison Esbeck
Missouri Bar No. 58501
Assistant Attorney General
Consumer Protection Section
Missouri Attorney General's Office
815 Olive Street | Suite 200
Saint Louis, Missouri 63101
Alison.esbeck@ago.mo.gov
Phone: 314-340-4977
Fax: 314-340-7981

*Counsel for Plaintiff State of Missouri*

Lynn Fitch, Attorney General

Crystal Utley Secoy, Assistant Attorney General
Lee Morris, Special Assistant Attorney General
Office of the Attorney General, State of Mississippi
P.O. Box 220
Jackson, Mississippi 39205
Crystal.Utley@ago.ms.gov
Lee.Morris@ago.ms.gov

*Counsel for Plaintiff State of Mississippi*

Anna Schneider
Special Assistant Attorney General, Senior Counsel
Montana Office of Consumer Protection
P.O. Box 200151
Helena, MT. 59602-0150
Phone: (406) 444-4500
Fax: 406-442-1894
Anna.schneider@mt.gov

*Counsel for Plaintiff State of Montana*

Alan Wilson, Attorney General
W. Jeffrey Young, Chief Deputy Attorney General
C. Havird Jones, Jr., Senior Assistant Deputy Attorney General
Mary Frances Jowers, Assistant Deputy Attorney General
Office of the Attorney General, State of South Carolina
1000 Assembly Street
Rembert C. Dennis Building
P.O. Box 11549
Columbia, South Carolina 29211-1549
mfjowers@scag.gov

*Counsel for Plaintiff State of South Carolina*

Joshua L. Kaul, Attorney General
Caitlin M. Madden, Assistant Attorney General
Wisconsin Department of Justice

17 W. Main St.
Madison, Wisconsin 53701
caitlin.madden@wisdoj.gov

*Counsel for Plaintiff State of Wisconsin*