# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br>HON. AMIT P. MEHTA |

**ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL**

Upon consideration of the motion of parties the Colorado State Plaintiffs, it is hereby **ORDERED** that the Colorado State Plaintiff Motion for Extension of Time to File Notice of Appeal is **GRANTED**. The time to file notices of appeal shall be extended from the Final Judgment to February 3, 2026.

December 18, 2025
_____　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　Hon. Amit P. Mehta
　　　　　　　　　　　　　　　　　　　　　　United States District Judge