# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

**UNOPPOSED MOTION FOR ADDITIONAL TIME
TO SUBMIT TECHNICAL COMMITTEE NOMINEES TO COURT**

Section VII.A.3.b of the Final Judgment (ECF No. 1462) in the above-captioned cases requires that the Plaintiffs apply to the Court for the appointment of the first three proposed designees to the Technical Committee within thirty (30) days of entry of the judgment, which is January 5, 2026. Google requests a 10-day extension of that deadline to January 15, 2026. Plaintiffs do not oppose this request.

The extension is necessary to allow the parties additional time to continue their discussions regarding the terms pertaining to Technical Committee members' service, including expected time commitment and compensation. The parties met and conferred on December 16, December 18,

and December 23 regarding Technical Committee compensation and related terms, but are still evaluating and discussing their respective positions on appropriate terms. Those terms are important to prospective nominees as they consider whether to agree to being proposed. The 10-day extension will allow the parties additional time to attempt to reach agreement on those terms, and discuss them with potential nominees, prior to exchanging proposed designees.

    If the Court grants the extension, the parties intend to exchange proposed designees by January 8th, with an abbreviated period for any objection in advance of Plaintiffs' motion for appointment on January 15th.

Dated: December 29, 2025

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ John E. Schmidtlein
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Mark Sommer (admitted *pro hac vice*)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
msommer@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006

Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted pro hac vice)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*