IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>Google LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>Google LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S MOTION FOR A PARTIAL STAY PENDING APPEAL**

Pursuant to Federal Rule of Civil Procedure 62(d), Defendant Google LLC respectfully moves the Court for a stay of the following provisions of the Final Judgment dated December 5, 2025 (ECF No. 1462) while Google's appeal is pending:

1. The requirement in Section IV.A to "make available … to Qualified Competitors the following data related to Google's Web Search Index";

2. The requirement in Section IV.B to "make available … to Qualified Competitors the following User-side Data";

3. The requirement in Section V.A to "make available to any Qualified Competitor … a syndication license"; and

4. The requirement in Section VI.B "to make available to any Qualified Competitor a Search Text Ads Syndication License."

Google's Motion for a Partial Stay Pending Appeal is supported by the accompanying Memorandum of Points and Authorities, the filings and evidentiary record in this case, and the enclosed declarations of Elizabeth Reid and Jesse Adkins.

Plaintiffs have informed Google that they oppose the motion for a partial stay pending the resolution of an appeal as premature, among other reasons.

Dated: January 16, 2026

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ John E. Schmidtlein
John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024
Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Michael Sommer (admitted *pro hac vice*)
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
msommer@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006

Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*