IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>Google LLC,<br><br>          Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

| | |
|---|---|
| State of Colorado, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>Google LLC,<br><br>          Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING
DEFENDANT GOOGLE LLC'S MOTION FOR A PARTIAL STAY PENDING APPEAL**

Upon consideration of Defendant's Motion for a Partial Stay Pending Appeal dated January 16, 2026, together with the papers submitted in support of and opposition to that motion, it is hereby ORDERED:

1.     Defendant's Motion for a Partial Stay Pending Appeal is GRANTED.

2.     The following provisions of the Final Judgment issued on December 5, 2025 at ECF No. 1462 are hereby STAYED until the U.S. Court of Appeals for the D.C. Circuit has issued its mandate:

    a. The requirement in Section IV.A to "make available … to Qualified Competitors the following data related to Google's Web Search Index";

    b. The requirement in Section IV.B to "make available … to Qualified Competitors the following User-side Data";

    c. The requirement in Section V.A to "make available to any Qualified Competitor … a syndication license"; and

    d. The requirement in Section VI.B "to make available to any Qualified Competitor a Search Text Ads Syndication License."

3. This Order shall have no effect on any other provision of the Final Judgment, including the expiration date specified in Section VIII, with the following exceptions:

    a. With respect to Section IV.A, the parties shall jointly notify the Court when all prerequisites to disclosing the specified data related to Google's Web Search Index have been met, including the certification of a Qualified Competitor that is willing and able to receive the data pursuant to Sections IV.A and IX.V.  The expiration date of Section IV.A shall automatically be extended by the number of days that elapse between the filing of the notice and the termination of this stay.

    b. With respect to Section IV.B, the parties shall jointly notify the Court when all prerequisites to disclosing the specified User-side Data have been met, including the certification of a Qualified Competitor that is willing and able to receive the data pursuant to Sections IV.B and IX.V, the implementation of the technology following the determination of appropriate User-side Data

  privacy and security safeguards pursuant to Section IV.C.1, and the approval of a license pursuant to Section IV.C.3.  The expiration date of Section IV.B shall automatically be extended by the number of days that elapse between the filing of the notice and the termination of this stay.

c. With respect to Section V.A, the parties shall jointly notify the Court when all prerequisites to entering a syndication license have been met, including the certification of a Qualified Competitor that is willing and able to receive the syndicated results pursuant to Sections V.A and IX.V and the approval of a license pursuant to Section V.B.  The expiration date of Section V.A shall automatically be extended by the number of days that elapse between the filing of the notice and the termination of this stay.

d. With respect to Sections VI.B, the parties shall jointly notify the Court when all prerequisites to entering a syndication license have been met, including the certification of a Qualified Competitor that is willing and able to receive the syndicated ads pursuant to Sections VI.A and IX.V and the approval of a license pursuant to Section VI.B.  The expiration date of Section VI.B shall automatically be extended by the number of days that elapse between the filing of the notice and the termination of this stay.

Dated: _____, 2026

_____
Hon. Amit P. Mehta
United States District Court Judge