UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:20-cv-03010<br><br>Hon. Amit P. Mehta |
| STATE OF COLORADO, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant*. | Case No. 1:20-cv-03715<br><br>Hon. Amit P. Mehta |

**NOTICE OF APPEAL**

Google LLC hereby provides notice of its appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's final judgment, entered in these actions on December 5, 2025 (Case No. 1:20-cv-03010, ECF No. 1462), and all orders in these actions merged into that final judgment. By order dated December 18, 2025, the district court extended the deadline for any party to file notices of appeal in *State of Colorado v. Google LLC* until February 3, 2026. Case No. 1:20-cv-03715, ECF No. 1466.

Dated: January 16, 2026

Respectfully submitted,

*/s/ Donald B. Verrilli, Jr.*
Donald B. Verrilli, Jr.
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, DC 20001
(202) 220-1100
donald.verrilli@mto.com

John E. Schmidtlein
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
jschmidtlein@wc.com

*Counsel for Google LLC*