### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

### ORDER APPOINTING TECHNICAL COMMITTEE MEMBERS

WHEREAS, on January 15, 2026, Plaintiffs in the above-captioned cases jointly filed an Unopposed Joint Motion for Appointment of Technical Committee Members pursuant to this Court's Final Judgment;

AND WHEREAS the Court has reviewed the qualifications of the parties' proposed Technical Committee members, and having not been informed of objections or conflicts, it is hereby **ORDERED**:

(1) That Plaintiffs' Unopposed Joint Motion for Appointment of Technical Committee Members, ECF 1469, to appoint Ms. Tammy Savage, Mr. Gerry Campbell, and Prof. John Abowd members of the Technical Committee is **GRANTED**;

(2) That Ms. Savage, Mr. Campbell, and Prof. Abowd shall compose the Technical Committee's Standing Committee Members; and

(3) That Ms. Tammy Savage shall serve as Chair of the Technical Committee.

Dated: January 21, 2026

Amit P. Mehta
United States District Judge