# EXHIBIT A

(██████████████)

## I.      Technical Committee Chair Selected by Plaintiff United States

Plaintiff United States, after consultation with the Co-Plaintiff States, selects Tammy Savage to be Chair of the Technical Committee. Ms. Savage has over 30 years of experience leading strategic business initiatives in the technology sector, including extensive experience in senior technical and management positions at both Microsoft Corporation and multiple technology start-ups. She has expertise across software engineering, general search engine systems, artificial intelligence, and data security.

Ms. Savage is currently the CEO & Co-Founder of Groopit, an artificial intelligence company that uses extractive AI techniques to collect data and generative AI techniques to analyze them. Prior to this, she co-founded Knack, an application development platform company, and served as the technical leader with her co-founder. Earlier, Ms. Savage served in several senior management positions across Microsoft Corporation, where she managed research, engineering, and technical integration teams, as well as projects involving general search engine traffic and monetization of search and internet services. Across her career, she has also worked extensively on data privacy and security issues, including managing compliance with industry data security standards and working with privacy experts in her roles at Microsoft and Groopit. Ms. Savage holds four U.S. patents and one provisional patent, all related to software engineering or artificial intelligence.

A true and correct copy of Ms. Savage's CV is attached as Attachment 1.

## II.     Technical Committee Member Selected by Colorado Plaintiff States

The Colorado Plaintiff States select Gerry Campbell to be a member of the Technical Committee. Gerry Campbell is a technology executive, entrepreneur, and author with a career spanning the formative decades of the commercial internet. During his tenure as Senior Vice President and Group General Manager at AOL from 2001–2006, he helped lead the company's

search and content strategy during a period of massive industry transformation. At AOL, Mr. Campbell was the co-inventor of 20 patented technologies pertaining to search algorithms and experiences, including helping to pioneer the search advertising space. His work at AOL built on earlier leadership roles at AltaVista and later informed his position as President of Search & Content Technologies at Reuters, where he drove global innovation in information retrieval and real time content systems. He also served as Chief Technology Officer and SVP of Beachbody, helping to establish the company's on-demand subscription service.

As a founder and investor, Campbell has served as CEO of multiple companies—including Collecta, a start-up search firm—and co-founded VitalBriefing, a global intelligence platform. He has served as an advisor or angel investor in many other AI-centric companies. Most recently, Campbell serves as a Strategic Advisor for Technology Acceleration at FiscalNote, where he contributes expertise in AI driven product innovation and organizational scaling. He also serves as Strategist & Catalyst at PhaseFour.ai, where he focuses on devising architectures and technical strategies for AI deployment and emphasizes augmentative uses of AI.

A true and correct copy of Mr. Campbell's CV is attached as Attachment 2.

## III.     Technical Committee Member Selected by Google

Google selects Professor John M. Abowd, Ph.D., to be a member of the Technical Committee.  Professor Abowd possesses expertise in the field of data privacy and data security and in the field of economics.

Professor Abowd is the Edmund Ezra Day Professor Emeritus of Economics, Statistics and Data Science at Cornell University.  His research focuses on the publication of information from sensitive datasets in a privacy-protected manner.  Professor Abowd worked with the U.S. Census Bureau from 1998 until his retirement in 2023, serving as its Associate Director for Research and Methodology and Chief Scientist from 2016 to 2022.  Professor Abowd has

received multiple awards for his work at the Census Bureau, including the Association for Computing Machinery's Policy Award in 2024 as well as the 2023 Cybersecurity Award for Practice from the Institute of Electrical and Electronics Engineers. He has published extensively regarding the application of privacy-enhancing techniques, including in the *Harvard Data Science Review* and the *Proceedings of the National Academy of Sciences*. He has also served as the Editor of the Journal of Privacy and Confidentiality, and as the president of the Society for Privacy and Confidentiality Research.

In addition to his work on the disclosure of privacy-protected data, Professor Abowd is a widely cited economist. He has published extensively in a number of leading economics and statistics journals, including the *American Economic Review*, *Econometrica*, and the *Quarterly Journal of Economics*. He has won multiple awards for his work in economics and statistics, including the 2022 Edward Lazear Prize from the Society of Labor Economists and the 2016 Julius Shiskin Award from the American Statistical Association.

Before joining Cornell, Professor Abowd served on the faculty at Princeton University, the University of Chicago, and the Massachusetts Institute of Technology.

A true and correct copy of Professor Abowd's CV is attached as Attachment 3.

# ATTACHMENT 1

# Tammy Savage

## CONTACT

Seattle, Washington
███████(Mobile)
████████████

www.linkedin.com/in/savagetammy

## TOP SKILLS

Strategy

Program Management

Product Design

Artificial Intelligence

Executive Leadership

## PATENTS

System and Method for Shared
Integrated Online Social Interaction

Shared online experience history
capture and provision system and
method.

Mobile Shared Group Interaction

Visual Group Interface for Group
Connectivity

Extractive AI Data Model Schema
(provisional)

## Summary

Tammy Savage is an accomplished executive with 31 years of experience
leading strategic business initiatives at the intersection of technology,
revenue and operations.

## Experience

### Groopit

CEO & Co-founder

January 2018 - Present

Groopit pioneers the use of extractive and generative AI to infuse human
intelligence into the data layer of AI. Recognized by Fast Company in the
World Changing Idea Awards 2020 and delivering unprecedented results
for Fortune 25 companies, it is an innovative application of Artificial
Intelligence for complex problem solving.

### Knack

Vice President & Co-founder

January 2015 - January 2017 (2 years 1 month)

Launched high-growth business as the technical leader, in collaboration
with the CEO & co-founder. Led platform research, design, development,
onboarding and technical operations. Exit through acquisition.

### Microsoft Corporation

General Manager

January 2011 - December 2014 (4 years)

Built Microsoft's first 24/7 media operations team distributed across North
America, Europe, and Asia to drive Bing (search) traffic and monetization
through search advertising. Delivered first organic audience growth
reaching 10m DAU in 8-months with 92% audience loyalty. Managed
operations across 130 independent channel managers, increasing
customer engagement by 450% while slashing operating costs by 63%.

### Microsoft Corporation

General Manager, Microsoft Research

November 2005 - December 2010 (5 years 2 months)

Led complex problem-solving research, identifying missing technical
capabilities to solve complex problems in enterprise and public sector.
Organization encompassed research, experimentation, product
development, business strategy, market opportunity analysis, and forging
flagship partnerships with technology providers, customers, analysts and
press under Microsoft's Chief Strategy Officer.

**Microsoft Corporation**
General Manager
December 2003 - November 2005 (2 years)
Led the strategic initiative to transform 100+ independently built and monetized internet services into three operational suites: Bing, MSN, and Windows Live Services. The initiative spanned engineering, design, sales, marketing, and customer support, managing strategic input, prioritization, and engagement across leaders. The strategy was operationalized by establishing Microsoft's first Human Interface Guidelines, providing a mechanism for accountability while allowing teams to operate independently and work in concert. As a result, the user traffic and monetization constraints were removed, enabling revenue growth to exceed $1B ARR.

Launched Microsoft Customer Design Center in Seattle and Shanghai, transforming a production-oriented group into a strategic, efficient, and customer-centric organization of 200 designers. Led design of first internet services integrated into the Windows operating system in collaboration of Microsoft Online Services President and Bill Gates for strategy approvals.

**Microsoft Corporation**
Product Unit Manager
January 1998 - November 2003 (5 years 11 months)
Conducted extensive anthropological research to define social computing very specifically 4 years before social networking services like Friendster and Facebook existed. Technology and concepts were mainstreamed into Messenger, Windows, and fueled the creation of Xbox live.

**Microsoft Corporation**
Group Manager
January 1996 - December 1998 (3 years)
Conducted extensive anthropological research to define social computing very specifically 4 years before social networking services like Facebook existed. Technology and concepts were mainstreamed into Messenger, Windows, and fueled the creation of Xbox live.

**Microsoft Corporation**
Sales, Marketing and Product Management
January 1993 - January 1996 (3 years 1 month)
Served in a variety of sales, marketing, and product management roles. Top Corporate Contributor, WW Sales Award, Education Market, 1995

## Education

**California State University, Fresno**
Business Management, (1988-1992)

# Recommendations

*Four recommendations from people on LinkedIn.*

"Tammy was critical to the launch of Knack and I count myself fortunate to have been introduced to her by a colleague. She is the rare strategist who can also execute with precision and manage a team to achieve success. Tammy doesn't tolerate imprecision in anything she undertakes, and her focus on the customer is uncompromising. She delivers -- and demands -- excellence. "

— **Laura Jennings**, CEO & FOUNDER, Knack

"Tammy has the uncanny ability to spot a trend, create a vision to harness it, develop a product that aligns to that vision, and then drive that product to success. Many people have one or two of these skills, but Tammy has them all and strings them together like no one else I have ever met. She inspires her teams to believe they can be great and then she achieves greatness with them. She is an inspirational visionary and leader. Tammy always keeps the customer in mind. Her insights always move backwards from pleasing the audience to what the product needs vs having a product and figuring out how to sell it. Her deft understanding of the customer is rare in many product groups focused on the next bump in revenue or manipulating key metrics. But by focusing on the customer first, Tammy is able to exceed her product's KPIs and metrics."

— **Ted Cahall**, VICE PRESIDENT, Microsoft

"I had the good fortune to work on a multi-year project lead by Tammy. I really enjoyed working on her project for several reasons. She was inspiring; she was able to clearly articulate why our work mattered and how we would succeed to both technical and non-technical people. She was data driven; she was always on top of her numbers, letting the data point our direction and dispel any biases and myths. She was tough; everyone had to pull their weight since Tammy was unafraid to give kudos and wake-up calls whenever they were required. She knows how to build a team; we all wanted to work with Tammy and the team she built did great things. I would work on one of her projects again in a heartbeat."

— **Randal Henne**, worked with Tammy at Microsoft.

"Tammy is one of the few people I've worked with who I can truly call a visionary - her ability to combine her personal passion with a sense of emerging opportunities is inspiring to me. Tammy has a powerful grasp on consumer needs and behaviors and can marry that with an understanding of the resources and technology needed to serve them. I don't recommend people on LinkedIn frequently, and I can honestly say that Tammy is a rare and extraordinary person."

— **Duane Bray**, IDEO Corporation

# ATTACHMENT 2

## Contact

www.linkedin.com/in/gcampbell
(LinkedIn)
search.twitter.com/search (Other)

## Top Skills

User Experience

Customer Acquisition

Digital Strategy

## Publications

Author: Demand Horizon – A
Revolutionary Approach To Creating
Great Products

## Patents

Host-based intelligent results related
to a character stream

Domain Expert Search

# Gerry Campbell

The uncertainty of innovation can obscure inevitable patterns. Pay
attention long enough and you can see them.

Los Angeles Metropolitan Area

## Summary

Gerry Campbell has been at the forefront of disruption and
innovation since the early days of the commercial Internet. As CEO
and Co-founder of ampd.fm, he brings a wealth of experience from
his leadership roles at AOL, where he spearheaded the launch
of Google AdWords, and Reuters, where he was instrumental in
pioneering high frequency trading.

Known for his strategic vision and ability to drive growth, Gerry has
a proven track record of transforming business models and creating
significant value in the digital media landscape. His expertise
and leadership continue to shape the future of digital consumer
engagement and technology-driven solutions.

――――

## Experience

PhaseFour.ai
Strategist & Catalyst | Building AI systems that serve people, not
platforms
February 2025 - Present (1 year)
Los Angeles, California, United States

VitalBriefing
Chairman and Co-Founder
March 2011 - Present (14 years 11 months)
Luxembourg, Luxembourg

- VitalBriefing creates subscription information products for financial customers
throughout Europe and the US.

ampd.fm
CEO
January 2022 - February 2025 (3 years 2 months)
Los Angeles, California, United States

ampd.fm exists to give artists and superfans exciting, new, profitable opportunities for connection.

## Frequency Group, Inc
CEO
March 2011 - January 2022 (10 years 11 months)
Los Angeles, CA

Business model design. Technology strategy. Product validation. Customer discovery.

In January 2022 Frequency Group became Kryptonomic.io in a partnership with Seven20.

## Beachbody
CTO, SVP Strategy & Business Operations
October 2014 - February 2018 (3 years 5 months)
Westlake Village, CA

- Co-founded the Beachbody On Demand subscription service, which generated $100M recurring revenue in its first 18 months
- Deployed Frequency Group's Rigor approach to transform the company's core DVD distribution model into a recurring revenue business
- Expanded Beachbody On Demand to 140 countries
- Mobile, TV and Watch apps featured on stage by Apple at WWDC 2016

## Frequency Capital
Principal
March 2008 - December 2017 (9 years 10 months)
Los Angeles, CA

- Private angel investment fund and startup advisory
- Investor in several early-stage technology companies, primarily in the social and mobile space
- Successful exits include Summize and Tweetdeck - both early acquisitions of Twitter
- Adviser to numerous startups on the topics of fundraising, revenue generation, product strategy and organizational design

## Collecta
CEO
March 2009 - February 2011 (2 years)
Santa Monica, CA

- CEO of venture-funded real-time search technology startup

- Led the company through the raise of a $7 million venture round

- Released a true real-time search service that made a large portion of the entire Web instantaneously searchable

### Reuters
#### President & Global Head of Technology
September 2006 - March 2008 (1 year 7 months)
New York, New York

- Accomplished a three-year digital transformation plan in 18 months and left upon Reuters' exit to Thomson

- Global responsibility for the company's centralized technology group, serving business with an aggregate $11B in recurring revenue

- Managed a global team of 750+ technologists who delivered products and content to over a billion people a day.

