IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| STATE OF COLORADO, *et al.*<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>　　　　　　　Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DECLARATION OF TRAVIS R. CHAPMAN**

I, Travis R. Chapman, declare as follows:

1. I am an attorney at the Antitrust Division of the United States Department of Justice representing Plaintiff United States of America in this matter.

2. Attached as Exhibit B is a true and correct copy of email correspondence between myself and Graham Safty, an attorney representing Google in this matter.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of January, 2026.

*/s/ Travis R. Chapman*

U.S. Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 Fifth Street NW, Suite 7100
Washington, DC 20530
Telephone: 202-353-9006
travis.chapman@usdoj.gov

*Counsel for Plaintiff*
*United States of America*