| | |
|---|---|
| **From:** | Chapman, Travis (ATR) |
| **To:** | Safty, Graham; Herrmann, Karl (ATR); Fergusson, Grant (ATR); Dahlquist, David (ATR); Gower, Cameron (ATR); Karr, Ryan (ATR); Yeung, Nina (ATR; Jon Sallet; Austin Ostiguy; Brian Wang; Cari Jeffries; Diamante Smith; Elizabeth Maxeiner; Choksi, Kunal (NC); Istrail, Lee; Ratcliffe Kathleen; Sarah Mader; Tyler Corcoran; Michael Schwartz; Conor May |
| **Cc:** | Schmidtlein, John; Smurzynski, Kenneth; Greenblum, Benjamin; Connor, Colette; Maier, Gloria; Ryan, Thomas; Yeager, Christopher; "Popofsky, Mark S."; "McGinnis, Matthew"; "Rubinstein, Franklin"; "Sommer, Michael"; Levin, Nickolai (ATR); Waring, Matthew (ATR); Kuhlmann, Patrick (ATR) |
| **Subject:** | RE: US v. Google, No. 20-cv-3010 |
| **Date:** | Thursday, January 15, 2026 7:29:34 PM |

Graham – Thank you for meeting and conferring earlier today. With respect to Google's motion, you may state Plaintiffs' position as follows: "Plaintiffs oppose the motion for a partial stay pending the resolution of an appeal as premature, among other reasons. The alleged irreparable injury arising from the four listed requirements is months away, and information important to assessing the stay—such as the basis of Google's appeal and the terms of syndication agreements—remains unknown. Plaintiffs would be open to working with Google to find alternative ways to raising this at a later date."

Best,

Travis

---

**From:** Safty, Graham <GSafty@wc.com>
**Sent:** Wednesday, January 14, 2026 1:22 PM
**To:** Chapman, Travis (ATR) <Travis.Chapman@usdoj.gov>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Gower, Cameron (ATR) <Richard.Gower@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Yeung, Nina (ATR <Nina.Yeung@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Austin Ostiguy <Austin.Ostiguy@ag.tn.gov>; Brian Wang <Brian.Wang@doj.ca.gov>; Cari Jeffries <Cari.Jeffries@doj.ca.gov>; Diamante Smith <diamante.smith@oag.texas.gov>; Elizabeth Maxeiner <Elizabeth.Maxeiner@ilag.gov>; Choksi, Kunal (NC) <kchoksi@ncdoj.gov>; Istrail, Lee <Lee.Istrail@myfloridalegal.com>; Ratcliffe Kathleen <Kathleen.Ratcliffe@OhioAGO.gov>; Sarah Mader <Sarah.Mader@OhioAGO.gov>; Tyler Corcoran <Tyler.Corcoran@ag.tn.gov>; Michael Schwartz <Michael.Schwartz@ag.ny.gov>; Conor May <Conor.May@coag.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; Ryan, Thomas <TRyan@wc.com>; Yeager, Christopher <CYeager@wc.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Sommer, Michael' <msommer@wsgr.com>
**Subject:** [EXTERNAL] RE: US v. Google, No. 20-cv-3010

Travis,

We are also available tomorrow at 11am ET. Please circulate an invitation at your convenience.

I am attaching a draft of Google's cover motion identifying the provisions that Google seeks to stay

consistent with my email below. We can answer questions on the call regarding Google's bases for seeking to stay these particular provisions. We ask that Plaintiffs be prepared to provide their position during or shortly after the call because Google intends to file the motion and supporting papers as soon as tomorrow evening.

