IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>                      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>                      Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER DENYING DEFENDANTS'
MOTION FOR A PARTIAL STAY PENDING APPEAL**

      WHEREAS, on January 16, 2026, Defendant in the above-captioned cases filed a Motion for a Partial Stay Pending Appeal;

      AND WHEREAS Google has not shown that it will be irreparably injured absent a stay;

      AND WHEREAS Google has not made a strong showing that it is likely to succeed on the merits;

      AND WHEREAS the public interest weighs against a stay, it is hereby **ORDERED**:

      That Google's Motion for a Partial Stay Pending Appeal is **DENIED without Prejudice**.

Dated: _____, 2026                                              _____

                                                                                           Hon. Amit P. Mehta  
                                                              United States District Court Judge