IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>      Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>      Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED JOINT MOTION FOR ADDITIONAL TIME TO DESIGNATE TECHNICAL COMMITTEE MEMBERS**

  WHEREAS, on February 2, 2026, Plaintiffs in the above-captioned cases jointly filed an Unopposed Joint Motion for Additional Time to Designate Technical Committee Members;

  it is hereby **ORDERED**:

  (1) That Plaintiffs' Unopposed Joint Motion for Additional Time to Designate Technical Committee Members is **GRANTED**;

  (2) That the deadline for Plaintiffs to apply to the Court for appointment of the persons selected by the Standing Committee Members to serve as the fourth and fifth Technical Committee Members pursuant to Section VII.A.3.d of the Final Judgment in the above-captioned

cases shall be set for four weeks after the date on which the TC Services Agreement, Confidentiality Agreement, and Indemnity Agreement are signed by all Standing Committee Members;

(3) That the parties shall submit any disputes over the terms of the TC Services Agreement and Confidentiality Agreement to the Court for resolution by 4:00 PM ET on February 6, 2026; and

(4) That Plaintiffs shall promptly notify the Court of the date on which the TC Services Agreement, Confidentiality Agreement, and Indemnity Agreement are signed by all Standing Committee Members,.

Dated: _____, 2026                                                      _____

                                                                                                    Hon. Amit P. Mehta
                                                                                                    United States District Court Judge