**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:20-cv-03010-APM |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| *Defendant*. | |

**<u>NOTICE OF WITHDRAWAL OF APPEARANCE</u>**

Brendan Ballou respectfully notifies the Court of his withdrawal as counsel for

Plaintiff United States of America in *United States v. Google, LLC*, Case No. 1:20-cv-03010.

Respectfully submitted,

<u>/s/ Brendan Ballou</u>
Brendan Ballou
D.C. Bar No. 241592
1763 Columbia Rd NW Ste 175 #357995
Washington, DC 20009
(917) 684-3900