**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED JOINT MOTION FOR ADDITIONAL TIME TO SUBMIT TEMPLATE LICENSE AGREEMENTS FOR SEARCH SYNDICATION AND SEARCH TEXT ADS SYNDICATION**

WHEREAS, on April 3, 2026, Plaintiffs in the above-captioned cases jointly filed an Unopposed Joint Motion for Additional Time to Submit Template License Agreements for Search Syndication and Search Text Ads Syndication;

it is hereby **ORDERED**:

(1) That Plaintiffs' Unopposed Joint Motion for Additional Time to Submit Template License Agreements for Search Syndication and Search Text Ads Syndication is **GRANTED**;

2

(2) That the deadline for Plaintiffs to submit to the Court templates for a Search Syndication License and a Search Text Ads Syndication License is sixty (60) days after the date on which the remaining two Technical Committee Members are appointed by the Court; and

(3) That Plaintiffs shall promptly notify the Court of the date on which the TC Services Agreement, Confidentiality Agreement, and Indemnity Agreement are signed by the remaining Technical Committee Members.

Dated: __April 6__, 2026

_____

Hon. Amit P. Mehta
United States District Court Judge

2