## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *et al.*, <br><br>                           Plaintiffs, <br><br> v. <br><br> Google LLC, <br><br>                           Defendant. | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

### NOTICE OF WITHDRAWAL OF APPEARANCE

David E. Dahlquist respectfully notifies the Court of his withdrawal as counsel for Plaintiff United States of America in *United States v. Google, LLC*, Case No. 1:20-cv-03010. Danielle Hauck, Travis R. Chapman and Claire M. Maddox will continue to represent the United States as counsel of record.

Dated: April 10, 2026

Respectfully submitted,

*/s/ Karl E. Herrmann*
Karl E. Herrmann (D.C. Bar #1022464)
David E. Dahlquist

U.S. DEPARTMENT OF JUSTICE
Antitrust Division
Technology & Digital Platforms Section
450 5th Street, NW
Washington, DC 20530
Telephone: 202-476-0316
Email: karl.herrmann@usdoj.gov

*Counsel for Plaintiff United States of America*