**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED JOINT MOTION FOR**
**ADDITIONAL TIME TO DESIGNATE TECHNICAL COMMITTEE MEMBERS**

WHEREAS, on April 24, 2026, Plaintiffs in the above-captioned cases jointly filed an Unopposed Joint Motion for Additional Time to Designate Technical Committee Members;

it is hereby **ORDERED**:

(1) That Plaintiffs' Unopposed Joint Motion for Additional Time to Designate Technical Committee Members is **GRANTED**; and

(2) That the deadline for Plaintiffs to apply to the Court for appointment of the persons selected by the Standing Committee Members to serve as the fourth and fifth Technical

2

Committee Members pursuant to Section VII.A.3.d of the Final Judgment in the above-captioned

cases shall be set for May 18, 2026.


Dated: ___April 24___, 2026                                    _____

                                                                        Hon. Amit P. Mehta
                                                                        United States District Court Judge

2