**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**ORDER APPOINTING FOURTH AND FIFTH**
**TECHNICAL COMMITTEE MEMBERS**

WHEREAS, on May 8, 2026, Plaintiffs in the above-captioned cases jointly filed an

Unopposed Joint Motion for Appointment of the Fourth and Fifth Technical Committee

Members pursuant to this Court's Final Judgment;

AND WHEREAS the Court has reviewed the qualifications of the proposed Technical

Committee members, and having not been informed of objections or conflicts, it is hereby

**ORDERED:**

2

(1) That Plaintiffs' Unopposed Joint Motion for Appointment of the Fourth and Fifth Technical Committee Members, ECF No. 1515, to appoint Prof. Dirk Bergemann and Mr. Cesare John Saretto members of the Technical Committee is **GRANTED**.

Dated: _____May 9_____, 2026

                _____

                 Hon. Amit P. Mehta
            United States District Court Judge