# Exhibit A

## I.    PROF. DIRK BERGEMANN

The Standing Committee Members have selected Prof. Dirk Bergemann to be a member of the Technical Committee. Prof. Bergemann is an economist and computer scientist who specializes in market design, the economics of information, game theory, and the application of these concepts to online marketplaces. He is the Douglass and Marion Campbell Professor of Economics and past Economics Department Chair at Yale University, where he is also Professor of Computer Science in the School of Engineering and Applied Sciences and Professor of Finance in the School of Management. Prof. Bergemann is also the Founding Director of the Center for Algorithms, Data, and Market Design at Yale (CADMY). He has further served as the Co-Editor of *Econometrica* and *American Economic Review: Insights*.

Prof. Bergemann is a widely cited author of seminal contributions to game theory, contract theory, venture capital, and market design. His work has been published in leading economics journals including the *American Economic Review*, *Econometrica*, *Journal of Political Economy*, and *Review of Economic Studies*. He has also published extensively in leading computer science conferences including the Association for Computing Machinery (ACM) Conference on Economics and Computation (ACM EC) Proceedings, the ACM Web (formerly ACM WWW) Conference Proceedings, the International Conference on Web and Internet Economics (WINE) Proceedings, and the ACM Special Interest Group on Data Communication (SIGCOMM) Conference Proceedings. His most recent work concerns the markets for data, auctions for digital advertising, information design, robust mechanism design, and algorithmic pricing.

Prof. Bergemann is a fellow of the American Academy of Arts and Sciences, Society for the Advancement of Economic Theory, European Economics Association, and Econometric Society.

A true and correct copy of Prof. Bergemann's CV is attached as Attachment 1.

## II.    CESARE JOHN "CJ" SARETTO

The Standing Committee Members have also selected Cesare John "CJ" Saretto to be a member of the Technical Committee. Mr. Saretto is a technology executive with extensive experience in architecting, scaling, and securing complex, data-driven platforms. With expertise in the intersection of AI and information retrieval, Mr. Saretto's technical proficiency includes a deep understanding of data security, role-based access controls, and the critical balance between data utility and privacy, a skill set honed while navigating the rigorous compliance requirements of the regulated sectors.

Currently serving as the Chief Technology Officer at Axiom, Mr. Saretto has led the development of Axiom's proprietary legal talent platform, which now supports an approximately $500 million global legal services business. His expertise spans the end-to-end lifecycle of high-performance systems, from designing web-scale architectures to managing the complexities of automated, AI-assisted annotation and intelligent matching.

Prior to his tenure at Axiom, Mr. Saretto held significant leadership roles at Change Healthcare, where he managed significant enterprise research and development portfolios and oversaw critical software platforms in a strictly regulated healthcare environment. His experience also includes over a decade of leadership at Microsoft, where he led large-scale information platforms and the early adoptions of cloud-based services.

Mr. Saretto holds a Master of Science and a Bachelor of Science in Computer Science from North Carolina State University.

A true and correct copy of Mr. Saretto's CV is attached as Attachment 2.

# ATTACHMENT 1

# Dirk Bergemann

Department of Economics                                            April 2026
Yale University                                                        phone ████
New Haven, CT 06520-8268                                                  fax ████
http://campuspress.yale.edu/dirkbergemann            ████████

Date of Birth: September, 23, 1964
German and US citizen

## Academic Background

University of Pennsylvania, Ph.D. (Economics) 1994,
"Essays in Learning and Intertemporal Incentives"
Thesis Committee: George Mailath (Chair), Andrew Postlewaite, Rafael Rob
Yale University, M.A. (Privatim) 2003
University of Pennsylvania, M.A. (Economics) 1992
J.W.Goethe University, Frankfurt, Vordiplom (Economics), 1989

## Academic Appointments

2005 -    Douglass and Marion Campbell Professor of Economics
2022 -    Founding Director, Center for Algorithms, Data and Market Design at Yale (CADMY)
2008 -    Professor of Computer Science (secondary), School of Engineering and Applied Sciences
2015 -    Professor of Finance (secondary), School of Management
1996 -    Staff Member of the Cowles Foundation

## Visiting and Past Appointments

2021 -    Scholar, Amazon Inc.
2020 -    International Faculty, University of Cologne
2006 -    Research Fellow, CEPR
2004 -    Research Fellow, CESifo
2020 - 2022 Distinghuished Fellow, Luohan Academy
2021 - 2022 Research Associate, Fondazione Eni Enrico Mattei
2021 - 2022 Visiting Scholar, MIT
2013 - 2021 Contributing Faculty, Yale-NUS College, Singapore
2019 - 2020 Visiting Research Faculty, Google Research New York
2013 - 2019 Chair, Department of Economics, Yale University
2015 - 2016 Consulting Researcher, Microsoft Research (previously 2010 - 2011)
2004 - 2005 Visiting Professor, Columbia University
2003 - 2004 DFG Mercator Research Professor, University of Munich
2003 - 2004 Professor, Yale University
2001 - 2002 Associate Professor (with tenure), Yale University
1998 - 1999 Visiting Assistant Professor, MIT
1995 - 1996 Visiting Scholar, Boston University
1995       Visiting Assistant Professor, Bonn University
1995 - 2000 Assistant Professor, Yale University
1994 - 1997 Research Associate, Institute of Economic Analysis, Barcelona
1994 - 1995 Assistant Professor, Princeton University

