**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**[PROPOSED] ORDER APPOINTING FOURTH AND FIFTH
TECHNICAL COMMITTEE MEMBERS**

WHEREAS, on May 8, 2026, Plaintiffs in the above-captioned cases jointly filed an

Unopposed Joint Motion for Appointment of the Fourth and Fifth Technical Committee

Members pursuant to this Court's Final Judgment;

AND WHEREAS the Court has reviewed the qualifications of the proposed Technical

Committee members, and having not been informed of objections or conflicts, it is hereby

**ORDERED:**

2

(1)     That Plaintiffs' Unopposed Joint Motion for Appointment of the Fourth and Fifth Technical Committee Members, ECF [[ ]], to appoint Prof. Dirk Bergemann and Mr. Cesare John Saretto members of the Technical Committee is **GRANTED**.


Dated: _____, 2026                    _____

                                                    Hon. Amit P. Mehta
                                                    United States District Court Judge