## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, the foregoing Plaintiffs' Unopposed Joint Motion For Appointment Of The Fourth And Fifth Technical Committee Members was filed electronically under seal using the CM/ECF system and distributed electronically to the counsel of record identified in the Amended Case Management Order entered in this case on February 3, 2021 (ECF Nos. 108-1 and 141).

Dated: May 8, 2026                     By:     */s/ Karl E. Herrmann*
                                               Karl E. Herrmann (D.C. Bar #1022464)
                                               U.S. Department of Justice, Antitrust Division
                                               Technology and Digital Platforms Section
                                               450 Fifth Street, NW
                                               Washington, DC 20001
                                               Telephone: (202) 476-0316
                                               Karl.herrmann@usdoj.gov

                                               *Counsel for Plaintiff United States of America*