**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADDITIONAL TIME TO SUBMIT A JOINT STATUS REPORT CONCERNING INFORMATION DISCLOSURES TO GOOGLE**

WHEREAS, on May 15, 2026, the Parties in the above-captioned cases jointly filed a Joint Motion for Additional Time to Submit a Joint Status Report Concerning Information Disclosures to Google;

it is hereby **ORDERED**:

(1) That the Joint Motion for Additional Time to Submit a Joint Status Report Concerning Information Disclosures to Google is **GRANTED**; and

2

(2) That the deadline for the Parties to submit to the Court a Joint Status Report regarding the Parties' pending confidentiality dispute shall be set for Wednesday, May 20, 2026.

Dated: _____, 2026

_____
Hon. Amit P. Mehta
United States District Court Judge

2