# Exhibit 1

## FILED UNDER SEAL



## Intent to Hire | Year One Ramp Up

This is a formal notice that Remedies Technical Committee, Inc. intends to hire individuals for employment in the following functions:

- Unit leaders
- Technical program management
- Engineers
- Distinguished engineer
- Analysts
- Expert advisors
- General administration

The TC anticipates the hiring period to begin as soon as possible, with offers made no less than five (5) business days from the date of this notice, subject to completion of standard employment requirements, including but not limited to signed confidentiality agreements, conflicts of interest certifications, background checks, verification of work eligibility, and documentation.

This notice and the information following reflect current staffing intentions. Final employment offers and start dates remain contingent upon the successful completion of all hiring requirements.

*Highly confidential* and protected information pursuant to a court order, disclosed under the terms of a binding NDA or Confidentiality Agreement.



# Intent to Hire | Technical Program Manager

FTE Quantity: ▮

The Technical Program Manager function is responsible for overseeing and coordinating technical programs and operational initiatives, and for automating programs whenever possible and ensuring successful execution of project goals, timelines, and deliverables. This role provides leadership in planning, implementation, stakeholder communication, resource coordination, compliance oversight, and performance monitoring across multiple projects or departments.

Program Managers work collaboratively with internal teams and leadership to support operational efficiency, strategic objectives, and continuous program improvement. Responsibilities may include managing schedules and budgets, tracking program outcomes, facilitating reporting requirements, identifying risks, and ensuring adherence to company policies.

Staffing Details:



*Highly confidential* and protected information pursuant to a court order, disclosed under the terms of a binding NDA or Confidentiality Agreement.



# Intent to Hire | Analyst

FTE Quantity: █

The Analyst function is responsible for collecting, analyzing, interpreting, and reporting organizational data to support operational performance, strategic planning, and informed decision making with business intelligence. This function provides support in data management, reporting processes, analytics development, performance measurement, and business insight generation across multiple programs, departments, or operational areas.

Personnel within this function work collaboratively with internal teams and leadership to identify reporting needs, monitor key performance indicators, improve data accuracy, and support continuous operational improvement. Responsibilities may include developing dashboards and reports, conducting data analysis, tracking trends and outcomes, supporting forecasting activities, maintaining data integrity, and ensuring compliance with organizational policies, reporting standards, and contractual requirements.

Staffing Details:

| █ | █ | █ | █ | █ |
|---|---|---|---|---|
| █ | █ | █ | █ | █ |
| █ | █ | █ | █ | █ |

*Highly confidential* and protected information pursuant to a court order, disclosed under the terms of a binding NDA or Confidentiality Agreement.



## **Intent to Hire** | Engineer

FTE Quantity: ■

The Engineer function is responsible for designing, developing, implementing, and maintaining technology solutions, systems, and operational platforms that support organizational objectives and program delivery. This function provides technical leadership in software development, systems integration, infrastructure support, automation, and solution optimization across multiple projects, products, or operational environments.

Engineering personnel will be responsible for developing and deploying testing, verification, compliance applications, and automated workflows; utilizing artificial intelligence tools to deliver testing, quality assurance, compliance monitoring, risk identification, and performance optimization for each functional unit. They will be analyzing system requirements; resolving technical issues; and ensuring adherence to organizational standards and regulatory requirements.

Staffing Details:



*Highly confidential* and protected information pursuant to a court order, disclosed under the terms of a binding NDA or Confidentiality Agreement.



## Intent to Hire | Unit Leads

FTE Quantity: █

The Unit Lead function is responsible for providing advanced operational leadership, domain expertise, and cross-functional coordination in support of organizational programs, technical initiatives, and business operations. This function supports execution management, operational planning, stakeholder coordination, process improvement, and program delivery activities across multiple teams, projects, or functional areas.

Personnel within this function work collaboratively with supervised teams and senior leadership to support organizational performance, scalability, innovation, and continuous improvement initiatives. Responsibilities may include managing functional workstreams; coordinating implementation activities; supporting automation initiatives; tracking operational performance and risks; facilitating reporting and communication efforts; and ensuring adherence to company policies and regulatory requirements.

Staffing Details:



*Highly confidential* and protected information pursuant to a court order, disclosed under the terms of a binding NDA or Confidentiality Agreement.



# Intent to Hire | Distinguished Engineer

FTE Quantity: ▌

The Distinguished Engineer function is responsible for providing advanced expertise in data science, information retrieval, retrieval architectures, ranking and relevance systems, evaluation methodologies, and privacy preserving strategies, ensuring remedy decisions balance utility and privacy, are operationally viable, and remain competitively effective at scale. This function supports the design, evaluation, optimization, and governance of large scale data access across complex operational and technical domains.

Personnel within this function work collaboratively with the Technical Committee and staff to support innovation, ensure compliance, and solve complex technical problems that advance remedy execution.

Staffing Details:



*Highly confidential* and protected information pursuant to a court order, disclosed under the terms of a binding NDA or Confidentiality Agreement.



## Intent to Hire | General Administration

FTE Quantity: █

The General Administration function is responsible for supporting day to day operations across the organization. Personnel within this function provide coordination and execution support, assisting with process management, documentation, reporting, communications, scheduling, and general operations.

While the position allocation are defined (for example, one contractor allocated to IT), the specific duties and competencies will likely change as the organization matures (for example, the IT contractor dedicated to onboarding and technical support in year one is likely not the same contractor required in year two). As a result, engaging these general administrative functions as contractors provides the organization with maximum flexibility.

Staffing Details:



*Highly confidential* and protected information pursuant to a court order, disclosed under the terms of a binding NDA or Confidentiality Agreement.



## Intent to Hire | Expert Advisor

Quantity: ■

The Expert Advisor roles will provide professional contributions in their areas of domain expertise, as required by the Technical Committee.  The domains of expertise is expected to span economics, privacy, security, auctions, etc. They are not counted as FTEs, as their contributions will be limited to approximately four hours per month, based on standard professional services rates.

Staffing Details:



*Highly confidential* and protected information pursuant to a court order, disclosed under the terms of a binding NDA or Confidentiality Agreement.