# Exhibit 2
## FILED UNDER SEAL

LAW OFFICES

# WILLIAMS & CONNOLLY LLP*

JESSE T. CLAY
(202) 434-5223
jclay@wc.com

680 MAINE AVENUE SW

WASHINGTON, DC 20024

202.434.5000

WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

May 22, 2026

<u>Via Electronic Mail</u>

Tammy Savage
Technical Committee Chairperson
Remedies Technical Committee, Inc.
2021 L St. NW
Suite 101-267
Washington, DC 20036
████████████████

      Re:    <u>Invoice # 105 and Proposed 2026 Budget</u>

Dear Ms. Savage:

      Google is fully committed to working cooperatively with the Technical Committee to ensure it has the funds needed to perform its functions.  We look forward to working together on a protocol for the submission and expeditious resolution of any questions about the Technical Committee's budgets, invoices, or notices of intent to hire.  Because the Technical Committee's May 18, 2026, Notice of Intent to Hire indicates that it plans to begin hiring employees and advisers "no less than five (5) business days from the date of this notice," I write today regarding Invoice # 105 and the proposed Annual Budget for Year One Ramp Up.  Google currently lacks sufficient information to evaluate the reasonableness of the amount of funds requested and therefore objects to both.

      To assess the reasonableness of the proposed annual budget and associated invoice,[1] Google requests additional information about the anticipated work of the ██ staff members that the Technical Committee has stated it intends to hire.[2]  Aside from Technical Committee Member

---

[1] The Final Judgment allows Google to "object to the reasonableness of any" expenses the Technical Committee incurs.  This includes expenses associated with hiring staff "reasonably necessary for the Technical Committee to carry out its duties and responsibilities."

[2] The Technical Committee gave notice to Google on April 10, 2026, that it intended to hire five staff, which Plaintiffs later explained would be a Financial Controller, Head of Human Resources, Head of Informational Technology and Security, Executive Assistant, and Group Program Manager.  The Technical Committee's May 17, 2026, notice lists an additional ██ staff that it intends to hire.

**WILLIAMS & CONNOLLY**LLP*

J. Clay to T. Savage
May 22, 2026
Page 2

compensation,[3] ▮▮▮▮▮▮▮▮▮▮ of the proposed annual budget (▮▮▮▮▮) relates to costs associated with these new proposed hires.

Plaintiffs' May 18 Proposal on Notices of Intent to Hire notes that the Technical Committee has provided Plaintiffs with a "justification for the positions" it intends to hire, but Google has not received this or other information that would allow it to evaluate whether any contemplated staff member satisfies the reasonableness requirements under the Final Judgment. The May 18 Notice of Intent to Hire does not, for example, explain what aspects of the Final Judgment or other Technical Committee responsibilities each of the contemplated staff members will support or why the proposed number of staff in each category of roles is reasonably necessary. Google would also like to discuss whether Google itself could provide Data Infrastructure to the Technical Committee in a manner that ensures greater data security compared to third-party platforms for the transmission, storage, and use of the highly sensitive user data and Google trade secrets that will be at issue.

Finally, Google would like to discuss Invoice # 105's request for a full year of funding, including a full year of compensation for the Technical Committee Members. Google thought that Plaintiffs had already agreed that Technical Committee Member compensation would be advanced on a quarterly, rather than annual, basis. If Plaintiffs and the Technical Committee wish to revisit this, Google respectfully requests additional information about the need for annual advances.

We look forward to hearing from you about Google's requests for additional information and, if helpful, are available to meet with you to discuss these issues at your convenience.

Sincerely,

Jesse T. Clay

CC:
John Abowd (▮▮▮▮▮▮▮▮▮▮▮)
Gerry Campbell (▮▮▮▮▮▮▮▮▮▮▮▮▮)
▮▮▮▮▮▮▮
Claire Maddox (Claire.maddox@usdoj.gov)

---

[3] Google has already advanced the Technical Committee more than ▮▮▮▮▮: ▮▮▮▮▮ to cover Technical Committee Members' compensation for the first and second quarters of 2026, and an additional ▮▮▮▮ to cover initial operating expenses.