# Exhibit 3

## FILED UNDER SEAL

**Ryan, Thomas**

| | |
|---|---|
| **From:** | [redacted] on behalf of Notices RemediesTC <[redacted]> |
| **Sent:** | Friday, April 10, 2026 12:06 PM |
| **To:** | [redacted] |
| **Cc:** | TC; notices |
| **Subject:** | TC Notice 4.10.2026 |

To whom it may concern:

Pursuant to Section VII.A.7.i of the Final Judgment and Sections 6(c) and 17(e) of the Technical Committee Services Agreement, the Technical Committee hereby provides notice of its intent to hire full-time employees to begin staffing its operations.

This notice has also been mailed:

To:
Legal Department
Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043
Attn: DOJ Search Matter Legal Notices

Cc:
Colette Connor
Tom Ryan
Williams & Connolly LLP
680 Maine Avenue, S.W.
Washington, DC 20024

--
WARNING: There are external email addresses on this mailing list. Do not discuss any internal or confidential information.
---
You received this message because you are subscribed to the Google Groups "[redacted]" group.
To unsubscribe from this group and stop receiving emails from it, send an email to [redacted].
To view this discussion visit [redacted].

1