# Exhibit 4
## FILED UNDER SEAL

LAW OFFICES

# WILLIAMS & CONNOLLY LLP*

<table>
<tr><td>JESSE T. CLAY<br>(202) 434-5223<br>jclay@wc.com</td><td>680 MAINE AVENUE SW<br>WASHINGTON, DC 20024<br>202.434.5000<br>WWW.WC.COM</td><td>EDWARD BENNETT WILLIAMS (1920-1988)<br>PAUL R. CONNOLLY (1922-1978)</td></tr>
</table>

May 29, 2026

<u>Via Electronic Mail</u>

Claire M. Maddox
United States Department of Justice
Antitrust Division
450 5th St. NW
Washington, DC 20530

      Re:    <u>Technical Committee Invoice # 105 and Proposed 2026 Budget</u>

Dear Claire:

I write in response to your letter of May 26 and to memorialize our conferral of May 27.

Based on your articulation of Plaintiffs' position, it is our understanding that Plaintiffs and the Technical Committee will not provide the information Google requested in my May 22 letter to Ms. Savage. During our conferral, you stated that the Technical Committee has provided such information to Plaintiffs, but would not provide it to Google. Without this information, Google is unable to exercise its right to assess the reasonableness of the Personnel Costs and Personnel Benefits in the Technical Committee's proposed Year One Ramp Up Budget and the associated ████████ requested in Technical Committee Invoice #105.[1] We are prepared to promptly notify the Court of the need to resolve this dispute. To avoid a situation that has occurred in the past, please confirm that Plaintiffs' position remains unchanged so that we can properly join issue in the JSR. If you can confirm by noon ET on June 1 that Plaintiffs will not provide Google with any information on this subject beyond what is in the May 18 Notice of Intent to Hire, we can jointly contact the Court.

Google proposes that the Parties exchange their respective position statements on the dispute at 5:00 p.m. ET on June 3, exchange any revisions to their position statements at 4:00 p.m. ET on June 4, and file a joint status report at 5:00 p.m. ET on June 4. Please confirm that this schedule is acceptable to Plaintiffs.

---

[1] During our conferral you stated that the Technical Committee would cancel Invoice # 105 and reissue two invoices; an invoice for objected-to funds and an invoice for unobjected-to funds. Google has not yet received those invoices but, as set forth below, will process payment on both by your June 30, 2026 deadline.

WILLIAMS & CONNOLLY LLP

J. Clay to C. Maddox
May 29, 2026
Page 2

Your letter suggests that Google's objection to the funds requested for Personnel Costs and Personnel Benefits "only serves to further delay the work of the TC." That is not the case. As my May 22 letter to Ms. Savage made clear, "Google is fully committed to working cooperatively with the Technical Committee to ensure it has the funds needed to perform its functions." The Court may resolve the present dispute in advance of the June 30 deadline Plaintiffs have requested for funding to post in the Technical Committee's bank account. But regardless of whether the Court is able to do so, Google will transfer ▮▮▮▮▮▮▮ (the ▮▮▮▮▮▮▮ that is in dispute as well as the ▮▮▮▮▮ that is not in dispute) so that it posts in the Technical Committee's bank account by June 30. Proceeding in this manner will avoid any delay in funding, avoid imposing an undue burden on the Court, and ensure that Google is afforded the opportunity to get clarity from the Court on this issue.

Regarding the Technical Committee's request that Google advance funding on an annual basis, despite the negotiated agreement that Google would do so on a quarterly basis, you stated that you wish to schedule a subsequent call with a representative from the Technical Committee who will provide a justification for that change in position. Please provide availability for that call so that we may promptly have that discussion.

Regarding Google's request for a discussion with the Technical Committee to discuss the feasibility of Google providing data infrastructure hosting to the Technical Committee to ensure greater data security compared to third-party platforms, we are working to identify a representative from Google Cloud to have that discussion. You stated that you would do the same and identify the appropriate representative from the Technical Committee. Once you have done so, please provide their availability so that we may schedule a call.

Sincerely,

Jesse T. Clay

CC:
Karl Herrmann (Karl.Herrmann@usdoj.gov)
Grant Fergusson (Grant.Fergusson@usdoj.gov)
Michael Michaloski (mmichaloski@agutah.gov)