**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03010-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |
| State of Colorado, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-03715-APM |
| v. | HON. AMIT P. MEHTA |
| Google LLC, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED JOINT MOTION FOR ADDITIONAL TIME TO SUBMIT TEMPLATE LICENSE AGREEMENTS FOR SEARCH SYNDICATION AND SEARCH TEXT ADS SYNDICATION**

WHEREAS, on June 26, 2026, Plaintiffs in the above-captioned cases jointly filed an Unopposed Joint Motion for Additional Time to Submit Template License Agreements for Search Syndication and Search Text Ads Syndication;

it is hereby **ORDERED**:

(1) That Plaintiffs' Unopposed Joint Motion for Additional Time to Submit Template License Agreements for Search Syndication and Search Text Ads Syndication is **GRANTED**;

2

(2) That the Parties shall adopt all proposed terms set forth in Appendix A of Plaintiffs' Unopposed Joint Motion for Additional Time to Submit Template License Agreements for Search Syndication and Search Text Ads Syndication; and

(3) That the deadline for Plaintiffs to submit to the Court templates for a Search Syndication License and a Search Text Ads Syndication License is October 6, 2026.


Dated: _____, 2026                                    _____

Hon. Amit P. Mehta
United States District Court Judge

2