## APPENDIX A

### I.    OVERVIEW OF PROPOSAL FOR CATEGORY 2 RECOMMENDATIONS

In their May 20, 2026 Joint Status Report ("JSR"), ECF No. 1520, the Parties presented an order of operations to apply to all Recommendations.[1] The Parties agreed that the timeline governing the order of operations, however, should vary as appropriate depending on the nature of a given Recommendation. To that end, the Parties agreed that Recommendations may generally be divided into three categories:

- Category 3—for Recommendations on data security standards for Qualified Competitors; search syndication tapering rate; user-side data privacy and security standards (final); and number and frequency of user-side data disclosures (final).

- Category 2— for Recommendations on template search syndication license; template search text ads syndication license; template data-sharing license; and proposal for ads auction reporting disclosure.

- Category 1—for all other Recommendations.

The parties also agreed to a timeline for all Category 1 Recommendations, as set forth in the JSR. ECF No. 1520-1 at 3–4.

Below is the Parties' proposed timeline for Category 2 Recommendations. The Parties are continuing to discuss the applicable timeline for Category 3 Recommendations.

### II.    TIMING PROPOSAL FOR CATEGORY 2 RECOMMENDATIONS

Below is the Parties' proposed order of operations and timing for all Category 2 Recommendations.

The current deadline for Plaintiffs to submit to the Court templates for a Search Syndication License and a Search Text Ads Syndication License pursuant to Sections V.B and VI.B of the Final Judgment ("Template Syndication Recommendations") is July 8, 2026,

---

[1] This capitalized term uses the same definition used in Appendix A to the Parties' May 20, 2026 JSR, ECF No. 1520-1 [hereinafter "May 20 JSR Appendix"].

i.e., sixty (60) days after the date on which the remaining two Technical Committee Members are appointed by the Court. *See* ECF No. 1505; ECF No. 1517. Plaintiffs propose to extend this deadline to October 6, 2026. As this work on the Template Syndication Recommendations can be done in tandem with work on other remedies, this extension should not impact the timing of implementing other remedies.

The order of operations below includes for reference a column showing for only the Template Syndication Recommendations the proposed date for each step in the order of operations, based on the timing provided and a filing date of October 6, 2026. For the remaining Category 2 Recommendations, at least five (5) business days in advance of Plaintiffs providing the Recommendation to Google, Plaintiffs will give notice to Google of their intent to do so.

| Timing for Category 2 Recommendations | Proposed Date for Template Syndication Recommendations | Order of Operations |
| --- | --- | --- |
| 25 business days before Filing Date (no later than 3p ET that day) | Aug. 31, 2026 | Recommendation provided to Google. |
| 20 business days before Filing Date or 5 business days after the Recommendation is provided to Google, whichever date comes later (no later than 3p ET that day) | Sept. 8, 2026 | Last day for Google to request additional information or access, if needed, pursuant to Paragraph 6 of the May 20 JSR Appendix. Plaintiffs to respond in accordance with Paragraph 6 of the May 20 JSR Appendix, within five (5) business days from the date of Google's request. |
| 15 business days before Filing Date or 5 business days after Google requests additional information or access, whichever | Sept. 15, 2026 | Last day for Plaintiffs to respond to Google's request for additional information or access pursuant to Paragraph 6 of the May 20 JSR Appendix. |

| Timing for Category 2 Recommendations | Proposed Date for Template Syndication Recommendations | Order of Operations |
|---|---|---|
| date comes later (no later than 3p ET that day) | | |
| 5 business days before Filing Date (no later than 3p ET that day) | Sept. 29, 2026 | Last day for Google to submit to Plaintiffs and the TC in writing any objections. All objections must clearly identify: (a) the part(s) of the Recommendation to which Google objects; and (b) for each such part, (i) the basis for the objection, and (ii) Google's proposed resolution and the basis therefor. In the event Google does not provide objections, then Plaintiffs may in their discretion submit the Recommendation to the Court before the Filing Date below.<br><br>Last day for Google to identify to Plaintiffs and the TC any information of Google's in the Recommendation that it designates as Highly Confidential or Confidential under the Protective Order and requests to be redacted in the filing. |
| (Any time before Filing Date) | | Parties to meet and confer regarding objections. |
| **Filing Date** | **Oct. 6, 2026** | Date for Plaintiffs to submit the Recommendation and Google's objections, if any, to the Court. The submission will identify any part(s) of the Recommendation as to which an objection remains unresolved and will attach Google's objections. Google's objections must be limited to a brief statement for each objection identifying the objection itself but must not contain bases or arguments offered in support of the objection, which may be presented in the Joint Status Report to be filed as set forth below. Google shall not raise to the Court any objections that were not timely |

3

| Timing for Category 2 Recommendations | Proposed Date for Template Syndication Recommendations | Order of Operations |
|---|---|---|
| | | submitted to Plaintiffs and discussed during a meet and confer in accordance with the procedures above. |
| Filing Date +5 business days | | Parties to file a Joint Status Report on any outstanding objections to the Recommendation. |