**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-3010 |
| v. | HON AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, *et al.*, | |
| Plaintiffs, | Case No. 1:20-cv-3010 |
| v. | HON AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

**THE NEW YORK TIMES COMPANY'S MOTION TO
WITHDRAW AS INTERVENOR**

The New York Times Company ("The Times"), by and through its undersigned counsel, hereby moves to withdraw as Intervenor in this case. A proposed order is attached. In support of this motion, The Times states as follows:

1.      On October 16, 2023, The Times moved to intervene in this case for the limited purpose of seeking access to judicial records and for access to such records. Dkt. 731. On October 25, 2023, the Court granted the motion to intervene for the above limited purpose and granted in part and denied in part the further relief requested. Dkt. 750.

2.      The Times filed subsequent motions for access to judicial records and/or proceedings on January 19, 2024, Dkt. 800, and March 21, 2025, Dkt. 1192, both of which the Court resolved, Dkts. 892, 1214.

3.      The Times has not filed other access motions in this case and does not currently anticipate doing so.

4.      In addition, undersigned counsel will not be associated with The Times as of July 5, 2026, and no other attorney has appeared on behalf of The Times in this action.

5.      Given that the purpose of The Times's intervention is no longer operative, and in light of undersigned counsel's imminent departure from The Times, The Times seeks to withdraw as Intervenor in the case.

Pursuant to Local Rule 7(m), undersigned counsel for The Times certifies that he contacted Plaintiffs and Google to determine whether they oppose the relief sought in this motion. DOJ Plaintiffs, Colorado Plaintiffs, and Google stated that they do not object.

Dated: July 2, 2026                    Respectfully submitted,

/s/ *Al-Amyn Sumar*
Al-Amyn Sumar (#1614655)
The New York Times Company
1627 I Street NW, Suite 700
Washington, DC 20006
Telephone: (646) 306-4201
Facsimile: (212) 556-4634
al-amyn.sumar@nytimes.com

*Counsel for The New York Times Company*