**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al*., | |
| Plaintiffs, | Case No. 1:20-cv-3010 |
| v. | HON AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

| | |
|---|---|
| STATE OF COLORADO, *et al*., | |
| Plaintiffs, | Case No. 1:20-cv-3010 |
| v. | HON AMIT P. MEHTA |
| GOOGLE LLC, | |
| Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of the Motion of The New York Times Company ("The Times") to withdraw as Intervenor in this action (the "Motion"), it is hereby:

ORDERED that the Motion is GRANTED.; and

ORDERED that The Times will be removed as Intervenor from the action.

Date: _____          _____

                                        Hon. Amit P. Mehta
                                        United States District Judge