## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GOOGLE, LLC,**<br><br>**Defendant.** | **Case No. 1:20-cv-03010-APM**<br><br>**HON. AMIT P. MEHTA** |

### NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that Jesse Moore hereby withdraws as counsel for Plaintiff State of Indiana in the above-captioned matter. Christi Foust and Scott Barnhart will continue to represent the State of Indiana.

Respectfully submitted,

THEODORE E. ROKITA
Attorney General of Indiana
Attorney Reg. No. 18857-49

By: */s/ Jesse Moore*
Jesse Moore
Deputy Attorney General
Attorney Reg. No. 37654-49

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jesse Moore*
Jesse Moore
Deputy Attorney General


Office of Indiana Attorney General Todd Rokita
Indiana Government Center South
302 W. Washington Street 5th Floor
Indianapolis, IN 46204
Telephone: 317-232-4956
Jesse.Moore@atg.in.gov