**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GOOGLE, LLC,**<br><br>**Defendant.** | **Case No. 1:20-cv-03010-APM**<br><br>**HON. AMIT P. MEHTA** |

## <u>ORDER</u>

**AND NOW**, this ___ day of July 2026, it is hereby **ORDERED** that the Notice of Withdrawal of Appearance of Jesse Moore as counsel for the State of Indiana is Granted and the appearance is **WITHDRAWN**. Counsel are reminded that as long as other counsel remain of record for a party, withdrawal may be effected by filing a notice and leave of court is not required.

It is so **ORDERED**.

BY THE COURT:

_____
HON. AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE

DATED: