**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA, *et al.*,

         Plaintiffs,

v.

GOOGLE LLC,

         Defendant.

Case No. 1:20-cv-03010-APM

HON. AMIT P. MEHTA

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Matthew Michaloski respectfully notifies the Court of his withdrawal as counsel for the

State of Utah in *United States et al.  v. Google, LLC*, Case No. 1:20-cv-03010. Plaintiff State of

Utah will continue to be represented by Marie W. L. Martin.


Dated: July 21, 2026

Respectfully submitted,

/s/ Matthew Michaloski
Matthew Michaloski
Assistant Attorney General
Utah Office of the Attorney General
350 N. State Street, Suite 230
Salt Lake City, UT 84114
Telephone: (801) 366-0375
Fax: (801) 366-0378
mmichaloski@agutah.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of the filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew Michaloski
Matthew Michaloski
Assistant Attorney General