**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| Plaintiffs, | |
| v. | Case No. 1:20-cv-03010-APM |
| GOOGLE LLC, | HON. AMIT P. MEHTA |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Al-Amyn Sumar hereby withdraws as counsel for

Intervenor The New York Times Company, which has been removed as intervenor in this case.


Dated: July 28, 2026                      Respectfully submitted,


                                          */s/ Al-Amyn Sumar*
                                          Al-Amyn Sumar (#1614655)
                                          **BALLARD SPAHR LLP**
                                          1909 K Street NW, 12th Floor
                                          Washington, DC 20006
                                          Telephone: (202) 661-7629
                                          Facsimile: (202) 661-2299
                                          sumara@ballardspahr.com