**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| United States of America, *et al.*,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Google LLC,<br><br>                    Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Michael Rosengart respectfully notifies the court of his withdrawal as counsel for

Plaintiff United States of American in *United States v. Google, LLC*, Case No. 1:20-cv-3010.

Dated: July 28, 2026

Respectfully submitted,

/s/ Michael Rosengart
Michael Rosengart (D.C. Bar #1671047)

U.S. Department of Justice
Antitrust Division
Technology & Digital Platforms Section
450 Fifth St NW, Suite 7100
Washington, DC 20530
Telephone: (202) 538-1705
Email: michael.rosengart@usdoj.gov

*Counsel for Plaintiff*
*United States of America*