**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *Plaintiffs* <br><br> v. <br><br> GOOGLE LLC, *Defendants* | Case No. 1:20-cv-03010-APM <br><br> HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Commonwealth of Puerto Rico hereby gives notice that Assistant Attorney General Diana Jordán González is hereby withdrawn as counsel for Commonwealth of Puerto Rico in the above-captioned matter. The Commonwealth of Puerto Rico will continue to be represented by Pablo Tufiño Soto, who has previously entered an appearance in this matter.

Dated this 7th of August, 2026.


Respectfully submitted,

/s/ Diana Jordán-González
DIANA JORDÁN-GONZÁLEZ
Attorney
Antitrust Division
Puerto Rico Department of Justice
P.O. Box 9020192
San Juan, Puerto Rico 00902-0192
Telephone: (787) 721-2900, Ext. 1203
diana.jordan@justicia.pr.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, a copy of the foregoing Notice of Withdrawal of Appearance was served by e-mail on all counsel of record in this action by operation of the Court's Electronic Filing System as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Diana Jordán-González*
DIANA JORDÁN-GONZÁLEZ
Attorney
Antitrust Division
Puerto Rico Department of Justice