**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GOOGLE LLC,<br><br>*Defendant.* | Case No. 1:20-cv-03010-APM |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PURSUANT TO RULE 83.6(b) of the Local Rules of the United States District Court for the District of Columbia, please take note that Alfred C. Pfeiffer, Jr. of Latham & Watkins LLP is hereby withdrawing his appearance on behalf of Non-Party Apple Inc. in this case. As of September 30, 2026, Mr. Pfeiffer will be retiring from Latham & Watkins LLP and therefore will not be able to further participate in this case. Apple Inc. consents to this withdrawal and will continue to be represented in this matter by other counsel from Latham & Watkins LLP who have filed appearances in this case. No party will be unfairly prejudiced by this withdrawal, and it is not counter to the interests of justice.

Dated: September 8, 2026

Respectfully submitted,

/s/ Alfred C. Pfeiffer, Jr.

Alfred C. Pfeiffer, Jr.
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Phone: (415) 395-8898
Fax: (414) 395-8095
Email: al.pfeiffer@lw.com

*Counsel for Non-Party Petitioner Apple Inc.*

**CERTIFICATE OF SERVICE**

In accordance with LCvR 5.3, I certify that on September 8, 2026, I caused a true and correct copy of the Notice of Withdrawal of Appearance to be electronically filed with the Court's CM/ECF system, which served a copy on all counsel of record.

/s/ Alfred C. Pfeiffer, Jr.

Alfred C. Pfeiffer, Jr.