**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>Defendant. | Case No. 1:20-cv-03010 (APM)<br><br>HON. AMIT P. MEHTA |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Matthew Larrabee hereby withdraws as attorney of record for Third Party Microsoft Corporation in the above-captioned matter. Dechert LLP will continue as counsel for Microsoft Corporation.

Dated: September 9, 2026

Respectfully submitted,

By: /s/ *Julia Chapman*
Julia Chapman (*pro hac vice*)
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104
julia.chapman@dechert.com

*Counsel for Third Party Microsoft Corporation*

**CERTIFICATE OF SERVICE**

I certify that on the 9th day of September, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Court's CM/ECF system, which served a copy on all counsel of record.

/s/ *Julia Chapman*
Julia Chapman

Dated: September 9, 2026