**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |

| | |
|---|---|
| State of Colorado, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**DEFENDANT GOOGLE LLC'S SUPPLEMENTAL STATUS REPORT**

Defendant Google LLC files this supplemental status report and the attached Exhibits P and Q to provide the Court with additional correspondence between the Parties relating to the issues discussed in the Joint Status Report the Parties filed today. *See* ECF No. 1549.

Plaintiffs' Exhibit G was an attachment to an August 7, 2026 email from Karl Herrmann to Chris Yeager and Colette Connor. Plaintiffs did not include that email, however, as an exhibit to the Joint Status Report. Instead, they attached as Exhibit F only an excerpt of the associated email thread, which concludes with a July 17, 2026 email from Karl Herrmann to Chris Yeager. After that July 17 email, the Parties exchanged ten additional emails leading up to Karl Herrmann's August 7, 2026 letter. The attached Exhibit P is the complete email thread.

Plaintiffs' Exhibit H (an August 17, 2026 letter from Mr. Herrmann to Mr. Yeager) states that it is "in response to [Google's] letter dated August 13, 2026," and it purports to "correct" certain information in that August 13 Google letter. Plaintiffs, however, did not include Google's August 13 letter as an exhibit to the Joint Status Report. The attached Exhibit Q is Google's August 13 letter.

Plaintiffs declined to include Exhibits P and Q when they filed the Joint Status Report. Google respectfully submits that the Court should consider Exhibits P and Q, alongside the Parties' other exhibits to the Joint Status Report, for the sake of completeness.

Dated: September 17, 2026

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: */s/ John E. Schmidtlein*

John E. Schmidtlein (D.C. Bar No. 441261)
Benjamin M. Greenblum (D.C. Bar No. 979786)
Colette T. Connor (D.C. Bar No. 991533)
680 Maine Avenue, SW
Washington, DC 20024

Tel: 202-434-5000
jschmidtlein@wc.com
bgreenblum@wc.com
cconnor@wc.com

WILSON SONSINI GOODRICH & ROSATI P.C.
Michael Sommer (admitted *pro hac vice)*
Franklin M. Rubinstein (D.C. Bar No. 476674)
1700 K Street, NW
Washington, DC 20006
Tel: 202-973-8800
msommer@wsgr.com
frubinstein@wsgr.com

ROPES & GRAY LLP
Mark S. Popofsky (D.C. Bar No. 454213)
2099 Pennsylvania Avenue, NW
Washington, DC 20006
Tel: 202-508-4624
Mark.Popofsky@ropesgray.com

Matthew McGinnis (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, MA 02199
Tel: 617-951-7703
Matthew.McGinnis@ropesgray.com

*Counsel for Defendant Google LLC*