**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED JOINT MOTION FOR ADDITIONAL TIME TO SUBMIT A TEMPLATE LICENSE AGREEMENT FOR SEARCH AND SEARCH TEXT ADS SYNDICATION**

WHEREAS, on October 6, 2026, Plaintiffs in the above-captioned cases jointly filed an Unopposed Joint Motion for Additional Time to Submit a Template License Agreement for Search and Search Text Ads Syndication;

it is hereby **ORDERED**:

(1) That Plaintiffs' Unopposed Joint Motion for Additional Time to Submit a Template License Agreement for Search and Search Text Ads Syndication is **GRANTED**;

(2) That the deadline for Plaintiffs to submit to the Court templates for a Search Syndication License and a Search Text Ads Syndication License is October 9, 2026; and

(3) That the deadline for the Parties to submit a Joint Status Report on any outstanding objections to the template Search Syndication License and Search Text Ads Syndication License is October 16, 2026.

Dated: __________, 2026

_________________________

Hon. Amit P. Mehta
United States District Court Judge