# [Attachment 1 – Filed Under Seal]