| HIGHLY CONFIDENTIAL PURSUANT TO ECF 98 IN 20-CV-3010-APM (DDC)<br>CONFIDENTIAL AND SENSITIVE COMMERCIAL INFORMATION SUBJECT TO RULE 26(C)(1)(G) | | |
|---|---|---|
| **Google separately provided its objections to the terms applicable to the local/maps services in Google's 9/29 cover letter accompanying this chart. Google's objections, bases, and proposals as to the local/maps terms are stated in the letter.** | | |
| **Syndication License Agreement Template (Plaintiffs/TC August 31 Submission)** | **Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)*** | **Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template)** |
| | | |
| - | [No change] | **Conflicts with MFN Terms** |

* Plaintiffs' Note: Where this column has the text "[No change]" and the first column is blank, Google's objection is based on the Recommended Template not including a term Google proposed, to be addressed in the forthcoming Joint Status Report.

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 1.1. [redacted] | [redacted] | **Unsupported by Google's Administrative Processes, Unsupported by Google Technology, Conflicts with MFN Terms** |
| - | [No change] | **Advertiser Harm, Conflicts with MFN Terms** |
| - | [No change] | **Advertiser Harm, Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| - | [No change] | **Conflicts with MFN Terms, Advertiser Harm** |
| - | [redacted] | **Drafting Issue - Substantive, Conflicts with MFN Terms** |
| **1.3.** [redacted] | [No change] | **Conflicts with MFN Terms, Unsupported by Google Technology** |
| - | [No change] | **Advertiser Harm** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 27.1. [redacted] | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Drafting Issue - Substantive** |
| 1.6. [redacted] | [redacted] | **Drafting Issue - Substantive** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | [redacted] | **Drafting Issue - Minor** |
| **1.7.** [redacted] | [No change] | **Drafting Issue - Minor, Unclear Obligation** |
| - | **1.10.** [redacted] | **Drafting Issue - Minor** |
| - | [No change] | **Conflicts with MFN Terms, Advertiser Harm, Contradicts FJ IP Protections** |
| **1.8.** [redacted] | **[Provision Omitted]** | **Advertiser Harm, Conflicts with MFN Terms, Contradicts FJ IP Protections, Drafting Issue - Substantive, Unsupported by Google Technology, Unclear Obligation** |
| - | [No change] | **Drafting Issue - Substantive** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | [No change] | **Drafting Issue - Substantive** |
| - | [No change] | **Drafting Issue - Substantive** |
| - | [No change] | **Drafting Issue - Substantive** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Unsupported by Google Technology** |
| 1.11. [redacted] | 1.15. [redacted] | **Contradicts FJ IP Protections, Conflicts with MFN Terms** |
| 1.12. [redacted] | [No change] | **Conflicts with MFN Terms, Advertiser Harm** |
| - | [No change] | **Conflicts with MFN Terms, Advertiser Harm** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| **1.22.** [redacted] | **1.26.** [redacted] | **Advertiser Harm, Drafting Issue - Substantive** |
| - | [No change] | **Drafting Issue - Substantive** |
| **1.18.** [redacted] | [No change] | **Drafting Issue - Minor, Unclear Obligation** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 1.23. [redacted]<br>1.17. [redacted]<br>1.21. [redacted] | [No change] | **Drafting Issue - Minor, Unclear Obligation** |

| **Syndication License Agreement Template (Plaintiffs/TC August 31 Submission)** | **Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)*** | **Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template)** |
|---|---|---|
| **1.25.** [redacted] | [No change] | **Drafting Issue - Substantive** |
| **1.28.** [redacted] | [No change] | **Drafting Issue - Substantive** |
| - | [No change] | **Drafting Issue - Substantive** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 1.27. [redacted] | [No change] | **Drafting Issue - Substantive, Advertiser Harm, Unsupported by Google's Administrative Processes** |
| - | [No change] | **Drafting Issue - Substantive** |
| - | [No change] | **Drafting Issue - Substantive** |
| - | [No change] | **Drafting Issue - Substantive** |
| 1.9. [redacted] | [No change] | **Drafting Issue - Minor** |
| 1.4. [redacted] | [No change] | **Drafting Issue - Substantive** |
| 1.10. [redacted] | [No change] | **Drafting Issue - Minor** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 1.13. [redacted] | [No change] | **Drafting Issue - Minor, Unclear Obligation** |
