# Exhibit 3

[redacted]

LAW OFFICES
WILLIAMS & CONNOLLY LLP®

COLETTE T. CONNOR
(202) 434-5170
cconnor@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 10, 2026

**Via Email**

Remedies Technical Committee, Inc.
tc@remediestc.org

Re: ***United States, et al. v. Google LLC*, No. 20-cv-3010-APM (D.D.C.) & *State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM (D.D.C.)**

Technical Committee Members:

I write in response to your invitation for Google to provide input regarding syndication license terms and pricing. Google has prepared proposed template agreements for Search syndication services required under Final Judgment § V.A[1] and Search Text Ads syndication services required under Final Judgment § VI.B, enclosed as Exhibits 1 and 2. Because Google has not previously offered its Websearch Syndication Services ("WSS") through a stand-alone negotiated agreement, and consistent with the Final Judgment's requirement that Google offer these services separately, the attached agreements separate those terms that apply only to the Search syndication services from those terms that apply only to the Search Text Ads syndication services. Accordingly, Google is also attaching the [redacted], Google's Search Text Ads syndication service. At this time, the [redacted]

In Exhibit B of the template license agreements, Google has included the proposed pricing terms. Because Google has previously offered WSS only in combination with AFS,

[1] As Google noted in Appendix B to its May 8, 2026 correspondence, Google's search syndication products for U.S. customers do not provide syndicated local or maps content. Instead, Google offers APIs through its Maps Platform, which is operated separately from Google's Websearch Syndication ("WSS") product. Google is preparing proposed template licenses for Local/Maps services, which we will send separately.

[2] *See, e.g.*, [redacted]

[redacted]

WILLIAMS & CONNOLLY LLP®



Google refers to the price of its Programmable Search Engine ("ProSE") product without ads. Similarly, Google has never offered stand-alone image search, video search, or Knowledge Panel. [redacted] The Knowledge Panel pricing is based on the publicly available pricing for Bing's Search APIs before those products were deprecated in 2025.

[redacted]

In addition, note that Google is in the process of developing systems and processes to enable Qualified Competitors to subsyndicate AFS. [redacted] Google's current processes for onboarding subsyndicates and offering reporting features are not scalable. As Google refines this process, it may request modifications to Sections 8, 18.3, and Exhibit D Sections 1.7 and 3 of the AFS agreement.

Finally, Google is in the process of responding to the Technical Committee's demand letter dated July 31, 2026 and will provide that information by August 14, 2026.

Sincerely,

*/s/ Colette T. Connor*

Colette T. Connor

---

[3] IAC is not a current syndication customer, as its agreement expired at the end of April 2026 and IAC declined to renew the services.

[redacted]