# Exhibit 5

[redacted]

**From:** Fergusson, Grant (ATR)
**To:** Connor, Colette; Keung, Tiffany; Maddox, Claire (ATR); Waitzman, Emma (ATR); Karr, Ryan (ATR); "Jon Sallet"; "Weber, Jayme"; "Sarah Mader"
**Cc:** Schmidtlein, John; Safty, Graham; Greenblum, Benjamin; Ryan, Thomas; Clay, Jesse
**Subject:** RE: US v Google -- Template Search and Search Text Ads Syndication License
**Date:** Friday, October 9, 2026 6:00:57 PM

---

Colette,

Plaintiffs object to the formulation of your emailed questions as overly ambiguous, particularly given the highly technical nature of the syndication remedies. Nevertheless, Plaintiffs believe the position provided in our previous email answers Google's questions on this point. On Monday's meet and confer, Plaintiffs also confirmed that the recommended syndication template does not permit a Qualified Competitor to train AI models on syndicated content or otherwise use syndicated content to independently develop search capabilities.

To confirm, Plaintiffs and the TC do not believe our position on this issue requires a modification to the recommended syndication template provided to Google.

Best,
Grant

**---**
**Grant M. Fergusson**
Trial Attorney, Antitrust Division
U.S. Department of Justice
450 Fifth Street, NW
Washington, DC 20001
grant.fergusson@usdoj.gov

---

**From:** Connor, Colette <CConnor@wc.com>
**Sent:** Friday, October 9, 2026 1:57 PM
**To:** Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Keung, Tiffany <tkeung@wc.com>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; 'Jon Sallet' <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; 'Sarah Mader' <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** [EXTERNAL] RE: US v Google -- Template Search and Search Text Ads Syndication License

Grant,

Thank you for your response. It does not, however, directly answer the two questions we posed at our Monday meet and confer, which I also repeated in my email below: (1) is a

QC allowed under Plaintiffs' template to take Google's syndicated search results and feed them into an LLM?; and (2) if any form of grounding is intended to be prohibited by Plaintiffs' template, how is that form of grounding defined? Please respond to these questions by Monday. If the Technical Committee requires more information or a further discussion with Google, please let us know and we will get that on calendar for early next week.

I don't understand your position to be modifying the template such that we need to include a new objection and counter-proposal, but if I am mistaken on that please let me know. As you know, Google objects to terms that depart from Google's MFN use and display terms and Google's ordinary-course IP protections.

Best,

Colette

**Colette Connor**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5170 | (F) 202-480-8236
cconnor@wc.com | www.wc.com/cconnor

---

**From:** Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>
**Sent:** Thursday, October 8, 2026 7:48 PM
**To:** Connor, Colette <CConnor@wc.com>; Keung, Tiffany <tkeung@wc.com>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; 'Jon Sallet' <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; 'Sarah Mader' <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** RE: US v Google -- Template Search and Search Text Ads Syndication License

Colette,

On the Parties' meet and confer dated October 5, 2026, Google requested additional information regarding the Plaintiffs' position on how Qualified Competitors offering GenAI Products may display and use syndicated search results.

To confirm, the Plaintiffs' position, in consultation with the TC, is that Qualified Competitors, including those offering GenAI Products, may display and use syndicated search results flexibly so long as such display and use comports with the Final Judgment and the Court's instructions. Specifically, Qualified Competitors offering GenAI Products are not limited to displaying syndicated search results in Google's "ten blue links" format and may temporarily cache the content of syndicated search results received in response to a Covered Query for the purpose of responding to such Covered Query in a different way, including in text responses akin to AI

Overviews.

If Google intends to raise an objection related to this position, please provide Google's objection(s), the bases for such objection(s), and any proposed resolution(s) by Google as part of Google's submission of objections tomorrow (10/9).

Separately, we noted on Monday's meet and confer that the TC was still finalizing its notice address box for Section 25 of Plaintiffs' recommended syndication template. The TC has provided the following address box, which we plan to include in tomorrow's filing:

Chair, Remedies Technical Committee, Inc.

[redacted]

[redacted]

Best,
Grant

---

**Grant M. Fergusson**
Trial Attorney, Antitrust Division
U.S. Department of Justice
450 Fifth Street, NW
Washington, DC 20001
grant.fergusson@usdoj.gov

---

**From:** Connor, Colette <CConnor@wc.com>
**Sent:** Thursday, October 8, 2026 4:30 PM
**To:** Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Keung, Tiffany <tkeung@wc.com>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; 'Jon Sallet' <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; 'Sarah Mader' <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** [EXTERNAL] RE: US v Google -- Template Search and Search Text Ads Syndication License

Grant,

Thank you for your letter. We will review. To make sure we are on the same page, we continue to await an answer to our questions regarding grounding: (1) is a QC allowed under Plaintiffs' template to take Google's syndicated search results and feed them into an LLM?; and (2) if any form of grounding is intended to be prohibited by Plaintiffs' template, please define that form of grounding.

