**[Exhibit 10, ECF No. 1562-10 – Filed Under Seal]**