# Exhibit 13

[redacted]

LAW OFFICES
WILLIAMS & CONNOLLY LLP®

COLETTE T. CONNOR
(202) 434-5170
cconnor@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
202.434.5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 19, 2026

**Via Email**

Remedies Technical Committee, Inc.
tc@remediestc.org

Re: ***United States, et al. v. Google LLC*, No. 20-cv-3010-APM (D.D.C.) & *State of Colorado, et al. v. Google LLC*, No. 20-cv-3715-APM (D.D.C.)**

Technical Committee Members:

I write to follow up on Google's August 10, 2026 correspondence regarding syndication license terms and pricing. Google is attaching proposed service-specific agreements for the following Google Maps Platform Services, which together offer Google's local and maps content as required under Section V.A.3 of the Final Judgment: Places UI Kit Query, Places UI Kit Pro, Dynamic Maps, and Maps SDK ("Local/Maps Services").

Customers of the Google Maps Platform Services must execute three agreements—the Cloud Master Services ("CMA") agreement, which is attached as Exhibit 4, the Services Schedule, which is attached as Exhibit 5, and the Order Form, attached as Exhibit 6. To create these templates, Google modified its standard offline agreements in accordance with the Final Judgment. [redacted]

Sincerely,

*/s/ Colette T. Connor*

Colette T. Connor

[redacted]