# Exhibit 14

[redacted]

[redacted]

**Google Cloud Master Agreement – Enterprise**
**for Companies Certified as Qualified Competitors**
**Pursuant to *U.S. v. Google* Final Judgment**

This Google Cloud Master Agreement is for Companies certified as Qualified Competitors pursuant to the *U.S. v. Google* Final Judgment, and is comprised of the Google Cloud Master Agreement General Terms ("General Terms") and all Services Schedules and Order Forms that are incorporated by reference into the Google Cloud Master Agreement (collectively, the "Agreement"), and is entered into by Google LLC, with offices at 1600 Amphitheatre Parkway, Mountain View, CA 94043 ("Google") and **[Customer Legal Name]**, with offices at **[Customer Address]** ("Customer"). This Agreement is entered into under the Final Judgment and is subject to the terms of the Final Judgment and further order by the Court.

**Google Cloud Master Agreement General Terms**

**1.** **Services.** Google will provide the following Services, Places UI Kit Query (0678-4F72-DA7C), Places UI Kit Pro (42AB-1FB3-B56A), Dynamic Maps (FAF4-3B2D-51B2), and Maps SDK (6DE1-4D9C-5B67), including the SLAs, and Customer and its End Users may use the Services in accordance with the Services Schedule. This Agreement is limited to the Services in this Section 1, and any references below to other Services are superseded by this sentence.

**2.** **Customer Obligations.**

2.1 Consents. Customer is responsible for any consents and notices required to permit (a) Customer's use and receipt of the Services and (b) Customer's provision of data (including Customer Data) under the Agreement, and Google's accessing, storing, and processing of such data in accordance with the Agreement.

2.2 Compliance. Customer will (a) ensure that Customer and its End Users' use of the Services complies with the Agreement, (b) use commercially reasonable efforts to prevent and terminate any unauthorized access to or use of the Services, and (c) promptly notify Google of any unauthorized access to or use of the Services of which Customer becomes aware.

2.3 Use Restrictions. Customer will not, and will not allow End Users to, (a) copy, modify, create a derivative work of, reverse engineer, decompile, translate, disassemble, or otherwise attempt to extract any of the source code of the Services (except to the extent such restriction is expressly prohibited by applicable law); (b) sell, resell, sublicense, transfer, or distribute the Services; or (c) access or use the Services or TSS (i) for High Risk Activities; (ii) in a manner intended to avoid incurring Fees; (iii) for materials or activities that are subject to the International Traffic in Arms Regulations (ITAR) maintained by the United States Department of State; (iv) in a manner that breaches, or causes the breach of, Export Control Laws; or (v) to transmit, store, or process health information subject to United States HIPAA regulations except as permitted by an executed HIPAA BAA.

**3.** **Payment Terms.**

3.1 Payment. [redacted]

[redacted]

[redacted]

(a) Payee. [redacted]

3.2 Taxes. [redacted]

3.3 Invoice Disputes. [redacted]

3.4 <u>Overdue Payments</u>.

(a) [redacted]

(b) [redacted]

3.5 Purchase Orders. [redacted]

**4. <u>Intellectual Property</u>.**

4.1 Intellectual Property Rights. [redacted]

[redacted]

4.2 Feedback. [redacted]

5. **Confidentiality.**

5.1 Use and Disclosure of Confidential Information. [redacted]

5.2 Legal Process. [redacted]

6. **Marketing and Publicity.** [redacted]

7. **Representations and Warranties.** [redacted]

[redacted]

8. **Disclaimer.** [redacted]

9. **<u>Indemnification</u>.**

9.1 Google Indemnification Obligations. [redacted]

9.2 Customer Indemnification Obligations. [redacted]

9.3 Indemnification Exclusions. [redacted]

9.4 Indemnification Conditions. [redacted]

(a) [redacted]

(b) [redacted]

9.5 <u>Remedies</u>.

(a) [redacted]

[redacted]

[redacted]

(b) [redacted]

9.6 Sole Rights and Obligations. [redacted]

10. **Liability.**

10.1 Limited Liabilities.

(a) Exclusions. [redacted]

(i) [redacted]

(ii) [redacted]

(b) Limitation on Amount of Liability. [redacted].

