# Exhibit 15

[redacted]

[redacted]

**Google Maps Core Services Schedule for Companies Certified as Qualified Competitors Pursuant to *U.S. v. Google* Final Judgment**

This Google Maps Core Services Schedule for Companies Certified as Qualified Competitors Pursuant to *U.S. v. Google* Final Judgment (the "Services Schedule") supplements and is incorporated by reference into the Google Cloud Master Agreement. This Services Schedule applies solely to the services identified in this Services Schedule and is effective for the Term of the Agreement. Terms defined in the General Terms apply to this Services Schedule. This Agreement is entered into under the Final Judgment and is subject to the terms of the Final Judgment and further order by the Court.

1. **Using the Services.**

1.1 Account; Admin Console. Google will provide Customer with the Account through which Customer may access the Admin Console. Customer is responsible for (a) maintaining the confidentiality and security of the Account and associated passwords and (b) any use of the Account and API key(s).

1.2 Ceasing Services Use. Customer may stop using the Services at any time.

1.3 Customer Applications. Customer may enable End Users to access its Customer Applications.

1.4 Term. This agreement will expire five years from the date the agreement is executed.

2. **License Grant; Additional Obligations and Use Restrictions.**

2.1 License Grant. Google grants to Customer a non-sublicensable, non-transferable, non-exclusive license to use the Services in Customer Application(s) in accordance with the Agreement.

2.2 Additional Customer Obligations. Customer will comply with the following obligations as a condition to the license granted in Section 2.1 (License Grant):

(a) Flow Down Requirements.

(i) The Customer Application's terms of service will (A) notify End Users that the Customer Application includes Google Maps features and content; and (B) state that use of Google Maps features and content is subject to the then-current versions of the:

(1) Google Maps End User Additional Terms of Service at https://maps.google.com/help/terms_maps.html; and

(2) Google Privacy Policy at https://www.google.com/policies/privacy/.

(ii) If End Users of the Customer Application fail to comply with applicable terms of the Google Maps End User Additional Terms of Service, then Customer will take appropriate enforcement action, including suspending or terminating those End Users' (or end users') use of Google Maps features and content in the Customer Application.

[redacted]

(b) Attribution and Notices. Customer will display all attribution and notices that (i) Google provides through the Services (including branding, logos, and copyright and trademark notices); or (ii) is specified in the Maps Service Specific Terms. Customer will not, and will not permit a third party to, modify, obscure, or delete such attribution or notices.

(c) Search Results Integrity. Customer will notify End Users if Customer modifies any of the search results from the Services. For the avoidance of doubt, Customer is only permitted to re-order search results using the Services' preset functionality or filter search results by configuring the initial Request, and will not modify any individual result before displaying it to the End User.

(d) Documentation. Customer will comply with the Documentation in connection with using the Services.

2.3 Additional Use Restrictions. Unless otherwise permitted in the Maps Service Specific Terms, Customer will comply with the following additional use restrictions. Customer may only use the Services, subject to the terms of this Agreement, to provide a General Search Engine product or GenAI Product as defined in the Final Judgment. Customer may not use in any manner Results (in whole or in part) or other information obtained through the Services beyond what is necessary to present Results in response to the Customer's End User's Queries that originate in the United States. Customer may not issue Requests to Google that contain synthetic Queries. In this Section 2.3 (Additional Use Restrictions), the phrase "Customer will not" means "Customer will not, and will not permit a third party to".

(a) No Scraping.

(i) Customer will not export, extract, or otherwise scrape Google Maps Content for use outside the Services. For example, Customer will not:

(1) Pre-fetch, index, store, reshare, or rehost Google Maps Content outside the Services;

(2) download Google Maps Content; or

(3) save business names, addresses, or user reviews in Customer's database.

(ii) Customer will use best efforts to implement and maintain technical safeguards to detect and prevent scraping of Google Maps Content.

(iii) For the avoidance of doubt, this provision prohibits reverse engineering or using the Services (including any results) to ground or train any model.

(b) No Caching. Customer will not cache Google Maps Content except as expressly described below:

(i) Customer may cache the Google ID values from the Services that return such field and allow caching, in accordance with its Documentation. For example, Customer may cache place_id from Places UI Kit;

[redacted]

(ii) Customer may temporarily cache latitude and longitude values from the Places UI Kit for up to 30 consecutive calendar days, after which Customer must delete the cached values.

