# [Exhibit 16, ECF No. 1562-16 – Filed Under Seal]