# Exhibit 17

[redacted]

**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*

*450 5th Street, N.W.*
*Washington, DC 20530*

October 16, 2026

Colette Connor
Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024

Re: *United States et al. v. Google LLC*, 1:20-cv-03010-APM (D.D.C.)

Dear Colette:

We write in response to the clarifying question Google raised in its email to Plaintiffs dated October 14, 2026, regarding the latency and availability thresholds imposed in Exhibit C Sections 3.1 and 4.1 of the syndication license template required under Sections V and VI.B of the Final Judgment ("Recommended Template"). To facilitate additional clarity and attempt further resolution of outstanding disputes, Plaintiffs have transmitted your question to the TC and provide our responses below.

*First*, Plaintiffs and the TC confirm that the [redacted] For clarity, Plaintiffs and the TC are willing to consider the following language adjustments for Exhibit C Section 4.1:

> **Exhibit C Section 4.1.a:** A "Severity 2 Error" shall mean (i) any Search Service Availability ~~or Search Text Advertising Availability~~ provided by Google under this Agreement that is more than ninety-nine and five-tenths percent (99.5%) but less than the required ninety-nine and nine-tenths percent (99.9%), or any Search Text Advertising Availability provided by Google under this Agreement that is more than ninety-nine percent (99.0%) but less than the required ninety-nine and one-half percent (99.5%), over a rolling thirty (30) day period (excluding any Network Issues), as measured and monitored from Google's facilities in the United States, ~~and~~ (ii) any Search Service Network Latency ~~or Server Latency~~ that exceeds an average of 75 milliseconds over any 10-hour period but is less than 99 milliseconds over any 10-hour period, or (iii) any Server Latency that exceeds an average of 800 milliseconds over any 24-hour period but is less than 850 milliseconds over any 24-hour period.

> **Exhibit C Section 4.1.b:** A "Severity 1 Error" shall mean (i) any Search Service Availability ~~or Search Text Advertising Availability~~ provided by Google under this Agreement that is ninety-nine and five-tenths percent (99.5%) or less, or any Search Text Advertising Availability provided by Google under this Agreement that is ninety-nine percent (99.0%) or less, over a rolling thirty (30) day period (excluding any Network Issues), as measured and monitored from Google's facilities in the United States, ~~and~~ (ii) any Search Service Network Latency ~~or Server Latency~~ that exceeds 99 milliseconds over any 10-hour period, or (iii) any Server Latency that exceeds 850 milliseconds over any 24-hour period.

*Second*, Plaintiffs and the TC have identified a similar need for clarification in Exhibit C Section 6 of the Recommended Template. Currently, that section references "Google technical protocols, policies, or guidelines." For clarity, Exhibit C Section 6 should instead reference the Recommended Template's defined term for these Google documents: "Google Guidelines and Protocols permitted under Exhibit C Section 5.4."

Plaintiffs and the TC request confirmation that Google does not object to these clarifying adjustments. If Google does not object to these adjustments, Plaintiffs propose filing these clarifications—as well as any others the Parties can agree upon—alongside the redacted Joint Status Report regarding the Recommended Template next week. If Google intends to object to any clarifications, Plaintiffs propose the Parties meet to discuss such clarifications on Tuesday, October 20, 2026.

Sincerely,

*/s/ Grant M. Fergusson*
Grant M. Fergusson