**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>Defendant. | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Google LLC,<br><br>Defendant. | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED JOINT MOTION FOR ADDITIONAL TIME TO SUBMIT TEMPLATE LICENSE AGREEMENT FOR WEB SEARCH INDEX AND USER-SIDE DATA SHARING**

WHEREAS, on November 16, 2026, Plaintiffs in the above-captioned cases jointly filed an Unopposed Joint Motion for Additional Time to Submit Template License Agreement for Web Search Index and User-side Data Sharing;

it is hereby **ORDERED**:

(1) That Plaintiffs' Unopposed Joint Motion for Additional Time to Submit Template License Agreement for Web Search Index and User-side Data Sharing is **GRANTED**;

(2) That the deadline for Plaintiffs to submit to the Court templates for Web Search Index and User-side Data Sharing License shall be December 4, 2026; and

(3) That the deadline for Parties to submit to the Court the Joint Status Report on the templates for Web Search Index and User-side Data Sharing shall be December 11, 2026.

Dated: __________, 2026 ___________________________

Hon. Amit P. Mehta
United States District Court Judge