AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America, et al.
*Plaintiff*
v.
Google LLC
*Defendant*

Case No. 1:20-cv-03010-APM

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Arizona .

Date: 11/20/2026

/s/ Saivignesh Venkat
*Attorney's signature*

Saivignesh Venkat, AZ Bar No. 038587
*Printed name and bar number*

Arizona Office of the Attorney General
400 W. Congress St., Ste. 315
Tucson, AZ 85701
*Address*

vinny.venkat@azag.gov
*E-mail address*

(520) 209-4335
*Telephone number*

(520) 628-6532
*FAX number*