**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| United States of America, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Google LLC, | Case No. 1:20-cv-03010-APM<br><br>HON. AMIT P. MEHTA |
| State of Colorado, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Google LLC, | Case No. 1:20-cv-03715-APM<br><br>HON. AMIT P. MEHTA |

# [PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER

Pursuant to the Parties' request under paragraph 27 of the existing Protective Order, ECF No. 98, for additional protections for Google Highly Sensitive Information, the Court, upon good cause shown and pursuant to Fed. R. Civ. P. 26(c)(1), **ORDERS** as follows:

## A. Definitions.

1. "Algorithm," "Authorized Persons," "Clean Team," "Competitor," "Court," "Final Judgment," "Google," "Google Highly Sensitive Information" ("GHSI"), "Inspection," "TC," "TC Staff," "TC Work Product," and "Underlying Consolidated Cases," shall all have the same

meanings as in the Google Source Code, Algorithm, and Other Sensitive Information Access Agreement attached hereto as Exhibit A ("Source Code Agreement").

2. "Designated GHSI" shall mean GHSI designated pursuant to Section 2 of the Source Code Agreement. Designated GHSI shall include any TC Work Product derived from or that otherwise reveals GHSI.

**B. <u>Access To Designated GHSI.</u>**

1. No person employed by or affiliated with Plaintiffs shall access Designated GHSI or TC Work Product except to the extent that (1) such person's name and job title has been disclosed to Google and (2) such Designated GHSI or TC Work Product has been made available to Plaintiffs pursuant to Section 3.5 of the Source Code Agreement.

2. Nothing herein limits Google's use or disclosure of its own information, including GHSI or Designated GHSI.

C. **<u>Disclosure Of Designated GHSI.</u>**

1. <u>Disclosure Generally Prohibited</u>. Except as set forth herein or through the Source Code Agreement, neither Plaintiffs nor any person employed by or affiliated with Plaintiffs shall disclose Designated GHSI to any person.

2. <u>Disclosure to Court Permitted</u>. Plaintiffs may disclose Designated GHSI to the Court and its personnel, provided that such Designated GHSI is disclosed to the Court only under seal. Notwithstanding the foregoing, it shall not be a violation of this Supplemental Protective Order to disclose Designated GHSI to the Court not under seal if the Court has expressly directed that such information must be submitted to the Court not under seal. For the avoidance of doubt, Plaintiffs may petition the Court to order Designated GHSI be filed not under seal.

3. Disclosure Pursuant To Court Order Permitted. Plaintiffs may disclose Designated GHSI if ordered or granted permission to do so by a court.

4. Disclosure to Google Permitted. Plaintiffs may disclose GHSI to Google's outside counsel without authorization. Plaintiffs may disclose Designated GHSI to anyone with prior authorization by Google.

5. Limited Disclosure To Plaintiffs Permitted. Plaintiffs may disclose Designated GHSI to persons employed by or affiliated with Plaintiffs whose functions require access to the information, provided that each such person's name and job title has been disclosed to Google.

6. Disclosure As Part Of An Inspection. Designated GHSI may be disclosed during the course of an Inspection to any Authorized Person, or Plaintiffs whose access to GHSI is otherwise permitted by this Order, who is participating in the Inspection at the same time.

7. Additional Disclosure Permitted Upon Google's Written Consent. Notwithstanding anything else herein, Plaintiffs may disclose Designated GHSI to the extent authorized in writing by Google and permitted by law.

D. **Downgrade of GHSI Designations**

1. Any Plaintiff, or Plaintiffs, may provide written notice to Google requesting a re-evaluation of the GHSI status of any document, dataset, or other material. All materials so noticed shall continue to be treated as GHSI pending the resolution of the request. Within ten (10) days of the written notice, Google and the noticing Plaintiff(s) shall attempt to confer to discuss their respective positions. If the Plaintiff(s) and Google cannot reach agreement within ten (10) days of the notice (or another deadline agreed to by the Plaintiff(s) and Google), the Plaintiff(s) may address the dispute to this Court by filing a letter motion and/or motion in accordance with the applicable rules.

2. Prior to any exfiltration of GHSI pursuant to Section 3.5 of the Source Code Agreement, the Google Clean Team shall review all materials, data, and information set to be exfiltrated to determine whether a Highly Confidential Information designation pursuant to the Court's January 21, 2021, Stipulated Protective Order (ECF No. 98) would adequately protect Google's confidentiality interests. The Clean Team shall work to downgrade such materials, data, and information set to be exfiltrated from GHSI to Highly Confidential Information to the maximum extent possible while still adequately protecting Google's confidentiality interests. In conducting that review, the Google Clean Team shall consider whether reasonable conditions, such as redactions of GHSI, would be sufficient to downgrade the protective order designation to Highly Confidential Information. Should redactions be applied in order to downgrade a designation to Highly Confidential Information, Google shall also provide the persons whose names and job titles have been disclosed to Google pursuant to this Supplemental Protective Order with an unredacted copy.

3. It shall not be a violation of this Order for a person who does not provide Google with the notice described in Section C.5 of this Order to access only Highly Confidential Information.

## E. **Disposition of GHSI Upon Termination.**

1. The following provisions shall govern the disposition of Designated GHSI by Plaintiffs. Any person who possesses GHSI, and whose name and job title is disclosed to Google, shall either return all Designated GHSI in their possession to Google or shall destroy such information in a manner consistent with ordinary commercial practice upon the soonest of (a) four years following the expiration of the Final Judgment pursuant to Section VIII of the Final Judgment

or (b) the conclusion of such person's work on the Underlying Consolidated Cases. Notwithstanding the foregoing, a Plaintiff may retain a copy of such Designated GHSI if it is otherwise required by law to do so (e.g., to satisfy federal or state recordkeeping requirements).

**F. Breach.**

1. In the event Plaintiffs learn that Designated GHSI has been disclosed to any person or in any circumstance not authorized under this Supplemental Protective Order, Plaintiffs must promptly notify Google. Provided that Plaintiffs make reasonable efforts to comply with the terms of this Paragraph, Plaintiffs will be deemed in compliance with this requirement of the Supplemental Protective Order.

**G. Other Legal Process.**

1. If Plaintiffs are requested or required (by oral questions, interrogatories, requests for information or documents in legal proceedings, subpoena, civil investigative demand or other similar process) to disclose any Designated GHSI, Plaintiffs shall provide Google with prompt written notice of any such request or requirement prior to any such disclosure so that Google may seek a protective order or other appropriate remedy.

**G. Use of Designated GHSI.**

1. No Designated GHSI that Plaintiffs obtain pursuant to the terms of this Supplemental Protective Order shall be used for any purpose other than for enforcing the Final Judgment (ECF No. 1462) in the above-captioned cases.

**H. Persons Bound By This Order.**

1. This Order shall be binding on the Parties to the above-captioned cases, their attorneys, and their successors, personal representatives, administrators, assigns, parents,

subsidiaries, divisions, affiliates, employees, agents, retained consultants and experts, and any persons or organizations over which they have direct control.

2. All persons subject to this Order are reminded that this order may be enforced by the Court's full powers of criminal and civil contempt.

Dated this ___ day of November, 2026

_______________________________
Hon. Amit P. Mehta
United States District Judge