- Responsible for more than £100 million budget

- Acquired ClearForest, a machine learning-based semantic and text analytics company

- Created world's fastest, largest real-time tick capture engine with partner Vhayu.

- Launched OpenCalais. The Web's first open source semantic tagging service.

### AOL
#### Senior Vice President and Group General Manager
July 2001 - September 2006 (5 years 3 months)
Dulles, VA

- Responsible for AOL's search businesses, growing revenues from $20MM in 2001 to $500MM in 2006

- Led Google's first paid search partnership, launching Google AdWords

- Through those years the team expanded from 6 people in Virginia to over 150 in the US, India and Europe

- Co-inventor of 20 patented technologies pertaining to search algorithms and experience. These technologies are used by billions of people every day, most are now held by Facebook.

### Bounce Networks
#### Co-Founder, VP Marketing
May 2000 - July 2001 (1 year 3 months)
Irvine, CA

- Co-Founder of a digital media entertainment technology startup

- Created a pre-iTunes, subscription-based digital media entertainment platform
- Our hardware/software/subscription service made early use of WiFi, Bluetooth, digital rights management and media subscription technologies

AltaVista
Senior Director, Product Strategy
December 1998 - May 2000 (1 year 6 months)
Irvine, CA

- Worked with a great team of people who helped pioneer the paid search space
- Launched one of the Web's first shopping search engines

Compaq Computer Corporation
Senior Product Manager
September 1997 - December 1998 (1 year 4 months)
Houston, TX

- Responsible for generating recurring revenue on consumer PC sales
- Participated on a small team of people who planned and executed the spin-off of AltaVista
- Worked with Corp Dev to acquire Shopping.com and Zip2

CompuServe
Senior Product Manager
December 1994 - September 1997 (2 years 10 months)
Columbus, OH

Business and product leader responsible for recurring revenue at one of the Internet's first subscription services
- Managed Internet businesses including personal page hosting, business hosting, and other online communities
- Led the team that created the first web-based domain registration service

---

# Education

The Ohio State University Fisher College of Business
MBA, Marketing, Competitive Strategy · (1994 - 1996)

The Ohio State University
BA, Communication & Mass Media · (September 1986 - June 1990)

# ATTACHMENT 3

# John M. Abowd (https://blogs.cornell.edu/abowd/)

Economist and Statistician

**Home (http://blogs.cornell.edu/abowd/)**

**Professional Information (https://blogs.cornell.edu/abowd/bio/)**

**Courses (https://blogs.cornell.edu/abowd/courses/)**

**Recent News (https://blogs.cornell.edu/abowd/recent-news/)**

**Special Materials (https://blogs.cornell.edu/abowd/special-materials/)**

## PROFESSIONAL INFORMATION



2023 ACM Policy Award (June 2024)

# CONTACT INFORMATION

ILR School (http://www.ilr.cornell.edu/)

**Please do not send physical mail or packages to Cornell University. Use my email contact to get a mailing address.**

Ives Hall
Cornell University
Ithaca, New York 14853-3901
Assistant: ████████████████████████
E mail ████████████████████████████████

Webpage: https://blogs.cornell.edu/abowd/ (https://blogs.cornell.edu/abowd/) or https://www.johnabowd.com (https://www.johnabowd.com)

Google Scholar (https://scholar.google.com/citations?user u0pd464AAAAJ&hl en&oi ao) ORCID (https://orcid.org/0000 0002 0998 4531) IDEAS/RePEc (https://ideas.repec.org/e/pab175.html#research) Twitter: @john_abowd LinkedIn (http://www.linkedin.com/in/john-abowd-179a4412)

Short biography in PDF format (https://blogs.cornell.edu/abowd/files/2025/01/Abowd-John-M-short-bio-20250122.pdf)

# CURRENT POSITIONS

Edmund Ezra Day Professor Emeritus of Economics (https://economics.cornell.edu/emeritus), Statistics and Data Science (https://stat.cornell.edu/people/emeritus faculty), July 1, 2021

Research Associate, National Bureau of Economic Research (https://www.nber.org/people/john_abowd?page=1&perPage=50), 1050 Massachusetts Avenue, Cambridge, Massachusetts 02138, September 1983 —

Research Fellow, IZA (Institute for the Study of Labor) (http://www.iza.org/), P.O. Box 7240 D-53072 Bonn, Germany, June 2002 —

Research Fellow, RFBerlin (https://www.rfberlin.com/author/johnabowd/), Rockwool Foundation Institute for the Economy and the Future of Work, Berlin, Germany, July 2025

President and Principal, ACES Research, LLC, john@aces research.com (mailto:john@aces research.com), July 2007

President, Society for Privacy and Confidentiality Research (https://socprivconfresearch.org/), July 2024

# PREVIOUS AND VISITING POSITIONS

Editor, Journal of Privacy and Confidentiality, (https://journalprivacyconfidentiality.org/index.php/jpc) Online journal (2009    2011, 2018    June 2024)

Executive Senior Advisor (https://www.census.gov/newsroom/press releases/2022/new associate director research-methodology.html) [press release (https://www.census.gov/newsroom/press-releases/2022/transition-associate-director-for-research-methodology.html)], U.S. Census Bureau, Career Senior Executive Service, October 17, 2022 — July 1, 2023 (retired, effective July 2, 2023)

Chief Scientist and Associate Director for Research and Methodology (https://www.census.gov/newsroom/archives/2015-pr/cb15-207.html), U.S. Census Bureau (https://www.census.gov/topics/research.html), IPA June 1, 2016    March 27, 2020; Career Senior Executive Service March 29, 2020    October 16, 2022

Edmund Ezra Day (https://blogs.cornell.edu/abowd/edmund ezra day/) Professor, Department of Economics (http://economics.cornell.edu/), Cornell University, July 2011    June 2021

Member of the Graduate Fields of Economics (http://economics.cornell.edu/graduate/graduate.html), Industrial and Labor Relations (http://www.ilr.cornell.edu/directory/faculty.html), Information Science (http://www.infosci.cornell.edu/forward-thinking-people/field-faculty), and Statistics (http://www.stat.cornell.edu/people/index.shtml) (1987 – 2021)

Director, Labor Dynamics Institute (http://www.ilr.cornell.edu/LDI/), Cornell University, October 2011 – June 30, 2020

Advisor, Tumult Labs (https://www.tmlt.io/company), December 2023    March 2025

Founding member and Professor of Information Science (by courtesy), Faculty of Computing and Information Science (https://infosci.cornell.edu/people/faculty), July 2000    April 2021

Professor of Statistics and Data Science (https://stat.cornell.edu/people/faculty), September 2013    June 2021

Distinguished Senior Research Fellow, United States Census Bureau (http://www.census.gov/index.html), September 1998 – May 2016

Associate Chair (http://www.economics.cornell.edu/people), Department of Economics (http://economics.cornell.edu/), Cornell University, August 2015 – May 2016

Visiting Professor, Center for Labor Economics (http://cle.berkeley.edu/visitors.shtml), University of California-Berkeley, August 2014 – July 2015

Research Fellow, IAB (Institut für Arbeitsmarkt und Berufsforschung) (http://www.iab.de/), Dienstgebäude Weddigenstraße 20 22, 90478 Nürnberg, Germany, January 2013    July 2021

Director of Graduate Studies, Economics (http://economics.cornell.edu/graduate/furtherinfo.html), July 2010 June 2014

Professor of Economics and Econometrics, University of Notre Dame, January 2008    May 2008

Director, Cornell Institute for Social and Economic Research (http://www.ciser.cornell.edu/) (CISER), July 1999 December 2007

Associate Director, Cornell Theory Center (became Cornell University Center for Advanced Computing (http://www.cac.cornell.edu/)), September, 2006 – August 2007

Professor of Labor Economics, Cornell University, January 1990 – October 2001

Edmund Ezra Day Professor, School of Industrial and Labor Relations, November 2001 – June 30, 2021

Associate Director, Cornell Institute for Social and Economic Research (CISER), July 1998 – June 1999

Chair, Department of Labor Economics, Cornell University, September 1992 – June 1998

Acting Director, CISER, January 1998  June 1998

Professeur invité, Laboratoire de Microéconomie Appliquée Theorie Et Applications en Microéconomie et macroéconomie (LAMIA TEAM), Université de Paris I (Panthéon Sorbonne), May 1998

Research Affiliate, Centre de Recherche en Economie et Statistique/INSEE (http://www.crest.fr/), 15, bd Gabriel Péri, 92245 Malakoff Cedex France, November 1997    July 2021

Consultant, Centre de Recherche en Economie et Statistique (CREST), Institut National de la Statistique et des Etudes Economiques (INSEE), February 1997

Professeur invité, ERMES (Equipe de Recherche sur les Marchés, l'Emploi et la Simulation) Université Panthéon-Assas (Paris II), October 1995 – July 1996 (part time)

Professor, Samuel Curtis Johnson Graduate School of Management, Cornell University (adjunct appointment), August 1987    July 1995

Chercheur étranger, Institut National de la Statistique et des Etudes Economiques (INSEE), Paris, Department of Research, August 1991    July 1992, January 1993, January 1994

Professeur visitant, HEC (Hautes Etudes Commerciales, Paris) Department of Finance and Economics, September 1991    July 1992 and January 1993, December 1993    January 1994.

Professeur visitant, CREST (Centre de Recherche en Statistique et Economie, Paris), September 1991 – July 1992, July 1993

Associate Professor with tenure, Cornell University, August 1987 – December 1989

Research Associate, Industrial Relations Section, Department of Economics, Princeton University, September 1986 – August 1987

Visiting Associate Professor of Economics, Department of Economics, Massachusetts Institute of Technology, September 1985    August 1986

Associate Professor of Econometrics and Industrial Relations, Graduate School of Business, University of Chicago, September 1982    August 1986. Assistant Professor, September 1979    August 1982. Visiting Assistant Professor, September 1978    August 1979

Senior Study Director/Research Associate, NORC/Economics Research Center, 6030 Ellis Avenue, Chicago, Illinois 60637, September 1978    August 1986

Academic Consultant, Centre for Labour Economics, London School of Economics, January 1979    April 1979

Assistant Professor of Economics, Department of Economics, Princeton University, September 1977 – August 1979 (on leave September 1978 – August 1979). Lecturer in Economics, September 1976 – August 1977

Associate Editor, *Journal of Business and Economic Statistics*, 1983 – 1989

Editorial Board, *Journal of Applied Econometrics*, 1987 – 1989

Associate Editor, *Journal of Econometrics*, 1987 – 1989.

# EDUCATION

Ph.D. Department of Economics, University of Chicago, December 1977.
Thesis: An Econometric Model of the U.S. Market for Higher Education

M.A. Department of Economics, University of Chicago, March 1976.

A.B. Department of Economics (with highest honors), University of Notre Dame, May 1973.

# LANGUAGES

English (native), French

# HONORS AND FELLOWSHIPS

2023 Association for Computing Machinery Policy Award (June 2024) (https://awards.acm.org/award recipients/abowd 6135122#171) [video tribute (https://youtu.be/ tdIRKzItBo)]

2023 IEEE Cybersecurity Awards for Practice (https://secdev.ieee.org/2023/awardees/) (October 2023) for Contributions to Privacy Preserving Distribution of U.S. Census Data: John Abowd and Simson Garfinkel (in accepting this award we acknowledged the contributions of hundreds of federal employees, contractors, and external collaborators who made this possible).

Casper Bowden Award from the Privacy Enhancing Technologies Symposium (July 2023) (https://petsymposium.org/award/winners.php) for the paper "The 2020 Census Disclosure Avoidance System TopDown Algorithm," *Harvard Data Science Review*, (Special Issue 2, June 2022) DOI: https://doi.org/10.1162/99608f92.529e3cb9 (https://doi.org/10.1162/99608f92.529e3cb9). [ceremony (https://blogs.cornell.edu/abowd/files/2023/07/20230711 Casper Bowden Award PETS.png)]

EPIC Foundation Champion of Freedom Award (https://epic.org/awards 2022/) (September 2022) [Census Bureau press release (https://www.census.gov/newsroom/press releases/2022/abowd champion of freedom award.html?utm medium email&utm source govdelivery)] [remarks (https://blogs.cornell.edu/abowd/files/2022/12/20220921 abowd remarks EPIC Champions of Freedom Award-Event.pdf)]

Inaugural recipient of the Edward P. Lazear Prize (https://www.sole jole.org/2022 lazear prize recipient    john abowd) from the Society of Labor Economists (May 2022) [press release (https://www.census.gov/newsroom/press releases/2022/john abowd lazear prize.html? utm_medium=email&utm_source=govdelivery)]

Tech Spotlight for the 2020 Census Disclosure Avoidance System from the Belfer Center, Kennedy School, Harvard University (https://www.belfercenter.org/sites/default/files/2021-09/tech-spotlight-casebook-2021.pdf) (Spring 2021)

Fellow (https://www.aaas.org/page/2020-fellows), American Association for the Advancement of Science (elected November 2020)

Julius Shiskin Award (http://www.amstat.org/sections/bus econ/shiskin.html), American Statistical Association, Business and Economic Statistics Section, National Association for Business Economics, and Washington Statistical Society (2016)

Cornell University, Graduate and Professional Student Assembly Award for Excellence in Teaching, Advising, and Mentoring (http://www.economics.cornell.edu/about/announcements/professor-abowd-wins-2015-gpsa-award-excellence-teaching-advising-and-mentoring) (May 2015)

Fellow, Econometric Society (https://www.econometricsociety.org/content/2014-election-fellows) (elected November 2014)

Roger Herriot Award (http://www.amstat.org/sections/ssoc/rogerherriot.html), American Statistical Association, Government and Social Statistics Sections and Washington Statistical Society (2014)

Elected member (http://isi.cbs.nl/ISImembers/isimembersA F.pdf), International Statistical Institute (http://www.isi web.org/) (March 2012)

Council of Sections (2014 2016), Chair (2013) Business and Economic Statistics Section (http://www.amstat.org/sections/bus econ/) (Chair elect 2012), American Statistical Association

President (2014-2015), Society of Labor Economists (http://www.sole-jole.org/), President-elect (2013-2014), Vice President (2011-2013)

Fellow, The American Statistical Association (http://www.amstat.org/careers/fellowslist.cfm) (elected August 2009)

Fellow, Society of Labor Economists (http://client.norc.org/jole/SOLEweb/fellows.htm) (elected November 2006)

La bourse de haut niveau du Ministère de la Recherche et de la Technologie, fellowship for research at the Institut National de la Statistique et des Etudes Economiques (INSEE) awarded by the French Government, September 1991    February 1992.