Best,

**Graham Safty**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | vcard | www.wc.com/gsafty

**From:** Chapman, Travis (ATR) <Travis.Chapman@usdoj.gov>
**Sent:** Wednesday, January 14, 2026 11:43 AM
**To:** Safty, Graham <GSafty@wc.com>; Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Gower, Cameron (ATR) <Richard.Gower@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Yeung, Nina (ATR <Nina.Yeung@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Austin Ostiguy <Austin.Ostiguy@ag.tn.gov>; Brian Wang <Brian.Wang@doj.ca.gov>; Cari Jeffries <Cari.Jeffries@doj.ca.gov>; Diamante Smith <diamante.smith@oag.texas.gov>; Elizabeth Maxeiner <Elizabeth.Maxeiner@ilag.gov>; Choksi, Kunal (NC) <kchoksi@ncdoj.gov>; Istrail, Lee <Lee.Istrail@myfloridalegal.com>; Ratcliffe Kathleen <Kathleen.Ratcliffe@OhioAGO.gov>; Sarah Mader <Sarah.Mader@OhioAGO.gov>; Tyler Corcoran <Tyler.Corcoran@ag.tn.gov>; Michael Schwartz <Michael.Schwartz@ag.ny.gov>; Conor May <Conor.May@coag.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; Ryan, Thomas <TRyan@wc.com>; Yeager, Christopher <CYeager@wc.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Sommer, Michael' <msommer@wsgr.com>
**Subject:** RE: US v. Google, No. 20-cv-3010

Graham –

We would like to schedule a meet and confer to discuss. We are available at 11am tomorrow. Please send us a draft of your motion in advance of the meet and confer to allow Plaintiffs to more precisely understand your proposal.

Best,

Travis

_____
Travis R. Chapman
Acting Assistant Chief, Technology and Digital Platforms Section
U.S. Department of Justice, Antitrust Division

450 5th Street, N.W., Suite 7100
Washington, DC 20530
202.353.9006 (office)
202.476.0545 (cell)
Travis.Chapman@usdoj.gov

---

**From:** Safty, Graham <GSafty@wc.com>
**Sent:** Tuesday, January 13, 2026 9:10 PM
**To:** Herrmann, Karl (ATR) <Karl.Herrmann@usdoj.gov>; Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Dahlquist, David (ATR) <David.Dahlquist@usdoj.gov>; Chapman, Travis (ATR) <Travis.Chapman@usdoj.gov>; Gower, Cameron (ATR) <Richard.Gower@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Yeung, Nina (ATR <Nina.Yeung@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; Austin Ostiguy <Austin.Ostiguy@ag.tn.gov>; Brian Wang <Brian.Wang@doj.ca.gov>; Cari Jeffries <Cari.Jeffries@doj.ca.gov>; Diamante Smith <diamante.smith@oag.texas.gov>; Elizabeth Maxeiner <Elizabeth.Maxeiner@ilag.gov>; Choksi, Kunal (NC) <kchoksi@ncdoj.gov>; Istrail, Lee <Lee.Istrail@myfloridalegal.com>; Ratcliffe Kathleen <Kathleen.Ratcliffe@OhioAGO.gov>; Sarah Mader <Sarah.Mader@OhioAGO.gov>; Tyler Corcoran <Tyler.Corcoran@ag.tn.gov>; Michael Schwartz <Michael.Schwartz@ag.ny.gov>; Conor May <Conor.May@coag.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Smurzynski, Kenneth <KSmurzynski@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Connor, Colette <CConnor@wc.com>; Maier, Gloria <GMaier@wc.com>; Ryan, Thomas <TRyan@wc.com>; Yeager, Christopher <CYeager@wc.com>; 'Popofsky, Mark S.' <Mark.Popofsky@ropesgray.com>; 'McGinnis, Matthew' <Matthew.McGinnis@ropesgray.com>; 'Rubinstein, Franklin' <frubinstein@wsgr.com>; 'Sommer, Michael' <msommer@wsgr.com>
**Subject:** [EXTERNAL] US v. Google, No. 20-cv-3010

Counsel,

Google is planning to appeal the Final Judgment and to move for a partial stay of the Final Judgment while its appeal is pending. The motion will ask the Court to stay all requirements to disclose data related to Google's Web Search index or User-side Data to Qualified Competitors, and all requirements to enter a search or search text ads syndication license with Qualified Competitors. The motion will not seek to stay preparatory work associated with these remedies, such as appointing the Technical Committee, certifying Qualified Competitors, determining privacy and security safeguards for User-side Data, and submitting proposed licenses for the provision of User-side Data and syndication services. The proposed stay also will not apply to other provisions of the Final Judgment, such as the prohibitory injunction in Section III.

Please provide Plaintiffs' position on the motion for a partial stay. We are available to confer as needed.

Best,

**Graham Safty**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5548 | [vcard](vcard) | [www.wc.com/gsafty](www.wc.com/gsafty)

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.