**Grants, Fellowships and Honors**

2021 - present    Fellow, American Academy of Arts and Sciences
2015 - present    Fellow, Society for the Advancement of Economic Theory
2012 - present    Fellow, European Economic Association
2007 - present    Fellow, Econometric Society
2026 - 2028 United Kingdom Department of Science, Innovation and Technology, AI Alignment: A Mechanism Design Perspective
2025 - 2028 National Science Foundation Research Grant, (SES 2519400 with A. Bonatti)
2024 - 2029 ONR Multidisciplinary University Research Initiative N00014-24-1-2742
2021 - 2025 National Science Foundation Research Grant, (SES 2049754 with S. Morris)
2020 - 2024 National Science Foundation Research Grant, (SES 1948336 with A. Bonatti)
2022 - 2023 Google Faculty Fellowship
2021 - 2023 Omidyar Network Research Grant (with F. Scott-Morton)
2021 - 2023 Sloan Foundation The Data Economy (with F. Scott-Morton)
2021 - 2022 Fellow, Center of Quantum Networks, University of Arizona
2020 - 2021 Omidyar Network Research Grant (with F. Scott-Morton)
2020 - 2021 Knight Foundation Research Grant
2016 - 2019 National Science Foundation Research Grant, (SES 1459899 with S. Morris)
2014 - 2016 Hans Fischer Senior Fellow, Technical University Munich
2014 - 2015 Google Faculty Fellowship
2012 - 2015 National Science Foundation Research Grant, (ICES 1215808 with S. Morris)
2009 - 2012 National Science Foundation Research Grant, (SES 0851200 with S. Morris)
2008        Best Advisor Award, Department of Economics, Yale University
2005 - 2008 National Science Foundation Research Grant, (SES 0518929 with S. Morris)
2005         Alexander von Humboldt Foundation Fellowship (declined)
2004 - 2008 National Science Foundation Research Grant (CNS 0428422 with J. Feigenbaum & S. Shenker)
2003 - 2004 DFG Mercator Research Professorship
2002        Best Teacher Award, Department of Economics, Yale University
2001 - 2004 National Science Foundation Research Grant, (SES 0095321 with S. Morris)
1999 - 2001 Alfred P. Sloan Research Fellowship
1998 - 1999 Yale University Junior Faculty Fellowship
1997 - 2000 National Science Foundation Research Grant, (SBE 9709887) , with J. Välimäki)
1989 - 1994 German National Science Foundation Ph.D. Fellowship
1989 - 1990 Fulbright Scholarship

**Refereed Publications**

1. "Soft-Floor Auctions: Harnessing Regret to Improve Efficiency and Revenue", *American Economic Review,* conditionally accepted, with Kevin Breuer, Peter Cramton, Jack Hirsch, Yero S. Ndiaye and Axel Ockenfels

2. "Screening with Persuasion", *Journal of Political Economy,* 2026, 134, 570-625, with Tibor Heumann and Stephen Morris

3. "The Intended and Unintended Consequences of Privacy Regulation for Consumer Marketing", *Marketing Science,* 2025, 44, 975-984, with Jean-Pierre Dube, Avi Goldfarb, Garrett Johnson, Anja Lambrecht, Tesary Lin, Anna Tuchman, and John Lynch

2

4. "Bidding with Budgets: Data-Driven Bid Algorithms in Digital Advertising", *International Journal of Industrial Organization,* 2025, 102, 1-15, with Alessandro Bonatti and Nicholas Wu

5. "On the Alignment of Consumer Surplus and Total Surplus Under Competitive Price Discrimination". *American Economic Journal: Microeconomics,* 2025, 17, 234-259, with Benjamin Brooks and Stephen Morris

6. "How Do Digital Advertising Auctions Impact Product Prices?", *Review of Economic Studies,* 2025, 92, 2330-2358, with Alessandro Bonatti and Nicholas Wu

7. "Data, Competition and Digital Platforms" *American Economic Review,* 2024, 114, 2553-2595, with Alessandro Bonatti

8. "Market Design for Personal Data" *Yale Journal of Regulation,* 2023, with Jacques Crémer, David Dinielli, Carl-Christian Groh, Paul Heidhues, Maximilian Schäfer, Monika Schnitzer, Fiona M. Scott Morton, Katja Seim and Michael Sullivan

9. "Optimal Information Disclosure in Auctions", *American Economic Review: Insights,* 2022, 371-388, with Tibor Heumann, Stephen Morris, Constantine Sorokin, and Eyal Winter

10. "Progressive Participation", *Theoretical Economics,* 2022, 53, 1007-1039, with Philipp Strack

11. "The Economics of Social Data", *RAND Journal of Economics,* 2022, 53, 263-296, with Alessandro Bonatti and Tan Gan

12. "Counterfactuals with Latent Information", *American Economic Review,* 2022, 112, 343-368, with Ben Brooks and Stephen Morris

13. Third-Degree Price Discrimination versus Uniform Pricing, *Games and Economic Behavior,* 2022, 131, 275-291, with Francisco Castro and Gabriel Weintraub

14. "Information Markets and Nonmarkets", *Handbook of Industrial Organization, Volume IV,* 2021, Chapter 8, 593-672, with Marco Ottaviani

15. "Nonlinear Pricing with Finite Information", *Games and Economic Behavior,* 2021, 130, 62-84, with Jinkun Zhang and Edmund Yeh