| 1.14. [redacted] | [No change] | **Drafting Issue - Minor, Unclear Obligation** |
| | | |
| 4.1 [redacted] | 4.1 [redacted] | **Unsupported by Google Technology, Unsupported by Google's Administrative Processes** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 5.1. [redacted] | 5.1 [redacted] | **Unsupported by Google Technology, Unsupported by Google's Administrative Processes** |
| 4.1. [redacted] | [No change] | **Unsupported by Google's Administrative Processes** |
| 5.1. [redacted] | [No change] | **Unsupported by Google's Administrative Processes** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **4.1.** [redacted] | [No change] | **Advertiser Harm** |
| **5.1** [redacted] | [No change] | **Advertiser Harm** |
| - | [No change] | **Advertiser Harm** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| 4.4. [redacted] | 4.4. [redacted] | Contradicts FJ IP Protections, Conflicts with MFN Terms, Drafting Issue - Substantive, Unclear Obligation |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 5.4. [redacted] | 5.4. [redacted] | Contradicts FJ IP Protections, Conflicts with MFN Terms, Drafting Issue - Substantive, Unclear Obligation |
| 4.7. [redacted] | [No change] | Contradicts FJ IP Protections, Conflicts with MFN Terms, Unclear Obligation |
| 5.8. [redacted] | [No change] | Contradicts FJ IP Protections, Conflicts with MFN Terms, Unclear Obligation |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| 4.3. [redacted] | [No change] | **Drafting Issue - Substantive** |
| 5.3. [redacted] | [No change] | **Drafting Issue - Substantive, Advertiser Harm** |
| - | [No change] | **Advertiser Harm, Unsupported by Google's Administrative Processes, Unsupported by Google Technology** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| 4.3. [redacted] | [redacted] | **Advertiser Harm, Conflicts with MFN Terms, Contradicts FJ IP Protections, Drafting Issue - Substantive, Unsupported by Google Technology, Unclear Obligation** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 5.3. [redacted] | [redacted] | Advertiser Harm, Conflicts with MFN Terms, Contradicts FJ IP Protections, Drafting Issue - Substantive, Unsupported by Google Technology, Unclear Obligation |
| - | [No change] | Advertiser Harm, Unsupported by Google Technology, Conflicts with MFN Terms |
| - | [No change] | Conflicts with MFN Terms |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C**<br>**2.2.** [redacted] | [No change] | **Drafting Issue - Substantive** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C**<br>**2.2.** [redacted] | [No change] | **Contradicts FJ IP Protections** |
| - | [No change] | **Contradicts FJ IP Protections, Advertiser Harm** |
| - | [No change] | **Unsupported by Google's Administrative Processes, Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | [No change] | **Conflicts with MFN Terms, Advertiser Harm, Unsupported by Google Technology** |
| **4.2.** [redacted] | **4.2.** [redacted] | **Drafting Issue - Substantive** |
| **5.2.** [redacted] | **5.2.** [redacted] | **Drafting Issue - Substantive** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 4.2. [redacted] | 4.2. [redacted] | Unsupported by Google Technology, Drafting Issue-Substantive |
| 5.2. [redacted] | 5.2. [redacted] | Unsupported by Google Technology, Drafting Issue-Substantive |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| 4.2. [redacted] | 4.2. [redacted] | Drafting Issue - Substantive |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 5.2. [redacted] | 5.2. [redacted] | Drafting Issue - Substantive, Conflicts with MFN Terms |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 6.2. [redacted] | 6.2. [redacted] | Drafting Issue - Substantive |
| | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 4.8. [redacted]<br><br>[redacted] | [No change] | **Contradicts FJ IP Protections, Unclear Obligation** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| - | [No change] | **Unsupported by Google Technology** |
| - | [redacted] | **Unsupported by Google Technology** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | (d) [redacted] | Unsupported by Google Technology, Conflicts with MFN Terms |
| Exhibit C<br>5.1. [redacted] | Exhibit C<br>5.1. [redacted] | Conflicts with MFN Terms, Unclear Obligation |
| [redacted] | [No change] | Conflicts with MFN Terms |
| - | [No change] | Conflicts with MFN Terms, Advertiser Harm |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | [No change] | **Conflicts with MFN Terms, Advertiser Harm** |
| [redacted] | [redacted] | **Drafting Issue - Substantive** |
| [redacted] | [No change] | **Drafting Issue - Substantive** |