With respect your last paragraph, we cannot agree to that process as that does not provide Google adequate time to evaluate your responses.

Best,
Colette

**Colette Connor**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5170 | (F) 202-480-8236
cconnor@wc.com | www.wc.com/cconnor

---

**From:** Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>
**Sent:** Thursday, October 8, 2026 4:19 PM
**To:** Keung, Tiffany <tkeung@wc.com>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Connor, Colette <CConnor@wc.com>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; 'Jon Sallet' <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; 'Sarah Mader' <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** RE: US v Google -- Template Search and Search Text Ads Syndication License

Counsel:

Please see the attached letter relating to the Parties' meet and confer on October 5, 2026.

Best,
Grant

---
**Grant M. Fergusson**
Trial Attorney, Antitrust Division

U.S. Department of Justice
450 Fifth Street, NW
Washington, DC 20001
grant.fergusson@usdoj.gov

---

**From:** Fergusson, Grant (ATR)
**Sent:** Sunday, October 4, 2026 5:12 PM
**To:** 'Keung, Tiffany' <tkeung@wc.com>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Connor, Colette <CConnor@wc.com>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; 'Jon Sallet' <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; 'Sarah Mader' <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** RE: US v Google -- Template Search and Search Text Ads Syndication License

Counsel,

As discussed during our September 30, 2026, meet and confer, Plaintiffs hereby attach:

1. An updated syndication license agreement template intended to address certain Google objections, and
2. A redline comparing Plaintiffs' updated syndication license agreement template with the original template provided on August 31, 2026.

Best,
Grant

---

**Grant M. Fergusson**
Trial Attorney, Antitrust Division
U.S. Department of Justice
450 Fifth Street, NW
Washington, DC 20001
grant.fergusson@usdoj.gov

---

**From:** Keung, Tiffany <tkeung@wc.com>
**Sent:** Tuesday, September 29, 2026 6:24 PM
**To:** Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Connor, Colette <CConnor@wc.com>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; 'Jon Sallet' <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; 'Sarah Mader' <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum,

Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** [EXTERNAL] RE: US v Google -- Template Search and Search Text Ads Syndication License

Counsel: please find attached the presentation from the meeting with Dave Graham, Matt Klainer, and Jesse Adkins earlier today.

**Tiffany Keung**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5806 | tkeung@wc.com | www.wc.com

---

**From:** Keung, Tiffany <tkeung@wc.com>
**Sent:** Friday, September 25, 2026 12:36 PM
**To:** Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Connor, Colette <CConnor@wc.com>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; 'Jon Sallet' <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; 'Sarah Mader' <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** RE: US v Google -- Template Search and Search Text Ads Syndication License

Thank you Grant. As Colette mentioned on our call, Jesse Adkins ([redacted]@google.com) will be joining the Tuesday meeting as well—can you please add him to the invitation? I am also attaching the presentation from our meeting with the TC this morning.

Thanks,
**Tiffany Keung**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5806 | tkeung@wc.com | www.wc.com

---

**From:** Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>
**Sent:** Thursday, September 24, 2026 4:28 PM
**To:** Keung, Tiffany <tkeung@wc.com>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Connor, Colette <CConnor@wc.com>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; 'Jon Sallet' <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; 'Sarah Mader' <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** RE: US v Google -- Template Search and Search Text Ads Syndication License

Tiffany,

Meeting invites will be circulated shortly to the individuals listed in your email from yesterday. If you have trouble accessing the relevant meeting links, please let us know.

Thanks,
Grant

---
**Grant M. Fergusson**
Trial Attorney, Antitrust Division
U.S. Department of Justice
450 Fifth Street, NW
Washington, DC 20001
grant.fergusson@usdoj.gov

---

**From:** Keung, Tiffany <tkeung@wc.com>
**Sent:** Thursday, September 24, 2026 3:58 PM
**To:** Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Connor, Colette <CConnor@wc.com>; Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; 'Jon Sallet' <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; 'Sarah Mader' <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** [EXTERNAL] RE: US v Google -- Template Search and Search Text Ads Syndication License

Claire, please send the invitations for tomorrow's meetings when you're able, thanks.