10.2 Unlimited Liabilities. [redacted]:

(a) [redacted]

(b) [redacted]

(c) [redacted]

(d) [redacted]

(e) [redacted]

[redacted]

(f) [redacted]

11. **Term and Termination.**

11.1 Agreement Term. The Agreement is effective from the Effective Date until it is terminated in accordance with its terms (the "Term").

11.2 Termination for Convenience. [redacted]

11.3 Termination for Breach.

(a) Termination of an Order Form. [redacted]

(b) Termination of the Agreement. [redacted]

(c) Termination under the Final Judgment. Google may terminate this Agreement immediately if Customer is no longer entitled to receive the Services under the Final Judgment, including if Google is no longer required to offer the Services under the Final Judgment.

11.4 Effects of Termination. [redacted]

11.5 Survival. [redacted]

12. **Miscellaneous.**

12.1 Notices. [redacted]

[redacted]

12.2 Emails. [redacted]

12.3 Assignment. [redacted]

12.4 Change of Control. [redacted]

12.5 Force Majeure. [redacted]

12.6 Subcontracting. [redacted]

12.7 [redacted]

12.8 [redacted]

12.9 Severability. [redacted]

12.10 [redacted]

12.11 Equitable Relief. [redacted]

12.12 Governing Law. [redacted]

12.13 Amendments. [redacted]

12.14 Independent Development. [redacted]

[redacted]

12.15 Entire Agreement. [redacted]

12.16 Conflicting Terms. [redacted]

12.17 Conflicting Languages; Currencies. [redacted]

12.18 Counterparts. [redacted]

12.19 Electronic Signatures. The parties consent to electronic signatures.

12.20 Headers. Headings and captions used in the Agreement are for reference purposes only and will not have any effect on the interpretation of the Agreement.

13. **Definitions.**

"Affiliate" means any entity that directly or indirectly Controls, is Controlled by, or is under common Control with a party.

"AUP" means Google's acceptable use policy as defined in the Services Schedule (if applicable).

"BAA" or "Business Associate Agreement" is an amendment to the Agreement covering the handling of Protected Health Information (as defined in HIPAA).

"Brand Features" means each party's trade names, trademarks, logos, domain names, and other distinctive brand features.

"Branding Guidelines" means Google's then-current Google branding guidelines at https://services.google.com/fh/files/misc/external_customer_co_branding_eligibility.pdf, as may be updated by Google from time to time.

"Confidential Information" means information that one party or its Affiliate ("Disclosing Party") discloses to the other party ("Recipient") under or in connection with the Agreement, and that is marked as confidential or would normally be considered confidential information under the circumstances. Customer Data is Customer's Confidential Information. Confidential Information does not include information that is independently developed by the Recipient, is shared with the Recipient by a third party

[redacted]

without confidentiality obligations, or is or becomes public through no fault of the Recipient.

"Control" means control of greater than 50% of the voting rights or equity interests of an entity.

"Court" means Judge Amit P. Mehta of the United States District Court of the District of Columbia.

"Customer Application" means a software program that provides a General Search Engine or GenAI Product as defined in the Final Judgment, that Customer creates, integrates, or hosts with the Services, and which the Technical Committee determined is entitled to use the Services under the Final Judgment.

"Customer Data" has the meaning described in the Services Schedule (if applicable).

"Customer Indemnified Materials" has the meaning described in the applicable Services Schedule.

"Data Processing Terms" has the meaning described in the Services Schedule (if applicable).

"Delegates" means Recipient's and its Affiliates' respective employees, agents, subcontractors, and professional advisors.

"Effective Date" means the date of the last party's signature of the General Terms.

"End User" or "Customer End User" means the Customer's end user, who must be an individual human in the United States who the Customer permits to use the Services or a Customer Application.

"Export Control Laws" means all applicable export and re-export control laws and regulations, including (a) the Export Administration Regulations ("EAR") maintained by the U.S. Department of Commerce, (b) trade and economic sanctions maintained by the U.S. Treasury Department's Office of Foreign Assets Control, and (c) the International Traffic in Arms Regulations ("ITAR") maintained by the U.S. Department of State.