(c) No Creating Content from Google Maps Content. Customer will not create content based on Google Maps Content. For example, Customer will not:

(i) trace or digitize roadways, building outlines, utility posts, or electrical lines from the Maps JavaScript API Satellite base map type;

(ii) use latitude/longitude values from the Places UI Kit as an input for point-in-polygon analysis;

(iii) use Google Maps Content to improve machine learning and artificial intelligence models, including to train, test, validate or fine-tune the models.

(d) No Use with Non-Google Maps. To avoid quality issues or brand confusion, Customer will not use the Services with or near a non-Google map in a Customer Application.

(i) Exceptions. Customer may use Places UI Kit Pro and Places UI Kit Query in Customer Applications with or without any map, including a non-Google Map.

(1) Use of Third-Party Products. To the extent that Customer uses Places UI Kit with third-party products or services in its Customer Application, Customer does so at its own discretion.

(2) Customer's Responsibilities. Customer is responsible for (A) compliance with any applicable laws, regulations, industry standards or other requirements; (B) any misalignment that may arise from such use; (C) ensuring that any use with a third-party service is compliant with the restrictions in the Agreement, including the restrictions against caching and exporting Google Maps Content and creating content from Google Maps Content; and (D) complying with Google's attribution requirements including making it clear to the End User what is Google Maps Content and what content is not from Google.

(3) Disclaimer of Warranties and Liability. Google does not warrant or endorse, and will not have any liability or responsibility to Customer or any other person for, Customer's use of third-party products or services or their combination with the Services.

(e) No Distribution Outside the United States. Customer will not distribute outside of the United States any Customer Application(s) that use the Services. Customer is not permitted to send Google Requests from End Users outside of the United States.

[redacted]

(f) No Use in Embedded Vehicle Systems. Customer will not use the Services in connection with any Customer Application or device embedded in a vehicle. For example, Customer will not create a Customer Application that is embedded in an in-dashboard automotive infotainment system.

(g) No Use for High Risk Activities. Customer will not use the Services for High Risk Activities. In connection with these Services only, "High Risk Activities" means activities where the use or failure of the Services would reasonably be expected to result in death, serious personal injury, or severe environmental or property damage (such as the creation or operation of weaponry).

(h) No Use in Customer Applications Directed to Children. Customer will not use the Services in a Customer Application that would be deemed to be a "Web site or online service directed to children" under the Children's Online Privacy Protection Act (COPPA).

(i) No Health Information. Customer will not access or use the Services to transmit, store, or process health information subject to United States HIPAA regulations.

(j) [redacted]

(k) Usage Limits. Customer must comply with the syndication limits enumerated in the Final Judgment, which states that Customer's use of the Services will be capped to 40% of the Customer's annual United States Queries from Customer's General Search Engine or GenAI Product and decline over the course of the Term. The pace of this tapering, the methods for measuring and determining the percentage, and the application of the percentage will be determined by the Court upon consultation with Plaintiffs and the Technical Committee. The Customer must comply with these syndication limits and tapering requirements as determined by the Court, and may not circumvent them, including by directly, or through any third party, using automated means to access content from any Google services in violation of the machine-readable instructions on Google's web pages (for example, robots.txt files that disallow crawling, training, or other activities).

(i) Within the first 45 days when Google and the Customer are preparing to launch the Services, Customer must provide Google and the Technical Committee with 12 months of Monthly Forecasts and Peak QPS, for review. If the Technical Committee approves Customer's Monthly Forecasts and Peak QPS, Google will use them to accommodate Peak QPS for the Services. For each subsequent year the Customer receives the Services, Customer will provide an updated set of 12 months of Monthly Forecasts and Peak QPS, for the Technical Committee to review and approve. Google will work with the Technical Committee to develop reasonable protocols that safeguard the Monthly Forecasts' commercially sensitive information.

(ii) If Customer consistently falls below its Monthly Forecasts or Peak QPS for a period of three months or longer, Google may request that the

[redacted]

Technical Committee revise the Monthly Forecasts or Peak QPS for the remainder of any given year.

(iii) Any increase to the Customer's Monthly Forecasts or Peak QPS must be approved by the Technical Committee. Customer will provide to Google and the Technical Committee: at least three months notice if Customer expects to increase any Monthly Forecast by less than 5% of its forecasted Peak QPS; and at least six months notice if Customer expects to increase any Monthly Forecast by more than 5% of its forecasted Peak QPS.