National Institute of mental Health postdoctoral fellow at NORC, September 1978    August 1980.

National Institute of Mental Health pre-doctoral fellow at the University of Chicago, September 1973 – June 1976.

# TEACHING EXPERIENCE

*Graduate:*

Microeconometrics using Linked Employer-Employee Data (http://www.vrdc.cornell.edu/microeconometrics-of-leed/abstract.php) (CREST-ENSAE)

Understanding Social and Economic Data (https://hdl.handle.net/1813/43949) (Cornell, co instructor: Lars Vilhuber)

Third year Research Seminar I and II (Cornell)

Seminar in Labor Economics I, II, and III (Cornell)

Microéconometrie des Données Appariées (CREST GENES, in French)

Microéconomie et Microéconometrie du Travail (Université de Paris I, in French)

Economie du Travail (Université de Paris II, in French)

Economics of Compensation and Organization (Cornell)

International Human Resource Management (Cornell)

Corporate Finance (Hautes Etudes Commerciales, Paris)

International Human Resource Management (HEC, Paris)

Workshop in Labor Economics (Cornell)

Economics of Collective Bargaining (Cornell)

Executive Compensation (Cornell)

Labor Economics (MIT)

Labor and Public Policy (MIT)

Applied Econometrics I, II (Chicago)

Introduction to Industrial Relations (Chicago)

Econometric Theory I (Chicago)

Industrial Relations and International Business (Chicago)

Workshop in Economics and Econometrics (Chicago)

Econometric Analysis of Time Series (Princeton)

Mathematics for Economists (Princeton)

*Undergraduate:*

Understanding Social and Economic Data (http://www.vrdc.cornell.edu/info4470/) (Cornell, co instructor: Lars Vilhuber)

Introductory Microeconomics (http://courses.cit.cornell.edu/econ1110abowd/) (Cornell)

Economics of Employee Benefits (Cornell)

Economics of Wages and Employment (Cornell)

Corporate Finance (Cornell)

Introduction to Econometrics (Princeton)

Microeconomics (Princeton)

# BIBLIOGRAPHY

## Books

1. Abowd, John M. and Francis Kramarz (eds.) *The Microeconometrics of Human Resource Management*, special issue of *Annales d'économie et de statistique* 41/42 (Paris: ADRES, January/June 1996). [Jstor.org] (https://www.jstor.org/stable/i20066459)

2. Abowd, John M. and Richard B. Freeman (eds.) *Immigration, Trade and the Labor Market* (Chicago: University of Chicago Press for the National Bureau of Economic Research, 1991). [nber.org (https://www.nber.org/books and chapters/immigration trade and labor market)]

## Articles

1. Abowd, John M., Tamara Adams, Robert Ashmead, David Darais, Sourya Dey, Simson L. Garfinkel, Nathan Goldschlag, Michael B. Hawes, Daniel Kifer, Philip Leclerc, Ethan Lew, Scott Moore, Rolando A. Rodríguez, Ramy N. Tadros, and Lars Vilhuber, (2025). "A Simulated Reconstruction and Reidentification Attack on the 2010 U.S. Census," *Harvard Data Science Review*, Vol. 7, Issue 3. DOI: https://doi.org/10.1162/99608f92.4a1ebf70 (https://doi.org/10.1162/99608f92.4a1ebf70) [arxiv.org (https://arxiv.org/abs/2312.11283) nber.org (https://doi.org/10.3386/w31995)] [replication archive (https://github.com/uscensusbureau/recon replication)]

2. Cumings Menon, R., Ashmead, R., Kifer, D., Leclerc, P., Spence, M., Zhuravlev, P., & Abowd, J. M. (2025). "Disclosure Avoidance for the 2020 Census Demographic and Housing Characteristics File," *Harvard Data Science Review*, Vol. 7, Issue 3. DOI: https://doi.org/10.1162/99608f92.f1065159 (https://doi.org/10.1162/99608f92.f1065159) [arxiv.org (https://doi.org/10.48550/arXiv.2312.10863)]

3. McKinney, Kevin L. and John M. Abowd, (2025) "Estimating the Potential Impact of Combined Race and Ethnicity Reporting on Long-Term Earnings Statistics," In Randall Akee, Lawrence Katz and Mark Loewenstein, eds., *Race, Ethnicity, and Economic Statistics for the 21st Century*, (Chicago, University of Chicago Press for the National Bureau of Economic Research), pp. 119-161. [final version (https://www.nber.org/system/files/chapters/c14957/c14957.pdf), conference version (https://www.nber.org/conferences/criw race ethnicity and economic statistics 21st century spring 2024), arxiv.org (https://arxiv.org/abs/2407.12775)]

4. Cumings Menon, Ryan, Robert Ashmead, Daniel Kifer, Philip Leclerc, Jeffrey Ocker, Michael Ratcliffe, Pavel Zhuravlev, and John Abowd. 2024. "Geographic Spines in the 2020 Census Disclosure Avoidance System". *Journal of Privacy and Confidentiality* 14 (3). https://doi.org/10.29012/jpc.875 (https://doi.org/10.29012/jpc.875). [arxiv.org (https://doi.org/10.48550/arXiv.2203.16654)]

5. Abowd, John M. and Kevin L. McKinney. "Mixed-Effects Methods for Search and Matching Research," *Revue Economique*, Vol. 75, No. 1 (2024):55-72. DOI: https://doi.org/10.3917/reco.751.0055 (https://doi.org/10.3917/reco.751.0055) [open access (https://www.jstor.org/stable/48767053) census.gov (https://www2.census.gov/library/working papers/2023/adrm/ces/CES WP 23 43.pdf) arxiv.org (with all appendices) (https://arxiv.org/abs/2308.15445)]

6. Jarmin, Ron S., John M. Abowd, Robert Ashmead, Ryan Cumings Menon, Nathan Goldschlag, Michael B. Hawes, Sallie Ann Keller, Daniel Kifer, Philip Leclerc, Jerome P. Reiter, Rolando A. Rodríguez, Ian Schmutte, Victoria A. Velkoff, and Pavel Zhuravlev. "An In-Depth Examination of Requirements for

Disclosure Risk Assessment," *Proceedings of the National Academy of Sciences* (October 13, 2023) DOI: https://doi.org/10.1073/pnas.2220558120 (https://doi.org/10.1073/pnas.2220558120). [census.gov (https://www2.census.gov/library/working papers/2023/adrm/ces/CES WP 23 49.pdf) arxiv.org (https://arxiv.org/abs/2310.09398)]

7. Abowd, John M. and Michael B. Hawes. "21st Century Statistical Disclosure Limitation: Motivations and Challenges," in Joerg Drechsler, Daniel Kifer, Jerome Reiter and Aleksandra Slavković eds., *CRC Handbook of Sharing Confidential Data: Differential Privacy, Secure Multiparty Computation, and Synthetic Data* (CRC Press: Boca Raton, FL, 2024), pp. 24-36, DOI: https://doi.org/10.1201/9781003185284-4 (https://doi.org/10.1201/9781003185284 4). [census.gov (https://www2.census.gov/library/working papers/2023/adrm/ced/ced wp 2023 002.pdf) arxiv.org (https://arxiv.org/abs/2303.00845)]

8. Abowd, John M. and Michael B. Hawes. "Confidentiality Protection in the 2020 U.S. Census of Population and Housing," *Annual Review of Statistics and Its Application*, Vol. 10 (March 2023):119 144, first published as a *Review in Advance* on November 29, 2022.  DOI: https://doi.org/10.1146/annurev statistics-010422-034226 (https://doi.org/10.1146/annurev-statistics-010422-034226) (open access). [census.gov (https://www2.census.gov/adrm/CED/Papers/CY22/2022-003-AbowdHawes.pdf) arxiv.org (https://arxiv.org/abs/2206.03524)]

9. Abowd, John M., Robert Ashmead, Ryan Cumings-Menon, Simson Garfinkel, Micah Heineck, Christine Heiss, Robert Johns, Daniel Kifer, Philip Leclerc, Ashwin Machanavajjhala, Brett Moran, William Sexton, Matthew Spence, and Pavel Zhuravlev, "The 2020 Census Disclosure Avoidance System TopDown Algorithm," *Harvard Data Science Review*, (Special Issue 2, June 2022) DOI: https://doi.org/10.1162/99608f92.529e3cb9 (https://doi.org/10.1162/99608f92.529e3cb9). [census.gov (https://www2.census.gov/adrm/CED/Papers/CY22/2022 002 AbowdAshmeadCumingMenonGarfinkelEtal.pdf) arxiv.org (https://arxiv.org/abs/2204.08986)]

10. McKinney, Kevin L., John M. Abowd and Hubert P. Janicki, "U.S. Long-Term Earnings Outcomes by Sex, Race, Ethnicity, and Place of Birth," *Quantitative Economics*, Volume 13, Issue 4 (November 2022):1879-1945 DOI: https://doi.org/10.3982/QE1908 (https://doi.org/10.3982/QE1908). [census.gov (https://www2.census.gov/ces/wp/2021/CES-WP-21-07R.pdf) arxiv.org (https://arxiv.org/abs/2112.05822)]

11. McKinney, Kevin L. and John M. Abowd, "Male Earnings Volatility in LEHD before, during, and After the Great Recession," *Journal of Business and Economic Statistics,* Vol. 41, No. 1 (2023):33 39 DOI: https://doi.org/10.1080/07350015.2022.2126479 (https://doi.org/10.1080/07350015.2022.2126479). [census.gov (https://www.census.gov/library/working papers/2020/adrm/CES WP 20 31.html) arxiv.org (https://arxiv.org/abs/2008.00253)]

12. Moffitt Robert, John M. Abowd, Christopher Bollinger, Michael Carr, Charles Hokayem, Kevin McKinney, Emily Wiemers, Sisi Zhang, and James Ziliak, "Reconciling Trends in U.S. Male Earnings Volatility: Results from Survey and Administrative Data," *Journal of Business and Economic Statistics*, Volume 41. Number 1, (2023):1-11, DOI: https://doi.org/10.1080/07350015.2022.2102020 (https://doi.org/10.1080/07350015.2022.2102020). [arxiv.org (https://arxiv.org/abs/2202.00713)]

13. Abowd, John, Robert Ashmead, Ryan Cumings Menon, Simson Garfinkel, Daniel Kifer, Philip Leclerc, William Sexton, Ashley Simpson, Christine Task, and Pavel Zhuravlev, "An Uncertainty Principle is a Price of Privacy Preserving Microdata,"(2021) *NeurIPS 2021*

*(https://papers.nips.cc/paper/2021/hash/639d79cc857a6c76c2723b7e014fccb0 Abstract.html)*.
[arxiv.org (https://arxiv.org/abs/2110.13239)].