16. "Search, Prices and Information", *Journal of Political Economy,* 2021, 129, 2275-2319, with Ben Brooks and Stephen Morris

17. "Information, Market Power and Price Volatility", *RAND Journal of Economics,* 2021, 52, 125-150, with Tibor Heumann and Stephen Morris

18. "Countering the Winner's Curse: Optimal Auction Design in a Common Value Model", *Theoretical Economics,* 2020, 15, 1399-1434, with Ben Brooks and Stephen Morris

19. "The Scope of Sequential Screening with Ex-Post Participation Constraints", *Journal of Economic Theory,* 2020, 188, 1-62, with Francisco Castro and Gabriel Weintraub,

20. "Markets for Information: An Introduction", *Annual Review of Economics,* 2019, 11, 85-107, with Alessandro Bonatti

21. "Dynamic Mechanism Design: An Introduction", *Journal of Economic Literature,* 2019, 57, 235-274, with Juuso Välimäki

22. "Revenue Guarantee Equivalence", *American Economic Review,* 2019, 109, 1911-1929, with Ben Brooks and Stephen Morris

3

23. "Information Design: A Unified Perspective", *Journal of Economic Literature*, 2019, 57, 44-95, with Stephen Morris

24. "Should First-Price Auctions Be Transparent?" *American Economic Journal: Microeconomics*, 2018, **10,** 177-218, with Johannes Hörner

25. "The Design and Price of Information", *American Economic Review,* 2018, **108**, 1-45, with Alessandro Bonatti and Alex Smolin

26. "Belief-Free Rationalizability and Informational Robustness", *Games and Economic Behavior*, 2017, **104**, 744-759, with Stephen Morris

27. "Interdependent Preferences and Strategic Distinguishability", *Journal of Economic Theory,* 2017, **168**, 329-371, with Stephen Morris and Satoru Takahashi

28. "First Price Auctions with General Information Structures: Implications for Bidding and Revenue", *Econometrica*, 2017, **85**, 107-143, with Benjamin Brooks and Stephen Morris

29. "Information Design, Bayesian Persuasion, and Bayes Correlated Equilibrium", *American Economic Review Papers and Proceedings,* 2016, **106**, 586-591, with Stephen Morris.

30. "Bayes Correlated Equilibrium and the Comparison of Information Structures in Games", *Theoretical Economics*, 2016, **11,** 487-522, with Stephen Morris.

31. "Dynamic Revenue Maximization: A Continuous Time Approach", *Journal of Economic Theory*, 2015, **159,** 819-853, with Philipp Strack.

32. "Sequential Information Disclosure in Auctions", *Journal of Economic Theory*, 2015, **159**, 1074-1095, with Achim Wambach.

33. "Information and Volatility", *Journal of Economic Theory*, 2015, **158**, 427-465, with Tibor Heumann and Stephen Morris.

34. "Selling Cookies," *American Economic Journal: Microeconomics,* 2015, **7**, 259-294, with Alessandro Bonatti.

35. "The Limits of Price Discrimination", *American Economic Review*, 2015, **105,** 921-957, with Benjamin Brooks and Stephen Morris.

36. "Robust Predictions in Games with Incomplete Information," 2013, *Econometrica*, **81**, 1251-1308, with Stephen Morris.

37. "An Introduction to Robust Mechanism Design," 2013, *Foundations and Trends in Microeconomics*, **8**, 169-230, with Stephen Morris.

38. "Efficient Auctions and Interdependent Types", 2012, *American Economic Review Papers and Proceedings,* **102**, 319-324, joint with Stephen Morris and Satoru Takahashi.

39. "Robust Monopoly Pricing", 2011, *Journal of Economic Theory*, **146**, 2527-2543, joint with Karl Schlag.

40. "Targeting in Advertising Markets: Implications for Offline vs Online Media", 2011, *RAND Journal of Economics,* **42,** 414-443 (lead article) joint with Alessandro Bonatti.

41. "Rationalizable Implementation", 2011, *Journal of Economic Theory*, **146,** 1253-1274, joint with Stephen Morris and Olivier Tercieux.

42. "Robust Implementation in General Mechanisms", 2011, *Games and Economic Behavior*, **71**, 261-281, joint with Stephen Morris.

43. "The Dynamic Pivot Mechanism", 2010, *Econometrica,* **78**, 771-789, joint with Juuso Välimäki.

44. "Robust Implementation in Direct Mechanisms" 2009, *Review of Economic Studies,* **76**, 1175-1204, (lead article), joint with Stephen Morris.

45. "Information Acquisition in Interdependent Value Auctions" 2009, *Journal of the European Economic Association*, **7,** 61-89, joint with Xianwen Shi and Juuso Välimäki.

46. "Robust Virtual Implementation" 2009, *Theoretical Economics,* **4,** 45-88, joint with Stephen Morris.

47. "The Role of the Common Prior in Robust Implementation", 2008, *Journal of the European Economic Association Papers and Proceedings*, **6**, 551-559, joint with Stephen Morris.

48. "Pricing without Priors", 2008, *Journal of the European Economic Association Papers and Proceedings*, **6**, 560-569, joint with Karl Schlag.

49. "Ex Post Implementation" 2008, *Games and Economic Behavior*, **63**, 527-566, joint with Stephen Morris.

50. "Information Structures in Optimal Auctions", 2007, *Journal of Economic Theory*, **137**, 580-609, joint with Martin Pesendorfer.