| **Syndication License Agreement Template (Plaintiffs/TC August 31 Submission)** | **Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)*** | **Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template)** |
| --- | --- | --- |
| [redacted] | [redacted] | **Advertiser Harm, Conflicts with MFN Terms, Contradicts FJ IP Protections, Drafting Issue - Substantive, Unsupported by Google Technology, Unclear Obligation** |
| [redacted] | [No change] | **Drafting Issue - Substantive** |
| - | [No change] | **Contradicts FJ IP Protections** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C**<br>5.2. [redacted] | **Exhibit C**<br>5.2. [redacted] | Unsupported by Google's Administrative Processes, Advertiser Harm |
| [redacted] | [redacted] | Conflicts with MFN Terms |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **5.9.** [redacted] | [No change] | **Drafting Issue - Substantive** |
| **5.10.** [redacted] | [No change] | **Drafting Issue - Substantive** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 4.5. [redacted] | 4.5. [redacted] | Contradicts FJ IP Protections, Unclear Obligation |
| 5.5. [redacted] | 5.5. [redacted] | Contradicts FJ IP Protections |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C**<br>2.3. [redacted] | **Exhibit C**<br>2.3. [redacted] | **Conflicts with MFN Terms, Contradicts FJ IP Protections** |
| | | |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| Exhibit C<br>6. [redacted] | Exhibit C<br>6. [redacted] | Advertiser Harm, Conflicts with MFN Terms, Drafting Issue - Substantive |
| | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C**<br>3.2 [redacted] | **Exhibit C**<br>3.2 [redacted] | Drafting Issue - Substantive, Conflicts with MFN Terms, Unsupported by Google Technology |
| | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | [No change] | **Unsupported by Google Technology** |
| | | |
| 5.7. [redacted] | [No change] | **Conflicts with MFN Terms, Drafting Issue - Substantive** |
| | | |
| - | [No change] | **Advertiser Harm, Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | [No change] | **Conflicts with MFN Terms, Unsupported by Google Technology** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | **Exhibit A, Section 3.1** [redacted] | Advertiser Harm, Drafting Issue - Substantive, Conflicts with MFN Terms |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| - | Exhibit A, Section 3.2 [redacted] | Advertiser Harm, Drafting Issue - Substantive, Conflicts with MFN Terms |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit A:** [redacted]<br>**3.** [redacted] | **Exhibit A:** [redacted]<br>**3.3.** [redacted] | **Drafting Issue - Minor** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| - | Exhibit A, Section 3.4. [redacted] | Unsupported by Google Technology |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | [No change] | **Drafting Issue - Substantive, Conflicts with MFN Terms** |
| **10.** [redacted] | [No change] | **Drafting Issue - Minor, Unclear Obligation** |
| | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C, § 8.** [redacted]<br>**8.1.** [redacted] | [No change] | **Contradicts FJ IP Protections, Unsupported by Google Technology** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| Exhibit C, § 8. [redacted]<br>8.2. [redacted] | Exhibit C, § 8. [redacted]<br>8.2. [redacted] | Drafting Issue - Minor |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| **Exhibit C, § 8.** [redacted]<br>**8.3.** [redacted] | [No change] | **Conflicts with MFN Terms, Advertiser Harm, Unsupported by Google Technology, Unclear Obligation** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 7. [redacted]<br>7.1. [redacted] | 7. [redacted]<br>7.1. [redacted] | Conflicts with MFN Terms, Unclear Obligation |
| 7. [redacted].<br>7.2. [redacted] | 7. [redacted]<br>7.2. [redacted] | Conflicts with MFN Terms |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C, § 8.** [redacted]. **8.3.** [redacted] | [No change] | **Drafting Issue - Substantive** |
| **Exhibit C, § 8.** [redacted] **8.3.** [redacted] | [No change] | **Unsupported by Google Technology** |
| | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 26. [redacted] | 26. [redacted] | Drafting Issue - Substantive, Unclear Obligation |
| | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| - | [No change] | **Conflicts with MFN Terms** |
| | | |
| **Exhibit B, § 2.**[redacted]<br>**2.2.** [redacted] | [No change] | **Conflicts with MFN Terms** |
| **Exhibit B, § 2.**[redacted]<br>**2.2.** [redacted] | [No change] | **Conflicts with MFN Terms, Advertiser Harm** |