**Tiffany Keung**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5806 | tkeung@wc.com | www.wc.com

---

**From:** Keung, Tiffany
**Sent:** Wednesday, September 23, 2026 7:02 PM
**To:** Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Connor, Colette <CConnor@wc.com>; Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; Sarah Mader <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** RE: US v Google -- Template Search and Search Text Ads Syndication License

Thank you Claire, please see below for the attendees and email addresses for the meetings:

**WSS/AFS Technical Topics – Friday 9/25, 11 AM-12 PM ET**
Matt Klainer - [redacted]@google.com
Jesse Adkins - [redacted]@google.com
Colette Connor - cconnor@wc.com
Tiffany Keung – tkeung@wc.com
Jack Mellyn - [redacted]@google.com

**Local/Maps – Friday 9/25, 1:30-2:30 PM ET**
Yael Maguire - [redacted]@google.com
Jesse Adkins [redacted]@google.com
Colette Connor - cconnor@wc.com
Tiffany Keung – tkeung@wc.com
Jack Mellyn - [redacted]@google.com

**WSS/AFS Topics – Tuesday 9/29, 1:30-2:30 PM ET**
Matt Klainer - [redacted]@google.com
Dave Graham - [redacted]@google.com
Colette Connor - cconnor@wc.com
Tiffany Keung – tkeung@wc.com
Jack Mellyn - [redacted]@google.com

**Tiffany Keung**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5806 | tkeung@wc.com | www.wc.com

---

**From:** Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>
**Sent:** Wednesday, September 23, 2026 5:09 PM
**To:** Connor, Colette <CConnor@wc.com>; Keung, Tiffany <tkeung@wc.com>; Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; Sarah Mader <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** RE: US v Google -- Template Search and Search Text Ads Syndication License

Thank you, Colette. The TC can do Tuesday, 1:30-2:30p ET, for the first set of AFS/WSS topics. We will block these times on our calendars and send invites once we hear from you on attendees.

**Claire M. Maddox**

202.549.7155
claire.maddox@usdoj.gov

---

**From:** Connor, Colette <CConnor@wc.com>
**Sent:** Wednesday, September 23, 2026 4:31 PM
**To:** Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Keung, Tiffany <tkeung@wc.com>; Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; Sarah Mader <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** [EXTERNAL] RE: US v Google -- Template Search and Search Text Ads Syndication License

Claire,

Yes – we have been rounding schedules and I was just emailing you. Let's set 11-12 ET on Friday for the WSS/AFS Technical Topics call and 1:30 – 2:30 ET on Friday for the Local/Maps call. For third call (re: the first set of AFS/WSS topics listed in our letter), one of the lead executives we want to connect the TC with is traveling on Thursday and Friday. Given the TC is not available on Monday, we propose to set that call for Tuesday, and we are available 1:30-4:00 pm ET. Can you confirm that works for the TC?

I'll circulate the names for invitations shortly but wanted to fire this off in the meantime for your scheduling purposes.

Best,
Colette

**Colette Connor**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5170 | (F) 202-480-8236
cconnor@wc.com | www.wc.com/cconnor

---

**From:** Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>
**Sent:** Wednesday, September 23, 2026 4:07 PM
**To:** Keung, Tiffany <tkeung@wc.com>; Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; Sarah Mader <sarah.mader@ohioago.gov>

**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Connor, Colette <CConnor@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** RE: US v Google -- Template Search and Search Text Ads Syndication License

Counsel,

Following up on my email below, please let us know which days/times work on your end and for which topics, so we know what times to lock in on our calendars and what times we can free up.

Thank you,
Claire

**Claire M. Maddox**
202.549.7155
claire.maddox@usdoj.gov

---

**From:** Maddox, Claire (ATR)
**Sent:** Tuesday, September 22, 2026 6:42 PM
**To:** 'Keung, Tiffany' <tkeung@wc.com>; Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; Sarah Mader <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Connor, Colette <CConnor@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** RE: US v Google -- Template Search and Search Text Ads Syndication License

Counsel,

Thank you for your letter sent below this morning.

As noted in Grant's letter of September 15, Plaintiffs and the TC are amenable to having live discussions with Google employees to the extent Google seeks information that is necessary to exercise its right to object under the Final Judgment. Regarding the calls requested in your September 22 letter, Plaintiffs and the TC are unable to do a call on Monday but are available as follows:

- Thursday—1:30 - 3 PT / 4:30 - 6 ET
- Friday— 8-9 AM PT / 11-12 ET or 10:30 - 1PM PT / 1:30 - 4:00 ET

Please confirm which days/times work on your end and for which topics, as well as the name of Google employees who will attend, and we can circulate invites.