"Fees" means the product of the amount of Services, Software, TSS, and (if applicable) Third-Party Offerings used or ordered by Customer multiplied by the Prices, plus any applicable Taxes.

"Final Judgment" means *United States, et al. v. Google LLC*, No. 20-cv-3010 (APM) (D.D.C.), ECF No. 1462.

"GenAI" or "Generative AI" means a type of artificial intelligence that creates new content including but not limited to text, images, code, classifications, and other media using machine learning models.

"GenAI Product" means any application, software, service, feature, tool, functionality, or product that involves or makes use of Generative AI capabilities or models and has

[redacted]

among its principal functions answering information-seeking prompts across a wide variety of topics using a broad range of publicly-available information.

"General Search Engine" or "GSE" means software or a service that produces links to websites and other relevant information in response to a user query or prompt and that seeks to fulfill a broad array of informational needs.

"Google Indemnified Materials" has the meaning described in the applicable Services Schedule.

"High Risk Activities" means activities where the use or failure of the Services would reasonably be expected to result in death, serious personal injury, or severe environmental or property damage (such as the creation or operation of weaponry).

"HIPAA" means the Health Insurance Portability and Accountability Act of 1996 as it may be amended from time to time, and any regulations issued under it.

"including" means including but not limited to.

"Indemnified Liabilities" [redacted]

"Intellectual Property Right(s)" [redacted]

"Legal Process" means an information disclosure request made under law, governmental regulation, court order, subpoena, warrant, or other valid legal authority, legal procedure, or similar process.

"Liability" means any liability, whether under contract, tort (including negligence), or otherwise, regardless of whether foreseeable or contemplated by the parties.

"Notification Email Address" means the email address(es) designated by Customer in the Admin Console, or if none exists, the applicable Order Form.

"Order Form" means (a) an order form, statement of work, or other ordering document issued by Google under the Agreement and executed by Customer and Google, or (b) an order placed by Customer via a Google website or the Services, in each case specifying the Services Google will provide to Customer under the applicable Services Schedule.

"Order Term" means the period of time starting on the Services Start Date for the Services and continuing for the period indicated on the Order Form unless terminated in accordance with the Agreement.

[redacted]

[redacted]

“Prices” has the meaning described in the applicable Services Schedule. Unless described otherwise in the applicable Services Schedule, Prices do not include Taxes.

“Service Level Agreement” or “SLA” has the meaning described in the Services Schedule (if applicable).

“Services” has the meaning described in the applicable Services Schedule.

“Services Schedule” means a schedule to the Agreement with terms that apply only to the services and software (if applicable) described in that schedule.

“Services Start Date” means either the start date described in the Order Form or, in the absence of any such date, the date Google makes the Services available to Customer.

“Software” has the meaning described in the Services Schedule (if applicable).

“Suspend” or “Suspension” means disabling or limiting access to or use of the Services or components of the Services.

“Taxes” means all government-imposed taxes, except for taxes based on Google’s net income, net worth, asset value, property value, or employment.

“Technical Committee” means the five-person committee of experts appointed by the Court pursuant to Final Judgment Section VII.A.

“Third-Party Legal Proceeding” means any formal legal proceeding filed by an unaffiliated third party before a court or government tribunal (including any appellate proceeding).

“Third-Party Offerings” has the meaning described in the Services Schedule (if applicable).

“TSS” has the meaning described in the Services Schedule (if applicable).

“URL” means a uniform resource locator address to a site on the internet.

“URL Terms” has the meaning described in the Services Schedule (if applicable).

“Use Restrictions” means the restrictions in Section 2.3 (Use Restrictions) of these General Terms and any additional restrictions on the use of Services described in a section entitled “Additional Use Restrictions” in the applicable Services Schedule.

[redacted]

Signed by the parties' authorized representatives on the dates below.

| **Google** | **Customer** |
| --- | --- |
| By: | By: |
| Print Name: | Print Name: |
| Title: | Title: |
| Date: | Date: |