(iv) Customer warrants that the Monthly Forecasts and Peak QPS provided to Google and the Technical Committee are accurate estimates made in good faith.

(v) Google will not be obligated to make the Services available in excess of the Peak QPS limits in the Monthly Forecasts approved by the Technical Committee.

3. **Data Collection, Protection, and Consent Policy**.

3.1 Data Collection. [redacted]

3.2 Data Protection Terms. Google and Customer agree to the Google Maps Controller-Controller Data Protection Terms at https://business.safety.google/controllerterms, as may be updated by Google from time to time. The Google Maps Controller-Controller Data Protection Terms are incorporated by reference into this Services Schedule.

3.3 Consent Policy. Customer will comply with the then-current Consent Policy at https://www.google.com/about/company/user-consent-policy.html, if applicable. The Consent Policy is incorporated by reference into this Services Schedule.

4. **Additional Payment Terms.**

4.1 Usage Amount. [redacted]

4.2 Suspension for Overdue Payment. [redacted]

[redacted]

5. **Updates to Services and Terms**.

5.1 Terms. Google may update the URL Terms, subject to the following:

(a) Notification of Material Updates. Google will notify Customer of any material update to the URL Terms.

(b) When Updates take Effect. Material updates to the URL Terms will become effective 30 days after notice is given, except that (i) materially adverse SLA updates will become effective 90 days after notice is given; and (ii) updates applicable to new Services, features or functionality, or required by a court order or to comply with applicable law or to address a material security risk, will be effective immediately.

(c) Objection to Updates.

(i) If an update to the URL Terms (other than as described in Section 5.1(b)(ii)) has a material adverse impact on Customer, then Customer may object to the update by notifying Google within 30 days after Google provides notice.

(ii) If Customer so notifies Google, then Customer will remain governed by the URL Terms in effect immediately before the update until the earlier of: (1) the end of the then-current Order Term; or (2) 12 months after the notice was given.

5.2 Services.

(a) Updates to Services. [redacted]

[redacted] [redacted]

[redacted] [redacted]

5.3 Agreement. Google may unilaterally amend the Agreement on 60 days notice to Customer if the amendment has been approved by the Technical Committee or the Court.

6. **Temporary Suspension**.

6.1 Services Suspension. [redacted]

[redacted]

6.2 Limitations on Suspension. [redacted]

7. **Third-Party Legal Notices and License Terms.** [redacted]

8. **Copyright.** [redacted]

9. **Technical Support.** [redacted]

10. **Amendments to General Terms**. For purposes of this Services Schedule only:

10.1 Publicity and Trademarks. [redacted]

10.2 Representations and Warranties. [redacted] except that Customer warrants:

(a) it will meet all requirements set by the Court or the Technical Committee to access the Services at all times during the Term and will promptly inform Google and the Technical Committee of any changes to its business that may affect its eligibility to access the Services;

(b) all information provided by or on behalf of Customer to Google or the Technical Committee in connection with this Agreement, including information Customer

[redacted] provides to gain or maintain access to the Services, is complete, correct, and current.

10.3 Disclaimer. [redacted]

10.4 Google Indemnification. [redacted]

10.5 Customer Indemnification. [redacted]

10.6 Unlimited Liabilities. [redacted]

11. **Survival.** [redacted]

12. **Termination of Previous Agreements.** [redacted]

[redacted]

[redacted]

13. **Additional Definitions.** If any term is defined differently in this Services Schedule than in the General Terms, the definition in this Services Schedule will apply.

"Account" means Customer's Google Maps Platform Account.

"Admin Console" means the online console(s) or dashboard provided by Google to Customer for administering the Services.

"AUP" means the then-current Acceptable Use Policy for the Services, at https://cloud.google.com/maps-platform/terms/aup/.

"Branding Guidelines" means (1) the then-current Google's Brand Terms and Conditions at https://www.google.com/permissions/trademark/brand-terms.html; and (2) the "Use of Trademarks" section of the then-current "Using Google Maps, Google Earth and Street View" permissions page at https://www.google.com/permissions/geoguidelines.html#geotrademarkpolicy, as each may be updated by Google from time to time.

"Court" means Judge Amit P. Mehta of the United States District Court of the District of Columbia.