14. McKinney, Kevin L., John M. Abowd, and John Sabelhaus, "United States Earnings Dynamics: Inequality,
    Mobility, and Volatility," In Raj Chetty, John N. Friedman, Janet C. Gornick, Barry Johnson, and Arthur
    Kennickel, eds., *Measuring the Distribution and Mobility of Income and Wealth*, (Chicago: University of
    Chicago Press for the National Bureau of Economic Research, 2022) pp. 69-104. [download preprint
    (https://www.census.gov/library/working-papers/2020/adrm/CES-WP-20-29.html)] [download chapter
    (https://www.nber.org/books-and-chapters/measuring-distribution-and-mobility-income-and-wealth)]

15. Abowd, John M. "Official Statistics at the Crossroads: Data Quality and Access in an Era of Heightened
    Privacy Risk," *The Survey Statistician*, Vol. 83 (January 2021):23 26. [download (open access) (http://isi
    iass.org/home/wp content/uploads/Survey Statistician 2021 January N83 03.pdf)]

16. Abowd, John M., Ian M. Schmutte and Lars Vilhuber "Disclosure Limitation and Confidentiality Protection
    in Linked Data," in A.Y. Chun, M. Larson, J. Reiter, and G. Durrant (eds.) *Administrative Records for Survey
    Methodology* (New York: John Wiley & Sons, 2021) pp. 25-60, ISBN: 978-1-119-27204-5
    (https://www.wiley.com/en-be/Administrative+Records+for+Survey+Methodology-p-9781119272045).
    [download preprint (https://digitalcommons.ilr.cornell.edu/ldi/47/)]

17. McKinney, Kevin L., Andrew S. Green, Lars Vilhuber and John M. Abowd "Total Error and Variability
    Measures for the Quarterly Workforce Indicators and LEHD Origin-Destination Employment Statistics in
    OnTheMap" *Journal of Survey Statistics and* Methodology, Volume 9, Issue 5 (print version: November
    2021):1146 1182 (online version: November 2020). [download arxiv preprint
    (https://arxiv.org/abs/2007.13275)], DOI: https://doi.org/10.1093/jssam/smaa029
    (https://doi.org/10.1093/jssam/smaa029), supplemental online materials DOI:
    https://doi.org/10.5281/zenodo.3951670 (https://doi.org/10.5281/zenodo.3951670)

18. Abowd, John M., Ian M. Schmutte, William Sexton, and Lars Vilhuber "Why the Economics Profession
    Must Actively Participate in the Privacy Protection Debate," *American Economic Association: Papers and
    Proceedings*, Vol. 109 (May 2019): 397-402, DOI:10.1257/pandp.20191106
    (https://dx.doi.org/10.1257/pandp.20191106). [download preprint
    (https://digitalcommons.ilr.cornell.edu/ldi/51/)]

19. Abowd, John M. and Ian M. Schmutte "An Economic Analysis of Privacy Protection and Statistical
    Accuracy as Social Choices," *American Economic Review,* Vol. 109, No. 1 (January 2019):171 202,
    DOI:10.1257/aer.20170627 (https://doi.org/10.1257/aer.20170627). [AER
    (https://www.aeaweb.org/articles?id 10.1257/aer.20170627), ArXiv preprint
    (https://arxiv.org/abs/1808.06303), Replication information
    (https://digitalcommons.ilr.cornell.edu/ldi/48/)]

20. Weinberg, Daniel H., John M. Abowd, Robert F. Belli, Noel Cressie, David C. Folch, Scott H. Holan,
    Margaret C. Levenstein, Kristen M. Olson, Jerome P. Reiter, Matthew D. Shapiro, Jolene Smyth, Leen-Kiat
    Soh, Bruce D. Spencer, Seth E. Spielman, Lars Vilhuber, and Christopher K. Wikle "Effects of a
    Government Academic Partnership: Has the NSF Census Bureau Research Network Helped Secure the
    Future of the Federal Statistical System?" *Journal of Survey Statistics and Methodology* (2018)
    DOI:10.1093/jssam/smy023. [download (https://doi.org/10.1093/jssam/smy023), open access]
    [download preprint (https://ideas.repec.org/p/cen/wpaper/17 59.html)]

21. Abowd, John M., Kevin L. McKinney and Ian M. Schmutte "Modeling Endogenous Mobility in Earnings Determination," *Journal of Business and Economic Statistics* Vol. 37, Issue 3 (2019):405 418. DOI: 10.1080/07350015.2017.1356727 (https://doi.org/10.1080/07350015.2017.1356727). [download preprint (http://digitalcommons.ilr.cornell.edu/ldi/28/)] [JBES (https://www.tandfonline.com/doi/full/10.1080/07350015.2017.1356727?scroll=top&needAccess=true)]

22. Abowd, John M. "The U.S. Census Bureau Adopts Differential Privacy," KDD '18 Proceedings of the 24th ACM SIGKDD International Conference on Knowledge Discovery & Data Mining, London, UK (August 2018): 2867, DOI: https://doi.org/10.1145/3219819.3226070 (https://doi.org/10.1145/3219819.3226070). [download (https://dl.acm.org/citation.cfm?id 3226070), subscription required], [archival copy (https://digitalcommons.ilr.cornell.edu/ldi/49/)] [video (https://dl.acm.org/action/downloadSupplement?doi 10.1145%2F3219819.3226070&file abowd differential privacy.mp4&download true)]

23. Abowd, John M., Francis Kramarz, Sébastien Perez-Duarte, and Ian Schmutte "Sorting between and within Industries: A Testable Model of Assortative Matching," *Annals of Economics and Statistics* 129 (March 2018): 1-32 DOI: https://doi.org/10.15609/annaeconstat2009.129.0001 (https://doi.org/10.15609/annaeconstat2009.129.0001). NBER WP-20472. [download preprint (http://digitalcommons.ilr.cornell.edu/ldi/40/)] [programs (https://doi.org/10.3886/E100830V1)] [data (http://doi.org/10.3886/E100830V1)]

24. Abowd, John M., Kevin L. McKinney and Nellie Zhao "Earnings Inequality and Mobility Trends in the United States: Nationally Representative Estimates from Longitudinally Linked Employer Employee Data," *Journal of Labor Economics* 36, S1 (January 2018):S183 S300 DOI: 10.1086/694104. [download, not copyrighted (http://www.journals.uchicago.edu/doi/pdfplus/10.1086/694104)] [download preprint (http://digitalcommons.ilr.cornell.edu/ldi/34/)]

25. Abowd, John M. "How Will Statistical Agencies Operate When All Data Are Private?" *Journal of Privacy and Confidentiality*, Vol. 7, Issue 3, Article 1 (2017). [download (https://doi.org/10.29012/jpc.v7i3.404), open journal]

26. Haney, Samuel, Ashwin Machanavajjhala, John M. Abowd, Matthew Graham, Mark Kutzbach, and Lars Vilhuber "Utility Cost of Formal Privacy for Releasing National Employer Employee Statistics," ACM SIGMOD 2017, DOI: 10.1145/3035918.3035940. [download (http://digitalcommons.ilr.cornell.edu/ldi/36/)]

27. Abowd, John M. and Kevin L. McKinney "Noise Infusion as a Confidentiality Protection Measure for Graph based Statistics" *Statistical Journal of the International Association for Official Statistics* (2016) Vol. 32, No. 1, pp. 127-135, DOI: 10.3233/SJI-160958. [download article (http://content.iospress.com/download/statistical-journal-of-the-iaos/sji958?id=statistical-journal-of-the-iaos%2Fsji958), open access] [download preprint (http://digitalcommons.ilr.cornell.edu/ldi/25/)]

28. Abowd, John M. and Ian Schmutte "Economic Analysis and Statistical Disclosure Limitation" *Brookings Panel on Economic Activity* (Spring 2015): 221 267. [download article and discussion (http://www.brookings.edu/~/media/Projects/BPEA/Spring 2015 Revised/AbowdText.pdf?la en), open access] [download preprint (http://digitalcommons.ilr.cornell.edu/ldi/24/)]

29. Schneider, Matthew J. and John M. Abowd "A New Method for Protecting Interrelated Time Series with Bayesian Prior Distributions and Synthetic Data," *Journal of the Royal Statistical Society*, Series A (2015) DOI:10.1111/rssa.12100. [download preprint (http://digitalcommons.ilr.cornell.edu/ldi/20/)]

30. Lagoze, Carl, William C. Block, Jeremy Williams, Lars Vilhuber, and John M. Abowd "Data Management of Confidential Data." *International Journal of Digital Curation* 8, no. 1 (2013): 265–278. doi:10.2218/ijdc.v8i1.259. [download preprint (http://www.ijdc.net/index.php/ijdc/article/view/8.1.265/311)]

31. Abowd, John M. and Martha H. Stinson "Estimating Measurement Error in Annual Job Earnings: A Comparison of Survey and Administrative Data," *Review of Economics and Statistics*, Vol. 95, No. 5 (December 2013): 1451 1467. doi:10.1162/REST_a_00352. [download, not copyrighted (http://www.mitpressjournals.org/doi/pdf/10.1162/REST_a_00352)]

32. Abowd, John M., Matthew J. Schneider and Lars Vilhuber "Differential Privacy Applications to Bayesian and Linear Mixed Model Estimation," *Journal of Privacy and Confidentiality*: Vol. 5: Iss. 1 (2013): Article 4. [download (http://repository.cmu.edu/jpc/vol5/iss1/4), open access]

33. Abowd, John M., Francis Kramarz, Paul Lengermann, Kevin L. McKinney, and Sébastien Roux "Persistent Inter-Industry Wage Differences: Rent Sharing and Opportunity Costs," *IZA Journal of Labor Economics*, 2012, 1:7, doi:10.1186/2193-8997-1-7. [download, open access (http://www.izajole.com/content/pdf/2193-8997-1-7.pdf)] [online Appendix (http://www.biomedcentral.com/content/supplementary/2193 8997 1 7 S1.pdf)]

34. Abowd, John M., Lars Vilhuber and William Block "A Proposed Solution to the Archiving and Curation of Confidential Scientific Inputs," in J. Domingo Ferrer and I. Tinnirello, eds., *Privacy in Statistical Databases* 2012, LNCS 7556, pp. 216 225, (2012). [download, open access (http://link.springer.com/chapter/10.1007%2F978 3 642 33627 0 17)]

35. Abowd, John M. and Lars Vilhuber "Did the Housing Price Bubble Clobber Local Labor Markets When It Burst?" *American Economic Review Papers and Proceedings* Vol. 102, No. 3 (May 2012): 589-93, doi:pdfplus/10.1257/aer.102.3.589. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/aea-pp-abowd-vilhuber-2ebqovs.pdf)] [online Appendix (https://blogs.cornell.edu/abowd/files/2017/10/aea-pp-abowd-vilhuber-online-appendix-2iy7ioj.pdf)] [data Readme (https://blogs.cornell.edu/abowd/files/2017/10/abowd vilhuber readme 124e8wj.pdf)] [data (https://blogs.cornell.edu/abowd/files/2017/10/aea pp abowd vilhuber data 1632nmu.zip)]

36. Abowd, John M., R. Kaj Gittings, Kevin L. McKinney, Bryce E. Stephens, Lars Vilhuber, and Simon Woodcock "Dynamically Consistent Noise Infusion and Partially Synthetic Data As Confidentiality Protection Measures for Related Time series," Federal Committee on Statistical Methodology, Office of Management and Budget, 2012 Research Conference Papers. [download, open access (http://www.fcsm.gov/12papers/Vilhuber_2012FCSM_VIII-C.pdf), cited on May 21, 2012] [download archival copy (http://digitalcommons.ilr.cornell.edu/ldi/5/)].

37. Abowd, John M. and Matthew Schneider "An Application of Differentially Private Linear Mixed Modeling," ICDMW, pp. 614 619, 2011 IEEE 11th International Conference on Data Mining Workshops, 2011. [download, open access (http://www.computer.org/portal/web/csdl/doi/10.1109/ICDMW.2011.26)]

38. Kinney, Satkartar K. , Jerome P. Reiter, Arnold P. Reznek, Javier Miranda, Ron S. Jarmin, and John M. Abowd "Towards Unrestricted Public Use Business Micro data: The Synthetic Longitudinal Business

Database," *International Statistical Review*, Vol. 79, No. 2 (December 2011):362 84, doi:10.1111/j.1751 5823.2011.00153.x. [download, subscription required (http://onlinelibrary.wiley.com/doi/10.1111/j.1751 5823.2011.00153.x/pdf)] [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/kinney-et-al-lbdpaper-2011-1vaabih.pdf)]

39. Abowd, John M. and Lars Vilhuber "National Estimates of Gross Employment and Job Flows from the Quarterly Workforce Indicators with Demographic and Industry Detail," *Journal of Econometrics,* Vol. 161 (March 2011): 82-99, doi: 10.1016/j.jeconom.2010.09.008. [download preprint (http://www.vrdc.cornell.edu/news/wp-content/uploads/2009/10/abowd-vilhuber-national-qwi-20100210.pdf)] [data (http://www.vrdc.cornell.edu/news/data/qwi national data/)]

40. Abowd, John M., Bryce Stephens, Lars Vilhuber, Fredrik Andersson, Kevin L. McKinney, Marc Roemer, and Simon Woodcock "The LEHD Infrastructure Files and the Creation of the Quarterly Workforce Indicators" in T. Dunne, J.B. Jensen and M.J. Roberts, eds., *Producer Dynamics: New Evidence from Micro Data* (Chicago: University of Chicago Press for the National Bureau of Economic Research, 2009), pp. 149-230. [download, not copyrighted (http://www.nber.org/chapters/c0485.pdf)] [archival copy (https://blogs.cornell.edu/abowd/files/2017/10/abowd-et-al-2009-NBER-c0485-113dxx2.pdf)]

41. Abowd, John M., Kevin McKinney and Lars Vilhuber "The Link between Human Capital, Mass Layoffs, and Firm Deaths" in T. Dunne, J.B. Jensen and M.J. Roberts, eds., *Producer Dynamics: New Evidence from Micro Data* (Chicago: University of Chicago Press for the National Bureau of Economic Research, 2009), pp. 447 472. [download, not copyrighted (http://www.nber.org/chapters/c0497.pdf)] [archival copy (https://blogs.cornell.edu/abowd/files/2017/10/abowd mckinney vilhuber 2009 NBER c0497 1ubiukw.pdf)]

42. Abowd, John M. and Lars Vilhuber "How Protective are Synthetic Data," in J. Domingo Ferrer and Y. Saygun, eds., *Privacy in Statistical Databases*, (Berlin: Springer Verlag, 2008), pp. 239 246. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd-psd2008-revised-1kafcsp.pdf)]

43. Abowd, John M., Francis Kramarz and Simon Woodcock "Econometric Analyses of Linked Employer-Employee Data," in L. Mátyás and P. Sevestre, eds., *The Econometrics of Panel Data* (The Netherlands: Springer, 2008), pp. 727-760. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/akwchaprev4a-2b3g6g6.pdf)]

44. Abowd, John M., John Haltiwanger and Julia Lane "Wage Structure and Labor Mobility in the United States," in E. P. Lazear and K. L. Shaw, eds., *Wage Structure, Raises, and Mobility: International Comparisons of the Structure of Wages within and Across Firms* (Chicago: University of Chicago Press for the National Bureau of Economic Research, 2008), pp. 81 100. [download (http://www.nber.org/chapters/c2367.pdf)] [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/ahl_sloan_intl_08_20_07-rx7hox.pdf)]