51. "Dynamic Pricing of New Experience Goods", 2006, *Journal of Political Economy*, **114,** 713-743, joint with Juuso Välimäki.

52. "Dynamic Price Competition", 2006, *Journal of Economic Theory*, **127**, 232-263, joint with Juuso Välimäki.

53. "The Financing of Innovation", 2005 , *RAND Journal of Economics*, **36,** 719-752, (lead article) joint with Ulrich Hege.

54. "Robust Mechanism Design", 2005, *Econometrica*, **73**: 1771-1813, joint with Stephen Morris.

55. "Dynamic Common Agency", 2003, *Journal of Economic Theory*, 111: 23-48, joint with Juuso Välimäki.

56. "Entry and Vertical Differentiation", 2002, *Journal of Economic Theory*, 106: 91-125, joint with Juuso Välimäki.

57. "Strategic Buyers and Privately Observed Prices", 2002, *Journal of Economic Theory*, 105: 469-482, joint with Juuso Välimäki.

58. "Information Acquisition and Efficient Mechanism Design", 2002, *Econometrica*, 70: 1007-1034, joint with Juuso Välimäki.

59. "Stationary Multi Choice Bandit Problems", 2001, *Journal of Economic Dynamics and Control*, 25: 1585-1594, joint with Juuso Välimäki.

60. "Experimentation in Markets", 2000, *Review of Economic Studies*, 67: 213-234, joint with Juuso Välimäki.

61. "Dynamic Venture Capital Financing, Learning and Moral Hazard", *Journal of Banking and Finance*, 22: 703-735, 1998, joint with Ulrich Hege.

62. "Market Diffusion with Two-Sided Learning", *RAND Journal of Economics*, 28: 773-795, 1997, joint with Juuso Välimäki.

63. "Learning and Strategic Pricing", *Econometrica*, 64: 1125-1150, 1996, joint with Juuso Välimäki.

5

**Conference Proceedings:**

1. "The Economics of Large Language Models: Token Allocation, Fine-Tuning and Optimal Pricing," *ACM EC Conference Proceedings 2025* (Extended Abstract), with Alessandro Bonatti and Alexey Smolin

2. "Data-Driven Mechanism Design: Jointly Eliciting Preferences and Information," *ACM EC Conference Proceedings 2025* (Extended Abstract), with Marek Bojko, Paul Dütting, Renato Paes Leme, Haifeng Xu and Song Zuo

3. "A Unified Approach to Second and Third Degree Price Discrimination," *ACM EC Conference Proceedings 2024*, (Extended Abstract), joint with Tibor Heumann and Michael Wang,

4. "Cost-Based Nonlinear Pricing", *ACM EC 23 Conference Proceedings 2023*, 272 (Extended Abstract), joint with Tibor Heumann and Stephen Morris

5. "Managed Campaigns and Data-Augmented Auctions for Digital Advertising", *ACM EC 23 Conference Proceedings 2023*, 271 (Extended Abstract), joint with Alessandro Bonatti and Nick Wu

6. "Is Selling Complete Information (Approximately) Optimal?" *ACM EC Conference Proceedings 2022*, 608-663, joint with Yang Cai, Grigoris Velegkas, and Mingfei Zhao

7. "Calibrated Click-Through Auctions", *ACM WWW 2022 Conference Proceedings* 2022, 47-57, joint with Paul Duetting, Renato Paes Leme, and Song Zuo

8. "The Optimality of Upgrade Pricing", *WINE 2021, 17th Conference Proceedings on Web and Internet Economics*, 41-58, Springer Verlag, joint with Alessandro Bonatti, Andreas Haupt and Alex Smolin

9. "A Public Option for the Core", *SIGCOMM 2020*, joint with Nick Feamster, Eric Friedman, Yotam Harchol, Arvind Krishnamurthy, Sylvia Ratnasamy, Aurojit Panda, Michael Schapira, Scott Shenker,

10. "The Scope of Sequential Screening with Ex-Post Participation Constraints" (Extended Abstract), *Conference Proceedings of the ACM-EC 2017*, with Francisco Castro and Gabriel Weintraub.

11. "Multi-Dimensional Mechanism Design with Limited Information," 2012, *Conference Proceedings of the ACM-EC 2012*, joint with Ji Shi, Yun Xu and Edmund Yeh.

12. "Mechanism Design with Limited Information: The Case of Nonlinear Pricing", 2012 2nd International ICST Conference on Game Theory for Networks, Shanghai, 2011, Lecture Notes of the Institute for Computer Sciences, 2012, **75**, 1-10, Springer Verlag, Berlin, joint with Ji Shen, Yun Xu, and Edmund Yeh.

13. "Optimal Pricing with Recommender Systems", 2006, *Proceedings of ACM-EC 06*, 43-51, ACM Press, New York, joint with Deran Ozmen.

14. "Efficient Recommender Systems", 2006, *Proceedings of IEEE-CEC 06*, joint with Deran Ozmen.

15. "Flexibility as an Instrument in Digital Rights Management," 2005, *Proceedings of Workshop on Economics of Information Security (WEIS)*, joint with Thomas Eisenbach, Joan Feigenbaum, and Scott Shenker.

**Books:**

1. *Learning and Intertemporal Incentives*, 2020, World Scientific Publishing, Singapore, joint with Juuso Välimäki.

2. *Robust Mechanism Design,* 2012, World Scientific Publishing, Singapore, joint with Stephen Morris.