| Included in 2.3(b) | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit B, § 2.** [redacted]<br>**2.3.** [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit B, § 2.** [redacted]<br>**2.3.** [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit B, § 2.** [redacted]<br>**2.1.** [redacted] | [No change] | **Conflicts with MFN Terms** |
| **Exhibit B, § 2.** [redacted]<br>**2.3.** [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| **Exhibit B, § 2.** [redacted]<br>**2.1.** [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| **Exhibit B, § 2.** [redacted]<br>**2.1.** [redacted] | [No change] | **Conflicts with MFN Terms** |
| | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 30.1. [redacted] | 30.1. [redacted] | **Drafting Issue - Substantive, Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| [redacted] | [redacted] | Conflicts with MFN Terms |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| 30.2. [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| 30.2. [redacted] | [No change] | **Conflicts with MFN Terms** |
| [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 30.3. [redacted] | [No change] | **Conflicts with MFN Terms** |
| | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 29.1. [redacted] | [No change] | **Conflicts with MFN Terms** |
| 29.1. [redacted] | [No change] | **Drafting Issue - Substantive, Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 29.2. [redacted] | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Drafting Issue - Substantive** |
| | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 27.1. [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| - | 27.4 [redacted] | **Drafting Issue - Substantive, Conflicts with MFN Terms** |
| | | |
| 2. [redacted] | 2. [redacted] | **Drafting Issue - Substantive** |
| - | [No change] | **Drafting Issue - Substantive** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **16.2.** [redacted] | [No change] | **Conflicts with MFN Terms** |
| [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 16.4. [redacted] | 16.4. [redacted] | Unclear Obligation |
| 22. [redacted]<br>22.1. [redacted] | [No change] | Conflicts with MFN Terms, Drafting Issue - Substantive, Unclear Obligation |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 22. [redacted]<br>22.2. [redacted] | [No change] | **Conflicts with MFN Terms, Drafting Issue - Substantive** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 22. [redacted]<br>22.3. [redacted] | 22. [redacted]<br>22.3. [redacted] | **Unsupported by Google Technology** |
| | | |
| 11. [redacted] | [No change] | **Drafting Issue - Substantive** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 15. [redacted]<br><br>[redacted]<br><br>[redacted]<br><br>[redacted] | [No change] | **Conflicts with MFN Terms, Drafting Issue - Substantive** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| 24. [redacted] | [No change] | Conflicts with MFN Terms, Unclear Obligation |
| - | [No change] | Conflicts with MFN Terms |
| 20. [redacted] | 20. [redacted] | Drafting Issue - Substantive |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | [No change] | **Conflicts with MFN Terms, Drafting Issue - Substantive** |
| 16.5. [redacted] | [No change] | **Drafting Issue - Minor** |
| 12. [redacted] | [No change] | **Drafting Issue - Minor** |
| | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit B**<br>**1.** [redacted] | [No change] | **Unsupported by Google Technology** |
| **Exhibit B,** [redacted]<br><br>[redacted]<br><br>[redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit B,** [redacted] | [No change] | **Conflicts with MFN Terms, Unclear Obligation** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| **Exhibit B,** [redacted] | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| | | |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| **Exhibit C, § 1.** [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C, § 1.** [redacted] 1.2. [redacted] | [No change] | **Conflicts with MFN Terms** |
| **Exhibit C, § 1.** [redacted] 1.3. [redacted] | [No change] | **Conflicts with MFN Terms** |
| **Exhibit C, § 1.** [redacted] 1.5. [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C, § 1.** [redacted]<br>1.6. [redacted] | [No change] | **Conflicts with MFN Terms** |