Thank you,
Claire

**Claire M. Maddox**
202.549.7155
claire.maddox@usdoj.gov

---

**From:** Keung, Tiffany <tkeung@wc.com>
**Sent:** Tuesday, September 22, 2026 9:02 AM
**To:** Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; Sarah Mader <sarah.mader@ohioago.gov>
**Cc:** Schmidtlein, John <JSchmidtlein@wc.com>; Connor, Colette <CConnor@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Subject:** [EXTERNAL] RE: US v Google -- Template Search and Search Text Ads Syndication License

Counsel, please see the attached correspondence.

**Tiffany Keung**
**Associate | Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
202-434-5806 | tkeung@wc.com | www.wc.com

---

**From:** Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>
**Sent:** Tuesday, September 15, 2026 2:58 PM
**To:** Connor, Colette <CConnor@wc.com>; Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Cc:** Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; Sarah Mader <sarah.mader@ohioago.gov>
**Subject:** RE: US v Google -- Template Search and Search Text Ads Syndication License

Counsel,

Please see the attached responses and attachments, consistent with the Orders described below.

Best,
Grant

---
**Grant M. Fergusson**
Trial Attorney, Antitrust Division
U.S. Department of Justice
450 Fifth Street, NW
Washington, DC 20001
grant.fergusson@usdoj.gov

---

**From:** Connor, Colette <CConnor@wc.com>
**Sent:** Tuesday, September 8, 2026 3:04 PM
**To:** Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Cc:** Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; Sarah Mader <sarah.mader@ohioago.gov>
**Subject:** [EXTERNAL] RE: US v Google -- Template Search and Search Text Ads Syndication License

Counsel, with apologies, here is the accompanying Attachment A.

Best,
Colette

**Colette Connor**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5170 | (F) 202-480-8236
cconnor@wc.com | www.wc.com/cconnor

---

**From:** Connor, Colette
**Sent:** Tuesday, September 8, 2026 3:01 PM
**To:** 'Maddox, Claire (ATR)' <Claire.Maddox@usdoj.gov>; Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Cc:** Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; Sarah Mader <sarah.mader@ohioago.gov>
**Subject:** RE: US v Google -- Template Search and Search Text Ads Syndication License

Counsel,

Please see the attached in response, consistent with the Orders you identify. We will send to the TC email address now as well.

Best,
Colette

**Colette Connor**
**Williams & Connolly LLP**
680 Maine Avenue, S.W., Washington, DC 20024
(P) 202-434-5170 | (F) 202-480-8236
cconnor@wc.com | www.wc.com/cconnor

---

**From:** Maddox, Claire (ATR) <Claire.Maddox@usdoj.gov>
**Sent:** Monday, August 31, 2026 2:58 PM
**To:** Schmidtlein, John <JSchmidtlein@wc.com>; Safty, Graham <GSafty@wc.com>; Connor, Colette <CConnor@wc.com>; Greenblum, Benjamin <BGreenblum@wc.com>; Ryan, Thomas <TRyan@wc.com>; Clay, Jesse <jclay@wc.com>
**Cc:** Fergusson, Grant (ATR) <Grant.Fergusson@usdoj.gov>; Waitzman, Emma (ATR) <Emma.Waitzman@usdoj.gov>; Karr, Ryan (ATR) <Ryan.Karr@usdoj.gov>; Jon Sallet <Jon.Sallet@coag.gov>; 'Weber, Jayme' <jayme.weber@azag.gov>; Sarah Mader <sarah.mader@ohioago.gov>
**Subject:** US v Google -- Template Search and Search Text Ads Syndication License

Counsel,

Pursuant to Sections V and VI.B of the Final Judgment, as well as to the terms adopted by the Court for Recommendations as set forth in Appendix A to the Parties' Joint Status Report filed on May 20, 2026, ECF Nos. 1520-1, 1521, and to the order of operations and timing for Category 2 Recommendations, ECF Nos. 1528-2, 1529, Plaintiffs together with the TC hereby submit this Recommendation and Template Search and Search Text Ads Syndication License.

Specifically, attached are:

- Syndication Cover Recommendation and Basis - Counsel-Only Copy
- Syndication Cover Recommendation and Basis - Employee Copy
- Syndication License Agreement Template with accompanying Exhibit A-C (both in Word and PDF)
- Three documents referenced in the Recommendation:
  - USDOJ-GOOG-FJ-000001
  - USDOJ-GOOG-FJ-000008

- USDOJ-GOOG-FJ-000020

Regards,
Claire

**Claire M. Maddox**
Trial Attorney
Technology and Digital Platforms Section
Antitrust Division | U.S. Department of Justice
450 5th St NW, Washington, D.C. 20530
202.549.7155 | claire.maddox@usdoj.gov

---

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.