"Customer Application" means any web page or application (including all source code and features) owned or controlled by Customer that provides a General Search Engine or GenAI Product as defined in the Final Judgment, and which the Technical Committee determined is entitled to use the Services under the Final Judgment.

"Customer Data" is not applicable under this Services Schedule.

"Customer Indemnified Materials" means the Customer Application and Customer Brand Features.

"Documentation" means the then-current Service documentation at https://developers.google.com/maps/documentation.

"End User" means the Customer's end user, who must be an individual human in the United States who the Customer permits to use the Services or a Customer Application.

"Final Judgment" means *United States, et al. v. Google LLC*, No. 20-cv-3010 (APM) (D.D.C.), ECF No. 1462.

"GenAI" or "Generative AI" means a type of artificial intelligence that creates new content including but not limited to text, images, code, classifications, and other media using machine learning models.

"GenAI Product" means any application, software, service, feature, tool, functionality, or product that involves or makes use of Generative AI capabilities or models and has

[redacted]

among its principal functions answering information-seeking prompts across a wide variety of topics using a broad range of publicly-available information.

"General Search Engine" or "GSE" means software or a service that produces links to websites and other relevant information in response to a user query or prompt and that seeks to fulfill a broad array of informational needs.

"Google Indemnified Materials" means Google's technology used to provide the Services (excluding any open source software) and Google's Brand Features.

"Google Maps Content" means any content provided through the Services (whether created by Google or its third-party licensors), including map and terrain data, imagery, traffic data, and places data (including business listings).

"Maps Service Specific Terms" means the then-current terms specific to one or more Services, at https://cloud.google.com/maps-platform/terms/maps-service-terms/.

"Maps Technical Support Services" or "TSS" means the technical support service provided by Google to Customer under the then-current Maps Technical Support Services Guidelines.

"Maps Technical Support Services Guidelines" or "TSS Guidelines" means the then-current technical support service guidelines, at https://cloud.google.com/maps-platform/terms/tssg/.

"Monthly Forecast" means the projected volume of United States Queries from Customer Applications that Customer expects to send to Google each month.

"Notification Email Address" means the email address(es) designated by Customer in the Admin Console, or if none exists, the applicable Order Form.

"Order Form" means (a) an order form, statement of work, or other ordering document issued by Google under the Agreement and executed by Customer and Google, or (b) an order placed by Customer via a Google website or the Services, in each case specifying the Services Google will provide to Customer.

"Peak QPS" means the maximum number of Requests a system handles during its busiest single second of traffic during a month.

"Personal Data" has the meaning given to it in the then-current Google Controller Controller Data Protection Terms at https://business.safety.google/controllerterms/.

"Pre-GA Offerings" has the meaning described in the Service Specific Terms.

"Prices" means the amounts agreed to in an Order Form under this Services Schedule.

"Prohibited Territory" means the then-current countries listed at https://cloud.google.com/maps-platform/terms/maps-prohibited-territories/.

"QPS" means Queries per second.

[redacted]

"Query" means a text query entered and submitted by an End User (whether by typing or voice input) into a Search Box on a Customer Application.

"Request" means a request that is sent by Customer to Google for a result. A Request may be a Query or an End User interaction with the Services' user interface that requests local information. Synthetic Queries are not Requests.

"Services" means the following Google Maps Platform SKUs: Dynamic Maps, Maps SDK, Places UI Kit Query, and Places UI Kit Pro, used by a Qualified Competitor for the purpose of providing a General Search Engine product or a GenAI Product as defined in the Final Judgment.

"SLA" means each of the then-current service level agreements at https://cloud.google.com/maps-platform/terms/sla/.

"Software" means any downloadable tools, software development kits, or other computer software provided by Google for use as part of the Services, and any updates Google may make to such Software from time to time.

"Technical Committee" means the five-person committee of experts appointed by the Court pursuant to Final Judgment Section VII.A.

"URL Terms" means the following, which will control in the following order if there is a conflict:

(a) the Maps Service Specific Terms;

(b) the SLA;

(c) the AUP;

(d) the Maps Technical Support Services Guidelines;

(e) the Prohibited Territory;

(f) the Google Maps/Google Earth Legal Notices at https://www.google.com/help/legalnotices_maps.html; and

(g) the Google Maps End User Additional Terms of Service at https://maps.google.com/help/terms_maps.html.