45. Machanavajjhala Ashwin, Daniel Kifer, John M. Abowd, Johannes Gehrke, and Lars Vilhuber "Privacy: Theory Meets Practice on the Map," International Conference on Data Engineering (ICDE) 2008: 277-286, doi:10.1109/ICDE.2008.4497436. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/ICDE08 conference 0768 1v11wm0.pdf)])

46. Abowd, John M. and Francis Kramarz "Human Capital and Worker Productivity: Direct Evidence from Linked Employer Employee Data," *Annales d'Economie et de Statistique*, No. 79/80, (Juillet/Décembre

2005): 323 338. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd kramarz Annales 2006 1iu3ag5.pdf)]

47. Torra, V. J.M. Abowd and J. Domingo Ferrer "Using Mahalanobis Distance Based Record Linkage for Disclosure Risk Assessment," in J. Domingo-Ferrer and Luisa Franconi (eds.) *Privacy in Statistical Databases* (Berlin: Springer-Verlag, 2006), pp. 233-242. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/mahalanobis05r1-29lgeh1.pdf)]

48. Abowd, John M., Francis Kramarz and Sébastien Roux "Wages, Mobility and Firm Performance: Advantages and Insights from Using Matched Worker-Firm Data," *Economic Journal*, Vol. 116, (June 2006): F245 F285. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abkraroEJdef tt98bw.pdf)]

49. Abowd, John M., Francis Kramarz and Sébastien Roux "Heterogeneity in Firms' Wages and Mobility Policies," in H. Bunzel, B.J. Christensen, G.R. Neumann and J M. Robin, eds., *Structural Models of Wage and Employment Dynamics*, (Amsterdam: Elsevier Science, 2006), pp. 237 268. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abkraro_Stentoft_rev-1zzm4ix.pdf)]

50. Abowd, John M. and Lars Vilhuber "The Sensitivity of Economic Statistics to Coding Errors in Personal Identifiers," *Journal of Business and Economics Statistics*, Vol. 23, No. 2 (April 2005): 133-152, *JBES* Joint Statistical Meetingsinvited paper with discussion and "Rejoinder" (April 2005): 162-165. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/SSNedit-comparison-jbes-rev6-16a1f82.pdf)].

51. Abowd, John M., John Haltiwanger, Ron Jarmin, Julia Lane, Paul Lengermann, Kristin McCue, Kevin McKinney, and Kristin Sandusky "The Relation among Human Capital, Productivity and Market Value: Building Up from Micro Evidence," in *Measuring Capital in the New Economy*, C. Corrado, J. Haltiwanger, and D. Sichel (eds.), (Chicago: University of Chicago Press for the NBER, 2005), Chapter 5, pp. 153 198. [download, not copyrighted (http://www.nber.org/chapters/c10621.pdf)] [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/nbercriw_20021206-13uice8.pdf)]

52. Abowd, John M. and Simon Woodcock "Multiply-Imputing Confidential Characteristics and File Links in Longitudinal Linked Data," in J. Domingo-Ferrer and V. Torra (eds.) *Privacy in Statistical Databases* (Berlin: Springer-Verlag, 2004), pp. 290-297. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd-woodcock2003-21jwk3f.pdf)]

53. Abowd, John M., John Haltiwanger and Julia Lane "Integrated Longitudinal Employee Employer Data for the United States," *American Economic Review Papers and Proceedings*, Vol. 94, No. 2 (May 2004): 224 229. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd haltiwanger lane 20040107 submitted.pdf)]

54. Abowd, John M. and Julia Lane "New Approaches to Confidentiality Protection: Synthetic Data, Remote Access and Research Data Centers," in J. Domingo-Ferrer and V. Torra (eds.) *Privacy in Statistical Databases* (Berlin: Springer-Verlag, 2004), pp. 282-289. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd-lane-barcelona-2004-1o2304n.pdf)]

55. Abowd, John M. and Francis Kramarz "The Costs of Hiring and Separations," *Labour Economics*, Vol. 10, Issue 5 (October 2003): 499 530. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd kramarz costs hiring separation final 1po3fg1.pdf)]

56. Abowd, John M. "Unlocking the Information in Integrated Social Data," *New Zealand Economic Papers*, 0077 9954, Vol. 36, No. 1 (June 2002): 9 31.[download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd_nzep_20020531_226ynkh.pdf)]

57. Abowd, John M. and Orley Ashenfelter "Using Price Indices and Sale Rates to Assess Short Run Changes in the Market for Impressionist and Contemporary Paintings" in *The Economics of Art Auctions*, G. Mosetto and M. Vecco (eds.), (Milan: F. Angeli Press, 2002). [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/art_auctions-abowd_ashenfelter-29r22ip.pdf)] [access book (http://venus.unive.it/icare/economicsofartauctions.htm)]

58. Abowd, John M. and Simon Woodcock "Disclosure Limitation in Longitudinal Linked Data," in *Confidentiality, Disclosure and Data Access: Theory and Practical Applications for Statistical Agencies*, P. Doyle, J. Lane, J. Theeuwes, and L. Zayatz (eds.), (Amsterdam: North Holland, 2001), 215 277. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd_woodcock2001_complete_generic_2bjscci.pdf)]

59. Abowd, John M., Bruno Crépon and Francis Kramarz "Moment Estimation with Attrition: An Application to Economic Models," *Journal of the American Statistical Association,* 96, No. 456 (December 2001): 1223-1231. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd-crepon-karmarz-final-2g81dvj.pdf)]

60. Abowd, John M., Francis Kramarz, David Margolis, and Kenneth Troske "The Relative Importance of Employer and Employee Effects on Compensation: A Comparison of France and the United States," *Journal of the Japanese and International Economies.* Vol. 15, No. 4, (December 2001): 419 436. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd_kramarz_margolis_troske_jjie_13x7tr3.pdf)]

61. Abowd, John M. Julia Lane and Ronald Prevost "Design and Conceptual Issues in Realizing Analytical Enhancements through Data Linkages of Employer and Employee Data" in the *Proceedings of the Federal Committee on Statistical Methodology*, November 2000. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/FCSM-jma-jl-rp-112000r-2nx1ovh.pdf)]

62. Abowd, John M., Francis Kramarz, David Margolis and Kenneth Troske "Politiques salariales et performances des entreprises : une comparaison France/Etats-Unis," *Economie et Statistique*, No. 332-333 (2000): 27 38. [Corporate Wage Policies and Performances: Comparing France with the United States] [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd_kramarz_margolis_troske_Es332B_2dnfye5.pdf)]

63. Abowd, John M. and David Kaplan "Executive Compensation: Six Questions That Need Answering," *Journal of Economic Perspectives,* 13 (1999): 145 168. [Preprint and supplementary materials available at http://hdl.handle.net/1813/56585 (http://hdl.handle.net/1813/56585)]

64. Abowd, John M., Patrick Corbel and Francis Kramarz "The Entry and Exit of Workers and the Growth of Employment: An Analysis of French Establishments" *Review of Economics and Statistics*, 81(2), (May 1999): 170-187. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/entry-and-exit-1ryghor.pdf)]

65. Abowd, John M. and Francis Kramarz "Econometric Analysis of Linked Employer Employee Data," *Labour Economics,* 6(March 1999): 53 74. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/aklinked_19fdov6.pdf)]

66. Abowd, John M., Hampton Finer and Francis Kramarz "Individual and Firm Heterogeneity in Compensation: An Analysis of Matched Longitudinal Employer Employee Data for the State of Washington" in J. Haltiwanger *et al.* (eds.) *The Creation and Analysis of Employer Employee Matched Data*, (Amsterdam: North Holland, 1999), pp. 3-24. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd-finer-kramarz-1ry3ccv.pdf)]

67. Abowd, John M. and Francis Kramarz "The Analysis of Labor Markets Using Matched Employer-Employee Data," in O. Ashenfelter and D. Card (eds.) *Handbook of Labor Economics*, Volume 3(B), Chapter 40 (Amsterdam: North Holland, 1999), pp. 2629-2710. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/jma fk handbook fixed 1n4xfph.pdf)]

68. Abowd, John M. Francis Kramarz and David Margolis "High Wage Workers and High Wage Firms," *Econometrica,* 67(2) (March 1999): 251 333. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/high wage workers 20qa8fq.pdf)]

69. Abowd, John M. Francis Kramarz, Thomas Lemieux, and David Margolis "Minimum Wages and Youth Employment in France and the United States," in D. Blanchflower and R. Freeman (eds.) *Youth Employment and Joblessness in Advanced Countries* (Chicago: University of Chicago Press, 1999), pp. 427-472. [download (http://www.nber.org/chapters/c6813.pdf)] [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/minimum-wages-youth-1vrkt30.pdf)]

70. Abowd, John M. and Francis Kramarz "Internal and External Labor Markets: An Analysis of Matched Longitudinal Employer Employee Data" in J. Haltiwanger, M. Manser, and R. Topel (eds.) *Labor Statistics and Measurement Issues* (Chicago: University of Chicago Press, 1998), pp. 357 370. [download (http://www.nber.org/chapters/c8365.pdf)] [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/internal external 152hxo9.pdf)]

71. Abowd, John M., Francis Kramarz, David Margolis and Kenneth Troske "The Relative Importance of Employer and Employee Effects on Compensation: A Comparison of France and the United States," in *Comparaisons internationales de salaires* (Paris: Ministère du travail et des affaires sociales and INSEE, 1996), pp. 315-327.

72. Abowd, John M. and Laurence Allain "Compensation Structure and Product Market Competition," *Annales d'économie et de statistique*, (January/June 1996, No. 41/42): 207-217. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/compensation structure t7l8sy.pdf)]

73. Abowd, John M., Francis Kramarz and Antoine Moreau "Product Quality and Worker Quality," *Annales d'économie et de statistique*, (January/June 1996, No. 41/42): 300 322. [download (https://blogs.cornell.edu/abowd/files/2017/10/abowd kramarz moreau annales vol4142 14 2a577qn.pdf)]

74. Abowd, John M. and Francis Kramarz "The Microeconometrics of Human Resource Management: International Studies of Firm Practices, Introduction and Overview," *Annales d'économie et de statistique*, (January/June 1996, No. 41/42): 1-9 (French (https://blogs.cornell.edu/abowd/files/2017/10/abowd-kramarz-annales-vol4142-01-2249zvn.pdf)), 11-19 (English (https://blogs.cornell.edu/abowd/files/2017/10/abowd kramarz annales vol4142 02 2ld94b8.pdf)) DOI: https://doi.org/10.2307/20066461 (https://doi.org/10.2307/20066461)

75. Abowd, John M. and Francis Kramarz "Les Politiques Salariales : Individus et Entreprises" (Compensation Policies: Individuals and Firms), *Revue Economique* 47 (May 1996): 611 622. [download preprint

(https://blogs.cornell.edu/abowd/files/2017/10/politiques salariales 2n5bqye.pdf)]

76. Abowd, John M. and Francis Kramarz "The Economic Analysis of Compensation Systems: Collective and Individual" in Norman Bowes and Alex Grey, eds. *Job Creation and Loss: Analysis, Policy and Data Development* (Paris: OECD, 1996), pp. 47-54.

77. Abowd, John M. and Michael Bognanno "International Differences in Executive and Managerial Compensation" in R.B. Freeman and L. Katz, eds. *Differences and Changes in Wage Structures* (Chicago: NBER, 1995), pp. 67-103. [download (http://www.nber.org/chapters/c7853.pdf)]

78. Abowd, John M. and Thomas Lemieux "The Effects of Product Market Competition on Collective Bargaining Agreements:  The Case of Foreign Competition in Canada," *Quarterly Journal of Economics* 108 (November 1993): 983 1014.

79. Abowd, John M. and Francis Kramarz "A Test of Negotiation and Incentive Compensation Models Using Longitudinal French Enterprise Data," in J.C. van Ours, G.A. Pfann and G. Ridder, eds. *Labour Demand and Equilibrium Wage Formation* Contributions to Economic Analysis (Amsterdam: North Holland, 1993), pp. 111-46. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/negotiation-incentives-2ii8c1j.pdf)]

80. Abowd, John M. and Richard B. Freeman "Introduction and Summary" in J.M. Abowd and R.B. Freeman, eds. *Immigration, Trade and the Labor Market* (Chicago: NBER, 1991), pp. 1-25. [download (http://www.nber.org/chapters/c6661.pdf)]

81. Abowd, John M. and Thomas Lemieux "The Effects of International Competition on Collective Bargaining Outcomes:  A Comparison of the United States and Canada," in J.M. Abowd and R.B. Freeman, eds. *Immigration, Trade and the Labor Market* (Chicago: NBER, 1991), pp. 343 67. [download (http://www.nber.org/chapters/c11780.pdf)]

82. Abowd, John M. "The NBER Trade and Immigration Data Files," in J.M. Abowd and R.B. Freeman, eds. *Immigration, Trade and the Labor Market* (Chicago: NBER, 1991), pp. 407-21. [download (http://www.nber.org/chapters/c11783.pdf)]

83. Abowd, John M. "Does Performance-based Compensation Affect Corporate Performance?" *Industrial and Labor Relations Review* 43:3 (February 1990): 52S-73S.
DOI: https://doi.org/10.1177/001979399004300304 (https://doi.org/10.1177/001979399004300304)
Reprinted in *Do Compensation Policies Matter?* R.G. Ehrenberg, ed. (Ithaca, NY: ILR Press, 1990), pp. 52 73. [download (https://blogs.cornell.edu/abowd/files/2025/01/abowd 1990 does performance based managerial compensation affect corporate performance.pdf)]

84. Abowd, John M., George Milkovich and John Hannon "The Effects of Human Resource Management Decisions on Shareholder Value," *Industrial and Labor Relations Review* 43:3 (February 1990): 203S 236S. Reprinted in *Do Compensation Policies Matter?* R.G. Ehrenberg, ed. (Ithaca, NY: ILR Press, 1990), pp. 203-236.