**Essays and Surveys:**

1. "Information Design and Mechanism Design: An Integrated Perspective", forthcoming, in: Michihiro Kandori (eds.), Proceedings of the 13th World Congress of the Econometric Society, Cambridge University Press , joint with Tibor Heumann and Stephen Morris.

2. "First-Price Auctions with General Information Structures: A Short Introduction", *SIGEcom Exchanges*, 2018, 27-37, with Benjamin Brooks and Stephen Morris.

3. "Introduction to Symposium on Dynamic Contracts and Mechanism Design", 2015, *Journal of Economic Theory,* 159, 679-701, joint with Alessandro Pavan.

4. "Robust Mechanism Design: An Introduction" in *Robust Mechanism Design,* 2012, World Scientific Publishing, Singapore, joint with Stephen Morris.

5. "Dynamic Auctions: A Survey", 2011, Wiley Encyclopedia of Operations Research and Management Science, edited by J.J. Cochrane, Volume 2, 1511-1522, joint with Maher Said.

6. "Bandit Problems" 2008, in: Steven Durlauf and Larry Blume (eds.), The New Palgrave Dictionary of Economics, 2nd edition, Macmillan Press, joint with Juuso Välimäki.

7. "Information in Mechanism Design", 2007, in: Richard Blundell, Whitney Newey, and Torsten Persson (eds.), Proceedings of the 9th World Congress of the Econometric Society, Cambridge University Press , Chapter 5, 186- 221, joint with Juuso Välimäki.

8. "The Value of Benchmarking," in: J.A. McCahery and L. Renneboog (eds.), Venture Capital Contracting and the Valuation of High Tech Firms, Oxford University Press 2003, 83 -107, joint with Ulrich Hege.

9. "Learning and Incentive Contracts", in Albach, H. (ed.): Global Intellectual Property Rights. WZB Berlin 1994.

**Editorial Activity and Service**

Co-Editor, *American Economic Review: Insights,* 2020 -
Co-Editor, *Econometrica,* 2014 - 2018
Editor, *Journal of the European Economic Association,* 2011 - 2014
Associate Editor, *American Economic Journal: Microeconomics* , 2007 - 2014
Associate Editor, *Econometrica* , 2008 - 2014
Associate Editor, *Games and Economic Behavior,* 2006 - 2011
Associate Editor, *Journal of Economic Theory* , 2005 - 2011
Foreign Editor, *Review of Economic Studies,* 2004 - 2010
Associate Editor, *Theoretical Economics,* 2005 - 2009
Associate Editor, *RAND Journal of Economics,* 2002 - 2006

Associate Editor, *Economic Theory*, 2003 - 2007
Associate Editor, *B.E. Journal in Theoretical Economics*, 2000 - 2007
Associate Editor, *Journal of Economic Dynamics and Control* , 2002 - 2006

Academic Advisor, Heinrich Böll Foundation, 2024 – present
Board Member, INFORMS Auction and Market Design Section, 2023 – present
Member, Executive Committee, *Econometric Society,* 2021 - 2024
Member, Advisory Committee SIGecom, 2019 - present
Member, Academic Advisory Board, MIT Institute for Data, Systems and Society, 2018 - 2024
Member, Academic Advisory Committee, Carta Inc, 2019 - 2020
Member, Academic Advisory Committee, Tremor Inc, 2018 - 2020
Academic Advisor, Hans Böckler Foundation, 2015 – present
Member, Academic Advisory Board of Graduate School of Economic and Social Sciences, University of Mannheim, 2015 - present

**Academic Review Panels**

Deutsche Forschungsgemeinschaft (DFG), Excellence Initiative Panel Member (2007, 2012, 2018);
European Science Foundation Panel Member (2018);
National Science Foundation Panel (Cybertrust 2009, ICES 2011, Secure and Trustworthy Cyberspace 2012, 2016)
Deutscher Akademischer Austauschdienst (DAAD), North American Panel (2012-2015);

**Program Committees**

2026 27th ACM Conference on Economics and Computation, Rome, Senior Program Committee Member
2026 2nd Econometric Society Interdisciplinary Frontiers Conference: Economics and AI+ML, Program Committee
2025 1st Econometric Society Interdisciplinary Frontiers Conference: Economics and AI+ML, Program Committee
2024 25th ACM Conference on Economics and Computation, General Chair
2023 NBER Market Design Workshop, Co-Chair
2023 Tobin Center for Economic Policy Digital Market Workshop, Yale, Co-Chair
2023 The Web Conference 2023, Senior Member, Program Committee
2023 23th ACM Conference on Electronic Commerce, Track Chair, Program Committee
2022 Tobin Center for Economic Policy Digital Market Workshop, Toulouse, Co-Chair
2022 Federal Trade Comission Microeconomics Conference, Member, Program Committee
2022 22th ACM Conference on Electronic Commerce, Member, Program Committee
2021 Hawaii Accounting Research Conference, Co-Track Chair
2020 Tobin Center for Economic Policy Digital Market Workshop, Yale, Co-Chair
2019 20th ACM Conference on Electronic Commerce, Phoenix, Program Committee
2018 European Summer Symposium in Economic Theory, Gerzensee, Co-Chair
2018 Marketing-Industrial Organization Conference Yale University, Co-Chair
2016 Cowles Foundation Summer Conference in Economic Theory: Information Choice, Co-Chair
2016 17th ACM Conference on Electronic Commerce, Maastricht, Co-Chair
2015 Society of Economic Design: Istanbul
2015 16th ACM Conference on Electronic Commerce, Portland, Senior Committee Member
2013 Max Planck Institute for Research on Collective Goods: Conference on Private Information, Interdependent Preferences and Robustness, Bonn, Chair
2013 Cowles Foundation Conference on Dynamic Mechanism Design, Chair, Yale University