| **Exhibit C**<br>**2.1.** [redacted] | [No change] | **Unsupported by Google Technology, Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C**<br>**2.1.** [redacted] | **Exhibit C**<br>**2.1.** [redacted] | **Unsupported by Google Technology, Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| **Exhibit C**<br>3.1. [redacted] | **Exhibit C**<br>3.1. [redacted] | **Unsupported by Google Technology** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C, § 4** [redacted]<br>**4.1.** [redacted] | [No change] | **Conflicts with MFN Terms, Unsupported by Google Technology** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C, § 4** [redacted]<br>**4.2.** [redacted] | [No change] | **Conflicts with MFN Terms, Unsupported by Google Technology** |
| | [No change] | **Conflicts with MFN Terms** |
| | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C, § 4** [redacted]<br>**4.3.** [redacted]<br>[redacted] | [No change] | **Unsupported by Google Technology, Conflicts with MFN Terms** |
| [redacted] | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **6.4.** [redacted] | [No change] | **Unsupported by Google's Administrative Processes, Conflicts with MFN Terms, Unclear Obligation** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| 6.5. [redacted] | [No change] | **Drafting Issue - Substantive** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| - | 6.7 [redacted] | Advertiser Harm, Unsupported by Google Technology, Conflicts with MFN Terms |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit B, § 3.** [redacted]<br>**3.1.** [redacted] | **Exhibit B, § 3.** [redacted] | **Unsupported by Google Technology, Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit B, § 4.** [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | Exhibit C, § 3.3 [redacted] | Conflicts with MFN Terms, Contradicts FJ IP Protections |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| - | Exhibit C, § 5.3 [redacted] | Unsupported by Google's Administrative Processes, Advertiser Harm, Conflicts with MFN Terms |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| - | Exhibit C, § 5.4 [redacted] | Advertiser Harm, Conflicts with MFN Terms, Contradicts FJ IP Protections, Drafting Issue - Substantive, Unsupported by Google Technology, Unclear Obligation |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| Exhibit C, § 7. [redacted]<br>7.1. [redacted] | Exhibit C, § 7. [redacted]<br>7.1. [redacted] | Conflicts with MFN Terms |

| **Syndication License Agreement Template (Plaintiffs/TC August 31 Submission)** | **Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)*** | **Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template)** |
|---|---|---|
| **Exhibit C, § 7.** [redacted] **7.2.** [redacted] | [No change] | **Unsupported by Google's Administrative Processes** |
| **Exhibit C, § 7.** [redacted] **7.3.** [redacted] | [No change] | **Unsupported by Google's Administrative Processes** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit C, § 7.** [redacted]<br>**7.4.** [redacted] | [No change] | **Unsupported by Google's Administrative Processes** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| Exhibit C, § 9. [redacted]<br>9.2. [redacted] | Exhibit C, § 9. [redacted]<br>9.2. [redacted] | Conflicts with MFN Terms, Unsupported by Google Technology |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit B, § 10.** [redacted] | [No change] | **Conflicts with MFN Terms** |
| **Exhibit B, § 10.** [redacted] **10.1.** [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| **Exhibit B, § 10.** [redacted] **10.2.** [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| **Exhibit B, § 10.** [redacted] **10.3.** [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit B, § 10.** [redacted] **10.4.** [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| **Exhibit B, § 10.** [redacted]<br>**10.5.** [redacted] | [No change] | **Conflicts with MFN Terms** |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
| --- | --- | --- |
| **Exhibit B, § 10.** [redacted] **10.6.** [redacted] | [No change] | **Conflicts with MFN Terms** |
| **10.7.** [redacted] | [No change] | **Conflicts with MFN Terms** |
| - | [No change] | **Conflicts with MFN Terms** |
| | | |

| Syndication License Agreement Template (Plaintiffs/TC August 31 Submission) | Syndication License Agreement Template (Plaintiffs/TC 10/4 Submission)* | Google's 9/29 & 10/9 Objection (to Plaintiffs/TC 10/4 Template) |
|---|---|---|
| - | [No change] | **Conflicts with MFN Terms, Unsupported by Google Technology, Drafting Issue - Substantive, Contradicts FJ IP Protections, Unsupported by Google's Administrative Processes**** |

** Plaintiffs' Note: Google's objection here is based on the Recommended Template not including provisions from Exhibits 4, 5, and 6 from Google's August 19, 2026, submission to the Technical Committee.