85. Abowd, John M. "The Effect of Wage Bargains on the Stock Market Value of the Firm," *American Economic Review* 79:4 (September 1989): 774-800. (working paper title: "Collective Bargaining and the Division of the Value of the Enterprise.")

86. Abowd, John M. and Joseph Tracy "Market Structure, Strike Activity, and Union Wage Settlements," *Industrial Relations* 57:2 (Spring 1989): 227 50.

87. Abowd, John M. and David Card "On the Covariance Structure of Earnings and Hours Changes," *Econometrica* 57:2 (March, 1989): 411 45.

88. Vroman, Wayne and John M. Abowd "Disaggregated Wage Developments," *Brookings Papers on Economic Activity* (1:1988): 313-46.

89. Abowd, John M. and David Card "Intertemporal Labor Supply and Long Term Employment Contracts," *American Economic Review* 77:1 (March 1987): 50-68.

90. Abowd, John M. "New Development in Longitudinal Data Collection for Labor Market Analysis: Collective Bargaining Data," *American Statistical Association 1985 Proceedings of the Business and Economic Statistics Section* (Washington, DC: ASA, 1985). (invited paper)

91. Abowd, John M. and Arnold Zellner "Estimating Gross Labor Force Flows," *Journal of Business and Economic Statistics 3* (July 1985): 254 283.

92. Abowd, John M. and Arnold Zellner "Application of Adjustment Techniques to U.S. Gross Flow Data," *Gross Flows in Labor Force Statistics*, edited by Paul Flaim and Carma Hogue, Bureau of the Census/Bureau of Labor Statistics Conference Volume (Washington, DC: GPO, 1985).

93. Abowd, John M. and Mark Killingsworth "Employment, Wages, and Earnings of Hispanics in the Federal and Nonfederal Sectors: Methodological Issues and Their Empirical Consequences," in *Hispanics in the U.S. Economy*, edited by G. Borjas and M. Tienda (New York: Academic Press, 1985), pp. 77-125.

94. Abowd, John M. "Economic and Statistical Analysis of Discrimination in Job Assignment," *Industrial Relations Research Association Proceedings of the Thirty Sixth Annual Meetings* (Madison, WI: IRRA, 1984), pp. 34 47. (invited paper)

95. Abowd, John M. and Mark Killingsworth "Do Minority/White Unemployment Differences Really Exist," *Journal of Business and Economic Statistics* 2 (January 1984): 64 72.

96. Abowd, John M. and Arnold Zellner "Estimating Gross Labor Force Flows," *American Statistical Association 1983 Proceedings of the Business and Economic Statistics Section* (Washington, DC: ASA, 1983), pp. 162-67.

97. Abowd, John M. and Mark Killingsworth "Sex Discrimination, Atrophy and the Male-Female Wage Differential," *Industrial Relations* 22 (Fall 1983): 387-402.

98. Abowd, John M. and Henry S. Farber "Job Queues and the Union Status of Workers," *Industrial and Labor Relations Review* 35 (April 1982): 354 67. [download (https://blogs.cornell.edu/abowd/files/2017/10/abowd farber ilrr 1982 1ix7mn5.pdf)]

99. Abowd, John M. and Orley Ashenfelter "Anticipated Unemployment, Temporary Layoffs and Compensating Wage Differentials," in *Studies in Labor Markets*, edited by S. Rosen (Chicago: University of Chicago Press for the NBER, 1981), pp. 141 170. [download (http://www.nber.org/chapters/c8910.pdf)]

100. Abowd, John M. "An Econometric Model of Higher Education," in *Managing Higher Education: Economic Perspectives*, A Monograph of the Center for the Management of Public and Nonprofit Enterprises (Chicago: University of Chicago Press, 1981), pp. 1-56.

101. Mulvey, Charles and John M. Abowd "Estimating the Union/Nonunion Wage Differential: A Statistical Issue," *Economica,* 47 (February 1980): 73 79.

102. Abowd, John M. and T. James Trussell "Teenage Mothers, Labor Force Participation, and Wage Rates," *Canadian Studies in Population* (1980): 33 48.

## Monographs

1. Abowd, John M., William R. Bell, J. David Brown, Michael B. Hawes, Misty L. Heggeness, Andrew D. Keller, Vincent T. Mule Jr., Joseph L. Schafer, Matthew Spence, Lawrence Warren, and Moises Yi *Determination of the 2020 U.S. Citizen Voting Age Population (CVAP) Using Administrative Records and Statistical Methodology Technical Report*, U.S. Census Bureau, Center for Economic Studies, October 2020 [census.gov (https://www2.census.gov/ces/wp/2020/CES-WP-20-33.pdf)] [repec.org stable url (https://econpapers.repec.org/RePEc:cen:wpaper:20-33)]

2. Abowd, John M., Martha H. Stinson and Gary Benedetto *Final Report to the Social Security Administration on the SIPP/SSA/IRS Public Use File Project*, November 2006. [download archival copy and Excel tables (http://hdl.handle.net/1813/43929) at http://hdl.handle.net/1813/43929 (http://hdl.handle.net/1813/43929)]

3. Abowd, John M. and Michael Bognanno "The Center for Advanced Human Resource Studies Managerial Compensation Database: User's Guide," March 1991.

4. Abowd, John M. and Michael Bognanno "The Center for Advanced Human Resource Studies Managerial Compensation Database: Technical Guide," March 1991.

5. Abowd, John M. *An Econometric Model of the U.S. Market for Higher Education* (New York: Garland Press, 1984).

6. Abowd, John M. and Mark Killingsworth "Employment, Wages, and Earnings of Hispanics in the federal and Nonfederal Sectors," in *Hispanics in the Labor Force: A Conference Report*, edited by G. Borjas and M. Tienda.  Final Report to the National Employment Policy Commission (Washington, DC: GPO, 1982).

7. Abowd, John M. "Program Evaluation: New Panel Data Methods for Evaluating Training Effects," in *Program Evaluation Final Report to the U.S. Department of Labor* (Contract No. 23 17 80 01) (Washington, DC: NTIS, 1983).

8. Abowd, John M. and Mark Killingsworth "Employment, Wages, and Earnings of Hispanics in the federal and Nonfederal Sectors," in *Hispanics in the Labor Force: A Conference Report*, edited by G. Borjas and M. Tienda.  Final Report to the National Employment Policy Commission (Washington, DC: GPO, 1982).

9. Abowd, John M. "Minority Unemployment, Compensating Differentials and the Effectiveness of the EEOC," in *Issues in Minority and Youth Unemployment final Report to the U.S. Department of Labor* (Contract No. 20 17 80 44) (Washington, DC: NTIS, 1982)

10. Abowd, John M. and Mark Killingsworth "Structural Models of the Effects of Minimum Wages on Employment by Age Groups," *Final Report of the Minimum Wage Study Commission*, Volume 5 (Washington, DC: GPO, 1981).

11. Abowd, John M. and Mark Killingsworth "An Analysis of Hispanic Employment, Earnings and Wages with Special Reference to Puerto Ricans," *Final Report to the U.S. Department of Labor* (Grant 21-36-78-61) (Washington, DC: NTIS, 1981).

## Miscellany

1. Abowd, John M., Cynthia Dwork, Alan F. Karr, Kobbi Nissim, Jerome Reiter, Aleksandra Slavković, and Lars Vilhuber. 2024. "Launching the Society for Privacy and Confidentiality Research to Own the Journal

of Privacy and Confidentiality". *Journal of Privacy and Confidentiality* 14 (3). DOI: https://doi.org/10.29012/jpc.939 (https://doi.org/10.29012/jpc.939).

2. Abowd, John M. "Noisy Measurements Are Important, the Design of Census Products Is Much More Important," *Harvard Data Science Review*, Vol. 6, No. 2 (Spring, 2024) DOI: https://doi.org/10.1162/99608f92.79d4660d (https://doi.org/10.1162/99608f92.79d4660d) [arxiv.org (https://doi.org/10.48550/arXiv.2312.14191)]

3. Keller, Sallie Ann and John M. Abowd "Database reconstruction does compromise confidentiality," *Proceedings of the National Academy of Sciences*, Vol. 120, No. 12 (March 2023):e2300976120. DOI: https://www.pnas.org/doi/abs/10.1073/pnas.2300976120 (https://www.pnas.org/doi/abs/10.1073/pnas.2300976120) [census.gov (https://www2.census.gov/library/working papers/2023/adrm/ced/ced wp 2023 003.pdf)]

4. Waddell, S.R., John M. Abowd, Camille Busette, and Mark Hugo Lopez "Measuring race in US economic statistics: what do we know?" *Business Economics,* Volume 57, (October: 2022):181 190, DOI: https://doi.org/10.1057/s11369-022-00274-3 (https://doi.org/10.1057/s11369-022-00274-3). [census.gov (https://www2.census.gov/ces/wp/2022/CES-WP-22-30.pdf) arxiv.org (https://arxiv.org/abs/2208.05252) open access (https://rdcu.be/cS0c1)]

5. Vilhuber, Lars and Ian Schmutte, "An Interview with John M. Abowd," *International Statistical Review* (2022) Vol. 90. No. 1, pp. 1-40. DOI: https://onlinelibrary.wiley.com/doi/epdf/10.1111/insr.12489 (https://onlinelibrary.wiley.com/doi/epdf/10.1111/insr.12489) [interview (https://onlinelibrary.wiley.com/doi/epdf/10.1111/insr.12489)] [preprint (https://ecommons.cornell.edu/handle/1813/110981)]

6. Abowd, John M. 2021. Keynote: The OpenDP Community and the 2020 Census. Given to the September 22, 2021 meeting of the OpenDP community. [slides (https://blogs.cornell.edu/abowd/files/2025/04/2021-09-22-Abowd-OpenDP-Keynote.pdf)] [Opening remarks and Keynote: The OpenDP Community and the 2020 Census (https://www.youtube.com/watch?v=W_ZZIkiKs3U)].

7. Abowd, John M. and Victoria A. Velkoff, "Modernizing Disclosure Avoidance: A Multipass Solution to Post-processing Error," U.S. Census Bureau *Research Matters* blog (June 18, 2020). [original publication (https://www.census.gov/newsroom/blogs/research matters/2020/06/modernizing disclosu.html)] [archival copy (https://blogs.cornell.edu/abowd/files/2025/01/Modernizing Disclosure Avoidance A Multipass Solution to Postprocessing Error.pdf)]

8. Abowd, John M. and Victoria A. Velkoff, "Modernizing Disclosure Avoidance: What We've Learned, Where We Are Now," U.S. Census Bureau *Research Matters* blog (March 13, 2020). [original publication (https://www.census.gov/newsroom/blogs/research-matters/2020/03/modernizing_disclosu.html)] [archival copy (https://blogs.cornell.edu/abowd/files/2025/01/Modernizing-Disclosure-Avoidance_-What-Weve-Learned-Where-We-Are-Now.pdf)]

9. Abowd, John M. "How the US Census Is Balancing Data Needs and Privacy: Chief Scientist John Abowd says technology can help safeguard people's privacy, but the decision of how much data to publish is ultimately 'a social choice.'" (April 2020). Oliver Wyman Forum [interview (https://www.oliverwymanforum.com/future of data/2020/apr/how the us census is balancing data needs and privacy concerns.html)]

10. Abowd, John M., Ian M. Schmutte, William Sexton, and Lars Vilhuber, Introductory Readings in Formal Privacy for Economists (October 10, 2020, updated periodically). [read (https://labordynamicsinstitute.github.io/privacy bibliography/), download (https://github.com/labordynamicsinstitute/privacy-bibliography)]

11. Abowd, John M., "The Census Bureau Tries to Be a Good Data Steward in the 21st Century" International Conference on Machine Learning (ICML) 2019 keynote address (https://icml.cc/Conferences/2019/ScheduleMultitrack?event=4333). [video (https://www.facebook.com/icml.imls/videos/446476306189465/), start at minute 18:00] [slides]

12. Abowd, John M., "Staring down the database reconstruction algorithm," American Association for the Advancement of Science Annual Meeting, Science Transcending Boundaries, (February 16, 2019). [paywalled (https://aaas.confex.com/aaas/2019/meetingapp.cgi/Paper/23424)] [talk (https://blogs.cornell.edu/abowd/files/2019/04/2019 02 16 Abowd AAAS Talk Saturday 330 500 session FINAL as delivered 2jr4lzb.pdf)] [slides (https://blogs.cornell.edu/abowd/files/2019/04/2019 02-16-Abowd-AAAS-Slides-Saturday-330-500-session-FINAL-as-delivered-1iqsdg2.pdf)]

13. Garfinkel, Simson L., John M. Abowd, and Christian Martindale, "Understanding Database Reconstruction Attacks on Public Data," *ACMQueue*, Vol. 16, No. 5 (September/October 2018): 28-53. [download (https://queue.acm.org/detail.cfm?id=3295691), not copyrighted]

14. Garfinkel, Simson L., John M. Abowd and Sarah Powazek  "Issues Encountered Deploying Differential Privacy," *WPES'18 Proceedings of the 2018 Workshop on Privacy in the Electronic Society*, Ontario, CA (October 2018): 133 137, DOI:10.1145/3267323.3268949. [ArXiv preprint (https://arxiv.org/abs/1809.02201)]