2013 European Economic Association Meeting, Göteborg.
2012 New York Area Computer Science and Economics (NYCE V): Big data, information and privacy
2012 13th ACM Conference on Electronic Commerce, Valencia, Senior Committee Member
2012 European Economic Association Meeting, Malaga
2011 European Economic Association Meeting, Oslo
2010 European Economic Association Meeting, Edinburgh
2010 European Summer Symposium in Economic Theory, Gerzensee, Co-Chair
2010 11th ACM Conference on Electronic Commerce, Cambridge, Senior Committee Member
2010 North American Winter Meeting Econometric Society, Atlanta, Chair
2009 European Economic Association Meeting, Barcelona
2009 Dynamic Mechanism Design Conference, Haussdorff Center for Mathematics, University of Bonn, Chair
2009 North American Winter Meeting Econometric Society, San Francisco
2008 Workshop on Internet and Network Economics, Shanghai
2008 European Economic Association Meeting, Milan
2008 Cowles Foundation Conference in Microeconomic Theory, Co-Chair
2008 9th ACM Conference on Electronic Commerce, Chicago
2007 European Economic Association Meeting, Budapest
2007 Cowles Foundation Conference in Microeconomic Theory, Co-Chair
2007 8th ACM Conference on Electronic Commerce
2006 North American Summer Meeting of the Econometric Society, Minneapolis
2005 6th ACM Conference on Electronic Commerce
2004 Biannual Meeting of the Society for Economic Design
2004 Cowles Foundation Conference on Robust Mechanism Design, Co-Chair
2002 North American Winter Meeting of the Econometric Society, Boston
2002 SITE Stanford University "Economics of the Internet"

**Invited Lectures**

Hotelling Lecture Econometric Society Australasian Meetings, 2028
South America Theory Lecture, Econometric Society, Plenary Speaker, 2026
Pontificia University of Chile Theory Conference, Plenary Speaker, 2026
2nd Econometric Society Interdisciplinary Frontiers Conference: Economics and AI+ML, 2026
Stony Brook Game Theory Conference, Plenary Speaker, 2025
Department of Economics, University of Bonn, Manchot Lecture, 2025
European Association for Research in Industrial Economics, 2024, Amsterdam, Plenary Speaker
Johns Hopkins Carey Business School, 2023, Conference on Data, Privacy and Market,
UC Berkeley, MSRI, Algorithms and Computational Game Theory, 2023
Paris Symposium on AI and Social Sciences, Keynote Speaker, 2022
Bank of Canada, Platforms and Data: Shaping the Future of Payments, Keynote Speaker, 2022
Royal Economic Society Annual Meeting, Plenary Speaker, 2022
ACM Conference on Equity and Access in Algorithms, Mechanisms, and Optimization, Plenary Speaker, 2021
Asian Pacific Industrial Organization Conference, Singapore, Plenary Speaker, 2021
European Econometric Society Winter Meeting, Nottingham, Plenary Speaker, 2020
13th Symposium on Algorithmic Game Theory (SAGT), Plenary Speaker, 2020
Stony Brook Game Theory Conference, Plenary Speaker, 2020
ACM-EC 2019, Phoenix, Plenary Speaker, "Markets for Information", 2019
Market Design Conference, Plenary Speaker, "Progressive Participation", Stanford University, 2019
EARIE, Annual Meetings, Maastricht University, Plenary Speaker, 2017
Dynamic Pricing Conference, Santiago de Chile, Plenary Speaker, 2017
Korean Economic Assocation, Annual Meetings, Seoul National University, Plenary Speaker, 2016

9

WINE 2013, The 9th Conference on Web and Internet Economics, Harvard University, "The Limits of Price Discrimination"

Asia Econometric Society Meetings, New Delhi, Plenary Speaker, "Bayes Correlated Equilibrium in Games of Incomplete Information", 2012

North American Econometric Society Meetings, Evanston, Plenary Speaker, "Correlated Equilibrium in Games of Incomplete Information", 2012

Society of Economic Design, Montreal, Plenary Speaker, "Robust Predictions in Games of Incomplete Information", 2011

Stony Brook Game Theory Conference, Plenary Speaker, "Robust Predictions in Games of Incomplete Information", 2011

European Econometric Society Summer Meeting, Barcelona, Plenary Speaker, "Robust Implementation", 2009

World Congress of the Game Theory Society, Evanston, Plenary Speaker, "Belief Free Games of Incomplete Information", 2008

World Congress of the Econometric Society, London, Invited Symposium, "Information in Mechanism Design", 2005

Stony Brook Game Theory Conference: Seminar on Contract Theory, 2001

New York University Conference "Financing of Small Businesses", 1997

Stanford University Conference "The Economic Foundations of Venture Capital Financing", 1997

European Summer Symposium in Economic Theory, Gerzensee, 1994, 1997, 2001

*Review of Economic Studies* European Lecture Series (London, Bruxelles, Toulouse, Tel Aviv), 1994