15. Abowd, John M., "Protecting the Confidentiality of America's Statistics: Ensuring Confidentiality and Fitness for Use," U.S. Census Bureau *Research Matters* blog (September 4, 2018). [original publication (https://www.census.gov/newsroom/blogs/research-matters/2018/08/protecting_the_confi0.html)] [archival copy (https://blogs.cornell.edu/abowd/files/2025/01/Protecting-the-Confidentiality-of-Americas-Statistics_-Ensuring-Confidentiality-and-Fitness-for-Use.pdf)]

16. Abowd, John M., "Protecting the Confidentiality of Americas Statistic's: Adopting Modern Disclosure Avoidance Methods at the Census Bureau," U.S. Census Bureau Research Matters blog (August 17, 2018). [original publication (https://www.census.gov/newsroom/blogs/research matters/2018/08/protecting the confi.html)] [archival copy (https://blogs.cornell.edu/abowd/files/2025/01/Protecting the Confidentiality of Americas Statistics Adopting Modern Disclosure Avoidance Methods at the Census Bureau.pdf)]

17. Abowd, John M., Lorenzo Alvisi, Cynthia Dwork, Sampath Kannan, Ashwin Machanavajjhala, and Jerome Reiter "Privacy-Preserving Data Analysis for Federal Statistical Agencies," Computing Community Consortium White Papers (January 2017). [CCC white paper archive (https://cra.org/ccc/wp-content/uploads/sites/2/2015/01/CCCPrivacyTaskForcePaperRevised-FINAL.pdf); ArXiv preprint (https://arxiv.org/abs/1701.00752)]

18. Abowd, John M. "Why Statistical Agencies Need to Take Privacy loss Budgets Seriously, and What It Means When They Do," presented to the Federal Committee on Statistical Methodology, Policy Conference, December 7 8, 2016. [download (http://digitalcommons.ilr.cornell.edu/ldi/32/)]

19. Vilhuber, Lars, John M. Abowd and Jerome P. Reiter "Synthetic Establishment Microdata around the World," *Statistical Journal of the International Association for Official Statistics*, Vol. 32 (2016): 65 68. [download (http://content.iospress.com/download/statistical journal of the iaos/sji964?id statistical journal-of-the-iaos%2Fsji964), open access] [download preprint (http://digitalcommons.ilr.cornell.edu/ldi/26/)]

20. Abowd, John M. "Synthetic Establishment Data: Origins and Introduction to Current Research," *Statistical Journal of the International Association for Official Statistics*, Vol. 30, No. 2 (Summer 2014): 113-115. [download (http://iospress.metapress.com/content/76707m55w510vt16/fulltext.pdf), subscription required] [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/Introduction and Overview Abowd 22kiutf.pdf)]

21. Benedetto, Gary, Martha H. Stinson and John M. Abowd "The Creation and Use of the SIPP Synthetic Beta," U.S. Census Bureau Technical Paper (April 2013). [download (https://www.census.gov/content/dam/Census/programs-surveys/sipp/methodology/SSBdescribe_nontechnical.pdf)]

22. Abowd, John M. and Lars Vilhuber "Science, Confidentiality, and the Public Interest," *Chance*, Vol. 24, No. 3 (Fall 2011): 58-62. [download (https://blogs.cornell.edu/abowd/files/2017/10/abowd-vilhuber-chance-Privacy-galley-20110823-11ylhnr.pdf)]

23. Abowd, John M. "OnTheMap: Block level Job Estimates Based on Longitudinally Integrated Employer Employee Micro data," *Association of Public Data Users Newsletter* Vol. 33, No. 2 (March/April 2010): 10 19. [download (https://blogs.cornell.edu/abowd/files/2017/10/Newsletterv33n2 1mxrzt8.pdf)]

24. Abowd, John M. Kobbi Nissim and Chris Skinner "First Issue Editorial" *Journal of Privacy and Confidentiality*, Vol. 1, No. 1 (2009): 1 6. [download (https://doi.org/10.29012/jpc.v1i1.562)]

25. Abowd, John M. "Comments on "Regional difference-in-differences in France using the German annexation of Alsace-Moselle in 1870-1918" by Matthieu Chemin and Etienne Wasmer" *NBER International Seminar on Macroeconomics* (2008): 306-309. [download (https://blogs.cornell.edu/abowd/files/2017/10/Comments-on-Chemin-and-Wasmer-final-paper-by-Abowd-17tbhar.pdf)]

26. Abowd, John M. and Julia Lane "The Economics of Data Confidentiality," *ICP Bulletin*, Volume 4, No. 2 (August 2007):18 21. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/abowd lane CNSTAT economics of confidentiality 200 3016 1w5d7lv.pdf)]

27. Abowd, John M. "Rapporteur comments: International Symposium on Linked Employer Employee Data, Econometric Issues" *Monthly Labor Review* 121:7 (July, 1998): 52-53.

28. Abowd, John M. "Discussion of 'How much do immigration and trade affect labor market outcomes' by Geroge J. Borjas, Richard B. Freeman and Lawrence F. Katz." *Brookings Papers in Economic Activity* (1997:I): 76-82.

29. Abowd, John M. "Discussion of Gross Worker and Job Flows in Europe by M. Burda and C. Wyplosz." *European Economic Review* (1994): 1316 1320.

30. Abowd, John M. "Discussion of 'The Quality Dimension in Army Retention' by Charles Brown." in A. Meltzer (ed.) *The Carnegie Rochester Conference on Public Policy* 33 (1990).

31. Abowd, John M. "Immigration, Trade, and Labor Markets in Australia and Canada," in *Immigration, Trade, and the Labor Market*, edited by R.B. Freeman (Cambridge, Mass: NBER, 1988), pp. 29 34.

32. Abowd, John M. "Discussion of 'Public Sector Union Growth and Bargaining Laws: A Proportional Hazards Approach with Time-Varying Treatments' by c. Ichniowski." in *Public Sector Unionism*, edited by R. Freeman (Chicago: University of Chicago Press for the NBER, 1988).

33. Abowd, John M., Ross Stolzenberg and Roseann Giarusso "Abandoning the Myth of the Modern MBA Student," Selections The Magazine of the Graduate Management Admission Council (Autumn 1986): 9-21.

34. Abowd, John M., Brent Moulton and Arnold Zellner "The Bayesian Regression Analysis Package: BRAP User's Manual Version 2.0," H.G.B. Alexander Research Foundation, Graduate School of Business, University of Chicago, 1985.

35. Abowd, John M. and Mark R. Killingsworth "The Minimum Wage Law Winners and Losers," *The Wall Street Journal* (August 1981).

## Working and Unpublished Papers

1. Kifer, Daniel, John M. Abowd, Robert Ashmead, Ryan Cumings-Menon, Philip Leclerc, Ashwin Machanavajjhala, William Sexton, and Pavel Zhuravlev, "Bayesian and Frequentist Semantics for Common Variations of Differential Privacy: Applications to the 2020 Census," (September 2022). [census.gov (https://www2.census.gov/library/working-papers/2022/adrm/20220908 0917 kifer et al dp semantics.pdf) arxiv.org (https://doi.org/10.48550/arXiv.2209.03310)]

2. Abowd, John M., Joelle Abramowitz, Margaret C. Levenstein, Kristin McCue, Dhiren Patki, Trivellore Raghunathan, Ann M. Rodgers, Matthew D. Shapiro, Nada Wasi, and Dawn Zinsser, "Finding Needles in Haystacks: Multiple Imputation Record Linkage Using Machine Learning," (November 2021). [census.gov (https://www2.census.gov/ces/wp/2021/CES-WP-21-35.pdf)]

3. Abowd, John M., Robert Ashmead, Ryan Cumings-Menon, Daniel Kifer, Philip Leclerc, Jeffery Ocker, Michael Ratcliffe, and Pavel Zhuravlev, "Geographic Spines in the 2020 Census Disclosure Avoidance System TopDown Algorithm," September 2021. [census.gov (https://www2.census.gov/adrm/CED/Papers/CY21/2021-004-AbowdAshmeadCumingsMenonetal.pdf)]

4. Abowd, John M., Gary L. Benedetto, Simson L. Garfinkel et al. "The Modernization of Statistical Disclosure Limitation at the U.S. Census Bureau," (August 2020). [census.gov (https://www.census.gov/content/dam/Census/library/working papers/2020/adrm/The%20modernization%20of%20statistical%20disclosure%20limitation%20at%20the%20U.S.%20Census%20Bureau.pdf)]

5. Abowd, John M., Ian M. Schmutte, William Sexton, and Lars Vilhuber "Suboptimal Provision of Privacy and Statistical Accuracy When They are Public Goods," (June 2019). [arxiv.org (https://arxiv.org/abs/1906.09353)]

6. Abowd, John M., Joelle Abramowitz, Margaret C. Levenstein, Kristin McCue, Dhiren Patki, Trivellore Raghunathan, Ann M. Rodgers, Matthew D. Shapiro, Nada Wasi, 2019. "Optimal Probabilistic Record Linkage: Best Practice for Linking Employers in Survey and Administrative Data," Working Papers 19 08,

Center for Economic Studies, U.S. Census Bureau, handle: RePEc:cen:wpaper:19 08. [download preprint (https://ideas.repec.org/p/cen/wpaper/19 08.html)]

7. McKinney, Kevin L. Andrew Green, Lars Vilhuber, and John M. Abowd "Total Error and Variability Measures with Integrated Disclosure Limitation for Quarterly Workforce Indicators and LEHD Origin Destination Employment Statistics in On The Map" Extended version of JSSAM paper. (December 2017). [download preprint (https://digitalcommons.ilr.cornell.edu/ldi/46/)]

8. Abowd, John M. and Ian Schmutte "Revisiting the Economics of Privacy: Population Statistics and Confidentiality Protection as Public Goods" (April 2017), [download preprint (http://digitalcommons.ilr.cornell.edu/ldi/37/)], published as Abowd, John M. and Ian M. Schmutte "An Economic Analysis of Privacy Protection and Statistical Accuracy as Social Choices," *American Economic Review,* Vol. 109, No. 1 (January 2019):171 202, DOI:10.1257/aer.20170627. [AER (https://www.aeaweb.org/articles?id 10.1257/aer.20170627), ArXiv preprint (https://arxiv.org/abs/1808.06303), Replication information (https://digitalcommons.ilr.cornell.edu/ldi/48/)]

9. Abowd, John M. "Where Have All the (Good) Jobs Gone? (May 2014) Society of Labor Economists Presidential Address. [download preprint (http://www.sole-jole.org/PA2014.pdf)] [accompanying audio (http://www.sole-jole.org/2014.dinner.edit.wav)]

10. Abowd, John M., John Haltiwanger, Julia Lane, Kevin McKinney and Kristin Sandusky "Technology and Skill: An Analysis of Within and Between Firm Differences" (March 2007) NBER WP 13043. [download preprint (https://blogs.cornell.edu/abowd/files/2017/10/ahlms 20070311 1jln6ph.pdf)]

11. Abowd, John M., Francis Kramarz, David N. Margolis, and Thomas Philippon "Minimum Wages and Employment in France and the United States" (February 2006). [archival download (https://blogs.cornell.edu/abowd/files/2017/10/akmp Adult Minimum Wages 20060215 2lak66k.pdf)]

12. Abowd, John M., Paul Lengermann and Kevin L. McKinney "The Measurement of Human Capital in the U.S. Economy," (March 2003) [download Census (ftp://ftp.census.gov/ces/tp/tp-2002-09.pdf), cited on September 1, 2015] [archival download (https://blogs.cornell.edu/abowd/files/2017/10/abowd_lengermann_mckinney_20030402-2ei9g9r.pdf)]

13. Abowd, John M., Robert Creecy and Francis Kramarz "Computing Person and Firm Effects Using Linked Longitudinal Employer Employee Data," (March 2002). [download Census (http://www2.census.gov/ces/tp/tp 2002 06.pdf), cited on September 1, 2015] [archival download (https://blogs.cornell.edu/abowd/files/2017/10/abowd creecy kramarz computation 1lh7f0p.pdf)] [Fortran source (https://blogs.cornell.edu/abowd/files/2017/10/fortran code 284woh4.zip)] [Support files (https://blogs.cornell.edu/abowd/files/2017/10/run cg2go 1xy46qh.zip)] [VirtualRDC archive (http://www2.vrdc.cornell.edu/news/computing-person-and-firm-effects-in-linked-data-cg2/)]

## MAJOR GRANTS AND RESEARCH CONTRACTS

1. Associate Director for Research and Methodology and Chief Scientist U.S. Census Bureau, Intergovernmental Personnel Act (IPA) with Cornell University, June 1, 2016—March 27, 2020.

2. Research and Methodology Support Services, U.S. Census Bureau contract with Cornell University, June 1, 2015   May 31, 2016, $268,897.