**Professional Service and Committees**

Chair, Search Committee for Editor of American Economic Journal: Microeconomics, 2026
Member, Fellow Nomination Committee, Society for the Advancement of Economic Theory, 2021-2023
Member, Fellow Nomination Committee, American Academy of Arts and Sciences, 2021-2023
Chair, Fellow Nomination Committee, Econometric Society, 2021-2022
Chair, Virtual Conference Commitee, Econometric Society, 2020-2021
Member, Search Committee for Editor of American Economic Journal: Microeconomics, 2019
Member, Search Committee for Co-Editor of Theoretical Economics, 2019
Member, Search Committee for Editor of American Economic Journal: Microeconomics, 2017
Member, Selection Committee, Econometric Society: North American Meetings, Schumpeter Lecture , 2012

**University Affairs and Committees**

Yale University Economic Growth Center Advisory Committee, (2019 - present)
Yale University Tobin Center for Economic Policy Executive Committee, (2018 - present)
Yale University Data Intensive Social Science Teaching Committee, (2023-2024)
Yale University Teaching Space Committee, (2017)
Yale University McMillan Center for International Affairs Executive Committee, (2016 - 2019)
Yale University Advisory Committee for Yale Institute in Network Sciences (2012 - 2019)
Yale University Advisory Committee for Ethics, Politics and Economics Program (2013 - 2019)
Yale University Graduate School Executive Committee, (2014/15)
Yale University Chair Agenda Committee, Co-Chair (2014/15)
Yale University Decanal Structure Committee, (2012/13 - 13/14)
Yale-NUS College Singapore Social Sciences Personnel Committee, Chair (2010/11 - 12/13)
Yale University Social Science Divisional Committee (2008/09 - 11/12)
Yale College Executive Committee (2006/07)
Cowles Foundation Executive Committee (2005/06 - 2007/08, 2013-2019)
Cowles Foundation, Co-Director Theory Program (2005/06 - 2007/08, 2011/12)

Senior Recruiting Committee (2001/02, 2002/03, Chair 2005/06 - 07/08)
Committee for the Selection of Fulbright Scholarships (2001/02 - 03/04, 2005/06 - 08/09)
Term Appointments Committee (2001/02 - 02/03)
Social Science Planning Committee (2001/02 - 02/03)
Committee on the Economic Status of the Faculty (2000/01 - 02/03)
Advisor (Economics) for the Joint Major in Economics and Mathematics (1996/97 - 97/98, 1999/00 - 00/01)
Ph.D. Admissions Committee (1996/97, 2003/04, Chair 2006/07)
Junior Recruiting Committee (1995/96, 1997/98, 1999/00 - 01/02, 2005/06)

**Postdoctoral Fellows**

1. Fengzhou Zhang (2025/27)

2. Ilan Morgenstern (2024/25, UC Berkeley)

3. Konstantin Zabarnyi (2024/26, Technion University, Haifa)

4. Yingkai Li (2023/24, NUS Singapore)

5. Jonas Lieber (2023/24, Imperial College London)

6. Maximilian Schaefer (2022/23, Ecole Polytechnique)

**Graduate Students**

(listed chronologically with date of degree and first employer, * Dissertation Director):

1. June Zhu (in progress)

2. Jinzhao Wu (in progress)

3. Marek Bojko (in progress)

4. Michael Wang (in progress)

5. Hongcheng Li (in progress)

6. Nick Wu* (2026, Microsoft Research Postdoc, Stanford GSB)

7. Argyris Oikonomou (2025, Meta)

8. Tan Gan* (2024, London School of Economics)

9. Carl-Christian Groh (2022, University of Bonn)

10. Mingfei Zhao (2021, Google Algorithm)

11. Yujie Qian* (2021, Prysm Group)

12. Sumeyra Akin (2020, Pontificia Universidad Católica de Chile),

13. Ian Ball* (2020 , Microsoft Research Postdoc, MIT)

14. Deniz Kattwinkel (2020 (University of Bonn), UCL ),

15. Yijia Lu (2019, NYU, Law School, Postdoc, George Mason Law School)

11

16. Nina Bobkova (2018 (University of Bonn), European University Institute)

17. Yi Chen (2018, Cornell University)

18. Alex Smolin* (2016, University of Bonn, Postdoc, Toulouse School of Economics)

19. Lorenzo Magnolfi (2016, University of Wisconsin)

20. Camilla Roncoroni (2016, University of Warwick)

21. Aron Tobias* (2016, Syracuse University)

22. Tibor Heumann* (2016, Princeton University, Postdoc, HEC Montreal)

23. Marina Rossi* (2015, National University of Brasilia),

24. Sofia Moroni (2015, University of Pittsburgh)

25. Anne-Katrin Roessler (2015 (University of Bonn), University of Michigan),

26. Vitor Farinha-Luz* (2014, EUI Florence Postdoc, University of British Columbia)

27. Yingni Guo (2014, Northwestern University)

28. Brian Baisa* (2013, Amherst College)

29. Rahul Deb* (2010, University of Toronto)

30. Richard van Weelden* (2010, University of Chicago),

31. Alessandro Bonatti* (2009, MIT Sloan)

32. Maher Said* (2009, Microsoft Research and Olin Business School, Washington University)

33. Xianwen Shi* (2007, University of Toronto)

34. Colin Stewart (2007, University of Toronto)

35. Daniel Monte (2007, Simon Fraser University)

36. Anat Bracha (2005, Federal Reserve Bank Boston)

37. Rossella Argenziano* (2005, University of Essex)

38. Deran Ozmen* (2005, Boston Consulting)

39. Talia Bar* (2003, Cornell University)

40. Stephanie Lau* (2003, Washington University, St. Louis)

41. Jason Draho* (2001, Morgan Stanley)

42. Amil Dasgupta (2001, LSE)

43. Ettore Damiano (2000, University of Toronto)

44. Ricky Lam (2000, Northwestern University),

45. Brian Lonergan (1999, Charles River Consulting)

46. June Lee* (1998, U.S. Department of Justice)

# ATTACHMENT 2

# CJ Saretto

**Chief Technology Officer**

Nashville, TN

Email: ██████████

LinkedIn: [www.linkedin.com/in/cjsaretto](www.linkedin.com/in/cjsaretto)