3. The Economics of Socially Efficient Privacy and Confidentiality Management for Statistical Agencies, Alfred P. Sloan Foundation awarded to Cornell University, April 1, 2015   March 31, 2019, $535,970. (co PIs Lars Vilhuber and Ian Schmutte)

4. RCN: Coordination of the NSF-Census Research Network, National Science Foundation SES 1237602 (http://nsf.gov/awardsearch/showAward.do?AwardNumber=1237602) awarded to the National Institute of Statistical Sciences, July 15, 2012—June 30, 2017, transferred to Cornell University, September 2014, $748,577. (PI Lars Vilhuber, other co-PIs Alan Karr, Jerome Reiter)

5. NCRN-MN: Cornell Census-NSF Research Node: Integrated Research Support, Training and Data Documentation, National Science Foundation Grant SES 1131848 (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber  1131848) awarded to Cornell University, October 1, 2011   September 30, 2016, $2,999,614. (with William Block, Ping Li, and Lars Vilhuber)

6. A Census  Enhanced Health and Retirement Study: A Proposal to Create and Analyze an HRS Dataset Enhanced with Characteristics of Employers, Alfred P. Sloan Foundation grant awarded to the Institute for Social Research, University of Michigan with a subcontract to Cornell University, September 1, 2011— August 31, 2016, Cornell component $349,608. (PI: Margaret Levenstein; other co-PIs: Matthew Shapiro, Kristin McCue and David Weir)

7. Synthetic Data User Testing and Dissemination (http://www.nsf.gov/awardsearch/showAward.do? AwardNumber  1042181), National Science Foundation Grant SES 1042181 (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber  1042181) awarded to Cornell University, September 15, 2010 to September 14, 2013, $197,170. (Co  PI Lars Vilhuber)

8. CDI Type II: Collaborative Research: Integrating Statistical and Computational Approaches to Privacy (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber  0941226), National Science Foundation Grant BCS 0941226 (http://www.nsf.gov/awardsearch/showAward.do? AwardNumber=0941226) awarded to Cornell University, September 1, 2010—August 31, 2014, $409,296. (Other PIs: Aleksandra B Slavkovic, Stephen E. Fienberg, Sofya Raskhodnikova, and Adam Smith)

9. TC:Large: Collaborative Research: Practical Privacy: Metrics and Methods for Protecting Record-level and Relational Data (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber  1012593), National Science Foundation Grant TC 1012593 (http://www.nsf.gov/awardsearch/showAward.do? AwardNumber  1012593) awarded to Cornell University, July 15, 2010 to July 14, 2015, $1,326,660. (Other PIs: Johannes Gehrke, Gerome Miklau, and Jerome Reiter)

10. The Longitudinal Employer  Household Dynamics Program, U.S. Bureau of the Census (http://lehd.dsd.census.gov/led/), Interagency Personnel Act (IPA) with Cornell University, September 18, 1998 – September 17, 2000, $260,000; renewed September 14, 2000—September 13, 2002, $320,000; contract renewed as consultant September 14, 2002—September 13, 2003 ($120,000); renewed as IPA September 15, 2003 – September 14, 2005 ($384,590); renewed as IPA September 15, 2005— September 14, 2007 ($425,215); new September 15, 2008   September 14, 2010 (497,897); renewed September 15, 2010   September 14, 2012 (532,893); continued as a contract with ACES  Research, LLC (September 17, 2012  September 16, 2013); re  established as IPA October 1, 2013   September 30, 2014 ($231,757); re  established as IPA November 14, 2014   May 31, 2015 ($229,095).

11. Social Science Gateway to TeraGrid (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber 0922005), National Science Foundation Grant SES 0922005 awarded to Cornell University, July 1, 2009 to June 30, 2012, $393,523. (Co PI Lars Vihuber) [Cornell Chronicle Article (http://www.news.cornell.edu/stories/July09/ILRgatewayGrant.html)] [ILR News Release (http://www.ilr.cornell.edu/news/072709_superComputerPower.html)]

12. Joint NSF-Census-IRS Workshop on Synthetic Data and Confidentiality Protection, July 2009 Washington, DC (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber=0922494), National Science Foundation Grant SES 0922494 awarded to Cornell University, July 1, 2009 to June 30, 2010, $18,480. (Co PIs Lars Vilhuber, Jerome Reiter, and Ron Jarmin)

13. The Economics of Mass Layoffs: Displaced Workers, Displacing Firms, Causes and Consequences (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber 0820349), National Science Foundation Grant SES 0820349 awarded to Cornell University, October 1, 2008 to September 30, 2010, $245,950. (Co PI Lars Vilhuber)

14. LEHD Developmental and Confidentiality Research, Census Bureau Contract to Abt Associates with subcontract awarded to Cornell University, August 1, 2007 to September 30, 2008, $358,270.

15. CT-T: Collaborative Research: Preserving Utility While Ensuring Privacy for Linked Data (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber=0627680), National Science Foundation Grant CNS-0627680 awarded to Cornell University, September 5, 2006 to August 31, 2009, $488,950. (PI Johannes Gehrke)

16. LEHD Confidentiality Research, Census Bureau (http://lehd.dsd.census.gov/led/library/techpapers/tp 2006 02.pdf) Contract to Abt Associates with subcontract awarded to Cornell University, October 1, 2004 to September 30, 2005, $230,155.

17. ITR (ECS+ASE) (dmc+int): Info Tech Challenges for Secure Access to Confidential Social Science Data (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber=0427889), National Science Foundation Grant SES-0427889 awarded to Cornell University, October 1, 2004 to September 30, 2007, $2,938,000. (Co-PIs Matthew D. Shapiro, Ronald Jarmin, Stephen F. Roehrig, and Trivellore Raghunathan) [Cornell Chronicle article (http://www.news.cornell.edu/Chronicle/04/10.7.04/Abowd_census.html)]

18. EITM: Developing the Tools to Understand Human Performance: An Empirical Infrastructure to Foster Research Collaboration (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber 0339191), National Science Foundation Grant SES 0339191 awarded to Cornell University, October 1, 2004 to September 30, 2007, $337,455 (Co PIs John Haltiwanger and Ron Jarmin)

19. The New York Research Data Center (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber 0322902), National Science Foundation Grant SES 0322902 awarded to the NBER, August 1, 2003 to July 31, 2004, $300,000. (PI Neil G. Bennett, Other co-PIs Bart Hobijn, Erica L. Groshen, Robert E. Lipsey)

20. Workshop on Confidentiality Research (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber=0328395), National Science Foundation Grant SES-0328395 awarded to the Urban Institute, June 1, 2003 May 31, 2004, $43,602. (Co PI Julia Lane)

21. Firms, Workers and Workforce Quality: Implications for Earnings Inequality and Economic Growth, Alfred P. Sloan Foundation Grant 22319 000 00 awarded to the Urban Institute, January 2003 January

2006, $1,400,000. (Co PIs John Haltiwanger, Julia Lane, J. Bradford Jensen, Fredrick Knickerbocker, and Ronald Prevost)

22. The Demand for Older Workers: Using Linked Employer Employee Data for Aging Research, National Institute on Aging, R01-AG18854-01 to Cornell University, July 1, 2002 – April 30, 2007, $1,753,637. (Co-PIs John Haltiwanger, Andrew Hildreth, and Julia Lane)

23. Workers and Firms in the Low-wage Labor Market: Interactions and Long Run Dynamics, Russell Sage Foundation, Rockefeller Foundation, and Department of Health and Human Services (ASPE) to the Urban Institute $700,000, September 1, 2001 August 31, 2003. (Co-PIs John Haltiwanger, Harry Holzer, and Julia Lane)

24. From Workshop Floor to Workforce Clusters: A New View of the Firm, Alfred P. Sloan Foundation, 99 12 12 to the Urban Institute, March 1, 2000    March 31, 2002, $314,604. (Co PIs John Haltiwanger and Julia Lane)

25. Dynamic Employer Household Data and the Social Data Infrastructure (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber=9978093), National Science Foundation, SES-9978093 to Cornell University, September 28, 1999 – September 27, 2005, $4,084,634. (Co-PIs John Haltiwanger and Julia Lane)

26. The Longitudinal Employer-Household Dynamics Program, National Institute on Aging, interagency funding to the United States Census Bureau, September, 1999 – August, 2001, $490,000. Renewed September 2001    August 2004, $750,000 (Co PIs John Haltiwanger and Julia Lane) [Cornell Chronicle article (http://www.news.cornell.edu/Chronicle/00/3.9.00/census data.html)]

27. Individual and Firm Heterogeneity in Labor Markets: Studies of Matched Employee Employer Data (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber 9618111), National Science Foundation SBER 9618111 to the NBER, March 15, 1997    February 28, 2002, $243,361.

28. Creation of an Employer Identification Link File and Addition of Employer Information to the National Longitudinal Survey of Youth 1979 Cohort, Bureau of Labor Statistics (subcontracted by NORC, University of Chicago, Chicago, IL 60637), July 1, 1995 – December 31, 1997, $82,946.

29. Employment and Compensation Policies: Studies of American and French Labor Markets Using Matched Employer-Employee Data (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber=9321053), National Science Foundation SBR 9321053 to the NBER, July 1, 1994    June 31, 1997, $ 185,257. (Co PIs David Margolis and Kenneth Troske)

30. Compensation System Design, Employment and Firm Performance: An Analysis of French Microdata and a Comparison to the United States (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber 9111186), National Science Foundation, SBR 9111186 to Cornell University, July 1, 1991 – December 30, 1994, $174,565.

31. The Effects of Collective Bargaining and Threats of Unionization on Firm Investment Policy, Return on Investment, and Stock Valuation (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber=8813847), National Science Foundation, SES 8813847 to the NBER, July 1, 1988 – June 30, 1990, $81,107.

32. Improving the Scientific Research Utility of Labor Force Gross Flow Data (http://www.nsf.gov/awardsearch/showAward.do?AwardNumber 8513700), National Science Foundation, SES 85 13700 to the NBER, April 15, 1986    March 31, 1988, $69,993.

33. Program Evaluation: New Panel Data Methods for Evaluating Training Effects, U.S. Department of Labor Contract 23 17 80 01 to NORC at the University of Chicago, 1983.

34. Minority Unemployment, Compensating Differentials and the Effectiveness of the EEOC, U.S. Department of Labor Contract 20-17-80-44 to NORC at the University of Chicago, 1982.

35. An Analysis of Hispanic Employment, Earnings and Wages with Special Reference to Puerto Ricans, U.S. Department of Labor Grant 21-36-78-61, 1981.

## PROFESSIONAL SERVICE, SURVEYS, AND DATA COLLECTION

1. Advisory Board, Tumult Labs (https://www.tmlt.io/company), December 2023-2025.

2. Advisory Board Electronic Privacy Information Center (https://epic.org/about/advisory board/) (EPIC), November 2023 [press release (https://epic.org/press release leading privacy scholars and advocates join epic advisory board/)].

3. National Institute of Statistical Sciences, Board of Trustees (https://www.niss.org/people/board of trustees), elected member, 2023 2026.

4. American Association for the Advancement of Science, Section K Steering Committee (https://www.aaas.org/governance/section-k) (2021-2023) and Council Member (2023).

5. Canadian Research Data Centre Network Inaugural Board (https://crdcn.org/) 2017-2019.

6. President, Society of Labor Economists 2013-2014.

7. American Economic Association, Committee on Economic Statistics (AEAWeb (http://www.aeaweb.org/committees/AEAStat/committee.php)) 2013 2018.

8. Chair, Business and Economic Statistics Section, American Statistical Association 2013, Council of Sections 2013 2016.

9. National Academy of Sciences, Committee on National Statistics (CNSTAT (http://www7.nationalacademies.org/cnstat/)) 2010 2013; reappointed 2013 2016.

10. National Academy of Sciences, CNSTAT, Panel on Measuring and Collecting Pay Information from U.S. Employers by Gender, Race, and National Origin (http://www.nap.edu/openbook.php?record_id=13496&page=R1), (Chair) 2011-2012.

11. Executive Director, Cornell Federal Statistical Research Data Center, 2004–2014.

12. National Academy of Sciences, CNSTAT, Panel on Measuring Business Formation, Dynamics and Performance (http://books.nap.edu/openbook.php?record id 11844&page R5), 2004 2007.

13. National Academy of Sciences, CNSTAT, Panel on Data Access for Research Purposes (http://books.nap.edu/openbook.php?record id 11434&page R5), 2002 2005.

14. Executive Committee, Conference on Research in Income and Wealth 2002 .

15. Distinguished Senior Research Fellow, LEHD Program, U.S. Census Bureau 1998 2016.

16. Social Science and Humanities Research Council (Canada), Major Collaborative Research Initiatives review panel, 1997, 1998.

17. Technical Advisory Board for the National Longitudinal Surveys of the Bureau of Labor Statistics, 1988-1990, 1992-2001, Chair 1999-2001.

18. National Science Foundation, Economics Panel, 1990 91, 1992 93; KDI Panel 1999; Infrastructure Panel 2000; CDI Panel 2008; CDI Panel 2009.

19. Principal Investigator for The Center for Advanced Human Resource Studies Managerial Compensation Data Base. sponsored by the Cornell University Center for Advanced Human Resource Studies, 1989 1994.

20. Principal Investigator for A Longitudinal Data Base of Collective Bargaining Agreements. Sponsored by the Bureau of National Affairs and the University of Chicago Graduate School of Business, 1985.

# PROFESSIONAL ORGANIZATIONS

1. American Economic Association (http://www.vanderbilt.edu/AEA/)
2. American Statistical Association (http://www.amstat.org/index.cfm?fuseaction  main)
3. Econometric Society (http://www.econometricsociety.org/)
4. Society of Labor Economists (http://client.norc.org/jole/SOLEweb/sole.htm)
5. International Statistical Institute (http://www.isi-web.org/)
6. International Association for Official Statistics (http://isi.cbs.nl/iaos/)
7. National Association for Business Economics (https://www.nabe.com/)
8. American Association of Wine Economists (http://www.wine-economics.org/)
9. American Association for Public Opinion Research (https://www.aapor.org/)
10. Association for Computing Machinery (https://www.acm.org/)
11. American Association for the Advancement of Science (https://www.aaas.org/)

# PERSONAL INFORMATION

United States citizen

Personal email: ███████████████████████████████

[Updated December 1, 2025]

Search ...

© 2026 John M. Abowd. All Rights Reserved.

Coller Theme by Rohit (http://inkhive.com/).