## Executive Summary

As a software product and program management executive with 16 years of experience, I have a demonstrated track record of turning business ideas into shipping products. I've had the fortune to work across every software delivery medium, including packaged operating systems, cloud services, video games, web, mobile applications, and B2B hosted services.

A passion for customer experience motivates everything I do.

An engineer at heart and by training, I have a deep technical keel with experience across a wide range of client, server, and cloud technologies.

An entrepreneurial start-up spirit guides my lean and practical approach to budgets, contracts, and organizational strategy.

**TOP SKILLS**

- Technology & Product Leadership
- Software & Platform Architecture
- Agile & Scaled Delivery Models
- Enterprise Program Management
- Cloud & Distributed Systems
- AI-Enabled Data Platforms

**PATENTS**

- Mobile Shared Group Interaction

- Authenticating Using Cloud Authentication

- Visual Group Interface for Group Connectivity

- System and Method for Shared Integrated Online Social Interaction

- Client Server Application Manager

**PROFESSIONAL EXPERIENCE**

**Axiom**

**Chief Technology Officer** | August 2023 – Present (Nashville, TN)

Leading Axiom's combined Technology teams in our efforts to streamline and scale business operations through thoughtful, integrated and efficient application of technology systems to long-standing business challenges.

**Senior Vice President, Research & Development** | January 2018 – August 2023

- Built Axiom's R&D organization from the ground up. Hired and managed all staff and outside partners. Defined agile operating and delivery model. Created career ladders for User Experience, Technical Product Management, Software Engineering and Quality Assurance departments.
- Lead team to design, develop and continuous delivery the "Axiom Platform", a bespoke technology system that manages Axiom's global bench of legal talent.
- Enabled and scaled a flat management structure to thousands of employees worldwide, via tools that provide unprecedented insight into the skills, experience, preferences, and availability of Axiom's legal talent. Delivered double-digit internal efficiency gains, while navigating double-digit revenue and employee growth.
- Drove innovation in new client acquisition existing account growth through innovative talent marketplace and self-service functionality on axiomlaw.com.
- Lead team to define and deliver a ML powered contract management system that extracts standard commercial terms from legal agreements, trained on the back of an existing service delivery business. Upstart technology and associated R&D team

successfully spun out of Axiom as Knowable and acquired by RELX, a LexisNexis company.

**Change Healthcare** (Nashville, TN)

**Vice President, Strategic Program Management** | April 2015 – November 2017

- Lead program management team for enterprise-wide R&D strategic initiative portfolio with >$100M in annual projects under management.Defined enterprise cloud technology strategy and lead cloud transition program for on- premises applications. Orchestrated executive cloud steering committee.
- Lead public cloud vendor selection and negotiations.
- Defined enterprise Software Design & Development Lifecycle. Standardized and implemented enterprise program and project portfolio management, tracking and reporting processes where no standard previously existed.
- Lead enterprise program to increase operational stability of all production systems.
- Directly managed stability program for healthcare print and payment lines of business, protecting >30% of enterprise net revenue from client attrition.

**Microsoft** (Seattle, WA)

**343 Industries / Microsoft Game Studios / Entertainment & Devices Division**
**Principal Lead Producer / Group Program Manager** | 2010 – 2015

- Credits: Halo Waypoint, Halo Channel, Halo Nightfall, Halo 5, Halo 4, Halo: The Master Chief Collection
- Lead design and production for numerous Halo ecosystem projects in support of AAA game titles with >$10M in annual projects under management.
- Managed both internal and external development teams with complex interdependencies aligned to simultaneous multi-product ship dates.
- Managed cross-studio pre/post-production & Xbox interactive feature production for Halo Nightfall, a >$20M motion picture executive directed by Ridley Scott.
- Pioneered Halo 4 online services as the first major Microsoft customer of Windows Azure.

**Senior Lead Program Manager** | 2009 – 2010

- Project: Unannounced Project for Entertainment & Devices Division CTO Office
- Responsible for incubating 3-7 year technology and business strategy for Microsoft's Entertainment & Devices Division.

**Lead Program Manager** | 2001 – 2009

- Incubated, defined, and shipped Windows Home Server v1, creating a new hardware-software product category.

- Led product, program management, and user experience for MSN Messenger.

**The Grill on Broadway**

**Co-Owner & Chief Financial Officer** | 2010 – 2013

- Managed all back-office aspects of a small business (LLC) accounting including Payroll, P&L Reporting and Federal, State & Local Tax Filing.
- Navigated significant PCI data breach. Assisted federal officials in identification of malware and trial proceedings, resulting in first conviction of international card felon in US courts.

**Education**

North Carolina State University

MS, Computer Science · (2000 - 2001)

North Carolina State University

BS, Computer Science · (1997 - 2000)